```
                                            ✓ FILED      ___ LODGED
                                            ___ RECEIVED ___ COPY

                                                 DEC 1 8 2008

                                            CLERK U S DISTRICT COURT
                                              DISTRICT OF ARIZONA
                                            BY_____ M  DEPUTY
```

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203
(602) 323-7458

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Scott Malcomson             )   CV'08 2306 PHX-MEA
                            )
                            )
vs.                         )   **Complaint for Relief**
                            )
Topps, Inc                  )
                            )
                            )

### Jurisdiction

Plaintiff Scott Malcomson, filing *pro se*, for his Complaint for Relief against defendant Topps Incorporation, pursuant to Section 504 of United States Code Title 17, states as follows:

### Complaint

1. Plaintiff Scott Malcomson is a citizen of the United States residing in Mesa, Arizona.

2. Defendant Topps, Incorporated ("Topps") is a corporation organized and existing pursuant to the laws of the State of New York. Topps is a producer, distributor and seller of a variety of entertainment products. In 2003, Topps acquired WizKids LLC, an entertainment company based in Bellevue, Washington.

3. In late 2001, WizKids LLC launched a website promoting its "Classic Battletech" product line, ClassicBattleTech.com ("CBT.com"). The majority of this product line was, and is, composed of fiction, usually presented to the reader in the form of historical references and intelligence reports. Following in this style, CBT.com was launched with an extensive historical section, which served as a means to draw viewers to the site. By far, the largest single portion of this historical section was the "Star League Defense Force 3 RCT; Eridani Light Horse" ("ELH History"), at approximately twelve (12) standard pages in length.

4. The entirety of the "ELH History" as published on CBT.com in late 2001 had been created in 1993 by Plaintiff and submitted "on speculation" to FASA Corporation, at that time the controller of the "Battletech" properties. In September of 1996, FASA formally notified Plaintiff of their decision not to contract for the use of Plaintiff's work, under the signature of Battletech Line Editor Randall Bills. FASA closed its doors in 2000, with owner and founder Jordan Weisman transferring his intellectual properties (including Battletech) to WizKids LLC, a company he had founded in July of the same year. Weisman continued to employ Bills in the same role of managing all Battletech development and production, including oversight of CBT.com.

5. WizKids LLC therefore, with full knowledge that the "ELH History" remained property of Plaintiff, used said property to advance commercial interests without obtaining permission or agreement for use from Plaintiff.

2

6. Discovering the illegal use of his work in 2002, Plaintiff contacted WizKids LLC via email and declared intention to seek legal action. WizKids' webmaster, Herb Beas, offered terms for use of the work including formal accreditation, acceptance of Plaintiff's work as canon, and Plaintiff's retention of all pertinent rights. Plaintiff accepted, and also offered to submit a revised edition of the work. WizKids accepted the revised work and continued to use it without comment or complaint through August 2005. At that time, WizKids removed the work without notice or comment, replacing it with a new version by another author.

7. In August 2007, a question was posed on CBT.com's public forums by a third party: was Malcomson's work canon? WizKids' forum moderators stated unequivocably that it was not. Plaintiff cited his original agreement via these forums as well as via email to the moderators, and was told that Mr. Beas had never been authorized to make any agreements on behalf of WizKids. All attempts to contact WizKids authorities for confirmation or denial of this position were met with no response of any kind. Therefore, Plaintiff holds that the 2002 agreement was a fraudulent instrument intended to escape the threat of legal action, and dispensed with once the utility of Plaintiff's work had been exhausted.

8. In October 2007, Plaintiff advised Defendant, which had purchased WizKids in 2003 and taken over its legal representation, of the situation and his intent to seek legal action if a settlement could not be arranged. This was ignored by Defendant, as have been all other attempts at communication to date, including telephone and email.

3

WHEREFORE,

As WizKids LLC deliberately made unlawful claim of ownership of Plaintiff's intellectual property, and;

As WizKids has effectively renounced any claim to lawful use of Plaintiff's intellectual property via a legitimate agreement for use, and;

As the owner of WizKids, Topps, has ignored all attempts at communication let alone resolution, and;

As Topps, during November 2008, has declared its decision to close WizKids and sell off its intellectual properties;

PLAINTIFF therefore requests the Court enter judgment of either the following, or more normal statutory punishments, as the Court may see fit :

1) That Defendant must transfer ownership of the "Classic Battletech" intellectual property to Plaintiff, and;

2) That Defendant must compensate Plaintiff all costs incurred herein.

Dated:

Scott Malcomson

450 N. Hall, Mesa, Arizona 85203

(602) 323-7458

4