**(FOR USE IN CIVIL CASES WITH MAG JUDGE AS PRESIDER)**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) ) | Case No. _____ |
| vs. | ) | |
| Defendant(s) | ) ) ) ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned (party)(counsel of record for _____ ) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed.

Date: _____

_____
Signature

_____
Print Name

**DISTRICT JUDGE OPTION**

Pursuant to Title 28, U.S.C. Sec. 636(c)(2) the undersigned (party)(counsel of record for _____ _____ ) in the above captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____

_____
Signature

_____
Print Name

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this case, this _____ day of _____, 20____ .

_____
Signature

**DO NOT ELECTRONICALLY FILE.** RETURN THIS FORM TO THE CLERK'S
OFFICE NO LATER THAN TWENTY DAYS FROM
YOUR APPEARANCE IN THIS CASE.