```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    DEC 1 9 2008

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

1  Scott Malcomson
2  450 N. Hall
3  Mesa, Arizona 85203
   (602) 323-7458
4
5              IN THE UNITED STATES DISTRICT COURT
6                 FOR THE DISTRICT OF ARIZONA
7
8  Scott Malcomson         )
                           )
9                          )
   vs.                     )       **Motion for**
10                         )
   Topps, Inc              )   **Preliminary Injunction**
11                         )
                           )   Case No. CV08-2306 PHX MEA
12                         )

13  Pursuant to Fed. R. Civ. P. 65(a), plaintiff moves the Court for a preliminary injunction enjoining defendant Topps,
14  Incorporated, its agents, servants, employees, attorneys, and all others in active concert or participation with it,
15  from transferring any form of intellectual property rights regarding the product line "Classic Battletech", pending
16  resolution of existing legal action concerning copyright infringementt related to that product line.

17  As set forth in the original Complaint for Relief filed under this case number, Plaintiff meets all requirements for
18  the issuance of a preliminary injunction. Specifically, Defendant is owner of a company ("WizKids") which can
19  be shown by the merits to have unlawfully seized and claimed ownership of Plaintiff's intellectual property,
20  having subsequently published same as a "canon" portion of the "Classic Battletech" property in question.

21  As Defendant has announced intent to close WizKids and has entered into negotiations to sell the "Classic
22  Battletech" property to a third party, and as Plaintiff has on previous occasions notified Defendant that a suitable
23  settlement of this matter would require the transfer of certain portions of this property, the completion of such
24  sale would include a claim to Plaintiff's property and cause great hindrance to arriving at any form of non-judicial
25  settlement, thus causing Plaintiff "irreparable harm".

26      Dated:
27                                              _____
                                                Scott Malcomson
28
                                                450 N. Hall, Mesa, Arizona 85203

                                                (602) 323-7458