United States District Court
for the District of Arizona
December 30, 2008

Minute Order

Case No. CIV-08-2306-PHX-MEA

Title: Scott Malcomson v. Topps, Inc.

---

DOCKET ENTRY

MINUTE ORDER pursuant to Local Rule 38(a), a request has been received for a random reassignment of this case to a District Judge. FURTHER ORDERED case reassigned by random draw to Judge G. Murray Snow. All Further pleadings/papers should now list the following COMPLETE case number: CV08-2306-PHX-GMS

---

CASE ASSIGNED TO:

Honorable G. Murray Snow, District Judge

(9/15/99)