Name ______________________
Bar # ______________________
Firm ______________________
Address ______________________
______________________
______________________
Telephone ______________________

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Plaintiff, | ) | **Case No.** |
| vs. | ) | **Corporate Disclosure Statement** |
| Defendant. | ) | |

This Corporate Disclosure Statement is filed on behalf of ______________________________ in compliance with the provisions of: *(check one)*

____ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

________________________________________Relationship__________________________

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

____________________________________________Relationship________________________

_____ Other(please explain)

______________________________________________________________________________

______________________________________________________________________________

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __________ day of ____________________, _________.

____________________________________

Counsel of Record

Certificate of Service: