AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

FILED ____ LODGED
____ RECEIVED ____ COPY

JAN 0 9 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

I declare under penalty of perjury that I served the summons and complaint in this case on 12/26/08,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
Topps Legal Department, Andrew Gasper ; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____
_____
_____

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

Date: 1/5/09

Server's signature

Scott Malcomson
Printed name and title

450 N. Hall, Mesa, AZ 85203
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): J. Soto<br>C. Date of Delivery: 12/29 |
| 1. Article Addressed to:<br><br>Topps, Inc.<br>Legal Department<br>1 Whitehall St.<br>New York, NY 10004 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0000 6057 9494 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540