| | |
|---|---|
| Name | John Battaile |
| Bar # | ASB No. 4103 |
| Firm | Altfeld Battaile & Goldman, P.C. |
| Address | 250 North Meyer Avenue |
| | Tucson, Arizona 85701 |
| Telephone | (520) 622-7733 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Scott Malcomson,

    Plaintiff,

vs.

The Topps Company, Inc.

    Defendant.

Case No. CV08-2306-PHX-GMS

Corporate Disclosure Statement

This Corporate Disclosure Statement is filed on behalf of **The Topps Company, Inc.** in compliance with the provisions of: *(check one)*

    __x__  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

__x__ Other(please explain)

Topps's corporate parents are Tornante Co. and Madison Dearborn Partners LLC.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this 13th day of January, 2009.

John Battaile
Counsel of Record

Certificate of Service:

I hereby certify that a copy of the foregoing Corporate Disclosure Statement was served on Plaintiff, Scott Malcomson, 450 N. Hall, Mesa, Arizona 85203 U.S. Mail this January 13, 2009.

/s/ Elena C. Todd
Elena C. Todd