FILED ___ LODGED ___ RECEIVED ___ COPY
FEB 0 4 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Scott Malcomson
Plaintiff(s)/Petitioner(s),

vs.

The Topps Company, Inc.

Defendant(s)/Respondent(s)

**CASE NO: CV08-2306-PHX-GMS**

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, Mioko C. Tajika, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of The Topps Company, Inc..

CITY AND STATE OF PRINCIPAL RESIDENCE: New York, New York

FIRM NAME: Ingram Yuzek Gainen Carroll & Bertolotti, LLP

ADDRESS: 250 Park Avenue SUITE: ______

CITY: New York STATE: NY ZIP: 10177

FIRM/BUSINESS PHONE: (212) 907-9622

FIRM FAX PHONE: (212) 907-9681 E-MAIL ADDRESS: mtajika@ingramllp.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| Supreme Court of New York State | Aug. 1, 2005 | (Yes) / No* |
| District Court for the SDNY | Sept. 12, 2006 | (Yes) / No* |
| District Court fothe EDNY | Sept. 12, 2006 | (Yes) / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| *CASE NUMBER* | *TITLE OF ACTION* | *DATE GRANTED OR DENIED** |
|---|---|---|
| | | |
| | | |
| | | |

*EXPLAIN: ______

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

If you answer YES to either of the following questions, please explain all circumstances on a separate page.

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? Y/(N)

Have you ever been disbarred from practice in any Court? Y/(N)

**I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).**

2/3/09
Date

Mioko Tajika
Signature of Applicant

**Fee Receipt #** PHX088622

(Rev. 01/09)

CSDNY (11/99) Certificate of Good Standing

# United States District Court

**Southern District of New York**

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

MIOKO CATHERINE TAJIKA, Bar # MT8728

was duly admitted to practice in this Court on

SEPTEMBER 12th, 2006, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on JANUARY 20th, 2009

J. Michael McMahon
Clerk

by [signature]
Deputy Clerk