AO 435 (Rev. 10/05)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Read Instructions on Back:*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Mioko C. Tajika | 2. PHONE NUMBER: (212) 907-9600 | 3. DATE: 2/20/2009 |
| 4. FIRM NAME: Ingram Yuzek Gainen Carroll & Bertolotti, LLP | | |
| 5. MAILING ADDRESS: 250 Park Avenue | 6. CITY: New York | 7. STATE: NY; 8. ZIP CODE: 10177 |
| 9. CASE NUMBER: CV08-2306-PHX-GMS; 10. JUDGE: G. Murray Snow | DATES OF PROCEEDINGS: 11. 2/20/2009 | 12. |
| 13. CASE NAME: Malcomson v. Topps, Inc. | LOCATION OF PROCEEDINGS: 14. Phoenix | 15. STATE: Arizona |

16. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | 2/20/2009 |
| ☐ SENTENCING | | Case Management Conf. | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☑ | |
| 14 DAYS | ☑ | ☐ | |
| 7 DAYS | ☐ | ☐ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS** (check all that apply)

- PAPER COPY ☐
- E-MAIL ☑
- DISK ☐
- PDF FORMAT ☑
- ASCII FORMAT ☐

ESTIMATED COSTS

E-MAIL ADDRESS: mtajika@ingramllp.com

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE [signature]

20. DATE 2/20/2009

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

TRANSCRIPT TO BE PREPARED BY

| | DATE | BY | | |
|---|---|---|---|---|
| | | | ESTIMATE TOTAL | 0.00 |
| ORDER RECEIVED | | | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY