Scott Malcomson
450 N. Hall
Mesa, Arizona 85203
(602) 323-7458

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Scott Malcomson

vs.

Topps, Inc.

Case No. CV08-2306-PHX-GMS

**Notice of Initial Disclosure**

Pursuant to F.R.C.P. Rule 26(a)(1), Plaintiff Scott Malcomson hereby submits the following as his initial disclosure statement:

**I. Names of Persons likely to have discoverable information relevant to the disputed facts in the Parties' Pleadings:**

Plaintiff at this time has access only to names and, in some cases, nicknames, used by persons in the employ of WizKids during the period in question. Plaintiff is reliant on discovery of further contact information and proper names through the efforts of Topps counsel. The names and nicknames known by Plaintiff are: Jordan Weisman, Randall Bills, Warner Doles, Herb Beas, Susan Phariss, Loren Coleman, David Stansel-Garner, Mike Stackpole, "Paul", "Roosterboy", "Cannonshop", "Berg Storm", "Worktroll", "Deathshadow" and "JadeHellbringer". All persons named in quotes were forum moderators of WizKids' website and their nicknames were used as their sole identification.

**II. Description of all Documents, Data Compilations or other Tangible Things in Possession, Custody or Control of Plaintiff relevant to the Disputed Facts alleged in the Pleadings.**

Plaintiff has made available to Defendant's counsel 334 documents at this time, in hardcopy black-and-white format, comprising all documents Plaintiff believes to be relevant at this time. Further documentation will be made available as Defendant's counsel requires, or as Plaintiff may discover independently.

Respectfully submitted this 20th of February 2009 by

Scott Malcomson, Plaintiff *pro se*

Certificate of Service

I certify a copy of the foregoing Notice of Initial Disclosure was served on Defendant, Topps, Inc., 1 Whitehall St., New York, N.Y. 10004 via U.S. Mail this 20 Feb 2009.