# NOTICE OF FILING OF OFFICIAL TRANSCRIPT

Please be advised that a transcript has been filed in the above case.

Within 21 calendar days of the e-filing of the transcript, any party seeking a redaction shall file a *Redaction Request Re Transcript* in CM/ECF. The Request should include the page and line of the transcript where the redaction is being requested.

If no *Redaction Request Re Transcript* is filed within the allotted time, the Court will presume redaction of personal identifiers is not necessary, and the transcript will be made electronically available to the public 90 days after the filing of the transcript.

Attorneys and parties are encouraged to review General Order 08-11, PRIVACY REQUIREMENTS IN CIVIL AND CRIMINAL CASES, which can be found on our website. This General Order fully describes the electronic availability of transcripts in this District.