**ALTFELD BATTAILE & GOLDMAN, P.C.**
**250 North Meyer Avenue**
**Tucson, Arizona 85701**
**Tel:(520) 622-7733**
**Fax:(520) 622-7967**
**JFBattaile@abgattorneys.com**
**John F. Battaile, ASB No. 4103**

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
**250 Park Avenue**
**New York, New York 10177**
**Tel: (212) 907-9600**
**Fax: (212) 907-9681**
**Debert@ingramllp.com**
**David G. Ebert**
**Mioko C. Tajika**
***Admitted Pro Hac Vice***

*Attorneys for Defendant, The Topps Company, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scott Malcomson,<br>Plaintiff,<br>v.<br>The Topps Company, Inc.,<br>Defendant. | NO. CV08-2306-PHX-GMS<br><br>**RESPONSE TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AND MOTION TO STRIKE** |

Defendant, The Topps Company, Inc., responds to Plaintiff Scott Malcomson's Motion to Amend the Complaint for relief as follows:

In view of the fact that this case is still in its early stages, and because of the liberal policy allowing amendments to pleadings, especially for *pro se* complaints, Topps consents to allowing the amendments proposed by the plaintiff, except Topps cross-moves to strike the portion appearing on page five of the proposed amended complaint at lines 10–11. What Topps's counsel allegedly stated to Plaintiff during the parties' settlement discussions is irrelevant to, and cannot form the basis of, Plaintiff's purported copyright infringement claim.

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

By this consent, Topps does not waive, but reserves all of its denials, defenses, and objections to the allegations in the amended complaint.

RESPECTFULLY SUBMITTED THIS March 10, 2009.

ALTFELD BATTAILE & GOLDMAN, P.C.

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

______________________________
John F. Battaile
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Response to Plaintiff's Motion to Amend the Complaint and Motion to Strike was served on Plaintiff, Scott Malcomson, 450 N. Hall, Mesa, Arizona 85203 U.S. Mail this March 10, 2009.

/s/ Elena C. Todd
Elena C. Todd