**ALTFELD BATTAILE & GOLDMAN, P.C.**
**250 North Meyer Avenue**
**Tucson, Arizona 85701**
**Tel:(520) 622-7733**
**Fax:(520) 622-7967**
**JFBattaile@abgattorneys.com**
**John F. Battaile, ASB No. 4103**

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
**250 Park Avenue**
**New York, New York 10177**
**Tel: (212) 907-9600**
**Fax: (212) 907-9681**
**Debert@ingramllp.com**
**David G. Ebert**
**Mioko C. Tajika**
***Admitted Pro Hac Vice***

*Attorneys for Defendant, The Topps Company, Inc.*

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scott Malcomson,<br><br>Plaintiff,<br><br>v.<br><br>The Topps Company, Inc.,<br><br>Defendant. | NO. CV08-2306-PHX-GMS<br><br>**NOTICE OF ERRATUM** |

Defendant, The Topps Company, Inc., calls the Court's attention to a typographical error at page 1, line 24 of Topps's Response to Plaintiff's Motion to Amend the Complaint and Motion to Strike, served and filed on March 10, 2009. The reference to lines 10–11 of the proposed amended complaint should have referred to lines 4–5 of the proposed amended complaint, which reads: "As the first actual repudiation of Plaintiff's copyrights by confirmably authorized persons was via declaration of Topps counsel in December 2008, and[.]"

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

RESPECTFULLY SUBMITTED THIS March 12, 2009.

ALTFELD BATTAILE & GOLDMAN, P.C.

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

/s/ John F. Battaile
John F. Battaile
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Erratum was served on Plaintiff, Scott Malcomson, 450 N. Hall, Mesa, Arizona 85203 U.S. Mail this March 12, 2009.

/s/ Elena C. Todd
Elena C. Todd