**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Scott Malcomson,

Plaintiff,

vs.

Topps, Inc.,

Defendant.

No. CV-08-2306-PHX-GMS

**ORDER**

Pending before the Court is Plaintiff's Motion to Amend Complaint (Dkt. # 17), Motion to File an Amendment to Complaint for Relief (Dkt. # 25) and Defendant's Response thereto and Motion to Strike (Dkt. # 27). Accordingly,

**IT IS HEREBY ORDERED** granting the Plaintiff's motion to amend the complaint (Dkt. # 25), and denying Defendant Topps, Inc.'s motion to strike (Dkt. # 27).

**IT IS FURTHER ORDERED** directing the Clerk of the Court file the lodged First Amended Complaint for Relief (Dkt. # 26).

**IT IS FURTHER ORDERED** denying Plaintiff's motion to amend (Dkt. # 17) as moot.

DATED this 26th day of March, 2009.

G. Murray Snow

G. Murray Snow
United States District Judge