___ FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 12 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ M DEPUTY

AO 435 (Rev. 10/05)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Read Instructions on Back:*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME Scott Malcomson | 2. PHONE NUMBER (602) 323-7458 | 3. DATE |
| 4. FIRM NAME Pro se | | |
| 5. MAILING ADDRESS 450 N. Hall | 6. CITY Mesa | 7. STATE AZ / 8. ZIP CODE 85203 |
| 9. CASE NUMBER CV08-2306 / 10. JUDGE Snow | DATES OF PROCEEDINGS 11. 2/20/2009 | 12. |
| 13. CASE NAME Malcolmson v Topps Co. | LOCATION OF PROCEEDINGS 14. Phx | 15. STATE |

16. ORDER FOR
- ☐ APPEAL
- ☑ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☑ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Rule 16 Schedule | 2/20/09 |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | | ESTIMATED COSTS |
|---|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY | ☐ | |
| 7 DAYS | ☐ | ☒ | | E-MAIL | ☑ | |
| DAILY | ☐ | ☐ | | DISK | ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT | ☐ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT | ☐ | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE [signature]

20. DATE 6/12/09

E-MAIL ADDRESS calbeck@yahoo.com

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 10.80 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | 10.80 |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

pd

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY