X FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 16 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY Z DEPUTY

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203
(602) 323-7458
calbeck@yahoo.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scott Malcomson,<br>Plaintiff,<br>v.<br>The Topps Company, Inc.,<br>Defendant. | NO. CV08-2306-PHX-GMS<br>**PLAINTIFF'S REQUEST FOR EARLY NEUTRAL EVALUATION BY MAGISTRATE JUDGE** |

Under LR Civ. P. 83.10, Plaintiff Scott Malcomson requests that the facts in this case be referred to a Magistrate Judge for purposes of Early Neutral Evaluation. The primary objective of this Evaluation is to provide a basis for potential settlement by having a neutral party evaluate the merit of facts being brought in this case by either or both parties. Plaintiff believes that such assessment may assist the parties in negotiating a pre-trial settlement.

RESPECTFULLY SUBMITTED THIS June 15, 2009.

Certificate of Service
I certify that a copy of the foregoing Request was served on Defendant in the person of Mioko Tajika via US mail to 250 Park Avenue, New York, New York, 10177, this June 16, 2009.

SCOTT MALCOMSON
*Plaintiff, filed pro se*
450 N. Hall, Mesa, Arizona 85203
(602) 323-7458