**ALTFELD BATTAILE & GOLDMAN, P.C.**
**250 North Meyer Avenue**
**Tucson, Arizona 85701**
**Tel:(520) 622-7733**
**Fax:(520) 622-7967**
**JFBattaile@abgattorneys.com**
**John F. Battaile, ASB No. 4103**

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
**250 Park Avenue**
**New York, New York 10177**
**Tel: (212) 907-9600**
**Fax: (212) 907-9681**
**DEbert@ingramllp.com**
**David G. Ebert**
**Mioko C. Tajika**
***Admitted Pro Hac Vice***

*Attorneys for Defendant, The Topps Company, Inc.*

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scott Malcomson,<br><br>Plaintiff,<br><br>v.<br><br>The Topps Company, Inc.,<br><br>Defendant. | NO. CV08-2306-PHX-GMS<br><br>**DEFENDANT'S POSITION STATEMENT REGARDING THE COURT'S JULY 9, 2009 CONFERENCE CALL** |

Defendant, The Topps Company, Inc., through counsel undersigned, hereby presents its Position Statement in anticipation of the Court's July 9, 2009 Conference call as follows:

Plaintiff requested the July 9 phone conference to address Topps's alleged non-cooperation in discovery. Topps, however, has fully cooperated and has timely fulfilled, or will fulfill, its obligations in all respects. Plaintiff, while claiming that Topps has failed to comply with its discovery obligation, did not serve his document demands and requests for admission until June 12 and 15, 2009 (Docket entries #33 and 34). Thus, under the Federal Rules of Civil

Procedure, Topps's responses are not due until mid-July and there has been no default or lack of cooperation.

RESPECTFULLY SUBMITTED THIS June 30, 2009.

ALTFELD BATTAILE & GOLDMAN, P.C.

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

/s/ John F. Battaile
John F. Battaile
*Attorneys for Defendant*

An original and one copy of the foregoing was mailed via First Class mail on June 30, 2009 to:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203
*Plaintiff*

/s/ Elena C. Todd
Elena C. Todd



ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733