**ALTFELD BATTAILE & GOLDMAN, P.C.**
**250 North Meyer Avenue**
**Tucson, Arizona 85701**
**Tel:(520) 622-7733**
**Fax:(520) 622-7967**
**JFBattaile@abgattorneys.com**
**John F. Battaile, ASB No. 4103**

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
**250 Park Avenue**
**New York, New York 10177**
**Tel: (212) 907-9600**
**Fax: (212) 907-9681**
**DEbert@ingramllp.com**
**David G. Ebert**
**Mioko C. Tajika**
***Admitted Pro Hac Vice***

*Attorneys for Defendant, The Topps Company, Inc.*

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scott Malcomson,<br>Plaintiff,<br>v.<br>The Topps Company, Inc.,<br>Defendant. | NO. CV08-2306-PHX-GMS<br><br>**NOTICE OF DEPOSITION OF SCOTT MALCOMSON** |

TO: All parties and their attorneys of record:

The undersigned counsel will take the deposition of Scott Malcomson, on **Monday, July 20, 2009** at the hour of **9:00 a.m.** upon oral examination, before an officer duly authorized by law to administer oaths, pursuant to Rule 30, *Fed.R.Civ.P.*, at the following location:

Coash & Coash Court Reporters
1802 N. 7th Street
Phoenix, AZ 85006

PLEASE ALSO TAKE NOTICE that the deposition will be audio or audio-videotaped by Coash & Coash Court Reporters in addition to stenographically recording

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

the testimonies. To record the deposition, a video camera will be placed in front of the deponent. Defendants intend to reserve their right to use such audio or audio-videotape depositions at trial or any other hearing in this litigation. The following protocols will be observed for the audio or video recording of the deposition:

(a) The deposition shall begin with an oral or written statement on camera or on the audio recording that includes the operator's name and business address, the name and business address of the operator's employer, the date, time, and place of the deposition, the caption of the case, the name of the deponent, a specification of the party on whose behalf the deposition is being taken, and any stipulations by the parties.

(b) counsel for the parties shall identify themselves on camera or on the audio recording.

(c) The oath shall be administered to the deponent on camera or on the audio recording.

(d) If the length of a deposition requires the use of more than one unit of tape or electronic storage, the end of each unit and the beginning of each succeeding unit shall be announced on camera or on the audio recording.

(e) At the conclusion of a deposition, a statement shall be made on camera or on the audio recording that the deposition is ended and shall set forth any stipulation made by counsel concerning the custody of the audio or video recording and the exhibits, or concerning other pertinent matters.

RESPECTFULLY SUBMITTED THIS July 2, 2009.

ALTFELD BATTAILE & GOLDMAN, P.C.

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

/s/ John F. Battaile
John F. Battaile
*Attorneys for Defendant*

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

An original and one copy of the foregoing was mailed via First Class mail on July 2, 2009 to:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203
*Plaintiff*

Coash & Coash Court Reporters
1802 N. 7th Street
Phoenix, AZ 85006

/s/ Elena C. Todd
Elena C. Todd