IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Malcomson,<br>Plaintiff,<br>vs.<br>The Topps Company, Inc.,<br>Defendant. | No. CV08-2306-PHX-GMS<br>**ORDER** |

Pending before the Court is Plaintiff's Request for Early Neutral Evaluation by Magistrate Judge (Dkt. # 35) and Defendant's Response to Plaintiff's Motion for Early Neutral Evaluation (Dkt. # 36).

In his motion, brought pursuant to LRCiv 83.10, Plaintiff requests a referral of this case to a magistrate judge for purposes of alternative dispute resolution. In its response Topps indicates that while it is not opposed to this procedure it has engaged in unproductive settlement talks with Plaintiff and has no indication that settlement is likely. Therefore, it requests that this court order the magistrate judge to engage in a bifurcated process in which the magistrate judge first determines whether there is a reasonable prospect of settlement before the magistrate judge schedules a settlement conference. Topps requests a stay of discovery while it engages in this bifurcated process. The Court denies the requests of both parties.

The Court notes that the discovery deadline looms in this case. A look at the docket suggests that however else they may have spent their time, neither party has engaged in much discovery. The parties have been advised since at least the scheduling conference that the court considered the deadlines in this case to be real and that it would not extend them so that the parties could engage in settlement discussions, especially when the parties had not conducted sufficient discovery. It thus will not stay discovery in this case. Nor, however, will the Court compel the Defendant to participate in an alternative dispute resolution process which cannot likely soon be scheduled when discovery deadlines approach, and there is no reasonable likelihood of accomplishing settlement. Therefore,

**IT IS HEREBY ORDERED** denying Plaintiff's Request for Early Neutral Evaluation by Magistrate Judge (Dkt. # 35).

DATED this 13th day of July, 2009.

G. Murray Snow
United States District Judge