**ALTFELD BATTAILE & GOLDMAN, P.C.**
**250 North Meyer Avenue**
**Tucson, Arizona 85701**
**Tel:(520) 622-7733**
**Fax:(520) 622-7967**
**JFBattaile@abgattorneys.com**
**John F. Battaile, ASB No. 4103**

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
**250 Park Avenue**
**New York, New York 10177**
**Tel: (212) 907-9600**
**Fax: (212) 907-9681**
**DEbert@ingramllp.com**
**MTajika@ingramllp.com**
**David G. Ebert**
**Mioko C. Tajika**
***Admitted Pro Hac Vice***

*Attorneys for Defendant, The Topps Company, Inc.*

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scott Malcomson,<br>Plaintiff,<br>v.<br>The Topps Company, Inc.,<br>Defendant. | NO. CV08-2306-PHX-GMS<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to Rule 26.1(a)(1), *Fed.R.Civ.Pr.*, Defendant The Topps Company, Inc., by and through undersigned counsel, hereby certifies that on July 15, 2009 they served an original and one copy of *Defendant's Responses to Plaintiff's Request for Production* on Plaintiff Scott Malcomson via overnight mail from Ingram Yuzek Gainen Carroll & Bertolotti, LLP as follows:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203

RESPECTFULLY SUBMITTED THIS July 15, 2009.

ALTFELD BATTAILE & GOLDMAN, P.C.

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

/s/ John F. Battaile
John F. Battaile
*Attorneys for Defendant*

A copy of the foregoing was mailed via U.S. mail on July 15, 2009 to:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203
*Plaintiff*

/s/ Elena C. Todd
Elena C. Todd

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733