**ALTFELD BATTAILE & GOLDMAN, P.C.**
**250 North Meyer Avenue**
**Tucson, Arizona 85701**
**Tel:(520) 622-7733**
**Fax:(520) 622-7967**
**JFBattaile@abgattorneys.com**
**John F. Battaile, ASB No. 4103**

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
**250 Park Avenue**
**New York, New York 10177**
**Tel: (212) 907-9600**
**Fax: (212) 907-9681**
**DEbert@ingramllp.com**
**MTajika@ingamllp.com**
**David G. Ebert**
**Mioko C. Tajika**
*Admitted Pro Hac Vice*

*Attorneys for Defendant, The Topps Company, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Malcomson,        Plaintiff,  v.  The Topps Company, Inc.,        Defendant. | NO. CV08-2306-PHX-GMS  **DEFENDANT'S STATEMENT OF FILING** |

On March 26, 2009, this Court granted Plaintiff's motion to amend the complaint and directed the clerk to lodge Plaintiff's First Amended Complaint, which was lodged on the same day (Docket Entry # 30). Under Rule 15(c) of the Local Rules for the District of Arizona, Plaintiff had 10 days from March 26 to serve the Amended Complaint on Topps and file a certificate of service.

Topps was not served with Plaintiff's Amended Complaint after the motion was granted.  At the deposition on July 20, 2009, Plaintiff was unable to produce proof that he served Topps with his Amended Complaint.  Plaintiff also has not filed a certificate of service of the Amended Complaint in accordance with the time frame provided under Rule 15(c) of the Local Rules of the District of Arizona.  However, Plaintiff testified during the deposition that he intends to pursue the claims asserted in the Amended Complaint.

Fed. R. Civ. P. 15(a)(3) provides that a pleading must be made within the time remaining to respond to the original pleading or within 10 days after service of the amended pleading, whichever is later.  Notwithstanding the fact that Topps was never served with Plaintiff's Amended Complaint, in the exercise of caution, Topps has served and filed its answer to the Amended Complaint (Docket Entry # 44).

RESPECTFULLY SUBMITTED THIS July 22, 2009.

        ALTFELD BATTAILE & GOLDMAN, P.C.

        INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

        /s/ John F. Battaile
        John F. Battaile
        *Attorneys for Defendant*

1 An original and one copy of the foregoing
2 was mailed via First Class mail on
July 22, 2009 to:
3
4 Scott Malcomson
450 N. Hall
5 Mesa, Arizona 85203
*Plaintiff*
6
7  /s/ Elena C. Todd

-3-