**ALTFELD BATTAILE & GOLDMAN, P.C.**
**250 North Meyer Avenue**
**Tucson, Arizona 85701**
**Tel:(520) 622-7733**
**Fax:(520) 622-7967**
**JFBattaile@abgattorneys.com**
**John F. Battaile, ASB No. 4103**

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
**250 Park Avenue**
**New York, New York 10177**
**Tel: (212) 907-9600**
**Fax: (212) 907-9681**
**DEbert@ingramllp.com**
**David G. Ebert**
**Mioko C. Tajika**
*Admitted Pro Hac Vice*

*Attorneys for Defendant, The Topps Company, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Malcomson, | NO. CV08-2306-PHX-GMS |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSION** |
| The Topps Company, Inc., | |
| Defendant. | |

Pursuant to Rule 26(a)(1), *Fed.R.Civ.Pr.,* Defendant The Topps Company, Inc., by and through undersigned counsel, hereby gives notice that on July 24, 2009, it served *Defendant's Responses to Plaintiff's Request for Admission* on Plaintiff via U.S. Express Mail as follows:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

RESPECTFULLY SUBMITTED this 24th day of July, 2009.

ALTFELD BATTAILE & GOLDMAN, P.C.

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

 /s/ John F. Battaile
*Attorneys for Defendant*

The foregoing was electronically filed on July 24, 2009 and mailed via Express Mail on July 24, 2009 to:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203

 /s/ Edwina Campbell
Edwina Campbell

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

-2-