**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scott Malcomson,<br>Plaintiff,<br>v.<br>The Topps Company, Inc.,<br>Defendant. | NO. CV08-2306-PHX-GMS<br><br>**ORDER REGARDING STIPULATED CONFIDENTIALITY AGREEMENT** |

Pursuant to the Stipulated Confidentiality Agreement of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Confidentiality Agreement is hereby APPROVED.

Hon. G. Murray Snow
United States District Court Judge