Exhibit A

13 Sept 93

Scott Malcomson
214 N. Gilbert (#141)
Mesa, Arizona 85203
(602) 844-8467

FASA Corporation
c/o Scott Jenkins, Battletech Development
1100 W. Cermak (B305)
Chicago, Illinois 60608

Dear Scott,

Enclosed please find the outline for the Eridani Light Horse Scenario Pack. I would like to apologize for the miscommunications and non-communications regarding this project...perhaps I can clear a few things up, assuming Sam hasn't done so already. During my service in the Gulf as an M1A1 tank crewman, I wrote a letter to FASA concerning the Kerensky trilogy. Sam Lewis got the letter and wrote back, as well as sending a godawfully huge box of everything from bug spray to the latest books from FASA. Needless to say, we became pen-pals. At one point, I decided to write a book about the Eridani Light Horse. I did the outline and sent it to Sam, and his reply was that while it was good on the face of it, I hadn't yet been published anywhere. He was concerned that the book might be rejected by Tor on those grounds. His solution was that I write a scenario pack based on the Light Horse to earn my credentials.

This, I think, is where the problem came in. I took that to mean the project WAS approved, and when I called you about it some months back, I assumed that it was to touch base and get ahold of the writer's guidelines (which I'd requested before but hadn't seen yet). At that point you said you'd send me the guidelines and then we'd talk about the project...but by the time I got them I was hot to start and dove right in, forgetting to call you back! This was entirely unprofessional on my part, and again I offer my apologies.

Assuming the project is approved, please write back soonest regarding any changes that need to be made to the enclosed outline. Thank you.

Respectfully,

Scott Malcomson

Outline: Eridani Light Horse Scenario Pack
----------------------------------------------

Overview
--------

This pack contains scenarios involving the Eridani
Light Horse for Battletech Third Edition, MechWarrior
Second Edition, and BattleForce. The packet doubles as an
update sourcebook for the Eridani Light Horse as well,
covering the period extending from the end of the 4th
Succession War to 3056.

History
-------

The story of the ELH, from its roots as a Star
League Regimental Combat Team to the modern day. Subjects
such as the ELH's relation to the Clans and the
importance of tradition within the unit are covered, as
well as important battles and their significance.

MechWarrior Scenario: Operation Mongoose
----------------------------------------------

The PCs have been picked from the ranks of the 8th
Recon and 50th Heavy Cavalry Battalions of the Eridani
Light Horse's 151st Light Horse Regiment for the purpose
of forcibly extraditing several members of Clan Steel
Viper to the Federated Commonwealth world of Mogyorod,
where said Clansmen will be held for trial on multiple
counts of murder. The Clansmen in question are the
survivors of the MechWarrior campaign published in
Bloodright.

"Operation Mongoose" has been broken into two
phases, Reconnaisance and Extradition, for ease of play.
It is recommended that each phase be played as a separate
session, to allow both the GM and PCs an opportunity to
take a deep breath and sort things out in between.
Each phase is, itself, broken into seperate stages
that represent different mission objectives which must be
achieved before the next one can be tackled. In most
cases, failure of a particular stage will simply mean
that the next will be that much tougher --- for instance,
those Ullers the PCs failed to destroy in one stage
appear in the next as reinforcements. Such modifications
are noted in the victory conditions of each stage and
phase.
Finally, there are four possible results to this
scenario, found in the vignettes at the end: Total
Victory (all Clansmen captured and brought to Mogyorod
alive), Partial Victory (one or more Clansmen killed or
managed to escape), Defeat (no Clansmen brought back for
trial), and Captured (at least one PC taken as a
bondsman). The Captured result may be combined with any
of the other three results --- it is possible, for

instance, to capture all the Clansmen and still have a PC taken as a bondsman.

BattleForce Scenario: Orkney
------------------------------

This requires a bit more explanation...when talking to Sam at GenCon 25, I asked what happened to the 71st Light Horse Regiment of the Eridani. They'd been operating in the same area the Clans invaded, and they'd lost an entire regiment plus two battalions from the 21st Striker, but there was never any mention of them in the Wolf Clan or Jade Falcon sourcebooks...or anywhere else, for that matter. Last reported position was on Sudeten...and the Gray Death Legion relieved them before the Clans hit.

Sam had no answer...no one had considered it. Every battle with the Clans in the Eridani's operations area had been covered, from company actions to brigades, but the Eridani had slipped through the cracks. So I came up with this:

BACKGROUND:

When the Steel Vipers and Jade Falcons arrived over Orkney, they found the world defended by a multiregimental force. Both Clans wanted Orkney for its strategic position, and so a three-way batchall was set up with the planet's defenders.

It was then the Clansmen learned the planet was held by the Eridani Light Horse! Steel Viper Khan Natalie Breen offered the unit's members positions as bondsmen, impressed by the Light Horse's ability to retain its Star League traditions for so many years.

Brevet-General Winston's reply was blunt: Nicholas Kerensky's usurpation of Star League and SLDF legal codes in forming the Clans made him an outlaw. Therefore, she continued, the Clans themselves were in rebellion against the Star League! When told that the Clans had come to restore the Star League, she informed the Khans that the Star League had never dissolved...the question of who was to be First Lord had simply not yet been answered. She then offered to accept the surrender of the Steel Viper and Jade Falcon forces in her role as the senior acting officer of the Star League Defense Forces defending Orkney.

Khan Breen, infuriated, resolved to destroy the upstarts. In the bidding that followed the batchall, Jade Falcon Khan Elias Crichell matched Breen's bids Star for Star and Elemental for Elemental until the Vipers were left with a single complete Cluster: the 3rd Viper Guards. At that point, he suddenly ceded. It was obvious that he had used Breen's anger against her; a single Cluster would not likely be able to defeat all three regiments of an elite unit like the Light Horse.

SYNOPSIS:
    Patterned after the Galtor III campaign module, the Orkney campaign simulates fighting a multiregimental vs. Cluster battle over a large manuever area using the BattleForce and ClanForce (released by MechForce UK; necessary rules should be reprinted here) rules. Victory goes to the player with at least one operational unit remaining. Historically, the 3rd Viper Guards were lost in exchange for the 71st Light Horse Regiment.
    The scenario could be broken up into "phase lines", where a battle won in one sector has an effect on another elsewhere, or it could be fought as a single great bloody affair depending on printing space availability.

Battletech Scenarios (14)
--------------------------

| ELEMENT | ERA | LOCATION | UNITS/SCENARIO DESCRIPTION |
|---------|-----|----------|----------------------------|
| Lance | SPW | Cyrton | (Taurian Lancers/19th Striker) A small skirmishing action in a much larger war. |
| Company | AU | Carver V | (12th Amaris Dragoons/19th Striker) A Mule-class supply DropShip must be protected from the Usurper's 'Mechs! Support comes elements of a marine company. |
| Company | SW2 | Irian | (7th Irian Militia Cavalry/71st Light Horse) A battalion of infantry and armor against the heavy 'Mechs of the Eridani for control of a world! |
| Lance | SW3 | Loric | (3rd Regulan Hussars/21st Striker) An Eridani recon unit against a Marik medium 'Mech lance...which has already sustained damage. |
| Lance | SW4 | Algol | (1st Ariana Fusiliers/71st Light Horse) A Liao scout force runs into a well-laid vehicle ambush. |
| Lance | SW4 | Kawich | (House Hiritsu/21st Striker) An assault lance from House Hiritsu must break open the Eridani line and allow the battalion to escape a trap. |

| | | | |
|---|---|---|---|
| Company | TN | Galtor III | (2nd Amphigean LAG/151st Light Horse) An Amphigean medium company must defend an important parts depot from an Eridani recon company with artillery support. |
| Lance | TN | Royal | (1st Amphigean LAG/71st Light Horse) Rebel infantry assist an Eridani scout lance in trying to blow a bridge before a Kuritan medium tank company can cross. |
| Lance | TN | Lima | (Ryoken-roku/21st Striker) Kuritan 'Mechs have broken through the line and are attacking the regimental command lance! |
| Company | CI | Winfield | (6th PGC/21st Striker) A Clan-held parts factory must be destroyed by a combined force of Eridani 'Mechs and rebel tanks. |
| Lance | CI | Sudeten | (Dorbeng PGC/71st Light Horse) Survivors from the Gray Death Legion have surfaced in the backwoods and must be rescued! |
| Company | TT | Antares | (5th Viper Regulars/21st Striker) A Star League memory core containing schematics for difficult 'Mech refits was unearthed here by Clan Steel Viper. The Eridani must recover that core! |
| Lance | TT | Devin | (Choyer PGC/151st Light Horse) Another Star League cache-hunt...but is it the real thing, or a carefully-laid trap? |

KEY: SPW = Second Periphery War, AU = Amaris Uprising, SW(#) = Succession War, TN = War of Thirty Nine, CI = Clan Invasion, TT = Tukyyid Truce

\*   \*   \*   \*   \*

Well, that's what I have. I considered doing a BattleTroops scenario, as well as something for BattleSpace, but it seems that this packet will already be overstuffed with what I've already put in it! If possible, though, I'd like to construct a scenario built around Eridani infantry fighting Clan Jade Falcon Elementals in a sewer system (BattleTroops), and/or one about ship-to-ship fighting between Eridani and Amaris WarShips in 2766.

<nods politely>

I await your requirements, sir. <gryn>

# HISTORY OF THE ERIDANI LIGHT HORSE

## 2702-2784: The Star League

In 2051, multiregimental exercises beyond the Rim Worlds Republic proved to the Star League Defense Forces High Command that a new organizational format was needed for missions that did not require an entire division, but were beyond the ability of a single regiment. To fill this gap, the concept of the Regimental Combat Team was formulated. The RCTs (as they came to be known) were arrayed to maximize interregimental cooperation. Each was composed of four subordinate regiments plus an overlying command structure designed to make the best use of each regiment's inherent capabilities.

Eventually, the Terran and 1st through 5th RCTs were formed to implement this theory. Each Team was assigned a section of the Star League as a permanent garrison station (as opposed to standard SLDF procedure, which had units deploying where they were needed when they were needed), a practice which would help the units develop a better knowledge of the terrain they would fight in. It also allowed the SLDF to forge better ties with the local citizenry, an unplanned side benefit.

The 3rd Regimental Combat Team was formed in 2702. It was immediately assigned to the Rasalhague section of the Draconis Combine, where the unit was often accused by the region's Kuritan overlords of being nothing more than *de facto* occupation forces. In contrast, the people of Rasalhague (which had been forcibly assimilated into the Combine by the year 2510) were very accepting of the 3rd RCT. Having Star League forces in the area ensured that it would be difficult for House Kurita to implement the most efficient (and, incidentally, the most ruthless and inhuman) methods of rooting out pockets of resistance.

### The Hidden War and the Gunslinger Program

In 2681, the cutbacks of the House militaries ordered by Michael Cameron's Edict of 2650 began to bear bitter fruit. Hundreds of Kuritan MechWarriors had become *ronin*, masterless samurai who knew no other trade than warfare. They began contesting each other in duels of honor --- duels that eventually began to produce Champions, around whom a whole new duelling cult arose to rival that of Solaris VII. Many of these Champions became legends both on and off the duelling circuits, and the cockier ones began striding up to the edges of Star League bases and delivering challenges to those within. The 3rd RCT acquitted itself well in these duels, winning 30 out of 48 challenges given them by the time the practice ground to a halt in 2751.

This incredible record was likely due to the unit's heavy involvement in the SLDF's Gunslinger program. The greatest Gunslinger ever to hail from the 3rd RCT was Major Kyle Sessions, who piloted a *Wyvern*-class BattleMech to 17 victories and suffered only one loss before his retirement in 2735.

*Boiling Point*

On the 27th of August, 2749, decades of Kuritan resentment against the unit came to a head when the Prince of Rasalhague ordered the assassination of the 3rd RCT's commander. The unit reacted by forcibly occupying all ten worlds within its district. Weeks passed as preparations were made for the inevitable showdown.

When the attack finally materialized on the outskirts of Trondheim's city of Eridani, the Kuritan forces were routed with amazing ease. A local news reporter likened the RCT's performance to "...spirited Eridani stallions chasing after fat, clumsy Luthien cows", giving birth to the unit's nickname. In the aftermath, the Prince of Rasalhague was forced to disassociate himself from the proceedings by having the assassins arrested and executed after a speedy trial. Due to evidence that might have linked the Draconis Combine directly to the assassination, Coordinator Takiro Kurita declined to publicly back the move of his impetuous underling, but neither did he move to replace the errant Prince. Events were to shortly foreshadow the entire incident, however --- the Star League itself would soon be at risk.

*The Unraveling*

First Lord Simon Cameron was killed by a mining robot in what was apparently a freak accident in February of 2751. For the next fifteen years, the Star League would be turned inside out as the Periphery flared into open warfare, the Great Houses jockeyed for the best positions to manipulate the young Richard Cameron, and Stefan Amaris slowly but surely drew his plans for ultimate power. During these critical years, the Eridani joined the rest of the Star League Defense Forces in attempting to put down the Periphery uprisings, earning several unit citations and pulling through the horrible carnage reasonably intact.

In mid-2766, after three years of hard fighting in the Outworlds Alliance, the Light Horse was rotated back to its garrison in the Rasalhague Military District. There, they were hailed as returning heroes --- while many Rasalhague citizens were actually in favor of independence for those Periphery states that wished it, they had suffered greatly under the tightening fist of House Kurita in the absence of an overseeing SLDF force.

Less than six months later on December 27, First Lord Richard Cameron was shot dead by Stefan Amaris. While awaiting the return of General Kerensky's forces from the Periphery, the Eridani Light Horse prepared for raids against Usurper forces, but was denied permission to stage from Combine space. Most of Coordinator Minoru Kurita's family had been taken hostage by Amaris, and the Combine could not afford to be seen as supporting the returning Kerensky or any other SLDF force. The Light Horse transferred its base of operations to the Free Worlds League after some initially heated talks with Captain-General Kenyon Marik, and having gotten settled the unit commenced operations immediately.

During a mission to disrupt operations at one of New Earth's many BattleMech factories, the 19th Striker Regiment was ambushed by three heavy Usurper regiments. Evidence points to a Kuritan agent within the 19th Striker's high command tipping Amaris to the raid, possibly a "good-faith" effort on the Coordinator's part to resolve the hostage situation. As well, the Combine held a vendetta against the Light Horse for the loss on Trondheim and for defeating many of their *ronin* in the Gunslinger duels. No one has ever accused House Kurita of forgetting a slur to their honor.

If such is the case, no Kuritan family members were released to compensate the Coordinator for his efforts --- and the 19th Striker was completely and utterly destroyed, a betrayal the Eridani Light Horse has never forgotten or forgiven.

Upon General Kerensky's return from conquering Amaris' own Rim Worlds Republic in 2772, Marik rescinded his permission for SLDF personnel to base from Marik space. The move (apparently to repay an old grudge against Kerensky) forced the surviving Eridani to stop their heretofore successful raiding campaign and rejoin the Regular Army in preparation for the real war to come.

### Retribution

Emperor Amaris made a strategic blunder in 2774 by ordering a limited withdrawal of his forces to worlds protected by forts or Strategic Defense Systems. Twelve worlds were voluntarily relinquished to General Kerensky, two of which were within a single jump of Terra itself. In addition, the recapture of Carver V was a major morale coup; three Marine regiments had been holding out there since Amaris' coup eight years prior. The Light Horse, which ran supplies to the beleaguered troops during this period, received a healthy share of the credit for the success of the Marines' guerilla campaign.

Assaults on Republican holdings and consolidating liberated territory took nearly three years, but preparations for the final assault of Terra itself were complete by late January of 2777. From eight worlds surrounding mankind's home, the returning Army surged like a vengeful wave composed of warships, Aerospace fighters, BattleMechs, tanks and infantry---no amount of automated high-tech defenses, no suicidal defense, could keep the enraged SLDF from retaking the Cradle of Humanity back from the man who had defiled everything the Star League stood for.

The fighting continued without quarter, savage and brutal, until the last Republican units surrendered at the orders of Stefan Amaris himself in November of 2779. Always in or near the forefront of battle during the final campaign for North America, the Light Horse performed as a skirmishing and flanking unit on the corps level and witnessed the retaking of the Court of the Star League, although it did not directly participate.

*Aftermath and Exodus*

Ten years of war had come and gone, and with it, most of the Regular Army as well. A staggering 75% loss average crippled the SLDF, ensuring that when the High Council finally dissolved and all-out war erupted between the Great Houses, Kerensky's remaining forces would not be able to stop it. Rather than be swayed to the side of one of the soon-to-be-warring Houses, the aging General prepared his force to leave the Inner Sphere altogether.

When approached by the General's emissaries, however, the Eridani could not bring themselves to leave their homeworlds of Rasalhague. Too many felt they would be abandoning not only their friends and homes, but also the Star League itself; it only took the 80th Heavy Cavalry Battalion, which Kerensky himself had once commanded, half an hour to decide to remain. In the end, only a few scattered lances decided to leave with the Exodus.

Colonel Bradley's final message to General Kerensky expressed the Light Horse's undying loyalty to the Star League, as well as its decision to remain and maintain the traditions of the Star League Defense Forces.

And on November 5, 2784, the Exodus Fleet jumped out from New Samarkand into the yawning Periphery, not to be seen again for nearly three centuries.

# 2785-3048:  The  Succession  Wars

## MECHWARRIOR SCENARIO: "OPERATION MONGOOSE"

**Player's Synopsis**

Aleksandr Kerensky Memorial Park
Derby, Federated Commonwealth
February 27, 3056

General Adriana Winston nods approvingly at your handpicked squad.

"Stand at ease, soldiers."

The Eridani commander's auburn hair flutters lightly in the afternoon breeze, as if in concert with the regimental flags held tightly in the hands of the guidon bearers. The entire Light Horse stands at attention on the parade ground today, arrayed in a ranked triangle centered on a raised dais of white granite. Upon the dais a bronze statue holds a flagstaff displaying the gently-flapping standard of the Star League Defense Forces, the statue itself a life-size tribute to the man for which the park is named.

Below the mournful-faced statue and its proud burden stands General Winston and her command staff, the former of whom turns her stern mien on each of you in turn. Piercing green eyes examine you appraisingly from head to toe, just as they did when you were at attention---and again, there is the approving nod before she raises her voice to address not only your small group but the entire Light Horse as well:

"All of you know about Lieutenant Hallis and his family," she begins without preamble, "but I will recount the essential details here to refresh your memories. Members of Clan Steel Viper sought out and murdered each of them, one by one, to sate their thirst for what they called Bloodright. Their Bloodright, we have discovered, was instituted by Nicholas Kerensky in the aftermath of the annihalation of the Clan they only refer to as the Not-Named.

"The mad son of our honored General Aleksandr instituted this Trial in order to ensure the extinction of anyone with genes that could be traced to any surviving member of this Not-Named Clan. Sanctioned genocide: no less a crime than the Kentares Massacre that led the Eridani to leave the service of the Draconis Combine forever, no less an act of savagery than the murder of Richard Cameron by the barbaric Stefan Amaris which led to the fall of the Star League, and no less a horror than the Holocaust of the Second Terran World War that fed human beings considered 'racially-impure' into slaughterhouses like so much cattle."

General Winston takes a moment to compose herself, giving you time to let it sink in; Hallis, the guy who ran the regiment's best poker game, him and all his kin cut down for no better reason than that they happened to be related to someone centuries dead that the Clanners didn't like. Good GOD.

"We do not know why the Clanners so despise the Not-Named Clan---we only know that they callously sought out and slew not only a member of our ranks, but his entire family as well. All this for the *privilege*..." The Eridani general nearly spits the word, "...of gaining a Bloodname, of having the *honor* of joining the elite ranks of what equate to Clan nobility.

"If this is what the Clans call *honor*, if this is what they call *nobility*, then we of the Eridani Light Horse must fight them at every opportunity, must do all within our power to see them brought down!"

A rumble of approval sweeps through the assembled ranks, and General Winston allows it to run its course before continuing.

"They whose ancestors once fought Stefan Amaris alongside our ancient brethren have come to follow that foul murderer's ways, and count it honorable---as Stefan Amaris the Usurper was our bitterest foe, so now are the Clansmen, the Deserters who followed Nicholas Kerensky rather than the Star League Code of Conduct, a name rather than the Ares Conventions. They broke ranks to form a society that enforces oppression with their caste system, which glorifies war as being the greatest of all mankind's endeavors, which condones murder as a tool of social advancement."

Each of you, hand-picked from the ranks of the 8th Recon and 50th Heavy Cavalry Battalions (charged with the protection of Eridani Light Horse dependents since the Sendai Massacre), wait immersed in your emotions for the other shoe to drop---and suddenly it does:

"Clan Steel Viper shall be made to pay for their crimes. We cannot attack them *en masse* without endangering the Tukayyid Treaty, but ilKhan Kerensky cannot begrudge us the liberty of executing a small retaliatory surgical strike, considering the incessant raids and limited strikes his fellow Clanners have partaken of in recent months. To do so would be a move of the highest hypocrisy, even from a Clan viewpoint.

"Therefore, your team will be inserted into Viper space for the express purpose of capturing the personnel responsible for the murders of Lieutenant Hallis and his family, and returning them to Derby to stand trial in a court of the Federated Commonwealth for their crimes."

A moment, and only a moment passes: clear, shining, pure as life itself, and then it is gone---shattered by the throaty roar produced when the two surviving regiments of the Eridani Light Horse voice approval of your tiny force, the striking arm of Operation Mongoose.

If only their approval was enough to ensure your survival.

# Eridani Light Horse, 151st Light Horse

## OPERATIONAL ORDERS

## EYES ONLY

Dated 1/19/54:0935

## Mission Outline

To penetrate the occupied territories of Clan Steel Viper for the purpose of securing fugitives, said fugitives to be extradited to the world of Derby (Federated Commonwealth) in order to stand trial for multiple charges of murder.

### Phase One: Reconnaisance

Due to acts of *batchall* performed by said fugitives as per usual Clan operations, Eridani intelligence has been able to compile a reliable dossier regarding their identities and unit affiliation (see Appendix A). What we have not been able to determine is where their unit is at this time. Reliable sources within the Rasalhague zone of occupation indicate that it has moved in order to avoid a retaliatory strike on our part.

Therefore, your team must first determine precisely where the unit is, and obtain information pertaining to its deployment in order to prepare an assault against it.

Members of the Rasalhague Underground have pinpointed a Steel Viper auxiliary command bunker guarded by second-line units deep within enemy-controlled space, on the world of Persistence. Your team will be infiltrated into Clan space by a *Scout*-class Jumpship (name CLASSIFIED) owned by a Rasalhague Free Trader. As you know, the Free Traders have been running the gauntlet of Clan Aerospace patrols since the Tukyyid Treaty took effect, shipping badly-needed supplies and firearms to the Rasalhague and Tamar Underground organizations. Your captain has proven herself competent in every respect in these matters; your insertion will most likely occur without incident.

Your assigned Dropship for this mission will be the *Leopard*-class *Atlanta*, which will arrive under the guise of a Clan Jade Falcon Dropship in need of an emergency landing. Her captain will simulate the appearance of a navigation computer malfunction requiring a sufficient deviation from the standard landing pattern to effect your drop. The *Atlanta* will carry your personnel to the drop point, where you will execute a LALO (Low Altitude, Low Opening) parachute jump. Due to the erratic manuevers necessary to maintain the fiction of a navcomp malfunction, you may expect heavy turbulence upon exiting the Dropship. Though this method is dangerous, it is the only way to guarantee total surprise; orbital drops could be detected by ground radar and landing directly in the drop zone would reveal our intent, almost certainly resulting in the loss of the *Atlanta* to a massed Aerospace assault either while on the ground or while attempting to depart Persistence.

During this reconnaisance, your Battlemechs will not be used; they would not likely survive a LALO jump under such heavy turbulence, and it would prove next to impossible to smuggle them off-world upon completion of the mission. Therefore, your team will link up with a Rasalhague support unit upon landing. Your team will provide the necessary specialized skills to access and retrieve any and all pertinent information from the Steel Viper databases, and the Rasalhague forces will provide the necessary assault force required to suborn and secure the area. Your contact will be Oberhalste Arnor Kjartansson (holophoto enclosed), a veteran of the Rasalhague Kungsarme.

Assuming the successful completion of your mission, Oberhalste Kjartansson will direct you to a contact working at New Reykjavik Starport, where you will be loaded in modified baggage containers onto a Free Trader vessel disguised as a Jade Falcon merchantman and repatriated to Derby for your debriefing.

Further orders will be forthcoming at that time.

Mission Update

The information liberated from Persistence has pinpointed the location of the 250th Assault Cluster of Clan Steel Viper as being on Jabuka. Specific mission details follow.

Phase Two: Insystem Approach (Jabuka)

Given that Jabuka is the closest Viper world to the Tukyyid Treaty line, heavy resistance is expected. Therefore, a small Battlemech force will be inserted in a lightning raid, with massed Aerospace support suppressing enemy aerodromes and interdicting enemy ground movement as per SOP.

To achieve maximum surprise, multiple "pirate" jump points will be utilized to effect entry to the system. Your force will be transported by an Eridani *Scout*-class Jumpship and a *Leopard*-class Dropship, (the *Colonel Bogey* and the *Little Dragon*, respectively). Aerospace support will be provided by the *Leopard CV*-class Dropships *Crusade*, *White Pony*, and *Beth*, transported by the *Invader*-class Jumpship *Scudder*. Aerospace complement consists of Sholagar, Chippewa, and Stuka fighters, evenly apportioned at six each. The *Little Dragon* will be carrying two fighters of your choice for the purposes of maintaining immediate air supremacy and providing assault support.

The Aerospace forces will jump in on the opposite side of Jabuka from your entry point in order to draw attention away from your force. As with your mission on Bone Norman, the small jump signature of the *Colonel Bogey* should go undetected in the initial confusion.

Phase Three: Drop and Retrieval

Captain White, your Dropship pilot, will bring you in to Jabuka on a high-G burn, where your force will effect a HALO (High Altitude, Low Opening) drop directly on the target---the barracks of the 250th Assault Cluster. It will be up to you to ferret the fugitives in question out of their clustermates; at this time, we have no information pertaining to their specific dormitory rooms. Upon detaining the objectives, you will proceed to the designated landing zone, board the *Little Dragon*, and secure your prisoners in the brig for transport back to Derby.

Phase Four: System Departure

The *Little Dragon* will rendevous with the *Scout*-class Jumpship *Void Scout*, which vessel will have been inserted into the system a week prior to the raid in order to recharge its jump batteries in time to depart immediately upon docking. The *Void Scout*'s position in the outer limits of the system (so as to best avoid detection) means that a long, high-energy burn will be required to outrun reacting enemy forces. All surviving Aerospace craft will provide escort to the jump point, thence returning to

their original carriers.

All JumpShips and DropShips required to stay in the Jabuka system due to a lack of jump energy will affect a guerilla status until such time as they may safely exit the system under power.

The *Void Scout* will head directly for Derby, where your team will be given its post-mission debriefing. Good luck.

## REFEREE'S NOTES

### Initial Notes

For this mission, the players have the pick of the litter---anything they want to carry that can be found in a personal equipment list is available to them. To the Eridani, this mission MUST succeed, and they're not about to see it fail for lack of the proper equipment. Rules of engagement follow the Ares Conventions religiously. Should the players break the Convention's articles (and word gets back to High Command, EVER), the players will be reprimanded and perhaps even drummed out of the Light Horse! Of course, if the offense is minor and the mission is very successful, High Command may very well be lenient.

### Phase One

Persistence is a world shared by Clans Steel Viper and Jade Falcon, so a Falcon ship's arrival isn't TOO out of place...but Steel Viper and Jade Falcon are already suspicious and mistrustful of each other. Although Eridani involvement may not be considered in the least, Steel Viper commanders may suspect the Falcons of trying something funny when one of their ships just <u>happens</u> to pass over their command bunker---while it's already too late to send extra troops, the bunker's personnel has been notified to "watch for unusual troop activity" on a roll of 2-9 on a pair of six-siders. Otherwise, the attackers have the advantage of surprise.

The bunker itself, being auxiliary and second-line to boot, is not heavily fortified by Battlemech standards. However, the team is in on foot now, supported by three platoons of regular foot infantry (one with SRMS, the others with MGs), and the bunker's defenses are thus rather formidable. Entry to the bunker can be achieved in one of two ways: blow the doors down and storm the joint, or bluff their way in.
If the bunker was alerted, a bluff attempt by the players will result in an ambush (with intent to capture) sprung by its defenders. Unless the players are VERY good (or the Rasalhaguers manage to bail them out), they will be captured and interrogated with psychoactive drugs---during which torture the Rasalhague Underground will lead a massed attack to free them. The Undergrounders do not care if someone is mercenary or not anymore, for some reason.

# MECHWARRIOR SCENARIO: OPERATION MONGOOSE

## OVERVIEW

The PCs have been picked from the 8th Recon and 50th Heavy Cavalry Battalions of the Eridani Light Horse's 151st Light Horse Regiment for the express purpose of forcibly extraditing several members of Clan Steel Viper to the Federated Commonwealth world of Mogyorod, where said Clansmen will be held for trial on multiple counts of murder.

The Clansmen in question are the survivors of the *MechWarrior* campaign published in *Bloodright*. For those who are unfamiliar with that product, a capsule summation follows below, but purchasing a copy of *Bloodright* itself will provide much more information than can be presented herein.

"Operation Mongoose" has been broken into two phases, Reconnaisance and Extradition, for ease of play. It is recommended that each phase be played as a separate session, to allow both the GM and PCs an opportunity to take a deep breath and sort things out in between.

Each phase is, itself, broken into seperate stages that represent different mission objectives which must be achieved before the next one can be tackled. In most cases, failure of a particular stage will simply mean that the next will be that much tougher --- for instance, those *Ullers* the PCs failed to destroy in one stage appear in the next as reinforcements. Such modifications are noted in the victory conditions of each stage and phase.

Finally, there are four possible results to this scenario, found in the vignettes at the end: Total Victory (all Clansmen captured and brought to Mogyorod alive), Partial Victory (one or more Clansmen killed or managed to escape), Defeat (no Clansmen brought back for trial), and Captured (at least one PC taken as a bondsman). The Captured result may be combined with any of the other three results --- it is possible, for instance, to capture all the Clansmen and still have a PC taken as a bondsman.

This mission is extremely important to the Light Horse. To reflect this, allow the PCs a weight limit of 40kg and let them take anything from the *MechWarrior Second Edition* rulebook they like for their personal equipment. No matter if it needs to be begged, borrowed or bought for outrageous sums, the Eridani has dipped as far into its coffers as necessary and called in whatever markers owed it --- General Winston is not about to see this mission fail for lack of the proper equipment!

Likewise, the PCs have their choice of starting 'Mechs, but are limited to the *3025 Technical Readout*. The PCs may, however, have these designs refitted to a certain extent. Refits will draw from the Eridani supply pool, which includes some captured Clan material and most of the Inner Sphere's newest technology. Items which may not be used for refitting includes Triple-Strength Myomer, Targeting Computers, Ferro-Fibrous Armor, Endo Steel Internal Structure, C3 Command Networks, Clan LRMs or Clan SRMs.

## Summary: *Bloodright*

While it was well-written, *Bloodright* presented a moral quandary for the *Battletech* universe. In order to earn a Bloodname, the PCs had to find and kill several NPCs whose only crime was having their DNA linked to a long-dead member of Clan Wolverine, aka the "Not-Named" Clan. The Bloodright itself was instituted by Nicholas Kerensky in the aftermath of that ill-fated Clan's Trial of Annihalation. He suspected that despite Clan Wolf's best efforts some Wolverines had survived, and decreed that a Bloodname would be awarded to any Clansman who could prove he or she had extinguished a genetic lineage traceable to the Not-Named Clan.

Centuries later, during the Battle of Tukyyid, the corpse of a ComStar MechWarrior was discovered to retain the DNA pattern of the Hallis family --- a Not-Named bloodline. Clans Steel Viper and Nova Cat were quick to act, each sending a Star of MechWarriors into the Inner Sphere with the intent of finding and destroying anyone directly related to the dead man. In pursuit of the glory and honor of a Bloodname, they slaughtered both soldiers and civilians, and destroyed everything that presented an obstacle to that goal. In effect, the Bloodright Sanction provided the PCs with an end that, to the Clans, justified any means necessary to achieve it.

The situation came to a head on the world of Derby where the Eridani Light Horse was based (since redeployed to Kikuyu and Mogyorod near the Periphery in the Lyran Commonwealth, as noted in *Objective Raids*). The last member of the Hallis family to be killed was one Lieutenant Andrew Hallis, of the 151st Regiment of the Light Horse. Hallis figured out what was coming and informed his regimental commander, who arranged an ambush for the coming Clanners. The ambush failed to protect Hallis, however, and although the Nova Cat faction was completely eradicated several members of the Steel Viper group escaped entirely, their mission of sanctioned genocide complete.

This is where *Bloodright* ends, but it does not take into account the repercussions of the actions of the PCs, who have killed members of the Eridani Light Horse and their dependents. These are the very crimes which the 8th Recon and 50th Heavy Cavalry Battalions have been sworn to stop ever since the Sendai Incident (see the section on the Light Horse's history for more details). That's where this *MechWarrior* scenario comes in; it's time for the Clanners to pay the piper.

## PHASE ONE: RECONNAISANCE

### Planetary Insertion

The PCs are to be smuggled onto the world of Persistence in a Union DropShip belonging to the Tamar Underground. The vessel, posing as a Jade Falcon merchant caste trader that misjumped, will make planetfall at New Arnorsson City on the night of 22 May 3056.

The PCs will make a HALO (High-Altitude Low Opening) parachute jump when the DropShip slows for its approach to New Arnorsson's starport, which will put them over a region of forested land with a fairly large clearing for them to land in (Piloting Skill roll with a +2 bonus, failure means the PC takes 1d6 damage to a random location due to a poor landing). The PCs' equipment will be dropped separately prior to jumping themselves --- they are allowed to take personal weaponry, light clothing, and two kilos of gear on their person during the drop, but anything more would endanger the jumper's safety.

The equipment pack lands approximately a kilometer to the north. Between the PCs and their gear, however, is a Clan *solahma* infantry patrol on night manuevers --- looks like this mission is going to get a little bit ornery right off the bat!

### Scenario Information:

The Clan infantrymen are no fools. As soon as they spot the PCs or shooting breaks out, they will attempt to disengage and get to a hill half a klick to the west where they can make a satellite uplink to report the incident. Right now, their communications gear can't get an exact fix on the uplink due to interference from the densely-packed trees.

### Aftermath:

If the PCs failed to destroy the enemy unit completely before they could make their report, the planetary command center will be alerted to their existence and will dispatch a force of second-line 'Mechs to find and preferably capture them. Otherwise, continue as normal.

### Making Contact

All the shooting has drawn attention --- fortunately, it's the attention of the contact party, a company of Tamar Underground infantry! First to greet the PCs to Persistence is Oberhalste Arnor Kjartansson, a Rasalhague Underground liaison officer working to build ties with the Tamar Underground for future joint operations, as well as the commander of this hardened group of veterans.

Kjartansson will be jovial, happy to see assistance from the F-C, and a bit surprised to learn the mission isn't sanctioned by the Federated Commonwealth High Command, assuming the PCs tell him that. If so, he will be a bit disgruntled at having to act as "mercenary's chattel". However, he will keep most of the grumbling under his breath to avoid disrupting the mission.

The unit itself is composed of two rifle platoons and an SRM platoon, all of Veteran quality, and gets about on personal skimmers. If attacked, standard procedure for the unit is to scatter in all directions at high speed and coordinate hit-and-run attacks by radio, peppering the enemy with rifle fire to distract him and concentrating the SRM platoon for high-speed attacks on the enemy's rear.

Now that everyone's linked up, it's time to head to the Tamar base --- a sanctuary disguised as a popular bar in New Arnorsson City. A civilian hovercar is made available to the PCs to carry themselves and their personal items.

Possible Scenario:

If the PCs did not destroy the *solahma* unit before it made its report, a pair of *Jenner-IICs* discovers the group on its way to New Arnorsson City!

New Arnorsson City

Arriving by early morning, the whole group dons civilian clothing and enters the city from various directions so as not to attract notice. *Solahma* guards posted along the highway into town look bored and wave the PCs through. Oberhalste Kjartansson leads them to the sanctuary, located on the north side of town amid one of the posher districts...where they learn that the bar that serves as a safehouse is KNOWN as "The Safehouse"!

The Safehouse is a very popular establishment whose decor and motif scream "espionage"...so, of course, the Clanners don't suspect it in the least, not one of them ever having read Edgar Allan Poe's "The Purloined Letter". The front of the bar, which appears to be a facade for an import/export business, is lit with floodlights, the only indication of the establishment's "real" purpose. Once inside the front door, a password is required to gain access from the foyer to the common room, which Arnorsson mutters under his breath to the man at the desk (should one of the PCs eavesdrop, he or she hears Arnorsson say, "I'm looking for a safehouse.").
Inside the pub itself, chaos (KAOS?) reigns; everything looks like it was slapped together under emergency conditions --- an impression that slowly evaporates as the PCs realize it isn't a haphazard arrangement at all, but made to LOOK that way.

[more description of the bar]

The PCs are given pallets to sleep on and some "good homestyle Tamar cooking" before turning in by midafternoon --- after all, they've been up all night and most of the day, and need to be well-rested for the raid tonight!

Steel  Viper Command Post

The PCs are woken up at 10pm and the entire raiding party has a filling breakfast including gallons of high-test coffee before gearing up for the coming event. At about 11pm, when everyone is fed and ready, the Safehouse's proprietor pushes an apparently seamless section of the basement wall aside to reveal an entrance to the city's sewer system. Down below at a nexus waits the party's vehicles, all outfitted with sound baffles on the engines to avoid attracting notice.

The unit leaves the city via the sewer tunnels and heads for the command bunker which is their target from different angles, dismounting from and camoflaging their vehicles approximately a klick away from their ultimate destination.

By the time the unit is set up for its assault, it should be 2am. Time for all little Clanners to be in their beds....

### Floor 1 (Ground Level)

**Exterior**

This is the primary defensive level. Three turrets, each housing four ClanTech LRM-20s and four ClanTech medium lasers, provide 360-degree coverage. The building itself is heavily armored (60 DP) and has only one (human-sized) entrance. Standing guard outside the bunker are two Elementals (no SRM packs) next to the door, with three more (also w/o SRM packs) on roving patrol. These three circle the facility clockwise in an evenly-spaced pattern at a range of eight hexes (240m).

**Floor 1: Fortifications**

A: Security Foyer (3m x 10m)
A sensor-lined hallway designed to detect weaponry and control entry to the main complex. A special electronic tag is required to avoid setting off the alarm.

B: Defensive Emplacements

C: Lift to Floor 2

**Floor 2:**

**Floor 3:**

**Floor 4:**

**Floor 5:**

**Floor 6:**

Floor 7:

Floor 8: Computer Control Center

Aftermath:

<u>Escape from New Arnorsson</u>

## PHASE TWO: EXTRADITION

### <u>Insystem Approach: Traitor Aboard!</u>

Duke Ryan Steiner got word of this mission and has infiltrated an *agent provocateur* onto the PCs' vessel. When the ship emerges from the pirate point, he will attempt to overpower the communications crew (1-9 on 2d6 chance of success) and send a message to the Clans informing them of the ELH's intents. Should he fail, he will commit suicide rather than be captured. Nothing found during the investigation will link his actions to the Duke.

Steiner hopes to embarrass Victor Steiner-Davion by causing this mission to fail; he will make numerous speeches insisting that the Light Horse's failure is all the fault of incompetent Davion military leadership. The inevitable argument that the raid was not sanctioned by the FCAF will provoke a new slew of accusations that Davion in incapable of controlling "their" mercenaries. A loss for the ELH would be a political coup for Duke Ryan Steiner.

The PCs cannot do anything to stop the agent --- they don't even know he exists! Whether or not the agent succeeds, his attempt to alert Clan Steel Viper will certainly tip the PCs that *something* is up. They will now have to decide whether to abort the mission or continue on and risk it all.

### <u>Batchall (if agent is successful and PCs do not abort mission)</u>

### <u>Planetfall (if agent is not successful)</u>

### <u>Assault</u>

### <u>Escape</u>

## AFTERMATH: VIGNETTES AND VICTORY CONDITIONS

Aleksandr Kerensky Memorial Park
Derby, Federated Commonwealth
February 27, 3056

"Stand at ease, soldiers."

The Eridani Light Horse commander's auburn hair flutters lightly in the afternoon breeze, as if in concert with the regimental flags held tightly in the hands of the guidon bearers. Both regiments stand at attention on the parade ground today, arrayed in a ranked triangle centered on a raised dais of white granite. Upon the dais a bronze statue holds a flagstaff displaying the gently-flapping standard of the Star League Defense Forces, the statue itself a life-size tribute to the man for which the park is named.

Below the mournful-faced statue and its proud burden stands General Adriana Winston and her command staff, the former of whom turns her stern mien on each of you appraisingly. Piercing green eyes examine you from head to toe---and there is the approving nod before she raises her voice to address not only your small group but the entire Light Horse as well:

"All of you know about Lieutenant Hallis and his family," she begins without preamble, "but I will recount the essential details here to refresh your memories. Members of Clan Steel Viper sought out and murdered each of them, one by one, to sate their thirst for what they called Bloodright. Their Bloodright, we have discovered, was instituted by Nicholas Kerensky in the aftermath of the annihalation of the Clan they only refer to as the Not-Named.

"The mad son of our honored General Aleksandr instituted this Trial in order to ensure the extinction of anyone with genes that could be traced to any surviving member of this Not-Named Clan. Sanctioned genocide: no less a crime than the Kentares Massacre that led the Eridani to leave the service of the Draconis Combine forever, no less an act of savagery than the murder of Richard Cameron by the barbaric Stefan Amaris which led to the fall of the Star League, and no less a horror than the Holocaust of the Second Terran World War that fed human beings considered 'racially-impure' into slaughterhouses like so much cattle."

General Winston takes a moment to compose herself, giving you time to let it sink in; Hallis, the guy who ran the regiment's best poker game and a damn good soldier besides (if on occasion a disciplinary maverick), and all his kin cut down for no better reason than that they happened to be related to someone who died centuries ago. Insanity!

"We do not know why the Clanners so despise the Not-Named Clan---we only know that they callously sought out and slew not only a member of our ranks, but his entire family as well. All this for the *privilege*..." The Eridani general nearly spits the word, "...of gaining a Bloodname, of having the *honor* of joining the elite ranks of what equate to Clan nobility.

"If this is what the Clans call *honor*, if this is what they call *nobility*, then we of the Eridani Light Horse must fight them at every opportunity, must do all within our power to see them brought DOWN!"

A shout of approval sweeps through the assembled ranks, and General Winston allows it to run its course before continuing.

"They whose ancestors once fought Stefan Amaris alongside our ancient brethren have come to follow that foul murderer's ways, and now count such acts as honorable---so long as their own nefarious purpose is served, it seems. To them, the end now justifies the means. They have proven themselves utter curs, not the returning guardians of the Star League they claim to be.
"As the Usurper was our bitterest foe, so now are the Clansmen, the Deserters who followed Nicholas Kerensky rather than the Star League Code of Conduct, a name rather than the Ares Conventions. They broke ranks to form a society that enforces oppression with their caste system, which glorifies war as being the greatest of all mankind's endeavors, which condones murder as a tool of social advancement."

The 8th Recon and 50th Heavy Cavalry Battalions have been charged with the protection of Eridani Light Horse dependents since the Sendai Massacre. Your team, hand-picked from the ranks of these elite units, stand ready for the other shoe to drop---

"Clan Steel Viper shall be made to pay for their crimes. We cannot attack them *en masse* without endangering the Tukayyid Treaty, but ilKhan Kerensky cannot begrudge us the liberty of executing small retaliatory surgical strikes, considering the incessant raids and limited assaults his fellow Clanners have partaken of in recent months. To do so would be a move of the highest hypocrisy, even from a Clan viewpoint, and therefore politically unfeasible.

"Gentlemen, your team will be inserted into Viper space for the express purpose of capturing the personnel responsible for the murders of Lieutenant Hallis and his family, and returning them to Derby to stand trial in a court of the Federated Commonwealth for their crimes."

General Winston and her staff salute your team as one; reflexively, you return the gesture with pride and professionalism.

A moment, and only a moment passes as you hold the posture: clear, shining, pure as life itself, and then it is gone---shattered by the throaty roar produced when the two surviving regiments of the Eridani Light Horse voice approval of your tiny force, the striking arm of Operation Mongoose.

If only their approval was enough to ensure your survival!

Clan Steel Viper
Auxiliary Command Post
Persistence, Occupied Federated Commonwealth
Coordinates: JL25593426



100 m (approx)

150 m (approx)

150 m (approx)

defense bunker

armory

communications

barracks

secondary bunker

secondary armory

computer center

## Specifications

100m W x 150m L x 150m H (2,250,000 cu. m)
375 Mw Communications Array
    (Type Unknown)
686dx 928 GB Primary Data Storage Unit
486sx 120 GB Secondary Data Storage Unit
500 Mw Internal Power Generator (Fusion)
Four (4) Large Pulse Lasers
    (Type Unknown)

Dated March 3, 3056, 18:32:57

## BattleForce Scenario: Orkney

During the Clan Invasion, the Eridani Light Horse mostly engaged in hit-and-run attacks such as objective raids in order to put the enemy off-balance and to make best use of what was by then horrendously outdated equipment. Virtually all of the Light Horse's 'Mechs and vehicles were still using the technologies prevalent in 3025, primarily due to a "Company Store" enacted by House Davion in 3005 which kept the unit's coffers depleted. By 3052, the Light Horse was nearly bankrupt and could not afford the high-tech parts and new designs available to more financially-secure units.

Ironically, Archon Prince Victor Steiner-Davion has been entirely unaware of the desperate conditions facing one of his premiere mercenary units. His father Hanse enacted the policy fifty years ago in an attempt to make the Light Horse a House unit, but decided to retract it after the 4th Succession War when it became clear that the Eridani had ties to the Federated Suns that needed no tightening.

Unfortunately, the order was lost enroute to the Mercenary Liasion office and the policy was never revoked. Hanse never learned of the foulup thanks to the efficiency of his bureaucracy --- any attempt to send a complaint to the First Prince through the chain of command was nimbly intercepted by the Mercenary Liasion, who assumed that the order was still in force and that First Prince Davion needn't be bothered with such "trivialities". Likewise, then-Brevet-General Armstrong tried on numerous occasions to gain Hanse Davion's ear, only to find that he'd been misinformed as to where the First Prince was at any given moment; his attempts to correct the situation were invariably snared with bureaucratic red tape and obfuscation.

So it was that when the time finally came for the Light Horse to engage in set-piece combat with the Clans, a bloody day was guaranteed. The unit had already lost a battalion's worth of equipment and personnel during a year of heavy raiding activity and had nothing to replace their losses with, but when Clans Jade Falcon and Steel Viper came to Orkney there was no one else available to plug the gap in the Federated Commonwealth's lines. Tired but unwilling to shirk its duty, the Eridani Light Horse deployed everything it had to stand in the way of the Clan onslaught. Even if they could not defeat the enemy, the time they would buy for the F-C to fall back and regroup elsewhere was without price.

The Khans of Clan Steel Viper and Jade Falcon both wanted Orkney very much for its strategic position, and agreed that no matter who won the *batchall* for the honor of fighting the planet's defenders, their two Clans would engage each other afterwards for possession of the world itself. What neither Khan knew was that Orkney was defended by the Eridani Light Horse --- the 3rd RCT of the Star League Defense Forces, which had been awaiting their return of their comrades for two and a half centuries.

When Brevet General Adriana Winston declared her unit's strength and identification, the Clan commanders were infuriated --- to their mind, the Light Horse had betrayed the Star League by refusing to join Aleksandr Kerensky's Exodus and by lowering themselves to serve as "...filthy mercenaries, lusting after the promise of gold from the coffers of madmen". The Khans made their opinions quite clearly to General Winston, who calmly replied that the Eridani were effectively on guerilla status pending the return of sufficient forces to reestablish the Star League.

Khan [?] of Clan Steel Viper smiled and informed the Eridani commander that the Clans *had* returned to do precisely that. Without so much as batting an eyelash, General Winston began reciting violations of the [SLDF Code of Military Justice?] and [SLDF Rules of Engagement?] committed by Clansmen in the Inner Sphere. She concluded by accusing the of being nothing more than well-trained and heavily-armed Periphery bandits, regardless of their origin.

This, of course, was the last straw for the Khans. The bidding was long and furious, with the agreed objective being the complete annihalation of the Eridani Light Horse and therefore requiring as many forces as possible to ensure its success. Neither side ever bid away more than a single Trinary at a time, and that was a rarity. At long last, Khan [?] of Steel Viper cut his bid to a single Cluster --- the 3rd Viper Guards. Khan [?] of Jade Falcon was positive that to go any lower would make it impossible to destroy the entire Light Horse before they could retreat off-world and so ceded to his counterpart.

The stage was set for the most vicious battle of 3052.

[continue background material]

## JUDGE AND JURY

**TELECOMMUNICATION RECORDED FROM THE LOGS OF THE DROPSHIP [?]
DATE: ??/??/52**

[message in progress]

WINSTON:   ...we are not mercenaries by choice, and did not walk that path for many years after General Kerensky left the Inner Sphere, Khan [?]. We of the Third Regimental Combat Team guarded our garrison worlds, as was our assigned mission, and waited for the rest of the SLDF to return and make the Star League whole once again. I trust you have been told of the Kentares Massacre since your arrival in the Inner Sphere?

JADE FALCON [?]: [nods]

WINSTON:   Although we never served the Draconis Combine as mercenaries, our presence guarding worlds they controlled served their interests. We could not bring

ourselves to serve the interests of butchers. Our only other option was to become mercenaries, serving only those governments which came closest to emulating the ways of the Star League.

Steel Viper [?]: Well, I can certainly see the logic in that --- but my dear Brevet General...[smiles with a slight touch of condescension]...we ARE the Star League Defense Forces returning to reinstate the Star League. [gestures beckoningly] Join us, for while you may be freebirth, your unit seems to know well the dictates of honor. I shall guarantee your men and women the right to become bondsmen, to forge your way within our ranks and come to know the true glories of battle --- I am quite sure that there are many among your ranks that will make fine MechWarriors, earning much pride and prestige for the glory of Clan Steel Viper!

WINSTON: [eyes flash, then narrow disapprovingly]
I trust you are joking, my dear Khan. You most certainly do NOT represent the Star League Defense Forces. Your founder, Nicholas Kerensky, was a deserter who instituted a way of life that suppresses individuality and glorifies war as the finest possible human accomplishment --- precisely the sort of ideals the Star League stood against.
Clan warships have engaged in planetary bombardment of civilian targets, Clan forces have forced civilians in occupied regions to submit to conscripted labor and have punished civil disobedience with public executions, and on several occasions Clan warriors have slaughtered surrendered or captured warriors for no better reason than that they were not born in your iron wombs --- and that they had fought Clan "trueborn" warriors to a standstill, which was taken as a personal insult!
To claim you represent the Star League Defense Forces is an insult, grave beyond imagining!

Jade Falcon [?]: [flushes deeply red, but visibly restrains self]
Hypocrisy! Nothing of which you accuse us of doing approaches the crimes of the Houses of the Inner Sphere, which you yourself serve! We have only done what was necessary to obtain order --- such measures were only necessary due to the barbarism of those who would not submit to our rightful authority. As to those warriors who were dishonorably slain, those responsible are *dezgra*, and so have been suitably punished for their rash actions.

WINSTON: I seem to recall a certain Coordinator of the Draconis Combine saying that the genocide of Kentares IV was also necessary to "obtain order". You justify your crimes by saying others have done worse? The scale of wrongdoing is irrelevant; you are still criminals, whether you slaughter one million in Edo City or thirty million on Kentares IV.

Further, I will remind you that we do not serve *any* House. The Eridani Light Horse has always fought according to the Ares Conventions and has never been involved in such atrocities as you willingly partake of in the name of glory and honor. We serve only the memories and traditions of the Star League until such time as it returns...and I can unequivocably say that the Clans are not it. You are, in fact, nothing more than Periphery bandits, however well equipped and organized you may be.

Steel Viper [?]: [thoroughly enraged]
FREEBIRTH SCUM; HOW *DARE* YOU PRESUME TO JUDGE ABOVE YOUR STATION! I WILL *PERSONALLY* END YOUR FOUL CORRUPTIONS! I WILL SEE TO IT MYSELF THAT

**TRANSMISSION ENDS**

VL-5T Velite:

OVERVIEW:

The VL-5T Velite Hovertank is a design exclusive to the Eridani Light Horse produced by Coventry Metal Works. Originally proposed as a light harassment vehicle for use by the FC, the bid was turned down in favor of increased production of the Commando, which was felt to be better capable of fulfilling the mission. Combining high mobility with excellent short range firepower, the Velite was selected by the Eridani Light Horse in 3046 as a light screening vehicle to replace the outdated Galleon design. By 3049 the changeover was complete and the Galleons were relegated to training and garrison roles on the Eridani homeworld of Derby.

CAPABILITIES:

Coventry's design specifications placed a premium on lostech and logistical ease, the latter achieved by producing as many systems "in-house" as possible. The Lexington Limited High Grade Armor is actually more effective on hovertanks than on 'Mechs due to more straightforward methods of sheathing the chassis. A liquid crystal "chameleon coat" (a recent Coventry innovation) covers the armor itself with a computer-controlled camoflage scheme that adapts to the local environment and gives the Velite superior ambush capability. The Coventry T4H Streak-2s are yet another in-house production item with proven battlefield reliability. Each rack is configured as a separate "pop-up" turret, ensuring that fire can be concentrated or split up in multiple directions as required. Using Coventry-produced communications and tracking gear simplified logistics even further. And when in-depth analysis of recently-filmed combat tapes indicated that missile weapons (in particular, the SRM) were the primary killer of vehicles, the SureFire 444 Anti-Missile System was added to provide the Velite with more staying power.

The primary component for the Velite not produced on Coventry is the VOX 140 Internal Combustion Engine, which is noted for its capacity to be jury-rigged with improvised parts when necessary (For instance, the standard 120mm-diameter cafeteria soup can may serve as a temporary piston in dire need). Of greater concern to the tank's designers, however, are the components needed for the Velite-C. Both the Beagle Active Probe and the Guardian ECM gear are produced in the Free Worlds League; replacements for them would be cut off if hostilities between the Federated Commonwealth and the Free Worlds League erupted.

BATTLE HISTORY:

The first engagement involving the Velite occured on 14 October 3051 against elements of Clan Steel Viper on the Federated Commonwealth world of Orkney. The skirmish resulted from mutual surprise when the light Eridani tanks executed a screening manuever down a flooded arroyo during a thunderstorm --- straight into a

Clan patrol that was attempting to wade across at the time. The Velites, thanks to the ECM capability of the lance's command tank and the poor weather, were not detected until they opened fire at nearly point-blank range. The near-instantanous death of the lead Uller by massed fire sowed confusion in the Clan ranks as the platoon sped by and pulled around for another pass, resulting in disorganized return fire that failed to produce a kill.

Repeated high-speed assaults by the plucky Velite crews sent up walls of SRMs that, by virtue of the sheer number of missiles coupled with the half-submerged position of the enemy, ensured an inordinate number of cockpit strikes. By the time the remaining Clansmen had crossed to dry land and disengaged, two other 'Mechs were disabled, their pilots knocked unconscious by repeated battering of the cockpits.

Although the platoon took heavy damage overall, only one Velite was destroyed in the engagement when a Steel Viper Baboon became frustrated and swept out a massive hand that crushed the tank's turret, sending it spinning out of control into an embankment and detonating its SRM ammunition.

DEPLOYMENT:

Velites are usually deployed as complete recon platoons with one Velite-C leading a group of three standard Velites. They are used only by the Eridani Light Horse, to the knowledge of Our Blessed Order, and usually operate in a tight "pack" formation to take advantage of the ECM gear.

VARIANTS:

The Velite-C is the only variant to this hovertank known. It serves as the command vehicle for a platoon, replacing two of the Coventry T4H Streak SRMs for a Beagle Probe and a Guardian ECM Suite. Velites are typically sold in complete lances of one Velite-C and three standard Velites, and are currently produced only by Coventry Works on exclusive contract for the Eridani Light Horse. The contract expires in 3060, whereupon the Federated Commonwealth is rumored to be extremely interested in picking up the vehicle after having seen it in action. It is likely that they will begin placing orders for the Velite as soon as it becomes available.

NOTABLE PILOTS:

Sgt. Kevin "Hey You!" Mansfield, Cpl Jack Stark, PFC Amie Fischer, and PFC Bryant Durrell:

Sergeant Mansfield was the commander of the Velite that fired the disabling shot against the Uller on Orkney. As a result of this he now has a Clan Bondsman named Johanis, who is mortified to have lost to a lowly vehicular pilot.

Mass:  35 Tons

Chassis:  Coventry Hover VL
Powerplant: VOX 140 I.C.E.
Cruising Speed: 97.2 kph
Flank Speed: 151.1 kph
Armor: Lexington Limited High Grade
Armament:
5 Coventry T4H Short Range Streak Missile Racks (3)
1 Coventry SureFire 444 Anti-Missile System
Manufacturer:  Coventry Metal Works
Communications Gear:  Cyclops 12 (With Guardian ECM Suite)
Targeting and Tracking System: Cyclops 9 (With Beagle Probe)

(Parenthetical comments refer to the Velite-C)

Type:  VL-5T Velite
Movement Type:  Hover
Tonnage:                                    35.0
Cruise Speed:                    9
Flank Speed:                    14
Engine:              140 I.C.E.    10.0        23,350
Control:                          1.75        17,500
Lift Equipment:                   3.5         70,000
Power Amplifier:                  0.0
Heat Sinks                        0.0
Internal Structure:               3.5         35,000
Turrets:                          0.75         3,750
Armor:                   81       4.5         90,000
              F:   20
              L/R: 15
              T:   16
              B:   15

Weapons and Ammo:
| Type | Facing | Tons | |
| --- | --- | --- | --- |
| Streak SRM-2 | Turret 1 | 1.50 | 15,000 |
| Streak SRM-2 | Turret 2 | 1.50 | 15,000 |
| Streak SRM-2 | Turret 3 | 1.50 | 15,000 |
| Streak SRM-2/Beagle | Turret 4 | 1.50 | 15,000/200,000 |
| Streak SRM-2/ECM | Turret 5 | 1.50 | 15,000/200,000 |
| Ammo: SRM-2 | Front | 1.00 | 54,000 |
| Anti Missile System | Front | 0.50 | 100,000 |
| Ammo: AMS (24) | Front | 2.00 | 2,000 |

Velite:  799,991.66 C-Bills.
Velite-C: 1,428,991.66 C-Bills.

Complete Lance: 3,828,996.64 C-Bills

Exhibit A-1

 

# SUBMISSION GUIDELINES

FASA Corporation • 1100 W. Cermak • Suite #B305 • Chicago, IL 60608 • Attn: Submissions/Development Department

## THANK YOU FOR YOUR INTEREST IN WRITING FOR FASA.

Use the following guidelines for submitting material to **FASA**. Please follow these Submission Guidelines as closely as possible. Deviation from them without our approval will affect our willingness to accept your submission.

## GENERAL SUBMISSION PROCEDURE

The majority of **FASA's** projects actually come from freelance proposals that match the intended direction of the game universe.

Before you begin to write, always send us a submission proposal. **Never send us an unsolicited, complete or partially complete manuscript.** The manuscript will be returned to you regardless of the legal permission or disclaimers you provide with it.

We log all proposals into a database and send you a letter acknowledging that we received your proposal. The proposal is given to the specific line developer to review.

**Please Note:** We have a specific development vision for our game universes and their stories. Many ideas, concepts and the directions of our universes have not been hinted at in published products. The developer has the final say on whether or not a specific proposal idea fits into the vision FASA has for its game universes. We reserve the right to ask for multiple re-submissions and rewrites of a proposal, until the ideas in the proposal mesh with the direction of the game universe.

Also, because our universes are established and include very extensive histories and events, you must have a thorough understanding of both the game rules and the fictional accounts that flesh out our universes.

It may take some time for the details of your project to be worked out, but if we like your proposal you will be contacted by one of our developers. Please DO NOT start to write the project until one of the developers asks you to do so. The developer will wish to discuss your project fully to ensure that your ideas merge cleanly into the game universe.

## THE PROPOSAL

A full proposal runs in length from 3 to 5 pages and contains four parts:

1. An Outline. Use the Table of Contents in the latest FASA product of the line you wish to write for as a guide to creating your outline. The outline helps us to determine your ability to synthesize and organize your ideas. Please indicate clearly what is in each section, do not just list the subject headers. An outline also allows us to see that you have thought your proposal through to the end.

2. A Written Summary. Use the summary to flesh out and highlight specific sections and special events in your outline. This writing sample allows us to determine if you have a good understanding of your ideas and of the game universe. This also shows us your ability to write clearly and succinctly.

3. Finally, the fun part. Sell us on your proposal. Tell us why your proposal is important to the game line. Explain the need it's filling, and the importance of filling that need. Assume that others are proposing the same thing and tell us why your version is better.

4. A self-addressed stamped envelope.

Obviously, these parts can be combined in any order. Please be creative with your proposal, and be professional. Remember that you are asking us to hire you, so make sure you treat your proposal and your writing with care.

## PROJECT TYPES

### ADVENTURES

We publish many adventure-length projects for both the **Shadowrun®** and **Earthdawn™** game universes. All new writers and some writers new to **FASA** are asked to submit an adventure proposal first. These projects run about 40,000 words in length and use source material from already published **FASA** products.

The **BattleTech®** game universe has two different types of adventure-length products. The first is adventures for the **MechWarrior®** roleplaying game set in the **BattleTech®** universe. These adventures run the same length as those for **Shadowrun®** and **Earthdawn™**, but should contain some source material integral to the adventure as well as to the **BattleTech®** game. The second type of adventure is called a scenario pack. This type of product highlights famous battles and units using the **BattleTech®** game system and its supplements.

**Note:** Adventures should never involve a concept or event that changes the way the game or the game universe works. Do not send us adventures that include events on an epic scale. Your adventure should deal with established concepts in new and exciting ways. If your adventure idea has not yet been addressed in the game universe or needs special source material, we are far less likely to accept it because the direction of the game universe has already been determined.

### SOURCEBOOKS

FASA publishes sourcebooks for all of our game universes. Sourcebooks range from 60,000 to 80,000 words. They come in many formats and styles, from pure rulebooks to fictionalized story backgrounds, but are usually a combination of the two. Boxed sets are considered to be sourcebook-size products.

Sourcebooks are almost always assigned to authors who have worked with us in the past or have previously written published game products. First-time writers may still submit proposals for sourcebooks, but the evaluation process will be that much more difficult due to the lack of published writing experience.

### UNACCEPTABLE PRODUCTS

We DO NOT publish individual BattleMech designs, home units, player character record sheets, home rule variants, or revised versions of our game systems. We do not publish generic roleplaying game products.

*Exhibit A-2*



**CORPORATION**      · 1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5660 • Telex: 297175 MDC • Fax: 312-243-4847

Scott   Malcomson
1834 E. Citation
Tempe  AZ
85284

October 11, 1994

RE:  Eridani Light Horse

Dear  Scott :

Since Bryan talked with you at great length regarding this proposal, This follow-up letter is just to confirm what he said and allow you to have the information in writing. Please re-submit your proposal with the following changes...

 – Please remove all references to Clan Wolverine. They are not an active member of the BattleTech continuity at this time.
 – Please remove the reference to the jaunt into Clan Space. This will be covered in other products not here.
 – Focus only on the ELH and their history (not their future).
 – Independent raids into Clan occupied Space should be the focus (we like the ones you presented, could use more)
 – Be careful not to make them too independent, they come off sounding like a Pirate raiding party and this does not sit well with their presented history.

We hope to hear from you soon with a new submission.

Thank you again for your submission.

Sincerely yours,

Mike  Mulvihill
FASA Corporation

*Exhibit D-2*

Oct 26, 2001
(referenced by original page)



Eridani Light Horse

Home
Classic BattleTech
What's New
BattleTech Products
BattleTech Archives
BattleTech Errata
PDF Files
Message Board
The Inner Sphere
The Clans
    Blood Spirit
    Cloud Cobra
    Coyote
    Diamond Shark
    Fire Mandrill
    Ghost Bear
    Goliath Scorpion
    Hell's Horses
    Ice Hellion
    Jade Falcon
    Snow Raven
    Star Adder
    Steel Viper
    Wolf
    Clan History
        Great Father
        Clan Glossary
        Tukayyid
        Ops Bulldog
        TF Serpent
        Light Horse
        Great Refusal
        Burrock
        Mongoose
        Widowmaker
        Smoke Jaguar
The Periphery
Links
Terms of Use
Credits
Contact Information





Exhibit B

## Star League Defense Force 3 RCT; Eridani Light Horse

**Formation of the First Regimental Combat Teams**:

In 2651, First Lord Cameron sent several Star League military regiments on maneuvers just beyond the Rim Worlds Republic. Military analysts observing the maneuvers subsequently filed a report criticizing the five regiments' lack of coordination, interservice rivalry, and general lack of common sense. To avoid the wrath of the First Lord, the military High Command quickly organized some regiments into Regimental Combat Teams.

Designed to promote interregimental cooperation, the RCT's, as they became known, contained four combatant regiments and a single support and transportation element. One officer, usually the most experienced of the four regimental leaders, commanded the RCT and trained his four regiments to work towards a common objective. Unlike most other military formations, the RCTs were permanently assigned to a section of the Star League. There, the units became familiar with their territory and developed a sense of belonging, which was presumed to work to their advantage.

**The Eridani Light Horse**:

Formed in 2702, the 3rd Regimental Combat Team, which consisted of two Striker Regiments and two Light Horse Regiments, established residence near the Periphery in the Rasalhague Military District. Though it had no opportunity to prove itself in battle, the 3rd RCT trained constantly. The officers became adept at combat diplomacy, as they often had to fend off local accusations that they were nothing more than an occupation force.

In 2681, the cutbacks of the House militaries ordered by Michael Cameron's Edict of 2650 began to bear bitter fruit. Hundreds of Kuritan MechWarriors had become ronin, masterless samurai who knew no other trade than warfare. They began contesting each other in duels of honor --- duels that eventually began to produce Champions, around whom a whole new dueling cult arose to rival that of Solaris VII. Many of these Champions became legends both on and off the dueling circuits, and the cockier ones began striding up to the edges of Star League bases and delivering challenges to those within. The 3rd RCT acquitted itself well in these duels, winning 30 out of 48 challenges given them by the time the practice ground to a halt in 2751.

This incredible record was likely due to the unit's heavy involvement in the SLDF's Gunslinger

Archived (Jun 1, 2002) (also referenced Jan 15 2002) Printed



program. The greatest Gunslinger ever to hail from the 3rd RCT was Major Kyle Sessions, who piloted a Wyvern-class BattleMech to 17 victories and suffered only one loss before his retirement in 2735.

This bitterness reached the boiling point in 2749, when terrorists, hired by the Prince of Rasalhague, assassinated the Commander of the 3rd RCT. The blow mobilized the entire 3rd RCT, which descended and occupied the major cities on all ten worlds in their districts. For 23 days Battlemechs patrolled the cities, waiting for Draconian forces from Luthien to strike. When the Prince dispatched troops to the Trondheim city of Eridani, the well-trained units of the 3rd RCT chased them off with little trouble. The RCT received its unit nickname of the "Eridani Light Horse" when a sympathetic journalist reported that the RCT 'Battlemechs had scattered the Combine Battlemechs, "Like spirited Eridani stallions chasing after fat, clumsy Luthien cows." After this humiliation, the Prince of Rasalhague had no choice but to arrest, try, and execute the assassins after a speedy trial. Due to evidence that might have linked the Draconis Combine directly to the assassination, Coordinator Takiro Kurita declined to publicly back the move of his impetuous underling, but neither did he move to replace the errant Prince. Events were to shortly foreshadow the entire incident, however --- the Star League itself would soon be at risk.

### Against the Usurper:

The crisis with the Prince of Rasalhague quickly paled beside the news of the turmoil resulting from the death of the First Lord. First Lord Simon Cameron was killed by a mining robot in what was apparently a freak accident in February of 2751. Throughout the next 15 years, the Light Horse participated in many of the declared and undeclared wars that broke out in the Periphery. In 2766, after the New Vandenberg Campaign, the Light Horse was rotated off the front lines and back to their station in the Rasalhague Military District.

Less than six months later on December 27, First Lord Richard Cameron was shot dead by Stefan Amaris. While awaiting the return of General Kerensky's forces from the Periphery, the Eridani Light Horse prepared for raids against Usurper forces, but was denied permission to stage from Combine space. Most of Coordinator Minoru Kurita's family had been taken hostage by Amaris, and the Combine could not afford to be seen as supporting the returning Kerensky or any other SLDF force. The Light Horse transferred its base of operations to the Free Worlds League after some initially heated talks with Captain-General Kenyon Marik, and having gotten settled the unit commenced operations immediatel Realizing that the Light Horse could not take the Usurper's forces head-on, Colonel Ezra Bradley, commander of the RCT, decided to launch hit-and-run strikes against the weaker worlds surrounding Terra. He hoped that these raids would disrupt Amaris's defensive preparations.

Bradley's plan achieved great success until the 19th Striker Regiment dropped on Amity. During a mission to disrupt operations at one of New Earth's many BattleMech factories, the 19th Striker Regiment was ambushed by three heavy Usurper regiments. Evidence points to a Kuritan agent within the 19th Striker's high command tipping Amaris to the raid, possibly a "good-faith" effort on the Coordinator's part to resolve the hostage situation. As well, the Combine held a vendetta against the Light Horse for the loss on Trondheim and for defeating many of their ronin in the Gunslinger duels. No one has ever accused House Kurita of forgetting a slur to their honor.

If such is the case, no Kuritan family members were released to compensate the Coordinator for his efforts --- and the 19th Striker was completely and utterly destroyed, a betrayal the Eridani Light Horse has never forgotten or forgiven.

Though sorely tempted to retaliate, Colonel Bradley continued his hit-and-run tactics until the Light Horse linked up with General Kerensky and his forces. Upon General Kerensky's return from conquering Amaris' own Rim Worlds Republic in 2772, Marik rescinded his permission for SLDF personnel to base from Marik space. The move (apparently to repay an old grudge against Kerensky) forced the surviving Eridani to stop their heretofore successful raiding campaign and rejoin the Regular Army in preparation for the real war to come. Then, and with great glee, the Eridani Light Horse avenged the loss of the 19th Regiment in long and bloody battles, whose climax was the invasion and liberation of Terra.

Emperor Amaris made a strategic blunder in 2774 by ordering a limited withdrawal of his forces to worlds protected by forts or Strategic Defense Systems. Twelve worlds were voluntarily relinquished to General Kerensky, two of which were within a single jump of Terra itself. In addition, the recapture of Carver V was a major morale coup; three Marine regiments had been holding out there since Amaris' coup eight years prior. The Light Horse, which ran supplies to the beleaguered troops during this period, received a healthy share of the credit for the success of the Marines' guerrilla campaign.

Assaults on Republican holdings and consolidating liberated territory took nearly three years, but preparations for the final assault of Terra itself were complete by late January of 2777. From eight worlds surrounding mankind's home, the returning Army surged like a vengeful wave composed of warships, aerospace fighters, BattleMechs, tanks and infantry---no amount of automated high-tech defenses, no suicidal defense, could keep the enraged SLDF from retaking the Cradle of Humanity back from the man who had defiled everything the Star League stood for.

The fighting continued without quarter, savage and brutal, until the last Republican units surrendered at the orders of Stefan Amaris himself in November of 2779. Always in or near the forefront of battle during the final campaign for North America, the Light Horse performed as a skirmishing and flanking unit on the corps level and witnessed the retaking of the Court of the Star League, although it did not directly participate.

Ten years of war had come and gone, and with it, most of the Regular Army as well. A staggering 75% loss average crippled the SLDF, ensuring that when the High Council finally dissolved and all-out war erupted between the Great Houses, Kerensky's remaining forces would not be able to stop it. Rather than be swayed to the side of one of the soon-to-be-warring Houses, the aging General prepared his force to leave the Inner Sphere altogether.

While the Council Lords were vying for control of the Star League, the Eridani Light Horse returned to the Rasalhague Military District, striving to remain impartial. They waited patiently for General Kerensky to call them into action to restore order to the Star League.

When approached by the General's emissaries, however, the Eridani could not bring themselves to leave their homeworlds of Rasalhague. Too many felt they would be abandoning not only their friends and homes, but also the Star League itself; it only took the 80th Heavy Cavalry Battalion, which Kerensky himself had once commanded, half an hour to decide to remain. In the end, only a few scattered lances decided to leave with the Exodus.

When the call came, however, it summoned them to join the remaining loyal Star League forces and to leave the Interior forever. Ironically, the Light Horse felt such a sense of belonging to the area they defended that it proved to be stronger than their loyalty to General Kerensky. Only a few lances of the 3rd RCT decided to leave the Star League. The entire 82nd Heavy Cavalry Battalion, once commanded by General Kerensky himself, needed only half and hour before deciding to stay. Colonel Bradley sent a regretful communiqué to General Kerensky, expressing both the Light Horse's undying loyalty to the Star League and General Kerensky, and its desire to remain and uphold the traditions of the Star League Armed Forces.

And on November 5, 2784, the Exodus Fleet jumped out from New Samarkand into the yawning Periphery, not to be seen again for nearly three centuries. That day, the members of the 3rd RCT took down the banner of the Star League and lowered the Eridani unit standard to half-mast. The gesture survived to the modern day as one of the unit's many traditions.

**The First Succession War:**

In the hellfire that erupted after Kerensky's exodus, the Light Horse remained aloof. Minoru Kurita, Coordinator of the Draconis Combine, made numerous offers of employment to Colonel Bradley, who rebuffed the overtures. Only when Minoru threatened to cancel all trade with the unit did he finally get the attention of the Light Horse commander. Long negotiations between the two sides produced a mutual defense and nonaggression pact. The Draconis Combine agreed to tolerate the presence of the Eridani Light Horse in Kurita space as long as the unit defended its worlds and made no move against the Combine.

The Light Horse easily handled the few tentative thrusts by the Lyran Commonwealth against its home worlds. On the other side of the Combine, however, the Kuritists suffered a disastrous campaign against the Federated Suns. In the battle for Kentares IV, Minoru Kurita was killed, and his insanely violent son Jinjiro succeeded him. In 2796, Jinjiro avenged his father's death by massacring 50 million civilians on Kentares IV.

**Evacuation:**

After hearing of the Kentares Massacre, the Commanding officers of the Light Horse began Preparing to move. Though everyone from the unit commander down to the most inexperienced warrior hated to leave their worlds, most realized that a confrontation with the psychotic Jinjiro was inevitable.

By June of 2798, most of the Eridani Light Horse had launched and were waiting for the dependents of the 8th Recon Battalion and 50th Heavy Cavalry Battalions to leave the planet Sendai. Furious with the units' desertion, the administrator of Sendai captured and held those families hostage, demanding that the entire unit lay down its weapons and turn itself over to him. When the Light Horse failed to meet the disarm deadline, he ordered his troops to execute the two thousand dependents.

Enraged, the 8th and 50th battalions dropped on the planet. The resulting battle lasted for a week and ended after every political official and Combine Battlemechs was hunted down and slaughtered. Forces from Rasalhague appeared in the system, but, when informed of the administrator's deeds, they soon withdrew. The 8th and 50th returned grim and battered. Although the officers of the two units had acted without orders, Colonel Bradley refused their resignations. Today, the 50th Heavy Cavalry (nicknamed "The Bloody Half Hundred" because of Sendai) and the 8th Recon Battalion are tradition-bound to protect the dependents of the Light Horse.

After leaving Sendai, the Eridani Light Horse crossed the Inner Sphere and entered the Free Worlds League. Marik immediately granted them a place to stay until both sides could work out a mercenary contract. Colonel Bradley pledged his unit to the Free Worlds League in exchange for a secure world for the unit's families, a steady supply source, and a modest fee.

The Eridani Light Horse figured prominently in Marik offensives during the Second Succession War. Besides spearheading attacks against Lyran-owned worlds, such as Ilion and Dieudonne, they also repulsed a Kurita attack against the planet Danais.

**Dissension in the Ranks**:

When the Third Succession War erupted in 2866, Colonel Bronson, commander of the Eridani Light Horse, renegotiated a contract with the Free Worlds League. Pleased with the unit's performance, the League Parliament considerably sweetened the Light Horse's original contract, giving them titles and free access to League supply centers.

Some Light Horse soldiers perceived this newfound affluence to be a threat to their tradition as defenders of Star League principles. They felt that Colonel Bronson was selling out, making the Eridani Light Horse no better than any other band of mercenaries. Major Johnson, commander of the 151st Regiment, became the leader of this internal dissent. However, Bronson ignored the dissidence, as he ignored the old Star League traditions.

In 2869, Major Johnson led the 151st out of the Free Worlds League to the Periphery, and the majority of the other two regiments followed him. Left with only his family, a few loyal officers, and a couple of loyal lances, Colonel Bronson moved his force to a small, but resource-rich world just out-side the borders of the League, where he began to recruit Periphery riffraff into a mercenary force.

**Return to Duty**:

Shunning the mercenary life, the Light Horse gradually deteriorated on its Periphery world as its resources ran low. With nothing to trade, the unit had to resort to farming the poor soil to survive. Then, in 2871, a regiment of bandits raided the Eridani supply center. Although the Light Horse drove off the raiders, the bandits carried away or destroyed most of the unit's supplies.

Light Horse officers conferred for days to figure out how to stave off impending starvation. Finally, they worked out a compromise to hire out their military services to those retaining the honor and integrity of the Star League. At this time, the Light Horse adopted most of its present traditions to remind the soldiers of its principles. After gaining the approval of his men, Colonel Johnson traveled to the Lyran Commonwealth to negotiate a contract. Steiner agreed to all of Johnson's terms, including the control of a planet for the unit's dependents. Unfortunately, Colonel Johnson died while the Light Horse transferred to its base on New Karlsruh. His successor, Jennifer Dirkson, adopted the rank of Brevet General to show both her authority over the three regiments and her willingness to resign if she ever placed mercenary considerations over Eridani tradition.

From 2872 to 2945, the Eridani Light Horse served the Lyran Commonwealth along the Draconis Combine border. Its fame spread quickly throughout the Inner Sphere, and Kuritist units learned to fear the sign of the trotting brown horse.

In 2900, the 151st Light Horse Regiment dropped onto the Kurita-controlled world of Radalah, expecting to find only a battalion of garrison troops. After quickly seizing the cities of Auptsmon, Tiel, and New Freisburg, the 6th and 8th Recon battalions encountered Kurita's elite 3rd Proserpina Hussars Regiment. The Hussars cut off the two recon battalions from the 50th Heavy Cavalry Battalion, which was encamped in New Freisburg, and laid siege to the city. Too weak to assault the Hussar's position, the two recon battalions conducted hit-and-run attacks on the Kuritists, drawing more and more forces against them. Eventually, the sieging force became so depleted that the 50th Heavy Cavalry was able to storm the Hussars, escape New Freisburg, and retreat to Auptsmon, where Eridani Dropships were waiting to lift the regiment offplanet. For its spirited fighting against the heavier regiment, the 151st Regiment earned its nickname of "The Dark Horse Regiment."

Brevet General Dirkson retired in 2926 and was succeeded by Montgomery Wilson, who also took the rank of Brevet General. Every commanding officer of the Eridani Light Horse has since also adopted this rank. Wilson split the unit into battalions, which launched numerous strikes against Kuritist worlds, including Caledonia, Dawn, and Wheel. For two months, the 82nd Heavy Cavalry Battalion occupied St. John, one of the Light Horse's charges during Star League days.

**Vacation on New Karlsruh**:

Although very successful, the Light Horse's raids severely depleted the battalions. In 2946, the Commonwealth Military granted the entire unit leave to rest and resupply on New Karlsruh. Brevet General Wilson used this time to recruit more mercenaries and to repair his damaged 'Mechs. Both the 3rd and 7th Striker Battalions of the 21st Regiment had to be almost completely rebuilt. While

Wilson and two 'Mech companies were visiting mercenary guild halls looking for talent. Colonel Haviarre of the 71st Regiment was in charge of the Light Horse.

In the same year, word of the Eridani Light Horse's activities reached the ears of Commander Russel Bronson, son of the Light Horse commander deserted in 2869 and leader of the mercenary legion Bronson's Horde. Wishing to wreak revenge on the "Mutineers," Bronson broke off his contract with the Federated Suns and traveled to New Karlsruh.

Bronson's attack took the Eridani Light Horse completely by surprise. With only twelve hours to prepare, Colonel Haviarre ordered the 50th Heavy Cavalry and the 8th Recon Battalions to move the Light Horse families to the mountains. The remaining five battalions quickly fanned out to meet the three incoming regiments. Bronson landed his Dropships under an umbrella of aerospace fighters, but soon, the Eridani fighters mustered and reestablished aerospace superiority. The surprise of Bronson's attack became his downfall as the Light Horse fighters destroyed the straggling Dropship reinforcements and wreaked havoc on the heavy 'Mech forces below. Undaunted, Bronson urged his units on, Searching for the Eridani High Command. Although his assault lances pounded the lighter units, the Light Horse's recon battalions soon outmaneuvered the slow 'Mechs. The 12th Armored Infantry Battalion alone felled two lances of 'Mechs. Commander Bronson himself joined the ranks of the Dispossessed when his Cyclops fell under a barrage of missiles from several Chippewa AeroSpace Fighters. Miraculously unscathed, he led his remaining forces offplanet, vowing revenge.

Though it took substantial damage, the Eridani Light Horse gained enormous plunder from Bronson's Horde. By 2949, the unit was fighting for Steiner against the Free Worlds League. The worlds of Oliver, Thera, Alula Australis, and Corcrya all felt the sting of the Light Horse. Eridani battalions raided several military bases deep within the League, including Nathan, Procyon, and Feng Pau. In 2955, Brevet General Kerston succeeded Brevet General Wilson.

### Defense of Hesperus II:

In 2998, House Steiner planned a planetary assault against Kalidassa, a Marik-controlled world with some functioning 'Mech production facilities. Three of the five Steiner regiments on Hesperus II formed the core of the assault group, and the Light Horse's 21st Striker Regiment and 50th and 82nd Heavy Cavalry Battalions replaced them in the garrison. When the Marik forces on Kalidassa recognized their attackers, they informed the High Command that Hesperus II was without its crack defenders. As a result, Marik decided to send a reconnaissance force to determine Commonwealth strength on the planet. League Dropships descended on Hesperus II, deposited nine recon companies at various locations and withdrew. The garrison commander on Hesperus II ordered the 21st Regiment to leave the easily defensible city of Tallowrand to ferret out the enemy scouts; a task better suited to a recon unit. Too slow to deploy efficiently, the striker regiment took heavy damage from the Marik scouts, which withdrew before the heavy 'Mechs could engage them.

Within weeks, Marik landed four regiments to strengthen his position on the planet. Again the garrison commander ordered the Light Horse units to engage the enemy. However, the Eridani regimental commander disobeyed his orders to march to Marik's landing zone, and stationed his artillery along the mountain passes to Hesperus II's industrial center, where he knew the invaders would be heading. The Light Horse force allowed two reconnaissance companies to cross the mountain range unmolested, and then the bulk of the army, three regiments strong, attempted to pass. Long Tom cannons shelled the force and the area, sealing the pass and splitting the army in two. With no room to maneuver, the League units were sitting ducks for the Eridani 'Mechs and tanks. Timely assistance from Steiner 'Mechs enabled the Light Horse to overwhelm half of the invading force, and the remaining enemy units retreated offplanet.

### Contract with Davion:

The Eridani Light Horse was also successful in the Twelfth Battle for Hesperus II. Nevertheless, Light Horse commanders were becoming increasingly irritated with working under Steiner military leaders, many of whom showed amazing incompetence. When contract negotiations with Steiner broke down in 2999, Brevet General Kerston went to House Davion for employment. Both sides struck a settlement in 3000, and the Light Horse left New Karlsruh for Derby in the Crucis March.

Duke Davion split the Light Horse into battalions and companies to carry out diversionary raids on both Kurita and Liao worlds. These units' abilities to strike hard and move quickly often convinced planetary garrisons that a full regiment was attacking the planet. As these raids were perilous, the Light Horse received substantial bonuses. A few of these simulated assaults became real invasions when Eridani forces realized that they could actually conquer the planet themselves.

When Brevet General Kerston stepped down in 3023, Brevet General Armstrong assumed command. One of his first duties was to organize the defense of the planet Hoff, location of the Meistmorn Academy, to repulse a Kurita Attack. Although Wolf's Dragoons, under contract to Kurita, pounded Eridani units in a furious onslaught, the Light Horse played cat-and-mouse with the mercenaries, keeping them off-balance until Davion Reinforcements arrived to flush the Dragoons offplanet. Eridani losses were heavy, and Davion, pleased with the unit's performance, granted the Light Horse time to

rebuild its forces.

The Light Horse soldiers spent their vacation on Derby and at the Federated Suns' New Avalon Institute of Science. At the NAIS, they taught combat skills and Star League and Successor State history, while participating in technological research.

In 3025, the Eridani Light Horse resumed fighting under the Davion banner against the Draconis Combine.

**Unit Description:**

The Eridani Light Horse is dedicated to preserving the ways, traditions, and honor of the Star League Armed Forces. Our lives hold no higher purpose than to remind the Inner Sphere of the power and the glory that once unified us all. Fate willing, we may again enjoy such benevolence.

To that end, we work only with those we admire, those that manage to keep alive the old ways. The Lyran Commonwealth and the Federated Suns are two such peoples.

As we admire some, there are those we despise. Our hatred for the Draconis Combine is simple and requires little explanation. They plumbed the depths of depravity when they murdered our families to bring us to our knees. We will never grant them mercy or expect it. -General Armstrong at the ELH Combat Training School Commencement Ceremonies, 3024

**Contract Requirements:**

The Eridani Light Horse's only weakness is its inadequate number of Techs. Therefore, Light Horse leaders always insist that the employer furnish the unit with support personnel to repair and maintain its 'Mechs. Also, they demand the right to negotiate supply contracts with local commerce companies. This allows them to bypass their employer's military bureaucracy, which might neglect the needs of mercenaries in favor of house units.

Like many other mercenary units, the Light Horse requests a place to settle its dependents. This is a vital contract point, as these mercenaries firmly believe in keeping a sense of community. They also refuse to commit any act that would violate the near-forgotten Ares Conventions. Thus, they will never attack civilians, inflict undue harm on innocent peoples, or execute prisoners.

Perhaps their only unusual contract point is that the employer must allow Eridani support personnel into his research facilities. Although this has irritated some employers, it does ensure that Light Horse 'Mechs will be in the best possible shape to fight for their employer. Only the wily Hanse Davion has had the audacity to turn this contract point around. He demanded that if he was to permit mercenaries into his New Avalon Institute of Science, then the best of them must teach there. With a laugh, General Armstrong accepted his condition.

The Eridani Light Horse is well satisfied with its relations with the Federated Suns. Prince Davion exceeded most of the Light Horse's specifications - he even sells 'Mechs to the unit at cost. General Armstrong respects the Prince, and so he plans to remain in the Federated Suns for a long, long time.

**Typical Mission Work:**

Though the Eridani Light Horse is adept at fighting large battles, they are wizards when it comes to raiding. Their quick strikes have spawned many imitators, such as Winfields's Brigade of the Lyran Commonwealth. What distinguishes the Light Horse from all others is the skill and coordination of each Eridani soldier. A typical objective lasts approximately four hours, and roughly follows this sequence.

Aerospace fighters attack enemy aerodromes, while recon lances drop onto the planet.

Recon lances gather information while striking at communication centers, crippling the enemy's ability to respond.

Aerospace fighters establish aerospace superiority, then command and strike lances drop to the planet.

Units strike at objective(s). Dropships transport support units (artillery, tanks, and infantry) to prearranged recall points, and then leave for a near-orbit.

Command, strike, and recon lances break off attacks after allotted time has elapsed, and head for recall points, striking at any military target that presents itself.

Support units cover the approach of the returning lances. Dropships land, take aboard all personnel, and then lift off.

**Unit Traditions:**

The most tradition-bound mercenary unit in the Inner Sphere, the Eridani Light Horse has many memorials and rituals that serve as a constant reminder of its illustrious history and rigid honor. Some outsiders have commented that Eridani observances seem almost religious.

For example, the 50th Heavy Cavalry and 8th Recon Battalion are sworn to protect all the civilian members of the Eridani Light Horse in memory of their families' executions on Sendai. Whether escorting civilian transports or garrisoning their settlement, only the 50th and 8th Battalion members are involved in the safety of Eridani dependents.

Wherever they are encamped, all military units in the Successor States set up two flagpoles: one for their unit banner and one for their employer or House leader. Unlike other units, however, the Light Horse has never flown the flag of its employer. One flagpole remains bare, while the banner of the Light Horse flies at perpetual half-mast. Originally, the Eridani standard was just a prancing horse upon a sun-yellow disc. The black border was added as a symbol of mourning for the exodus of General Kerensky.

The Light Horse remembers the loss of the 19th Striker Regiment on Amity through some curious traditions. Whenever the three regimental commanders meet with the Eridani commander, a place is set at the conference table for the commander of the 19th. In addition, during social functions, the host always says a prayer for the members of the lost regiment. Retiring soldiers who serve the the Light Horse with distinction become official members of the 19th Striker. They receive lapel pins with the 19th's symbol, a rearing bronco, in honor of their services and devotion to the Eridani Light Horse.

Every Light Horse member celebrates the anniversaries of great victories and special birthdays, and mourns the anniversary of lost battles and tragic deaths. Of all the days of mourning, the most solemn occurs on the date of General Kerensky's Exodus. All nonessential functions are shut down as everyone gathers in the central park. There an honor guard unfurls an ancient Star League standard and runs it up the usually bare flag pole. The base commander then reads Colonel Bradley's communiqué informing General Kerensky of the 3rd Regimental Combat Team's decision to stay. As the honor guard lowers the Star League standard, the military band plays the Star League anthem softly and slowly.

In 3058, the Light Horse was inducted into the new Star League Defense Army and was the core group of forces that was sent to Huntress in the war against Clan Smoke Jaguar as part of Task Force Serpent. Nearly 60% of the Light Horse was destroyed in the fighting on Huntress, including General Winston, as they were victorious in destroying the Jaguars as a clan. Today they are rebuilding and getting ready for the other clans that might want to cross the truce line and to defend all that they are tasked for as part of the Star League Army.

**spacer**

© 2001 WizKids, LLC. BattleTech is a registered trademark of WizKids, LLC. All Rights Reserved. Original contents of ClassicBattleTech.com copyright © 2001 Fantasy Productions LLC. Maintained by Warner Doles.