*August 6, 2002*



Home
Classic BattleTech
Fan Submission Area
What's New
BattleTech Products
BattleTech Archives
BattleTech Errata
PDF Files
Message Board
The Inner Sphere
The Clans
The Periphery
BattleTech Links
Terms of Use
Credits
   CBT Web Team
Contact Information





# The Credits Page



*Exhibit B-1*

spacer

## My Opportunity and My Thanks

spacer

It is on those rare occasions a person gets blessed with an opportunity to do something that he or she could be no more thankful for that opportunity then I am. Having played this game since it was once known as *BattleDroids* through its changes and transformations into the *BattleTech* it is today. To where it is going now, I have loved this game; it's universe and all those experiences I have received. I had arrived at a point in my gaming life that I was ready to give back what I was given in trying to help mold and influence this universe that I had grown up in. I was given the chance to use my skills and apply them here. This site is the results of that opportunity.

*ClassicBattleTech.Com* was a labor pure of love. I spent many hours at my old computer building this online universe. Sometimes til two o'clock in the morning I would be designing and modifying this massive site. Every page, picture and script that I wrote into the pages I did knowing that I would be able to share with you all that knowledge and experiences I had gained over the years. And in doing so, sharing with you my love for this game. *Classic BattleTech* has always been and will always be my first choice. And this site is my testimony to that. And as you will see I had plenty of help in putting this site together. I want to thank each and every one of those people you see below. They deserve as much credit as I do in putting this place together.

I want to thank *Randall Bills* for believing in me, giving me this opportunity to be part of the team and help do something for every one who loves this game as much as I. To *Loren Coleman* for his blunt yet to the point critique and input that helped me tighten and shape this site to be the very best it could be. To *Ed Karl* for allowing me to use the domain name he registered the day the game changed. To *Chuck Borner* for hosting this site. To *Øystein Tvedten* for providing those outstanding maps that have become the main stays for the *BattleTech* Universe. For *Peter Smith's* contributions to the PDF files in the Life Paths and Errata data as well as keeping me focused on what I was doing it and why. Even when I felt I might be wasting my time. To *Camille Klein* for helping me with the Clan information in transcribing that last bit that I hadn't been able to finish. To *Christoffer Trossen* for suppling me something that I will cherish for the rest of my life, the complete *BattleTech* Library. To *Chris Hartford* for his work on the Field Manuals and his help in getting the AeroTech 2 Errata squared away. *Mike Flynn* for his beautiful colored 3025 Inner Sphere map and his suggestion in some of the pages. To *Raymond Arrastia* for taking my idea and direction for the site's logo and making it a reality. And to all those who were given a sanctioned peak at the site for their feed back and suggestions. And finally to my family for supporting me in this endeavor and for putting up with my late hours and ignoring them at times to get this done.

I dedicate this *Classic BattleTech* Site to each and every one of you *MechWarriors*. For those young and those old. For all those Old Guard and to those who claim to be honorable Clan warriors. Those

coming in for the first time because of **BattleTech New Era** or because the played the new *MechWarrior 4 "Black Knight"* computer game. If I never do anything else in my life, I can now say that I have done something to benefit people other than myself who deserved it. Please enjoy this site as it is meant to keep alive the game that we all love. As Loren stated in his essay, *"Where do we go from here?' Wherever you want.* **Classic BattleTech** *is going to deliver the products and stories you've been promised. What you do with them is up to you."* Use this site to do just that. Enjoy the game as you always have and don't give up on it. Thank you.

Warner Doles
Colonel Commanding
Blackwind Lancers: Free Capella
spacer

## All those who get credit:

spacer
### Randall "Precentor Martial" Bills - BattleTech Line Director
Randall celebrated five years to the day at FASA when the doors closed, four years of which he worked as the Development Assistant. In his final year at FASA, he became the BattleTech Line Developer. During that time he developed or helped develop forty BattleTech products as well as providing additional technical editing for numerous BattleTech novels. He is currently working with Jordan Weisman—the original founder of FASA and creator of BattleTech—of Wizkids Games in developing a re-launch of the BattleTech game and universe. Additionally, he is working with Fantasy Productions to develop new Classic BattleTech sourcebooks.

In addition to his day job, Randall authored or co-authored seven BattleTech scenario packs and sourcebooks. Randall's first novel, Path of Glory, was published in December 2000. His second BattleTech novel "Imminent Crisis" will be published in mid 2002.
spacer
### Loren "Rumor" Coleman - Free Lance Author, Field Manuals and Essay.
Loren L. Coleman began writing fiction in high school, though it was during his five years as a member of the United States Navy, nuclear power field, that he began to write seriously. Despite the many threats which accompanied a flywheel printer interrupting the sleep of shipmates, he persevered through the rest of his enlistment and beyond, finally seeing his first novel published in 1997. As it happened that first novel detailed his prescient vision of a future battlefield, the machines of warfare, and the men and women who piloted them. It joined the BattleTech series as the novel Double-Blind.

Working as a freelance writer and part-time game designer, Loren L. Coleman has continued to write for companies such as FASA and TSR while also pursuing his own work. For FASA, he has written for both the BattleTech and Earthdawn gaming lines, writing source material and fiction as well as working on the MechWarrior 3 and MechWarrior 4 computer games. His BattleTech fiction includes the novels Double-Blind, Binding Force, Threads of Ambition, The Killing Fields, Illusions of Victory, Flashpoint, Patriots and Tyrants, Storms of Fate, and Endgame.

When he is not chronicling the politics and wars of thirty-first century mankind, Loren L. Coleman retreats to the Pacific Northwest territories of the United States on twentieth century Terra. He currently resides in Everett, Washington with his wife, Heather Joy, two sons, Talon LaRon and Conner Rhys Monroe, and a daughter, Alexia Joy. He occasionally claims ownership (or at least responsibility) for three troublesome Siamese cats-Rumor, Chaos and Ranger-and one extroverted puppy, Loki, the demise of which is currently being plotted by said cats.
spacer
### Warner "Free Capellan" Doles - Site Administrator and Site Designer
Born back when wind power still moved the great ships, he has come a long way from his days playing with his army men in the back yard of his home in Fort Lauderdale to his own home in Burlington, North Carolina. He is still playing with his army men. But this time they are metal and take the form of a BattleMech. He has played this game nearly half his life. And doesn't see it ending. Warner is a devout card carrying memeber of the Old Farts Brigade and is proud to have had the opportunity to apply his Web designing skills in putting this site together. He is a father of 3 wonder girls and married for nearly 13 years to his most loving and adoring wife.
spacer
### Peter "Marauder" Smith - Life Path PDF Files and RS: Upgrade Errata, Admin Msg Bd.
Peter Smith hails from the greater Chicagoland area. Formerly a law student, he has gone back to his first love: computers. His time with BattleTech starts in the early 90's but he dove into the Universe hard-core a couple of years back. A voracious reader (and sometimes collector) he managed to get a strong grasp on the game very quickly. His first piece of work, a compilation of all the Life Paths into an easy-to-use format, is available on the PDF Download page. And as new work is added to the game, he will continue to update the file, keeping it current.
spacer
### Øystein "Lance" Tvedten - Star League Defense Force Mapping Agency - Maps.
Born in 1971 in Oslo, Norway, started with fantasy fiction after getting a copy of the Commodore 64 computer game "The Hobbit" and figuring out he needed to read the book to solve the game. Since then he's been active both with roleplay games, and fantasy and science fiction reading.

His first introduction to Battletech was the original mechWarrior computer game, and the "Wolf and the Spider" graphics novel, but it wasn't untill attending university and playing on MUDs that his interest in Battletech was aroused, when he started playing on online Battletech MUSHes. This also started his interest in Battletech political maps, when part of the admins of one MUSH he had to help plot attacks and borders.

Finding the time between maps released officially detailing information about the changes in the BattleTech political universe, he started making his own maps, keeping them uptodate with the developments in the universe. Since then he's grown better at it, and has supplied corrections to the official maps to FASA productions, maps to Microsoft's MechCommander 2 computer game and MechWarrior Universe website, and also supplied uptodate printed maps to various Battletech authors for their reference use.
spacer
### Camille "AcidQueen" Klein - Clan Data and Marian Hegemony (Field Manual: Periphery)

spacer
### Christoffer "Bones" Trossen - Field Manuals, Errata and other Data

spacer
### Chris "The Brit" Hartford - Field Manuals and Errata

**Michael "TeamSPAM" Flynn** - 3025 Colored Star Map

Michael actually bought a copy of The Sword and the Dagger in high school, but didn't start playing BattleTech until he went to college. While earning his Electrical Engineering Degree at Drexel, he discovered the rec.games.mecha newsgroup and from that the 3056 MUSE. Many an hour in college was wasted simming and helping to build up the Magistracy of Canopus faction. While playing on 3056, players were indicating these teams they were on and the sim channel seemed to be a channel full of spam/noise.

Thus Team SPAM first popped up as a parody of the players and that channel. In the spring of his senior year, he created one of the first BattleTech fansites. His site has featured some useful CGI utilities and Inner Sphere maps. In fact, some of Oystein "Lance" Tvedten's earlier maps were derived from using the Inner Sphere Cartography Society's maps. Since then Lance's map have broke new ground and provided the periphery planet data used in the ISCS maps. Michael has been spotted at gaming conventions either playing or running BattleTech events.
spacer

**Ed "HToM" Karl** - President of Gamers-Union.com and the Domain name owner.

Born in NJ & more recently of Spencerport NY Ed has been playing Battletech since its Battledroids days. Originally a big time MUNCHKIN when it came to Battletech he has changed his ways & will play just about anything, anytime, & anywhere when it comes to Mechs. He frequents conventions mostly in the northeast & can usually be found running or playing a Battletech or Mechwarrior event. He has a very strong attachment to Solaris VII, & will often set his personal scenarios there.

He registered the domain www.classicbattletech.com the day WIZKIDs made the announcement. He did this to make sure that players of the original Battletech game had a place to go & find the info they need. Thanks to Warner and the others it is now a reality.

Ed is currently the founder & Owner of Gamers-Union.com, an auction & retail site, specializing in hard to find Battletech products. When he is not out trying to find that elusive scenario or sourcebook he is happily at home with his wife of 8 + years, Barbara, & his son, T.J. better known as "Teddy the K"
spacer

**Chuck "Chas" Borner** - Owner Operator of EvilNet Game Server
spacer

**Ray "Gideon" Arrastia** - Classic BattleTech Logo
spacer

**Scott "Mordel" Bukoski** - Assistant Website Master and MechWarrior Database
spacer

**Scott "Calbeck" Malcomson** - For the **Eridani Light Horse** write up.
spacer

© 2001 WizKids, LLC. BattleTech is a registered trademark of WizKids, LLC. All Rights Reserved. Original contents of ClassicBattleTech.com copyright © 2001 Fantasy Productions LLC. Maintained by Warner Doles.

Eridani Light Horse; Star League Defense Force's 3 RCT

*August 4, 2002*



# CLASSIC BATTLETECH

Home
Classic BattleTech
What's New
BattleTech Products
BattleTech Archives
BattleTech Errata
PDF Files
Message Board
The Inner Sphere
The Clans
   Blood Spirit
   Cloud Cobra
   Coyote
   Diamond Shark
   Fire Mandrill
   Ghost Bear
   Goliath Scorpion
   Hell's Horses
   Ice Hellion
   Jade Falcon
   Snow Raven
   Star Adder
   Steel Viper
   Wolf
   Clan History
      Great Father
      Clan Glossary
      Tukayyid
      Ops Bulldog
      TF Serpent
        Light Horse
      Great Refusal
      Burrock
      Mongoose
      Widowmaker
      Smoke Jaguar
      Wolverines
The Periphery
Links
Terms of Use
Credits
Contact Information



spacer

## Eridani Light Horse

spacer

*Exhibit B-2*

spacer

## Star League Defense Force 3 RCT; Eridani Light Horse

spacer

**Formation of the First Regimental Combat Teams:**

In 2651, First Lord Cameron sent several Star League military regiments on maneuvers just beyond the Rim Worlds Republic. Military analysts observing the maneuvers subsequently filed a report criticizing the five regiments' lack of coordination, interservice rivalry, and general lack of common sense. To avoid the wrath of the First Lord, the military High Command quickly organized some regiments into Regimental Combat Teams.

Designed to promote interregimental cooperation, the RCT's, as they became known, contained four combatant regiments and a single support and transportation element. One officer, usually the most experienced of the four regimental leaders, commanded the RCT and trained his four regiments to work towards a common objective. Unlike most other military formations, the RCTs were permanently assigned to a section of the Star League. There, the units became familiar with their territory and developed a sense of belonging, which was presumed to work to their advantage.

**The 3rd Regimental Combat Team**

Formed in 2702, the 3rd Regimental Combat Team consisted of two Striker Regiments and two Light Horse Regiments. Though its near-Periphery posting gave the unit little opportunity to prove itself in battle, the 3rd RCT trained constantly. The officers became adept at combat diplomacy, as they often had to fend off Kuritan propaganda claiming that they were nothing more than an occupation force.

Meanwhile, Michael Cameron's Edict of 2650 had borne bitter fruit. The Edict required the Houses to drastically reduce their military forces, which caused thousands of Kuritan MechWarriors to become wandering ronin --- masterless samurai who knew no other trade than warfare. With no other means to display their skills, they began contesting each other in duels, giving rise to a popular resurgence of the bushido warrior culture within the Draconis Combine. Many of these ronin became elite Champions, revered across hundreds of Kuritan worlds for their battle prowess and honor.

By 2681, Champions who felt the need for a greater challenge began making a form of political statement against Star League interference in Combine affairs. One by one, they strode up to the

*Archived*

*Printed* 1/16/2009

Eridani Light Horse; Star League Defense Force's 3 RCT



edges of Star League bases in their 'Mechs and delivered challenges to those within, daring the SLDF troops to fight "real warriors". At first reluctant. Cameron finally succumbed to political pressure and military pride, giving tacit permission for his soldiers to accept these duels. His worst fears were realized as Combine Champions routinely trounced the best the Star League could muster, often killing their defeated foes.

By the time the 3rd RCT was organized. these duels had been ongoing for nearly twenty years. The unit's posting to the predominantly-Scandinavian Rasalhague Military District of the Draconis Combine made it a choice target --- the populace was constantly in foment and Coordinator Takiro Kurita feared the possibility of insurrections should the SLDF be seen as more powerful than local garrisons. He began to arrange for the brunt of challenges to be directed to Rasalhague. expecting that this would duly cow the populace.

What the Coordinator could not have known was that the 3rd RCT had been deliberately seeded with the lion's share of the most recent Gunslinger Program graduating class. Trained specifically to duel Kuritan ronin. Gunslingers were the very cream of the Star League Defense Forces when it came to one-on-one combat. By the time the practice of dueling ground to a halt in 2751. the 3rd RCT had racked up an impressive 30 wins and 10 draws out of 48 challenges --- a fact which did not endear them to Kuritan patriots. On the other hand, crowds took to the streets on every Rasalhague planet to honor the unit when a victory was scored, chanting freedom slogans in Swedish until dispersed by riot control forces. The Coordinator is believed to have been less than pleased with the results of his ploy.

The greatest Gunslinger ever to hail from the 3rd RCT was Major Kyle Sessions, who piloted a Wyvern-class BattleMech to 17 victories and suffered only one loss before his retirement in 2735.

### "Eridani Light Horse": Earning the Spurs

Victory often carries a price, however. The rivalry between the unit and local Kuritan officials reached the boiling point in 2749 when terrorists hired by the Prince of Rasalhague assassinated the commander of the 3rd RCT. The blow mobilized all four regiments. which descended upon and occupied the major cities on all ten worlds in their districts. For twenty-three days BattleMechs patrolled the cities, waiting for Draconis forces from Luthien to strike.

When the Prince dispatched troops to the Trondheim city of Eridani, the well-trained units of the 3rd RCT chased them off with little trouble. The RCT received its unit nickname of the "Eridani Light Horse" when a sympathetic journalist reported that the RCT BattleMechs had scattered the Combine units, "like spirited Eridani stallions chasing after fat, clumsy Luthien cows." After this humiliation. the Prince of Rasalhague had no choice but to arrest, try. and execute the assassins after a speedy trial. Due to evidence that might have linked the Draconis Combine directly to the assassination, Coordinator Takiro Kurita declined to publicly back the move of his impetuous underling, but neither did he move to replace the errant Prince. Events were to shortly foreshadow the entire incident, however --- the Star League itself would soon be at risk.

### Hidden Wars

The crisis with the Prince of Rasalhague quickly paled beside the news of the turmoil resulting from the death of the First Lord. First Lord Simon Cameron was killed by a mining robot in what was apparently a freak accident in February of 2751. With his son Richard a mere child of eight the position of First Lord could not be filled for ten long years --- years in which the scheming House Lords began manuevering to enhance their own powers and positions. Although named Regent and Protector by the High Council. there was little SLDF commander Aleksandr Kerensky could do to stem the political intrigue and ultimate violence.

The newly-christened Eridani Light Horse found themselves, like many other units straddling House borders. caught up in dozens of small undeclared "pirate raids" involving hastily-repainted BattleMechs, professional tactics, and even escort WarShips. The worst of these was an incident involving the 21st Striker Regiment, which refused a peremptory demand from a Kuritan garrison unit to allow Draconis forces the use of the 21st's base fortifications to fend off a Steiner attack. Incensed by the refusal, the Kurita commander called the commander of the 21st a "traitor" and ordered a full assault on the base. Six Draconis heavy tanks were destroyed before the attack was called off.

### The Second Reunification War

Meanwhile, unrest in the Periphery grew out of control as more and more taxes and tariffs were levied to benefit the Great Houses at the expense of their distant neighbors. Saboteurs began to attack SLDF bases and personnel. By the time Richard Cameron assumed his majority and became First Lord, an undeclared war against the Star League's "occupying forces" was raging throughout the Taurian Concordat and Magistracy of Canopus, and to a lesser extent the Outworlds Alliance.

Cameron's Taxation Edict of 2763, increasing further still the burden on Periphery citizens, was the final straw. Over the next two years Periphery violence skyrocketed, and on January 13, 2765, a terrorist drove a nuclear device into Fort Simpson on the Taurian world of Pinard and detonated it. annihalating the SLDF's 265th Heavy Assault Regiment. Eighteen Taurian worlds immediately

seceded from the Star League. General Kerensky attempted to negotiate a stand-down of Taurian forces on New Vandenberg, failing when a misunderstanding between Taurian and SLDF units turned into a major battle. The entire Periphery, with the exception of the Rim Worlds Republic of Stephan Amaris, exploded into full-scale rebellion.

Posted near the strangely quiescent Rim Worlds, the Eridani were immediately mobilized and sent to the opposite end of the Inner Sphere, engaging in their first large-scale combat drop in late 2765 to cover the 16th Mechanized Infantry Division's retreat from Megrez. Throughout the rest of the year, the RCT's regiments acted as screen-and-flank elements for larger units on various worlds, learning through experience how to outmanuever and out-think their opposition.

In December, General Kerensky ordered the withdrawal of all SLDF units from the Periphery to regroup and prepare for a new thrust aimed at New Vandenberg at the start of the new year. The Eridani were considered too light a unit to be useful in what would surely be an assault against prepared fortifications, and so were rotated back to their original post in Rasalhague. Although the nearby Rim Worlds had remained openly and staunchly loyal to the Star League, Kerensky did not trust Amaris in the least, and the Eridani were meant as a hedge against any likely move.

If only he had known.

### Against the Usurper

On December 27, 2766, First Lord Richard Cameron was shot dead by Stefan Amaris, whose troops proceeded to seize control of the Terran Hegemony, the very heart of the Star League. Still engaged with Taurian forces, Kerensky did not learn of the act until he sent a report of the successful end of the New Vandenberg campaign in May. Amaris responded gloatingly, referring to himself as the new First Lord and threatening Kerensky with destruction if he did not join the madman's cause.

Kerensky responded by unilaterally declaring a truce with all Periphery belligerents in order to reorient his forces against Amaris' Rim Worlds Republic.

While awaiting the return of General Kerensky's forces from the Taurian Concordat, the Eridani prepared for raids against Usurper forces but were denied permission to stage from Combine space. Unknown to the SLDF, most of Coordinator Minoru Kurita's family had been taken hostage by Amaris, and the Combine could not afford to be seen as opposing Amaris. The Light Horse transferred its official base of operations to the Free Worlds League after some initially heated talks with Captain-General Kenyon Marik, and having gotten settled, the unit commenced operations immediately.

Realizing that the Light Horse could not take the Usurper's forces head-on, Colonel Ezra Bradley, commander of the RCT, decided to launch hit-and-run strikes against the weaker worlds surrounding Terra with the hope that these raids would disrupt Amaris's defensive preparations. Previously, the 34th Royal BattleMech Division had disobeyed orders and attempted to retake their homeworld of Epsilon Indi without support, resulting in their annihalation by the system's Space Defense System. Colonel Bradley took this grisly lesson to heart and limited his own attacks on SDS-guarded worlds to probing missions aimed at destroying a few automated defense drones at a time.

The Eridani, like all Regimental Combat Teams, retained their own small WarShip complement and put it to good use, launching dozens of sorties against Amaris supply convoys and SDS drones. The Aegis Heavy Cruiser SLS Pendleton and her escort destroyer, the Lola III-class SLS Archimedes, used imaginative tactics to surprise and overwhelm their targets with regularity. At one point a Republican task force nearly turned the tables by hiding in an asteroid belt and using a convoy as bait for the ELH ships, a ploy which would have worked but for a technician's mistake in breaking radio silence to report on a routine outer hull check. The Eridani vessels were able to disengage and jump outsystem even as masses of Republican fighters converged on them from hiding.

Meanwhile, wherever possible, Eridani units dropped on Amaris-held worlds to carry out raids on depots and transport networks. Three Marine regiments still fighting on Carver V, and smaller units conducting guerilla actions on other worlds, relied heavily for their survival on supplies provided by regular Eridani runs.

Secretly, the Lyran Commonwealth and Federated Suns also assisted the Eridani, providing them with access to SLDF bases and avenues of retreat which allowed the unit to manuever in unexpected and unpredictable ways. Steiner, Marik, and Davion, to one extent or another, all provided supplies, ammunition and critical intelligence reports, although ironically their mistrust of one another prevented them from entering the war against Amaris more directly.

### Treachery on Amity

Bradley's plan achieved great success until the 19th Striker Regiment dropped on Amity. During a mission to disrupt operations at one of New Earth's many BattleMech factories, the 19th Striker Regiment was ambushed by three heavy Usurper regiments. Evidence points to a Kuritan agent within the 19th Striker's high command tipping Amaris to the raid, possibly a "good-faith" effort on the Coordinator's part to resolve the hostage situation. As well, the Combine held a vendetta against the

Eridani Light Horse; Star League Defense Force's 3 RCT

Light Horse for the loss on Trondheim and for defeating many of their ronin in the Gunslinger duels. No one has ever accused House Kurita of forgetting a slur to their honor.

If such is the case, no Kuritan family members were released to compensate the Coordinator for his efforts --- and the 19th Striker was completely and utterly destroyed, a betrayal the Eridani Light Horse has never forgotten or forgiven.

Though sorely tempted to retaliate, Colonel Bradley continued his hit-and-run tactics until the Light Horse linked up with General Kerensky and his forces. Upon General Kerensky's return from conquering Amaris' own Rim Worlds Republic in 2772, Marik rescinded his permission for SLDF personnel to base from Marik space. The move (apparently to repay an old grudge against Kerensky) forced the surviving Eridani to stop their heretofore successful raiding campaign and rejoin the Regular Army in preparation for the real war to come. Then, and with great glee, the Eridani Light Horse avenged the loss of the 19th Regiment in long and bloody battles climaxing with the liberation of Terra.

### Liberation of Terra

Emperor Amaris made a strategic blunder in 2774 by ordering a limited withdrawal of his forces to worlds protected by forts or Strategic Defense Systems. Twelve worlds were voluntarily relinquished to General Kerensky, two of which were within a single jump of Terra itself. In addition, the recapture of Carver V was a major morale coup: the three Marine regiments had managed to hold out against all odds with the help of the Eridani's supplies. Slowly but surely, the Usurper was being driven into his hole.

Assaults on Republican holdings and consolidating liberated territory took nearly three years, but preparations for the final assault of Terra itself were complete by late January of 2777. From eight worlds surrounding mankind's home, the returning Army surged like a vengeful wave composed of warships, aerospace fighters, BattleMechs, tanks and infantry---no amount of automated high-tech defenses, no suicidal defense, could keep the enraged SLDF from retaking the Cradle of Humanity back from the man who had defiled everything the Star League stood for.

The fighting continued without quarter, savage and brutal, until the last Republican units surrendered on the orders of Stefan Amaris himself in November of 2779. Always in or near the forefront of battle during the final campaign for North America, the Light Horse performed as a skirmishing and flanking unit on the corps level and witnessed the retaking of the Court of the Star League, although it did not directly participate. Stephan Amaris died two weeks later by firing squad. Kerensky himself gave the order to shoot.

### Exodus

Ten years of war had come and gone, and with it, most of the Regular Army as well. A staggering 75% loss average crippled the SLDF, ensuring that when the High Council finally dissolved and all-out war erupted between the Great Houses, Kerensky's remaining forces would not be able to stop it. Rather than be swayed to the side of one of the soon-to-be-warring Houses, the aging General prepared his force to leave the Inner Sphere altogether.

While the Council Lords vied for control of the Star League, the Eridani Light Horse returned to the Rasalhague Military District and strove to remain impartial. They waited patiently for General Kerensky to call them into action to restore order to the Star League.

When the call came, however, it summoned them to join the remaining loyal Star League forces and leave the Interior forever. The Eridani could not bring themselves to leave their homeworlds of Rasalhague --- too many felt they would be abandoning not only their friends and homes, but also the Star League itself. Only a few lances of the 3rd RCT decided to leave the League. The entire 82nd Heavy Cavalry Battalion, once commanded by General Kerensky himself, waited only half an hour before deciding to stay. Colonel Bradley sent a regretful communiqué to General Kerensky, expressing both the Light Horse's undying loyalty to the Star League and General Kerensky, and its desire to remain and uphold the traditions of the Star League Armed Forces.

On November 5, 2784, the Exodus Fleet jumped out from New Samarkand into the yawning Periphery, not to be seen again for nearly three centuries. That day, the members of the 3rd RCT took down the banner of the Star League and lowered the Eridani unit standard to half-mast. The gesture survives to the modern day as one of the unit's many traditions.

### The First Succession War

In the hellfire that erupted after Kerensky's exodus, the Light Horse remained aloof. Minoru Kurita, Coordinator of the Draconis Combine, made numerous offers of employment to Colonel Bradley, who rebuffed the overtures, saying. In his words, the Light Horse had no intention of entering into "the petty politics of five petty rulers", and was only interested in waiting for the return of General Kerensky. Only when Minoru threatened to cancel all trade with the unit did he finally get the attention of the Light Horse commander. Long negotiations between the two sides produced a mutual defense and



nonaggression pact. The Draconis Combine agreed to tolerate the presence of the Eridani Light Horse in Kurita space as long as the unit defended its worlds and made no move against the Combine.

The Light Horse easily handled the few tentative thrusts by the Lyran Commonwealth against its home worlds. On the other side of the Combine, however, the Kuritists suffered a disastrous campaign against the Federated Suns. In the battle for Kentares IV, Minoru Kurita was killed, and his insanely violent son Jinjiro succeeded him. In 2796, Jinjiro avenged his father's death by massacring some 52 million civilians on Kentares IV.

### Evacuation

After hearing of the Kentares Massacre, the commanding officers of the Light Horse began preparing to move. Though everyone from the unit commander down to the most inexperienced warrior hated to leave their worlds, most realized that a confrontation with the psychotic Jinjiro was inevitable.

By June of 2798, most of the Eridani Light Horse had launched and were waiting for the dependents of the 8th Recon Battalion and 50th Heavy Cavalry Battalions to leave the planet Sendai. Furious with the units' desertion, the administrator of Sendai captured and held those families hostage, demanding that the entire unit lay down its weapons and turn itself over to him. When the Light Horse failed to meet the disarm deadline, he ordered his troops to execute the two thousand dependents.

Enraged, the 8th and 50th battalions dropped on the planet. The resulting battle lasted for a week and ended after every political official and Combine BattleMech was hunted down and slaughtered. Forces from neighboring worlds in the Rasalhague Military District appeared insystem, but when informed of the administrator's deeds they soon withdrew. The 8th and 50th returned grim and battered. Although the officers of the two units had acted without orders, Colonel Bradley refused their resignations. Today, the 50th Heavy Cavalry (now nicknamed "The Bloody Half Hundred") and the 8th Recon Battalion are tradition-bound to protect the dependents of the Light Horse.

After leaving Sendai, the Eridani Light Horse crossed the Inner Sphere and entered the Free Worlds League. Marik immediately granted them a place to stay until both sides could work out a mercenary contract. Colonel Bradley pledged his unit to the Free Worlds League in exchange for a secure world for the unit's families, a steady supply source, and a modest fee.

### The Second Succession War

The Eridani Light Horse figured prominently in Marik offensives during the next thirty years, primarily spearheading attacks on Lyran-owned worlds. In 2853 alone, the unit captured Irian and Megrez, and even subdued the Circinus Federation for a time. They also became known for repulsing a Kuritan assault on Danais with a spirited defense. Dieudonne was the target of a major raid in 2860, wherein the ELH inflicted serious casualties on the heavier Lyran 'Mechs and succeeded in damaging the few industries on the planet. Then, aided by a heavy Marik regiment in 2862, the Light Horse took Ilion for the Free Worlds League.

Despite their losses to the Eridani's developing wizardry in the realm of mobile 'Mech tactics, Commonwealth units could not help but respect the unit's insistence on abiding by rules of honorable combat. It became well known that if a unit had to lose a battle, it was best off losing to the Light Horse.

### Dissension in the Ranks

When the Third Succession War erupted in 2866, Colonel Bronson, commander of the Eridani Light Horse, renegotiated a contract with the Free Worlds League. Pleased with the unit's performance, the League Parliament considerably sweetened the Light Horse's original contract, giving them titles and free access to League supply centers.

Some Light Horse soldiers perceived this newfound affluence to be a threat to their tradition as defenders of Star League principles. They felt that Colonel Bronson was selling out, making the Eridani Light Horse no better than any other band of mercenaries. Major Johnson, commander of the 151st Regiment, became the leader of this internal dissent. However, Bronson ignored the dissidents, as he ignored the old Star League traditions.

In 2869, Major Johnson led the 151st out of the Free Worlds League to the Periphery, and the majority of the other two regiments followed him. Left with only his family, a few loyal officers, and a couple of loyal lances, Colonel Bronson moved his force to a small, but resource-rich world just out-side the borders of the League, where he began to recruit Periphery riffraff into a mercenary force.

### Return to Duty

Shunning the mercenary life, the Light Horse gradually deteriorated on its Periphery world as its resources ran low. With nothing to trade, the unit had to resort to farming the poor soil to survive. Then, in 2871, a regiment of bandits raided the Eridani supply center. Although the Light Horse drove off the raiders, the bandits carried away or destroyed most of the unit's supplies.

Light Horse officers conferred for days to figure out how to stave off impending starvation. Finally, they worked out a compromise to hire out their military services to those retaining the honor and integrity of the Star League. At this time, the Light Horse adopted most of its present traditions to remind the soldiers of its principles. After gaining the approval of his men, Colonel Johnson traveled to the Lyran Commonwealth to negotiate a contract. Steiner agreed to all of Johnson's terms, including the control of a planet for the unit's dependents. Unfortunately, Colonel Johnson died while the Light Horse transferred to its base on New Karlsruh. His successor, Jennifer Dirkson, adopted the rank of Brevet General to show both her authority over the three regiments and her willingness to resign if she ever placed mercenary considerations over Eridani tradition.

From 2872 to 2945, the Eridani Light Horse served the Lyran Commonwealth along the Draconis Combine border. Its fame spread quickly throughout the Inner Sphere, and Kuritist units learned to fear the sign of the trotting brown horse.

In 2900, the 151st Light Horse Regiment dropped onto the Kurita-controlled world of Radalah, expecting to find only a battalion of garrison troops. After quickly seizing the cities of Auptsmon, Tiel, and New Freisburg, the 6th and 8th Recon battalions encountered Kurita's elite 3rd Proserpina Hussars Regiment. The Hussars cut off the two recon battalions from the 50th Heavy Cavalry Battalion, which was encamped in New Freisburg, and laid siege to the city. Too weak to assault the Hussar's position, the two recon battalions conducted hit-and-run attacks on the Kuritists, drawing more and more forces against them. Eventually, the sieging force became so depleted that the 50th Heavy Cavalry was able to storm the Hussars, escape New Freisburg, and retreat to Auptsmon, where Eridani Dropships were waiting to lift the regiment offplanet. For its spirited fighting against the heavier regiment, the 151st Regiment earned its nickname of "The Dark Horse Regiment." [20]

### Tamar Gambit

In March of 2915, the ELH's 82nd Heavy Cavalry and 17th Recon Battalions assisted Steiner units in defending Tamar from a concentrated Kurita attack involving fifteen regiments including the elite 2nd Sword of Light. An initial complex psychological ploy seemed to shake up the Steiner troops, leading to the infamous textbook example of how not to assault a position, known as "The Mauling of Richardson's Company". However, the Eridani were not spooked, and stood firm until their employers were able to shake off the spell. Seven months after they landed, the Combine troops were forced back off-planet, leading Archon Tatyana Steiner to concoct a bold new plan for defending the planet.

Guessing correctly that the Kuritans would blame their loss on the Light Horse, Tatyana withdrew the ELH battalions with no attempt to conceal their movement. Sure enough, a second attempt was made to take the planet only to be brushed back by timely reinforcements from nearby worlds. The vaunted mobility of the Eridani, coupled with the relative lack of light Steiner 'Mechs, made the unit a prime reinforcement asset in future attacks. This bait-and-switch tactic continued to be used to great effect long after the ELH left Commonwealth service.

### Treason Most Foul

Things weren't all wine and roses, however. In 2924 the Commonwealth lost Wing to the Free Worlds League despite the presence of the 50th Heavy Cavalry Battalion --- even the elite "Bloody Half-Hundred" could not prevent the Marik Eagle from advancing. This led Marik to initiate more raids, whose success in turn provoked Steiner to commit its forces to retaliatory raids.

One such retaliation went sour, with dire consequences. Having been anticipated, the 12th Lyran Regulars were severely mauled and many of their MechWarriors captured. One of these was Hauptmann Mikhail Tertren, whose twisted personal sense of "business ethics" caused him to offer his services as a turncoat to House Marik. Released along with the other captives from the 12th in an apparently magnanimous New Year's Eve gesture of interHouse goodwill, Tertren went straight to work contacting Marik agents and passing along vital military data.

Archon Marco Steiner took a personal interest as more and more information piled up to indicate a highly-placed spy was compromising military operations. Through a ruse involving multiple raids, Marco was able to narrow down the suspects to Tertren himself. Tertren realized he had been discovered and managed to flee to Marik space, where he was welcomed as a hero and even given command of the 3rd Marik Militia. In 2952 Lyran operatives noted the increased performance of the 3rd Militia and how its commander appeared to know Commonwealth military tactics by heart. The Eridani's 5th Striker Battalion was chosen to find and kill this wizard of warfare.

Utilizing its skill in dropping from orbit at dangerously steep angles, the 5th managed to land near the city where the 3rd Marik Militia's command post was based. In a pitched battle that pulled in more and more reinforcements from nearby Marik 'Mech units, the Light Horse battalion managed to kill Tertren, identifying his body by ripping open the cockpit of his fallen Marauder. The entire Commonwealth High Command breathed a sigh of relief at the news.

Other Marik-border operations included the counterattack to retake Loric from the invading 5th Regulan Hussars and its supporting twelve armor and infantry regiments in 2971. The Eridani's 11th

Eridani Light Horse; Star League Defense Force's 3 RCT

and 17th Recon Battlions, aided by the 12th Star Guards' 2nd Regiment as well as ten line regiments, launched their attack with the two ELH units dropping directly into enemy-held territory to harass and tie up any attempts Marik made to concentrate forces. Meanwhile, the 12th Star Guards assaulted Digger's Pass, trapping the majority of Marik forces in a pocket. After enduring four grueling months of guerilla warfare in mountainous terrain, the Eridani forces managed to force the numerically superior Marik troops from the area and into the open plains where the Lyran conventional units were waiting. The FWL forces retreated offworld shortly thereafter.

Brevet General Dirkson retired in 2926 and was succeeded by Montgomery Wilson, who also took the rank of Brevet General. Every commanding officer of the Eridani Light Horse has since also adopted this rank. Wilson split the unit into battalions, which launched numerous strikes against Kuritist worlds, including Caledonia, Dawn, and Wheel. For two months, the 82nd Heavy Cavalry Battalion occupied St. John, one of the Light Horse's charges during Star League days.

### Vacation on New Karlsruh

Although very successful, the Light Horse's raids severely depleted the battalions. In 2946, the Commonwealth Military granted the entire unit leave to rest and resupply on New Karlsruh. Brevet General Wilson used this time to recruit more mercenaries and to repair his damaged 'Mechs. Both the 3rd and 7th Striker Battalions of the 21st Regiment had to be almost completely rebuilt. While Wilson and two 'Mech companies were visiting mercenary guild halls looking for talent, Colonel Haviarre of the 71st Regiment was in charge of the Light Horse.
In the same year, word of the Eridani Light Horse's activities reached the ears of Commander Russel Bronson, son of the Light Horse commander deserted in 2869 and leader of the mercenary legion Bronson's Horde. Wishing to wreak revenge on the "Mutineers," Bronson broke off his contract with the Federated Suns and traveled to New Karlsruh.

Bronson's attack took the Eridani Light Horse completely by surprise. With only twelve hours to prepare, Colonel Haviarre ordered the 50th Heavy Cavalry and the 8th Recon Battalions to move the Light Horse families to the mountains. The remaining five battalions quickly fanned out to meet the three incoming regiments. Bronson landed his Dropships under an umbrella of aerospace fighters, but soon, the Eridani fighters mustered and reestablished aerospace superiority. The surprise of Bronson's attack became his downfall as the Light Horse fighters destroyed the straggling Dropship reinforcements and wreaked havoc on the heavy 'Mech forces below. Undaunted, Bronson urged his units on, Searching for the Eridani High Command. Although his assault lances pounded the lighter units, the Light Horse's recon battalions soon outmaneuvered the slow 'Mechs. The 12th Armored Infantry Battalion alone felled two lances of 'Mechs. Commander Bronson himself joined the ranks of th!e Dispossessed when his Cyclops fell under a barrage of missiles from several Chippewa AeroSpace Fighters. Miraculously unscathed, he led his remaining forces offplanet, vowing revenge. Though it took substantial damage, the Eridani Light Horse gained enormous plunder from Bronson's Horde. By 2949, the unit was fighting for Steiner against the Free Worlds League. The worlds of Oliver, Thera, Alula Australis, and Corcrya all felt the sting of the Light Horse. Eridani battalions raided several military bases deep within the League, including Nathan, Procyon, and Feng Pau. In 2955, Brevet General Kerston succeeded Brevet General Wilson.

### Defense of Hesperus II

In 2998, House Steiner planned a planetary assault against Kalidassa, a Marik-controlled world with some functioning 'Mech production facilities. Three of the five Steiner regiments on Hesperus II formed the core of the assault group, and the Light Horse's 21st Striker Regiment and 50th and 82nd Heavy Cavalry Battalions replaced them in the garrison. When the Marik forces on Kalidassa recognized their attackers, they informed the High Command that Hesperus II was without its crack defenders. As a result, Marik decided to send a reconnaissance force to determine Commonwealth strength on the planet. League Dropships descended on Hesperus II, deposited nine recon companies at various locations and withdrew. The garrison commander on Hesperus II ordered the 21st Regiment to leave the easily defensible city of Tallowrand to ferret out the enemy scouts; a task better suited to a recon unit. Too slow to deploy efficiently, the striker regiment took heav!y damage from the Marik scouts, which withdrew before the heavy 'Mechs could engage them.

Within weeks, Marik landed four regiments to strengthen his position on the planet. Again the garrison commander ordered the Light Horse units to engage the enemy. However, the Eridani regimental commander disobeyed his orders to march to Marik's landing zone, and stationed his artillery along the mountain passes to Hesperus II's industrial center, where he knew the invaders would be heading. The Light Horse force allowed two reconnaissance companies to cross the mountain range unmolested, and then the bulk of the army, three regiments strong, attempted to pass. Long Tom cannons shelled the force and the area, sealing the pass and splitting the army in two. With no room to maneuver, the League units were sitting ducks for the Eridani 'Mechs and tanks. Timely assistance from Steiner 'Mechs enabled the Light Horse to overwhelm half of the invading force, and the remaining enemy units retreated offplanet.

### Contract with Davion

The Eridani Light Horse was also successful in the Twelfth Battle for Hesperus II, albeit narrowly so.

Eridani Light Horse; Star League Defense Force's 3 RCT

Kuritan regiments quickly outmanuevered the Steiner defenders, leaving it to the Light Horse's 1st Support Company to hold open a spaceport so that House regiments could land to reinforce the defense.

Light Horse commanders were becoming increasingly irritated with working under Steiner military leaders, many of whom showed amazing incompetence. When contract negotiations with Steiner broke down in 2999, Brevet General Kerston went to House Davion for employment. Both sides struck a settlement in 3000, and the Light Horse left New Karlsruh for Derby in the Crucis March.

Lord Davion split the Light Horse into battalions and companies to carry out diversionary raids on both Kurita and Liao worlds. These units' abilities to strike hard and move quickly often convinced planetary garrisons that a full regiment was attacking the planet. As these raids were perilous, the Light Horse received substantial bonuses. A few of these simulated assaults became real invasions when Eridani forces realized that they could actually conquer the planet themselves.

When Brevet General Kerston stepped down in 3023, Brevet General Armstrong assumed command. One of his first duties was to organize the defense of the planet Hoff, location of the Meistmorn Academy, to repulse a Kurita Attack. Although Wolf's Dragoons, under contract to Kurita, pounded Eridani units in a furious onslaught, the Light Horse played cat-and-mouse with the mercenaries, keeping them off-balance until Davion Reinforcements arrived to flush the Dragoons offplanet. Eridani losses were heavy, and Davion, pleased with the unit's performance, granted the Light Horse time to rebuild its forces.

The Light Horse soldiers spent their vacation on Derby and at the Federated Suns' New Avalon Institute of Science. At the NAIS, they taught combat skills and Star League and Successor State history, while participating in technological research. In 3025, the Eridani Light Horse resumed fighting under the Davion banner against the Draconis Combine.

During this time, Hanse Davion had been watching how the Light Horse operated with keen interest, and began to adapt the idea of the Regimental Combat Team to the Federated Suns military. Unable to muster enough 'Mech regiments to copy the ELH system, he hit upon the idea of substituting well-balanced and highly-trained conventional forces instead. These new military formations tested out well during wargames, and the man known throughout the Inner Sphere as "The Fox" began to consider how to best put this new military option to use...

### The Fourth Succession War

On August 20, 3028, Prince Hanse Davion stood before the leaders of the other Houses and other mighty personages gathered on Terra for his wedding and toasted his bride with the fateful words:

*"I give you the Capellan Confederation."*

Operation Rat signaled the opening of hostilities between the newly-born Federated Commonwealth and the Capellan Confederation. The Eridani Light Horse, for its part, staged its 151st Light Horse Regiment ("White Horse") from Demeter to support the 3rd Davion Guards Regimental Combat Team in an assault on Algol. The defenders of Algol were the First Ariana Fusiliers, a unit renowned both for its spirit and bad luck.

The luck of the Fusiliers did not change. First to hit the ground was the White Horse Regiment, a few kilometers west of a key spaceport. The 2nd Battalion of the Fusiliers was caught by surprise and out of position a full ten klicks further west. The 151st then marched on the spaceport, leaving armor units behind in concealed positions along the way.

When the Fusiliers charged, hoping to catch the 151st from behind, they ran headlong into the tanks, which slowed them up conducting a fighting withdrawal towards the spaceport. As the Fusiliers became engaged, the 151st's 'Mechs swept around in a swift circling manuever to strike the Fusiliers in the rear just as they finally fought through to the deserted spaceport tarmac. Five hours later, the personnel of the White Horse were sifting through the wreckage of the 2nd Battalion for salvage.

Meanwhile, the 3rd Davion Guards had close-assaulted the 1st Battalion of the Fusiliers, commanded by Major Tormana Liao of the ruling Capellan family. Despite eliminating the 1st Battalion entirely as a fighting unit, Liao had managed to disappear.

The Fusiliers' 3rd Battalion retreated offplanet after hearing of the fates of its sister formations. Having secured the planet, more Davion forces moved up, including the 71st Light Horse and 21st Striker Regiments of the ELH.

Kawich became the new target for the Light Horse as Operation Rat entered its fourth phase. On January 12, 3029, a patchwork demi-regiment made up of previously-shattered Liao units was tasked with destroying a series of warehouses thought to be largely unguarded. One of these elements, a battalion from the Warrior House Hiritsu, were surprised by armor and infantry elements of the 21st Striker Regiment enroute to their target. The conventional troops skillfully sprang ambush after ambush in a fighting retreat similar to that conducted by the 151st Light Horse on Algol. Having

sortened up the enemy. Colonel Winston then ordered the Mechs of the 21st Striker into action. Using the hills surrounding the road to the warehouses, three battalions encircled and destroyed the entire Hiritsu battalion. Colonel Winston, however, collapsed while in battle and later died at the regimental field hospital. He was the only Eridani casualty.

Elsewhere, the 1st Davion Guards and 3rd Crucis Lancers RCTs made short work of the remaining Capellan resistance on Kawich.

For the remainder of the Fourth Succession War, the Eridani Light Horse served in a reserve role and did not engage any further opponents. From 3029 to 3039, the Light Horse was posted to the Kurita/Davion border, and was employed in the War of 3039 to support uprisings on McComb and Royal. The success of these two operations provided some small consolation for the overall failure of the general war effort. After 3039, the Eridani were posted to the captured Liao planets of Saiph, Tall Trees and Menkalinan, where they remained in a garrison role until 3050. During this time, Colonel Adriana Winston took command.

**The Clan Invasion**

When Clans Jade Falcon, Ghost Bear, Smoke Jaguar and Wolf attacked the Inner Sphere in 3050, the effect was complete surprise. Disorganized, strategically outflanked and unsure of the trustworthiness of their neighbors, the initial reaction of the Houses assaulted was to send reserves to the front line in hopes of shoring up resistance. Yet many key units were left on the Marik, Liao and Davion borders to guard against the possibility of an opportunistic attack.

The Light Horse, which had been taking advantage of the long, sullen peace to refit its units with the best equipment it could afford, was retained on the Liao/Marik border as the mainstay reserve. It was not until late 3050, when relations between the Inner Sphere realms became cordial enough to allow a further transfer of forces to the Clan lines, that the ELH was pushed forward towards the fray. At first, the unit was employed in a reserve mode on Sudeten, but as Clan lines began to expand it was felt that opportunities were available to conduct strategic raiding in order to disrupt Jade Falcon advances. As a result, the ELH was broken down to battalions and spread along the Falcon/Steiner border to conduct free-range raiding.

The Eridani were fortunate in that their delay in moving to the front lines resulted in critical information already having been obtained through hard experience by other units. ELH officers had already been religiously devouring data on Clan tactics, capability and psychology for the past year, and were anxious to test their brand of elite raiding skills against such an unorthodox foe.

Throughout 3051, while the leadership of the Clans delayed resumption of their advance in order to select a replacement for deceased ilKhan Leo Showers, the Light Horse struck up and down the Falcon lines, executing missions both daring and calculated to the nth degree. A favorite tactic was to draw off a small unit into a pursuit, call their commander up on the radio, and inform him or her in the most stentorian tones that they were in violation of various Star League laws and should consider themselves under arrest as prisoners of the Star League Defense Forces. More often than not, this would cause the Clan commander to enter into a righteous froth and spur his pursuit --- right into a prepared ambush. Well over two dozen Falcon Stars were accounted for in this fashion before higher levels of Falcon command were able to rein in their headstrong troops.

However, since the Clans primarily relied on transports escorted by WarShips to bring the bulk of their war materiel to the front lines, and did not depend to any large extent on the resources of the worlds they occupied, the Eridani determined that the only way to disrupt the actual supply lines would require storming the Clan-held warehouses on each occupied world in force --- and that meant a direct assault against a large, technologically superior force prepared to defend itself in urban terrain. The Eridani, with its predominantly light and medium 'Mechs, could not hope to achieve such a feat. By May the focus shifted away from supply raiding and over to intelligence gathering coupled with ongoing small-unit ambushes. Eridani reconnaisance was instrumental in fleshing out military data on Falcon OmniMechs, styles of manuever and unit position updates.

Towards the end of 3051, the ELH was ordered to reconcentrate all three regiments on Orkney to provide a strategic garrison and give the unit a rest. Fresh armor and infantry support regiments, some recently trained in anti-Clan warfare, were expected to arrive within a month to bolster the Eridani presence.

**Orkney**

Luck ran out for the Light Horse on November 17, 3051, when JumpShips carrying the First Falcon Striker Cluster and the Steel Vipers' 104th Assault Cluster arrived insystem within hours of each other. The Falcons had already declared their batchall, Star Colonel Rard Hoyt committing his entire force with the stated intent of eradicating the Eridani to the last man. In his view, and that of his entire command staff, the 3rd Regimental Combat Team of the Star League Defense Forces had lost any right to call themselves that when they refused to follow Aleksandr Kerensky on his Exodus. Brevet General Adriana Winston replied curtly on behalf of the ELH that her organization continued to take pride in obeying the Star League laws, military codes, and proper uniforms so beloved of

Kerensky in his day --- none of which was being displayed by any Clan forces.

As the Falcons burned their way insystem under maximum thrust, trading accusations of treason against the Star League with Wilson --- who seemed to find the whole thing as amusing as it was serious --- the Steel Vipers showed up. Their commander, Star Colonel Fen Zalman, immediately protested, demanding a Trial of Possession for Orkney. Hoyt snapped back that the batchall had already taken place and that he had committed his entire force.

Zalman smiled, nodded, and stated that he was bidding his entire force for the Trial of Possession batchall. And since this just happened to be the same bid already made against the Light Horse, was it not reasonable for both parties to attack the mercenaries, and finish with each other when that little chore was complete? That way, whoever acquitted themselves best in the initial battle would be better prepared for the second, quiaff? Hoyt grudgingly accepted the offer and slowed his unit's advance to allow Zalman to catch up.

Faced with 140 OmniMechs, half of which were Heavy or Assault class, plus 60 supporting AeroSpace fighters, General Winston would normally have taken to the hills and staged guerilla warfare on a grand scale until the promised reinforcements arrived.

Unfortunately, this was not possible. Orkney's single starport was situated on a low causeway which jutted into the ocean for a kilometer before surging up into a solid basalt extrusion which made it highly stable --- perfect for a starport.

Unless, of course, you had the poor luck to be at the starport when hurricane season came rolling in, which on Orkney was never entirely predictable to begin with. During these periods, storm surge kept the causeway flooded nearly a hundred feet deep. Strong riptides were capable of dragging a 'Mech off the causeway and down to unsurvivable depths. Only during low tide and the odd calm moment was it possible to dash a small unit at a time across that dangerous stretch.

The Light Horse had, on arrival, followed its standard operating procedures and pushed out a defensive perimeter of two regiments away from the starport while holding the third in reserve. Having been reassured by the AFFS liaison officer that hurricane season wasn't for three more months yet, the Eridani now found themselves divided, with the 71st Light Horse and 21st Striker Regiments trapped on the far side of the causeway. DropShip operations were not an option until the storm passed.

The 71st and 21st fell to digging entrenched positions with a will. If they fled into the interior, the Clans would be able to swarm the starport and overrun the 151st Light Horse Regiment --- and the RCT's DropShips --- given any break in the storm. Working in mud and slashing rain, every 'Mech and free hand was soon covered in thick mud. It was slow going until, in a daring move, a dozen civilian hovertrucks darted through the crashing waves to deliver dedicated engineering equipment. As it was, the last embankments were completed just as the Clan DropShips hit Orkney's upper atmosphere. Hoyt and Zelman landed outside the range of the storm, some fifty kilometers to the north of the entrenched Eridani positions. The high winds made a closer landing impossible, and also prevented the use of fighters. Nonetheless, the two clusters formed side by side and marched directly towards the waiting Light Horse regiments.

The ensuing battle lasted six hours. Despite a tenacious and bitter defense, the Eridani 'Mechs were outmassed and unable to outmanuever their opponents. Long Tom and Sniper artillery based at the starport laid down a wall of fire in the path of the OmniMechs, destroying or crippling several, but still the mass of walking death kept on its relentless approach. Light 'Mechs kept down in their trenches until an OmniMech got to point-blank range, and then would stand and concentrate fire in a desperate attempt to destroy the enemy before being destroyed themselves. Medium 'Mechs tried to support their smaller brethren, waiting for them to pick a target and then joining in from somewhat longer range. Tanks took whatever shot they could get, scurrying behind mud and 'Mech alike for cover. And then a miracle: the storm's rage seemed to abate somewhat. A backwash tidal surge cleared the beach, and the 151st, waiting for such an opportunity, charged across the causeway to fall like a wave upon the Clansmen, firing and kicking and punching like crazed barroom brawlers to save their sister regiments. Several Wasps ganged up on a Fire Moth at one point, bodily heaving it off a cliff into the ocean below. Unable to maintain their drive, the Clan OmniMechs fell back to regroup.

As if on cue, the sun broke through a bank of clouds, signaling the end to the imprisoning storm.

Brevet General Winston called Star Colonel Zalman and announced her intention to withdraw from Orkney, if she would be allowed to collect and care for the wounded first. Hoyt broke into the conversation and protested vehemently, but Zalman politely accepted Winston's offer. After all, he was there to fight the Falcons, and it made no sense to waste his forces on a retreating enemy. Without Zalman's support, Hoyt could not afford to attack the Eridani and risk further losses which the Vipers could exploit later. He chose to steam in silence for a while and lick his wounds.

Casualties had been heavy on both sides, although the Light Horse took the brunt of the punishment. Most of the damage was material, however, and could be replaced --- as though their luck had changed for the better, most of the pilots and armor crew were wounded rather than dead. The 21st

Striker Regiment had lost half its Mechs and vehicles; the 71st Light Horse Regiment had been virtually annihilated in those terms.

But 60% of personnel were alive and would pull through with reasonable medical treatment. The Light Horse would need time to rebuild and refit, but they would come back as strong as ever.

And then Hoyt's OmniMechs surged in again, firing on everything in sight --- tanks, Mechs, medical tents. AeroSpace fighters streaked above, dropping bombs seemingly at random. A MASH truck exploded in a ball of flame, its patients incinerated in an instant.

Almost at the same time, Zalman's fighters screamed in over the horizon, peeling off in twos and threes to attack the attackers. Medical techs tried valiantly to move their charges out of harm's way, only to be vaporized by a particle projection bolt or laser. Clan OmniMechs marked with metallic snakes attacked Hoyt from behind, forcing him to turn most of his energy on his fellow Clansman. But the damage had been done; the field hospitals were a charnel house. A lone jeep moved raggedly across the blasted landscape, the last Eridani vehicle on this side of the causeway. Nothing else stirred save by the last storm-ridden gusts of wind.

Within the hour the Eridani Light Horse lifted off of Orkney. Never in their long history had they endured such losses, and never so senselessly. The entire 71st Light Horse was gone with the exception of Sergeant Roy Calbeck, commander of a Pegasus scout tank platoon.

Calbeck's platoon had been one of the few left on the beachhead when the attack came, and had tried to save a hospital area with a mobile defense. Despite destroying three light Falcon OmniMechs, the small group of tanks had been unable to stop or even slow down the onslaught. Upon arrival at Tomans Calbeck was given an honorary promotion to Major in the 71st, pending a new assignment, and granted indefinite leave to sort himself out. He was last seen entering a bar near the starport. The 151st Light Horse endured minimal losses, but the 21st Striker lost the 1st Armored Infantry and 3rd Striker Battalions, knocking it down to half strength. The entire unit went into mourning and was rotated to Zurich, near the Marik border, to recuperate.

### Bloodright

The Light Horse had not yet seen the last of Clan treachery, however. In late 3053, several Steel Viper and Nova Cat MechWarriors went on a murder rampage through the Inner Sphere, seeking out members of the Hallis family in order to exterminate their bloodline in an act of pure selective genocide. Apparently a distant ancestor of the Hallises had, centuries ago, joined in a rebellion against Clan authority. Once the rebellion was put down, Nicholas Kerensky --- the founder of the Clan social system --- had declared that anyone who could prove they had completely destroyed the genetic legacy of anyone related to the rebels would be granted a Bloodname.
It was this prize that had led the Vipers and Cats to claim a Trial of Bloodright against the Hallis family, to turn from skilled soldiers into bloodthirsty assassins in quest of a surname.

Of three known people with a known genotype matching the long-dead Wolverine Clansman, one was a member of the Eridani Light Horse: Lieutenant Andrew Hallis. When his sister Kristin and brother Leonard were killed, with clear evidence identifying the murderers, Andrew went to his commanding officer and a trap was laid.

Although the attack was foiled by the slimmest of margins, the surviving Clansmen managed to escape offworld and evade two pursuit lances of AeroSpace fighters, complaining loudly over the radio about "Inner Sphere barbarism" all the way back to their JumpShip. The commanders of the 8th Recon and 50th Heavy Cavalry Battalions, in their traditional duties as protectors of Eridani dependents and their families, have sworn that they will leave no survivors of any future engagement with Clans Steel Viper or Nova Cat.

### Truce Period

In 3054, having refitted and reorganized its surviving units, the ELH was posted to Kikuyu and Mogyorod, the extreme left flank of the Inner Sphere line. As though apologetic for their previous actions on Orkney and Zurich, neither Clan Jade Falcon nor Clan Steel Viper made any moves against either of these otherwise inviting target worlds. The ELH, for its part, was content to rest and make the occasional raid, saving its resources with an eye towards returning the 21st Striker to full strength, possibly followed by a reactivation of the 71st. Light Horse leaders began to talk in earnest about something called "Project Aegis" and whether or not it should be activated.

### Rebirth of the Star League

On October 3, 3058, the leaders of every Inner Sphere power assembled on the world of Tharkad to formally discuss how best to carry the war to the Clans. During that meeting, Precentor Martial Anastasius Focht proposed that the leaders form a united front to face the Clans by creating a unified political body and a coalition military force.
The assembled leaders agreed and took the historic step of drafting a new Star League Constitution. Sun-Tzu Liao, Chancellor of the Capellan Confederation, was appointed to the ceremonial post of

First Lord. The Star League Defense Forces were reinstituted, incorporating military organizations from throughout the Inner Sphere. The Eridani Light Horse naturally became a core element of this new fighting force.

### Task Force Serpent

The new SLDF was tasked with "Operation Bulldog", a grand strategy which targeted the elimination of Clan Smoke Jaguar. It was felt that such a blow would force the other Clans to consider the possibility that they might likewise be eradicated as a fighting force if they continued to attack the Inner Sphere. Most of Bulldog's operations were split into several waves aimed at retaking captured worlds belonging to the Draconis Combine.
To finish off the Jaguars entirely, however, their homeworld of Huntress had to be captured and held. This daunting task was assigned to Task Force Serpent, ten elite regiments whose core was formed by the Eridani Light Horse. Proud to once again be defenders of the Star League, the Horsemen set to their task with a will.

It was late 3060. The Jaguar garrison commander for Huntress, Russou Howell, had two Provisional Galaxies at his disposal as a direct attack on their home was the last thing the Jaguars could conceive of. Yet he did not flinch from battle when TF Serpent arrived in system. In harrowing clashes across the planet, both sides wreaked enormous damage upon another.
Howell, pressed for reinforcements, unleashed a deadly new war machine called ProtoMechs. These miniature 'Mechs were piloted by washed-out aerospace pilots using new enhanced imaging systems. The EI system, coupled with improved armor and weaponry, allowed the ProtoMech pilots to wreak considerable damage on the Serpent forces before they were destroyed. Nonetheless, after several days of almost non-stop combat, TF Serpent finally crushed the last of the Jaguar garrison forces.

Task Force Serpent's respite from battle was swept away when the remnants of the Smoke Jaguar Inner Sphere forces returned to Huntress for repairs and refitting. Shocked at finding their homeworld in the hands of Inner Sphere troops, the Jaguars launched a brutal counterattack led by Galaxy Commander Hang Mehta. With two Galaxies of troops, the Jaguars hammered mercilessly against the elite but battered Serpent troops. Several days into the battle, ilKhan Lincoln Osis and his bodyguard unit arrived on Huntress to coordinate the counterattack. Both sides sustained losses in excess of sixty percent, with many pilots dead and hundreds of mechs lain strewn across the battlefields.

The Jaguars launched one final counterattack with their remaining forces. The battle was almost lost for the Inner Sphere if not for the skill and valor of the Eridani Light Horse. The ELH troops held the line, but at a tremendous cost: their leader, General Ariana Winston, was killed in! the final moments of the battle. Winston's death marked the turning point for the campaign. Prince Victor Steiner-Davion, leading another task group to Huntress, arrived in-system just before the final battle began. The fresh troops he led quickly hunted down and eliminated all Jaguar resistance within a few days.
Unfortunately for the Inner Sphere, ilKhan Lincoln Osis was able to escape with a handful of warriors to Strana Mechty.

Nearly 60% of the Light Horse was destroyed in the fighting on Huntress, counting General Winston among the slain; yet were victorious in destroying the Jaguars as a Clan. Today the Eridani are rebuilding and preparing to battle any Clan that might choose to cross the truce line, and to defend all that they are tasked for as part of the Star League Army.

### Unit Description

"The Eridani Light Horse is dedicated to preserving the ways, traditions, and honor of the Star League Armed Forces. Our lives hold no higher purpose than to remind the Inner Sphere of the power and the glory that once unified us all. Fate willing, we may again enjoy such benevolence."
--- General Armstrong, ELH Combat Training School
Commencement Ceremonies of 3024

### Contract Requirements

The Eridani Light Horse's main weakness is its inadequate number of Techs. Therefore, Light Horse leaders always insist that the employer furnish the unit with support personnel to repair and maintain its 'Mechs. Also, they demand the right to negotiate supply contracts with local commerce companies. This allows them to bypass their employer's military bureaucracy, which might neglect the needs of mercenaries in favor of house units.

Like many other mercenary units, the Light Horse requests a place to settle its dependents. This is a vital contract point, as these mercenaries firmly believe in keeping a sense of community. They also refuse to commit any act that would violate the near-forgotten Ares Conventions. Thus, they will never attack civilians, inflict undue harm on innocent peoples, or execute prisoners.

Perhaps their most unusual contract point is that the employer must allow Eridani support personnel into his research facilities. Although this has irritated some employers, it does ensure that Light Horse Mechs will be in the best possible shape to fight for their employer. Only the wily Hanse Davion had

the audacity to turn this contract point around. When the Eridani signed on with the Federated Suns in 3000, he demanded that if he was to permit mercenaries into his New Avalon Institute of Science, then the best of them must teach there. With a laugh, General Armstrong accepted this condition.

### Typical Mission Work

Though the Eridani Light Horse is adept at fighting large battles, they are wizards when it comes to raiding. Their quick strikes have spawned many imitators. What distinguishes the Light Horse from all others is the skill and coordination of each Eridani soldier. From the time of planetfall a typical objective mission lasts approximately four hours, and roughly follows this sequence.
AeroSpace fighters attack enemy aerodromes, while Recon lances drop onto the planet.
Recon lances gather data and strike at comm centers, crippling the enemy's ability to respond.
AeroSpace fighters establish aerospace superiority before Command and Strike lances drop.

### Units strike at objective(s).

DropShips transport support units (artillery, tanks, infantry) to prearranged recall points.
DropShips lift off to stand by in near-orbit.
Lances break off attacks after allotted time has elapsed, and head for recall points.
Departing lances strike at any military target that presents itself enroute.
Support units cover returning lances. Dropships land, take aboard all personnel, and then lift off.

### Unit Traditions

The most tradition-bound mercenary unit in the Inner Sphere, the Eridani Light Horse has many memorials and rituals that serve as a constant reminder of its illustrious history and rigid honor. Some outsiders have commented that Eridani observances seem almost religious.

For example, the 50th Heavy Cavalry and 8th Recon Battalion are sworn to protect all the civilian members of the Eridani Light Horse in memory of their families' executions on Sendai. Whether escorting civilian transports or garrisoning their settlement, only the 50th and 8th Battalion members are involved in the safety of Eridani dependents.

Wherever they are encamped, all military units in the Successor States set up two flagpoles: one for their unit banner and one for their employer or House leader. Unlike other units, however, the Light Horse has never flown the flag of its employer. One flagpole remains bare, while the banner of the Light Horse flies at perpetual half-mast. Originally, the Eridani standard was just a prancing horse upon a sun-yellow disc. The black border was added as a symbol of mourning for the exodus of General Kerensky.

The Light Horse remembers the loss of the 19th Striker Regiment on Amity through some curious traditions. Whenever the three regimental commanders meet with the Eridani commander, a place is set at the conference table for the commander of the 19th. In addition, during social functions, the host always says a prayer for the members of the lost regiment. Retiring soldiers who serve the the Light Horse with distinction become official members of the 19th Striker. They receive lapel pins with the 19th's symbol, a rearing bronco, in honor of their services and devotion to the Eridani Light Horse. Every Light Horse member celebrates the anniversaries of great victories and special birthdays, and mourns the anniversary of lost battles and tragic deaths. Of all the days of mourning, the most solemn occurs on the date of General Kerensky's Exodus. All nonessential functions are shut down as everyone gathers in the central park. There an honor guard unfurls an ancient Star League standard and runs it up the usually bare flag pole. The base commander then reads Colonel Bradley's communiqué informing General Kerensky of the 3rd Regimental Combat Team's decision to stay. As the honor guard lowers the Star League standard, the military band plays the Star League anthem softly and slowly. With the return of the Clans and the knowledge that they are all that remains of Kerensky's noble Exodus, this day has become almost painfully poingnant to many Light Horse members.

### Eridani Crests

Each 'Mech in the Eridani Light Horse wears the prancing brown horse on the front of it's chest. On the right shoulder is a regimental patch, either the blue moon of the 21st, the black horse of the 151st, or the white horse of the 71st. Beneath it is the battalion symbol, like the 50th Heavy Cav's large, blood-red "50" or the 17th Recon Battalion's Screaming Eagle head. The company mumbers or patch is located below the battalion symbol.

Some unusual unit patches are the plague-infested rat for the 3rd Striker Battalion, the bloody knife of the 3rd Recon Company, the unicorn patch of the 11th Recon Company, and the rather risque anatomical patch of the 1st Support Company. All personnel wear their Eridani, regimental, battalion, and company patches, and some even have lance or platoon symbols.

There is also a rumor that shortly after the Battle of Orkney, the sole survivor of the 71st Light Horse Regiment --- a member of the 11th Recon Company --- mysteriously disappeared into thin air while attempting to drink himself to death. Further amusing stories suggest that this lone trooper has

Eridani Light Horse; Star League Defense Force's 3 RCT

returned to serve as a high-ranking Eridani officer, having physically transformed into an anthropomorphic unicorn similar to that which appears on the 11th Recon patch. Intelligence operatives are reminded that fanciful tales, while entertaining, have no place in a military datapak.

spacer

## Writing Credits:

Scott Malcomson

spacer
© 2001 WizKids, LLC. BattleTech is a registered trademark of WizKids, LLC. All Rights Reserved. Original contents of ClassicBattleTech.com copyright © 2001 Fantasy Productions LLC. Maintained by Warner Doles.

June 10, 2002



Exhibit B-3

## Home
## What is Classic BattleTech?
## What's New
## BattleTech Products
## BattleTech Archives
## BattleTech Errata
## PDF Files
## Message Board
## The Inner Sphere
## The Clans
## The Periphery
## BattleTech Links
## Terms of Use
Copyright/ Disclaimer
Webpage Legal Text
## Credits
## Contact Information





# Terms and Conditions of Use

spacer
## Terms of Service and Conditions of Use

Please read these terms of service and conditions of use carefully before using this website. By using this website, you signify your consent to these terms of use in addition to any other law or regulation that applies to the website, the Internet, and/or the World Wide Web If you do not agree to these terms of service and conditions of use please do not use the website. We reserve the right, at our discretion, to change, modify, add, or remove portions of these terms at any time. Please check these terms periodically for changes. Your continued use of the WizKids LLC website following the posting of changes to these terms (including the WizKids LLC website Security and Privacy Policy and house rules will mean you accept those changes. IF YOU DO NOT AGREE TO THE TERMS OF SERVICE AND CONDITIONS OF USE STATED HEREIN, PLEASE IMMEDIATELY LEAVE THIS WEBSITE.

### Copyright and Ownership

This website is owned and operated by WizKids LLC and its affiliates. All of the content featured or displayed on this website, including, but not limited to, text, graphics, photographs, images, moving images, sound, illustrations and software ("Content"), is owned by WizKids LLC, its licensors and/or its content providers. All elements of WizKids LLC's websites, including, but not limited to, the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. Except as explicitly permitted under this or another agreement with WizKids LLC or one of its subsidiaries, no portion or element of this website or its Content may be copied or retransmitted via any means and this website, its Content and all related rights shall remain the exclusive property of WizKids LLC or its licensors unless otherwise expressly agreed.

### Restrictions on Use of Materials

Except as may be otherwise indicated in specific documents within the website, you are authorized to view, play, print and download documents, audio and video found on our website for personal, informational, and noncommerical purposes only. You may not modify any of the materials and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on the website. For purposes of these terms, the use of any such material on any other website or networked computer environment is prohibited. You will not remove any copyright, trademark or other proprietary notices from material found on this website.

In the event you download software from the site, the software, including any files, images incorporated in or generated by the software, and data accompanying the software (collectively, the "software") are licensed to you by WizKids LLC. WizKids LLC does not transfer title to the software to you. You own the medium on which the software is recorded, but WizKids LLC retains full and complete title to the software, and all intellectual property rights therein. You may not redistribute, sell, decompile, reverse engineer, disassemble, or otherwise reduce the software to a human-readable form.

### Corporate Identification, Site Content & Trademarks

All trademarks, service marks and trade names of WizKids LLC used herein (including but not limited to: the WizKids LLC/Mage Knight name, the WizKids LLC/Mage Knight corporate logo, the WizKids LLC/Mage Knight Design, and the logo) are trademarks or registered trademarks of WizKids LLC or its affiliates. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify WizKids LLC

**Terms and Conditions of Use**

trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without WizKids LLC's prior written consent. The use of WizKids LLC trademarks on any other website or network computer environment is not allowed. You may not use the WizKids LLC trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

## Links to Third Parties

This website contains hyperlinks to other websites controlled by third parties. These links are provided solely as a convenience to you and do not imply endorsement by WizKids LLC of, or any affiliation with, or endorsement by, the owner of the linked site. WizKids LLC is not responsible for the contents or use of any linked site, or any consequence of making the link.

## Fees

For all charges for any products and services sold on the website, WizKids LLC will bill your credit card. In the event legal action is necessary to collect on balances due, you agree to reimburse WizKids LLC for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

## Submissions

WizKids LLC is pleased to hear from its loyal fans and welcomes your comments regarding WizKids LLC products, including WizKids LLC's online services. Unfortunately, however, WizKids LLC's long-standing policy does not allow it to accept or consider creative ideas, suggestions, or materials other than those it has specifically requested. We hope you will understand that it is the intent of this policy to avoid the possibility of future misunderstandings when projects developed by WizKids LLC might seem to others to be similar to their own creative work. Accordingly, we must, regretfully, ask that you do not send us any original creative materials without prior permission. While we do value your feedback on our services and products, we request that you be specific in your comments on those services and products, and not submit any creative ideas, suggestions, or materials.

If at our request you send certain specific submissions (e.g., postings to chat, boards, or contests) or, despite our request that you not send us any other creative materials, you send us creative suggestions, ideas, notes, drawings, concepts, or other information (collectively, the "submissions"), the submissions shall be deemed, and shall remain, the property of WizKids LLC. None of the submissions shall be subject to any obligation of confidence on the part of WizKids LLC, and WizKids LLC shall not be liable for any use or disclosure of any submissions. Without limitation of the foregoing, WizKids LLC shall exclusively own all now known or hereafter existing rights to the submissions of every kind and nature throughout the universe and shall be entitled to unrestricted use of the submissions for any purpose whatsoever, commercial or otherwise, without compensation to the provider of the submissions.

## Forums and Public Communication

"Forum" means a chat area, bulletin board, or e-mail function offered as part of the WizKids LLC online presence. You shall not upload to, distribute through, or otherwise publish through an WizKids LLC website any content which is libelous, defamatory, obscene, pornographic, threatening, invasive of privacy or publicity rights, abusive, illegal, or otherwise objectionable that would constitute or encourage a criminal offense, violate the rights of any party, or that would otherwise give rise to liability or violate any law.

The forums shall be used only in a non-commercial manner. You shall not, without our express written approval, distribute or otherwise publish any material containing any solicitation of funds, promotion, advertising, or solicitation for goods or services. You specifically acknowledge that soliciting other guests to join or become members of any commercial online service or other organization is expressly prohibited. You must also follow the house rules whenever you are using any WizKids LLC website.

It is our policy to respect the privacy of all guests. Therefore, in addition to the privacy

Terms and Conditions of Use

of registration data (see our Security and Privacy Policy), we will not monitor, edit, or disclose the contents of a guest's e-mail unless required in the course of normal maintenance of the WizKids LLC website and its systems or unless required to do so by law or in the good-faith belief that such action is necessary to: (1) comply with the law or comply with legal process served on WizKids LLC; (2) protect and defend the rights or property of WizKids LLC; or (3) act in an emergency to protect the personal safety of our guests or the public. Guests shall remain solely responsible for the content of their messages.

By uploading materials to any forum or submitting any materials to us, you automatically grant (or warrant that the owner of such materials has expressly granted) us a perpetual, royalty-free, irrevocable, non-exclusive right and license to use, reproduce, modify, adapt, publish, translate, create derivative works from and distribute such materials or incorporate such materials into any form, medium, or technology now known or later developed throughout the universe. In addition, you warrant that all so-called "moral rights" in those materials have been waived.

Termination

These terms are effective until terminated by either party. You may terminate these terms at any time by destroying all materials obtained from any and all WizKids LLC website(s) and all related documentation and all copies and installations thereof, whether made under the terms of these terms or otherwise. These terms will terminate immediately without notice from WizKids LLC if in WizKids LLC's sole discretion you fail to comply with any term or provision of these terms. Upon termination, you must destroy all materials obtained from this site and any and all other WizKids LLC site(s) and all copies thereof, whether made under the terms of these terms or otherwise.

## Disclaimer

Your use of and browsing of this website are at your own risk. EXCEPT AS OTHERWISE PROVIDED ABOVE, EVERYTHING ON THIS WEBSITE IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. WIZKIDS LLC MAKES NO WARRANTIES OR REPRESENTATIONS REGARDING THE INFORMATION CONTAINED ON THIS WEBSITE, AND SPECIFICALLY DISCLAIMS ANY WARRANTY AS TO THE SUITABILITY, RELIABILITY, TIMELINESS OR ACCURACY OF THE INFORMATION CONTAINED ON THIS WEBSITE FOR ANY PURPOSE. WIZKIDS LLC DOES NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE MATERIALS WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THIS SITE OR THE SERVER THAT MAKES SUCH MATERIALS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. WIZKIDS LLC DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE MATERIALS IN THIS SITE IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. YOU (AND NOT WIZKIDS LLC) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION. APPLICABLE LAW MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

## Indemnification

You agree to defend, indemnify and hold WizKids LLC and any affiliated WizKids LLC or individual harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to any violation of these terms by you or your authorized users, or in connection with the use of the website or the Internet or the placement or transmission of any message or information on this website by you or your authorized users. Members of any membership area on any WizKids LLC website are entirely responsible for maintaining the confidentiality of their password and account. Members are entirely responsible for any and all activities that occur under their account and agree to indemnify, defend, and hold harmless the providers for any liability or expense arising from such use or misuse. Members agree to immediately notify the providers of any unauthorized use of their account or any other breach of security known to them.

## Limitation of Liability

IN NO EVENT SHALL WIZKIDS LLC OR ANY AFFILIATED WIZKIDS LLC OR INDIVIDUAL BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR PUNITIVE DAMAGES ARISING OUT OF YOUR ACCESS TO, OR USE OF, THIS WEBSITE OR THE CONTENT THEREON, WHETHER IN A CONTRACT ACTION OR BASED ON NEGLIGENCE, OR OTHER TORT ACTION, OR ANY OTHER CLAIM WHATSOEVER, EVEN IF WIZKIDS LLC OR AN WIZKIDS LLC AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. APPLICABLE LAW MAY NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY OR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. IN NO EVENT SHALL WIZKIDS LLC'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR OTHERWISE EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR ACCESSING THIS SITE.

## No Endorsement

You shall not use WizKids LLC' name or any language, pictures or symbols which could, in WizKids LLC' judgment, imply WizKids LLC' endorsement in any (i) written or oral advertising or presentation, or (ii) brochure, newsletter, book, or other written material of whatever nature, without prior written consent.

## Force Majeure

Neither WizKids LLC nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other common carriers.

## Governing Law

This Website is created and controlled by WizKids LLC in the State of Washington, U.S.A. These disclaimers, terms, and conditions of use are governed by the laws of the State of Washington. By using this website, you hereby consent to the exclusive jurisdiction and venue of courts in King County, Washington, U.S.A. in all disputes arising out of or relating to the use of this Website. If any portion of these terms is held to be unenforceable, the unenforceable portion shall be construed in accordance with applicable law to the greatest extent possible to reflect the original intentions of the parties, and the remainder of the provisions shall remain in full force and effect. WizKids LLC' failure to insist upon or enforce strict performance of any provision of these terms shall not be construed as a waiver of any provision or right.

## Additional Terms

Additional terms and conditions may apply to the purchase of product and other uses of this website. By using this website, you agree to such terms and conditions.

## Entire Agreement

These terms and conditions are the entire agreement between the user and WizKids LLC and supersedes any prior understandings or agreements (written or oral).

## Copyright

All text, images, animation, videos, music, sounds, website design, graphics, text selections, arrangements, and all software are Copyright © 2000-2001, WizKids LLC.

spacer
© 2001 WizKids, LLC. BattleTech is a registered trademark of WizKids, LLC. All Rights Reserved. Original contents of ClassicBattleTech.com copyright © 2001 Fantasy Productions LLC. Maintained by Warner Doles.

Aug 2, 2002



Exhibit B-4

Home
Classic BattleTech.
Fan Submission Area
Fan Fiction
Fan Art
Fan Scenarios
Fan Articles
Fan Designs
Fan Painted Minis
Fan Links
Fan Data Base
What's New
BattleTech Products
BattleTech Archives
BattleTech Errata
PDF Files
Message Board
The Inner Sphere
The Clans
The Periphery
BattleTech Links
Terms of Use
Credits
Contact Information

*No Link = No material* (handwritten)



# The Classic BattleTech Fan Area

spacer

This is the Fan Submission Area of ClassicBattleTech.Com. Here you can view the hard work of those fans whom have toiled over their personal writings, art work, and their own designs that they have put their time in them. When this area is open we will take your submissions per the guidelines we have listed below. Please follow them closely or we may have to reject any fan submission if these are not followed.

spacer

## Fan Submission Guidelines:

spacer

### General Guidelines:

spacer

- Please include how you would like to be listed on the web site (i.e. Nickname, real name etc).
- Please place "Submission" in the subject line of your email when submitting
- Please ensure that any submissions have been verified virus free

spacer

### Fiction: (posted the first of each week)

spacer

- Please no swearing, sexual situations or graphic violence. Use the Simpson's TV show for a good rule of thumb.
- Please edit and spell check your stories before submission.
- We are unable to reprint stories that have been published in other formats or on other web sites.
- We currently can only accept fiction for Classic BattleTech.
- We will only put up 5 Stores a week in the order they come in.
- Please submit your fiction in 'Rich Text Format'

spacer

### Fan Art: (posted the first of each week)

spacer

- Please submit your art on Classic BattleTech theme only
- Please do not submit any art that has any 'Unseen' pictures. They will be rejected.
- Please submit your art with no sexual situations or graphic violence.
- Please limit your art work to no more then 1200 x 1200 in either .jpg or .gif

spacer

### Fan Scenarios: (posted the first week of each month)

spacer

- We accept fan created Scenarios, though they will not be playtested by FanPro, and will include a disclaimer on them.
- We cannot accept Alternate rules or rule books.
- We will only put up 5 Scenarios a month in the order they come in.
- Please submit your fiction in 'Rich Text Format'
- Please place "Submission" in the subject line of your email when submitting your fiction.

spacer

### Fan Articles: (posted the first week of each month)

spacer

- Articles are different from fiction in that they are more related to game play, then story line.
- Multi-part articles have to be submitted together as one unit. We enjoy putting up a sequence of articles, but we must have all the parts before we can utilize them.
- If possible, articles should be submitted in either Microsoft Word or Rich Text format. Pictures or art work can be included either separate or embedded in the document. Please make sure all pictures are jpg or gif format.
- We are unable to reprint articles that have been published in other formats or web sites.
- We will only put up 5 Articles a month in the order they come in.
- Please place "Submission" in the subject line of your email when submitting your fiction.

spacer

### Fan Designed Vehicles: (posted the first of each week)

spacer

- Please submit your designs in HMPro format
- All designs are Home Designs and not official designs.
- Your design submissions will not be considered for Official Use.

spacer

### Fan Painted Miniatures: (posted the first week of each month)

- Please make every attempt to get the miniature in focus in your photograph.
- Please no nudity or graphic violence.
- WizKids/FanPro can only showcase painted Classic BattleTech miniatures only. No Unseen Miniatures will be allowed

**Fan Website Links:** (posted the first week of each month)

- To become an Official BattleTech Fan Site and have your site linked with to the Classic BattleTech site, please send a link and a banner that does not exceed 200 x 87 jpg to Site Administrator.
- The logo you see below is the logo for ClassicBattleTech.com.
- Please save it and added it to your site after you send the link and banner logo.
- Criteria for link acceptance is the site should be well maintained and support Classic BattleTech.
- Fan sites should have appropriate content, and should be family friendly (with appropriate warning and protection as needed).
- Your site will be visited and looked at to see if the site does meet the criteria.
- WizKids/FanPro is under no obligation to provide links to any fan sites, even if that fan site links to the WizKids web sites.



WizKids/FanPro does not offer any compensation for any articles, fiction, or repaints published on it's web site.

© 2001 WizKids, LLC. BattleTech is a registered trademark of WizKids, LLC. All Rights Reserved. Original contents of ClassicBattleTech.com copyright © 2001 Fantasy Productions LLC. Maintained by Warner Doles.

Fantasy Production's Official Classic BattleTech Site

Exhibit B-5

# CLASSIC BATTLET

PROJECT PHOENIX

Home
Classic BattleTech
Fan Submission Area
What's New
BattleTech Products
BattleTech Archives
BattleTech Errata
PDF Files
Message Board
The Inner Sphere
The Clans
The Periphery
BattleTech Links
Terms of Use
Credits
Contact Information
The BattleTech FAQ







Best viewed at 800 x 600 min.

NEW    **SPECIAL ANNOUNCEMENT**    August 1, 2002

© 2001 WizKids, LLC. BattleTech is a registered trademark of WizKids, LLC. All Rights Reserved. Original contents of ClassicBattleTech.com copyright © 2001 Fantasy Productions LLC. Maintained by Stryker Productions Ltd.

Contact Information for WizKids/FanPro

*December 4, 2001*

*Exhibit B-6*

# CLASSIC BATTLETECH

Home

What is Classic BattleTech?

What's New

BattleTech Products

BattleTech Archives

BattleTech Errata

PDF Files

Message Board

The Inner Sphere

The Clans

The Periphery

BattleTech Links

Terms of Use

Credits

Contact Information





## Contact Information

Spacer

### How to contact WizKids / Fantasy Production

Spacer

WizKids Address:

**WizKids LLC**
15821 NE 8th Street, Suite 100
Bellevue, WA 98008
(vox) 425-641-2801
(fax) 425-641-6071

Spacer
*BattleTech* Line Director:
Spacer

**Randall Bills**

**FanPro**
PostOffice 1416
40674 Erkarth, Germany
(vox) +49-211-9243-0
(fax) +49-211-9243-410

*Fantasy Productions'* Address:

Spacer
*Classic BattleTech* WebMaster:
Spacer
*Classic BattleTech* Comments:
Spacer

**Warner Doles**

**Comments**

© 2001 WizKids, LLC. BattleTech is a registered trademark of WizKids, LLC. All Rights Reserved. Original contents of ClassicBattleTech.com copyright © 2001 Fantasy Productions LLC. Maintained by Warner Doles.

*Archived*

*Printed*
7/26/2007



# Contact Information

Home
Classic BattleTech
What's New
BattleTech Products
BattleTech Archives
BattleTech Errata
PDF Files
Message Board
The Inner Sphere
The Clans
The Periphery
BattleTech Links
Terms of Use
Credits
Contact Information
    Distributors



© 2001 WizKids, LLC. BattleTech is a registered trademark of WizKids, LLC. All Rights Reserved. Original contents of ClassicBattleTech.com copyright © 2001 Fantasy Productions LLC.

This Classic BattleTech site is maintained and serviced by Stryker Productions Ltd

× 

Spacer

Contact information for FanPro / WizKids / Fast Forward Games / Iron Winds any questions you may have concerning CBT please contact the BattleTech Line Director Randall Bills. You will find his email is below.

Spacer

**Fantasy Productions**

FanPro LLC
1608 N. Milwaukee
Suite 1005
Chicago, IL 60647
fanpro@ameritech.net
www.fanpro.com

Spacer

**WizKids Games**

15821 NE 8th Street, Ste 100
Bellevue, WA 98008
(vox) 425-641-2801
(fax) 425-641-6071
support@wizkidsgames.com
www.wizkidsgames.com

Spacer

**Fast Forward Entertainment**

John Danovich
6302 First Ave.
Lake Geneva, WI 53147
262-728-6501
262-728-0488 fax
sales@fastforwardgames.com
www.fastforwardgames.com

Spacer

Contact: John Herrmann
Ph: 513-870-0606

Contact Information for WizKids/FanPro

Iron Wind Metals.LLC                                   jonn@ironwindmetals.com
Spacer                                                www.ironwindmetals.com
BattleTech Line Director                               Randall Bills
Spacer
BattleTech Site Administrator                          Warner Doles
Spacer
Send all your questions to:                            Comments&Suggestions
Spacer

Case 2:08-cv-02306-GMS    Document 48-2    Filed 08/03/09    Page 28 of 69

Feb 7, 2003



## CLASSIC BATTLETECH



**Home**
**Classic BattleTech**
**Fan-Fic Submissions**
**Information Updates**
**Game Products**
**Source Book Archives**
**Errata Information**
**Special Downloads**
**CBT's Message Board**
**The Inner Sphere**
**Kerensky's Clans**
**Periphery States**
**Official Site Links**
**Terms of Usage**
**Acknowledgments**
**Contact Information**
   Distributors

**The BattleTech FAQ**



# Contact Information



Contact information for FanPro / WizKids / Fast Forward Games / Iron Winds any questions you may have concerning CBT please contact the BattleTech Line Director Randall Bills. You will find his email is below.

**Fantasy Productions**

FanPro LLC
1608 N. Milwaukee
Suite 1005
Chicago, IL 60647
fanpro@gamerrtech.net
www.fanpro.com

**WizKids Games**

15821 NE 8th Street, Ste 100
Bellevue, WA 98008
(vox) 425-641-2801
(fax) 425-641-6071
support@wizkidsgames.com
www.wizkidsgames.com

**Fast Forward Entertainment**

John Danovich
6302 First Ave.
Lake Geneva, WI 53147
262-728-6501
262-728-0488 fax
sales@fastforwardgames.com
www.fastforwardgames.com



Iron Wind Metals,LLC

BattleTech Line Director

BattleTech Site Administrator

Send all your questions to:

Contact: John Herrmann
Ph: 513-870-0606

April 1, 2003



**CLASSIC BATTLETECH**

## Navigation

- Home
- Classic BattleTech
- Fan-Fic Submissions
- Information Updates
- Game Products
- Source Book Archives
- Errata Information
- Special Downloads
- CBT's Message Board
- The Inner Sphere
- Kerensky's Clans
- Periphery States
- Official Site Links
- Terms of Usage
- Acknowledgments
- Contact Information
  - Distributors
- The BattleTech FAQ



Classic BattleTech information is a trademark of WizKids LLC. All textual contents ClassicBattleTech.com copyright Fantasy Productions LLC.

The ClassicBattleTech.com site is created and serviced by Bishop Studios Inc.







# Contact Information



Contact information for FanPro / WizKids / Fast Forward Games / Iron Winds any questions you may have concerning CBT please contact the BattleTech Line Director Randall Bills. You will find his email is below.

| | |
|---|---|
| **Fantasy Productions** | FanPro LLC<br>1608 N. Milwaukee<br>Suite 1005<br>Chicago, IL 60647<br>fanpro@ameritech.net<br>www.fanpro.com |
| **WizKids Games** | 15821 NE 8th Street, Ste 100<br>Bellevue, WA 98008<br>(vox) 425-641-2801<br>(fax) 425-641-6071<br>support@wizkidsgames.com<br>www.wizkidsgames.com |
| **Fast Forward Entertainment** | John Danovich<br>6302 First Ave.<br>Lake Geneva, WI 53147<br>262-728-6501<br>262-728-0488 fax<br>sales@fastforwardgames.com<br>www.fastforwardgames.com |

Contact Information for WizKids/FanPro



Iron Wind Metals.LLC

Contact: John Herrmann
Ph: 513-870-0606

BattleTech Line Director

BattleTech Site Administrator

Send all your questions to:

June 22, 2003

# CLASSIC BATTLETECH

**Home**
**Classic BattleTech**
**Fan-Fic Submissions**
**Information Updates**
**Game Products**
**Source Book Archives**
**Errata Information**
**Special Downloads**
**CBT's Message Board**
**The Inner Sphere**
**Kerensky's Clans**
**Periphery States**
**Official Site Links**
**Terms of Usage**
**Acknowledgments**
**Contact Information**
Distributors

**The BattleTech FAQ**











FAST FORWARD
ENTERTAINMENT



IRON WIND
METALS

# Contact Information



Contact information for FanPro / WizKids / Fast Forward Games / Iron Winds any questions you may have concerning CBT please contact the BattleTech Line Director Randall Bills. You will find his email is below.

**Fantasy Productions**

FanPro LLC
1608 N. Milwaukee
Suite 1005
Chicago, IL 60647
fanpro@ameritech.net
www.fanpro.com

**WizKids Games**

15821 NE 8th Street, Ste 100
Bellevue, WA 98008
(vox) 425-641-2801
(fax) 425-641-6071
support@wizkidsgames.com
www.wizkidsgames.com

**Fast Forward Entertainment**

John Danovich
6302 First Ave.
Lake Geneva, WI 53147
262-728-6501
262-728-0488 fax
sales@fastforwardgames.com
www.fastforwardgames.com

Contact Information for WizKids/FanPro



Iron Wind Metals,LLC

Contact: John Herrmann
Ph: 513-870-0606

BattleTech Line Director

BattleTech Site Administrator

Send all your questions to:

8 Aug, 2003



# CLASSIC BATTLETECH

**Home**
**Classic BattleTech**
**Fan-Fic Submissions**
**Information Updates**
**Game Products**
**Source Book Archives**
**Errata Information**
**Special Downloads**
**CBT's Message Board**
**The Inner Sphere**
**Kerensky's Clans**
**Periphery States**
**Official Site Links**
**Terms of Usage**
**Acknowledgments**
**Contact Information**
Distributors

**The BattleTech FAQ**



2001 Anzx us, LLC. BattleTech is
a registered trademark of Wizkids, LLC.
All Rights Reserved. Original contents
of classicbattletech.com may not be
copied. Fantasy Productions LTD.

This Classic BattleTech site is
maintained and serviced by
Fantasy Productions Ltd.





## Contact Information



Contact information for FanPro / WizKids / Fast Forward Games / Iron Winds any questions you may have concerning CBT please contact the BattleTech Line Director Randall Bills. You will find his email is below.

Fantasy Productions

FanPro LLC
1608 N. Milwaukee
Suite 1005
Chicago, IL 60647
fanpro@gamentech.net
www.fanpro.com

WizKids Games

15821 NE 8th Street, Ste 100
Bellevue, WA 98008
(vox) 425-641-2801
(fax) 425-641-6071
support@wizkidsgames.com
www.wizkidsgames.com



Fast Forward Entertainment

John Danovich
6302 First Ave.
Lake Geneva, WI 53147
262-728-6501
262-728-0488 fax
sales@fastforwardgames.com
www.fastforwardgames.com





Iron Wind Metals, LLC

BattleTech Line Director

BattleTech Site Administrator

Send all your questions to:

Contact: John Herrmann
Ph: 513-870-0606

Ag 7, 2004



# Contact Information

## Home

- Fan-Fic Submissions
- Information Updates
- Game Products
- Source Book Archives
- Errata Information
- Special Downloads
- CBT's Message Board
- The Inner Sphere
- Kerensky's Clans
- Periphery States
- Official Site Links
- Terms of Usage
- Acknowledgments
- Contact Information
- Distributors

The BattleTech FAQ











Contact information for FanPro / WizKids / Fast Forward Games / Iron Winds any questions you may have concerning CBT please contact the BattleTech Line Director Randall Bills. You will find his email is below.

| | |
|---|---|
| Fantasy Productions | FanPro LLC<br>1608 N. Milwaukee<br>Suite 1005<br>Chicago, IL 60647<br>fanpro@ameritech.net<br>www.fanpro.com |
| WizKids Games | 15821 NE 8th Street, Ste 100<br>Bellevue, WA 98008<br>(vox) 425-641-2801<br>(fax) 425-641-6071<br>support@wizkidsgames.com<br>www.wizkidsgames.com |
| Fast Forward Entertainment | John Danovich<br>6302 First Ave.<br>Lake Geneva, WI 53147<br>262-728-6501<br>262-728-0488 fax<br>sales@fastforwardgames.com<br>www.fastforwardgames.com |



Iron Wind Metals, LLC

BattleTech Line Director

BattleTech Site Administrator

Send all your questions to:

Contact: John Herrmann
Ph: 513-870-0606

Jan 5, 2005



## CLASSIC BATTLETECH

**Home**
**Classic BattleTech**
**Fan-Fic Submissions**
**Information Updates**
**Game Products**
**Source Book Archives**
**Errata Information**
**Special Downloads**
**CBT's Message Board**
**The Inner Sphere**
**Kerensky's Clans**
**Periphery States**
**Official Site Links**
**Terms of Usage**
**Acknowledgments**
**Contact Information**
Distributors

**The BattleTech FAQ**



2004 WizKids LLC. BattleTech is a registered trademark of WizKids, LLC. All Rights Reserved. Original contents of classicbattletech.com copyright 2004 Fantasy Productions LLC.

This Classic BattleTech site is maintained and serviced by WizKids Productions LLC.

# Contact Information



Contact information for FanPro / WizKids / Fast Forward Games / Iron Winds any questions you may have concerning CBT please contact the BattleTech Line Director Randall Bills. You will find his email is below.

**Fantasy Productions**

FanPro LLC
1608 N. Milwaukee
Suite 1005
Chicago, IL 60647
fanpro@gamertech.net
www.fanpro.com

**WizKids Games**

15821 NE 8th Street,Ste 100
Bellevue, WA 98008
(vox) 425-641-2801
(fax) 425-641-6071
support@wizkidsgames.com
www.wizkidsgames.com

**Fast Forward Entertainment**

John Danovich
6302 First Ave.
Lake Geneva, WI 53147
262-728-6501
262-728-0488 fax
sales@fastforwardgames.com
www.fastforwardgames.com

Contact Information for WizKids/FanPro



Iron Wind Metals.LLC

BattleTech Line Director

BattleTech Site Administrator

Send all your questions to:

Contact: John Herrmann
Ph: 513-870-0606



# Contact Information

Home
Classic BattleTech
Fan-Fic Submissions
Information Updates
Game Products
Source Book Archives
Errata Information
Special Downloads
CBT's Message Board
The Inner Sphere
Kerensky's Clans
Periphery States
Official Site Links
Terms of Usage
Acknowledgments
Contact Information
Distributors

The BattleTech FAQ





Contact information for FanPro / WizKids / Fast Forward Games / Iron Winds any questions you may have concerning CBT please contact the BattleTech Line Director Randall Bills. You will find his email is below.

**Fantasy Productions**

FanPro LLC
1608 N. Milwaukee
Suite 1005
Chicago, IL 60647
fanpro@amertech.net
www.fanpro.com

**WizKids Games**

15821 NE 8th Street, Ste 100
Bellevue, WA 98008
(vox) 425-641-2801
(fax) 425-641-6071
support@wizkidsgames.com
www.wizkidsgames.com





**Fast Forward Entertainment**

John Danovich
6302 First Ave.
Lake Geneva, WI 53147
262-728-6501
262-728-0488 fax
sales@fastforwardgames.com
www.fastforwardgames.com

Contact Information for WizKids/FanPro



Iron Wind Metals,LLC

BattleTech Line Director

BattleTech Site Administrator

Send all your questions to:

Contact: John Herrmann
Ph: 513-870-0606

December 1, 2005



# CLASSIC BATTLETECH

**Home**

**Information Updates**
**Game Products**
**Source Book Archives**
**Errata Information**
**Special Downloads**
**CBT's Message Board**
**The Inner Sphere**
**Kerensky's Clans**
**Periphery States**
**Official Site Links**
**Terms of Usage**
**Acknowledgments**
**Contact Information**
Distributors

**The BattleTech FAQ**

 

2001 WizKids, LLC. BattleTech is a registered trademark of WizKids, LLC. All Rights Reserved. Original contents and classicBattletech.com copyright 2001 Fantasy Productions LLC.

This classic BattleTech site is maintained and serviced by Fantasy Productions LLC





## Contact Information



Contact information for FanPro / WizKids / Fast Forward Games / Iron Winds any questions you may have concerning CBT please contact the BattleTech Line Director Randall Bills. You will find his email is below.

Fantasy Productions

FanPro LLC
1608 N. Milwaukee
Suite 1005
Chicago, IL 60647
fanpro@ameritech.net
www.fanpro.com

WizKids Games

15821 NE 8th Street, Ste 100
Bellevue, WA 98008
(vox) 425-641-2801
(fax) 425-641-6071
support@wizkidsgames.com
www.wizkidsgames.com

Fast Forward Entertainment

John Danovich
6302 First Ave.
Lake Geneva, WI 53147
262-728-6501
262-728-0488 fax
sales@fastforwardgames.com
www.fastforwardgames.com

Contact Information for WizKids/FanPro



Iron Wind Metals,LLC

BattleTech Line Director

BattleTech Site Administrator

Send all your questions to:

Contact: John Herrmann
Ph: 513-870-0606

Exhibit B-7

Untitled

Warner Sez It's CanonWednesday, August 24, 2005 2:19 PM
From: "calbeck@yahoo.com" <calbeck@yahoo.com>To: calbeck@yahoo.comMessage contains
attachmentsERIDANI LIGHT HORSE.doc (191KB)
Save for protection.

Start your day with Yahoo! - make it your home page
http://www.yahoo.com/r/hs

——Inline Attachment Follows——

{\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\froman\fcharset0 Times New Roman;}{\f1\fswiss\fcharset0
Arial;}}
{\colortbl ;\red0\green0\blue255;\red0\green255\blue255;}
\viewkind4\uc1\pard\sb100\sa100\cf1\ul\b\f0\fs24 Wolfgang Doles
<http://forums.classicbattletech.com/index.php?action=profile;u=5>\cf0\ulnone\b0  \par
Precentor ROM\line\f1\fs20{\pict\wmetafile8\picw26\pich158\picwgoal15\pichgoal90
0100090000034c00000003001c00000000000400000003010600050000000c029e001a00070000
00fc020000000000000000000040000002d01000008000000fa020000000000000000000004000000
2d0101001c000000fb020c0009000000000900100000000000202024d532053616e7320536572
696600040000000000ffffffff010000000000030000400000002d0102000300000000000000
}\f0\fs24\line\f1\fs20{\pict\wmetafile8\picw7620\pich2540\picwgoal4320\pichgoal1440
0100090000035300000003001c00000000000400000003010600050000000c02ec09c41d070000
00fc020000000000000000000040000002d01000008000000fa020000000000000000000004000000
2d0101001c000000fb020c0009000000000900100000000000202024d532053616e7320536572
696600040000000000ffffffff010000000000030000400000002d010200070000002105010a2a04
a3fd4c08030000000000
}\f0\fs24\line\cf2 Information and Analysis (Writer)\cf0\line Posts: 756\par
\f1\fs20{\pict\wmetafile8\picw7620\pich2540\picwgoal4320\pichgoal1440
0100090000034c00000003001c00000000000400000003010600050000000c02ec09c41d070000
00fc020000000000000000000040000002d01000008000000fa020000000000000000000004000000
2d0101001c000000fb020c0009000000000900100000000000202024d532053616e7320536572
696600040000000000ffffffff010000000000030000400000002d0102000300000000000000
}\f0\fs24\par
Harbinger of Death\line\line\cf1\ul  <http://forums.classicbattletech.com/index.php?action=profile;u=5>
<http://forums.classicbattletech.com/index.php?action=profile;u=5>
<http://forums.classicbattletech.com/index.php?action=pm;sa=send;u=5>\cf0\ulnone\f1\fs20{\pict\wmetafile8\picw
7620\pich2540\picwgoal4320\pichgoal1440
0100090000035700000003001c00000000000400000003010600050000000c02ec09c41d070000
00fc020000000000000000000040000002d01000008000000fa020000000000000000000004000000
2d0101001c000000fb020c0009000000000900100000000000202024d532053616e7320536572
696600040000000000ffffffff010000000000030000400000002d0102000b00000021050a00504d
2d4f66666c696e65a3fdbe06030000000000
}\cf1\ul\f0\fs24  <http://forums.classicbattletech.com/index.php?action=pm;sa=send;u=5>\cf0\ulnone\par
\trowd\cellx480\cellx8267\cellx9359\pard\intbl\cf1\ul
<http://forums.classicbattletech.com/index.php/topic,19375.msg465622.html>\cf0\ulnone\f1\fs20{\pict\wmetafile8\p
icw7620\pich2540\picwgoal4320\pichgoal1440
0100090000034c00000003001c00000000000400000003010600050000000c02ec09c41d070000
00fc020000000000000000000040000002d01000008000000fa020000000000000000000004000000
2d0101001c000000fb020c0009000000000900100000000000202024d532053616e7320536572
696600040000000000ffffffff010000000000030000400000002d0102000300000000000000
}\cf1\ul\f0\fs24
<http://forums.classicbattletech.com/index.php/topic,19375.msg465622.html>\cf0\ulnone\cell\cf1\ul\b Re: ELH +

Page 1

Untitled

WarShips: Where does this come from?
<http://forums.classicbattletech.com/index.php/topic,19375.msg465622.html>\cf0\ulnone\b0  \b Reply #32 on:\b0
May 22, 2005, 11:17:26 PM\cell\f1\fs20{\pict\wmetafile8\picw52\pich2540\picwgoal30\pichgoal1440
0100090000034c00000003001c0000000000040000000301060005000000c02ec093400070000
00fc020000000000000000000040000002d01000008000000fa0200000000000000000000004000000
2d0101001c000000fb020c000900000000009001000000000000202024d532053616e7320536572
69660004000000000fffffffff010000000003000040000002d0102000300000000000
}\cf1\ul\f0\fs24 Quote
<http://forums.classicbattletech.com/index.php?action=post;quote=465622;topic=19375.32;num_replies=66;sesc=
ac7cd56c22b9ac5c7feb9e8330528c5d>\cf0\ulnone\f1\fs20{\pict\wmetafile8\picw423\pich423\picwgoal240\pichgoa
l240
0100090000034c00000003001c0000000000040000000301060005000000c02a701a701070000
00fc020000000000000000000040000002d01000008000000fa0200000000000000000000004000000
2d0101001c000000fb020c000900000000009001000000000000202024d532053616e7320536572
69660004000000000fffffffff010000000003000040000002d0102000300000000000
}\cf1\ul\f0\fs24
<http://forums.classicbattletech.com/index.php?action=post;quote=465622;topic=19375.32;num_replies=66;sesc=
ac7cd56c22b9ac5c7feb9e8330528c5d>\cf0\ulnone \cell\row
\pard\sb100\sa100\par
\cf1\ul Quote from: SMW on May 22, 2005, 09:50:24 PM
<http://forums.classicbattletech.com/index.php/topic,19375.msg465547.html>\cf0\ulnone \par
Until one of TPTB tell us this is canon, its not; irregardless of how well written or "accepted" it is. Although well
written, eh\line\line It is. If it's posted on CBT website about a faction, it is canon. \par
\par
As always, enjoy!\line\line Warner\line\line ***************\line Answer 1: "If it works for your game, whatever you
want it to be."\line Answer 2: "Because we say so, that's why!" (PTB and tourney judges only)\line Answer 3: "If it
ain't published, I can't tell you, so wait and see."\line Answer 4: "The product will come out when it's ready, and not
a moment before."\line Answer 5: "We apologize for the inconvenience." \par
\par
\trowd\cellx9360\pard\intbl Last Edit by Precentor ROM May 22, 2005, 11:23:44 PM \cell\row
\pard\sb100\sa100\par
\pard\f1\par
}

The following is original website coding (ClassicBattleTech.com) from May 22, 2005.  For ease of reading, a translation is provided below.

{\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\froman\fcharset0 Times New Roman;}{\f1\fswiss\fcharset0 Arial;}}
{\colortbl ;\red0\green0\blue255;\red0\green255\blue255;}
\viewkind4\uc1\pard\sb100\sa100\cf1\ul\b\f0\fs24 Wolfgang Doles <http://forums.classicbattletech.com/index.php?action=profile;u=5>\cf0\ulnone\b0 \par
Precentor ROM\line\f1\fs20{\pict\wmetafile8\picw26\pich158\picwgoal15\pichgoal90
0100090000034c00000003001c00000000004000000003010600050000000c029e001a00070000
00fc020000000000000000040000002d01000008000000fa0200000000000000000000004000000
2d0101001c000000fb020c00090000000000090010000000000202024d532053616e7320536572
696600040000000000ffffffff010000000003000040000002d0102000300000000000
}\f0\fs24\line\f1\fs20{\pict\wmetafile8\picw7620\pich2540\picwgoal4320\pichgoal1440
0100090000035300000003001c00000000004000000003010600050000000c02ec09c41d070000
00fc020000000000000000040000002d01000008000000fa0200000000000000000000004000000
2d0101001c000000fb020c00090000000000090010000000000202024d532053616e7320536572
696600040000000000ffffffff010000000003000040000002d01020007000000210501002a04
a3fd4c08030000000000
}\f0\fs24\line\cf2 Information and Analysis (Writer)\cf0\line Posts: 756\par
\f1\fs20{\pict\wmetafile8\picw7620\pich2540\picwgoal4320\pichgoal1440
0100090000034c00000003001c00000000004000000003010600050000000c02ec09c41d070000
00fc020000000000000000040000002d01000008000000fa0200000000000000000000004000000
2d0101001c000000fb020c00090000000000090010000000000202024d532053616e7320536572
696600040000000000ffffffff010000000003000040000002d0102000300000000000
}\f0\fs24\par
Harbinger of Death\line\line\cf1\ul <http://forums.classicbattletech.com/index.php?action=profile;u=5>
<http://forums.classicbattletech.com/index.php?action=profile;u=5> <http://forums.classicbattletech.com/index.php?action=pm;sa=send;u=5>\cf0\ulnone\f1\fs20{\pict\wmetafile8\picw7620\pich2540\picwgoal4320\pichgoal1440
0100090000035700000003001c00000000004000000003010600050000000c02ec09c41d070000
00fc020000000000000000040000002d01000008000000fa0200000000000000000000004000000
2d0101001c000000fb020c00090000000000090010000000000202024d532053616e7320536572
696600040000000000ffffffff010000000003000040000002d0102000b00000021050a00504d
2d4f66666c696e65a3fdbe06030000000000
}\cf1\ul\f0\fs24 <http://forums.classicbattletech.com/index.php?action=pm;sa=send;u=5>\cf0\ulnone\par
\trowd\cellx480\cellx8267\cellx9359\pard\intbl\cf1\ul
<http://forums.classicbattletech.com/index.php/topic,19375.msg465622.html>\cf0\ulnone\f1\fs20{\pict\wmetafile8
\picw7620\pich2540\picwgoal4320\pichgoal1440
0100090000034c00000003001c00000000004000000003010600050000000c02ec09c41d070000
00fc020000000000000000040000002d01000008000000fa0200000000000000000000004000000
2d0101001c000000fb020c00090000000000090010000000000202024d532053616e7320536572
696600040000000000ffffffff010000000003000040000002d0102000300000000000
}\cf1\ul\f0\fs24 <http://forums.classicbattletech.com/index.php/topic,19375.msg465622.html>\cf0\ulnone\cell\cf1\ul\b
Re: ELH + WarShips: Where does this come from?
<http://forums.classicbattletech.com/index.php/topic,19375.msg465622.html>\cf0\ulnone\b0 \b Reply #32 on:\b0 May
22, 2005, 11:17:26 PM\cell\f1\fs20{\pict\wmetafile8\picw52\pich2540\picwgoal30\pichgoal1440
0100090000034c00000003001c00000000004000000003010600050000000c02ec093400070000
00fc020000000000000000040000002d01000008000000fa0200000000000000000000004000000
2d0101001c000000fb020c00090000000000090010000000000202024d532053616e7320536572
696600040000000000ffffffff010000000003000040000002d0102000300000000000
}\cf1\ul\f0\fs24 Quote <http://forums.classicbattletech.com/index.php?action=post;quote=465622;topic=
19375.32;num_replies=66;sesc=ac7cd56c22b9ac5c7feb9e8330528c5d>\cf0\ulnone\f1\fs20{\pict\wmetafile8\picw423
\pich423\picwgoal240\pichgoal240
0100090000034c00000003001c00000000004000000003010600050000000c02a701a701070000

00fc020000000000000000400000020010000080000000000000000
2d0101001c000000fb020c00090000000000090010000000000202024d532053616e7320536572
696600040000000000ffffffff0100000000003000040000002d010200030000000000

}\cf1\ul\f0\fs24 <http://forums.classicbattletech.com/index.php?action=post;quote=465622;topic=
19375.32;num_replies=66;sesc=ac7cd56c22b9ac5c7feb9e8330528c5d>\cf0\ulnone \cell\row
\pard\sb100\sa100\par
\cf1\ul Quote from: SMW on May 22, 2005, 09:50:24 PM
<http://forums.classicbattletech.com/index.php/topic,19375.msg465547.html>\cf0\ulnone \par
Until one of TPTB tell us this is canon, its not; irregardless of how well written or "accepted" it is. Although well
written, eh\line\line It is. If it's posted on CBT website about a faction, it is canon. \par
\par
As always, enjoy!\line\line Warner\line\line ****************\line Answer 1: "If it works for your game, whatever
you want it to be."\line Answer 2: "Because we say so, that's why!" (PTB and tourney judges only)\line Answer 3: "If it
ain't published, I can't tell you, so wait and see."\line Answer 4: "The product will come out when it's ready, and not a
moment before."\line Answer 5: "We apologize for the inconvenience." \par
\par
\trowd\cellx9360\pard\intbl Last Edit by Precentor ROM May 22, 2005, 11:23:44 PM \cell\row
\pard\sb100\sa100\par
\pard\f1\par
}

# TRANSLATION

**(Posting User)**

Wolfgang Doles, Precentor ROM, Information and Analysis (Writer), Harbinger of Death

**(Forum Thread Title)**

Re: ELH + WarShips: Where does this come from?

**(Original Query)**

Quote from: SMW on May 22, 2005, 09:50:24 PM Until one of TPTB tell us this is canon, its not; irregardless of how
well written or "accepted" it is. Although well written, eh

**(Warner's Response to Query)**

It is. If it's posted on CBT website about a faction, it is canon.

As always, enjoy!

Warner

**(Warner's signature section, auto-appended at bottom of post)**

****************

Answer 1: "If it works for your game, whatever you want it to be."

Answer 2: "Because we say so, that's why!" (PTB and tourney judges only)

Answer 3: "If it ain't published, I can't tell you, so wait and see."

Answer 4: "The product will come out when it's ready, and not a moment before.

Answer 5: "We apologize for the inconvenience."

**(Notification of final edit and identity of editor)**

Last Edit by Precentor ROM May 22, 2005

FanPro's Offical Classic Battletech Site

# ANNOUNCEMENTS ARCHIVE 2003

## *Getting better all the tiyime* *Better, Better, Behhhterrr..* Exhibit B-8

I know over the past few months things have been rough both for you, the CBT audience, and for those of us involved in the day to day operations of the website. Bandwidth and service issues have dragged the site down to the point that even I, the current webmaster have been unable to gain access at times. I feel that we owe you, the loyal fans both a giant thank you for your continued support and patience, as well as an apology for depriving you of your daily fix of Classic Battletech.

As you have doubtless noticed, site access has sped up greatly. A variety of means have been employed in improving service, ranging from cleaning out old posts in the message board, a losening of the corporate purse strings, and even taking up a collection among those who help maintain the site. So, with things shaping up, it's time for an update.

First on deck we have the Record Sheets from the new FM:Mercs revised. These are a great resource for anyone managing a larger unit in a campaign, and have been added to the Record Sheets Section of the Downloads page

Second is something that I have been meaning to post on the site for some time, but the service problems prevented me from doing so; The Lawyers, Guns and Money scenario in .PDF format. Due to the issues here the Commando site will be the current primary repository for all Commando game scenarios, although we will be mirroring them in the Game Scenarios section of the Downloads page.

Thank you again for staying with us.

Jason M. Knight (aka Deathshadow)
CBT Web Monkey

## *CBT:COMPANION Record Sheets*

As requested, we now have .PDF versions of the record sheets from the back of the CBT:Companion available on the Downloads Page. Yet more great gaming aids from our recent products.

Also, many of you have by now noticed both speed increases and a reduction in errors on the message board, as well as the facelift I have given it. I'm slowly getting all the loose ends on the board hammered down, so stay tuned on that front for more changes and/or improvements.

Before I forget, Seasons Greetings.
Jason M. Knight (aka Deathshadow)
**Don't do anything Worktroll would do!**

FanPro's Offical Classic Battletech Site

# Whole bunch of stuff

Well, Randall sent an awful lot down the pipe this time, including the new battlechat, in which he discusses the shipping dates for a variety of products, the cover for next years Steiner Handbook, the Solaris VII Map Pack, as well as the addition of an official Spanish Language site to the Classic Battletech family. Be sure to give the new releases page to check out the two newly announced products. I could go through everything here as well, but at that point I'd be copying the new Battlechat verbatim.

In addition to this, we have added several new .pdf's to the downloads page from Combat Operations, including the AT2 'Mech, Protomech and Battlearmor sheets, as well as the Level 3 Infantry page. Hopefully we'll be getting more record sheets and construction sheets up as time passes.

Cheers!
Jason M. Knight (aka Deathshadow)
**NORM!!!**

# War of 3039 Art Preview

Not much for you this time out, just one image; but what an image. CBT proudly presents the artwork for the upcoming War of 3039 book. You probably already noticed it on the main page, but if not, be sure to check out the newest desktops page, where I've taken the original image and resized it into some Wallpapers for you to use. The Covert Ops cover has also been moved to this location, and I've clipped a section down for wallpaper use as well. A number of you have asked for this, so from this point forward I'll be trying to offer all new images in a 800 pixel wide full shot, as well as wallpapers in each of the major desktop resolutions.

By your command...
Jason M. Knight (aka Deathshadow)
**Has been replaced by a Cylon...**

# Getting better all the tiyime,
# Better, Better, Behhhterrr...

I know over the past few months things have been rough both for you, the CBT audience, and for those of us involved in the day to day operations of the website. Bandwidth and service issues have dragged the site down to the point that even I, the current webmaster have been unable to gain access at times. I feel that we owe you, the loyal fans both a giant thank you for your continued support and patience, as well as an apology for depriving you of your daily fix of Classic Battletech.

As you have doubtless noticed, site access has sped up greatly. A variety of means have been employed in improving service, ranging from cleaning out old posts in the message board, a losening of the corporate purse strings, and even taking up a collection among those who help maintain the site. So, with things shaping up, it's time for an update.

First on deck we have the Record Sheets from the new FM:Mercs revised. These are a great resource for anyone managing a larger unit in a campaign, and have been added to the Record Sheets Section of the Downloads page

Second is something that I have been meaning to post on the site for some time, but the service problems prevented me from doing so: The Lawyers, Guns and Money scenario in .PDF format. Due to the issues here the Commando site will be the current primary repository for all Commando game scenarios, although we will be mirroring them in the Game Scenarios section of the Downloads page.

Thank you again for staying with us.

Jason M. Knight (aka Deathshadow)
CBT Web Monkey

# Look what's coming down the pipe!

Randall has given us the newest Battlechat, and has provided us with lots of information on new upcoming products: *Aerotech 2, Revised, Historicals: War of 3039, A Guide to the Classic Battletech Universe, Mercenaries Supplemental* and *Combat Equipment*. Read about them on the New Releases page.

We also now have images of two covers as they will appear in print; *Covert Ops* and FM:Mercenaries, Revised.

Randall will also be asking for your help on gathering the information to be presented in the upcoming *Combat Equipment* book, so be sure to check in the fan input section of the message board.

On the subject of the message board and the website as a whole, we are aware that the boards and website are slow, even inaccessable at times due to server load far surpassing the capabilities of our current equipment. Please bear with us during this time and rest assured the problem is being addressed from several angles.

Special Thanks need to go out to Peter Smith and Paul Sjardijin who are working on selectively deleting out of date posts by hand, so as not to accidentally delete any threads that are currently still being posted to. This is an enormous undertaking, but a neccessary one.

Time has also come to inform you of the semi-departure of Warner from the CBT web team. He stepping back into a more command type position, and will continue to be an influence both here and as a writer for the sourcebooks. Still, his efforts are a good portion of this websites existance and his day to day influence will be missed by many.

Thank you for your continued support and interest. The fact that so many of you visit the site regular enough to create this load shows your loyalty to the game, which is much appreciated.

*Your Frustrated, Agitated, Reactionary Webmaster:*
*Jason "Deathshadow" Knight*

Apr 13, 2005

Exhibit B-9



Home
Classic BattleTech
Fan-Fic Submissions
Information Updates
Game Products

Errata Information

CBT's Message Board
The Inner Sphere
Kerensky's Clans
Periphery States
Official Site Links
Terms of Usage
  Copyright information
  Webpage Legal Text
Acknowledgments
Contact Information
The BattleTech FAQ



2004 Wizkids, LLC. BattleTech is a registered trademark of Wizkids, LLC. All rights reserved. Original contents of classicbattletech.com, copyright 2004 Fanpro Productions LLC

classicbattletech.com is designed and serviced by Fanpro Productions LLC









FAST FORWARD ENTERTAINMENT



# Terms and Conditions of Use

## Terms of Service and Conditions of Use

Please read these terms of service and conditions of use carefully before using this website. By using this website, you signify your consent to these terms of use in addition to any other law or regulation that applies to the website, the Internet, and/or the World Wide Web If you do not agree to these terms of service and conditions of use please do not use the website. We reserve the right, at our discretion, to change, modify, add, or remove portions of these terms at any time. Please check these terms periodically for changes. Your continued use of the FanPro website following the posting of changes to these terms (including the FanPro website Security and Privacy Policy and house rules will mean you accept those changes. IF YOU DO NOT AGREE TO THE TERMS OF SERVICE AND CONDITIONS OF USE STATED HEREIN. PLEASE IMMEDIATELY LEAVE THIS WEBSITE.

## Copyright and Ownership

This website is owned and operated by FanPro and its affiliates. All of the content featured or displayed on this website, including, but not limited to, text, graphics, photographs, images. moving images, sound, illustrations and software ("Content"), is owned by FanPro, its licensors and/or its content providers. All elements of FanPro  s websites, including, but not limited to, the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. Except as explicitly permitted under this or another agreement with FanPro or one of its subsidiaries. no portion or element of this website or its Content may be copied or retransmitted via any means and this website, its Content and all related rights shall remain the exclusive property of FanPro or its licensors unless otherwise expressly agreed.

## Restrictions on Use of Materials

Except as may be otherwise indicated in specific documents within the website, you are authorized to view, play, print and download documents, audio and video found on our website for personal, informational, and noncommerical purposes only. You may not modify any of the materials and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on the website. For purposes of these terms, the use of any such material on any other website or networked computer environment is prohibited. You will not remove any copyright, trademark or other proprietary notices from material found on this website.

In the event you download software from the site, the software, including any files, images incorporated in or generated by the software, and data accompanying the software (collectively, the "software") are licensed to you by FanPro. FanPro does not transfer title to the software to you. You own the medium on which the software is recorded. but FanPro retains full and complete title to the software, and all intellectual property rights therein. You may not redistribute, sell, decompile. reverse engineer, disassemble, or otherwise reduce the software to a human-readable form.

## Corporate Identification, Site Content & Trademarks

All trademarks, service marks and trade names of FanPro used herein are trademarks or registered trademarks of FanPro or its affiliates. You may not use, copy, reproduce, republish, upload, post. transmit, distribute, or modify FanPro trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without FanPro's prior written consent. The use of FanPro trademarks on any other website or network computer environment is not allowed. You may not use the FanPro trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

## Links to Third Parties

This website contains hyperlinks to other websites controlled by third parties. These links are provided solely as a convenience to you and do not imply endorsement by FanPro of, or any

Terms and Conditions of Use

affiliation with, or endorsement by, the owner of the linked site. FanPro is not responsible for the contents or use of any linked site, or any consequence of making the link.

## Fees

For all charges for any products and services sold on the website, FanPro will bill your credit card. In the event legal action is necessary to collect on balances due, you agree to reimburse FanPro for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

## Submissions

FanPro is pleased to hear from its loyal fans and welcomes your comments regarding FanPro products, including FanPro's online services. Unfortunately, however, FanPro's long-standing policy does not allow it to accept or consider creative ideas, suggestions, or materials other than those it has specifically requested. We hope you will understand that it is the intent of this policy to avoid the possibility of future misunderstandings when projects developed by FanPro might seem to others to be similar to their own creative work. Accordingly, we must, regretfully, ask that you do not send us any original creative materials without prior permission. While we do value your feedback on our services and products, we request that you be specific in your comments on those services and products, and not submit any creative ideas, suggestions, or materials.

If at our request you send certain specific submissions (e.g., postings to chat, boards, or contests) or, despite our request that you not send us any other creative materials, you send us creative suggestions, ideas, notes, drawings, concepts, or other information (collectively, the "submissions"), the submissions shall be deemed, and shall remain, the property of FanPro. None of the submissions shall be subject to any obligation of confidence on the part of FanPro, and FanPro shall not be liable for any use or disclosure of any submissions. Without limitation of the foregoing, FanPro shall exclusively own all now known or hereafter existing rights to the submissions of every kind and nature throughout the universe and shall be entitled to unrestricted use of the submissions for any purpose whatsoever, commercial or otherwise, without compensation to the provider of the submissions.

## Forums and Public Communication

"Forum" means a chat area, bulletin board, or e-mail function offered as part of the FanPro online presence. You shall not upload to, distribute through, or otherwise publish through an FanPro website any content which is libelous, defamatory, obscene, pornographic, threatening, invasive of privacy or publicity rights, abusive, illegal, or otherwise objectionable that would constitute or encourage a criminal offense, violate the rights of any party, or that would otherwise give rise to liability or violate any law.

The forums shall be used only in a non-commercial manner. You shall not, without our express written approval, distribute or otherwise publish any material containing any solicitation of funds, promotion, advertising, or solicitation for goods or services. You specifically acknowledge that soliciting other guests to join or become members of any commercial online service or other organization is expressly prohibited. You must also follow the house rules whenever you are using any FanPro website.

It is our policy to respect the privacy of all guests. Therefore, in addition to the privacy of registration data (see our Security and Privacy Policy), we will not monitor, edit, or disclose the contents of a guest's e-mail unless required in the course of normal maintenance of the FanPro website and its systems or unless required to do so by law or in the good-faith belief that such action is necessary to: (1) comply with the law or comply with legal process served on FanPro; (2) protect and defend the rights or property of FanPro; or (3) act in an emergency to protect the personal safety of our guests or the public. Guests shall remain solely responsible for the content of their messages.

By uploading materials to any forum or submitting any materials to us, you automatically grant (or warrant that the owner of such materials has expressly granted) us a perpetual, royalty-free, irrevocable, non-exclusive right and license to use, reproduce, modify, adapt, publish, translate, create derivative works from and distribute such materials or incorporate such materials into any form, medium, or technology now known or later developed throughout the universe. In addition, you warrant that all so-called "moral rights" in those materials have been waived.

## Termination

These terms are effective until terminated by either party. You may terminate these terms at any time by destroying all materials obtained from any and all FanPro website(s) and all related documentation and all copies and installations thereof, whether made under the terms of these terms or otherwise.

Case 2:08-cv-02306-GMS    Document 48-2    Filed 08/03/09    Page 54 of 69

These terms will terminate immediately without notice from FanPro if in FanPro's sole discretion you fail to comply with any term or provision of these terms. Upon termination, you must destroy all materials obtained from this site and any and all other FanPro site(s) and all copies thereof, whether made under the terms of these terms or otherwise.

## Disclaimer

Your use of and browsing of this website are at your own risk. EXCEPT AS OTHERWISE PROVIDED ABOVE, EVERYTHING ON THIS WEBSITE IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. FANPRO MAKES NO WARRANTIES OR REPRESENTATIONS REGARDING THE INFORMATION CONTAINED ON THIS WEBSITE, AND SPECIFICALLY DISCLAIMS ANY WARRANTY AS TO THE SUITABILITY, RELIABILITY, TIMELINESS OR ACCURACY OF THE INFORMATION CONTAINED ON THIS WEBSITE FOR ANY PURPOSE. FANPRO DOES NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE MATERIALS WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THIS SITE OR THE SERVER THAT MAKES SUCH MATERIALS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. FANPRO DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE MATERIALS IN THIS SITE IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. YOU (AND NOT FANPRO) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION. APPLICABLE LAW MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

## Indemnification

You agree to defend, indemnify and hold FanPro and any affiliated FanPro or individual harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to any violation of these terms by you or your authorized users, or in connection with the use of the website or the Internet or the placement or transmission of any message or information on this website by you or
your authorized users. Members of any membership area on any FanPro website are entirely responsible for maintaining the confidentiality of their password and account. Members are entirely responsible for any and all activities that occur under their account and agree to indemnify, defend, and hold harmless the providers for any liability or expense arising from such use or misuse. Members agree to immediately notify the providers of any unauthorized use of their account or any other breach of
security known to them.

## Limitation of Liability

IN NO EVENT SHALL WIZKIDS LLC OR ANY AFFILIATED WIZKIDS LLC OR INDIVIDUAL BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR PUNITIVE DAMAGES ARISING OUT OF YOUR ACCESS TO, OR USE OF, THIS WEBSITE OR THE CONTENT THEREON, WHETHER IN A CONTRACT ACTION OR BASED ON NEGLIGENCE, OR OTHER TORT ACTION, OR ANY OTHER CLAIM WHATSOEVER, EVEN IF FANPRO OR AN FANPRO AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. APPLICABLE LAW MAY NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY OR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. IN NO EVENT SHALL WIZKIDS LLC'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR OTHERWISE EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR
ACCESSING THIS SITE.

## No Endorsement

You shall not use FanPro' name or any language, pictures or symbols which could, in FanPro' judgment, imply FanPro' endorsement in any (i) written or oral advertising or presentation, or (ii) brochure, newsletter, book, or other written material of whatever nature, without prior written consent.

## Force Majeure

Neither FanPro nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any
government or legal body or any representative of any such government or legal body; or labor

Terms and Conditions of Use

...nrest, including without limitation. strikes. slowdowns. picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages. or acts or omissions of other common carriers.

## Governing Law

This Website is created and controlled by FanPro in the State of North Carolina, U.S.A. These disclaimers. terms. and conditions of use are governed by the laws of the State of North Carolina. By using this website, you hereby consent to the exclusive jurisdiction and venue of courts in Alamance County, North Carolina, U.S.A. in all disputes arising out of or relating to the use of this Website. If any portion of these terms is held to be unenforceable, the unenforceable portion shall be construed in accordance with applicable law to the greatest extent possible to reflect the original intentions of the parties. and the remainder of the provisions shall remain in full force and effect. FanPro failure to insist upon or enforce strict performance of any provision of these terms shall not be construed as a waiver of any provision or right.

## Additional Terms

Additional terms and conditions may apply to the purchase of product and other uses of this website. By using this website, you agree to such terms and conditions.

## Entire Agreement

These terms and conditions are the entire agreement between the user and FanPro and supersedes any prior understandings or agreements (written or oral).

## Copyright

All text. images, animation, videos, music. sounds, website design, graphics, text selections, arrangements, and all software are Copyright © 2000-2001, FanPro.

Case 2:08-cv-02306-GMS    Document 48-2    Filed 08/03/09    Page 56 of 69

# YAHOO! MAIL

**Exhibit B-10**

**Mr. Malcomson's notice of Intent to Summon**

From: "Jason Knight" <deathshadow60@hotmail.com>
To: debert@ingramllp.com, calbeck@yahoo.com
calbeck_pm_01_May_2009.txt (5KB)

Sunday, May 3, 2009 7:24 PM

From:
Jason M. Knight
233 Baker Street
Keene, NH 03431
deathshadow60@hotmail.com

To:

Mioko Tajika
David Ebert
Ingram, Yuzek, Gainen, Carroll & Bertolotti, LLP
250 Park Avenue
New York, New York 10177
debert@ingramllp.com

CC:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203
calbeck@yahoo.com

I have repeatedly asked the higher ups in the chain at Catalyst to be put in touch with Topps legal to contest many of Mr. Malcomsons's claims as I was the person ultimately responsible for his content appearing on the website on it's second iteration circa 2004, and was made privy to the history of said content prior to that point. First let me thank Mr. Malcomson for providing the neccessary information.

In his many forum posts publicly discussing his case, Mr. Malcomson has made wide ranging claims that are more fiction than fact. From claiming to talk to a Loren Weissman (Loren Coleman and Jordan Weissman are two distinct and separate people, given the timeframe Loren is not someone relevant to the case) to talking to Mr. Beas (who was not involved in the site at the time) to claims of working with Sam Lewis, evidence of which he fails to present - and isn't it interesting Mr. Lewis has not been summoned so far?

On his own website predating CLASSICBATTLETECH.COM he has claimed the materiel in it's entirety as his own failing to credit the original writer or the official copyright holder.
http://calbeck.tripod.com

If memory serves he also distributed this information on the Usenet via rec.games.mecha, though I am uncertain if anyone has an archive to support that (I am continuing to attempt to procure such a log from my own records)

His use of the materiel without permission from the 1987 handbook or the copyright and trademark holders for the Battletech property could also be construed as plaguarism and theft, so the claimant has no moral high ground on that count.

Mr. Malcomson's notice of intent to Summon - Yahoo! Mail

To compare, here is a page from the 1987 handbook.
http://battletech.hopto.org/images/EDL_MercHandbook.jpg

Which is FASA 1616, (c) 1987, written by Boy F. Petersen, Jr.
Copyright: TX0004008030 / 1995-03-27
Created: 1987
Published 1987

He has filed this copyright which illegally plaguarizes large sections of that materiel:

Registration Number / Date: TX0006907511 / 2008-03-12
Creation: 1993
Published: 2002-01-15

The creation date, publication date and and date of filing certainly raise many questions making this particular aspect highly suspect. I suspect that may add copyright fraud to the mix.

As to it appearing on classicbattletech.com - the offending content in question was present on the server at the time I took over as owner/operator of the website. When questioned at the time Mr. Warner Doles, previous owner/operator. It is interesting at the time of his claims at no point did Mr. Malcomson attempt to contact myself or Mr. Doles regarding this, yet claims to half talked to people like Jordan Weissman or Mr. Herbert Beas who had nothing to do with the 'Classic Battletech' line at that time. They licensed all development to Fantasy Productions LLC and had little direct interaction in it's development or the website apart from asking us to include their legal disclaimer.

It should be noted that while we had official sanction and presented a public front to the company, the site was privately held, owned and operated with permission from Wizkids, NOT their direct daily interaction. No materiels from FASA apart from printed works were made available to the volunteers maintaining the site, we had to reverse engineer almost everything... Since we did NOT have any materiel that FASA previously had in-house in the creation of the website, it is extremely unlikely that it came from any submissions he had made to them.

It is MORE likely that one of our volunteers was looking for the text from the 1987 handbook, and found Mr. Malcomsons existing website containing the exact same opening two paragraphs as the original 1987 text, and simply copied it over assuming it was the 1987 text in it's entirety... I know when I saw it in 2004 and ran my own script to update the site - said script re-enabling the page - that's what I assumed it was.

I was contacted by a company representative to give credit to Mr. Malcomson, which was done, but upon review it was found that it was NOT the canon text from the 1987 handbook, so it was removed and replaced with in-house materiel. That particular decision was MINE, as once I had all the facts I treated under the rules that today would be known as a DCMA takedown. If it was not from a printed sourcebook we at the time did not want it on our site in the canon universe information.

If either party wishes to summon me to appear that is entirely within reason assuming said party covers the cost of transportation of a handicapped individual. Otherwise I would be more than willing to file a affadavit through a local proxy. From 2001 to 2004 I was privvy to the internal workings and machinations of classicbattletech.com, and from 2004 to 2006 was directly responsable for the site and it's content. In fact, I am the only person currently on staff with the knowledge to answer the questions about what the content was, why it was on the site, and why

it was removed. I also have the knowledge to pull up timestamp dated evidence that would support all of my statements from independant third party sources on the internet.

Regards.
Jason M. Knight (aka deathshadow)
Former owner/operator CLASSICBATTLETECH.COM
Current Web Developer and Hosting Provider for CLASSICBATTLETECH.COM

Attached you will find the message Mr. Malcomson sent to various members of the community.

Hotmail® has ever-growing storage! Don't worry about storage limits. Check it out.

 MAIL

Exhibit C-1

Tuesday, July 28, 2009 1:25 PM

**Re: Typos: Copyright Registration TX6907511 (On leave)**
From: "COPRecords COPRecords" <COPRecords@loc.gov>
To: calbeck@yahoo.com

I will be out of the office Monday, July 27, through Friday, July 31.  I will take care of all corrections as soon as I return on Monday, August 3.

Internet Archive: About IA

Universal access to human knowledge

Web   Moving Images   Texts   Audio   Software   Education   Patron Info   About IA

Donate | Forums | FAQs | Contributions | Terms, Privacy, & Copyright | Contact

Home

Search: |                          All Media Types    ⏷ ⟳    Advanced    A

*Appendix A*

## Read More

Why the Archive is Building an 'Internet Library'

Future Libraries

Storage and Preservation

Related Projects and Research

Researcher Access

Server Statistics

Archive Statistics

Job Opportunities at the Internet Archive

Report Bugs and Request New Features

Usage Logs

### Media Coverage [more]

Library Partnership Preserves End-of-Term Government Web Sites

Senators Ask FBI to Explain Flawed 'National Security Letter' to Internet Archive

FBI Backs Off From Secret Order for Data After Lawsuit

Online library gets FBI to back off

Internet Archive Challenges F.B.I.'s Secret Records Demand

Brewster Kahle profiled in GOOD magazine

Podcast of Brewster at South By Southwest!

Nasa and Internet Archive Team to Digitize Space Imagery

OSTI Partners with Internet Archive

Brewster Kahle interviewed in Second Life!



## About the Internet Archive

The Internet Archive is a 501(c)(3) non-profit that was founded to build an Internet library, with the purpose of offering permanent access for researchers, historians, and scholars to historical collections that exist in digital format. Founded in 1996 and located in the Presidio of San Francisco, the Archive has been receiving data donations from Alexa Internet and others. In late 1999, the organization started to grow to include more well-rounded collections. Now the Internet Archive includes texts, audio, moving images, and software as well as archived web pages in our collections.

## Why the Archive is Building an 'Internet Library'

Libraries exist to preserve society's cultural artifacts and to provide access to them. If libraries are to continue to foster education and scholarship in this era of digital technology, it's essential for them to extend those functions into the digital world.

Many early movies were recycled to recover the silver in the film. The Library of Alexandria - an ancient center of learning containing a copy of every book in the world - was eventually burned to the ground. Even now, at the turn of the 21st century, no comprehensive archives of television or radio programs exist.

But without cultural artifacts, civilization has no memory and no mechanism to learn from its successes and failures. And paradoxically, with the explosion of the Internet, we live in what Danny Hillis has referred to as our "digital dark age."

The Internet Archive is working to prevent the Internet - a new medium with major historical significance - and other "born-digital" materials from disappearing into the past. Collaborating with institutions including the Library of Congress and the Smithsonian, we are working to preserve a record for generations to come.

Open and free access to literature and other writings has long been considered essential to education and to the maintenance of an open society. Public and philanthropic enterprises have supported it through the ages.

The Internet Archive is opening its collections to researchers, historians, and scholars. The Archive has no vested interest in the discoveries of the users of its collections, nor is it a grant-making organization.

At present, the size of our Web collection is such that using it requires programming skills. However, we are hopeful about the development of tools and methods that will give the general public easy and meaningful access to our collective history. In addition to developing our own collections, we are working to promote the formation of other Internet libraries in the United States and elsewhere.

**Find out**
- How to make a Monetary Donation to the Archive
- About our announcement and discussion lists on Internet libraries and movie archives as well as our user forums

## Future Libraries - How People Envision Using Internet Libraries

**From ephemera to artifact:** Internet libraries can change the content of the Internet from

8/1/2009

http://www.archive.org/about/about.php

Case 2:08-cv-02306-GMS    Document 48-2    Filed 08/03/09    Page 61 of 69

ephemera to enduring artifacts of our political and cultural lives.



Member

ALA

"I believe historians need every possible piece of paper and archived byte of digital data they can muster. The Smithsonian Institution sees the value, and has affiliated with the Archive to preserve the 1996 campaign Web sites, official and unofficial."

Dan Gillmor, computing editor, *San Jose Mercury News*, 1 September 1996

**Protecting our right to know:** Most states have pre-Internet sunshine laws that require public access to government documents. Yet while the Internet has generally increased public access to information, states have just begun to amend those laws to reflect today's Internet environment. According to Bill Chamberlin, director of the Marion Brechner Citizen Access Project at the University of Florida's College of Journalism and Communications, such laws are being enacted "piecemeal, one state at a time," and cover information that varies widely in nature - everything from "all public records" to specialized information such as education reports and the licensing status of medical practitioners. In the meantime, while public officials are posting more information on the Internet than their state legislatures require, there's little regulatory control over exactly what is posted, when it's taken off, or how often it's updated. This leaves a gap that online libraries can help to fill.

**Exercising our "right to remember":** Without paper libraries, it would be hard to exercise our "right to remember" our political history or hold government accountable. With much of the public's business now moving from paper to digital media, Internet libraries are certain to become essential in maintaining that right. Imagine, for instance, how news coverage of an election campaign might suffer if journalists had only limited access to previous statements that candidates had made in the media.

"The Internet Archive is a service so essential that its founding is bound to be looked back on with the fondness and respect that people now have for the public libraries seeded by Andrew Carnegie a century ago.... Digitized information, especially on the Internet, has such rapid turnover these days that total loss is the norm. Civilization is developing severe amnesia as a result; indeed it may have become too amnesiac already to notice the problem properly. The Internet Archive is the beginning of a cure - the beginning of complete, detailed, accessible, searchable memory for society, and not just scholars this time, but everyone."

Stewart Brand, president, The Long Now Foundation

**Establishing Internet centers internationally:** What is a country without a memory of its cultural heritage? Internet libraries are the place to preserve the aspect of a country's heritage that exists on the Internet.

**Tracing the way our language changes:** During the late 19th century, James Murray, a professor at Oxford University, built the first edition of the *Oxford English Dictionary* by sending copies of selected books to "men of letters" who volunteered to search them for the first occurrences of words and to trace the migration of their various meanings. Internet libraries could allow linguists to automate much of this extremely labor-intensive process.

**Tracking the Web's evolution:** Historians, sociologists, and journalists could use Internet libraries to hold up a mirror to society. For example, they might ask when different ethnic groups or special interests or certain businesses became a presence on the Internet.

"We don't know where this Internet is going, and once we get there it will be very instructive to look back."

Donald Heath, president of the Internet Society in Reston, Virginia

**Reviving dead links:** A few services - such as UC Berkeley's Digital Library Project, the Online Computer Library Center, and Alexa Internet are starting to offer access to archived versions of Web pages when those pages have been removed from the Web. This means that if you get a "404 - Page Not Found" error, you'll still be able to find a version of the page.

**Understanding the economy:** Economists could use Archive data such as link structures - what and how many links a site contains - to investigate how the Web affects commerce.

**Finding out what the Web tells us about ourselves:** Researchers could use data on links and traffic to better understand human behavior and communication.

"Researchers could use the Archive's Web snapshots in combination with usage

Case 2:08-cv-02306-GMS    Document 48-2    Filed 08/03/09    Page 62 of 69

statistics to compare how people in different countries use the Web over long periods of time.... Political scientists and sociologists could use the data to study how public opinion gets formed. For example, suppose a device for increasing privacy became available: Would it change usage patterns?"

Bernardo Huberman, Xerox Palo Alto Research Center

"The Internet Archive has created a kind of test tube that allows a broad range of researchers to analyze the Web in ways that have never been possible before. What makes this type of research unique is that it often requires the fusion of traditional tools and techniques with new methods, and it results in the development of new theories, techniques, and metrics."

James Pitkow, Xerox Palo Alto Research Center

**Looking back:** With a "way-back machine" - a device that displayed the Web as it looked on a given date - historians and others would literally have a window on the past.

How would you use an Internet library?

Related Projects and Research

Internet libraries raise many issues in a range of areas, including archiving technology, copyright, privacy and free speech, trademark, trade secrets, import/export issues, stolen property, pornography, the question of who will have access to the libraries, and more.

Below are links to projects, resources, and institutions related to Internet libraries.

Internet Libraries and Librarianship
Archiving Technology
Internet Mapping
Internet Statistics
Copyright
Privacy and Free Speech

**Internet Libraries and Librarianship**

**Alexa Internet** has catalogued Web sites and provides this information in a free service.
www.alexa.com

**The American Library Association** is a major trade association of American libraries.
www.ala.org

**The Australian National Library** collects material including organizational Web sites.
pandora.nla.gov.au/documents.html

**The Council on Library and Information Resources** works to ensure the well-being of the scholarly communication system.
www.clir.org
See its publication **Why Digitize?** at
www.clir.org/pubs/reports/pub80-smith/pub80.html

**The Digital Library Forum (D-Lib)** publishes an online magazine and other resources for building digital libraries.
www.dlib.org

**Attorney I. Trotter Hardy** explains copyright law and examines its implications for digital materials in his paper **Internet Archives and Copyright.**
copyright_TH.php

**The Internet Public Library** site has many links to online resources for the general public.
www.ipl.org

**Brewster Kahle** is a founder of WAIS Inc. and Alexa Internet and chairman of the board of the Internet Archive. See his paper **The Ethics of Digital Librarianship** at
ethics_BK.php

Internet Archive: About IA

**Michael Lesk** of the National Science Foundation has written extensively on digital archiving and digital libraries.
www.purl.net/NET/lesk

**The Library of Congress** is the national library of the United States.
www.loc.gov

**The Museum Digital Library** plans to help digitize collections and provide access to them.
www.digitalmuseums.org

**The National Archives and Records Administration** oversees the management of all US federal records. It also archives federal Web sites including the Clinton White House site.
www.nara.gov

**The National Science Foundation Digital Library Program** has funded academic research on digital libraries.
www.nsf.gov/home/crssprgm/dli/start.htm

**National Technical Information Service (NTIS)**, U.S. Department of Commerce, Technology Administration. NTIS is an archive and distributor of scientific, technical, engineering and business related information developed by and for the federal government.
www.ntis.gov

**Network Wizards** has been tracking Internet growth for many years.
www.nw.com

**Project Gutenberg** is making ASCII versions of classic literature openly available. www.gutenberg.org

**The Radio and Television Archive** has many links to related resources.
www.rtvf.unt.edu/links/histsites.htm

**Revival of the Library of Alexandria** is a project to revive the ancient library in Egypt.
www.bibalex.org

**The Society of American Archivists** is a professional association focused on ensuring the identification, preservation, and use of records of historical value.
www.archivists.org

**The Royal Institute of Technology Library in Sweden** is creating a system of quality-assessed information resources on the Internet for academic use.
www.lib.kth.se/main/eng

**The United States Government Printing Office** produces and distributes information published by the US government.
www.access.gpo.gov

**The University of Virginia** is building a catalog of digital library activities.
http://www.lib.virginia.edu/digital/

**Archiving Technology**

**The Association for Computing Machinery (ACM) computing and public policy page** includes papers and news on pending legislation on issues including universal access, copyright and intellectual property, free speech and the Internet, and privacy.
www.acm.org/serving

**The Carnegie Mellon University Informedia Digital Video Library Project** is studying how multimedia digital libraries can be established and used.
www.informedia.cs.cmu.edu

**The Intermemory Project** aims to develop highly survivable and available storage systems.
www.intermemory.org

**The National Film Preservation Board,** established by the National Film

Preservation Act of 1988, works with the Library of Congress to study and implement plans for film and television preservation. The site's research page includes links to the board's 1993 film preservation study, a 1994 film preservation plan, and a 1997 television and video study. All the documents warn of the dire state of film and television preservation in the United States.
lcweb.loc.gov/film/filmpres.html

The National Institute of Standards and Technology (NIST) posts IEC International Standard names and symbols for prefixes for binary multiples for use in data processing and data transmission.
www.physics.nist.gov/cuu/Units/binary.html

The Text Retrieval Conference (TREC) encourages research in information retrieval from large text collections.
trec.nist.gov

### Internet Mapping

An Atlas of Cyberspaces has maps and dynamic tools for visualizing Web browsing.
www.cybergeography.com/atlas/surf.html

The Internet Mapping Project is a long-term project by a scientist at Bell Labs to collect routing data on the Internet.
www.cs.bell-labs.com/who/ches/map

The Matrix Information Directory Service has good maps and visualizations of the networked world.
www.mids.org

Peacock Maps has maps of Internet connectivity.
www.peacockmaps.com

### Internet Statistics

WebReference has an Internet statistics page (publisher: Internet.com).
webreference.com/internet/statistics.html

### Copyright

The Association for Computing Machinery (ACM) copyright information page includes text of pertinent laws and pending legislation.
www.acm.org/usacm/copyright

Tom W. Bell teaches intellectual property and Internet law at Chapman University School of Law.
www.tomwbell.com
His site includes a graph showing the trend of the maximum US copyright term at
www.tomwbell.com/writings/(C) Term.html

Cornell University posts the text of copyright law at
www4.law.cornell.edu/uscode/unframed/17/107.html
www4.law.cornell.edu/uscode/unframed/17/108.html

The Digital Future Coalition is a nonprofit working on the issues of copyright in the digital age.
www.dfc.org

The National Academy Press is the publishing arm of the national academies. "The Digital Dilemma: Intellectual Property in the Information Age"
http://www.nap.edu/html/digital_dilemma/
"LC21: A Digital Strategy for the Library of Congress"
www.nap.edu/books/0309071445/html

Pamela Samuelson is a professor in the School of Information Management and Systems at UC Berkeley.
info.berkeley.edu/~pam

Title 17 of US copyright code
www.loc.gov/copyright/title17/

8/1/2009

Internet Archive: About IA

US Government Copyright Office
www.loc.gov/copyright

**Privacy and Free Speech**

The Association for Computing Machinery (ACM) free-speech information page includes the text of pertinent laws and pending legislation.
www.acm.org/usacm/speech

The Association for Computing Machinery (ACM) privacy information page includes the text of congressional testimony and links to other resources.
www.acm.org/usacm/privacy

The Benton Foundation Communications Policy and Practice Program has the goal of infusing the emerging communications environment with public-interest values.
www.benton.org/cpphome.html

The Center for Democracy and Technology works to promote democratic values and constitutional liberties in the digital age.
www.cdt.org

The Computers Freedom and Privacy Conference has a site containing information on each annual conference held since 1991.
www.cfp.org

The Electronic Frontier Foundation works to protect fundamental civil liberties, including privacy and freedom of expression in the arena of computers and the Internet.
www.eff.org

The Electronic Privacy Information Center, a project of the Fund for Constitutional Government, is a public-interest research center whose goal is to focus public attention on emerging civil liberties issues and to protect privacy, the First Amendment, and constitutional values.
www.epic.org

The Free Expression Policy Project is a think tank on artistic and intellectual freedom at NYU's Brennan Center for Justice. Through policy research and advocacy, they explore freedom of expression issues including censorship, copyright law, media localism, and corporate media reform.
www.fepproject.org

The Internet Free Expression Alliance is an information and advocacy organization focused on free speech as it relates to the Internet.
www.ifea.net

The Internet Privacy Coalition aims to protect privacy on the Internet by promoting the widespread availability of strong encryption and the relaxation of export controls on cryptography.
www.privacy.org/ipc

The Privacy Page includes news, alerts, and links to privacy-related resources. Related organizations include the Electronic Privacy Information Center, the Internet Privacy Coalition, and Privacy International.
www.privacy.org

Privacy International is a London-based human rights group formed as a watchdog on surveillance by governments and corporations.
www.privacy.org/pi

Please suggest other pages that may be appropriate here.

**Storage and Preservation**

The Archive has two practical considerations in dealing with digital collections:

How to store massive amounts of data
How to preserve the data for posterity

**Storage**

8/1/2009

Internet Archive: About IA

Storing the Archive's collections involves parsing, indexing, and physically encoding the data. With the Internet collections growing at exponential rates, this task poses an ongoing challenge.

Our hardware consists of PCs with clusters of IDE hard drives. Data is stored on DLT tape and hard drives in various appropriate formats, depending on the collection. Web data is received and stored in archive format of 100-megabyte ARC files made up of many individual files. Alexa Internet (currently the source of all crawls in our collections) is proposing ARC as a standard for archiving Internet objects. See Alexa for the format specification.

**Preservation**

Preservation is the ongoing task of permanently protecting stored resources from damage or destruction. The main issues are guarding against the consequences of accidents and data degradation and maintaining the accessibility of data as formats become obsolete.

> **Accidents:** Any medium or site used to store data is potentially vulnerable to accidents and natural disasters. Maintaining copies of the ArchiveÃ¯Â¿Â½s collections at multiple sites can help alleviate this risk. Part of the collection is already handled this way, and we are proceeding as quickly as possible to do the same with the rest.

> **Migration:** Over time, storage media can degrade to a point where the data becomes permanently irretrievable. Although DLT tape is rated to last 30 years, the industry rule of thumb is to migrate data every 10 years. We no longer use tapes for storage, however. Please take a look at our page on our Petabox system for more information on our storage systems.

> **Data formats:** As advances are made in software applications, many data formats become obsolete. We will be collecting software and emulators that will aid future researchers, historians, and scholars in their research.

**Find out**

> How to get free access to the Archive's Internet collections
> About our announcement and discussion lists on Internet libraries and movie archives

Terms of Use (10 Mar 2001)

8/1/2009

Case 2:08-cv-02306-GMS    Document 48-2    Filed 08/03/09    Page 68 of 69

The Library of Congress > News Releases > Library Partnership Saves Government Sites

# News from the Library of Congress

**Contact:** Jennifer Gavin, Public Affairs Office (202) 707-1940; Abbie Grotke, Office of Strategic Initiatives (202) 707-2833

## August 14, 2008

### Library Partnership Preserves End-of-Term Government Web Sites

The Library of Congress, the California Digital Library, the University of North Texas Libraries, the Internet Archive and the U.S. Government Printing Office today announced a collaborative project to preserve public United States Government web sites at the end of the current presidential administration ending January 19, 2009. This harvest is intended to document federal agencies' online archive during the transition of government and to enhance the existing collections of the five partner institutions.

As part of this collaboration, the Internet Archive will undertake a comprehensive crawl of the .gov domain. The Library of Congress has been preserving congressional Web sites on a monthly basis since December 2003 and will focus on development of this archive for the project. The University of North Texas and the California Digital Library will focus on in-depth crawls of specific government agencies. The project will also call upon government information specialists -- including librarians, political and social science researchers, and academics -- to assist in the selection and prioritization of web sites to be included in the collection, as well as identifying the frequency and depth of the act of collecting. The Government Printing Office will lend expertise to the curation process along with libraries in its Federal Depository Library Program. A tool has been designed by the project team and developed by the University of North Texas to facilitate the collaborative work of these specialists, and will be made available to participants in August 2008.

"Digital government information is considered at-risk, with an estimated life span of 44 days for a web site. This collection will provide an historical record of value to the American people," said Director of Program Management Martha Anderson of the Library of Congress' National Digital Information Infrastructure and Preservation Program (NDIIPP).

The Library of Congress, the world's preeminent reservoir of knowledge, is leading a nationwide program to collect and preserve at-risk digital content of cultural and historical importance. The program, formally called the National Digital Information Infrastructure and Preservation Program (www.digitalpreservation.gov), is building a digital preservation network of partners. More information about the Library's Web Capture program is available at www.loc.gov/webcapture; more information about the Library's other resources can be found at www.loc.gov.

The California Digital Library (www.cdlib.org) leads the NDIIPP funded Web-at-Risk project, which is developing tools that enable librarians and archivists to capture, curate, preserve, and provide access to web-based government and political information. In partnership with the University of California libraries, the California Digital Library established the digital preservation program to ensure long-term access to the digital information that supports and results from research, teaching and learning at the university.

The University of North Texas Libraries, as part of the Federal Depository Library Program, created the CyberCemetery (http://govinfo.library.unt.edu) in 1997, to capture and provide permanent public access to the web sites and publications of defunct U.S. government agencies and commissions. The University of North Texas participates in the NDIIPP program as a partner with the California Digital Library in the Web-at-Risk project focusing on the selection of materials for capture and preservation.

The U.S. Government Printing Office manages the Federal Depository Library Program and is charged with providing permanent public access to government publications.

The Internet Archive is a high-tech nonprofit, founded in 1996 by Brewster Kahle as an "Internet library" to provide universal and permanent access to digital information for educators, researchers, historians, and the general public. The Internet Archive captures, stores and provides access to born-digital and digitized

Library Partnership Saves Government Sites - The Library Today (Library of Congress)

content, and leads the development of Heritrix, the open-source archival web crawler, used to facilitate the collection of web data for this project.

# # #

PR 08-139
08/14/08
ISSN 0731-3527

⟳ Top

About | Press | Site Map | Contact | Accessibility | Legal | USA.gov