**ALTFELD BATTAILE & GOLDMAN, P.C.**
**250 North Meyer Avenue**
**Tucson, Arizona 85701**
**Tel:(520) 622-7733**
**Fax:(520) 622-7967**
**JFBattaile@abgattorneys.com**
**John F. Battaile, ASB No. 4103**

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
**250 Park Avenue**
**New York, New York 10177**
**Tel: (212) 907-9600**
**Fax: (212) 907-9681**
**DEbert@ingramllp.com**
MTajika@ingramllp.com
**David G. Ebert**
**Mioko C. Tajika**
***Admitted Pro Hac Vice***

*Attorneys for Defendant, The Topps Company, Inc.*

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scott Malcomson,<br><br>Plaintiff,<br><br>v.<br><br>The Topps Company, Inc.,<br><br>Defendant. | NO. CV08-2306-PHX-GMS<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND (FIRST REQUEST)** |

In accordance with Rule 7.3 of the Local Rules for the District of Arizona, defendant, The Topps Company, Inc., moves for an extension of time from September 7, 2009, to October 5, 2009 to file and serve Topps's memorandum of law in opposition/cross-motion to *pro se* plaintiff Scott Malcomson's August 3, 2009 motion for summary judgment. The reasons for this request is that David G. Ebert, Esq., the partner on this case who deposed plaintiff a few weeks ago in Phoenix, Arizona, has long-standing plans to be away for the next two weeks. His input is essential to preparing the opposition/cross-motion papers, as he has been Topps's counsel for 20 years and has

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

knowledge about Topps's practices and of certain aspects of this dispute that others cannot provide. Additionally, there are other work commitments and deadlines that would prevent Topps's counsel from devoting the time to adequately prepare for a response to plaintiff's motion.

Plaintiff has refused to consent to this request. Topps regrets having to burden the Court with this application, which is necessitated by plaintiff's refusal to extend this routine courtesy notwithstanding the accommodations Topps has made and courtesies Topps has extended to him in recognition of his self-representation.

The requested adjournment date is within the deadline for making dispositive motions as set forth in this Court's February 20, 2009 Case Management Order.

This is Topps's first request for an extension of time.

ALTFELD BATTAILE & GOLDMAN, P.C.

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

/s/ John F. Battaile
*Attorneys for Defendant*

The foregoing was electronically filed on August 12, 2009 and mailed via U.S. Mail on August 12, 2009 to:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203

/s/ Elena Todd
Elena Todd