**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scott Malcomson,<br>Plaintiff,<br>v.<br>The Topps Company, Inc.,<br>Defendant. | NO. CV08-2306-PHX-GMS<br><br>**ORDER** |

This matter having come before the Court on Defendant The Topps Company, Inc.'s Motion for Extension of Time to Respond (First Request) to *pro se* plaintiff Scott Malcomson's Motion for Summary Judgment, and the Court being duly advised,

**IT IS HEREBY ORDERED** that Topps's motion is granted and Topps will have until and including October 5, 2009 to respond to plaintiff's motion for summary judgment.

DATED this _____ day of _____________, 2009.

______________________________
Hon. G. Murray Snow
United States District Court Judge