# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Scott Malcomson,                             )    No. CV-08-2306-PHX-GMS
                                             )
      Plaintiff,                       )
                                             )
vs.                                          )    **ORDER**
                                             )
Topps, Inc.,                                 )
                                             )
      Defendant.                       )
                                             )
_____            )

      Pending before the Court is Defendant's Motion for Extension of Time to Respond (First Request) (Dkt. # 50) to *pro se* Plaintiff's Motion for Summary Judgment. Although the time for Plaintiff to respond has not lapsed, the Court notes that Plaintiff refused to consent to the request. Parties routinely grant extensions as a courtesy to the extent that the extension does not interfere with existing deadlines in the scheduling order or prejudice a party in its ability to respond or obtain additional discovery. The Court notes that discovery in this action is closed and the deadline for dispositive motions is not until November 27, 2009. Therefore,

      **IT IS HEREBY ORDERED** that Topps's Motion (Dkt. # 50) is granted and Topps will have, to and including, **October 5, 2009** to respond to Plaintiff's Motion for Summary Judgment (Dkt. # 48).

      DATED this 27th day of August, 2009.

                         _____
                              G. Murray Snow
                     United States District Judge