Scott Malcomson

450 N. Hall

Mesa, Arizona 85203

(602) 323-7458

calbeck@yahoo.com

**Plaintiff's Motion for Summary Judgement**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Scott Malcomson,

    Plaintiff,

v.

The Topps Company, Inc.,

    Defendant.

NO. CV08-2306-PHX-GMS

**Plaintiff's Motion for Default Judgement**

    Under Federal Rule of Civil Procedure 55, Plaintiff Scott Malcomson moves for a Default Judgement to be applied against Defendant on grounds of non-response.

    Plaintiff filed Motion for Summary Judgement on August 3, 2009. Defense counsel requested and received from the Court a 30-day extension to the time normally allowed for response under F.R.C.P. 12(a)(1), that limit being 20 days. The resulting 50-day period expired on September 22, 2009. At this time, Plaintiff has received no Response from Defendant, nor any indication that a Response is forthcoming.

    Plaintiff therefore requests the Court immediately enter a ruling in favor of his Motion for Summary Judgement on grounds of Defendant's non-response.

RESPECTFULLY SUBMITTED THIS OCTOBER 2, 2009.

_____
SCOTT MALCOMSON
*Plaintiff, filed pro se*
450 N. Hall, Mesa, Arizona 85203
(602) 323-7458

Certificate of Service

I certify that a copy of the foregoing Motion for Default Judgement was served on Defendant, in the person of chief counsel Mioko C. Tajika, of Ingram Yuzek Gainen Carroll & Bertolotti, LLP, 250 Park Avenue, New York, New York 10177 this October 2, 2009.