**ALTFELD BATTAILE & GOLDMAN, P.C.**
**250 North Meyer Avenue**
**Tucson, Arizona 85701**
**Tel:(520) 622-7733**
**Fax:(520) 622-7967**
**JFBattaile@abgattorneys.com**
**John F. Battaile, ASB No. 4103**

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
**250 Park Avenue**
**New York, New York 10177**
**Tel: (212) 907-9600**
**Fax: (212) 907-9681**
**DEbert@ingramllp.com**
MTajika@ingramllp.com
**David G. Ebert**
**Mioko C. Tajika**
*Admitted Pro Hac Vice*

*Attorneys for Defendant, The Topps Company, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Malcomson, | NO. CV08-2306-PHX-GMS |
| Plaintiff, | |
| v. | |
| The Topps Company, Inc., | |
| Defendant. | |

**DEFENDANT'S LOCAL RULE 56.1(a) STATEMENT OF FACTS**
**IN OPPOSITION TO PLAINTIFF'S MOTION FOR**
**SUMMARY JUDGMENT AND IN SUPPORT OF**
**DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant, The Topps Company, Inc., submits this Local Rule 56.1(a) Statement

of Facts ("SOF") in opposition to plaintiff Scott Malcomson's motion for summary

judgment and in support of Topps's cross-motion for summary judgment.  References are

to the Affidavit of David G. Ebert ("Ebert Aff."), sworn to on October 5, 2009 and its

exhibits; the Affidavit of Randall Bills ("Bills Aff."), sworn to on October 2, 2009 and its

*Left margin, vertical text:*
ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

exhibits; and the Affidavit of Andrew J. Gasper ("Gasper Aff."), sworn to on October 5, 2009 and its exhibit.

### A.    Classic BattleTech

1.    The BattleTech Property is a war-gaming and science fiction franchise (the "BattleTech Property").  It is a highly-developed and sophisticated fantasy world (the "BattleTech Universe") similar in concept and feel to *Star Wars* or *Star Trek*.  (Bills Aff. ¶ 3.)  It was introduced in 1984 as a complex, war-strategy boxed board game set against a backdrop of humanity in a futuristic civil war in the 31st century.  (Bills Aff. ¶ 3.)

2.    The BattleTech Universe has since greatly evolved as existing stories have been further developed, and new stories, plot lines, characters, and elements have been introduced.  (Bills Aff. ¶ 3.)  It now is comprised of computer and video games, role-playing games, collectible card games, over 100 novels and 300 source books and rule books, an animated television series, and other projects.[1]  (Bills Aff. ¶ 4.)

### B.    Ownership of the BattleTech Property

3.    FASA Corporation is the original developer and owner of the BattleTech Property.  (Bills Aff. ¶ 5.)  In 2000, Jordan Weisman, a FASA co-founder, started WizKids LLC.[2]  (Bills Aff. ¶ 7.)  In 2001, FASA closed its business operations, and all of

---

[1] A detailed background on the history of the BattleTech Property's coming to being is described in *FASA Corp. v. Playmates Toys, Inc.*, 912 F. Supp. 1124 (N.D. Ill. 1996).

[2] On February 19, 2004, WizKids LLC, which was a Delaware limited liability company, was converted into WizKids, Inc. ("WizKids"), a Delaware corporation. (Gasper Aff. ¶ 3.)  On September 4, 2009, WizKids was renamed Former Games, Inc. (Gasper Aff. ¶ 3.)

-2-

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

FASA's employees were let go.  (Bills Aff. ¶ 7.)  In March 2001, WizKids acquired

intellectual property rights to the BattleTech Property from FASA.  (Bills Aff. ¶ 7; Gasper

Aff. ¶ 4 and Ex. A.)

4.      WizKids, which currently owns the Battle Tech Property, licensed the

BattleTech Property to FanPro LLC from 2001 to 2007, and to Catalyst Game Labs from

2007 to the present.  (Bills Aff. ¶ 8.)  The day-to-day operations of the BattleTech

Property, including story line development and publications of BattleTech materials, were

performed by the licensees with minimal supervision by WizKids.  (Bills Aff. ¶ 8.)

5.      In November 2008, WizKids announced that it would be ceasing a large

portion of its operations, and commenced a process to look for prospective buyers for its

businesses.  (Gasper Aff. ¶ 3.)  WizKids continues to own the BattleTech Property.

(Gasper Aff. ¶ 4.)

6.      Topps acquired 100% of WizKids's ownership interests in June 2003, but

does not own the BattleTech Property.  (Gasper Aff. ¶¶ 3, 5.)

7.      Topps disclosed its relationship to WizKids, and WizKids's ownership of

the BattleTech Property, to Malcomson before fact discovery closed on July 31, 2009.

(Ebert Aff. Ex. I.)  Malcomson knew this as he demonstrated his awareness of FASA's

sale of the BattleTech Property to WizKids at his July 2, 2009 deposition.  (Ebert Aff. Ex.

H at 41:1–2.)

C.    **Malcomson's Contacts with FASA**

8.    The literature for the BattleTech Property was written by freelance writers and employees of FASA under a work for hire arrangement.  (Bills Aff. ¶ 5.)  The arrangement entailed entering into a contract that required the transfer of any intellectual property rights in the submission to FASA.  (Bills Aff. ¶ 5 and Ex. A.)  Examples of FASA's work for hire agreements are annexed to the Bills Affidavit as Exhibit "A".

9.    In the early 1990s, Malcomson submitted to FASA a proposed idea for a novel, which FASA did not develop.  (Ebert Aff. Ex. G at T0065.)  In a March 29, 1993 letter to Malcomson, however, Sam Lewis, FASA's then-president, told Malcomson that he should consider writing some game materials, and suggested that "[t]aking the Eridani Light Horse and working out a McCarron's type scenario pack would be very interesting."  (Ebert Aff. Ex. G at T 0065.)

10.    The Eridani Light Horse ("ELH") is one of many fictional BattleTech mercenary units, i.e., a private military company in the BattleTech Universe.  (Bills Aff. ¶ 10.)  The written history of ELH appears in two works that pre-dated Malcomson's work at issue in this action.  (Bills Aff. ¶ 10.)  The ELH history is referenced briefly in FASA's 1985 work *BattleTech: A Game of Armored Combat Second Edition*; a BattleTech game. (Bills Aff. ¶ 10.)  A more developed version of the ELH history appeared in a 1987 work called *BattleTech: Mercenary's Handbook* (the "Mercenary's Handbook"), which is a

ALTFELD BATTAILE & GOLDMAN, P.C.

250 NORTH MEYER AVENUE

TUCSON, ARIZONA 85701-1047

520-622-7733

-4-

BattleTech "source book" (a book that provides the background information about aspects of the BattleTech Universe).  (Bills Aff. ¶ 10.)

11.    ELH comprises a very small portion relative to the overall BattleTech Universe—it is treated, or mentioned in passing, less than 20 times in a total of over 100 novels and over 300 source books and rule books.  (Bills Aff. ¶ 10.)

12.    FASA registered both works with the U.S. Copyright Office in 1993 and 1995, respectively.  (Ebert Aff. Exs. C and D.)  Boy F. Petersen, Jr. who wrote the ELH text in the Mercenary's Handbook, and other writers for the Mercenary's Handbook, as well as all the writers for *A Game of Armored Combat*, were given a "Writing" credit in a manner similar to Malcomson, but none of them co-owns the works because all intellectual property rights had to be transferred to FASA as employer for hire.  (Bills Aff. ¶ 5 and Exs. B, C; Ebert Aff. Exs. C, D.)

13.    The copyrights in both the Mercenary's Handbook and *A Game of Armored Combat* were transferred to WizKids in 2001.[3]  (Gasper Aff. ¶ 4 and Ex. A.)

14.    FASA also provided Malcomson with its 1993 Submission Guidelines that governed the terms of submission.  (Ebert Aff. Ex. H 107:5–13.)  It provided that writers

---

[3] The requirement to record copyright transfers has been abolished after March 1, 1989. 3 Melville B. Nimmer & David Nimmer, Nimmer on Copyright § 12.08 at 12-163 (1st ed. 2008).

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

could submit a proposal and, if FASA was interested in it, "you will be contacted by one of our developers to ensure that your idea merge cleanly into the game story for which you are writing." (Ebert Aff. Ex. F at 1.) The Guidelines also stated as follows:

> FASA is always willing to look at your project submissions even if you have never worked in the gaming industry. Any work you do for us as a first-time writer will be done *on-spec*. This means that you will work with us to develop the project, write the manuscript and submit it to us for approval without receiving a contract. We retain the option to reject the work even after you have submitted the complete manuscript. . . .

(Ebert Aff. Ex. F at 1.) The FASA 1996 Submission Guidelines provided essentially the same terms. (Ebert Aff. Ex. F at 2–3.)

15.    Malcomson submitted his proposed ELH content to FASA in 1993 (the "Submission"). (First Amended Complaint ("Am. Compl."), Docket Index ("D.I.") #30 at ¶ 4.) The Submission consisted largely of the pre-existing "official" BattleTech ELH story, copied verbatim from the Mercenary's Handbook, to which Malcomson added a limited amount of original written material based, at least in part, on ideas he borrowed from FASA's Star League source book.   (Ebert Aff. Ex. H at 36:21–43:23.)

16.    Malcomson admitted at his deposition that he lifted portions of the Mercenary's Handbook verbatim. (Ebert Aff. Ex. H at 37:24–40:19; 41:25–42:8; 46:14–56:16.) While Malcomson testified at his deposition that he had permission (Ebert Aff. Ex. H at 57:2–24; 104:22–105:21; 147:16–23), he was unable to name who gave that permission (Ebert Aff.

Ex. H at 58:7–9; 105:9–12; 106:12–18), and he also testified that "I did absolutely not believe I had any rights to that material [i.e., FASA's copyrighted works] because it had not been published with authorization of the company." (Ebert Aff. Ex. H at 61:11–14.)

17.    Malcomson's Submission, with FASA's pre-existing ELH content circled to show what Malcomson copied, is attached to the Ebert Affidavit as Exhibit "A".

18.    From 1993 to 1996, FASA and Malcomson exchanged several letters about the Submission. (Ebert Aff. Ex. G at T 0066–T0070.) On one occasion in 1994, FASA made some editorial comments asking that he resubmit his work incorporating those comments. (Ebert Aff. Ex. G at T 0069.) Ultimately, however, FASA rejected Malcomson's Submission in a September 18, 1996 letter from Randall Bills to Malcomson, which stated that "[w]e regret to inform you that we have chosen not to develop your project." (Bills Aff. Ex. D.)

19.    In 2000, FASA sued Malcomson in Cook County, Illinois, seeking a declaration that it did not owe any contractual obligations to publish Malcomson's Submission. (Ebert Aff. Ex. G T 0022 ¶ 4; T 0024 ¶ 10.) Shortly thereafter, FASA obtained a default judgment against Malcomson. (Ebert Aff. Ex. G at T 0082.)

**4.    The BattleTech Web Site**

20.    The BattleTech web site was created in 2001 or so, and was operated entirely by loyal BattleTech fans, who volunteered their time. (Bills Aff. ¶ 12.) At the time, Warner Doles, a BattleTech fan and freelance writer, operated the web site, but he was not an employee of WizKids or FanPro. (Bills Aff. ¶ 12.)

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

21.     Malcomson alleges that his Submission appeared on the BattleTech web site in 2001 without his permission and without attribution.  (Am. Compl. D.I. #30 at ¶¶ 4, 5.)

22.     Malcomson alleges, but fails to provide evidence of, an alleged agreement between him and WizKids where WizKids "offered terms for use of the work including formal accreditation, acceptance of Plaintiff's work as canon,[4] and Plaintiff's retention of all pertinent rights."  (Am. Compl. D.I. #30 at ¶ 6.)  As part of this alleged agreement, Malcomson submitted a revised version of his original Submission ("Revised Submission") to replace his original Submission.  (Am. Compl. D.I. #30 at ¶ 6.)  There is no evidence that Malcomson received any payment from WizKids.

23.     A certified copy of Malcomson's Revised Submission, with FASA's pre-existing ELH content circled to show what Malcomson copied verbatim, is attached as Exhibit "B" to the Ebert Affidavit.

24.     The Revised Submission appeared on the BattleTech site until August 2005, at which time it was removed.  (Am. Compl. D.I. #30 at ¶ 6; Ebert Aff. Ex. H at 46:2–4; 72:7–14; 78:2–15; 88:20–24; 163:23–164:3; 173:8–10.)

25.     None of WizKids, FanPro, Catalyst, or Topps has ever used Malcomson's Submission or Revised Submission after August 2005.  (Ebert Aff. Ex. H at 89:2–23; 143:15–19.)

**E.      The Practice At WizKids**

26.     As was the practice at FASA, all BattleTech writers entered into work for hire agreements with WizKids under which any intellectual property rights were transferred to

---

[4] To be "canon" means that the work has been adopted as the official version of the BattleTech Universe.  Before any work can become canon, the writer of the canon material had to transfer all intellectual property rights to WizKids.  (Bills Aff. ¶ 6.) Malcomson alleges that Warner Doles, then BattleTech site administrator, stated that his work was canon, but the evidence Malcomson presents on this point is equivocal and does not establish that Malcomson's work constitutes canon.  (Pl. Motion Ex. B-7.)

WizKids.  (Bills Aff. ¶¶ 8, 9 and Ex. A.)  Examples of WizKids's work for hire agreements are annexed to the Bills Affidavit as Exhibit "A".

27.    For example, the "Book Packager Agreement" that Randall Bills entered into with WizKids in 2004 specifically provided that Bills would be "credited for the Work on the cover and title page of the published Work as follows: 'Randall Bills'."  (Bills Aff. Ex. A "Book Packager Agreement" ¶ 12.)  But the agreement provided elsewhere that Bills's work was a work for hire; that he "assigns and agrees to assign exclusively to WizKids, Inc., all rights to such contributions, including, without limitation, all copyrights . . . "; and that "[WizKids] will copyright the Work in the name of WizKids, Inc."  (Bills Aff. Ex. A "Book Packager Agreement" ¶¶ 4, 11.)

28.    None of the other individuals listed above Malcomson's name on the general credits page on the BattleTech site, annexed to Malcomson's motion as Exhibit B-1, such as Bills, or Loren Coleman, then freelance author of BattleTech; co-own the BattleTech Property with WizKids.  (Plaintiff's Motion for Summary Judgment ("Pl. Motion") Ex. B-1; Ebert Aff. Ex. J.)

29.    At all times, including after Malcomson's Revised Submission appeared on the BattleTech site in 2002, BattleTech publications have been registered in the name of FASA or WizKids only.  (Ebert Aff. Ex. J.)

F.    **Status of Copyright Registration**

30.    Malcomson fails to show that he registered his Submission with the U.S. Copyright Office.  He did obtain a copyright registration on his Revised Submission on March 12, 2008.  (Ebert Aff. Ex. E.)  In the certificate, Malcomson *excluded* the BattleTech Property from his copyright.  (Ebert Aff. Ex. E.)

31.    Malcomson admitted that, until he moved to amend the complaint in February 2009, he did not regard his work to be a joint work.  (Motion to File Amendment to

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

-9-

Complaint for Relief, D.I. #25 at 2; Pl. Motion at ¶ 3.)  He also testified at his deposition that "[a]t the time of the filing [of the original complaint], I did not believe that I was a co-owner of BattleTech."  (Ebert Aff. Ex. H at 91:20–21.)

RESPECTFULLY SUBMITTED THIS October 5, 2009.

ALTFELD BATTAILE & GOLDMAN, P.C.

INGRAM    YUZEK    GAINEN    CARROLL    &
BERTOLOTTI, LLP


/s/ John F. Battaile
*Attorneys for Defendant*

The foregoing was electronically filed
on October 5, 2009 by Elena C. Todd

/s/ Elena C. Todd
Elena C. Todd

The foregoing was mailed via overnight mail
on October 5, 2009 by Mioko C. Tajika to:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203

/s/ Mioko C. Tajika
Mioko C. Tajika

-10-

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733