1

**ALTFELD BATTAILE & GOLDMAN, P.C.**
**250 North Meyer Avenue**

2

**Tucson, Arizona 85701**
**Tel:(520) 622-7733**

3

**Fax:(520) 622-7967**
**JFBattaile@abgattorneys.com**

4

**John F. Battaile, ASB No. 4103**

5

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
**250 Park Avenue**

6

**New York, New York 10177**
**Tel: (212) 907-9600**

7

**Fax: (212) 907-9681**
**DEbert@ingramllp.com**

8

MTajika@ingramllp.com
**David G. Ebert**

9

**Mioko C. Tajika**
*Admitted Pro Hac Vice*

10

*Attorneys for Defendant, The Topps Company, Inc.*

11

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

12

13

Scott Malcomson,

NO. CV08-2306-PHX-GMS

14

    Plaintiff,

15

v.

**AFFIDAVIT OF DAVID G. EBERT IN**
**SUPPORT OF DEFENDANT'S**

16

The Topps Company, Inc.,

**CROSS-MOTION FOR SUMMARY**
**JUDGMENT**

17

    Defendant.

18

19

        STATE OF NEW YORK        )
                                 : ss.

20

        COUNTY OF NEW YORK       )

21

    **DAVID G. EBERT**, being duly sworn, deposes and says:

22

    1.      I am a member of Ingram Yuzek Gainen Carroll & Bertolotti, LLP, counsel

23

for defendants, the Topps Company, Inc.  I submit this affidavit in opposition to plaintiff

24

Scott Malcomson's motion for summary judgment and in support of Topps's cross-

25

26

motion for summary judgment.

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

1   2.  Under my supervision, my colleague compared Malcomson's two

2 submissions to the original text of the copyrighted material from the 1987 *BattleTech:*

3

4 *Mercenary's Handbook* ("Mercenary's Handbook").  Attached as Exhibit "A" is a copy

5 of Malcomson's first submission that we obtained from him in the course of discovery.

6 The circled portions indicate the Mercenary's Handbook text that Malcomson copied

7 verbatim and used in this submission.

8

9   3.  Attached as Exhibit "B" is a certified copy of Malcomson's revised

10 submission, which was registered and which we obtained from the U.S. Copyright Office.

11 The circled portions indicate the Mercenary's Handbook text that Malcomson copied

12 verbatim and used in his revised submission.

13

14   4.  Copies of the following documents were also obtained by my office in the

15 course of case preparation and discovery, and from the relevant governmental bodies, and

16 are annexed as follows:

17

| | |
|---|---|
| Exhibit C | Copyright Registration Certificate for 1985 *BattleTech: A Game of Armored Combat Second Edition* |
| Exhibit D | Copyright Registration Certificate for 1987 *BattleTech: Mercenary's Handbook* |
| Exhibit E | Copyright Registration Certificate for Malcomson's Revised Submission on the Eridani Light Horse |
| Exhibit F | FASA's 1993 and 1996 Submission Guidelines |
| Exhibit G | Court filings from *FASA Corporation v. Scott Malcomson* from the Circuit Court of Cook County, Illinois in 2000 |
| Exhibit H | July 2, 2009 transcript of deposition of Scott Malcomson |

18
19
20
21
22
23
24
25
26

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

-2-

Exhibit I    July 30, 2009 letter from Mioko C. Tajika, Esq. to Scott Malcomson

Exhibit J    A listing of BattleTech works registered by FASA Corporation (which were later transferred to WizKids) and WizKids, Inc., printed by my office from the U.S. Copyright Office web site

Dated:    October 5, 2009

_____
**DAVID  G. EBERT**

SUBSCRIBED AND SWORN TO before me this October 5, 2009 by David G. Ebert.

_____
Notary Public

My commission expires:

JOSEPHINE CABAN-ODIOT
Notary Public, State of New York
No. 01CA4705166
Qualified in Westchester County
Commission Expires Dec. 31, 2009

_____

The foregoing was electronically filed on October 5, 2009 by Elena C. Todd

 /s/ Elena C. Todd
_____
Elena C. Todd

The foregoing was mailed via overnight mail on October 5, 2009 by Mioko C. Tajika to:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203

 /s/ Mioko C. Tajika
_____
Mioko C. Tajika

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26