**<u>Exhibits to Affidavit of David G. Ebert in Support of Defendant's Cross-Motion for Summary Judgement</u>**

Exhibit A      A copy of Malcomson's first submission, with portions manually circled by Topps's counsel to show what was copied verbatim from the 1987 *BattleTech: Mercenary's Handbook*

Exhibit B      A certified copy of Malcomson's revised submission registered with the U.S. Copyright Office, with portions manually circled by Topps's counsel to show what was copied verbatim from the 1987 *BattleTech: Mercenary's Handbook*

Exhibit C      Copyright Registration Certificate for 1985 *BattleTech: A Game of Armored Combat Second Edition*

Exhibit D      Copyright Registration Certificate for 1987 *BattleTech: Mercenary's Handbook*

Exhibit E      Copyright Registration Certificate for Malcomson's Revised Submission on the Eridani Light Horse

Exhibit F      FASA's 1993 and 1996 Submission Guidelines

Exhibit G      Court filings from *FASA Corporation v. Scott Malcomson* from the Circuit Court of Cook County, Illinois in 2000

Exhibit H      July 2, 2009 transcript of deposition of Scott Malcomson

Exhibit I      July 30, 2009 letter from Mioko C. Tajika, Esq. to Scott Malcomson

Exhibit J      A listing of BattleTech works registered by FASA Corporation (which were later transferred to WizKids) and WizKids, Inc., printed by Topps's counsel from the U.S. Copyright Office web site

# EXHIBIT A

Eridani Light Horse, Star League Defense Forces 3 RCT

Oct 26, 2001
(referenced by original page)



## Eridani Light Horse

Home
Classic BattleTech
What's New
BattleTech Products
BattleTech Archives
BattleTech Errata
PDF Files
Message Board
The Inner Sphere
The Clans
  Blood Spirit
  Cloud Cobra
  Coyote
  Diamond Shark
  Fire Mandrill
  Ghost Bear
  Goliath Scorpion
  Hell's Horses
  Ice Hellion
  Jade Falcon
  Snow Raven
  Star Adder
  Steel Viper
  Wolf
  Clan History
    Great Father
    Clan Glossary
    Tukayyid
    Ops Bulldog
    TF Serpent
    Light Horse
    Great Refusal
    Burrock
    Mongoose
    Widowmaker
    Smoke Jaguar
The Periphery
Links
Terms of Use
Credits
Contact Information







### Star League Defense Force 3 RCT; Eridani Light Horse

**Formation of the First Regimental Combat Teams:**

In 2651, First Lord Cameron sent several Star League military regiments on maneuvers just beyond the Rim Worlds Republic. Military analysts observing the maneuvers subsequently filed a report criticizing the five regiments' lack of coordination, interservice rivalry, and general lack of common sense. To avoid the wrath of the First Lord, the military High Command quickly organized some regiments into Regimental Combat Teams.

Designed to promote interregimental cooperation, the RCT's, as they became known, contained four combatant regiments and a single support and transportation element. One officer, usually the most experienced of the four regimental leaders, commanded the RCT and trained his four regiments to work towards a common objective. Unlike most other military formations, the RCTs were permanently assigned to a section of the Star League. There, the units became familiar with their territory and developed a sense of belonging, which was presumed to work to their advantage.

**The Eridani Light Horse:**

Formed in 2702, the 3rd Regimental Combat Team, which consisted of two Striker Regiments and two Light Horse Regiments, established residence near the Periphery in the Rasalhague Military District. Though it had no opportunity to prove itself in battle, the 3rd RCT trained constantly. The officers became adept at combat diplomacy, as they often had to fend off local accusations that they were nothing more than an occupation force.

In 2681, the cutbacks of the House militaries ordered by Michael Cameron's Edict of 2650 began to bear bitter fruit. Hundreds of Kuritan MechWarriors had become ronin, masterless samurai who knew no other trade than warfare. They began contesting each other in duels of honor — duels that eventually began to produce Champions, around whom a whole new dueling cult arose to rival that of Solaris VII. Many of these Champions became legends both on and off the dueling circuits, and the cockier ones began striding up to the edges of Star League bases and delivering challenges to those within. The 3rd RCT acquitted itself well in these duels, winning 30 out of 48 challenges given them by the time the practice ground to a halt in 2751.

This incredible record was likely due to the unit's heavy involvement in the SLDF's Gunslinger

Archived (Jun 1, 2002) (also referenced Jan 15 2002)   Printed
7/26/2007



program. The greatest Gunslinger ever to hail from the 3rd RCT was Major Kyle Sessions, who piloted a Wyvern-class BattleMech to 17 victories and suffered only one loss before his retirement in 2735.

This bitterness reached the boiling point in 2749, when terrorists, hired by the Prince of Rasalhague, assassinated the Commander of the 3rd RCT. The blow mobilized the entire 3rd RCT, which descended and occupied the major cities on all ten worlds in their districts. For 23 days 'Battlemechs patrolled the cities, waiting for Draconian forces from Luthien to strike. When the Prince dispatched troops to the Trondheim city of Eridani, the well-trained units of the 3rd RCT chased them off with little trouble. The RCT received its unit nickname of the "Eridani Light Horse" when a sympathetic journalist reported that the RCT 'Battlemechs had scattered the Combine 'Battlemechs, "Like spirited Eridani stallions chasing after fat, clumsy Luthien cows." After this humiliation, the Prince of Rasalhague had no choice but to arrest, try, and execute the assassins after a speedy trial. Due to evidence that might have linked the Draconis Combine directly to the assassination, Coordinator Takiro Kurita declined to publicly back the move of his impetuous underling, but neither did he move to replace the errant Prince. Events were to be shortly foreshadow the entire incident, however --- the Star League itself would soon be at risk.

**Against the Usurper:**

The crisis with the Prince of Rasalhague quickly paled beside the news of the turmoil resulting from the death of the First Lord. First Lord Simon Cameron was killed by a mining robot in what was apparently a freak accident in February of 2751. Throughout the next 15 years, the Light Horse participated in many of the declared and undeclared wars that broke out in the Periphery. In 2766, after the New Vandenberg Campaign, the Light Horse was rotated off the front lines and back to their station in the Rasalhague Military District.

Less than six months later on December 27, First Lord Richard Cameron was shot dead by Stefan Amaris. While awaiting the return of General Kerensky's forces from the Periphery, the Eridani Light Horse prepared for raids against Usurper forces, but was denied permission to stage from Combine space. Most of Coordinator Minoru Kurita's family had been taken hostage by Amaris, and the Combine could not afford to be seen as supporting the returning Kerensky or any other SLDF force. The Light Horse transferred its base of operations to the Free Worlds League after some initially heated talks with Captain-General Kenyon Marik, and having gotten settled the unit commenced operations immediate! Realizing that the Light Horse could not take the Usurper's forces head-on, Colonel Ezra Bradley, commander of the RCT, decided to launch hit-and-run strikes against the weaker worlds surrounding Terra. He hoped that these raids would disrupt Amaris's defensive preparations.

Bradley's plan achieved great success until the 19th Striker Regiment dropped on Amity. During a mission to disrupt operations at one of New Earth's many BattleMech factories, the 19th Striker Regiment was ambushed by three heavy Usurper regiments. Evidence points to a Kuritan agent within the 19th Striker's high command tipping Amaris to the raid, possibly a "good-faith" effort on the Coordinator's part to resolve the hostage situation. As well, the Combine held a vendetta against the Light Horse for the loss on Trondheim and for defeating many of their ronin in the Gunslinger duels. No one has ever accused House Kurita of forgetting a slur to their honor.

If such is the case, no Kuritan family members were released to compensate the Coordinator for his efforts --- and the 19th Striker was completely and utterly destroyed, a betrayal the Eridani Light Horse has never forgotten or forgiven.

Though sorely tempted to retaliate, Colonel Bradley continued his hit-and-run tactics until the Light Horse linked up with General Kerensky and his forces. Upon General Kerensky's return from conquering Amaris' own Rim Worlds Republic in 2772, Marik rescinded his permission for SLDF personnel to base from Marik space. The move (apparently to repay an old grudge against Kerensky) forced the surviving Eridani to stop their heretofore successful raiding campaign and rejoin the Regular Army in preparation for the real war to come. Then, and with great glee, the Eridani Light Horse avenged the loss of the 19th Regiment in long and bloody battles, whose climax was the invasion and liberation of Terra.

Emperor Amaris made a strategic blunder in 2774 by ordering a limited withdrawal of his forces to worlds protected by forts or Strategic Defense Systems. Twelve worlds were voluntarily relinquished to General Kerensky, two of which were within a single jump of Terra itself. In addition, the recapture of Carver V was a major morale coup; three Marine regiments had been holding out there since Amaris' coup eight years prior. The Light Horse, which ran supplies to the beleaguered troops during this period, received a healthy share of the credit for the success of the Marines' guerrilla campaign.

Assaults on Republican holdings and consolidating liberated territory took nearly three years, but preparations for the final assault of Terra itself were complete by late January of 2777. From eight worlds surrounding mankind's home, the returning Army surged like a vengeful wave composed of warships, aerospace fighters, BattleMechs, tanks and infantry---no amount of automated high-tech defenses, no suicidal defense, could keep the enraged SLDF from retaking the Cradle of Humanity back from the man who had defiled everything the Star League stood for.

The fighting continued without quarter, savage and brutal, until the last Republican units surrendered at the orders of Stefan Amaris himself in November of 2779. Always in or near the forefront of battle during the final campaign for North America, the Light Horse performed as a skimishing and flanking unit on the corps level and witnessed the retaking of the Court of the Star League, although it did not directly participate.

Ten years of war had come and gone, and with it, most of the Regular Army as well. A staggering 75% loss average crippled the SLDF, ensuring that when the High Council finally dissolved and all-out war erupted between the Great Houses, Kerensky's remaining forces would not be able to stop it. Rather than be swayed to the side of one of the soon-to-be-warring Houses, the aging General prepared his force to leave the Inner Sphere altogether.

While the Council Lords were vying for control of the Star League, the Eridani Light Horse returned to the Rasalhague Military District, striving to remain impartial. They waited patiently for General Kerensky to call them into action to restore order to the Star League.

When approached by the General's emissaries, however, the Eridani could not bring themselves to leave their homeworlds of Rasalhague. Too many felt they would be abandoning not only their friends and homes, but also the Star League itself; it only took the 80th Heavy Cavalry Battalion, which Kerensky himself had once commanded, half an hour to decide to remain. In the end, only a few scattered lances decided to leave with the Exodus.

When the call came, however, it summoned them to join the remaining loyal Star League forces and to leave the Interior forever. Ironically, the Light Horse felt such a sense of belonging to the area they defended that it proved to be stronger than their loyalty to General Kerensky. Only a few lances of the 3rd RCT decided to leave the Star League. The entire 82nd Heavy Cavalry Battalion, once commanded by General Kerensky himself, needed only half and hour before deciding to stay. Colonel Bradley sent a regretful communiqué to General Kerensky, expressing both the Light Horse's undying loyalty to the Star League and General Kerensky, and its desire to remain and uphold the traditions of the Star League Armed Forces.

And on November 5, 2784, the Exodus Fleet jumped out from New Samarkand into the yawning Periphery, not to be seen again for nearly three centuries. That day, the members of the 3rd RCT took down the banner of the Star League and lowered the Eridani unit standard to half-mast. The gesture survived to the modern day as one of the unit's many traditions.

**The First Succession War:**

In the hellfire that erupted after Kerensky's exodus, the Light Horse remained aloof. Minoru Kurita, Coordinator of the Draconis Combine, made numerous offers of employment to Colonel Bradley, who rebuffed the overtures. Only when Minoru threatened to cancel all trade with the unit did he finally get the attention of the Light Horse commander. Long negotiations between the two sides produced a mutual defense and nonaggression pact. The Draconis Combine agreed to tolerate the presence of the Eridani Light Horse in Kurita space as long as the unit defended its worlds and made no move against the Combine.

The Light Horse easily handled the few tentative thrusts by the Lyran Commonwealth against its home worlds. On the other side of the Combine, however, the Kuritists suffered a disastrous campaign against the Federated Suns. In the battle for Kentares IV, Minoru Kurita was killed, and his insanely violent son Jinjiro succeeded him. In 2796, Jinjiro avenged his father's death by massacring 50 million civilians on Kentares IV.

**Evacuation:**

After hearing of the Kentares Massacre, the Commanding officers of the Light Horse began Preparing to move. Though everyone from the unit commander down to the most inexperienced warrior hated to leave their worlds, most realized that a confrontation with the psychotic Jinjiro was inevitable.

By June of 2798, most of the Eridani Light Horse had launched and were waiting for the dependents of the 8th Recon Battalion and 50th Heavy Cavalry Battalions to leave the planet Sendai. Furious with the units' desertion, the administrator of Sendai captured and held those families hostage, demanding that the entire unit lay down its weapons and turn itself over to him. When the Light Horse failed to meet the disarm deadline, he ordered his troops to execute the two thousand dependents.

Enraged, the 8th and 50th battalions dropped on the planet. The resulting battle lasted for a week and ended after every political official and Combine Battlemechs was hunted down and slaughtered. Forces from Rasalhague appeared in the system, but, when informed of the administrator's deeds, they soon withdrew. The 8th and 50th returned grim and battered. Although the officers of the two units had acted without orders, Colonel Bradley refused their resignations. Today, the 50th Heavy Cavalry (nicknamed "The Bloody Half Hundred" because of Sendai) and the 8th Recon Battalion are tradition-bound to protect the dependents of the Light Horse.

After leaving Sendai, the Eridani Light Horse crossed the Inner Sphere and entered the Free Worlds League. Marik immediately granted them a place to stay until both sides could work out a mercenary contract. Colonel Bradley pledged his unit to the Free Worlds League in exchange for a secure world for the unit's families, a steady supply source, and a modest fee.

The Eridani Light Horse figured prominently in Marik offensives during the Second Succession War. Besides spearheading attacks against Lyran-owned worlds, such as Ilion and Dieudonne, they also repulsed a Kurita attack against the planet Danais.

### Dissension in the Ranks:

When the Third Succession War erupted in 2866, Colonel Bronson, commander of the Eridani Light Horse, renegotiated a contract with the Free Worlds League. Pleased with the unit's performance, the League Parliament considerably sweetened the Light Horse's original contract, giving them titles and free access to League supply centers.

Some Light Horse soldiers perceived this newfound affluence to be a threat to their tradition as defenders of Star League principles. They felt that Colonel Bronson was selling out, making the Eridani Light Horse no better than any other band of mercenaries. Major Johnson, commander of the 151st Regiment, became the leader of this internal dissent. However, Bronson ignored the dissidence, as he ignored the old Star League traditions.

In 2869, Major Johnson led the 151st out of the Free Worlds League to the Periphery, and the majority of the other two regiments followed him. Left with only his family, a few loyal officers, and a couple of loyal lances, Colonel Bronson moved his force to a small, but resource-rich world just out-side the borders of the League, where he began to recruit Periphery riffraff into a mercenary force.

### Return to Duty:

Shunning the mercenary life, the Light Horse gradually deteriorated on its Periphery world as its resources ran low. With nothing to trade, the unit had to resort to farming the poor soil to survive. Then, in 2871, a regiment of bandits raided the Eridani supply center. Although the Light Horse drove off the raiders, the bandits carried away or destroyed most of the unit's supplies.

Light Horse officers conferred for days to figure out how to stave off impending starvation. Finally, they worked out a compromise to hire out their military services to those retaining the honor and integrity of the Star League. At this time, the Light Horse adopted most of its present traditions to remind the soldiers of its principles. After gaining the approval of his men, Colonel Johnson traveled to the Lyran Commonwealth to negotiate a contract. Steiner agreed to all of Johnson's terms, including the control of a planet for the unit's dependents. Unfortunately, Colonel Johnson died while the Light Horse transferred to its base on New Karlsruh. His successor, Jennifer Dirkson, adopted the rank of Brevet General to show both her authority over the three regiments and her willingness to resign if she ever placed mercenary considerations over Eridani tradition.

From 2872 to 2945, the Eridani Light Horse served the Lyran Commonwealth along the Draconis Combine border. Its fame spread quickly throughout the Inner Sphere, and Kuritist units learned to fear the sign of the trotting brown horse.

In 2900, the 151st Light Horse Regiment dropped onto the Kurita-controlled world of Radalah, expecting to find only a battalion of garrison troops. After quickly seizing the cities of Auptsmon, Tiel, and New Freisburg, the 6th and 8th Recon battalions encountered Kurita's elite 3rd Proserpina Hussars Regiment. The Hussars cut off the two recon battalions from the 50th Heavy Cavalry Battalion, which was encamped in New Freisburg, and laid siege to the city. Too weak to assault the Hussar's position, the two recon battalions conducted hit-and-run attacks on the Kuritists, drawing more and more forces against them. Eventually, the sieging force became so depleted that the 50th Heavy Cavalry was able to storm the Hussars, escape New Freisburg, and retreat to Auptsmon, where Eridani Dropships were waiting to lift the regiment offplanet. For its spirited fighting against the heavier regiment, the 151st Regiment earned its nickname of "The Dark Horse Regiment."

Brevet General Dirkson retired in 2926 and was succeeded by Montgomery Wilson, who also took the rank of Brevet General. Every commanding officer of the Eridani Light Horse has since also adopted this rank. Wilson split the unit into battalions, which launched numerous strikes against Kuritist worlds, including Caledonia, Dawn, and Wheel. For two months, the 82nd Heavy Cavalry Battalion occupied St. John, one of the Light Horse's charges during Star League days.

### Vacation on New Karlsruh:

Although very successful, the Light Horse's raids severely depleted the battalions. In 2946, the Commonwealth Military granted the entire unit leave to rest and resupply on New Karlsruh. Brevet General Wilson used this time to recruit more mercenaries and to repair his damaged 'Mechs. While the 3rd and 7th Striker Battalions of the 21st Regiment had to be almost completely rebuilt. While

Wilson and two 'Mech companies were visiting mercenary guild halls looking for talent, Colonel Haviarre of the 71st Regiment was in charge of the Light Horse.

In the same year, word of the Eridani Light Horse's activities reached the ears of Commander Russel Bronson, son of the Light Horse commander deserted in 2869 and leader of the mercenary legion Bronson's Horde. Wishing to wreak revenge on the "Mutineers," Bronson broke off his contract with the Federated Suns and traveled to New Karlsruh.

Bronson's attack took the Eridani Light Horse completely by surprise. With only twelve hours to prepare, Colonel Haviarre ordered the 50th Heavy Cavalry and the 8th Recon Battalions to move the Light Horse families to the mountains. The remaining five battalions quickly fanned out to meet the three incoming regiments. Bronson landed his Dropships under an umbrella of aerospace fighters, but soon, the Eridani fighters mustered and reestablished aerospace superiority. The surprise of Bronson's attack became his downfall as the Light Horse fighters destroyed the straggling Dropship reinforcements and wreaked havoc on the enemy 'Mech forces below. Undaunted, Bronson urged his units on, Searching for the Eridani High Command. Although his assault lances pounded the lighter units, the Light Horse's recon battalions soon outmaneuvered the slow 'Mechs. The 12th Armored Infantry Battalion alone felled two lances of 'Mechs. Commander Bronson himself joined the ranks of the Dispossessed when his Cyclops fell under a barrage of missiles from several Chippewa AeroSpace Fighters. Miraculously unscathed, he led his remaining forces offplanet, vowing revenge.

Though it took substantial damage, the Eridani Light Horse gained enormous plunder from Bronson's Horde. By 2949, the unit was fighting for Steiner against the Free Worlds League. The worlds of Oliver, Thera, Alula Australis, and Corcrya all felt the sting of the Light Horse. Eridani battalions raided several military bases deep within the League, including Nathan, Procyon, and Feng Pau. In 2955, Brevet General Kerston succeeded Brevet General Wilson.

### Defense of Hesperus II:

In 2998, House Steiner planned a planetary assault against Kalidassa, a Marik-controlled world with some functioning 'Mech production facilities. Three of the five Steiner regiments on Hesperus II formed the core of the assault group, and the Light Horse's 21st Striker Regiment and 50th and 82nd Heavy Cavalry Battalions replaced them in the garrison. When the Marik forces on Kalidassa recognized their attackers, they informed the High Command that Hesperus II was without its crack defenders. As a result, Marik decided to send a reconnaissance force to determine Commonwealth strength on the planet. League Dropships descended on Hesperus II, deposited nine recon companies at various locations and withdrew. The garrison commander on Hesperus II ordered the 21st Regiment to leave the easily defensible city of Tallowrand to ferret out the enemy scouts; a task better suited to a recon unit. Too slow to deploy efficiently, the striker regiment took heavy damage from the Marik scouts, which withdrew before the heavy 'Mechs could engage them.

Within weeks, Marik landed four regiments to strengthen his position on the planet. Again the garrison commander ordered the Light Horse units to engage the enemy. However, the Eridani regimental commander disobeyed his orders to march to Marik's landing zone, and stationed his artillery along the mountain passes to Hesperus II's industrial center, where he knew the invaders would be heading. The Light Horse force allowed two reconnaissance companies to cross the mountain range unmolested, and then the bulk of the army, three regiments strong, attempted to pass. Long Tom cannons shelled the force and the area, sealing the pass and splitting the army in two. With no room to maneuver, the League units were sitting ducks for the Eridani 'Mechs and tanks. Timely assistance from Steiner 'Mechs enabled the Light Horse to overwhelm half of the invading force, and the remaining enemy units retreated offplanet.

### Contract with Davion:

The Eridani Light Horse was also successful in the Twelfth Battle for Hesperus II. Nevertheless, Light Horse commanders were becoming increasingly irritated with working under Steiner military leaders, many of whom showed amazing incompetence. When contract negotiations with Steiner broke down in 2999, Brevet General Kerston went to House Davion for employment. Both sides struck a settlement in 3000, and the Light Horse left New Karlsruh for Derby in the Crucis March.

Duke Davion split the Light Horse into battalions and companies to carry out diversionary raids on both Kurita and Liao worlds. These units' abilities to strike hard and move quickly often convinced planetary garrisons that a full regiment was attacking the planet. As these raids were perilous, the Light Horse received substantial bonuses. A few of these simulated assaults became real invasions when Eridani forces realized that they could actually conquer the planet themselves.

When Brevet General Kerston stepped down in 3023, Brevet General Armstrong assumed command. One of his first duties was to organize the defense of the planet Hoff, location of the Meistmorn Academy, to repulse a Kurita Attack. Although Wolf's Dragoons, under contract to Kurita, pounded Eridani units in a furious onslaught, the Light Horse played cat-and-mouse with the mercenaries, keeping them off-balance until Davion Reinforcements arrived to flush the Dragoons offplanet. Eridani losses were heavy, and Davion, pleased with the unit's performance, granted the Light Horse time to

Eridani Light Horse; Star League Defense Force's 3 RCT                    Page 6 of 7

rebuild its forces.

The Light Horse soldiers spent their vacation on Derby and at the Federated Suns' New Avalon Institute of Science. At the NAIS, they taught combat skills and Star League and Successor State history, while participating in technological research.

In 3025, the Eridani Light Horse resumed fighting under the Davion banner against the Draconis Combine.

**Unit Description**:

The Eridani Light Horse is dedicated to preserving the ways, traditions, and honor of the Star League Armed Forces. Our lives hold no higher purpose than to remind the Inner Sphere of the power and the glory that once unified us all. Fate willing, we may again enjoy such benevolence.

To that end, we work only with those we admire, those that manage to keep alive the old ways. The Lyran Commonwealth and the Federated Suns are two such peoples.

As we admire some, there are those we despise. Our hatred for the Draconis Combine is simple and requires little explanation. They plumbed the depths of depravity when they murdered our families to bring us to our knees. We will never grant them mercy or expect it. -General Armstrong at the ELH Combat Training School Commencement Ceremonies, 3024

**Contract Requirements**:

The Eridani Light Horse's only weakness is its inadequate number of Techs. Therefore, Light Horse leaders always insist that the employer furnish the unit with support personnel to repair and maintain its 'Mechs. Also, they demand the right to negotiate supply contracts with local commerce companies. This allows them to bypass their employer's military bureaucracy, which might neglect the needs of mercenaries in favor of house units.

Like many other mercenary units, the Light Horse requests a place to settle its dependents. This is a vital contract point, as these mercenaries firmly believe in keeping a sense of community. They also refuse to commit any act that would violate the near-forgotten Ares Conventions. Thus, they will never attack civilians, inflict undue harm on innocent peoples, or execute prisoners.

Perhaps their only unusual contract point is that the employer must allow Eridani support personnel into his research facilities. Although this has irritated some employers, it does ensure that Light Horse 'Mechs will be in the best possible shape to fight for their employer. Only the wily Hanse Davion has had the audacity to turn this contract point around. He demanded that if he was to permit mercenaries into his New Avalon Institute of Science, then the best of them must teach there. With a laugh, General Armstrong accepted his condition.

The Eridani Light Horse is well satisfied with its relations with the Federated Suns. Prince Davion exceeded most of the Light Horse's specifications - he even sells 'Mechs to the unit at cost. General Armstrong respects the Prince, and so he plans to remain in the Federated Suns for a long, long time.

**Typical Mission Work**:

Though the Eridani Light Horse is adept at fighting large battles, they are wizards when it comes to raiding. Their quick strikes have spawned many imitators, such as Winfields's Brigade of the Lyran Commonwealth. What distinguishes the Light Horse from all others is the skill and coordination of each Eridani soldier. A typical objective lasts approximately four hours, and roughly follows this sequence.

Aerospace fighters attack enemy aerodromes, while recon lances drop onto the planet.

Recon lances gather information while striking at communication centers, crippling the enemy's ability to respond.

Aerospace fighters establish aerospace superiority, then command and strike lances drop to the planet.

Units strike at objective(s). Dropships transport support units (artillery, tanks, and infantry) to prearranged recall points, and then leave for a near-orbit.

Command, strike, and recon lances break off attacks after allotted time has elapsed, and head for recall points, striking at any military target that presents itself.

Support units cover the approach of the returning lances. Dropships land, take aboard all personnel, and then lift off.

**Unit Traditions:**

The most tradition-bound mercenary unit in the Inner Sphere, the Eridani Light Horse has many memorials and rituals that serve as a constant reminder of its illustrious history and rigid honor. Some outsiders have commented that Eridani observances seem almost religious.

For example, the 50th Heavy Cavalry and 8th Recon Battalion are sworn to protect all the civilian members of the Eridani Light Horse in memory of their families' executions on Sendai. Whether escorting civilian transports or garrisoning their settlement, only the 50th and 8th Battalion members are involved in the safety of Eridani dependents.

Wherever they are encamped, all military units in the Successor States set up two flagpoles: one for their unit banner and one for their employer or House leader. Unlike other units, however, the Light Horse has never flown the flag of its employer. One flagpole remains bare, while the banner of the Light Horse flies at perpetual half-mast. Originally, the Eridani standard was just a prancing horse upon a sun-yellow disc. The black border was added as a symbol of mourning for the exodus of General Kerensky.

The Light Horse remembers the loss of the 19th Striker Regiment on Amity through some curious traditions. Whenever the three regimental commanders meet with the Eridani commander, a place is set at the conference table for the commander of the 19th. In addition, during social functions, the host always says a prayer for the members of the lost regiment. Retiring soldiers who serve the the Light Horse with distinction become official members of the 19th Striker. They receive lapel pins with the 19th's symbol, a rearing bronco, in honor of their services and devotion to the Eridani Light Horse.

Every Light Horse member celebrates the anniversaries of great victories and special birthdays, and mourns the anniversary of lost battles and tragic deaths. Of all the days of mourning, the most solemn occurs on the date of General Kerensky's Exodus. All nonessential functions are shut down as everyone gathers in the central park. There an honor guard unfurls an ancient Star League standard and runs it up the usually bare flag pole. The base commander then reads Colonel Bradley's communiqué informing General Kerensky of the 3rd Regimental Combat Team's decision to stay. As the honor guard lowers the Star League standard, the military band plays the Star League anthem softly and slowly.

In 3058, the Light Horse was inducted into the new Star League Defense Army and was the core group of forces that was sent to Huntress in the war against Clan Smoke Jaguar as part of Task Force Serpent. Nearly 60% of the Light Horse was destroyed in the fighting on Huntress, including General Winston, as they were victorious in destroying the Jaguars as a clan. Today they are rebuilding and getting ready for the other clans that might want to cross the truce line and to defend all that they are tasked for as part of the Star League Army.

© 2001 WizKids, LLC. BattleTech is a registered trademark of WizKids, LLC. All Rights Reserved. Original contents of ClassicBattleTech.com copyright © 2001 Fantasy Productions LLC. Maintained by Warner Doles.

# **EXHIBIT B**

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached photocopy is a true representation of the work entitled **ERIDANI LIGHT HORSE HISTORY** deposited in the Copyright Office with claim of copyright registered under number **TX 6-907-511.**

**THIS IS TO CERTIFY FURTHER**, that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates.  Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 6, 2009.

Marybeth Peters
Register of Copyrights

By:    Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

elhhistory

## Formation of the First Regimental Combat Teams

In 2651, First Lord Cameron sent several Star League military regiments on maneuvers just beyond the Rim Worlds Republic. Military analysts observing the maneuvers subsequently filed a report criticizing the five regiments' lack of coordination, interservice rivalry, and general lack of common sense. To avoid the wrath of the First Lord, the military High Command quickly organized some regiments into Regimental Combat Teams.

Designed to promote interregimental cooperation, the RCT's, as they became known, contained four combatant regiments and a single support and transportation element. One officer, usually the most experienced of the four regimental leaders, commanded the RCT and trained his four regiments to work towards a common objective. Unlike most other military formations, the RCTs were permanently assigned to a section of the Star League. There, the units became familiar with their territory and developed a sense of belonging, which was presumed to work to their advantage.

## The 3rd Regimental Combat Team

Formed in 2702, the 3rd Regimental Combat Team consisted of two Striker Regiments and two Light Horse Regiments. Though its near-Periphery posting gave the unit little opportunity to prove itself in battle, the 3rd RCT trained constantly. The officers became adept at combat diplomacy, as they often had to fend off Kuritan propaganda claiming that they were nothing more than an occupation force.

Meanwhile, Michael Cameron's Edict of 2650 had borne bitter fruit. The Edict required the Houses to drastically reduce their military forces, which caused thousands of Kuritan MechWarriors to become wandering ronin --- masterless samurai who knew no other trade than warfare. With no other means to display their skills, they began contesting each other in duels, giving rise to a popular resurgence of the bushido warrior culture within the Draconis Combine. Many of these ronin became elite Champions, revered across hundreds of Kuritan worlds for their battle prowess and honor.

By 2681, Champions who felt the need for a greater challenge began making a form of political statement against Star League interference in Combine affairs. One by one, they strode up to the edges of Star League bases in their 'Mechs and delivered challenges to those within, daring the SLDF troops to fight "real warriors". At first reluctant, Cameron finally succumbed to political pressure and military pride, giving tacit permission for his soldiers to accept these duels. His worst fears were realized as Combine Champions routinely trounced the best the Star League could muster, often killing their defeated foes.

By the time the 3rd RCT was organized, these duels had been ongoing for nearly twenty years. The unit's posting to the predominantly-Scandinavian Rasalhague Military District of the Draconis Combine made it a choice target --- the populace was constantly in foment and Coordinator Takiro Kurita feared the possibility of insurrections should the SLDF be seen as more powerful than local garrisons. He began to arrange for the brunt of challenges to be directed to Rasalhague, expecting that this would duly cow the populace.

What the Coordinator could not have known was that the 3rd RCT had been deliberately seeded with the lion's share of the most recent Gunslinger Program graduating class. Trained specifically to duel Kuritan ronin, Gunslingers were the very cream of the Star League Defense Forces when it came to one-on-one combat. By the time the practice of dueling ground to a halt in 2751, the 3rd RCT had racked up an impressive 30 wins and 10 draws out of 48 challenges --- a fact which did not endear them to Kuritan patriots. On the other hand, crowds took to the streets on every Rasalhague planet to honor the unit when a victory was scored, chanting freedom slogans in Swedish until dispersed by riot control forces. The Coordinator is believed to have been less than pleased with the results of his ploy.

The greatest Gunslinger ever to hail from the 3rd RCT was Major Kyle Sessions, who piloted a Wyvern-class BattleMech to 17 victories and suffered only one loss before his retirement in 2735.

elhhistory

"Eridani Light Horse": Earning the Spurs
Victory often carries a price, however. The rivalry between the unit and local Kuritan officials reached the boiling point in 2749 when terrorists hired by the Prince of Rasalhague assassinated the commander of the 3rd RCT. The blow mobilized all four regiments, which descended upon and occupied the major cities on all ten worlds in their districts. For twenty-three days BattleMechs patrolled the cities, waiting for Draconis forces from Luthien to strike.

When the Prince dispatched troops to the Trondheim city of Eridani, the well-trained units of the 3rd RCT chased them off with little trouble. The RCT received its unit nickname of the "Eridani Light Horse" when a sympathetic journalist reported that the RCT BattleMechs had scattered the Combine units, "like spirited Eridani stallions chasing after fat, clumsy Luthien cows." After this humiliation, the Prince of Rasalhague had no choice but to arrest, try, and execute the assassins after a speedy trial. Due to evidence that might have linked the Draconis Combine directly to the assassination, Coordinator Takiro Kurita declined to publicly back the move of his impetuous underling, but neither did he move to replace the errant Prince. Events were to shortly foreshadow the entire incident, however --- the Star League itself would soon be at risk.

Hidden Wars
The crisis with the Prince of Rasalhague quickly paled beside the news of the turmoil resulting from the death of the First Lord. First Lord Simon Cameron was killed by a mining robot in what was apparently a freak accident in February of 2751. With his son Richard a mere child of eight the position of First Lord could not be filled for ten long years --- years in which the scheming House Lords began manuevering to enhance their own powers and positions. Although named Regent and Protector by the High Council, there was little SLDF commander Aleksandr Kerensky could do to stem the political intrigue and ultimate violence.

The newly-christened Eridani Light Horse found themselves, like many other units straddling House borders, caught up in dozens of small undeclared "pirate raids" involving hastily-repainted BattleMechs, professional tactics, and even escort WarShips. The worst of these was an incident involving the 21st Striker Regiment, which refused a peremptory demand from a Kuritan garrison unit to allow Draconis forces the use of the 21st's base fortifications to fend off a Steiner attack. Incensed by the refusal, the Kurita commander called the commander of the 21st a "traitor" and ordered a full assault on the base. Six Draconis heavy tanks were destroyed before the attack was called off.

The Second Reunification War
Meanwhile, unrest in the Periphery grew out of control as more and more taxes and tariffs were levied to benefit the Great Houses at the expense of their distant neighbors. Saboteurs began to attack SLDF bases and personnel. By the time Richard Cameron assumed his majority and became First Lord, an undeclared war against the Star League's "occupying forces" was raging throughout the Taurian Concordat and Magistracy of Canopus, and to a lesser extent the Outworlds Alliance.

Cameron's Taxation Edict of 2763, increasing further still the burden on Periphery citizens, was the final straw. Over the next two years Periphery violence skyrocketed, and on January 13, 2765, a terrorist drove a nuclear device into Fort Simpson on the Taurian world of Pinard and detonated it, annihalating the SLDF's 265th Heavy Assault Regiment. Eighteen Taurian worlds immediately seceded from the Star League. General Kerensky attempted to negotiate a stand-down of Taurian forces on New Vandenberg, failing when a misunderstanding between Taurian and SLDF units turned into a major battle. The entire Periphery, with the exception of the Rim Worlds Republic of Stephan Amaris, exploded into full-scale rebellion.

Posted near the strangely quiescent Rim Worlds, the Eridani were immediately mobilized and sent to the opposite end of the Inner Sphere, engaging in their first large-scale combat drop in late 2765 to cover the 16th Mechanized Infantry Division's retreat from Megrez. Throughout the rest of the year, the RCT's regiments

Page 2

elhhistory

acted as screen-and-flank elements for larger units on various worlds, learning through experience how to outmanuever and out-think their opposition.

In December, General Kerensky ordered the withdrawal of all SLDF units from the Periphery to regroup and prepare for a new thrust aimed at New Vandenberg at the start of the new year. The Eridani were considered too light a unit to be useful in what would surely be an assault against prepared fortifications, and so were rotated back to their original post in Rasalhague. Although the nearby Rim Worlds had remained openly and staunchly loyal to the Star League, Kerensky did not trust Amaris in the least, and the Eridani were meant as a hedge against any likely move.

If only he had known.

## Against the Usurper

On December 27, 2766, First Lord Richard Cameron was shot dead by Stefan Amaris, whose troops proceeded to seize control of the Terran Hegemony, the very heart of the Star League. Still engaged with Taurian forces, Kerensky did not learn of the act until he sent a report of the successful end of the New Vandenberg campaign in May. Amaris responded gloatingly, referring to himself as the new First Lord and threatening Kerensky with destruction if he did not join the madman's cause.

Kerensky responded by unilaterally declaring a truce with all Periphery belligerents in order to reorient his forces against Amaris' Rim Worlds Republic.

While awaiting the return of General Kerensky's forces from the Taurian Concordat, the Eridani prepared for raids against Usurper forces but were denied permission to stage from Combine space. Unknown to the SLDF, most of Coordinator Minoru Kurita's family had been taken hostage by Amaris, and the Combine could not afford to be seen as opposing Amaris. The Light Horse transferred its official base of operations to the Free Worlds League after some initially heated talks with Captain-General Kenyon Marik, and having gotten settled, the unit commenced operations immediately.

Realizing that the Light Horse could not take the Usurper's forces head-on, Colonel Ezra Bradley, commander of the RCT, decided to launch hit-and-run strikes against the weaker worlds surrounding Terra with the hope that these raids would disrupt Amaris's defensive preparations. Previously, the 34th Royal BattleMech Division had disobeyed orders and attempted to retake their homeworld of Epsilon Indi without support, resulting in their annihalation by the system's Space Defense System. Colonel Bradley took this grisly lesson to heart and limited his own attacks on SDS-guarded worlds to probing missions aimed at destroying a few automated defense drones at a time.

The Eridani, like all Regimental Combat Teams, retained their own small WarShip complement and put it to good use, launching dozens of sorties against Amaris supply convoys and SDS drones. The Aegis Heavy Cruiser SLS Pendleton and her escort destroyer, the Lola III-class SLS Archimedes, used imaginative tactics to surprise and overwhelm their targets with regularity. At one point a Republican task force nearly turned the tables by hiding in an asteroid belt and using a convoy as bait for the ELH ships, a ploy which would have worked but for a technician's mistake in breaking radio silence to report on a routine outer hull check. The Eridani vessels were able to disengage and jump outsystem even as masses of Republican fighters converged on them from hiding.

Meanwhile, wherever possible, Eridani units dropped on Amaris-held worlds to carry out raids on depots and transport networks. Three Marine regiments still fighting on Carver V, and smaller units conducting guerilla actions on other worlds, relied heavily for their survival on supplies provided by regular Eridani runs.

Secretly, the Lyran Commonwealth and Federated Suns also assisted the Eridani, providing them with access to SLDF bases and avenues of retreat which allowed the unit to manuever in unexpected and unpredictable ways. Steiner, Marik, and Davion, to one extent or another, all provided supplies, ammunition and critical intelligence reports, although ironically their mistrust of one another prevented

elhhistory
them from entering the war against Amaris more directly.

## Treachery on Amity
Bradley's plan achieved great success until the 19th Striker Regiment dropped on Amity. During a mission to disrupt operations at one of New Earth's many BattleMech factories, the 19th Striker Regiment was ambushed by three heavy Usurper regiments. Evidence points to a Kuritan agent within the 19th Striker's high command tipping Amaris to the raid, possibly a "good-faith" effort on the Coordinator's part to resolve the hostage situation. As well, the Combine held a vendetta against the Light Horse for the loss on Trondheim and for defeating many of their ronin in the Gunslinger duels. No one has ever accused House Kurita of forgetting a slur to their honor.

If such is the case, no Kuritan family members were released to compensate the Coordinator for his efforts --- and the 19th Striker was completely and utterly destroyed, a betrayal the Eridani Light Horse has never forgotten or forgiven.

Though sorely tempted to retaliate, Colonel Bradley continued his hit-and-run tactics until the Light Horse linked up with General Kerensky and his forces. Upon General Kerensky's return from conquering Amaris' own Rim Worlds Republic in 2772, Marik rescinded his permission for SLDF personnel to base from Marik space. The move (apparently to repay an old grudge against Kerensky) forced the surviving Eridani to stop their heretofore successful raiding campaign and rejoin the Regular Army in preparation for the real war to come. Then, and with great glee, the Eridani Light Horse avenged the loss of the 19th Regiment in long and bloody battles climaxing with the liberation of Terra.

## Liberation of Terra
Emperor Amaris made a strategic blunder in 2774 by ordering a limited withdrawal of his forces to worlds protected by forts or Strategic Defense Systems. Twelve worlds were voluntarily relinquished to General Kerensky, two of which were within a single jump of Terra itself. In addition, the recapture of Carver V was a major morale coup; the three Marine regiments had managed to hold out against all odds with the help of the Eridani's supplies. Slowly but surely, the Usurper was being driven into his hole.

Assaults on Republican holdings and consolidating liberated territory took nearly three years, but preparations for the final assault of Terra itself were complete by late January of 2777. From eight worlds surrounding mankind's home, the returning Army surged like a vengeful wave composed of warships, aerospace fighters, BattleMechs, tanks and infantry---no amount of automated high-tech defenses, no suicidal defense, could keep the enraged SLDF from retaking the Cradle of Humanity back from the man who had defiled everything the Star League stood for.

The fighting continued without quarter, savage and brutal, until the last Republican units surrendered on the orders of Stefan Amaris himself in November of 2779. Always in or near the forefront of battle during the final campaign for North America, the Light Horse performed as a skirmishing and flanking unit on the corps level and witnessed the retaking of the Court of the Star League, although it did not directly participate. Stephan Amaris died two weeks later by firing squad. Kerensky himself gave the order to shoot.

## Exodus
Ten years of war had come and gone, and with it, most of the Regular Army as well. A staggering 75% loss average crippled the SLDF, ensuring that when the High Council finally dissolved and all-out war erupted between the Great Houses, Kerensky's remaining forces would not be able to stop it. Rather than be swayed to the side of one of the soon-to-be-warring Houses, the aging General prepared his force to leave the Inner Sphere altogether.

While the Council Lords vied for control of the Star League, the Eridani Light Horse returned to the Rasalhague Military District and strove to remain impartial. They waited patiently for General Kerensky to call them into action to restore order to

elhhistory

the Star League.

When the call came, however, it summoned them to join the remaining loyal Star League forces and leave the Interior forever. The Eridani could not bring themselves to leave their homeworlds of Rasalhague --- too many felt they would be abandoning not only their friends and homes, but also the Star League itself. Only a few lances of the 3rd RCT decided to leave the Star League. The entire 82nd Heavy Cavalry Battalion, once commanded by General Kerensky himself, needed only half an hour before deciding to stay. Colonel Bradley sent a regretful communiqué to General Kerensky, expressing both the Light Horse's undying loyalty to the Star League and General Kerensky, and its desire to remain and uphold the traditions of the Star League Armed Forces.

On November 5, 2784, the Exodus Fleet jumped out from New Samarkand into the yawning Periphery, not to be seen again for nearly three centuries. That day, the members of the 3rd RCT took down the banner of the Star League and lowered the Eridani unit standard to half-mast. The gesture survives to the modern day as one of the unit's many traditions.

The First Succession War
In the hellfire that erupted after Kerensky's exodus, the Light Horse remained aloof. Minoru Kurita, Coordinator of the Draconis Combine, made numerous offers of employment to Colonel Bradley, who rebuffed the overtures, saying. In his words, the Light Horse had no intention of entering into "the petty politics of five petty rulers", and was only interested in waiting for the return of General Kerensky. Only when Minoru threatened to cancel all trade with the unit did he finally get the attention of the Light Horse commander. Long negotiations between the two sides produced a mutual defense and nonaggression pact. The Draconis Combine agreed to tolerate the presence of the Eridani Light Horse in Kurita space as long as the unit defended its worlds and made no move against the Combine.

The Light Horse easily handled the few tentative thrusts by the Lyran Commonwealth against its home worlds. On the other side of the Combine, however, the Kuritists suffered a disastrous campaign against the Federated Suns. In the battle for Kentares IV, Minoru Kurita was killed, and his insanely violent son Jinjiro succeeded him. In 2796, Jinjiro avenged his father's death by massacring some 52 million civilians on Kentares IV.

Evacuation
After hearing of the Kentares Massacre, the commanding officers of the Light Horse began preparing to move. Though everyone from the unit commander down to the most inexperienced warrior hated to leave their worlds, most realized that a confrontation with the psychotic Jinjiro was inevitable.

By June of 2798, most of the Eridani Light Horse had launched and were waiting for the dependents of the 8th Recon Battalion and 50th Heavy Cavalry Battalions to leave the planet Sendai. Furious with the units' desertion, the administrator of Sendai captured and held those families hostage, demanding that the entire unit lay down its weapons and turn itself over to him. When the Light Horse failed to meet the disarm deadline, he ordered his troops to execute the two thousand dependents.

Enraged, the 8th and 50th battalions dropped on the planet. The resulting battle lasted for a week and ended after every political official and Combine BattleMech was hunted down and slaughtered. Forces from neighboring worlds in the Rasalhague Military District appeared insystem, but when informed of the administrator's deeds they soon withdrew. The 8th and 50th returned grim and battered. Although the officers of the two units had acted without orders, Colonel Bradley refused their resignations. Today, the 50th Heavy Cavalry (now nicknamed "The Bloody Half Hundred") and the 8th Recon Battalion are tradition-bound to protect the dependents of the Light Horse.

After leaving Sendai, the Eridani Light Horse crossed the Inner Sphere and entered the Free Worlds League. Marik immediately granted them a place to stay until both

elhhistory

sides could work out a mercenary contract. Colonel Bradley pledged his unit to the Free Worlds League in exchange for a secure world for the unit's families, a steady supply source, and a modest fee.

## The Second Succession War

The Eridani Light Horse figured prominently in Marik offensives during the next thirty years, primarily spearheading attacks on Lyran-owned worlds. In 2853 alone, the unit captured Irian and Megrez, and even subdued the Circinus Federation for a time. They also became known for repulsing a Kuritan assault on Danais with a spirited defense. Dieudonne was the target of a major raid in 2860, wherein the ELH inflicted serious casualties on the heavier Lyran 'Mechs and succeeded in damaging the few industries on the planet. Then, aided by a heavy Marik regiment in 2862, the Light Horse took Ilion for the Free Worlds League.

Despite their losses to the Eridani's developing wizardry in the realm of mobile 'Mech tactics, Commonwealth units could not help but respect the unit's insistence on abiding by rules of honorable combat. It became well known that if a unit had to lose a battle, it was best off losing to the Light Horse.

## Dissension in the Ranks

When the Third Succession War erupted in 2866, Colonel Bronson, commander of the Eridani Light Horse, renegotiated a contract with the Free Worlds League. Pleased with the unit's performance, the League Parliament considerably sweetened the Light Horse's original contract, giving them titles and free access to League supply centers.

Some Light Horse soldiers perceived this newfound affluence to be a threat to their tradition as defenders of Star League principles. They felt that Colonel Bronson was selling out, making the Eridani Light Horse no better than any other band of mercenaries. Major Johnson, commander of the 151st Regiment, became the leader of this internal dissent. However, Bronson ignored the dissidents, as he ignored the old Star League traditions.

In 2869, Major Johnson led the 151st out of the Free Worlds League to the Periphery, and the majority of the other two regiments followed him. Left with only his family, a few loyal officers, and a couple of loyal lances, Colonel Bronson moved his force to a small, but resource-rich world just out-side the borders of the League, where he began to recruit Periphery riffraff into a mercenary force.

## Return to Duty

Shunning the mercenary life, the Light Horse gradually deteriorated on its Periphery world as its resources ran low. With nothing to trade, the unit had to resort to farming the poor soil to survive. Then, in 2871, a regiment of bandits raided the Eridani supply center. Although the Light Horse drove off the raiders, the bandits carried away or destroyed most of the unit's supplies.

Light Horse officers conferred for days to figure out how to stave off impending starvation. Finally, they worked out a compromise to hire out their military services to those retaining the honor and integrity of the Star League. At this time, the Light Horse adopted most of its present traditions to remind the soldiers of its principles. After gaining the approval of his men, Colonel Johnson traveled to the Lyran Commonwealth to negotiate a contract. Steiner agreed to all of Johnson's terms, including the control of a planet for the unit's dependents. Unfortunately, Colonel Johnson died while the Light Horse transferred to its base on New Karlsruh. His successor, Jennifer Dirkson, adopted the rank of Brevet General to show both her authority over the three regiments and her willingness to resign if she ever placed mercenary considerations over Eridani tradition.

From 2872 to 2945, the Eridani Light Horse served the Lyran Commonwealth along the Draconis Combine border. Its fame spread quickly throughout the Inner Sphere, and Kuritist units learned to fear the sign of the trotting brown horse.

In 2900, the 151st Light Horse Regiment dropped onto the Kurita-controlled world of

## elhhistory

Radalah, expecting to find only a battalion of garrison troops. After quickly seizing the cities of Auptsmon, Tiel, and New Freisburg, the 6th and 8th Recon battalions encountered Kurita's elite 3rd Proserpina Hussars Regiment. The Hussars cut off the two recon battalions from the 50th Heavy Cavalry Battalion, which was encamped in New Freisburg, and laid siege to the city. Too weak to assault the Hussar's position, the two recon battalions conducted hit-and-run attacks on the Kuritists, drawing more and more forces against them. Eventually, the sieging force became so depleted that the 50th Heavy Cavalry was able to storm the Hussars, escape New Freisburg, and retreat to Auptsmon, where Eridani Dropships were waiting to lift the regiment offplanet. For its spirited fighting against the heavier regiment, the 151st Regiment earned its nickname of "The Dark Horse Regiment." !

### Tamar Gambit

In March of 2915, the ELH's 82nd Heavy Cavalry and 17th Recon Battalions assisted Steiner units in defending Tamar from a concentrated Kurita attack involving fifteen regiments including the elite 2nd Sword of Light. An initial complex psychological ploy seemed to shake up the Steiner troops, leading to the infamous textbook example of how not to assault a position, known as "The Mauling of Richardson's Company". However, the Eridani were not spooked, and stood firm until their employers were able to shake off the spell. Seven months after they landed, the Combine troops were forced back off-planet, leading Archon Tatyana Steiner to concoct a bold new plan for defending the planet.

Guessing correctly that the Kuritans would blame their loss on the Light Horse, Tatyana withdrew the ELH battalions with no attempt to conceal their movement. Sure enough, a second attempt was made to take the planet only to be brushed back by timely reinforcements from nearby worlds. The vaunted mobility of the Eridani, coupled with the relative lack of light Steiner 'Mechs, made the unit a prime reinforcement asset in future attacks. This bait-and-switch tactic continued to be used to great effect long after the ELH left Commonwealth service.

### Treason Most Foul

Things weren't all wine and roses, however. In 2924 the Commonwealth lost Wing to the Free Worlds League despite the presence of the 50th Heavy Cavalry Battalion --- even the elite "Bloody Half-Hundred" could not prevent the Marik Eagle from advancing. This led Marik to initiate more raids, whose success in turn provoked Steiner to commit its forces to retaliatory raids.

One such retaliation went sour, with dire consequences. Having been anticipated, the 12th Lyran Regulars were severely mauled and many of their MechWarriors captured. One of these was Hauptmann Mikhail Tertren, whose twisted personal sense of "business ethics" caused him to offer his services as a turncoat to House Marik. Released along with the other captives from the 12th in an apparently magnanimous New Year's Eve gesture of interHouse goodwill, Tertren went straight to work contacting Marik agents and passing along vital military data.

Archon Marco Steiner took a personal interest as more and more information piled up to indicate a highly-placed spy was compromising military operations. Through a ruse involving multiple raids, Marco was able to narrow down the suspects to Tertren himself. Tertren realized he had been discovered and managed to flee to Marik space, where he was welcomed as a hero and even given command of the 3rd Marik Militia. In 2952 Lyran operatives noted the increased performance of the 3rd Militia and how its commander appeared to know Commonwealth military tactics by heart. The Eridani's 5th Striker Battalion was chosen to find and kill this wizard of warfare.

Utilizing its skill in dropping from orbit at dangerously steep angles, the 5th managed to land near the city where the 3rd Marik Militia's command post was based. In a pitched battle that pulled in more and more reinforcements from nearby Marik 'Mech units, the Light Horse battalion managed to kill Tertren, identifying his body by ripping open the cockpit of his fallen Marauder. The entire Commonwealth High Command breathed a sigh of relief at the news.

Other Marik-border operations included the counterattack to retake Loric from the

Page 7

elhhistory

invading 5th Regulan Hussars and its supporting twelve armor and infantry regiments in 2971. The Eridani's 11th and 17th Recon Battilons, aided by the 12th Star Guards' 2nd Regiment as well as ten line regiments, launched their attack with the two ELH units dropping directly into enemy-held territory to harass and tie up any attempts Marik made to concentrate forces. Meanwhile, the 12th Star Guards assaulted Digger's Pass, trapping the majority of Marik forces in a pocket. After enduring four grueling months of guerilla warfare in mountainous terrain, the Eridani forces managed to force the numerically superior Marik troops from the area and into the open plains where the Lyran conventional units were waiting. The FWL forces retreated offworld shortly thereafter.

Brevet General Dirkson retired in 2926 and was succeeded by Montgomery Wilson, who also took the rank of Brevet General. Every commanding officer of the Eridani Light Horse has since also adopted this rank. Wilson split the unit into battalions, which launched numerous strikes against Kuritist worlds, including Caledonia, Dawn, and Wheel. For two months, the 82nd Heavy Cavalry Battalion occupied St. John, one of the Light Horse's charges during Star League days.

Vacation on New Karlsruh
Although very successful, the Light Horse's raids severely depleted the battalions. In 2946, the Commonwealth Military granted the entire unit leave to rest and resupply on New Karlsruh. Brevet General Wilson used this time to recruit more mercenaries and to repair his damaged 'Mechs. Both the 3rd and 7th Striker Battalions of the 21st Regiment had to be almost completely rebuilt. While Wilson and two 'Mech companies were visiting mercenary guild halls looking for talent, Colonel Haviarre of the 71st Regiment was in charge of the Light Horse.

In the same year, word of the Eridani Light Horse's activities reached the ears of Commander Russel Bronson, son of the Light Horse commander deserted in 2869 and leader of the mercenary legion Bronson's Horde. Wishing to wreak revenge on the "Mutineers," Bronson broke off his contract with the Federated Suns and traveled to New Karlsruh.

Bronson's attack took the Eridani Light Horse completely by surprise. With only twelve hours to prepare, Colonel Haviarre ordered the 50th Heavy Cavalry and the 8th Recon Battalions to move the Light Horse families to the mountains. The remaining five battalions quickly fanned out to meet the three incoming regiments. Bronson landed his Dropships under an umbrella of aerospace fighters, but soon, the Eridani fighters mustered and reestablished aerospace superiority. The surprise of Bronson's attack became his downfall as the Light Horse fighters destroyed the straggling Dropship reinforcements and wreaked havoc on the heavy 'Mech forces below. Undaunted, Bronson urged his units on, searching for the Eridani High Command. Although his assault lances pounded the lighter units, the Light Horse's recon battalions soon outmaneuvered the slow 'Mechs. The 12th Armored Infantry Battalion alone felled two lances of 'Mechs. Commander Bronson himself joined the ranks of the Dispossessed when his Cyclops fell under a barrage of missiles from several Chippewa AeroSpace Fighters. Miraculously unscathed, he led his remaining forces offplanet, vowing revenge.

Though it took substantial damage, the Eridani Light Horse gained enormous plunder from Bronson's Horde. By 2949, the unit was fighting for Steiner against the Free Worlds League. The worlds of Oliver, Thera, Alula Australis, and Corcrya all felt the sting of the Light Horse. Eridani battalions raided several military bases deep within the League, including Nathan, Procyon, and Feng Pau. In 2955, Brevet General Kerston succeeded Brevet General Wilson.

Defense of Hesperus II
In 2998, House Steiner planned a planetary assault against Kalidassa, a Marik-controlled world with some functioning 'Mech production facilities. Three of the five Steiner regiments on Hesperus II formed the core of the assault group, and the Light Horse's 21st Striker Regiment and 50th and 82nd Heavy Cavalry Battalions replaced them in the garrison. When the Marik forces on Kalidassa recognized their attackers, they informed the High Command that Hesperus II was without its crack

elhhistory

defenders. As a result, Marik decided to send a reconnaissance force to determine Commonwealth strength on the planet. League Dropships descended on Hesperus II, deposited nine recon companies at various locations and withdrew. The garrison commander on Hesperus II ordered the 21st Regiment to leave the easily defensible city of Tallowrand to ferret out the enemy scouts; a task better suited to a recon unit. Too slow to deploy efficiently, the striker regiment took heavy damage from the Marik scouts, which withdrew before the heavy 'Mechs could engage them.

Within weeks, Marik landed four regiments to strengthen his position on the planet. Again the garrison commander ordered the Light Horse units to engage the enemy. However, the Eridani regimental commander disobeyed his orders to march to Marik's landing zone, and stationed his artillery along the mountain passes to Hesperus II's industrial center, where he knew the invaders would be heading. The Light Horse force allowed two reconnaissance companies to cross the mountain range unmolested, and then the bulk of the army, three regiments strong, attempted to pass. Long Tom cannons shelled the force and the area, sealing the pass and splitting the army in two. With no room to maneuver, the League units were sitting ducks for the Eridani 'Mechs and tanks. Timely assistance from Steiner 'Mechs enabled the Light Horse to overwhelm half of the invading force, and the remaining enemy units retreated offplanet.

Contract with Davion
The Eridani Light Horse was also successful in the Twelfth Battle for Hesperus II, albeit narrowly so. Kuritan regiments quickly outmanuevered the Steiner defenders, leaving it to the Light Horse's 1st Support Company to hold open a spaceport so that House regiments could land to reinforce the defense.

Light Horse commanders were becoming increasingly irritated with working under Steiner military leaders, many of whom showed amazing incompetence. When contract negotiations with Steiner broke down in 2999, Brevet General Kerston went to House Davion for employment. Both sides struck a settlement in 3000, and the Light Horse left New Karlsruh for Derby in the Crucis March.

Lord Davion split the Light Horse into battalions and companies to carry out diversionary raids on both Kurita and Liao worlds. These units' abilities to strike hard and move quickly often convinced planetary garrisons that a full regiment was attacking the planet. As these raids were perilous, the Light Horse received substantial bonuses. A few of these simulated assaults became real invasions when Eridani forces realized that they could actually conquer the planet themselves.

When Brevet General Kerston stepped down in 3023, Brevet General Armstrong assumed command. One of his first duties was to organize the defense of the planet Hoff, location of the Meistmorn Academy, to repulse a Kurita Attack. Although Wolf's Dragoons, under contract to Kurita, pounded Eridani units in a furious onslaught, the Light Horse played cat-and-mouse with the mercenaries, keeping them off-balance until Davion Reinforcements arrived to flush the Dragoons offplanet. Eridani losses were heavy, and Davion, pleased with the unit's performance, granted the Light Horse time to rebuild its forces.

The Light Horse soldiers spent their vacation on Derby and at the Federated Suns' New Avalon Institute of Science. At the NAIS, they taught combat skills and Star League and Successor State history, while participating in technological research. In 3025, the Eridani Light Horse resumed fighting under the Davion banner against the Draconis Combine.

During this time, Hanse Davion had been watching how the Light Horse operated with keen interest, and began to adapt the idea of the Regimental Combat Team to the Federated Suns military. Unable to muster enough 'Mech regiments to copy the ELH system, he hit upon the idea of substituting well-balanced and highly-trained conventional forces instead. These new military formations tested out well during wargames, and the man known throughout the Inner Sphere as "The Fox" began to consider how to best put this new military option to use...

elhhistory

**The Fourth Succession War**
On August 20, 3028, Prince Hanse Davion stood before the leaders of the other Houses and other mighty personages gathered on Terra for his wedding and toasted his bride with the fateful words:

"I give you the Capellan Confederation."

Operation Rat signaled the opening of hostilities between the newly-born Federated Commonwealth and the Capellan Confederation. The Eridani Light Horse, for its part, staged its 151st Light Horse Regiment ("White Horse") from Demeter to support the 3rd Davion Guards Regimental Combat Team in an assault on Algol. The defenders of Algol were the First Ariana Fusiliers, a unit renowned both for its spirit and bad luck.

The luck of the Fusiliers did not change. First to hit the ground was the White Horse Regiment, a few kilometers west of a key spaceport. The 2nd Battalion of the Fusiliers was caught by surprise and out of position a full ten klicks further west. The 151st then marched on the spaceport, leaving armor units behind in concealed positions along the way.

When the Fusiliers charged, hoping to catch the 151st from behind, they ran headlong into the tanks, which slowed them up conducting a fighting withdrawal towards the spaceport. As the Fusiliers became engaged, the 151st's 'Mechs swept around in a swift circling manuever to strike the Fusiliers in the rear just as they finally fought through to the deserted spaceport tarmac. Five hours later, the personnel of the White Horse were sifting through the wreckage of the 2nd Battalion for salvage.

Meanwhile, the 3rd Davion Guards had close-assaulted the 1st Battalion of the Fusiliers, commanded by Major Tormana Liao of the ruling Capellan family. Despite eliminating the 1st Battalion entirely as a fighting unit, Liao had managed to disappear.

The Fusiliers' 3rd Battalion retreated offplanet after hearing of the fates of its sister formations. Having secured the planet, more Davion forces moved up, including the 71st Light Horse and 21st Striker Regiments of the ELH.

Kawich became the new target for the Light Horse as Operation Rat entered its fourth phase. On January 12, 3029, a patchwork demi-regiment made up of previously-shattered Liao units was tasked with destroying a series of warehouses thought to be largely unguarded. One of these elements, a battalion from the Warrior House Hiritsu, were surprised by armor and infantry elements of the 21st Striker Regiment enroute to their target. The conventional troops skillfully sprang ambush after ambush in a fighting retreat similar to that conducted by the 151st Light Horse on Algol. Having softened up the enemy, Colonel Winston then ordered the 'Mechs of the 21st Striker into action. Using the hills surrounding the road to the warehouses, three battalions encircled and destroyed the entire Hiritsu battalion. Colonel Winston, however, collapsed while in battle and later died at the regimental field hospital. He was the only Eridani casualty.

Elsewhere, the 1st Davion Guards and 3rd Crucis Lancers RCTs made short work of the remaining Capellan resistance on Kawich.

For the remainder of the Fourth Succession War, the Eridani Light Horse served in a reserve role and did not engage any further opponents. From 3029 to 3039, the Light Horse was posted to the Kurita/Davion border, and was employed in the War of 3039 to support uprisings on McComb and Royal. The success of these two operations provided some small consolation for the overall failure of the general war effort. After 3039, the Eridani were posted to the captured Liao planets of Saiph, Tall Trees and Menkalinan, where they remained in a garrison role until 3050. During this time, Colonel Adriana Winston took command.

**The Clan Invasion**
When Clans Jade Falcon, Ghost Bear, Smoke Jaguar and Wolf attacked the Inner Sphere
Page 10

elhhistory

in 3050, the effect was complete surprise. Disorganized, strategically outflanked and unsure of the trustworthiness of their neighbors, the initial reaction of the Houses assaulted was to send reserves to the front line in hopes of shoring up resistance. Yet many key units were left on the Marik, Liao and Davion borders to guard against the possibility of an opportunistic attack.

The Light Horse, which had been taking advantage of the long, sullen peace to refit its units with the best equipment it could afford, was retained on the Liao/Marik border as the mainstay reserve. It was not until late 3050, when relations between the Inner Sphere realms became cordial enough to allow a further transfer of forces to the Clan lines, that the ELH was pushed forward towards the fray. At first, the unit was employed in a reserve mode on Sudeten, but as Clan lines began to expand it was felt that opportunities were available to conduct strategic raiding in order to disrupt Jade Falcon advances. As a result, the ELH was broken down to battalions and spread along the Falcon/Steiner border to conduct free-range raiding.

The Eridani were fortunate in that their delay in moving to the front lines resulted in critical information already having been obtained through hard experience by other units. ELH officers had already been religiously devouring data on Clan tactics, capability and psychology for the past year, and were anxious to test their brand of elite raiding skills against such an unorthodox foe.

Throughout 3051, while the leadership of the Clans delayed resumption of their advance in order to select a replacement for deceased ilKhan Leo Showers, the Light Horse struck up and down the Falcon lines, executing missions both daring and calculated to the nth degree. A favorite tactic was to draw off a small unit into a pursuit, call their commander up on the radio, and inform him or her in the most stentorian tones that they were in violation of various Star League laws and should consider themselves under arrest as prisoners of the Star League Defense Forces. More often than not, this would cause the Clan commander to enter into a righteous froth and spur his pursuit --- right into a prepared ambush. Well over two dozen Falcon Stars were accounted for in this fashion before higher levels of Falcon command were able to rein in their headstrong troops.

However, since the Clans primarily relied on transports escorted by WarShips to bring the bulk of their war materiel to the front lines, and did not depend to any large extent on the resources of the worlds they occupied, the Eridani determined that the only way to disrupt the actual supply lines would require storming the Clan-held warehouses on each occupied world in force --- and that meant a direct assault against a large, technologically superior force prepared to defend itself in urban terrain. The Eridani, with its predominantly light and medium 'Mechs, could not hope to achieve such a feat. By May the focus shifted away from supply raiding and over to intelligence gathering coupled with ongoing small-unit ambushes. Eridani reconnaisance was instrumental in fleshing out military data on Falcon OmniMechs, styles of manuever and unit position updates.

Towards the end of 3051, the ELH was ordered to reconcentrate all three regiments on Orkney to provide a strategic garrison and give the unit a rest. Fresh armor and infantry support regiments, some recently trained in anti-Clan warfare, were expected to arrive within a month to bolster the Eridani presence.

Orkney

Luck ran out for the Light Horse on November 17, 3051, when JumpShips carrying the First Falcon Striker Cluster and the Steel Vipers' 104th Assault Cluster arrived insystem within hours of each other. The Falcons had already declared their batchall, Star Colonel Rard Hoyt committing his entire force with the stated intent of eradicating the Eridani to the last man. In his view, and that of his entire command staff, the 3rd Regimental Combat Team of the Star League Defense Forces had lost any right to call themselves that when they refused to follow Aleksandr Kerensky on his Exodus. Brevet General Adriana Winston replied curtly on behalf of the ELH that her organization continued to take pride in obeying the Star League laws, military codes, and proper uniforms so beloved of Kerensky in his day --- none of which was being displayed by any Clan forces.

Page 11

### elhhistory

As the Falcons burned their way insystem under maximum thrust, trading accusations of treason against the Star League with Wilson --- who seemed to find the whole thing as amusing as it was serious --- the Steel Vipers showed up. Their commander, Star Colonel Fen Zalman, immediately protested, demanding a Trial of Possession for Orkney. Hoyt snapped back that the batchall had already taken place and that he had committed his entire force.

Zalman smiled, nodded, and stated that he was bidding his entire force for the Trial of Possession batchall. And since this just happened to be the same bid already made against the Light Horse, was it not reasonable for both parties to attack the mercenaries, and finish with each other when that little chore was complete? That way, whoever acquitted themselves best in the initial battle would be better prepared for the second, quiaff? Hoyt grudgingly accepted the offer and slowed his unit's advance to allow Zalman to catch up.

Faced with 140 OmniMechs, half of which were Heavy or Assault class, plus 60 supporting AeroSpace fighters, General Winston would normally have taken to the hills and staged guerilla warfare on a grand scale until the promised reinforcements arrived.

Unfortunately, this was not possible. Orkney's single starport was situated on a low causeway which jutted into the ocean for a kilometer before surging up into a solid basalt extrusion which made it highly stable --- perfect for a starport.

Unless, of course, you had the poor luck to be at the starport when hurricane season came rolling in, which on Orkney was never entirely predictable to begin with. During these periods, storm surge kept the causeway flooded nearly a hundred feet deep. Strong riptides were capable of dragging a 'Mech off the causeway and down to unsurvivable depths. Only during low tide and the odd calm moment was it possible to dash a small unit at a time across that dangerous stretch.

The Light Horse had, on arrival, followed its standard operating procedures and pushed out a defensive perimeter of two regiments away from the starport while holding the third in reserve. Having been reassured by the AFFS liaison officer that hurricane season wasn't for three more months yet, the Eridani now found themselves divided, with the 71st Light Horse and 21st Striker Regiments trapped on the far side of the causeway. DropShip operations were not an option until the storm passed.

The 71st and 21st fell to digging entrenched positions with a will. If they fled into the interior, the Clans would be able to swarm the starport and overrun the 151st Light Horse Regiment --- and the RCT's DropShips --- given any break in the storm. Working in mud and slashing rain, every 'Mech and free hand was soon covered in thick mud. It was slow going until, in a daring move, a dozen civilian hovertrucks darted through the crashing waves to deliver dedicated engineering equipment. As it was, the last embankments were completed just as the Clan DropShips hit Orkney's upper atmosphere. Hoyt and Zelman landed outside the range of the storm, some fifty kilometers to the north of the entrenched Eridani positions. The high winds made a closer landing impossible, and also prevented the use of fighters. Nonetheless, the two clusters formed side by side and marched directly towards the waiting Light Horse regiments.

The ensuing battle lasted six hours. Despite a tenacious and bitter defense, the Eridani 'Mechs were outmassed and unable to outmanuever their opponents. Long Tom and Sniper artillery based at the starport laid down a wall of fire in the path of the OmniMechs, destroying or crippling several, but still the mass of walking death kept on its relentless approach. Light 'Mechs kept down in their trenches until an OmniMech got to point-blank range, and then would stand and concentrate fire in a desperate attempt to destroy the enemy before being destroyed themselves. Medium 'Mechs tried to support their smaller brethren, waiting for them to pick a target and then joining in from somewhat longer range. Tanks took whatever shot they could get, scurrying behind mud and 'Mech alike for cover. And then a miracle: the storm's rage seemed to abate somewhat. A backwash tidal surge cleared the beach, and the

Page 12

elhhistory

151st, waiting for such an opportunity, charged across the causeway to fall like a wave upon the Clansmen, firing and kicking and punching like crazed barroom brawlers to save their sister regiments. Several Wasps ganged up on a Fire Moth at one point, bodily heaving it off a cliff into the ocean below. Unable to maintain their drive, the Clan OmniMechs fell back to regroup.

As if on cue, the sun broke through a bank of clouds, signaling the end to the imprisoning storm.

Brevet General Winston called Star Colonel Zalman and announced her intention to withdraw from Orkney, if she would be allowed to collect and care for the wounded first. Hoyt broke into the conversation and protested vehemently, but Zalman politely accepted Winston's offer. After all, he was there to fight the Falcons, and it made no sense to waste his forces on a retreating enemy. Without Zalman's support, Hoyt could not afford to attack the Eridani and risk further losses which the Vipers could exploit later. He chose to steam in silence for a while and lick his wounds.

Casualties had been heavy on both sides, although the Light Horse took the brunt of the punishment. Most of the damage was material, however, and could be replaced --- as though their luck had changed for the better, most of the pilots and armor crew were wounded rather than dead. The 21st Striker Regiment had lost half its 'Mechs and vehicles; the 71st Light Horse Regiment had been virtually annihalated in those terms.

But 60% of personnel were alive and would pull through with reasonable medical treatment. The Light Horse would need time to rebuild and refit, but they would come back as strong as ever.

And then Hoyt's OmniMechs surged in again, firing on everything in sight --- tanks, 'Mechs, medical tents. AeroSpace fighters streaked above, dropping bombs seemingly at random. A MASH truck exploded in a ball of flame, its patients incinerated in an instant.

Almost at the same time, Zalman's fighters screamed in over the horizon, peeling off in twos and threes to attack the attackers. Medical techs tried valiantly to move their charges out of harm's way, only to be vaporized by a particle projection bolt or laser. Clan OmniMechs marked with metallic snakes attacked Hoyt from behind, forcing him to turn most of his energy on his fellow Clansman. But the damage had been done; the field hospitals were a charnel house. A lone jeep moved raggedly across the blasted landscape, the last Eridani vehicle on this side of the causeway. Nothing else stirred save by the last storm-ridden gusts of wind.

Within the hour the Eridani Light Horse lifted off of Orkney. Never in their long history had they endured such losses, and never so senselessly. The entire 71st Light Horse was gone with the exception of Sergeant Roy Calbeck, commander of a Pegasus scout tank platoon.

Calbeck's platoon had been one of the few left on the beachhead when the attack came, and had tried to save a hospital area with a mobile defense. Despite destroying three light Falcon OmniMechs, the small group of tanks had been unable to stop or even slow down the onslaught. Upon arrival at Tomans Calbeck was given an honorary promotion to Major in the 71st, pending a new assignment, and granted indefinite leave to sort himself out. He was last seen entering a bar near the starport. The 151st Light Horse endured minimal losses, but the 21st Striker lost the 1st Armored Infantry and 3rd Striker Battalions, knocking it down to half strength. The entire unit went into mourning and was rotated to Zurich, near the Marik border, to recuperate.

Bloodright
The Light Horse had not yet seen the last of Clan treachery, however. In late 3053, several Steel Viper and Nova Cat MechWarriors went on a murder rampage through the Inner Sphere, seeking out members of the Hallis family in order to exterminate their

elhhistory

bloodline in an act of pure selective genocide. Apparently a distant ancestor of the
Halliges had, centuries ago, joined in a rebellion against Clan authority. Once the
rebellion was put down, Nicholas Kerensky --- the founder of the Clan social system
--- had declared that anyone who could prove they had completely destroyed the
genetic legacy of anyone related to the rebels would be granted a Bloodname.

It was this prize that had led the Vipers and Cats to claim a Trial of Bloodright
against the Hallis family, to turn from skilled soldiers into bloodthirsty assassins
in quest of a surname.

Of three known people with a known genetype matching the long-dead Wolverine
Clansman, one was a member of the Eridani Light Horse: Lieutenant Andrew Hallis.
When his sister Kristin and brother Leonard were killed, with clear evidence
identifying the murderers, Andrew went to his commanding officer and a trap was
laid.

Although the attack was foiled by the slimmest of margins, the surviving Clansmen
managed to escape offworld and evade two pursuit lances of AeroSpace fighters,
complaining loudly over the radio about "Inner Sphere barbarism" all the way back to
their JumpShip. The commanders of the 8th Recon and 50th Heavy Cavalry Battalions,
in their traditional duties as protectors of Eridani dependents and their families,
have sworn that they will leave no survivors of any future engagement with Clans
Steel Viper or Nova Cat.

Truce Period
In 3054, having refitted and reorganized its surviving units, the ELH was posted to
Kikuyu and Mogyorod, the extreme left flank of the Inner Sphere line. As though
apologetic for their previous actions on Orkney and Zurich, neither Clan Jade Falcon
nor Clan Steel Viper made any moves against either of these otherwise inviting
target worlds. The ELH, for its part, was content to rest and make the occasional
raid, saving its resources with an eye towards returning the 21st Striker to full
strength, possibly followed by a reactivation of the 71st. Light Horse leaders began
to talk in earnest about something called "Project Aegis" and whether or not it
should be activated.

Rebirth of the Star League
On October 3, 3058, the leaders of every Inner Sphere power assembled on the world
of Tharkad to formally discuss how best to carry the war to the Clans. During that
meeting, Precentor Martial Anastasius Focht proposed that the leaders form a united
front to face the Clans by creating a unified political body and a coalition
military force. The assembled leaders agreed and took the historic step of drafting
a new Star League Constitution. Sun-Tzu Liao, Chancellor of the Capellan
Confederation, was appointed to the ceremonial post of First Lord. The Star League
Defense Forces were reinstituted, incorporating military organizations from
throughout the Inner Sphere. The Eridani Light Horse naturally became a core element
of this new fighting force.

Task Force Serpent
The new SLDF was tasked with "Operation Bulldog", a grand strategy which targeted
the elimination of Clan Smoke Jaguar. It was felt that such a blow would force the
other Clans to consider the possibility that they might likewise be eradicated as a
fighting force if they continued to attack the Inner Sphere. Most of Bulldog's
operations were split into several waves aimed at retaking captured worlds belonging
to the Draconis Combine. To finish off the Jaguars entirely, however, their
homeworld of Huntress had to be captured and held. This daunting task was assigned
to Task Force Serpent, ten elite regiments whose core was formed by the Eridani
Light Horse. Proud to once again be defenders of the Star League, the Horsemen set
to their task with a will.

It was late 3060. The Jaguar garrison commander for Huntress, Russou Howell, had two
Provisional Galaxies at his disposal as a direct attack on their home was the last
thing the Jaguars could conceive of. Yet he did not flinch from battle when TF
Serpent arrived in system. In harrowing clashes across the planet, both sides

Page 14

elhhistory

wreaked enormous damage upon another. Howell, pressed for reinforcements, unleashed a deadly new war machine called ProtoMechs. These miniature 'Mechs were piloted by washed-out aerospace pilots using new enhanced imaging systems. The EI system, coupled with improved armor and weaponry, allowed the ProtoMech pilots to wreak considerable damage on the Serpent forces before they were destroyed. Nonetheless, after several days of almost non-stop combat, TF Serpent finally crushed the last of the Jaguar garrison forces.

Task Force Serpent's respite from battle was swept away when the remnants of the Smoke Jaguar Inner Sphere forces returned to Huntress for repairs and refitting. Shocked at finding their homeworld in the hands of Inner Sphere troops, the Jaguars launched a brutal counterattack led by Galaxy Commander Hang Mehta. With two Galaxies of troops, the Jaguars hammered mercilessly against the elite but battered Serpent troops. Several days into the battle, ilKhan Lincoln Osis and his bodyguard unit arrived on Huntress to coordinate the counterattack. Both sides sustained losses in excess of sixty percent, with many pilots dead and hundreds of mechs lain strewn across the battlefields.

The Jaguars launched one final counterattack with their remaining forces. The battle was almost lost for the Inner Sphere if not for the skill and valor of the Eridani Light Horse. The ELH troops held the line, but at a tremendous cost: their leader, General Ariana Winston, was killed in! the final moments of the battle. Winston's death marked the turning point for the campaign. Prince Victor Steiner-Davion, leading another task group to Huntress, arrived in-system just before the final battle began. The fresh troops he led quickly hunted down and eliminated all Jaguar resistance within a few days. Unfortunately for the Inner Sphere, ilKhan Lincoln Osis was able to escape with a handful of warriors to Strana Mechty.

Nearly 60% of the Light Horse was destroyed in the fighting on Huntress, counting General Winston among the slain; yet were victorious in destroying the Jaguars as a Clan. Today the Eridani are rebuilding and preparing to battle any Clan that might choose to cross the truce line, and to defend all that they are tasked for as part of the Star League Army.

Unit Description
The Eridani Light Horse is dedicated to preserving the ways, traditions, and honor of the Star League Armed Forces. Our lives hold no higher purpose than to remind the Inner Sphere of the power and the glory that once unified us all. Fate willing, we may again enjoy such benevolence.

General Armstrong

ELH Combat Training School

Commencement Ceremonies of 3024

Contract Requirements
The Eridani Light Horse's main weakness is its inadequate number of Techs. Therefore, Light Horse leaders always insist that the employer furnish the unit with support personnel to repair and maintain its 'Mechs. Also, they demand the right to negotiate supply contracts with local commerce companies. This allows them to bypass their employer's military bureaucracy, which might neglect the needs of mercenaries in favor of house units.

Like many other mercenary units, the Light Horse requests a place to settle its dependents. This is a vital contract point, as these mercenaries firmly believe in keeping a sense of community. They also refuse to commit any act that would violate the near-forgotten Ares Conventions. Thus, they will never attack civilians, inflict undue harm on innocent peoples, or execute prisoners.

Perhaps their most unusual contract point is that the employer must allow Eridani support personnel into his research facilities. Although this has irritated some employers, it does ensure that Light Horse 'Mechs will be in the best possible shape
Page 15

elhhistory

to fight for their employer. Only the wily Hanse Davion had the audacity to turn this contract point around. When the Eridani signed on with the Federated Suns in 3000, he demanded that if he was to permit mercenaries into his New Avalon Institute of Science, then the best of them must teach there. With a laugh, General Armstrong accepted this condition.

Typical Mission Work
Though the Eridani Light Horse is adept at fighting large battles, they are wizards when it comes to raiding. Their quick strikes have spawned many imitators. What distinguishes the Light Horse from all others is the skill and coordination of each Eridani soldier. From the time of planetfall a typical objective mission lasts approximately four hours, and roughly follows this sequence. AeroSpace fighters attack enemy aerodromes, while Recon lances drop onto the planet. Recon lances gather data and strike at comm centers, crippling the enemy's ability to respond. AeroSpace fighters establish aerospace superiority before Command and Strike lances drop. Units strike at objective(s).

Dropships transport support units (artillery, tanks, infantry) to prearranged recall points. DropShips lift off to stand by in near-orbit. Lances break off attacks after allotted time has elapsed, and head for recall points. Departing lances strike at any military target that presents itself enroute. Support units cover returning lances. Dropships land, take aboard all personnel, and then lift off.

Unit Traditions
The most tradition-bound mercenary unit in the Inner Sphere, the Eridani Light Horse has many memorials and rituals that serve as a constant reminder of its illustrious history and rigid honor. Some outsiders have commented that Eridani observances seem almost religious.

For example, the 50th Heavy Cavalry and 8th Recon Battalion are sworn to protect all the civilian members of the Eridani Light Horse in memory of their families' executions on Sendai. Whether escorting civilian transports or garrisoning their settlement, only the 50th and 8th Battalion members are involved in the safety of Eridani dependents.

Wherever they are encamped, all military units in the Successor States set up two flagpoles: one for their unit banner and one for their employer or House leader. Unlike other units, however, the Light Horse has never flown the flag of its employer. One flagpole remains bare, while the banner of the Light Horse flies at perpetual half-mast. Originally, the Eridani standard was just a prancing horse upon a sun-yellow disc. The black border was added as a symbol of mourning for the exodus of General Kerensky.

The Light Horse remembers the loss of the 19th Striker Regiment on Amity through some curious traditions. Whenever the three regimental commanders meet with the Eridani commander, a place is set at the conference table for the commander of the 19th. In addition, during social functions, the host always says a prayer for the members of the lost regiment. Retiring soldiers who serve the the Light Horse with distinction become official members of the 19th Striker. They receive lapel pins with the 19th's symbol, a rearing bronco, in honor of their services and devotion to the Eridani Light Horse. Every Light Horse member celebrates the anniversaries of great victories and special birthdays, and mourns the anniversary of lost battles and tragic deaths. Of all the days of mourning, the most solemn occurs on the date of General Kerensky's Exodus. All nonessential functions are shut down as everyone gathers in the central park. There an honor guard unfurls an ancient Star League standard and runs it up the usually bare flag pole. The base commander then reads Colonel Bradley's communiqué informing General Kerensky of the 3rd Regimental Combat Team's decision to stay. As the honor guard lowers the Star League standard, the military band plays the Star League anthem softly and slowly. With the return of the Clans and the knowledge that they are all that remains of Kerensky's noble Exodus, this day has become almost painfully poignant to many Light Horse members.

Eridani Crests

Page 16

**elhhistory**

Each 'Mech in the Eridani Light Horse wears the prancing brown horse on the front of it's chest. On the right shoulder is a regimental patch, either the blue moon of the 21st, the black horse of the 151st, or the white horse of the 71st. Beneath it is the battalion symbol, like the 50th Heavy Cav's large, blood-red "50" or the 17th Recon Battalion's Screaming Eagle head. The company mumbers or patch is located below the battalion symbol.

Some unusual unit patches are the plague-infested rat for the 3rd Striker Battalion, the bloody knife of the 3rd Recon Company, the unicorn patch of the 11th Recon Company, and the rather risque anatomical patch of the 1st Support Company. All personnel wear their Eridani, regimental, battalion, and company patches, and some even have lance or platoon symbols.

There is also a rumor that shortly after the Battle of Orkney, the sole survivor of the 71st Light Horse Regiment --- a member of the 11th Recon Company --- mysteriously disappeared into thin air while attempting to drink himself to death. Further amusing stories suggest that this lone trooper has returned to serve as a high-ranking Eridani officer, having physically transformed into an anthropomorphic unicorn similar to that which appears on the 11th Recon patch. Intelligence operatives are reminded that fanciful tales, while entertaining, have no place in a military datapak.

LC COPYRIGHT

0 025 069 420 A

# EXHIBIT C

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on    **July 15, 2009**

**TX 3-524-175**



Register of Copyrights and
Associate Librarian for Copyright Services

C-731  01/2007—10,000

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 3 524 175**

EFFECTIVE DATE OF REGISTRATION

**MAR 29 1993**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Best @ Work Board Game

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼

**a** Rasa Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
{ Citizen of ▶ USA
OR { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Text

NAME OF AUTHOR ▼

**b**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
{ Citizen of ▶
OR { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
{ Citizen of ▶
OR { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1993

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶   Day ▶ 4   Year ▶ 1993

**4**

COPYRIGHT CLAIMANT(S)

Rasa Corporation
1100 W. Cermak Road
Chicago, IL 60608

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶

TX 3 524 175

FOR
COPYRIGHT
USE
ONLY

5

6

7

—space deleted—

8

9

10

11

PRM Corporation
1100 W. Cermak; B305
Chicago, IL 60608

President

3/16/03

# EXHIBIT D

Additional certificate (17 U.S.C. 706)

# Certificate of Registration



Register of Copyrights, United States of America

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-008-030**

EFFECTIVE DATE OF REGISTRATION

3    21    95
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**   TITLE OF THIS WORK ▼

Mercenary's Handbook

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**   **a**   NAME OF AUTHOR ▼

FASA Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Text and Artwork

NOTE
Under the law, the "author" of a

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**   **a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ONLY if this work has been published.
◄ Year
1987   In all cases.

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ February   Day ▶ 24   Year ▶ 1987
United States ◄ Nation

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FASA Corporation
1100 W. Cermak; B305
Chicago, IL 60608

See instructions before completing this space.

APPLICATION RECEIVED
MAR 27 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 27 1995
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Inlcudes limited use of text and artwork from other publications created by Applicant illustrating and describing fictional history and rules of game.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New Text and New Artwork

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☐ Copies and Phonorecords          b. ☐ Copies Only          c. ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Carol Anne Been, Esq.    Sonnenschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

Area Code & Telephone Number ►   (312) 876-3122

Be sure to give your daytime phone number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     FASA Corporation

Check one ►

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Carol Anne Been                                        date ► 3/17/95

Handwritten signature (X) ▼

Carol Anne Been

**MAIL
CERTIFI-
CATE TO**

Name ▼

Carol Anne Been, Esq.   Sonnenschein Nath & Rosenthal

Number Street/Apartment Number ▼

8000 Sears Tower

City/State/ZIP ▼

Chicago, IL 60606

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-907-511

**Effective date of
registration:**

March 12, 2008

## Title ─────────────

|  |  |
|---|---|
| **Title of Work:** | ERIDANI LIGHT HORSE HISTORY |
| **Previous or Alternative Title:** | ELHHISTORY |

## Completion/ Publication ─────────

| | | | |
|---|---|---|---|
| **Year of Completion:** | 1993 | | |
| **Date of 1st Publication:** | January 15, 2002 | **Nation of 1st Publication:** | United States |

## Author ─────────────

|  |  |
|---|---|
| **Author:** | SCOTT MALCOMSON |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1967 |
| **Anonymous:** | No     **Pseudonymous:** No |

## Copyright claimant ─────────

**Copyright Claimant:** SCOTT MALCOMSON

4520 E. BASELINE, #1072, PHOENIX, AZ, 85042

## Limitation of copyright claim ────────

|  |  |
|---|---|
| **Material excluded from this claim:** | BATTLETECH |
| **Previously registered:** | No |
| **New material included in claim:** | ADDITIONAL FICTIONAL HISTORY COVERING DETAILS OF THE FICTIONAL "ERIDANI LIGHT HORES" NOT ADDRESSED IN PREVIOUS PUBLICATIONS. |

## Certification ─────────────

**Name:** SCOTT MALCOMSON

**Date:** November 24, 2007

---

**Correspondence:** Yes

# EXHIBIT F

# 1993



P.O Box 6930
Chicago, IL 60680
(312) 243-5660
(312) 243-4847 (FAX)

# SUBMISSION GUIDELINES

Use the following guidelines for submitting material to **FASA**. Please follow these guidelines as closely as possible. Deviation from them without our approval will affect our willingness to accept your work for publication.

## SUBMISSION PROCEDURE

Before you begin to write, *always* send us a detailed 3—4 page, double-spaced outline/synopsis of the project you propose. **Never send us an unsolicited, complete or partially complete manuscript.** That manuscript will be returned to you regardless of the legal permission or disclaimers you provide with the manuscript.

If we like your project concept, you will be contacted by one of our developers to ensure that your idea merges cleanly into the game story for which you are writing. We have a specific developmental vision for our games and their stories. Some ideas and concepts for the direction of our products have not even been hinted at in our published material, and so the developer will help your vision match ours.

It may take some time for the details of your project to be worked out. A slow response on our part may have no relationship to the quality of your work or the level of our enthusiasm.

### First-Time Writers

**FASA** is always willing to look at your project submissions even if you have never worked in the gaming industry. Any work you do for us as a first-time writer will be done *on-spec*. This means that you will work with us to develop the project, write the manuscript and submit it to us for approval without receiving a contract. We retain the option to reject the work even after you have submitted the complete manuscript. This policy protects you in that you are not contractually (legally) committed to finish the project if you find you are unable to. It also protects us in that we can still refuse the manuscript and project if we feel that the quality is unsatisfactory. The manuscript will then be returned to you.

If you have worked in the industry before, but not for **FASA**, we will advise you of contract and payment procedures following our acceptance of your project outline.





# SUBMISSION GUIDELINES

FASA Corporation•1100 W. Cermak•Suite #B305•Chicago, IL 60608•Attn: Submissions/Development Department

## THANK YOU FOR YOUR INTEREST IN WRITING FOR FASA.

Use the following guidelines for submitting material to FASA. Please follow these Submission Guidelines as closely as possible. Deviation from them without our approval will affect our willingness to accept your submission.

## GENERAL SUBMISSION PROCEDURE

The majority of FASA's projects actually come from freelance proposals that match the intended direction of the game universe.

Before you begin to write, always send us a submission proposal. Never send us **an unsolicited, complete or partially complete manuscript.** The manuscript will be returned to you regardless of the legal permission or disclaimers you provide with it.

We log all proposals into a database and send you a letter acknowledging that we received your proposal. The proposal is given to the specific line developer to review.

Please Note: We have a specific development vision for our game universes and their stories. Many ideas, concepts and the directions of our universes have not been hinted at in published products. The developer has the final say on whether or not a specific proposal idea fits into the vision FASA has for its game universes. We reserve the right to ask for multiple re-submissions and rewrites of a proposal, until the ideas in the proposal mesh with the direction of the game universe.

Also, because our universes are established and include very extensive histories and events, you must have a thorough understanding of both the game rules and the fictional accounts that flesh out our universes.

It may take some time for the details of your project to be worked out, but if we like your proposal you will be contacted by one of our developers. Please DO NOT start to write the project until one of the developers asks you to do so. The developer will wish to discuss your project fully to ensure that your ideas merge cleanly into the game universe.

## THE PROPOSAL

A full proposal runs in length from 3 to 5 pages and contains four parts:

1. An Outline. Use the Table of Contents in the latest FASA product of the line you wish to write for as a guide to creating your outline. The outline helps us to determine your ability to synthesize and organize your ideas. Please indicate clearly what is in each section, do not just list the subject headers. An outline also allows us to see that you have thought your proposal through to the end.

2. A Written Summary. Use the summary to flesh out and highlight specific sections and special events in your outline. This writing sample allows us to determine if you have a good understanding of your ideas and of the game universe. This also shows us your ability to write clearly and succinctly.

3. Finally, the fun part. Sell us on your proposal. Tell us why your proposal is important to the game line. Explain the need it's filling, and the importance of filling that need. Assume that others are proposing the same thing and tell us why your version is better.

4. A self-addressed stamped envelope.

Obviously, these parts can be combined in any order. Please be creative with your proposal, and be professional. Remember that you are asking us to hire you, so make sure you treat your proposal and your writing with care.

## PROJECT TYPES

### ADVENTURES

We publish many adventure-length projects for both the Shadowrun® and Earthdawn™ game universes. All new writers and some writers new to FASA are asked to submit an adventure proposal first. These projects run about 40,000 words in length and use source material from already published FASA products.

The BattleTech® game universe has two different types of adventure-length products. The first is adventures for the MechWarrior® roleplaying game set in the BattleTech® universe. These adventures run the same length as those for Shadowrun® and Earthdawn™, but should contain some source material integral to the adventure as well as to the BattleTech® game. The second type of adventure is called a scenario pack. This type of product highlights famous battles and units using the BattleTech® game system and its supplements.

Note: Adventures should never involve a concept or event that changes the way the game or the game universe works. Do not send us adventures that include events on an epic scale. Your adventure should deal with established concepts in new and exciting ways. If your adventure idea has not yet been addressed in the game universe or needs special source material, we are far less likely to accept it because the direction of the game universe has already been determined.

### SOURCEBOOKS

FASA publishes sourcebooks for all of our game universes. Sourcebooks range from 60,000 to 80,000 words. They come in many formats and styles, from pure rulebooks to fictionalized story backgrounds, but are usually a combination of the two. Boxed sets are considered to be sourcebook-size products.

Sourcebooks are almost always assigned to authors who have worked with us in the past or have previously written published game products. First-time writers may still submit proposals for sourcebooks, but the evaluation process will be that much more difficult due to the lack of published writing experience.

### UNACCEPTABLE PRODUCTS

We DO NOT publish individual BattleMech designs, home units, player character record sheets, home rule variants, or revised versions of our game systems. We do not publish generic roleplaying game products.

## NOVELS

The following policies apply to novel proposals.

**Never send us an unsolicited, complete or partially complete manuscript.** The manuscript will be returned to you regardless of the legal permission or disclaimers you provide with it.

Novels must be based on our fictional game universe. We DO NOT accept submissions for generic science-fiction or fantasy novels. We do not accept FAX, e-mail, or handwritten novel proposals.

FASA currently sets its novel schedule at least 2 years in advance (that equals approximately 8 novels per line).

Please Note: Novels should never involve a concept or event that changes the way the game or the game universe works. Do not send us novels that include events on a epic scale. Your novel should deal with established concepts in new and exciting ways. If your novel idea has not yet been addressed in the game universe or needs special source material, we are far less likely to accept it because the direction of the game universe has already been determined.

Novel proposals consist of 5 parts:
1. A brief synopsis of the story. Tell us briefly the story you wish to write and sell us on your proposal. Tell us why your proposal is important to the game line. Explain the need it's filling, and the importance of filling that need. Assume that others are proposing the same thing and tell us why your version is better. Length: 2–4 pages
2. A chapter-by-chapter outline of the entire story. Give us a short description of the events and characters as they appear in your story. Length: 2–4 pages
3. Sketches of the main characters, events, places and so on. Detail the characters and other important pieces of information you plan on writing about (use game terms if necessary to get your ideas across). Please indicate your source material (if any) in this section. Length: 1–2 pages
4. A sample chapter. This writing sample should be a complete chapter and be written in the style of the book. Length: 10–12 pages. Please be aware that if the editor is interested in your proposal, you may need to submit additional sample chapters.
5. A self-addressed stamped envelope large enough for us to return your submission to you.

FASA will return any rejected novel proposals with a letter of explanation.

Novels are processed the same way as game product proposals with the following exception. The novel series editor will contact potential authors with contract information, writers' guidelines and style sheets.

### ELECTRONIC MAIL SUBMISSIONS

We do not accept electronic mail submissions. E-mail is used only for customer support and for communicating with contracted writers. We can answer questions regarding the submission process via e-mail, but will reject all e-mailed submissions without reading them.

## NOTES ON PROPOSAL SUBMISSIONS

We will not accept proposals that are handwritten or on fan-fold pages that have not been separated. These proposals will be returned to you without being read.

If we ask you for a rewrite or further development of a proposal it means we are serious about wanting to see more of your project, but this does not mean we are going to publish it. Your ability to follow our directions will help us decide whether or not to accept your proposal to publish.

There are a multitude of reasons why we reject a project. If your proposal gets rejected we will outline those reasons when we notify you. Unless stated otherwise in your notification letter, please do not resubmit a rejected proposal. You can submit new projects as often as you like.

You may rework your ideas for submission to other companies, but you must remove all references to trademarked and copyrighted **FASA Corporation** property.

## ACCEPTANCE AND PAYMENT

### FIRST-TIME WRITERS

FASA is always willing to look at your proposal even if you have never worked or written for anyone else in the gaming industry. Any work you do for us will be done on spec. This means you will work with us to develop the project, write the manuscript and submit it to us for approval without receiving a contract. We retain the option to reject the manuscript even after you have submitted it. This policy protects both FASA and you. It protects you because you are not contractually (legally) obligated to finish the project if you are unable to do so. It protects us because we can still refuse the manuscript if we find the quality to be unsatisfactory. The manuscript will be returned to you in the latter case.

If the project is accepted, the contract terms will be worked out with the developer. The developer is in charge of all contract negotiations (with the approval of the President of FASA), and will forward a contract to you upon formal acceptance of your manuscript.

### PUBLISHED WRITERS

If you have worked in the industry before but not for FASA, we will advise you of contract terms, advances, and other payment procedures following the acceptance of your proposal.

### SCHEDULES

FASA currently sets its product schedule at least 18 months in advance (that equals approximately 15 products per line), so your proposal may overlap with a project already in the works. If that is the case, we will return your proposal to you immediately.

Please note that your proposal, if accepted, likely will not see publication for more than a year. Keep this in mind when setting your personal schedule. You will receive exact details and deadlines for drafts and final manuscripts from the line developer.

### FASA WRITERS' GUIDELINES

FASA has internal writing guidelines and style sheets that every writer is expected to follow. These guidelines are for writers working on manuscripts and will be provided to the writer along with their contract.

### LEGAL NOTICE

Shadowrun®, BattleTech®, MechWarrior® and Earthdawn® are trademarks of FASA Corporation. All rights reserved. 1996.

FASA Corporation, 1100 W. Cermak,
Suite #B305, Chicago, IL 60608
312-243-5660
312-243-4847 (FAX)

FASA developers can be reached from various on-line services. Remember that we do not accept e-mail submissions.

American Online (AOL):
BattleTech: FASA Bryan
Earthdawn: FASA Lou
Shadowrun: FASA Mike
Everything Else: FASA Info

Internet:
<use AOL account name> @ aol.com

# EXHIBIT G

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION



FASA CORP.,                            )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )        No.
                                       )
SCOTT MALCOMSON,                       )
                                       )
        Defendant.                     )
                                       )

VERIFIED
COMPLAINT FOR DECLARATORY RELIEF

Plaintiff FASA Corp., by its undersigned counsel, for its Complaint for

Declaratory Relief against defendant Scott Malcomson, pursuant to Section 2-701

of the Code of Civil Procedure, states as follows:

1.      Plaintiff FASA Corp. ("FASA") is a corporation organized and

existing pursuant to the laws of the state of Illinois.  FASA is the creator,

developer, and publisher of various futuristic, fictional universes — including

BattleTech — which form the basis for, among other things, board games, role-

playing games, novels, and various game supplements or scenarios.

2.      Defendant Scott Malcomson resides in Tucson, Arizona.  Malcomson

is a self-professed long time fan of the BattleTech universe.  Malcomson has made

repeated demands on FASA based on his claim to have entered into a contract

with FASA pursuant to which he contends that he was engaged to write a game

supplement or scenario and, subsequently, a novel for FASA's BattleTech

universe.

  3.  Malcomson began correspondence with Sam Lewis, FASA's Vice

President of Operations, in 1990 regarding various aspects of the BattleTech

universe.

  4.  By 1993, Lewis had become FASA's President and Malcomson had

submitted a proposal for a BattleTech novel to FASA. Lewis rejected

Malcomson's proposal, but suggested that Malcomson consider writing some

game materials for FASA. FASA provided Malcomson with a copy of FASA's

Submission Guidelines. At the time, Malcomson understood that the materials

that he would create would be submitted "on-spec" — meaning that he would not

be paid for his efforts unless FASA decided to accept his work and publish the

materials.

  5.  Malcomson created an outline for a game scenario titled "Eridani

Light Horse Scenario Pack" and submitted the scenario to FASA. In June 1994,

based on feedback that he received from FASA, Malcomson revised his "Eridani

Light Horse Scenario Pack" and re-submitted it to FASA. In October 1994, FASA

suggested additional revisions to Malcomson's scenario pack. Malcomson again

T 0022

revised his scenario pack and resubmitted it to FASA in February 1995.

6.    FASA rejected Malcomson's scenario pack in late 1996.

7.    In late 1997, after FASA published a BattleTech novel titled "Grave Covenant," Malcomson began complaining to FASA that FASA had failed to evaluate his "Eridani Light Horse Scenario Pack" proposal in "good faith and with professionalism." Malcomson speculates that if FASA had done so, his scenario pack would have been accepted and published by early 1995 at the latest. Malcomson further contends that if his scenario had been published by early 1995 then he could have resubmitted a rewritten version of his previously rejected novel — a novel which would have replaced or supported "Grave Covenant" because it dealt with similar aspects of the BattleTech history.

8.    Malcomson insists that FASA's "bad faith and unprofessional" delay in accepting his scenario pack for publication caused those materials to become untimely in light of FASA's planned "Grave Covenant" novel and that was the basis for FASA's rejection of his scenario pack.

9.    According to Malcomson, because FASA did not reject his "on-spec" submission of the "Eridani Light Horse Scenario Pack" within 90 days, FASA must publish a scenario pack authored by him and, thereafter, a BattleTech novel also authored by him.

3

10.    Contrary to Malcomson's contentions, his submissions to FASA were "on-spec" and FASA ultimately rejected those submissions.

11.    FASA denies that it has any contractual obligations to Malcomson.

12.    There is an actual controversy between the parties.

**WHEREFORE,** plaintiff FASA Corp. requests that this Court enter a judgment in its favor and against defendant Scott Malcomson as follows:

    a.    declaring that FASA Corp. has no contractual or other

obligations to Malcomson; and

    b.    awarding FASA its costs incurred herein.

**FASA CORP.**

By: _Charles A. Valente_

        Charles A. Valente

*Of Counsel:*

Krasnow Sanberg Cornblath & Hobbs
500 North Dearborn Street
Suite 200
Chicago, Illinois 60610
(312) 755-5700
Firm No. 31379

*Attorneys for Plaintiff*
  *FASA Corp.*

4

T 0024

16/2000  14:15    3122434947                        FASA                              PAGE  02
5/16'00  TUE 11:40 FAX 312 755 5720            KSC&H LAW OFFICES                        @006

## Verification By Certification

   Under penalties as provided by law pursuant to Section 1-109 of the
Code of Civil Procedure, the undersigned certifies that the statements set forth in
the foregoing instrument are true and correct.

Dated:  May 16, 2000

               William S. Ettelson

5

T 0025

3100
3109
3110

**# 99500**

**Answer Not Verified**    (This form replaces CCMD-7A)

(Rev. 7/28/98) CCM-0007

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT/DISTRICT _____

FASA Corp.,

**Plaintiff(s)**

Scott Malcomson,

**Defendant(s)**

No. 00CH07450

Claimed $ _____

Answer Due _____ 3100

2870

3004

## ANSWER

The defendant(s) say(s) that:

1. See Attached sheets & correspondence w/Transcript

   See "Readme.TXT" on diskette

FILED

JUL 2 4 2000

AURELIA PUCINSKI
CLERK OF CIRCUIT COURT

CODING VERIFIED BY AB

F.S.

F.S.

I/We, do hereby certify that a copy of the within instrument was served upon all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

Scott Malcomson

Attorney for

Atty. No.

(520)327-0539

Address for service and telephone 2000 E. Roger (#F25), Tucson, Az 85719

D.M.C.

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

T 0026

readme.txt

The recording on this disk was made by Scott Malcomson during conversation between Scott Malcomson and employees of FASA Corporation.

FASA7.WAV (EXHIBIT J) details a phone call from Scott Malcomson to FASA CEO Morton Weisman, with the sound of FASA's voice-mail service clearly audible at the beginning of the call.  Partway into the section containing Weisman's voice, it becomes very quiet and must be played very loudly to ascertain what he is saying.

TRANSCRIPT:

FASA (voice mail recording): Thank you for calling FASA Corporation.  If you know your party's extension, please dial it now or hold for the directory.  For Mail Order, dial...(sounds of Malcomson shifting phone)...
Distributor Sales 40, Purchasing 12, Game Design 21, Game Editorial 24, Donna Ippolito 25, Morton Weisman 26...(sound of Malcomson dialing numbers)...transferring.

MORTON WEISMAN: Hello.

SCOTT MALCOMSON:  Hello, ah, Mr. Weisman?  Ah, this is Scott Malcomson calling.

MORTON WEISMAN: Yes, Scott.

SCOTT MALCOMSON: I hadn't heard back from you folks, um...

MORTON WEISMAN:  I know, I've been a little...uh, preoccupied.  I just got back from my father's funeral.

SCOTT MALCOMSON: Oh, I'm sorry to hear it...

MORTON WEISMAN: But I talked with Russ (Babcock) today...(inaudible)...giving the developers instructions to give you an opportunity to write something for us.

SCOTT MALCOMSON: I'd really appreciate that.

MORTON WEISMAN: Well, we're gonna do it.  We...I told you, I told you we would.  We obviously made some sort of commitment to do that in the past.  I can't tell you how soon you'll hear from us, but in the next couple of weeks you'll hear from Bryan Nystul or his assistant as to an opportunity...offering an opportunity to do some writing for us.

SCOTT MALCOMSON: All right, thank you very much.  I really appreciate that, I just wanted to call and check up and find out what was going on.

MORTON WEISMAN: ...what happened, we made a commitment, we'll do it.

SCOTT MALCOMSON:  Okay, thank you and I'm very sorry about what happened to your father...it's, it's um...

MORTON WEISMAN:  Well, I appreciate that, it's just one of those things we all have to go through.  Thank you.

SCOTT MALCOMSON: Well, you take care.

MORTON WEISMAN: Bye.

SCOTT MALCOMSON: Bye.

T 0027

## REBUTTAL vs. COMPLAINT FOR DECLARATORY RELIEF
## re: FASA CORP.  v.  SCOTT MALCOMSON
### CASE # 00ch07450

Defendant Scott Malcomson, undersigned, regarding Complaint for

Declaratory Relief as filed by Plaintiff FASA Corp., pursuant to Section 2-701 of

the Code of Civil Procedure, responds as follows:

1. Defendant Scott Malcomson resides in Tucson, Arizona.  Malcomson does

not, in contradiction to FASA's claim as stated in Section 2 of the original

Complaint,  make any claim to a contractual relationship between himself and

FASA, nor has he ever alleged in any correspondence with FASA that his

relationship to said organization is contractural.

2. Plaintiff FASA Corp. ("FASA") is a corporation organized and existing

pursuant to the laws of the State of Illinois.  FASA is the creator, developer, and

publisher of various futuristic, fictional universes --- including "Battletech" --- which

form the basis for, among other things, board games, role-playing games, novels, and

various game supplements or scenarios.

3. Sam Lewis, FASA's then-Vice President of Operations, began overseas

correspondence with Malcomson (serving at that time with the US Army during

Operations Desert Shield / Storm) as of 5 November 1990.  Said correspondence

began when Lewis obtained fan mail originally sent to Mike Stackpole (a creator

of numerous Battletech-related novels).  Lewis, without having any prior

contact with Malcomson, sent the latter a large "care" package which included a

letter responding to Malcomson's fan mail (copy attached as EXHIBIT A).

Malcomson and Lewis exchanged several letters during the former's overseas duty

(a copy of one such letter is attached as EXHIBIT A-1).

T 0028

4. By 1993, Lewis had become FASA's President. Malcomson submitted an unsolicited Battletech novel proposal under the working title of "Last Vestiges" to FASA, which was personally evaluated by Lewis at that time. In Lewis' letter to Malcomson of 29 March 1993 (copy attached as EXHIBIT B), the proposed novel is lauded as "very good", having no problems "that could not be worked out in a story conference". The letter goes on to cite "one concern" --- specifically, that ROC (FASA's publisher) might reject the book strictly on the basis that Malcomson was a first-time author.

Lewis' letter then states that other FASA novel writers had first completed novel length source books "to get around this problem"..."This way I can discover if you can actually do the work, on time and cleanly. With this information I can go to ROC and show them that you are capable of doing the work." Lewis' letter finishes by asking Malcomson to consider writing game materials for FASA, specifically suggesting a scenario pack based on the fictional "Eridani Light Horse".

5. FASA mailed a letter to Malcomson with an attached copy of FASA's Writer's Guidelines as of April 7, 1993 (copy of the letter attached as EXHIBIT C). Malcomson created and sent the requested material, understanding that the work was "on-spec" --- meaning that FASA was under no obligation to publish or use the material in any way. Malcomson does not contest this fact.

At this time, Scott Jenkins was FASA's Battletech Developer (as noted in EXHIBIT B). Jenkins left FASA's employ during 1994, not having yet evaluated Malcomson's material as required by FASA policy of the time, which resulted in more than a year's delay on FASA's part. FASA's Mike Mulvihill sent Malcomson a request for a substantial rewrite in a letter dated 1 June 1994 (letter not available, referred to in EXHIBIT D, below). Malcomson responded by completing the objectives set forth in the rewrite request and posting the finished product two weeks

later to FASA's new and current Battletech Developer, Bryan Nystul.  In a letter

dated 14 June 94 (copy attached as EXHIBIT D),  Malcomson updates Nystul on the

origins and aim of the project, as well as noting that "the original proposal is well

over a year old".

Further project-related correspondence with FASA (copies attached as

EXHIBITS D, D-1, and D-2) shows that FASA took three months to complete their

evaluation, finally responding with another request for a rewrite.  The material

concerned had not changed from the original submission, and could reasonably have

been addressed in the first rewrite request.  It took FASA another three months after

the new rewrite was sent off to acknowledge that they had received it and were

beginning a new evaluation process (copy attached as EXHIBIT D-3).

By this time, some eighteen months had passed since Malcomson originally

responded to Lewis' suggestion (as noted in EXHIBIT B).  As noted in FASA's

Submission Guidelines (copy attached as EXHIBIT E), FASA's publication cycle is

18 months and, although not rejected, Malcomson's material had missed this critical

window of opportunity due directly to FASA's disorganization and needless delays.

This is in violation of FASA's Submission Guidelines of the time (EXHIBIT F,

not attached), which stated that proposals would be examined and either approved or

rejected WITHIN 90 days of FASA's receipt of said proposal.  As can be seen in

EXHIBITs D through D-3, and supported by FASA's original Complaint before this

Court (in Point 5), at no time did FASA actually hew to the promised 90-day review

turnaround time.

6. FASA's Mulvihill contacted Malcomson in a letter dated 9 February 1995

(EXHIBIT D-3), stating that FASA had received Malcomson's newest

rewrite "as per our request", and that the proposal would go through the same

process of examination as previous rewrites.  This was FASA's last correspondence

to Malcomson regarding the project.

This fact alone violates FASA's Submission Guidelines (EXHIBIT E), wherein:

A) FASA promises to inform an author of a rejection,

B) FASA promises to return any rejected material, and

C) FASA promises to provide a letter of explanation for any rejection.

7.  Malcomson contacted FASA by telephone in late 1996 to inquire as to why he had not received any further correspondence regarding the project.  At that time, Malcomson was verbally advised by an unknown female employee of FASA that the project was no longer "timely".  Malcomson believes that this unknown FASA employee may have been confusing his scenario pack project with his earlier novel proposal.  Malcomson believes that in 1996, no female employee of FASA was authorized to reject game-related material, and Malcomson has never been advised of the material's rejection in any manner other than via the 1996 phone call.

Furthermore, the project's "untimeliness" is demonstrably the result of  FASA's repeated failure to act in accordance with its own policy of 90-day review turnarounds.  A full three years --- two publishing cycles --- elapsed between the submission of the original project and FASA's verbal, unconfirmed, rejection.  It cannot be shown that Malcomson was responsible for the project being untimely in any way.

Since FASA has not followed its own guidelines regarding timeliness, letters of  rejection, explanations of rejection, and return of manuscripts, Malcomson contends that FASA simply forgot about the project, and has not in fact completed the evaluation process as promised in EXHIBIT D-3.  Malcomson contends that FASA's claim of having rejected the project is based entirely on the presumed authenticity of Malcomson's 1996 phone call;  Malcomson himself informed FASA

CEO Morton Weisman in November of 1999 that the 1996 call took place.

Malcomson does not have any information to indicate that FASA's Legal Counsel or

CEO knew of the 1996 call prior to Malcomson informing them of same.


Malcomson contends that until FASA completes the review process begun in

February 1995 (EXHIBIT D-3), and does so in a manner required by FASA's

Submission Guidelines (EXHIBIT E), that the Eridani Light Horse Scenario Pack

project is in fact technically active.


8. Malcomson holds that EXHIBIT B can only reasonably be interpreted as a

declaration of intent on the part of FASA's then-President Sam Lewis, with the aim

of clearing Malcomson's way to publish one or more novels under FASA's aegis

once the suggested scenario pack was completed.  Malcomson therefore contends

that FASA's mishandling of the scenario pack project directly resulted in the loss of

the suggested subsequent novel project as well.

Malcomson further contends that, had one or both projects been published, he

would have been in an excellent position to solicit paying literary work from other

game-production companies, who have a strong preference for published authors;

FASA's failures have curtailed any such prospects.


9. In September 1997, FASA published a Battletech novel titled "Grave

Covenant".  Key elements of the novel mirror concepts which are prominent in

Malcomson's original 1993 novel proposal for "Last Vestiges".  These elements,

which also provide core elements for several subsequent Battletech novels, include:

      A) the resurrection of a long-dead political entity known as "The Star League"

      B) the involvement of the "Eridani Light Horse" as a central element, and

      C) an attack mounted deep into Clan space.

In EXHIBIT D-2, dated October 1994, FASA exhorts Malcomson to "remove the

reference to the jaunt into Clan space. This will be covered in other products not here". In EXHIBIT D-1, dated June 1994, FASA had not objected in any way to the same material being included in Malcomson's scenario pack project. Nor did FASA's Battletech line of products contain any reference to a "jaunt into Clan space" previous to publication of "Grave Covenant" in September 1997.

FASA Legal Counsel William Ettelson has stated in a letter dated September 27, 1997 (copy attached as EXHIBIT G): "We have confirmed that the BattleTech novel 'Grave Covenant' was independently developed through much time and hard work. None of your materials, which were previously rejected, have been used by FASA in that novel or any other of its products".

Malcomson points out that then-President of FASA Sam Lewis did in fact exhibit an interest in publishing those materials (in EXHIBIT B), and rejected the proposal solely on basis of Malcomson's status as a first-time author.

Given that FASA's decision to have Malcomson excerpt "the jaunt into Clan space" came over a year since Malcomson had submitted "Last Vestiges", and three years before "Grave Covenant" was published; and given that Malcomson's work on "Last Vestiges" clearly impressed FASA's top executive, Malcomson contends that elements of "Last Vestiges" may have influenced or even guided the development of "Grave Covenant" and related subsequent novels in some fashion.

10. Immediately upon learning of "Grave Covenant" 's publication, in September 1997, Malcomson contacted FASA to complain about the perceived use of his "Last Vestiges" material as a springboard for the development of "Grave Covenant". Malcomson asserted that he felt he had been treated poorly by FASA, as concerned the handling of both his novel proposal and scenario pack project, stating nonetheless his desire to be published under FASA's aegis, and giving a suggestion

for a new proposal.

EXHIBIT G states, in the response of FASA Legal Counsel Ettelson, "While we may not be able to accept the proposal set forth in your letter, we are in the process of considering it as well as other potential resolutions which may be suitable. Once we have a proposal to make, I will contact you again."

FASA did not in fact contact Malcomson again. Two years later, on 17 November 1999, Malcomson contacted FASA by telephone and reached Chief Executive Officer Morton Weisman (Ettelson was not available). Weisman, understandably, pleaded ignorance to the matter, but was willing to accept an electronic mail ("email") outlining the situation in order to review the matter.

11. Malcomson sent Weisman the promised email later that day (copy attached as EXHIBIT I-1). Another telephone call from Malcomson to FASA two weeks later (recording of conversation included on disk in packet as EXHIBIT J) elicited the following:

SCOTT MALCOMSON: "Hello, uh, Mr. Weisman? Uh, this is Scott Malcomson calling. Ah, I hadn't
heard back from you folks..."

MORTON WEISMAN: "Well, I talked with Ross [Babcock] today...offer...[garbled section]...write
something for us."

SCOTT MALCOMSON: "I'd really appreciate that."

MORTON WEISMAN: "Well, I told you, I told you we would. We obviously made some sort of a commitment to that in the past...I can't tell you how soon you'll hear from us...within the next couple
of weeks you'll hear from either Bryan Nystul or his assistant...for an opportunity...offering an opportunity
to do some writing."

13. This would have solved the matter --- except that FASA's "opportunity" was another unguaranteed "on-spec" project (copy attached as EXHIBIT K), of lesser value than the original 1993 project. Rather than have his own project (and thus a

good resume-builder for future potential writing work), Malcomson was directed to

submit a proposal for part of a project already in the works.  FASA's CEO had stated

personally that FASA had made a committment to Malcomson, but FASA appeared

unwilling to inconvenience itself in any way to make amends.

Malcomson, at this point, had completely lost faith in FASA's ability or

willingness to act in a forthright manner, and said so without reservations in an

email sent to FASA's Randall Bills (who had proposed the project [email attached as

EXHIBIT I-2]).  In no uncertain terms, Malcomson stated that he would not perform

work for FASA without a contract.  Malcomson also made initial counterproposals

for projects, citing the desire to negotiate in order to arrive at a mutually satisfactory

solution, as well as the willingness to wait 18 months or more if need be to prevent

conflicts with FASA's existing production schedule.

FASA, however, rejected negotiations out of hand, stating in a letter dated

1 February 2000 (copy attached as EXHIBIT L) "Should you wish to reconsider the

proposal that Mr. Bills forwarded to you previously, please let us know.  Otherwise,

we wish you the best in your future endeavors".  Malcomson attempted again to

open negotiations, and received a letter dated 7 February 2000 (copy attached as

EXHIBIT M), stating in part:  "We continue to believe that the project we have

proposed is reasonable and in accordance with what you were requesting...should

you wish to reconsider our proposal, please let us know".  Malcomson made one

final attempt to communicate to FASA that their proposal was neither reasonable nor

in accordance with what he had requested, and received a final letter dated 25

February 2000 (copy attached as EXHIBIT N) which read in part: "We are sorry that

you have rejected our proposal, but we have no other opportunity to offer you at this

time".

14.  Malcomson could not accept FASA's final refusal to negotiate in good

faith. Up until this point, Malcomson had not demanded money for his trouble ---

even when talking to FASA CEO Weisman, Malcomson refuses the idea of cash,

asking only for the chance to write fiction. Malcomson's email to FASA (as shown

in EXHIBIT I-1) states that if his work cannot pass muster on basis of quality,

FASA should not in any way be obligated to print it. Malcomson has only

demanded two points (as shown in EXHIBIT I-4) as non-negotiable: first, that he

work under contract, an understandable demand given his prior treatment by FASA.

Second, that while FASA would have the right to determine the nature of the project,

the scope of the project would have to be equal to or greater than that which FASA's

former President Sam Lewis offered Malcomson in 1993.

Only in his final email to FASA (attached as EXHIBIT I-8) does Malcomson

make a demand for money to settle out of court — and even then, he gives FASA the

alternative of settling through publication of Malcomson's proposed material instead.


15. Malcomson contends that he is not the only author with problems deriving

from failures on FASA's part.

Michael A. Stackpole, author of nearly half of all FASA's Battletech-related

novels, recently resigned from writing novels for FASA. He explains, via his

website (statement attached as EXHIBIT I-10), that FASA has a long history of poor

book-keeping, poor attendance to contract points such as royalties, and poor

communication when it came to these problems. These allegations are substantiated

as being Stackpole's words via EXHIBIT I-9, wherein Stackpole responds to a query

from Malcomson. Here, Stackpole states that "your lawyer should be able to requisition

all sorts of records in the discovery phase of any trial that will be more than enough to prove

problem's with FASA's record-keeping".


Stackpole states in EXHIBIT I-10 that FASA has been shorting other authors

on their money, to the extent that Stackpole himself has foregone royalty payments so

that other authors could get paid. He can afford this, he points out, because five of his novels have hit the New York Times Bestseller List. It cannot be argued that he is a poor writer, and still FASA loses his royalties, forgets to credit him for foreign sales, and even loses records of his book sales for an entire quarter. In Stackpole's words:

> Do I think a failure to keep accounting up is a sign of disrespect? Do I think that a failure to attend to contract negotiations in a timely manner is a sign of disrespect? Do I think that not paying me money owed to me is a sign of disrespect? How can I not think these things? Yes, they are signs of disrespect, but not malicious. They're the by-product of some serious disorganization.

Stackpole states ultimately that he left FASA's employ because negotiations which he referred to FASA through his editor resulted in no response. He makes no bones about the difficulty of this choice, and that he would prefer to stay with FASA writing Battletech novels if he could: "In some ways I guess I now have an inkling of what Adam must have felt like being driven from the Garden of Eden."

Stackpole also states that he would not have been able to get where he is today without FASA and the Battletech novels, as these gave him a starting point to build a reputation on. Malcomson contends that this is the same chance he believes Sam Lewis wanted to give him in 1993, a chance that FASA's disorganization botched.

Malcomson's contends that Stackpole's experience, as well as Stackpole's claim of similar treatment of other authors working for FASA, establish a history of repeated and regular misconduct on FASA's part. Whether malicious or not, this misconduct on FASA's part resulted directly in Malcomson's loss of paying literary work at FASA, and indirectly in the loss of subsequent paying literary work at other publication houses.

SUMMARY:

1. Malcomson does not claim, as alleged by FASA in Section 9 of its original Complaint, that FASA must publish a scenario pack authored by himself, nor a Battletech novel, on basis of having been tardy in responding to his submissions. Rather, Malcomson contends that FASA's irresponsibility and failure to abide by its own policies caused the destruction of a project that would reasonably have benefited him. Malcomson also contends that the termination of said project automatically forestalled other, larger projects that could reasonably have benefited him.

Malcomson contends that he could reasonably have passed FASA's requirements for the scenario pack project, and potentially a novel, on the strength of EXHIBITs B, D, and D1-3. In none of these letters are Malcomson's capability as a writer, or the value to FASA of either project, called into question. Indeed, his desirability as a novel writer was indicated by then-President Lewis. In the absence of any indicated reasons for rejection, it is not reasonable for FASA to claim that these works would not have had a reasonable chance of publication had FASA not erred so egregiously.


2. FASA's claim of having rejected Malcomson's project in 1996 is false. FASA is required by its own Submissions Guidelines policy sheet to contact, in writing, the writer of any rejected material, with reasons for the rejection. No rejection letter from FASA exists regarding the material in question. Insofar as FASA's official policies are concerned, Malcomson's project has technically been on hold pending review of the most recent rewrite (circa 1995).

FASA, in fact, has no evidence of any FASA employee making any verbal rejections to Malcomson, save for Malcomson's own insistence that an unidentified female FASA employee verbally rejected his work when Malcomson called to inquire as to his project's status in 1996.

    3.  Malcomson contends that FASA's actions/inactions show clear

responsibility for loss of time, effort, and paying literary work to both himself and

numerous other authors who have worked and are working for FASA.  Malcomson

further contends that he has derived considerable mental anguish caused by seven

years of haggling with a corporation that would drag this matter into court rather

than simply live up to what it promises.


**WHEREFORE**, defendant Scott Malcomson requests that this Court repudiate FASA's demands as listed
in FASA's original Complaint, so that Malcomson may proceed with filing a claim of his own against FASA
in compensation for the results of their negligence.  Malcomson is not filing a counterclaim at this time in
hope that
defeating FASA's allegations in this Complaint will encourage FASA to return to
negotiations.


SCOTT MALCOMSON

By: _____

           Scott Malcomson

Malcomson

# EMAIL EVIDENCE: ELECTRONIC COMMUNICATIONS BETWEEN SCOTT MALCOMSON AND FASA CORPORATION

## Email from Scott Malcomson to FASA Chief Executive Officer Morton Weisman, dated 11/17/99: EXHIBIT I-1

First of all, I wish to thank you for hearing me out. I'm going to make this as thorough and concise as I can.

1) In early 1993, I submitted to FASA an novel outline for the Battletech milieu with the working title of "Last Vestiges". The core of this novel centered around the Eridani Light Horse, the resurrection of the Star League Defense Forces, and was geared toward a trilogy that would climax with a deep raid on Strahna Mechty. This is important to note, since FASA later used the same concepts to pursue a recent book series (including such works as "Grave Covenant").

Sam Lewis, in a letter dated 29 March 1993, stated "Your writing is very good. The plot has problems, though nothing that could not be worked out in a story conference. These are the primary areas of concern that I deal with when I evaluate a novel proposal. In these areas your proposal was fine". However, he also noted that since I had never been previously published, and since ROC preferred experienced authors (and had the right to reject author selection), it would be best if I first got experience in writing for FASA. In specific, he wrote "Taking the Eridani Light Horse and working out a McCarron's type scenario pack would be very interesting", and "With this information I can go to ROC and show them that you are capable of doing the work".

In short, I was solicited by the then-President of FASA Corporation to submit a scenario pack for the Eridani Light Horse, with a view towards gaining experience necessary to write novels for FASA. It certainly was not a contract, but it also certainly was a statement of intent and good faith.

2) In April of 1993, Mike Mulvihill contacted me in a letter which contained FASA's Submission Guidelines. This began a series of six-month cycles. I first submitted the outline for the ELH Scenario Pack within three months of receiving Mike's letter. Two months later, I

T 0040

called FASA to tell them I hadn't heard back from them. Almost precisely ninety days after my submission, I received a letter saying FASA had received the outline and was reviewing it. Two months later, I called to find out what was going on. A month after that, I received a letter asking for minor changes. FASA's six-month response cycle repeated for nearly three years, no matter the speed of my own replies, even though FASA's guidelines promised a 90-day response time.

In short, it took FASA six months every time I sent them something to finally respond with real input, and rarely was the input of a nature that required a serious rewrite --- further, the rewrite was usually made necessary by newly-published material that FASA would never tell me about in advance. Every rewrite request could have been pre-empted if FASA had given access to necessary information in a timely manner. Nor was any given rewrite of a "we can't use this" nature --- all changes were capable of being made in a week or less, and certainly nothing that would bar a contract. FASA at no time stated or suggested that the scenario pack was not up to snuff. They merely wanted things removed or added. The quality of my writing was never in question.

3) The last letter I received from FASA on the subject was dated February 9, 1995, from the office of Mike Mulvihill, stating once again that FASA had received the newest version of my submission and was reviewing it. I never heard from FASA in written form concerning my proposal again.

In May of 1995, I graduated from ITT Tech with my second computer degree and went looking for work full-time. I was on my own and struggling to make ends meet, and it was not until mid-1996 that things slowed down enough for me to look over my submission response letters and realized that FASA had not contacted me. I called, and was told that my submission had been rejected because it was no longer "timely". No further information from FASA was forthcoming, such as when that decision had been made or why no letter had been sent to inform me of the matter.

4) At this point, I felt I'd been jerked around for the previous three years. I'd gone from the President of FASA asking me for a scenario pack, to being buried under three years of

largely-unnecessary delays, and not even given the common courtesy of a formal rejection letter when FASA's delays killed the project Sam Lewis himself asked for. It was also about this time that "Grave Covenant" came out. It contained aspects of the story I had originally submitted to Sam Lewis in 1993, and, furious over my treatment, I obtained legal counsel. My counsel informed me that FASA was certainly guilty of not acting in good faith and, since my work on the ELH Scenario Pack had never been rejected on grounds of quality, abridging an agreement made in good faith. It was also possible that FASA had committed plagarism by taking the root story behind "Last Vestiges" and changing the details in order to publish a number of books.

At this point, I called FASA Legal and talked to William S. Ettleson. I did not, and do not, want to sue FASA for money --- my interest has always been to break into the professional world of creative writing, and for FASA simply to abide by its own agreements. I informed Mr. Ettleson of the situation. Over the next month, we talked about the matter in several phone calls. Mr. Ettleson stated at one point that Jordan Weisman and his partner were personally sorry for what had happened to me, and they would work on something to see if I couldn't be accomodated for my trouble. This was entirely satisfactory, and so I did not proceed with legal pursuit of the matter.

5) I have on my desk a letter dated September 24, 1997, signed by William S. Ettelson, General Counsel for FASA. It reads, in part, "While we may not be able to accept the proposal set forth in your letter, we are in the process of considering it as well as other potential resolutions which may be suitable. Once we have a proposal to make, I will contact you again."

In early October of 1997, I began working for Microsoft as a Win95/98 support technician. I also began running for the office of Governor of the State of Arizona under the Reform Party banner. After the election in November of 1998, I was out of work (Microsoft would not let me take time off to campaign, so I left the company to take care of my commitments to the people who supported me). I have been scrambling to make ends meet until recently, when again I had time to look over my letters from FASA.

I have received no contact from FASA since that letter of September 24, 1997. Again, I am infuriated that FASA promised action and delivered nothing, and at this time I am resolved

to seek legal compensation if, after nearly seven years of dealing with FASA, a reasonable accomodation cannot be reached. I understand that FASA is in no position to publish my originally-submitted material due to timeliness. I therefore propose two things:

1) An Eridani Light Horse Sourcebook. I will HAVE to do a sourcebook of some kind at any rate to prove I can do the novels. The Sourcebook will cover the history of the Eridani from their inception to their current status, with scenarios ranging from the Amaris Uprising, to the liberation of Terra, to the First through Fourth Succession Wars, to the Clan Invasion. Subject material will include several BattleSpace and BattleTroops scenarios, as well as a planetary campaign revolving around the BattleForce rules. The primary material will still be BattleTech 'Mech-on-'Mech combat.

Since this is what Sam Lewis asked me to do in 1993, I shall not be swayed from this point. It is a matter of honor, my heart is still that of a cavalryman, and I'll not betray it. Sam, as a former cavalryman himself, would have understood if he were still with FASA.

2) A trilogy of straight-faced parody books called "FurryTech". FASA benefits from this in that the material can certainly not be considered 'canon', and if you wish to be test me as an author then it's best to see if I can't make this puppy fly. The gist will be that I'll write about the Eridani Light Horse in an "alternate" BattleTech 3050 setting. All characters will be anthropomorphic in nature, and the physics of the universe may become cartoonish at times for humorous effect — since I've been writing precisely this sort of material for my own enjoyment for the past several years, I'm already primed to begin writing this style. And since this isn't 'canon', I can go one of two directions, at your discretion — either "filling in" the blank spots of BattleTech history which don't say what exactly the Eridani did, or I can go completely off on my own tangent and write the same book I was going to — the one Sam Lewis liked — with the key changes of using anthropomorphic characters and parody.

I don't want your money. I want a chance to fly, or crash and burn, on my own merits. The same chance Sam gave me in '93. It is my hope we can resolve this amicably. I thank you for your efforts in this regard.

T 0043

Yours,
Scott Malcomson
2000 E. Roger (#F25)
Tucson, Arizona 85719
(520) 327-0539 / calbeck@goodnet.com <mailto:calbeck@goodnet.com>

### Email from Scott Malcomson to FASA Developer Randall Bills, dated 1/11/00: EXHIBIT I-2

Dear Randall,

I received and examined your letter of the 4th today, 11 Jan 00.

I must say that I understand FASA's position and situation. For the record, I completed the Writing For Battletech test long ago — FASA sent it to me as a requirement for continuing to consider my original proposal, and as a result it is one of the earliest FASA has on file. Since FASA continued to ask for project material, I can only assume my performance was acceptable since I received no other notice to that effect.

I also understand that you have no information concerning my prior relationship with Sam Lewis. If necessary, I can email you a scan of the original letter from Sam which solicited my submission of the "Eridani Light Horse Scenario Pack". FASA has had a copy of this and other letters between myself and Sam for years now, but then again, most of the paperwork I send to FASA has a historical tendency to disappear as though it never existed. It is entirely possible that the new copies I sent William Ettelson (FASA Legal) just a few months ago are now missing; otherwise you could ask for copies from him.

All of this, however, is ultimately irrelevant. What I have from you on my desk is a solicitation for my participation in an "on-spec" project called "Battletech Field Manual: Periphery". Your letter also states that this is the only product for the next 18 months coming from FASA which is not "in-house" or already being worked on by other authors. It further mentions that planning for Battletech products occurs one to two years in advance, with the main story plotted two to three years in advance.

I am a patient man, Mr. Bills. I have been patient with FASA for seven years. It was seven years ago that the President of FASA Corporation solicited my services for an "on-spec"

T 0044

project called "Eridani Light Horse Scenario Pack". The President of FASA Corporation

specified that the purpose of this project was to clear the way for me to write novels for your

company.

Throughout the three-year odyssey of the ill-fated "ELH Scenario Pack", it was never ---

do you understand, NEVER --- officially rejected. I have absolutely no correspondence from

FASA that indicates anything but interest in the project. Nor did I receive any objections of a

level that would realistically prevent publication; the objections pertained to items that could be

easily snipped from or added to an ongoing, contracted project. Yet never did a contract cross

my door, and you do not offer me one now.

Instead, you suggest I start at SQUARE ONE! LESS than Square One! In 1993, your

company President stated in writing that he wanted me to write books for FASA and your

company could not follow through on his wishes THEN. What in the Lord's Great Golden

Fields should convince me that my work won't be round-filed without due consideration NOW?

I can assure you that the sign on my chest with the big red letters reads "ANGRY", as opposed

to "MORON".

Now, while I'm perfectly willing to discuss things in a reasonable tone, be advised that in

no way can I consider an offer of "on-spec" work to be "reasonable" given my experience with

FASA. Even Job once threw his arms at the sky and questioned his God --- I too have my limits

of patience. Allow me to make this perfectly clear:

1) I will NOT perform work for FASA without a CONTRACT. FASA has had the

opportunity to receive work from me "on-spec", and showed itself incapable of abiding by its

own submissions policy, particularly as pertained to response time and project status

notification. For example, the promised 90-day turnaround time for project submission

feedback was more usually 180. Nor did FASA ever notify me of any rejection of the project,

despite the assurance of same found in the submission guidelines.

2) I was SOLICITED by FASA's President --- it is irrelevant whether or not he still works

there --- to submit a specific project, for a specific purpose. To date, FASA has not given a

reason that this project --- namely, the "Eridani Light Horse Sourcebook" --- cannot be published.

You tell me that product decisions are made as much as two years in advance, Mr. Bills? Well, then, we'd better get cranking on a 2002 release date for the ELH Sourcebook. I will happily work within the guidelines of FASA policy and publication requirements, but I've yet to hear a reason I can't finish the job Sam gave me.

3) As mentioned above, the original solicitation given to me by Sam was aimed at getting me cleared to publish books for FASA. Only through FASA's demonstrable inaction and failures did this not come to pass. I therefore insist (again) that FASA honor its commitment: I shall write the ELH Sourcebook and, if it passes muster, follow it up with a book or books.

I have already suggested, in order to avoid clashing with Battletech's planned publications or continuity, that I write a non-canon straight-faced parody using anthropomorphic characters called "FurryTech". Whether a single book or a trilogy, this will not interfere with the main storyline or bump other authors in the publication lineup.

I want to start discussion on these projects immediately, unless I hear a concrete reason that FASA Corporation CANNOT use them, or if FASA chooses to make a reasonable counteroffer. This is not a matter of FASA "being nice" by letting me in on a project. This is a matter of FASA fulfilling its obligations. Those obligations will not be fulfilled with unguaranteed offers of "on-spec" work.

Scott Malcomson
2000 E. Roger (#F25)
Tucson, Arizona 85719
(520) 327-0539
calbeck@goodnet.com <mailto:calbeck@goodnet.com>

**Email from FASA Legal Counsel William Ettelson to Scott Malcomson,
dated 2/1/00: EXHIBIT I-3**

February 1, 2000
BY EMAIL calbeck@goodnet.com <mailto:calbeck@goodnet.com>
and US MAIL

Mr. Scott Malcomson
2000 E. Roger (#F25)
Tucson, Arizona 85719

Re: FASA Proposal

Dear Mr. Malcomson:

I have been asked to respond to your email to Randall Bills, dated January 11, 2000. We are

sorry that you have chosen not to accept the proposal that FASA offered to you. We attempted

to offer you the type of opportunity that we understood you were seeking.

Unfortunately, we are not able to offer you the project that you request in your email. Should

you wish to reconsider the proposal that Mr. Bills forwarded to you previously, please let us

know. Otherwise, we wish you the best in your future endeavors.

Sincerely,

William S. Ettelson
General Counsel

T 0047

### Email from Scott Malcomson to FASA Legal Counsel William Ettelson, dated 2/5/00: EXHIBIT I-4

Mr. Ettelson:

1) The President of FASA asked me to do work for FASA.

2) FASA delayed this work, in violation of its own policies, until the work was no longer useful.

3) You, FASA's chief legal counsel, admitted in writing that FASA had acted improperly and that FASA would be contacting me with a proposal to atone for the shoddy treatment I received.

4) Two years later, after receiving no proposal or contact of any kind, I contacted Morton Weisman, who stated on record after reviewing my case that FASA had treated me shabbily and would "live up to its promises".

5) FASA finally sends me a proposal for FAR LESS than I was originally promised by the President of FASA, and with absolutely no guarantees of fair or equitable consideration, such as a contract, attached.

6) When I reject this offer and make a counter-offer, FASA rejects the counter-offer without giving any reason as to why any of the points it contains are unacceptable. FASA then states that if I do not accept the original FASA proposal, there is no room for further negotiations.

Mr. Ettelson, I am prepared at this time to levy civil suit against FASA Corporation. The suit will cover failure on the part of FASA to abide by its own commitments and policies, with attendant claims concerning wasted time/effort and mental anguish. I have plenty of hard evidence in the way of correspondence and other material to present in court, and have already contacted legal assistance to ensure that I do indeed have a case.

Example: in Point Six above, FASA shows beyond shadow of reasonable doubt that its idea of "negotiation" is "take what's convenient for us or you get nothing". FASA promised in writing, however, to negotiate rather than merely dictate terms, and in fact solicited a proposal from me as to what project I thought would be acceptable to both FASA's needs and my own. Since I can now show in a court of law that FASA always intended to dismiss this project out of hand no matter what it was (since FASA's "counter-offer" was based on "trade-secret"

T 0048

information I could not have possibly known), I can show a judge and jury that FASA has acted

in dishonest and dishonorable fashion. And this is just one very recent example. I have many

more to parade before the court if I must.

This is the end of this sorry road, Mr. Ettelson. If I do not receive a reasonable offer from

FASA within the next month --- "reasonable" being defined as being at LEAST a project,

BattleTech-related, of scope equal to that which was originally solicited from me by Sam Lewis

(then President of FASA Corporation), and guaranteed by CONTRACT --- then I will clearly

have no other option available to resolve this matter but through legal means.

Scott Malcomson
2000 E. Roger (#F25)
Tucson, Arizona 85719
(520) 327-0539


### Email from FASA Legal Counsel William Ettelson to Scott Malcomson, dated 2/7/00: EXHIBIT I-5

February 7, 2000
BY EMAIL calbeck@goodnet.com <mailto:calbeck@goodnet.com>
and US MAIL

Mr. Scott Malcomson
2000 E. Roger (#F25)
Tucson, Arizona 85719

Re: February 5, 2000 Email

Dear Mr. Malcomson:

I am writing in response to your email to me of February 5, 2000. While I will not here respond

point-by-point to your assertions, it is important to be clear that FASA strongly disagrees with

both your factual allegations and the conclusions you attempt to draw therefrom. Moreover,

neither I nor FASA has ever "admitted," as you allege in your email, that it acted improperly,

which it has not.

We continue to believe that the project we have proposed is reasonable and in accordance with

what we understood you were requesting. I reiterate, however, as previously described to you,

that we are not in a position to meet the terms that you request. Should you wish to reconsider

our proposal, please let us know.

You indicate that in the future you may have legal counsel. If you do, please either provide me

with your attorney's contact information or have your attorney contact me, so that I can be sure

to direct my communications through your counsel.

Sincerely,
William S. Ettelson
General Counsel

cc: Morton Weisman


### Email from Scott Malcomson to FASA Legal Counsel William Ettelson, dated 2/9/00: EXHIBIT I-6

Mr. Ettelson writes:
> Moreover, neither I nor FASA has ever "admitted," as you allege in your email, that it acted
> improperly, which it has not.

From Mr. Ettelson's letter of September 24, 1997, which was in response to a letter I sent

concerning FASA's shoddy treatment of my project:

"While we may not be able to accept the proposal set forth in your letter, we are in the process

of considering it as well as other potential resolutions which may be suitable.

"Once we have a proposal to make, I will contact you again. In the meantime, should you have

any other questions, or wish to discuss this matter further, please feel free to call me."

If FASA never acted improperly, why did FASA's own legal counsel state that the

company was considering a new proposal "as well as other potential resolutions which may be

suitable"?

Unfortunately, this matter was NOT resolved because FASA did NOT contact me with any proposal of any kind. After over two years of no contact from FASA, I called to speak to Mr. Ettelson. Unable to reach him, I spoke to several others, including Mr. Morton Weisman. Mr. Weisman, after having studied the material I sent him via email concerning this matter, apologized to me personally for what FASA had put me through and assured me that the affair would be put to rights.

FASA may choose to deny in a court of law what Mr. Weisman told me personally, but that is a matter of FASA's dishonor, not reality. I am an honorable man, and I will not shirk from a conflict simply because my opponent may choose to act in a dishonorable fashion. If necessary, I shall call Mr. Weisman to the stand to comment on his statements made to me over the phone.

In any event, there is enough written material to show that FASA's own legal counsel made a promise to rectify an error on FASA's part and that FASA did not follow through on this promise.

> We continue to believe that the project we have proposed is reasonable and in accordance
> with what we understood you were requesting.

Considering that the only thing the proposed project has to do with what I was requesting was that it involves writing fiction for FASA, this is not a reasonable statement. My requests have always been detailed and thorough, and have been aimed at correcting FASA's past failures regarding a work for which I was solicited by the company's President.

What FASA has offered me, in return for nearly seven years of delays, runarounds, and violations of its own company policies, is *less* than I was offered by Sam Lewis in his letter of March 29, 1993. In that letter, he assures me that the only reason he cannot publish my unsolicited original novel ("Last Vestiges") is that I have no previous published credits and ROC might reject the novel on this basis. His letter goes on to state:

"Taking the Eridani Light Horse and working out a McCarron's type scenario pack would be

very interesting."

"With this information I can go to ROC and show them that you are capable of doing the work."

I find absolutely no reasonable way to interpret these statements as meaning anything other than "I want you to do an ELH scenario pack so we can green-light you for writing Battletech fiction". If FASA is capable of coming up with an alternate interpretation, I would be interested in hearing it.

I feel a court of law will come to the same conclusion. I also feel that said court will question how FASA could reasonably believe that an "on-spec" offer of writing a small portion of a sourcebook could possibly make up for the loss of an "on-spec" offer of writing an entire scenario pack, not to mention the wasted time and effort which can demonstrably be laid at the feet of FASA through my records of the company's correspondence with myself.

> I reiterate, however, as previously described to you, that we are not in a position to meet the
> terms that you request.

I reiterate that FASA has at no time stated WHY it is unable to meet the terms I requested in my counteroffer. I have not been informed, for instance, that a parody novel would be out of line. I have not been informed that an Eridani Light Horse sourcebook would be impossible. I have not been informed that my suggestion of planning either or both of these projects for a 2002 release would be impossible — a suggestion I made in my counter-offer based on Mr. Bills' statement that the Battletech line is planned up to two years in advance.

I *have* been informed by FASA that it wanted my ideas for a project to clear the air and resolve this matter. I have since been informed by FASA that it does not care what project I actually suggest because only one project is going to be offered me, and it is one that I could not possibly have known about.

These facts are going to go a long way towards convincing a court that FASA has acted dishonorably in this affair and should be punished for its behavior, Mr. Ettelson.

> Should you wish to reconsider our proposal,

Your company's proposal amounts to "take this scrap we're throwing at you or beat it, and by the way we make no guarantees that it'll see the light of day no matter how good it is". Rejected. If I do any work for FASA in future, it will be on a contract basis and be a project of scope equal to or greater than what I was originally offered by Sam Lewis, then-President of FASA.

> You indicate that in the future you may have legal counsel.

As of March 1st, if this matter is not honorably resolved, I will retain counsel and proceed with legal action against FASA Corporation.

Scott Malcomson
2000 E. Roger (#F25), Tucson, Arizona 85719, (520) 327-0539
calbeck@goodnet.com <mailto:calbeck@goodnet.com>


## Email from FASA Legal Counsel William Ettelson to Scott Malcomson, dated 2/25/00: EXHIBIT I-7

February 25, 2000
BY EMAIL calbeck@goodnet.com <mailto:calbeck@goodnet.com>
and US MAIL

Mr. Scott Malcomson
2000 E. Roger (#F25)
Tucson, Arizona 85719

Re: February 9, 2000 Email

Dear Mr. Malcomson:

In response to your email of February 9, 2000, we continue to disagree with your mis-interpretations and mis-characterizations of the facts. We are sorry that you have rejected our proposal, but we have no other opportunity
to offer you at this time.

Sincerely,

William S. Ettelson

General Counsel

cc: Morton Weisman


### Email from Scott Malcomson to FASA Legal Counsel William Ettelson, dated 2/9/00: EXHIBIT I-8

Mr. Ettelson:

During the last two months, I have been engaged in obtaining legal advice and counsel prior to levying suit against FASA Corporation concerning its conduct, as pertains to creative material former President Sam Lewis solicited from myself in 1992.

My primary concern in this research pertained to whether or not recordings of telephone conversations are legal and allowable as evidence federally, as well as in the states of Illinois (where FASA accepted my phone calls) and Arizona (where my phone calls originated). I have ascertained that, federally as well as in both states, making such recordings is perfectly legal, as well as admissible in court as evidence of legally-binding verbal agreements.

I have therefore attached the recordings I made of the telephone conversations I have had with FASA personnel regarding the treatment of work which then-President Sam Lewis requested of me.

> Mr. Ettelson writes:
> > Moreover, neither I nor FASA has ever "admitted," as you allege in your
> > email, that it acted improperly, which it has not.

I have chosen to quote this bit from your email of February 9th to start off with. I feel this statement of yours is important, in light of the .WAV recordings attached to this email. In these recordings, Mr. Morton Weisman does indeed accept responsibility for the way I was treated by FASA Corporation. Perhaps he did not inform you of this fact --- in which case, consider yourself duly informed.

FASA2.WAV details the entirety of my first phone call to Morton Weisman at FASA concerning this affair. While Mr. Weisman makes no promises in this call (nor do I demand any of him), it follows the call from the point where FASA's phone answering service picks up the phone and thus establishes the sound of Mr. Weisman's telephone voice.

FASA7A.WAV is an extract from FASA7.WAV, which I am not forwarding. The extract itself is the important portion of the call. A transcript:

SCOTT MALCOMSON: "Hello, uh, Mr. Weisman? Uh, this is Scott Malcomson calling. Ah, I hadn't

heard back from you folks..."

MORTON WEISMAN: "Well, I talked with Ross [Babcock] today...offer...[garbled section]...write

something for us."

T 0054

SCOTT MALCOMSON: "I'd really appreciate that."

MORTON WEISMAN: "Well, I told you, I told you we would. We obviously made some sort of a

commitment to that in the past...I can't tell you how soon you'll hear from us...within the next couple

of weeks you'll hear from either Bryan Nystul or his assistant...for an opportunity...offering an opportunity

to do some writing."

The changes in pitch on FASA7A.WAV are due to volume amplification which was necessary to make Mr. Weisman's voice audible. Severe white noise --- apparently originating from FASA's headquarters, since my own voice comes in loud and clear --- caused interference requiring this modification. The original recording is still on file as FASA7.WAV, and if necessary, professional sound equipment and sound engineers can be employed to remove the white noise electronically. No other recordings made of my calls to FASA --- of which there are seven --- contain any noise interference at all. I have not, at this time, discounted the possibility that FASA deliberately employed a white noise generator to obscure any recordings of Mr. Weisman's voice during this critical call, and I have been advised that it may be necessary to subpeona certain of FASA's legal and clerical staff (as well as Mr. Morton Weisman himself) for questioning as to the existence and use of white noise generating equipment at FASA, in the event that FASA may choose to deny the validity of this recording.
   In the event it can be shown that such equipment was or may reasonably have been used, assuming that FASA and/or Mr. Morton Weisman chooses to deny the validity of this recording, charges of perjury and obstruction of justice may be filed against Mr. Weisman and anyone who can reasonably be shown to have assisted in the perpetration of obstruction of justice.

Mr. Ettelson, the facts are simple and easily provable in a court of law:

1) FASA Corporation violated its own official "Submissions Guidelines" policy with regards to handling and rejection of submitted fictional material, namely:

a) failing repeatedly to honor the policy of examining and returning a submission to its creator for rejection/revision/acceptance within 90 days

b) failing to honor the policy of notifying the creator of a submission of its rejection at all

2) FASA Corporation failed for two years to abide by the written promise of its legal counsel (namely, Mr. William Ettelson) that FASA would give due consideration to a subsequent submission proposal or, if this was not accepted, to forward a submission proposal of FASA's creation.

3) When informed of FASA's failings listed in #1 and #2 (above), FASA executive Morton Weisman promised FASA would send me a suggested project and, if I chose not to accept it, that I could send a counter-proposal.

4) When I chose not to accept the suggested project, primarily due to the fact that it carried no guarantees whatever that FASA would not treat my new submission in the manner that the previous submissions had been treated,
FASA:

a) violated its verbal agreement (referred to in #3, above) by rejecting the counter-proposal out

of hand without citing why the counter-proposal
was not acceptable to FASA

b) stated that FASA was not interested in hearing anything further from myself on the subject
unless I accepted FASA's original, unguaranteed, offer.

Based on the above notifications, statements, and attached materials, I hereby advise FASA that
they may:

1) Settle out of court, using the option of either:

a) contracting with myself to write a trilogy for FASA Corporation's Battletech line of books, as
well as the Eridani Light Horse Sourcebook --- both of which would be subject to FASA's
normal guidelines regarding quality.  No reasons, save quality alone, will constitute a reason not
to publish these works.

b) A cashier's check for $50,000 in US currency.

2) Settle this in court, where I will be asking for compensation for time, effort, and mental
anguish, as well as punitive damages, in the sum of $1M US, plus all legal expenses.

This game is OVER, Mr. Ettelson. FASA has made many promises, on paper and
verbally, and kept absolutely none of them in substance or good faith. I have attempted to
resolve this matter with FASA amicably and honorably. I have laid the cards on the table every
time, without chicanery or subterfuge. And although Morton Weisman has admitted "we made
a commitment", FASA continues to refuse to uphold that commitment, or even to make a
commitment of equal value.

Years ago, FASA could have gotten off the hook with a simple scenario pack, a pack requested
by then-President Sam Lewis. FASA's failure to abide by its own rules killed that pack. Then
FASA asked for the chance to make its own proposal, but in two years of my patient waiting
never made one.
        Even then, FASA could have gained closure on this matter when I offered to do a
sourcebook based on the Eridani Light Horse (the upscaling from scenario pack to sourcebook
being the only new demand I made for my trouble). But even this was too much for FASA, who
insisted I do a bit part for a sourcebook as "on-spec" work with no guarantee of acceptance ---
which was even less valuable a project than the original scenario pack FASA's President had
once asked of me.

I can assure you, Mr. Ettelson, that FASA has done nothing illegal at all --- save solely if
it comes down to perjury and obstruction of justice relating to perjury. But this is not about
criminal conduct. It is about honor. And if FASA cannot bring itself to act in an honorable
fashion even as regards its own policies and guidelines, then I will consider it MY honor
to punish FASA in a court of law.


Sincerely,
Scott Malcomson
2000 E. Roger (#F25)
Tucson, Arizona 85719
(520) 327-0539
calbeck@goodnet.com <mailto:calbeck@goodnet.com>

**Response from former FASA Author Michael Stackpole to Scott Malcomson,
replying to a query made on alt.fan.wedge by Scott Malcomson,
dated 6/10/00: EXHIBIT I-9**

From: "Michael A. Stackpole" <mstackpole@sprintmail.com <mailto:mstackpole@sprintmail.com>>
Newsgroups: alt.fan.wedge
Sent: Saturday, June 10, 2000 9:01 AM
Subject: Re: MIKE STACKPOLE: I NEED YOUR HELP

> Scott,

> there's a lot left unsaid between doing a scenario pack and 7 years later being in court. The

> fact is, however, that you don't need a signed copy of my resignation essay. It's published, you

> just print it out and use it as evidence if you want. Moreover, your lawyer should be able to

> requisition all sorts of records in the discovery phase of any trial that will be more than

> enough to prove problem's with FASA's record-keeping.

> Mike

> Scott Malcomson wrote:
> > Mr. Stackpole:

> > We've met before, on a few convention occasions (I'm the guy who gave you the RL tactical

> > map at Hexacon 2; I also run ZonieCon).

> > I'm afraid I need to ask a favor of you --- namely, whether or not I can get a signed copy of

> > your "FASA Resignation" webpage. This is not a matter of getting a cheap autograph or

> > simply not knowing that I can copy the material directly from the site...I do. To explain

> > why I need it, I need to tell a bit of a story:

> > Back in '93 I contacted Sam Lewis to do a Battletech novel (yes, I'm sorry to all you Star

> > Wars fans who don't want to hear about this, but Mike's website says to post questions to

> > him here --- he doesn't respond to email anymore, and lists no other contact points). The

> > novel was rejected, according to Sam, strictly on basis that I'd never been pubbed before

> > and would likely get booted by ROC. He pointed out that first-timers at FASA generally

> > wrote up scenario packs or sourcebooks, and asked me to submit a pack based on the ELH

> > to "earn my spurs", as it were. He indicated that my novel was worth resubmitting once I

>> had the standing to do so.

>> I can give you the long version in email if you want. The short version is that, after seven

>> years of FASA's failures, FASA is taking me to court in order to have a judge expunge any

>> responsibility they bear for the whole mess.

>> I need a signed copy of your "FASA Resignation" in order to help show that FASA has a

>> long history of failing to abide by contract, of poor record-keeping, and of poor

>> organization. As a point of honor, if nothing else, I want to hold FASA responsible for their

>> actions. I don't really expect to make any money out of them, but I've always been the

>> quixotic type. So, here I go a-tilting again...

>> If you do not wish to be involved in this matter, I completely understand. I thank you for

>> your consideration in any event, as well as for a score of excellent novels (in fact, Sam and I

>> were pen-pals while I was in the Gulf with the 3rd ACR; he sent me most of your early stuff

>> in a care package. I and my fellow tankers had plenty to read while we sat on the sand

>> waiting for the go-ahead, and enjoyed it immensely).

>> Sincerely,
>> Scott Malcomson


**Statement by former FASA Author Mike Stackpole, concerning his treatment by FASA Corporation, as found on Mr. Stackpole's website at www.stormwolf.com (edited for relevance)**
**EXHIBIT I-10**

A Truncated History With FASA and Royalties

I first started working with FASA on Btech novels in the summer of 1987, writing on the

Warrior trilogy. FASA is a game company, and "game company" is pretty much synonymous

with a company that is chronically underfunded and always in a tight cashflow situation. FASA

has always been slow to pay and throughout my history with them has owed me money. When

I needed money, I'd call and see what they could send. Back in the early days, when I had no

health insurance, no house, no car payments, no IRA; getting $300 or $500 here and there was

what I needed to get by.

To FASA's credit, it must be noted, they did offer to pay me advances for the reprints of the Kerensky books, and the new novels I'd done for them, despite their having cash flow problems. I happened to know, however, that there were other writers in their stable to whom they owed money, and that these guys had families and kids. Since I didn't need the money, I repeatedly directed FASA to pay it to these other folks.

In 1996, when I needed money for the down-payment on a house, FASA did come up with $6300 very quickly for me, but aside from that payment, I got nothing from them between 1994 and 1999. By January of 1999, FASA's own incomplete accounting of what they owed me totaled just shy $90,000.00. In fact, this total did not take into account foreign royalty payments that would have put the total over $100,000.00. With the sale of FASA Interactive to Microsoft, FASA did get a huge influx of cash and did wipe out the $90,000.00 debt they owed me.

By the summer of 1999, no royalties had been paid for book sales in the latter half of 1998. At that time I asked and was sent an accounting that showed FASA owed me about $6,000.00. I was told a check request had been sent in to accounting for payment. None was forthcoming; nor was there any word of explanation. Since FASA and Decypher were negotiating a buy-out I assumed payment was waiting for the deal to go through.

That deal collapsed. Still no payment, and no new royalty statements to reflect sales in the first half of 1999.  In early 2000 I got royalty statements from FASA that, because of a computer glitch, indicated that none of my books had sold a single copy in the whole of 2000. I pointed out to FASA that I refused to believe this. At the same time I pointed out that the royalty statements also did not cover foreign editions of books - copies of which I had sitting on my shelves.

FASA did an internal audit of accounts and uncovered a lot of foreign payments that had never been accounted to me, and presented a statement sheet showing that they now owed me

$18,200.00; though that accounting omitted royalties for three books. Subsequent discussions with FASA about the royalty accounting program they use revealed that I'd actually been being underpaid on novels because of a change in the deal between FASA and ROC concerning how much FASA was being paid.

To my best estimate, FASA currently owes me in excess of $20,000.00. Not only is this a significant amount of money, but it's my money. I appreciate the fact that it's being used to cover payroll of folks I consider friends, but my payroll needs to be covered, too.

The Contract for Tide of Tyrants

Tide of Tyrants was the working title for the next book I was supposed to write for FASA. The Prince of Havoc contract offered me a 4% royalty and a $7500.00 advance. The Tide contract offered me a 3% royalty and an advance of $5500.00. This disturbed me for two reasons. First, I was very directly being told that despite having had five novels hit the New York Times Bestseller list, my work was some how worth less to FASA now than it had been before.

Second, the pay rate on the contract has to be looked at in context of what I get for work set in my own worlds. In my last original contract I had an 8% royalty, with a $30,000.00 advance for each of three books. Even at 4% and $7500.00 FASA was getting me at a bargain rate. The reduction of rates and payments was insulting and really rather silly, in light of the fact that they weren't paying me anyway.

FASA's editor and I did discuss and negotiate some alternative contract adjustments that would allow me to continue working on Btech, but these had to be taken to her bosses. Despite email sent to FASA subsequent to these negotiations to get a response, I heard nothing. Without a contract I wasn't going do the work.

The lack of payment and an unsatisfactory contract, neither of these things was insurmountable. I'd worked that way with FASA for years. It did worry me that the slow-pay cycle had started again, while I saw no white-knight Microsoft deal looming to bring my accounts to balance.

Even so, this too could have been worked around, but in combination with other factors, just made it apparent to me that it was time to cut my losses.

The Loyalty Issue

I have never been stinting in expressing my gratitude to FASA for having given me my start. In working with them I have learned a great deal. Literally, without them I'd not be here in the position I am. Not only did they help train me to be a good writer, but Assumption of Risk was one of the novels sent for Lucasfilm to read as I was being considered for the X-wing® novels. Without FASA and BattleTech®, whatever my career might have been would have been very different.

I have long maintained that I would do a book a year for FASA for as long as they wanted me to. I felt I owed them that. They have been very good to me. I consider the folks there good friends, not only people with whom I work, but people with whom I socialize as well. To disengage from them is not easy at all.

And BattleTech®, boy, I've been working in that universe since 1987, and helping to shape the history and direction since that point. I introduced and characterized virtually all of the main characters who now exist there - many of them are wholly my creations. I've made some of them grow up and I've killed many others. All of these characters I know better than I know my friends. In some ways I guess I now have an inkling of what Adam must have felt like being driven from the Garden of Eden. I've poured a lot of brainsweat and creativity and personal energy into that universe, coming up with the twists and turns that have kept readers on the edges of their seats for over a decade.

I have well over a million words in those novels.

Loyalty doesn't just run one way, however; and it isn't just something between FASA and me. Do I think a failure to keep accounting up is a sign of disrespect? Do I think that a failure to

attend to contract negotiations in a timely manner is a sign of disrespect? Do I think that not paying me money owed to me is a sign of disrespect? How can I not think these things?

Yes, they are signs of disrespect, but not malicious. They're the by-product of some serious disorganization.

Another factor in the loyalty equation is loyalty to myself. For some Btech is an escape, for others it's a hobby and for still others it's a religion. For me it's a little bit of all of those things; but it's also a business. I'm not at a point in my life where I can afford to work for free, or for a promise of payment in the future.



**CORPORATION**     1026 W. Van Buren • Chicago, IL 60607 • (312) 243-5660
Telex: 297175 MDC     Fax: 312-243-4847

SP4 Scott Malcomson                                    5 November 1990
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
K Trp. 3/3rd ACR
APO NY, NY 09209

Dear Scott,

Thanks for your letter and your thoughts on the Clans. You are not to far off, but I have enclosed a copy of Blood Legacy, so that you can find out more. When I get a chance I will send you a manuscript of the Wolf Clan Sourcebook. It has a reasonably detailed history of the Clans in it.

By the way the reason that I am writting and not Mike is that I used to be a TC and then the Training NCO for K Trp. 3/2nd ACR. This was in '76-'78, so seeing your letter took me back a bit. We had Sheridans back then, not M-1 so at lest that part of Army life has improved since I was in. I also hear rumors that the food is better, but I'll still reserve judgement on that.

I wish that I had some great advise to give you, but you are closer to combat than I ever was, so I will not be presumptious. One thing I do want to pass on though. When I was in, being a solider was not fashionable. Many people considered men who volunteered for military service to be lossers who could not make it in civilian life. This isn't true now adays. Most Americans are very proud of the men and women that are over there. We know that you are professonal and will do the job that you are called on to do. You probably already know al of this but it never hurts to have someone say it again.

Anyway I try and get you the manuscript next week. If you want to drop me a line again please do so.


Sincerely,

Sam Lewis
Vice President of Operations


Exhibit A

T 0063



**C O R P O R A T I O N**    1026 W. Van Buren • Chicago, IL 60607 • (312) 243-5660
Telex: 297175 MDC    Fax: 312-243-4847

6 March 1991.

Sp4 Scott Malcomson
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
M Co. 3/3rd ACR
APO NY NY 09209

Dear Scott,

I got your last letter on Monday the 25th. From what I can gather you, or at lest the
3rd ACR, and the 24th Infantry Divison were on the Euphrates River at that time.
Hopefully you will going home now real soon.

Anyway I hope that you and your people are safe. Just in case you have not been
told, the people back here are extremly proud of the military's preformance. I know
that at your level it probably looked like one gaint cluster fuck, but never-the-less, to
the people back home, the professionalism, skill and valour of the US forces was
astonshing. You and your fellow servicemen have a lot to be proud of.

On to more mundane matters. You are right about T-S Myomer and the Atlas. I
would let the Atlas grab the Stinger on a 9+. Then it would drop the Stringer from a
hieght of 1 (maybe two) levels. No drop kicking or passing the Stringer down field.

A BattleTech Center flyer is enclosed.

I always looked at the main gun of the M1A1 as an AC/10, but not having anything
really special in terms of armor (i.e. BattleMech armor has always been the Chobham
type which accounts for the short range nature of the weapons, since the
hypervolicity projectiles lose their effectiveness after a kilometer or so.)

I hope to see and hear from you soon. Let me know when you are going to make it
home again and when you plan to take your leave.

Exhibit A-1

T 0064



# CORPORATION

1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5680 • Telex: 297175 MDC • Fax: 312-243-4847

Scott Malcomson
1834 E. Citation
Tempe, Arizona 85284

29 March 1993

Dear Scott,

I first want to apologize for the delay in getting back to you. To a certain extent the lag is due to the fact that evaluating your novel proposal was not as easy as I had hoped.

Your writing is very good. The plot has problems, through nothing that could not be worked out in a story conference. These are the primary areas of concern that I deal with when I evaluate a novel proposal. In these areas your proposal was fine.

However there is one concern that I could not overcome, namely your lack of experience, coupled with your lack of a track record with me. FASA's contract with ROC gives ROC the right to reject an author selection. While they will accept a first time author, they have strong preferences for authors who have been published before. I have a similar concern with first timers. These projects are too time sensitive to have a first timer discover that he or she can not finish their work on time.

To get around this problem I draw my first timers from my pool of freelance game designers. Chris Kubasik, Jim Long, and Nigel Findley, all did novel length source books (80,000 to 100,000 words) before I gave them their first novel contract. This way I can discover if you can actually do the work, on time and cleanly. With this information I can go to ROC and show them that you are capable of doing the work.

So while I am rejecting this proposal I would like you to considered writing some game materials for us. If this is of interest, you should contact Scott Jenkins, my BattleTech developer, and discuss possible projects with him. Taking the Eridani Light Horse and working out a McCarron's type scenario pack would be very interesting.

I hope to hear from you soon.

Sincerely,

Sam Lewis
President

*(Exhibit B)*

T 0065





FASA TOVM or FASALO

Scott Jenkins, FASASCFF@AOL.Com

## CORPORATION

1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5660 • Telex: 297175 MDC • Fax: 312-243-4847

Scott Malconson
3256 E. Calypso
Mesa, AZ   85204

April 7, 1993

Dear Scott,

Thank you very much for your inquiry into writing for FASA. Enclosed are the complete FASA Submission Guidelines. Please note that when writing for a specific game system it is best to follow the format that we have used in our most recently published material. Remember, these guidelines must be adhered to if you would like to publish with FASA.

Thank you again for your request, and we look forward to seeing a submission from you in the future.

Good Luck,

Michael Mulvihill
Development Staff



Exhibit C

14 June 94

Scott Malcomson
1834 E. Citation Ln.
Tempe, Arizona 85284
(602) 839-5405/820-5169

FASA Corporation
c/o Bryan Nystul, BattleTech Development
1100 W. Cermak (B305)
Chicago, Illinois 60608

RE: Eridani Light Horse Scenario Pack

Dear Bryan,

    In response to Mike Mulvihill's letter of the 1st, enclosed
please find the revised outline for the *Eridani Light Horse
Scenario Pack*. I have, as requested, dropped the *Mechwarrior* and
*BattleForce* scenarios to concentrate primarily on *BattleTech* mixed
with a few *BattleSpace* and *BattleTroops* scenarios instead. Perhaps
at a later date, a small "battle pack" for *BattleForce* could be
possible...it's a gaming system I've always found very enjoyable,
and it could use the support.

    I would like to update you as to the history of this project,
to let you know where I stand on things. Some of it you've already
heard, some I'm sure you haven't --- so here's the story:

    During my service in the Gulf as an M1A1 tank crewman, I wrote
a letter to FASA concerning Mike Stackpole's *Kerensky* trilogy. Sam
Lewis got the letter and wrote back, as well as sending a god-
awfully huge box of everything from bug spray to the latest FASA
books. Needless to say, we became pen-pals...turns out he
was an ex-cavalryman himself!
    At one point during our correspondence, I decided to write a
book about the Eridani Light Horse. I did the outline and sent it
to Sam, whose reply was that while it was good on the face of it,
I hadn't yet been published anywhere. He was concerned that the
book might be rejected by Tor on those grounds. His solution was
that I write a scenario pack based on the Light Horse to earn my
credentials.

    Well, I went and did that...and the project, as you know, is
still on FASA's desks. In fact, the original proposal is well over
a year old. While did initially receive a letter saying the project
was something FASA could use, it's taken this long to finally get
the green light to even do a rewrite and resubmission. So I hope
you'll understand when I ask that you please write back soonest as
to this project's approval/rejection or any necessary changes.
Thank you.

Respectfully,

Scott Malcomson

*Exhibit D*

T 0067



**CORPORATION**

1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5660 • Telex: 297175 MDC • Fax: 312-243-4847

Scott Malcomson
1834 E. Citation
Tempe AZ
85284

July 21, 1994

RE: Eridani Light Horse

Dear Scott,

Thank you very much for resubmitting your proposal as per our request. At this time, your resubmission will go through the same process that your original proposal went through. This letter is just to let you know that we have recieved it and are reviewing it.

Thank you again for your submission

Sincerely yours,

Mike Mulvihill
FASA Corporation

Exhibit D-1

T 0068



**CORPORATION**

• 1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5660 • Telex: 297175 MDC • Fax: 312-243-4847

Scott Malcomson
1834 E. Citation
Tempe AZ
85284

October 11, 1994

RE: Eridani Light Horse

Dear Scott:

Since Bryan talked with you at great length regarding this proposal, This follow-up letter is just to confirm what he said and allow you to have the information in writing. Please re-submit your proposal with the following changes...

– Please remove all references to Clan Wolverine. They are not an active member of the BattleTech continuity at this time.
– Please remove the reference to the jaunt into Clan Space. This will be covered in other products not here.
– Focus only on the ELH and their history (not their future).
– Independent raids into Clan occupied Space should be the focus (we like the ones you presented, could use more)
– Be careful not to make them too independent, they come off sounding like a Pirate raiding party and this does not sit well with their presented history.

We hope to hear from you soon with a new submission.

Thank you again for your submission.

Sincerely yours,

Mike Mulvihill
FASA Corporation

*Exhibit D-2*

T 0069



## CORPORATION

1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5660 • Telex: 297175 MDC • Fax: 312-243-4847

Scott Malcoihson
1834 E. Citation
Tempe AZ
85284

February 9, 1995

RE: Eridani Light Horse

Dear Scott,

Thank you very much for resubmitting your proposal as per our request. At this time, your resubmission will go through the same process that your original proposal went through. This letter is just to let you know that we have recieved it and are reviewing it.

Thank you again for your submission

Sincerely yours,

Mike Mulvihill
FASA Corporation

Exhibit D-3

Exhibit E

6C

## NOVELS

The following policies apply to novel proposals.

Never send us an unsolicited, complete or partially complete manuscript. The manuscript will be returned to you regardless of the legal permission or disclaimers you provide with it.

Novels must be based on our fictional game universe. We DO NOT accept submissions for generic science-fiction or fantasy novels. We do not accept FAX, e-mail, or handwritten novel proposals.

FASA currently sets its novel schedule at least 2 years in advance (that equals approximately 8 novels per line).

Please Note: Novels should never involve a concept or event that changes the way the game or the game universe works. Do not send us novels that include events on a epic scale. Your novel should deal with established concepts in new and exciting ways. If your novel idea has not yet been addressed in the game universe or needs special source material, we are far less likely to accept it because the direction of the game universe has already been determined.

Novel proposals consist of 5 parts:

1. A brief synopsis of the story. Tell us briefly the story you wish to write and sell us on your proposal. Tell us why your proposal is important to the game line. Explain the need it's filling, and the importance of filling that need. Assume that others are proposing the same thing and tell us why your version is better. Length: 2–4 pages

2. A chapter-by-chapter outline of the entire story. Give us a short description of the events and characters as they appear in your story. Length: 2–4 pages

3. Sketches of the main characters, events, places and so on. Detail the characters and other important pieces of information you plan on writing about (use game terms if necessary to get your ideas across). Please indicate your source material (if any) in this section. Length: 1–2 pages

4. A sample chapter. This writing sample should be a complete chapter and be written in the style of the book. Length: 10–12 pages. Please be aware that if the editor is interested in your proposal, you may need to submit additional sample chapters.

5. A self-addressed stamped envelope large enough for us to return your submission to you.

6B
6C

FASA will return any rejected novel proposals with a letter of explanation.

Novels are processed the same way as game product proposals with the following exception. The novel series editor will contact potential authors with contract information, writers' guidelines and style sheets.

## ELECTRONIC MAIL SUBMISSIONS

We do not accept electronic mail submissions. E-mail is used only for customer support and for communicating with contracted writers. We can answer questions regarding the submission process via e-mail, but will reject all e-mailed submissions without reading them.

## NOTES ON PROPOSAL SUBMISSIONS

We will not accept proposals that are handwritten or on fan-fold pages that have not been separated. These proposals will be returned to you without being read.

If we ask you for a rewrite or further development of a proposal it means we are serious about wanting to see more of your project, but this does not mean we are going to publish it. Your ability to follow our directions will help us decide whether or not to accept your proposal to publish.

There are a multitude of reasons why we reject a project. If your proposal gets rejected we will outline those reasons when we notify

6A

you. Unless stated otherwise in your notification letter, please do not resubmit a rejected proposal. You can submit new projects as often as you like.

You may rework your ideas for submission to other companies, but you must remove all references to trademarked and copyrighted FASA Corporation property.

## ACCEPTANCE AND PAYMENT

### FIRST-TIME WRITERS

FASA is always willing to look at your proposal even if you have never worked or written for anyone else in the gaming industry. Any work you do for us will be done on spec. This means you will work with us to develop the project, write the manuscript and submit it to us for approval without receiving a contract. We retain the option to reject the manuscript even after you have submitted it. This policy protects both FASA and you. It protects you because you are not contractually (legally) obligated to finish the project if you are unable to do so. It protects us because we can still refuse the manuscript if we find the quality to be unsatisfactory. The manuscript will be returned to you in the latter case.

If the project is accepted, the contract terms will be worked out with the developer. The developer is in charge of all contract negotiations (with the approval of the President of FASA), and will forward a contract to you upon formal acceptance of your manuscript.

### PUBLISHED WRITERS

If you have worked in the industry before but not for FASA, we will advise you of contract terms, advances, and other payment procedures following the acceptance of your proposal.

### SCHEDULES

FASA currently sets its product schedule at least 18 months in advance (that equals approximately 15 products per line), so your proposal may overlap with a project already in the works. If that is the case, we will return your proposal to you immediately.

Please note that your proposal, if accepted, likely will not see publication for more than a year. Keep this in mind when setting your personal schedule. You will receive exact details and deadlines for drafts and final manuscripts from the line developer.

### FASA WRITERS' GUIDELINES

FASA has internal writing guidelines and style sheets that every writer is expected to follow. These guidelines are for writers working on manuscripts and will be provided to the writer along with their contract.

### LEGAL NOTICE

Shadowrun®, BattleTech®, MechWarrior® and Earthdawn® are trademarks of FASA Corporation. All rights reserved. 1996.

FASA Corporation, 1100 W. Cermak,
Suite #B305, Chicago, IL 60608
312-243-5660
312-243-1847 (FAX)

FASA developers can be reached from various on-line services. Remember that we do not accept e-mail submissions.

**American Online (AOL):**
BattleTech: FASA Bryan
Earthdawn: FASA Lou
Shadowrun: FASA Mike
Everything Else: FASA Info

**Internet:**
<use AOL account name> @ aol.com

*Ext 3 (Russ Babcock*
*Ross @fasa.com*

# FASA
## CORPORATION

1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5660 • Telex: 297175 MDC • Fax: 312-243-4847

September 24, 1997

**BY CERTIFIED MAIL**

Mr. Scott Malcomson
2000 E. Roger (#F25)
Tucson, Arizona 85719

Re:    Grave Covenant

Dear Mr. Malcomson:

I am writing in response to your letter dated September 10, 1997. As you recall, I indicated to you in our telephone conversations both following your initial telephone call to FASA's offices and following receipt of your e-mail dated September 4, 1997, that we would investigate your complaints. I do want to thank you for forwarding your copies of prior correspondence.

We have confirmed that the BattleTech novel "Grave Covenant" was independently developed through much time and hard work. None of your materials, which were previously rejected, have been used by FASA in that novel or any other of its products.

We regret that you feel that you have not been treated fairly. However, we certainly do not believe that you have any basis to initiate legal action.

Nonetheless, our goal is to attempt to keep all of our BattleTech fans satisfied. While we may not be able to accept the proposal set forth in your letter, we are in the process of considering it as well as other potential resolutions which may be suitable.

Once we have a proposal to make, I will contact you again. In the meantime, should you have any other questions, or wish to discuss this matter further, please feel free to call me.

Sincerely,

William S. Ettelson
General Counsel

*Exhibit G*

T 0072







Exhibit K

# CORPORATION

1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5660 • Telex: 297175 MDC • Fax: 312-243-4847

January 4, 2000

Dear Scott,

Let me begin by saying that I have only worked at FASA for a few years. I was not employed at FASA at the same time as Sam, or when your first proposal was submitted. I have no connection with that information or any knowledge of the events that transpired during that time. I would like to open a fresh dialogue between us that, as you state at the end of your previous e-mail, will allow us to amicably resolve this situation.

With that said, we need to first update you on the current way in which the development department works with prospective BattleTech authors.

It has been more than four years since we accepted unsolicited proposals for publication. The BattleTech universe has become so large and complex that we currently plot the story line two to three years in advance. To support that story line, then, we must plan the BattleTech products one to two years in advance. As a result, it is extremely difficult for a prospective author to propose a project that would fit into what we need to publish to support the game line and future story. As a way to keep our doors open to new authors, in 1996 we created a document called Writing For BattleTech — essentially, a BattleTech aptitude test. Writers who are interested in contributing to BattleTech receive this document, which consists of a thousand-word essay question, and ten trivia questions that quiz a potential author on his knowledge of both the game universe and game mechanics.

When the author submits his Writing For BattleTech, it is filed for future reference. When the BattleTech Line Developer feels that an upcoming product offers an opportunity for a new writer to contribute, he reviews the file of tests, chooses the three or four best and sends those authors the information necessary to submit a proposal on the upcoming product. From those proposals, he chooses one or more authors (depending on the type of product), who perform work for the project "on-spec." On-spec means that a contract for payment is not generated until the completed manuscript is submitted to and accepted by FASA Corporation.

Because you have a history with FASA, we do not need you to submit a Writing For BattleTech test. I included that information to give you a better idea of our current creative process, and to give you a frame of reference for the rest of this paragraph. After looking at the BattleTech product line for the next 18 months, the only product that does not already have authors working on it and that will not be written in house is the BattleTech Field Manual: Periphery (scheduled for publication in January 2001). We have not yet solicited proposals from any of our current authors for this project, so you will have first crack at this sourcebook. In keeping with the way we have produced other, similar sourcebooks, this Field Manual will be a multi-author project, with a different author writing each of the Periphery factions to be included in the sourcebook. This book will replace The Periphery (stock #1692), published in 1996.

If you are interested in submitting a proposal for this project, simply choose a Periphery affiliation, create a proposal, and send it to us for consideration by March 1st. I have included with this letter our submission guidelines and writer's guidelines, which provide the information you need to create and submit a FASA proposal. In addition, you can look at either the BattleTech Field Manual: Crusader Clans (stock #1706) or the BattleTech Field Manual: Warden Clans (stock #1711) for good examples of the style, format and content we intend to use in the BattleTech Field Manual: Periphery.

I hope that I have answered your questions and provided you with the information you need to move forward. If you have any further questions or require any additional information, feel free to e-mail me.

Randall Bills
FASA Development
fasainfo@aol.com

cc: Bill Ettelson
    Morton Weisman

T 0074





**FASA CORPORATION**

1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5660 • Telex: 297175 MDC • Fax: 312-243-4847

February 1, 2000

**BY EMAIL** calbeck@goodnet.com
**and US MAIL**
Mr. Scott Malcomson
2000 E. Roger (#F25)
Tucson, Arizona 85719

Re:    FASA Proposal

Dear Mr. Malcomson:

I have been asked to respond to your email to Randall Bills, dated January 11, 2000. We are sorry that you have chosen not to accept the proposal that FASA offered to you. We attempted to offer you the type of opportunity that we understood you were seeking.

Unfortunately, we are not able to offer you the project that you request in your email. Should you wish to reconsider the proposal that Mr. Bills forwarded to you previously, please let us know. Otherwise, we wish you the best in your future endeavors.

Sincerely,

William S. Ettelson
General Counsel

T 0075



**CORPORATION**

1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5660 • Telex: 297175 MDC • Fax: 312-243-4847

February 7, 2000



**BY EMAIL calbeck@goodnet.com
and US MAIL**

Mr. Scott Malcomson
2000 E. Rogor (#F25)
Tucson, Arizona 85719

Re: February 5, 2000 Email

Dear Mr. Malcomson:

I am writing in response to your email to me of February 5, 2000. While I will not here respond point-by-point to your assertions, it is important to be clear that FASA strongly disagrees with both your factual allegations and the conclusions you attempt to draw therefrom. Moreover, neither I nor FASA has ever "admitted," as you allege in your email, that it acted improperly, which it has not.

We continue to believe that the project we have proposed is reasonable and in accordance with what we understood you were requesting. I reiterate, however, as previously described to you, that we are not in a position to meet the terms that you request. Should you wish to reconsider our proposal, please let us know.

You indicate that in the future you may have legal counsel. If you do, please either provide me with your attorney's contact information or have your attorney contact me, so that I can be sure to direct my communications through your counsel.

Sincerely,

William S. Ettelson
General Counsel

cc: Morton Weisman

T 0076





**FASA CORPORATION**

1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5660 • Telex: 297175 MDC • Fax: 312-243-4847

February 25, 2000

BY EMAIL: cilbeck@goodnet.com
and US MAIL

Mr. Scott Malcomson
2000 E. Roger (#F25)
Tucson, Arizona 85719

Re:    February 9, 2000 Email

Dear Mr. Malcomson:

In response to your email of February 9, 2000, we continue to disagree with your mis-interpretations and mis-characterizations of the facts. We are sorry that you have rejected our proposal, but we have no other opportunity to offer you at this time.

Sincerely,

William S. Ettelson
General Counsel

cc:  Morton Weisman

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

|  |  |  |
|---|---|---|
| FASA CORP., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00 CH 7450 |
| | ) | |
| SCOTT MALCOMSON, | ) | Hon. John K. Madden |
| Defendant. | ) | |

**NOTICE OF MOTION**

FILED
AUG - 2 2000
AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT

TO:   Mr. Scott Malcomson
      2000 E. Roger (#F25)
      Tucson, Arizona 85719

PLEASE TAKE NOTICE that on ~~Wednesday~~ 8/2, 2000, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable  John K. Madden or any judge sitting in his stead in Room 2108 of the Circuit Court of Cook County, Richard J. Daley Center, Chicago, Illinois, and then and there present the plaintiff's **Motion For Judgment By Default**, a copy of which is attached hereto and served upon you.

_____
Charles A. Valente

*Of Counsel:*

Krasnow Sanberg Cornblath & Hobbs
500 North Dearborn Street
Suite 200
Chicago, Illinois 60610
(312) 755-5700
Firm No. 31379

*Attorneys for Plaintiff*
*FASA Corp.*

R.O.B.

T 0078

## CERTIFICATE OF SERVICE

I declare, under penalty of perjury that on **July 26, 2000,** I served the attached Notice of Motion and Motion For Judgment by Default to all the above-referenced parties of record by depositing the same in the U.S. Mail at 500 North Dearborn Street, Chicago, Illinois before 5:00 p.m., with proper postage prepaid.

*Dorthie Anderson*

2390

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

FASA CORP.,                          )
                                      )
         Plaintiff,            )
                                        )
    v.                              )    No. 00 CH 7450
                                        )
SCOTT MALCOMSON,                     )
                                        )
        Defendant.            )

FILED
AUG - 2 2000
AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT

## MOTION FOR JUDGMENT BY DEFAULT

Plaintiff FASA Corp., by its undersigned counsel, moves this Court for entry of Judgment By Default against defendant Scott Malcomson on Plaintiff's Verified Complaint For Declaratory Relief due to defendant's failure to appear within the time prescribed by law:

    1.    Defendant Scott Malcomson was personally served with summons and complaint in this matter through substitute service on his roommate, Todd Smith, on May 20, 2000. Mr. Smith is over the age of 13 years. Thereafter, a copy of the summons and complaint was mailed to the defendant by first class mail. Subsequently, a man identifying himself as defendant telephoned plaintiff's counsel and acknowledged receipt of the summons and complaint.

    2.    Defendant has failed to appear within the time allowed by law.

MOTION FOR JUDGMENT BY DEFAULT — 1

3.     This Court has personal jurisdiction over the defendant in that the claim arises out of the defendant's claim that he has a valid and binding contract with plaintiff, an Illinois resident.

**WHEREFORE,** plaintiff FASA Corp. requests that this Court enter a judgment by default in its favor and against defendant Scott Malcomson as follows:

a.     declaring that FASA Corp. has no contractual or other obligations to Malcomson; and

b.     awarding FASA its costs incurred herein.

**FASA CORP.**

By: _Charles A. Valente_
Charles A. Valente

*Of Counsel:*

Krasnow Sanberg Cornblath & Hobbs
500 North Dearborn Street
Suite 200
Chicago, Illinois 60610
(312) 755-5700
Firm No. 31379

*Attorneys for Plaintiff*
*FASA Corp.*

MOTION FOR JUDGMENT BY DEFAULT — 2

T 0081

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

|  |  |  |
|---|---|---|
| FASA CORP., | ) | 2000 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00 CH 7450 |
| | ) | |
| SCOTT MALCOMSON, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

This matter coming before the Court on Plaintiff's Motion For Judgment By Default; defendant having been properly served with Summons and Complaint and failing to appear within the time allowed by law; and the Court being otherwise fully advised in the premises;

This Court finds that the defendant is subject to the jurisdiction of this Court on Plaintiff's Verified Complaint For Declaratory Relief pursuant to Sections 2-209(a)(1, 7) and 2-209(c) of the Illinois Code of Civil Procedure.

It is hereby ordered that the motion is granted. It is further ordered that judgment be and hereby is entered in favor of plaintiff FASA Corp and against defendant Scott Malcomson as follows:

      a.    declaring that FASA Corp. has no contractual or other obligations to Malcomson; and

      b.    awarding FASA Corp. its costs incurred herein.

### ENTER:



Charles A. Valente
Krasnow Sanberg Cornblath & Hobbs
500 North Dearborn Street
Suite 200
Chicago, Illinois 60610
(312) 755-5700
Firm No. 31379

*Attorneys for Plaintiff*
*FASA Corp.*

ENTERED
CLERK OF THE CIRCUIT COURT
AURELIA PUCINSKI

AUG - 2 2000

JUDGE JOHN K. MADDEN #2295
DEPUTY CLERK

T 0082