# EXHIBIT H

Scott Malcomson                                                July 20, 2009

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

SCOTT MALCOMSON,                    )
                                    )
Plaintiff,                          )
                                    )
v.                                  ) CV08-2306-PHX-GMS
                                    )
THE TOPPS COMPANY, INC.,            )
                                    )
Defendants.                         )
                                    )

DEPOSITION OF SCOTT MALCOMSON

Phoenix, Arizona

July 20, 2009

Prepared by:

CINDY MAHONEY, RPR, RMR
Certified Court Reporter
Certificate No. 50680

Scott Malcomson                                                      July 20, 2009

---

**Page 2**

```
 1        THE DEPOSITION OF SCOTT MALCOMSON
 2    commenced at 8:36 a.m. on July 20, 2009, at
 3    Coash & Coash Court Reporters, 1802 North 7th
 4    Street, Phoenix, Arizona, before Cindy Mahoney,
 5    RPR, RMR, Arizona Certified Court Reporter No.
 6    50680.
 7
      APPEARANCES:
 8
          For the Plaintiff:
 9          Pro Per
10        For the Defendant:
          INGRAM YUZEK GAINEN CARROLL &
11        BERTOLOTTI, LLP
          By:  David G. Ebert, Esq.
12          250 Park Avenue
            6th Floor
13          New York, NY 10177
            212-907-9600
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
 1                INDEX
 2    WITNESS:                    Page
 3    SCOTT MALCOMSON
 4      Examination by Mr. Ebert      5
 5            EXHIBITS
 6    Exhibit 1
        Mercenary's Handbook         35
 7
      Exhibit 2
 8    Eridani Light Horse; Star League
      Defense Force's 3 RCT          37
 9
      Exhibit 3
10    Eridani History, 2702-3060     39
11    Exhibit 4
        Certificate of Registration  64
12
      Exhibit 5
13    First Proposed Amendment to Complaint
      for Relief                     97
14
      Exhibit 6
15    1993 Submission Guidelines     107
16    Exhibit 7
        FASA Corporation Submission Guidelines 111
17
      Exhibit 8
18    December 4, 2001, BattleTech Terms and
      Conditions of Use              113
19
      Exhibit 9
20    Email string, February 11, 2009  120
21    Exhibit 10
        29 March 1993 letter         148
22
      Exhibit 11
23    Eridani Light Horse from BattleTech  178
      Wiki
24
      Exhibit 12
25    Notice of Motion               182
```

---

**Page 4**

```
 1    Exhibit 13
        BattleTech A Game of Armored Combat  182
 2
      Exhibit 14
 3    Eridani Light Horse; Star League
      Defense Force's 3 RCT, Classic
 4    BattleTech                     184
 5    Exhibit 15
        Classic BattleTech, The Credits Page  185
 6
      Exhibit 16
 7    First Proposed Amendment to Complaint
      for Relief                     187
 8
      Exhibit 17
 9    FASA Corporation Submission Guidelines  188
10
                   * * *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 5**

```
08:32:28  1           SCOTT MALCOMSON,
08:32:28  2    the witness herein, being first duly sworn,
08:32:28  3      was examined and testified as follows:
08:32:28  4              EXAMINATION
08:36:36  5      Q  BY MR. EBERT:  Could you say your name
08:36:37  6    for the record, please.
08:36:39  7      A  My name is Scott Alan Malcomson.
08:36:40  8      Q  Where do you live?
08:36:40  9      A  I'm sorry?
08:36:42 10      Q  Where do you live?
08:36:48 11      A  450 North Hall, Mesa, Arizona 85203.
08:36:52 12      Q  You're 42 years old; is that correct?
08:36:53 13      A  Coming up on it.
08:36:55 14      Q  Have you ever been deposed before?
08:36:56 15      A  No, I haven't.
08:36:58 16      Q  Did anyone explain to you how this
08:36:59 17    process works?
08:37:00 18      A  No.
08:37:01 19      Q  Well, everything that you say and
08:37:04 20    everything that I say is going to be taken down
08:37:07 21    by the court reporter.  The court reporter can
08:37:10 22    only take down what one person is saying at one
08:37:13 23    time.  If I speak over you or you speak over me,
08:37:16 24    the court reporter cannot get of us both and, in
08:37:18 25    fact, will end up probably getting neither of
```

---

Scott Malcomson                                          July 20, 2009

**Page 6**

08:37:18   1   us.
08:37:19   2          It's important that you don't
08:37:22   3   interrupt me when I'm speaking and that I do my
08:37:24   4   best not to interrupt you when you're speaking.
08:37:29   5   You're under oath -- you're under oath.
08:37:30   6          If there's any question you don't
08:37:32   7   understand, please tell me you don't understand
08:37:35   8   it. Tell me why you don't understand it, and
08:37:37   9   I'll try to rephrase it and make it
08:37:37  10   understandable.
08:37:39  11          If you need a break at some point, let
08:37:41  12   me know and when we're at a convenient time,
08:37:42  13   we'll take a break.
08:37:43  14          If there's anything you don't
08:37:46  15   understand about what's going on here, you're
08:37:48  16   welcome to ask me. I may or may not be able to
08:37:51  17   help you. I'm not your counsel, but I'll do my
08:37:52  18   best.
08:37:53  19          Do you understand what I just told
08:37:53  20   you?
08:37:54  21      A  Yes, I do.
08:37:56  22      Q  Every response that you give has to be
08:37:58  23   verbal. It has to be a yes or no or something
08:38:01  24   else. If you shake your head or nod your head,
08:38:04  25   the court reporter can't take that down. It

**Page 7**

08:38:06   1   becomes a blank on the record and nobody will
08:38:08   2   know what you said. Is that clear?
08:38:09   3      A  Very well.
08:38:13   4      Q  Okay. What do you currently do for
08:38:13   5   work?
08:38:16   6      A  I am a tier 2 Internet technical
08:38:18   7   engineer currently unemployed.
08:38:19   8      Q  When was the last time you were
08:38:21   9   employed?
08:38:21  10      A  January.
08:38:22  11      Q  Of what year?
08:38:22  12      A  This year.
08:38:24  13      Q  Where were you employed?
08:38:26  14      A  AT&T.
08:38:28  15      Q  What did you do there?
08:38:32  16      A  I was a U-verse support technician,
08:38:34  17   and that was again a tier 2. And what I would
08:38:37  18   do is I would assist people with their Internet
08:38:43  19   services, cable television, and other related
08:38:49  20   services such as voice-over-Internet telephone.
08:38:51  21      Q  What's tier 2?
08:38:53  22      A  A tier 2 means I take the calls that the
08:38:55  23   entry level people can't handle. Essentially
08:38:57  24   it's advanced technical support.
08:38:59  25      Q  So when people call up, they don't

**Page 8**

08:39:01   1   know how to get their computer running, and it's
08:39:04   2   somewhat of a complicated problem, they would
08:39:05   3   end up speaking with you, and you would walk
08:39:07   4   them through the steps of how to fix whatever's
08:39:08   5   broken; is that correct?
08:39:08   6      A  Correct.
08:39:10   7      Q  What's the highest level of education
08:39:12   8   you completed?
08:39:14   9      A  I have two associates degrees in
08:39:16  10   computer science.
08:39:18  11      Q  From where?
08:39:20  12      A  ITT, Phoenix.
08:39:22  13      Q  Both from ITT?
08:39:23  14      A  Yes.
08:39:26  15      Q  What years did you obtain each of
08:39:26  16   those?
08:39:28  17      A  1993 and 1995.
08:39:42  18      Q  You've run for political office?
08:39:42  19      A  Correct.
08:39:42  20      Q  What office?
08:39:43  21      A  Governor of Arizona.
08:39:44  22      Q  When did you run for governor of
08:39:45  23   Arizona?
08:39:46  24      A  1998.
08:39:49  25      Q  How did you do?

**Page 9**

08:39:52   1      A  8500 votes on a thousand dollar
08:39:52   2   campaign.
08:39:55   3      Q  Out of how many votes?
08:39:56   4      A  Off the top of my head, I don't know.
08:39:59   5   But certainly less than 1 percent. It was a
08:40:02   6   thousand dollar campaign. I did not expect to
08:40:05   7   do anything other than carry my party's water
08:40:07   8   essentially. I got on the ballot. That was
08:40:07   9   enough.
08:40:10  10      Q  Have you participated in any online
08:40:12  11   forums within the last five years?
08:40:13  12      A  Yes.
08:40:16  13      Q  Which ones?
08:40:18  14      A  There would be too many to list. I
08:40:21  15   frequent right now probably six or seven.
08:40:24  16      Q  What are those?
08:40:40  17      A  Btechunits.com, Rhjunior. He actually
08:40:44  18   does a number of Web comics. I'm trying to
08:40:45  19   remember what the overall name for his Web site
08:40:47  20   is, and I'm not getting it. It's something
08:40:49  21   Rhjunior is what it starts with. That's for
08:40:53  22   Ralph Hayes, Jr. He's the cartoonist.
08:41:05  23          Cross Time Cafe, Faulty Logic,
08:41:24  24   Sarna.net, those are the ones that immediately
08:41:12  25   come to mind.

Coash and Coash, Inc.                              602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

Page 10

08:41:16  1      Q  What names have you used for these
08:41:18  2  different forums?
08:41:20  3      A  Almost universally I go by Calbeck or
08:41:22  4  Roy Calbeck.
08:41:25  5      Q  There are other names that you've
08:41:26  6  used; correct?
08:41:29  7      A  Not in a very long time, since the
08:41:41  8  '90s.
08:41:44  9      Q  Well, what names did you use in the
08:41:44 10  '90s?
08:41:47 11      A  I was horseman, which was
08:41:52 12  horseman@indirect.com was my email, and I went
08:41:56 13  by the nickname of horseman, LCD or liquid
08:41:58 14  crystal display, which used to be my video game
08:42:02 15  initials way back in the '80s, and other than
08:42:04 16  that, most likely just my name.
08:42:07 17      Q  Who's Gunnar Matheson?
08:42:09 18      A  Oh, Gunnar Matheson, I'm sorry. That
08:42:14 19  is a role-playing character on a game called
08:42:14 20  Skyrates.
08:42:16 21      Q  You posted under that name; correct?
08:42:18 22      A  Yes, I have.  My apologies for not
08:42:19 23  bringing that up.
08:42:21 24      Q  You posted under that name as recently
08:42:23 25  as 2008; correct?

Page 11

08:42:24  1      A  Actually during this year.
08:42:25  2      Q  2009?
08:42:26  3      A  Yes.
08:42:35  4      Q  And on what forum did you use that
08:42:35  5  name?
08:42:37  6      A  That would have been on the Skyrates
08:42:42  7  forum.  There are a number of subforums there
08:42:47  8  that would include off-topic content and
08:42:55  9  Skyrates created materials.
08:42:57 10      Q  Have you ever written in any of these
08:43:02 11  forums any postings relating to your dispute
08:43:04 12  with WizKids and Topps?
08:43:05 13      A  Yes, I have.
08:43:06 14      Q  On what forums?
08:43:07 15      A  Most of them.
08:43:09 16      Q  Tell me one of them.
08:43:11 17      A  Btechunits.com.
08:43:13 18      Q  Tell me another one.
08:43:25 19      A  Rhjunior and Cross Time Cafe.
08:43:27 20      Q  What other ones?
08:43:35 21      A  The one for Skyrates.  Also at least a
08:43:38 22  year ago I posted in classicbattletech.com as
08:43:43 23  well, although that was taken down because
08:43:47 24  Catalyst Game Labs stated that they did not want
08:43:49 25  to be involved in the controversy and requested

Page 12

08:43:51  1  at that time that I not post any further
08:43:52  2  material.  So I did refrain.
08:43:55  3      Q  What other ones have you posted
08:43:59  4  information about this dispute?
08:44:07  5      A  There's my own blog, which is Roy
08:44:18  6  Calbeck on LiveJournal.
08:44:26  7      Q  Where else?
08:44:28  8      A  Nothing is immediately coming to mind.
08:44:28  9  I'm sorry.
08:44:30 10      Q  In order to get to your LiveJournal,
08:44:33 11  do you need a password?
08:44:33 12          Do you have to be a member?
08:44:34 13      A  Yes, I do.  But I have generally
08:44:37 14  posted that material publicly.  However, at the
08:44:40 15  request of some of my friends, I have actually
08:44:43 16  locked some of those posts, so they are friends
08:44:43 17  only.
08:44:44 18      Q  So when you were gathering documents
08:44:48 19  to produce in this lawsuit, did you go back to
08:44:51 20  any of these forums and collect those postings
08:44:57 21  that you made about this case?
08:45:00 22      A  Not for purposes of discovery.  I
08:45:02 23  don't think I've -- I don't believe I've
08:45:06 24  solicited any -- anything for purposes of
08:45:06 25  discovery.

Page 13

08:45:08  1      Q  I just want to know if in preparing
08:45:11  2  for this case you went back and tried to collect
08:45:13  3  these different postings that you made on these
08:45:16  4  forums in which you make statements about your
08:45:17  5  claims in this case?
08:45:20  6      A  On Classic BattleTech I did -- I did
08:45:22  7  produce some because especially --
08:45:23  8      Q  I don't need a because.  I just need
08:45:24  9  to know what you did.
08:45:27 10          Did you produce some for Classic
08:45:28 11  BattleTech?
08:45:28 12      A  Yes.
08:45:30 13      Q  Did you produce all the ones you could
08:45:32 14  find for Classic BattleTech?
08:45:32 15      A  Yes.
08:45:34 16      Q  Did you go to any of these other
08:45:36 17  forums and try to get the information, your
08:45:37 18  postings on those forums?
08:45:38 19      A  No.
08:45:39 20      Q  Why?
08:45:41 21      A  Because it wasn't relevant.
08:45:42 22      Q  If you make statements on those forums
08:45:46 23  about what you thought the merits of your claim
08:45:48 24  was in this litigation, you thought that wasn't
08:45:51 25  merit -- that wasn't relevant?

Coash and Coash, Inc.                                       602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

| | |
|---|---|
| **Page 14** | **Page 16** |

**Page 14**

08:45:53  1    A  I've already put my relevant
08:45:55  2  statements into the court files.  Repeating them
08:45:58  3  online does not change the statements or in any
08:46:00  4  way --
08:46:02  5    Q  I don't think you've complied with
08:46:06  6  your discovery responsibilities.
08:46:06  7    A  I would simply be --
08:46:07  8    Q  I need to finish.
08:46:07  9       THE COURT REPORTER:  I need one at a
08:46:07 10  time.
08:46:07 11       THE WITNESS:  Okay.
08:46:08 12    Q  BY MR. EBERT:  I don't believe you've,
08:46:11 13  based on what you told me, fully complied with
08:46:13 14  the discovery obligations.  I'm going to ask
08:46:16 15  that you go back after this deposition and you
08:46:17 16  collect all the postings you've made on these
08:46:20 17  different forums in which you discuss issues
08:46:23 18  relating to this case in which you're suing my
08:46:24 19  client.  Okay?
08:46:27 20    A  Topps has not requested those -- that
08:46:27 21  material --
08:46:27 22    Q  I'm asking you -- I'm asking you to do
08:46:27 23  that.
08:46:30 24       THE COURT REPORTER:  I'm sorry, sir.
08:46:30 25  Wait.  I need to finish the answer.  It's Topps

**Page 15**

08:46:30  1  has not requested that material --
08:46:31  2       THE WITNESS:  Topps has not requested
08:46:33  3  that material for discovery, and I do not see
08:46:37  4  any obligation to produce that material for
08:46:38  5  discovery.
08:46:38  6    Q  BY MR. EBERT:  Very well.
08:46:39  7    A  If Topps wishes to discover
08:46:40  8  information, that's up to them.
08:46:41  9    Q  Very well.
08:46:43 10       And certain of this information is
08:46:45 11  locked so that Topps wouldn't be able to access
08:46:46 12  that information; correct?
08:46:48 13    A  If Topps specifically requests that
08:46:50 14  information from me, I will produce it for them.
08:46:53 15    Q  Am I correct that there's certain
08:46:55 16  material that you've written on forums that I
08:46:57 17  can't access because it's locked?
08:46:57 18    A  Yes.
08:47:00 19    Q  Okay.  And did you go and try to find
08:47:05 20  that information to produce it in this lawsuit?
08:47:07 21    A  Yes, I can.  I simply don't see the
08:47:08 22  relevance.
08:47:08 23    Q  Did you?  Did you?
08:47:10 24    A  Oh, did I?  I'm sorry.  I thought you
08:47:12 25  asked will I.  No, I did not.

**Page 16**

08:47:15  1    Q  Okay.  Is there anything that you
08:47:19  2  posted in any of these forums that you knew to
08:47:21  3  be untrue at the time you posted them?
08:47:22  4    A  No.
08:47:24  5    Q  So that everything I find in one of
08:47:28  6  those forums under your name is in your view a
08:47:31  7  true statement as of the time that you wrote it;
08:47:31  8  correct?
08:47:32  9    A  That's correct.
08:47:34 10    Q  Have you reviewed any of those
08:47:36 11  postings recently?
08:47:38 12    A  Generally I go back and review some of
08:47:40 13  them, especially on the LJ from time to time.
08:47:42 14    Q  When's the last time you reviewed the
08:47:45 15  postings on the LJ about this case?
08:47:46 16    A  Two days ago.
08:47:49 17    Q  Why did you review them?
08:47:50 18    A  Because I was concerned.  As I said,
08:47:53 19  some of my friends had requested that I
08:47:55 20  friends-lock the material, including a person
08:47:58 21  who himself works for a law firm.  And so I
08:48:01 22  wished to check and see whether or not any
08:48:03 23  material that I was presenting might have
08:48:06 24  been -- might have been in any way
08:48:10 25  inappropriate.  I did not find it that way, but

**Page 17**

08:48:12  1  at his request, I nonetheless went ahead and
08:48:13  2  friends-locked it.
08:48:15  3    Q  And did you find any of that
08:48:17  4  information that you had written was relevant to
08:48:19  5  the issues in this case?
08:48:21  6    A  No more so than any of the other
08:48:22  7  material I've already submitted for court.
08:48:25  8    Q  Okay.  The material that you found a
08:48:27  9  couple of days ago, was there information in it
08:48:32 10  that was relevant to your claims in this case in
08:48:32 11  your view?
08:48:32 12    A  Yes.  And the same information's
08:48:33 13  been --
08:48:33 14    Q  I just need a yes.
08:48:35 15       Now, when you determined that it was
08:48:36 16  relevant, did you make any effort to collect
08:48:38 17  that material and give it to me so I would have
08:48:41 18  it before I flew here from New York to depose
08:48:44 19  you?
08:48:44 20    A  That material is already in the
08:48:46 21  material that's been submitted to Topps.
08:48:48 22    Q  The LiveJournal entries are in the
08:48:51 23  material that was submitted to Topps?
08:48:52 24    A  No.  The content of the entries is in
08:48:54 25  the material submitted to Topps.

5 (Pages 14 to 17)

Scott Malcomson                                              July 20, 2009

Page 18

08:48:57  1      Q  The LiveJournal entries that you
08:49:01  2  looked at a couple of days ago that has relevant
08:49:03  3  information, has that been produced to Topps?
08:49:03  4      A  No, it hasn't.
08:49:07  5      Q  Okay.  Have you discussed your claims
08:49:10  6  in this case with anybody other than these
08:49:12  7  people in these forums?
08:49:12  8      A  Yes.
08:49:14  9      Q  With whom?
08:49:16 10      A  Names do not come to mind right now.
08:49:17 11  Generally --
08:49:22 12      Q  Give me one name.
08:49:29 13      A  I am not recalling the name right now.
08:49:31 14  It was an individual who was referred to me by
08:49:35 15  somebody on the Skyrates forum in terms of
08:49:39 16  seeking pro bono support for the case.  I spoke
08:49:42 17  with the individual who was recommended to me at
08:49:44 18  that law firm.  They decided not to handle the
08:49:47 19  case, and therefore I did not retain his
08:49:48 20  information.
08:49:50 21      Q  Well, you've represented in various
08:49:53 22  contexts that you've been helped in this case by
08:49:54 23  a lawyer.  Do you recall that?
08:49:56 24      A  By people with legal experience, yes.
08:49:58 25      Q  Who were those people who helped you

Page 19

08:49:59  1  with legal experience?
08:50:02  2      A  One of those would be Darrell Exline.
08:50:04  3      Q  Who is he?
08:50:06  4      A  Darrell Exline is a friend of mine who
08:50:08  5  is a legal assistant working in San Diego.
08:50:09  6      Q  Is he a lawyer?
08:50:11  7      A  No, he is not.
08:50:13  8      Q  Where does he work?
08:50:13  9      A  I don't know.
08:50:15 10      Q  Where does he live?
08:50:15 11      A  San Diego.
08:50:17 12      Q  What's his address?
08:50:17 13      A  I don't know.
08:50:23 14      Q  When's the last time you spoke with
08:50:24 15  him?
08:50:26 16      A  Two days ago via the LiveJournal.
08:50:28 17      Q  Why did you speak with him?
08:50:29 18      A  Because he requested that I
08:50:30 19  friends-lock the post.
08:50:31 20      Q  Why did he request -- did he tell you
08:50:33 21  why he wanted you to friends-lock the post?
08:50:34 22      A  No.  He just believes in general it's
08:50:38 23  a good idea to have legal matters online to be
08:50:39 24  locked down so that they're not generally
08:50:41 25  available for the public to view.

Page 20

08:50:42  1      Q  Did you discuss with him at any time
08:50:45  2  the actual merits of your case?
08:50:48  3      A  Aside from the general LJ post, no.
08:50:50  4  We did not have a specific conversation on the
08:50:50  5  matter.
08:50:54  6      Q  Okay.  Is there anybody else who -- a
08:50:56  7  lawyer who assisted you or a legal assistant who
08:50:58  8  assisted you in this case?
08:51:02  9      A  Again, I don't have names.  I have
08:51:06 10  spoken with a number of lawyers just in terms of
08:51:08 11  speaking to them about the basics of the case
08:51:10 12  and asking whether or not I could get pro bono
08:51:13 13  support.  And I've shot the case around to a
08:51:15 14  number of lawyers in that fashion, but I did not
08:51:17 15  retain their information because they did not
08:51:19 16  wish to take the case.
08:51:20 17      Q  Did anybody tell you why they didn't
08:51:21 18  wish to take the case?
08:51:23 19      A  No.  They simply said we would not be
08:51:26 20  interested in accepting that at this time.  For
08:51:30 21  example, I did speak with the -- what is the
08:51:34 22  name of it?  They're an Internet civil liberties
08:51:41 23  group.  The EFF, Electronic Frontiers
08:51:41 24  Foundation.
08:51:44 25      And I spoke briefly with their

Page 21

08:51:46  1  representative on the phone, who, after I
08:51:48  2  discussed the basic details of the case, stated,
08:51:51  3  quote, We are on the other side of the matter,
08:51:54  4  and would not provide any other details.
08:51:59  5      Q  You're suing Topps because you claim
08:52:00  6  that you own something; correct?
08:52:01  7      A  That's correct.
08:52:03  8      Q  What is it that you own?
08:52:05  9      A  I believe I am co-owner of the
08:52:07 10  BattleTech property.
08:52:09 11      Q  And what does that mean, the
08:52:12 12  BattleTech property?
08:52:15 13      A  The rights to BattleTech as owned by
08:52:22 14  WizKids, LLC, circa mid-2002.
08:52:22 15      Q  What does that include?
08:52:23 16      A  Well, the original statements of the
08:52:25 17  terms were the game universe, so it would be the
08:52:27 18  entirety of the property.
08:52:29 19      Q  So everything having to do with
08:52:32 20  BattleTech you own half of?
08:52:34 21      A  No.  I would co-own.
08:52:37 22      Q  Okay.  You co-own everything related
08:52:38 23  to BattleTech; correct?
08:52:40 24      A  As far as the materials that were
08:52:44 25  owned by WizKids, LLC, as of approximately June

6  (Pages 18 to 21)

Coash and Coash, Inc.                          602-258-1440
                                               dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                      July 20, 2009

Page 22

08:52:45 1    2002, yes.
08:52:48 2        Q    What does that include?
08:52:50 3        A    That would primarily include the board
08:52:52 4    game, background fiction, and related
08:52:54 5    merchandise.
08:52:56 6        Q    What board game?
08:52:57 7        A    The board game is BattleTech.
08:53:00 8        Q    So everything having to do with the
08:53:03 9    game BattleTech you own -- co-own?
08:53:04 10       A    That's correct.
08:53:06 11       Q    That includes physical board games,
08:53:09 12   video games, online games?
08:53:14 13       A    No, no.  This would not have to do
08:53:15 14   with the physical inventory whatsoever.  It has
08:53:18 15   to do with the copyrights to the property.
08:53:20 16   Therefore, I would have, for example, the right
08:53:24 17   to create and publish new material.  I would not
08:53:27 18   own any of the physical properties having to do
08:53:29 19   with the game.
08:53:33 20       Q    What copyright do you co-own?
08:53:34 21       A    BattleTech.
08:53:36 22       Q    What do you mean -- what -- where's
08:53:39 23   the copyright for BattleTech?  What copyright
08:53:40 24   are you talking about?
08:53:45 25       A    BattleTech was developed for FASA

Page 23

08:53:49 1    beginning in the 1980s and encompasses possibly
08:53:53 2    hundreds of separate creative entries by dozens
08:53:55 3    of different writers.  However, all of these
08:53:59 4    writers were engaged under FASA Corporation at
08:54:02 5    first and later by WizKids and its affiliates
08:54:06 6    under work-for-hire contracts.  So their
08:54:08 7    materials became owned immediately by FASA,
08:54:10 8    WizKids, and their affiliates.
08:54:14 9        In my case, however, my material was
08:54:16 10   published without a work-for-hire or any other
08:54:21 11   contract.  It was simply used as-is without any
08:54:24 12   controlling restrictions whatsoever.  And
08:54:27 13   because there was no work-for-hire contract,
08:54:30 14   WizKids and its affiliates did not obtain my
08:54:33 15   rights.  This created a joint work, which
08:54:35 16   work-for-hire contracts are intended to avoid.
08:54:37 17       Q    I need you just to answer the question
08:54:38 18   that I ask you.
08:54:43 19       I want to know do you own, co-own all
08:54:46 20   these entries, all these writings, all these
08:54:49 21   dozens of contributions that other writers made,
08:54:53 22   you co-own those?
08:54:56 23       A    WizKids may be co-owned them, yes.
08:54:58 24       Q    Do you co-own them?
08:54:58 25       A    Yes.

Page 24

08:55:00 1        Q    What else do you co-own?
08:55:02 2        Do you co-own the television rights?
08:55:03 3        A    No.
08:55:04 4        Q    Do you co-own the movie rights?
08:55:06 5        A    Hold it.  Let me correct that.  The
08:55:09 6    one thing that I specifically know I would not
08:55:11 7    co-own would be electronic game rights which
08:55:14 8    were purchased by Microsoft from FASA before we
08:55:16 9    made this agreement.  But --
08:55:18 10       Q    Do you own TV -- co-own the TV rights
08:55:21 11   to BattleTech?
08:55:23 12       A    Those were not excerpted, so I presume
08:55:24 13   yes.
08:55:25 14       Q    I just need a yes or no.
08:55:25 15       Do you believe you --
08:55:25 16       A    Yes.
08:55:27 17       Q    -- co-own -- I have to finish the
08:55:27 18   question.
08:55:28 19       A    I'm sorry.
08:55:30 20       Q    Do you co-own the television rights
08:55:32 21   for all of BattleTech?
08:55:33 22       A    Yes, to my understanding.
08:55:38 23       Q    Do you co-own all the movie rights to
08:55:39 24   the property BattleTech?
08:55:41 25       A    To my knowledge, yes.

Page 25

08:55:46 1        Q    Do you co-own all literary rights to
08:55:47 2    BattleTech?
08:55:49 3        A    Yes.
08:55:51 4        Q    Do you co-own all merchandising rights
08:55:54 5    to BattleTech?
08:55:58 6        A    To my knowledge, yes.  The problem --
08:56:01 7        Q    There's no question pending.  I got
08:56:01 8    the yes.
08:56:02 9        A    Okay.
08:56:07 10       Q    Are there any other rights you can
08:56:11 11   describe for me that you co-own in BattleTech?
08:56:11 12       A    No.
08:56:17 13       Q    So it's only TV, movie, literary, and
08:56:21 14   merchandising rights that you co-own with
08:56:22 15   BattleTech?
08:56:25 16       A    I must qualify, Mr. Ebert.  I do not
08:56:27 17   know precisely what rights that WizKids actually
08:56:32 18   owned as of June 2002.  I have only presumed to
08:56:36 19   this day that literary rights were involved.  I
08:56:37 20   want to make that very clear.
08:56:40 21       Q    What I want to know is what
08:56:44 22   co-ownership rights you believe you have so I
08:56:45 23   can effectively conduct this deposition.  You're
08:56:46 24   suing --
08:56:46 25       A    Every --

                                    7 (Pages 22 to 25)

Coash and Coash, Inc.                              602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

Page 26

08:56:46  1    Q  Excuse me.
08:56:49  2       You're suing my client because you say
08:56:53  3  you co-own certain rights.  I want to be very
08:56:56  4  clear on what you believe you co-own in
08:56:59  5  BattleTech with my client?
08:57:01  6    A  I believe that I co-own all BattleTech
08:57:05  7  related rights that WizKids, LLC, owned as of
08:57:08  8  approximately June 2002.  I do not know
08:57:10  9  specifically what those were because I am not
08:57:12 10  privy to WizKids' internal documentation.
08:57:14 11    Q  How do you know -- how do you know
08:57:16 12  that you own something that you don't even know
08:57:17 13  whether it exists or not?
08:57:19 14    A  I know that they own the literary
08:57:21 15  rights because they've been publishing material
08:57:22 16  under those rights.
08:57:24 17    Q  So you know that you co-own the
08:57:25 18  literary rights to BattleTech?
08:57:26 19    A  That's correct.
08:57:29 20    Q  Okay.  What else do you know you own
08:57:31 21  or co-own in BattleTech?
08:57:32 22    A  I don't know.
08:57:35 23    Q  Do you own any trademarks relating to
08:57:36 24  BattleTech?
08:57:37 25    A  No.

Page 27

08:57:43  1    Q  So you believe that you have the right
08:57:47  2  to go out and develop a TV program on your own
08:57:50  3  using the BattleTech properties?
08:57:51  4    A  Yes.
08:57:52  5    Q  Have you done that?
08:57:53  6    A  No, I haven't.
08:57:54  7    Q  Why not?
08:57:58  8    A  I wish to clarify that first before I
08:58:00  9  were to do anything like that.  I do not want to
08:58:01 10  guess and be wrong.
08:58:02 11    Q  What do you mean guessing?  You
08:58:04 12  believe you own these rights; correct?
08:58:05 13    A  Belief is not fact.
08:58:07 14    Q  Well, where does this belief come
08:58:08 15  from?
08:58:12 16    A  Belief comes from the fact that my --
08:58:13 17  specifically because the original terms under
08:58:15 18  which my work was created stated that the intent
08:58:19 19  of the development of the work was to merge it
08:58:22 20  into the game universe.  Now those terms "game
08:58:25 21  universe" to me indicates the entire universe
08:58:28 22  covering the game.  That would seem to be
08:58:30 23  incorporative of all rights.
08:58:33 24       But at that point forward, I am
08:58:36 25  guesstimating beyond literary -- literary is

Page 28

08:58:39  1  very obvious.  But everything else, for all I
08:58:41  2  know WizKids sold those rights to other
08:58:44  3  companies prior to 2002.  It would not be right
08:58:46  4  or proper of me to assume that they still had
08:58:48  5  those rights, and therefore I had those rights
08:58:49  6  by extension.
08:58:51  7    Q  On what date did you become the
08:58:53  8  co-owner of these rights?
08:58:56  9    A  Approximately June 2002, no later than
08:58:57 10  August 2002.
08:59:03 11    Q  What happened between June 2002 and
08:59:07 12  August 2002 that invested in you these rights?
08:59:10 13    A  In June of 2002 WizKids formally
08:59:13 14  credited me as the author of any work that they
08:59:15 15  had originally used without authorization which
08:59:20 16  they had incorporated into the BattleTech
08:59:26 17  property as a whole.  That was the first
08:59:29 18  indication of that.
08:59:32 19       In August of 2002, a second version,
08:59:35 20  which I provided as part of the agreement for my
08:59:38 21  not suing them in 2002 over the piracy issue,
08:59:40 22  was then published on the site with full
08:59:46 23  accreditation to me.  So we had two versions of
08:59:48 24  my work published to the site with accreditation
08:59:50 25  at different dates.

Page 29

08:59:52  1    Q  And you had permitted them to -- you
08:59:55  2  entered into an agreement that said I'll let you
08:59:58  3  use my work as long as you credit me as the
08:59:58  4  author; correct?
08:59:59  5    A  That's correct.
09:00:03  6    Q  And they used your work; correct?
09:00:03  7    A  Yes, they did.
09:00:05  8    Q  And they credited you as the author;
09:00:06  9  correct?
09:00:06 10    A  Yes, they did.
09:00:09 11    Q  So when did you become -- what in that
09:00:12 12  series of events made you a co-owner of this
09:00:13 13  property?
09:00:15 14    A  The original creation of the work was
09:00:18 15  provided under terms that stated that the work
09:00:22 16  was intended to be merged into the game
09:00:26 17  universe of BattleTech.  And the publication of
09:00:29 18  this -- of this work without any further
09:00:34 19  controlling material, no controlling contracts
09:00:39 20  or any other limitations, met in my view the
09:00:40 21  requirements of the United States Code Title 17,
09:00:45 22  Section 101 regarding a joint work, which is
09:00:47 23  multiple works being created by multiple authors
09:00:53 24  for the express purpose of being merged into an
09:00:55 25  interdependent unity.

8  (Pages 26 to 29)

Scott Malcomson                                          July 20, 2009

09:00:58  1      Q  Where can I find that your work was
09:01:01  2  merged into the BattleTech universe?  Where can
09:01:01  3  I go and confirm that?
09:01:02  4      A  I can actually go ahead, if you've got
09:01:04  5  Internet correction right there, and show you
09:01:06  6  where it is on archive.org.  And I provided a
09:01:07  7  copy of that to you.
09:01:10  8      Q  I want to know where it shows that
09:01:13  9  it's merged into the entire BattleTech universe?
09:01:15 10      A  I can show you right there.
09:01:16 11      Q  I don't want to give you my computer
09:01:18 12  to show -- for you to show me.
09:01:18 13      A  Okay.
09:01:20 14      Q  I'm asking to you describe for me
09:01:22 15  where I'm going to find some statement that your
09:01:24 16  work has been merged into the entire BattleTech
09:01:26 17  universe?
09:01:27 18      A  That is how it was treated, and those
09:01:30 19  were the terms under which it was created.  Now,
09:01:30 20  I have provided --
09:01:32 21      Q  Where are those words?
09:01:33 22      A  I have provided that.  It's in the
09:01:36 23  1996 submission guidelines, which I have
09:01:40 24  provided to Topps already in my original handing
09:01:42 25  over to Mr. Battle of over 330 documents.

09:01:45  1      Q  And it's based on that statement and
09:01:49  2  those guidelines that you obtained these
09:01:50  3  co-ownership rights?
09:01:52  4      A  That was the statement of intent to
09:01:55  5  merge my work into the overall unity.  And the
09:01:58  6  action of merging into the overall unity was
09:02:00  7  performed in mid-2002.
09:02:02  8      Q  Who performed it?
09:02:05  9      A  That would have been Warner Doles on
09:02:08 10  the classicbattletech.com site, which was
09:02:10 11  represented by its terms of service as being
09:02:13 12  owned and operated by WizKids, LLC.
09:02:15 13      Q  Who's Warner Doles?
09:02:17 14      A  Warner Doles was the originator of
09:02:24 15  classicbattletech.com and his Web site was
09:02:27 16  incorporated into WizKids in early -- in late
09:02:27 17  2001.
09:02:31 18      Q  And is Warner Doles employed by -- was
09:02:32 19  he employed by WizKids at the time that this
09:02:34 20  happened?
09:02:37 21      A  He was employed to do work for them in
09:02:37 22  the area of electronic publication.
09:02:40 23      Q  What was his title?
09:02:42 24      A  For the specific initial project that
09:02:44 25  he did -- well, for the overall Web site, he was

09:02:46  1  the Webmaster.
09:02:50  2      Q  Was he paid by WizKids to be the
09:02:50  3  Webmaster?
09:02:53  4      A  I'm not privy to that information.
09:02:57  5      Q  Was he -- is there some indication you
09:02:59  6  have that he was employed by WizKids as opposed
09:03:01  7  to -- to being a volunteer?
09:03:05  8      A  Yes.  He initially in October 2001 at
09:03:07  9  least three major projects that were undertaken
09:03:11 10  by him for WizKids resulted in the electronic
09:03:13 11  publication of three major source books which
09:03:16 12  provided hundreds of pages of background
09:03:21 13  material for the BattleTech game universe.
09:03:21 14      These were the house source books for
09:03:25 15  Steiner-Davion and Kurita.  These actually
09:03:29 16  comprised the initial body of BattleTech fiction
09:03:34 17  that was created in the mid-1980s.  Mr. Doles
09:03:38 18  was employed by WizKids to scan this material
09:03:42 19  in, render it to PDF format, and distribute it
09:03:48 20  via the classicbattletech.com Web site.
09:03:53 21      He further produced more work from
09:03:57 22  2003 through 2005.  Five projects with his name
09:04:01 23  on it were published by WizKids for pay in 2003,
09:04:04 24  and he would have had to have been contracted
09:04:05 25  for those in 2002 or as early as 2001.

09:04:08  1      Q  In 2002 was Mr. Doles authorized to
09:04:11  2  make agreements on behalf of WizKids?
09:04:15  3      A  According to the -- the legal
09:04:17  4  statements that were made on the Web site, yes.
09:04:19  5      Q  What legal statements made on the Web
09:04:19  6  sites?
09:04:21  7      A  The terms of service on the
09:04:23  8  classicbattletech.com Web site state it is owned
09:04:26  9  and operated by WizKids, LLC, and its
09:04:26 10  affiliates.
09:04:28 11      Q  I'm asking is there some statement
09:04:31 12  that Warner Doles was authorized to make
09:04:35 13  agreements on behalf of WizKids or anybody else?
09:04:37 14      A  He states specifically that
09:04:39 15  Mr. Randall Bills, who was the BattleTech line
09:04:43 16  editor, authorized him to become, quote/unquote,
09:04:49 17  part of the team.  And to be perfectly frank, I
09:04:52 18  do not know if Mr. Doles himself was the person
09:04:54 19  who published my work to the Web site.  He was
09:04:56 20  simply the Webmaster who would have had
09:04:57 21  responsibility for it.
09:05:00 22      I am, as I've said before, not privy
09:05:04 23  to WizKids internal works or what they were
09:05:08 24  doing.  The only reason that I believe that in
09:05:11 25  fact the publication of my work was an act of

Coash and Coash, Inc.                              602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

---

**Page 34**

09:05:14  1    WizKids was because the Web site was stated as
09:05:16  2    being owned and operated by WizKids.
09:05:18  3        Q  Do you know if WizKids was aware that
09:05:21  4    your work was posted on the site?
09:05:22  5        A  I have no information one way or the
09:05:26  6    other about that.  I have to presume that they
09:05:26  7    were.
09:05:28  8        Q  And it was -- it was published
09:05:32  9    between -- as of 2002 with your permission on
09:05:33 10    the site?
09:05:34 11        A  That's correct.
09:05:40 12        Q  You filed a copyright application for
09:05:41 13    your work; correct?
09:05:41 14        A  Yes, I did.
09:05:43 15        Q  What did you copyright?
09:05:46 16        A  I copyrighted all original material as
09:05:49 17    well as the active collating and editing
09:05:51 18    material which I had developed in conjunction
09:05:56 19    with FASA between 1993 and 1995.
09:05:59 20        Q  And is this a work of which you're a
09:06:01 21    coauthor or the sole author?
09:06:06 22        A  The sole author.  All other material
09:06:08 23    which may have been included in that work was
09:06:11 24    used with permission of FASA and of WizKids.
09:06:24 25        MR. EBERT:  Let's mark as Exhibit 1,

---

**Page 35**

09:06:26  1    Malcomson Exhibit 1 a copy of a Mercenary
09:06:31  2    Handbook that has the number 1616 in the upper
09:06:50  3    right-hand corner.
09:06:50  4        (The document was marked as Exhibit
09:06:50  5    Number 1 for identification as of July 20,
09:06:50  6    2009.)
09:06:53  7        Q  BY MR. EBERT:  Can you take a look at
09:06:54  8    Malcomson Exhibit 1, please?
09:06:54  9        A  I'm quite familiar with it, sir, yes.
09:06:56 10        Q  Can you take a look at it, please?
09:06:58 11        A  Yes, I can.
09:06:59 12        Q  What is it?
09:07:07 13        A  This is a copy of the Eridani Light
09:07:10 14    Horse section of selected mercenary units for
09:07:14 15    the Mercenary's Handbook published by FASA in
09:07:16 16    approximately -- was this 1987?  I'm not seeing
09:07:17 17    a date.
09:07:18 18        Q  You said you were very familiar with
09:07:19 19    it?  What date was it?
09:07:21 20        A  Should be 1987, but that is my going
09:07:23 21    from memory.
09:07:26 22        Q  Who wrote this?
09:07:28 23        A  This would have been written by Boy F.
09:07:31 24    Peterson.
09:07:33 25        Q  He authored everything in here?

---

**Page 36**

09:07:34  1        A  That is correct.
09:07:37  2        Q  How do you know he authored it?
09:07:39  3        A  Because his name's on it.
09:07:40  4        Q  Where is his name?
09:07:43  5        A  His name is in the credits either in
09:07:45  6    the original source book or in here
09:07:48  7    specifically.  I'm not sure that they're in this
09:07:54  8    particular excerpt.
09:07:56  9        Q  Did you write any of this?
09:07:57 10        A  No.
09:08:00 11        Q  By the way, I know that you sometimes
09:08:02 12    have taped phone conversations or other
09:08:04 13    conversations without telling the other party;
09:08:06 14    is that correct?
09:08:06 15        A  I'm sorry?
09:08:08 16        Q  You at times tape conversations you
09:08:11 17    have with people without telling them; correct?
09:08:12 18        A  I have on occasion, yes.
09:08:14 19        Q  Are you taping what's happening today?
09:08:15 20        A  No.
09:08:22 21        MR. EBERT:  Okay.  Now, let's mark as
09:08:29 22    Malcomson Exhibit 2 a copy of a document that's
09:08:32 23    entitled Classic -- well, at the very top left
09:08:37 24    it says Eridani Light Horse Star League Defense
09:08:51 25    Force's 3 RCT.

---

**Page 37**

09:08:51  1        (The document was marked as Exhibit
09:08:51  2    Number 2 for identification as of July 20,
09:08:56  3    2009.)
09:09:19  4        Q  BY MR. EBERT:  Are you familiar with
09:09:19  5    this?
09:09:20  6        A  Yes, I am.
09:09:21  7        Q  What is this?
09:09:23  8        A  This is the work that I originally
09:09:27  9    created in conjunction with FASA between 1993
09:09:33 10    and 1996 at the directive of Sam Lewis, at that
09:09:34 11    time the president of FASA Corporation.
09:09:36 12        Q  He directed you to do this?
09:09:38 13        A  He requested specifically that I
09:09:41 14    submit for consideration for publication a
09:09:44 15    Eridani Light Horse scenario pack of which this
09:09:46 16    was the historical section.
09:09:47 17        Q  When you spoke to -- when you created
09:09:50 18    this, did you speak with Mr. Peterson about it?
09:09:51 19        A  No, I did not.
09:09:53 20        Q  Did you tell him you were creating it?
09:09:54 21        A  No, I did not.
09:09:55 22        Q  Did you tell him that you were
09:09:58 23    creating it using -- let me back up.
09:10:00 24        Is all of the work in this exhibit
09:10:01 25    your own original work?

---

Coash and Coash, Inc.                               602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

| Page 38 | Page 40 |
|---|---|

**Page 38**

09:10:03  1    A   No.
09:10:05  2    Q   And is some of it Mr. Peterson's work?
09:10:05  3    A   Yes, it is.
09:10:07  4    Q   Did you tell Mr. Peterson that you
09:10:12  5   intended to take his work and insert your own
09:10:13  6   sections into it?
09:10:14  7    A   No, I did not.
09:10:15  8    Q   Do you have any reason to believe that
09:10:19  9   Mr. Peterson intended for you to take his work
09:10:24 10   and put your work into it, add your work to it?
09:10:24 11    A   Yes.
09:10:26 12    Q   That Mr. Peterson intended that you do
09:10:27 13   that?
09:10:29 14    A   Mr. Peterson provided this material to
09:10:33 15   FASA under a work-for-hire contract --
09:10:33 16    Q   I'm asking --
09:10:34 17    A   -- whereby he surrendered all rights
09:10:36 18   to control it.
09:10:36 19    Q   No.
09:10:39 20        Did Mr. Peterson ever say to you that
09:10:42 21   I intended when I wrote this work that some day,
09:10:45 22   Mr. Malcomson, you would take my original work
09:10:47 23   and insert certain portions of your own writing
09:10:48 24   into it?
09:10:48 25    A   No.

**Page 39**

09:10:49  1    Q   Did he ever say that?
09:10:50  2    A   No.
09:10:52  3    Q   I want you to take a pen, please -- do
09:10:53  4   you have a pen?
09:10:56  5        Could you mark by just putting a
09:10:59  6   bracket around each of the portions of this
09:11:02  7   writing that are your original work?
09:11:03  8        Can you do that?  Are you familiar
09:11:04  9   enough with this to do that?
09:11:06 10    A   Certainly.  Let me see here.
09:11:12 11    Q   Start on the first page, please.  Just
09:13:05 12   what's your original work.
09:13:05 13        (The documents were marked as Exhibit
09:13:05 14   Number 3 for identification as of July 20,
09:13:06 15   2009.)
09:14:40 16        THE WITNESS:  That may or may not be
09:14:44 17   complete.  That is from the best of my memory.
09:15:07 18    Q   BY MR. EBERT:  Just so we're
09:15:08 19   absolutely clear, what you've done is
09:15:10 20   you've taken your pen and you put a bracket
09:15:13 21   around all the material that's your original
09:15:15 22   material; correct?
09:15:17 23    A   That I recall is mine, yes, sir.
09:15:22 24    Q   And everything else here you took
09:15:24 25   verbatim from somebody else's work; correct?

**Page 40**

09:15:25  1    A   That's correct.
09:15:26  2    Q   Okay.
09:15:26  3    A   For the most part.
09:15:29  4    Q   Well, when you say for the most part,
09:15:31  5   either you took the stuff verbatim from somebody
09:15:32  6   else or you didn't.  Which did you do?
09:15:34  7    A   To the best of my knowledge I did.
09:15:37  8    Q   So you just took somebody else's work,
09:15:39  9   literally copied the words of that work, and
09:15:43 10   then you inserted a couple of paragraphs of your
09:15:43 11   own; correct?
09:15:46 12    A   Looks like a couple pages, but yes.
09:15:46 13    Q   Okay.  Well --
09:15:49 14    A   So at least one page of work.
09:15:52 15    Q   At least one page in total out of --
09:15:52 16    A   Seven.
09:15:55 17    Q   -- out of an eight-page work as it's
09:15:58 18   printed out on my printout; correct?
09:15:58 19    A   Yes, sir.
09:16:02 20    Q   All right.  And do you co-own this
09:16:03 21   Exhibit 2?
09:16:04 22    A   Yes, I do.
09:16:08 23    Q   Does Mr. Peterson co-own Exhibit 2?
09:16:08 24    A   No, he doesn't.
09:16:11 25    Q   Does FASA co-own Exhibit 2?

**Page 41**

09:16:14  1    A   FASA no longer owns the rights to it
09:16:15  2   having sold those to WizKids.
09:16:19  3    Q   Does WizKids co-own this with you?
09:16:19  4    A   Yes.
09:16:20  5    Q   Does Topps co-own it with you?
09:16:22  6    A   Topps owns WizKids.
09:16:23  7    Q   Does Topps co-own it with you?
09:16:24  8    A   Yes, I believe so.
09:16:26  9    Q   So Topps is a co-owner?
09:16:27 10    A   Yes.
09:16:29 11    Q   And WizKids is a co-owner?
09:16:30 12    A   Yes.
09:16:32 13    Q   Was this all Mr. Peterson's original
09:16:32 14   work?
09:16:32 15    A   No.
09:16:34 16    Q   So Mr. Peterson took this work from
09:16:36 17   some other source?
09:16:36 18    A   No.
09:16:38 19    Q   Where did this work that's not
09:16:41 20   Mr. Peterson's original work come from?
09:16:44 21    A   What you have there is a colation from
09:16:46 22   several is sources.  One is Mr. Peterson's work
09:16:48 23   from the Mercenary's Handbook.
09:16:49 24    Q   That would be Exhibit 1?
09:16:52 25    A   Yes.  A substantial amount of the

Scott Malcomson                                                July 20, 2009

---

**Page 42**

09:16:56  1   material that I -- that I drew from but did not
09:17:00  2   copy specifically verbatim was from the Star
09:17:03  3   League Source Book, which entailed the history
09:17:06  4   of the Eridani Light Horse during the Usurper
09:17:09  5   War, which is specific in there.
09:17:10  6      Q   So your original work is based on
09:17:11  7   somebody else's work?
09:17:12  8      A   That's correct.
09:17:14  9      Q   Is there anything in Exhibit 2 that
09:17:17 10   you came up with all on your own without
09:17:19 11   reference to anybody else's prior work?
09:17:21 12      A   Certainly. The character of Major
09:17:27 13   Kyle Sessions who was the -- listed as head of
09:17:30 14   the gunslinger pilots for the Eridani Light
09:17:32 15   Horse, that at a minimum I certainly can say was
09:17:33 16   my character.
09:17:35 17      Q   What else did you come up with on your
09:17:38 18   own without reference to anybody else's work?
09:17:40 19      A   Virtually all the other material is
09:17:42 20   based on prior material.
09:17:45 21      Q   I want you to answer my question the
09:17:45 22   way I posed it.
09:17:46 23      A   I don't --
09:17:46 24      Q   Let me finish.
09:17:46 25      A   Go ahead.

---

**Page 43**

09:17:49  1      Q   Other than this character whose name
09:17:50  2   is --
09:17:51  3      A   Major Kyle Sessions.
09:17:54  4      Q   -- Major Kyle Sessions, what other
09:17:57  5   aspects of what you added to this work are based
09:18:01  6   on your own original work without reference to
09:18:02  7   anybody else's work?
09:18:09  8      A   A number of the items that are listed
09:18:14  9   in the, again, the war against the Usurper
09:18:16 10   section because I had to fill in blanks that
09:18:19 11   were not covered in the original material.
09:18:21 12      Q   So you took the original material and
09:18:24 13   filled in blanks from it; correct?
09:18:24 14      A   That's correct.
09:18:27 15      Q   And then took the original material
09:18:29 16   with the blanks filled in and put it into what's
09:18:31 17   now Exhibit 2?
09:18:32 18      A   That's correct.
09:18:34 19      Q   Other than filling in these blanks
09:18:37 20   from this preexisting material and other than
09:18:40 21   this major character, what other work in
09:18:42 22   Exhibit 2 is your original work?
09:18:43 23      A   None.
09:18:47 24      Q   Okay. Now, is it based on this
09:18:50 25   Malcomson Exhibit 2 that you claim you're a

---

**Page 44**

09:18:54  1   co-owner of all the rights in BattleTech?
09:18:57  2      A   That's correct.
09:19:01  3      Q   Including TV rights and literary
09:19:03  4   rights and movie rights; correct?
09:19:04  5      A   Without limitation.
09:19:06  6      Q   Everything; correct?
09:19:06  7      A   That's correct.
09:19:08  8      Q   And it's -- just to be clear, it's
09:19:11  9   only based on the work you did in Malcomson
09:19:12 10   Exhibit 2; correct?
09:19:14 11      A   No. Because there was a second
09:19:14 12   version.
09:19:18 13      Q   Okay. Okay. But so far in terms of
09:19:20 14   what we've seen, the only thing that has given
09:19:23 15   rise to rights in all of BattleTech is
09:19:23 16   Exhibit 2?
09:19:24 17      A   That's correct.
09:19:26 18      Q   Now, there's something else that gave
09:19:27 19   you additional rights in the BattleTech
09:19:30 20   properties; is that correct?
09:19:32 21      A   No. It simply reinforced the rights
09:19:34 22   that were set by that.
09:19:35 23      Q   What is it that reinforced those
09:19:37 24   rights?
09:19:39 25      A   The second version which was, again,

---

**Page 45**

09:19:41  1   published by WizKids under the same terms.
09:19:46  2      Q   Okay. Let's look at Malcomson Exhibit
09:19:52  3   3, which is -- has in the upper left-hand corner
09:19:59  4   Eridani Light Horse-History. It says page 1 of
09:20:01  5   19 in the upper right-hand corner. It's marked
09:20:26  6   as Malcomson Exhibit 3.
09:20:26  7         Can you take a look at that, please?
09:20:28  8      A   For this, would you prefer that I
09:20:30  9   simply mark off those items that I did not
09:20:32 10   originally create? Because it's going to be a
09:20:32 11   lot less.
09:20:34 12      Q   I haven't asked you to do anything
09:20:35 13   yet.
09:20:36 14         Can you identify what this is?
09:20:36 15      A   Yes, I can.
09:20:38 16      Q   What is this?
09:20:41 17      A   This is the final version of the
09:20:46 18   Eridani Light Horse history which I wrote in --
09:20:50 19   in mid-2002 as part of the settlement deal with
09:20:55 20   WizKids whereby I would not sue them for the
09:20:57 21   piracy of the original version, which we've
09:20:58 22   already discussed.
09:21:02 23      Q   Okay. So -- and what happened to this
09:21:04 24   version of the work?
09:21:05 25         What was done with Malcomson

---

Coash and Coash, Inc.                                    602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                July 20, 2009

| | Page 46 |
|---|---|
| 09:21:07 1 | Exhibit 3? |
| 09:21:09 2 | A  This was published by WizKids in |
| 09:21:16 3 | August of 2002 and used without any comments or |
| 09:21:18 4 | a break in the use through August of 2005. |
| 09:21:22 5 | Q  And you were attributed as the author |
| 09:21:24 6 | of this work on the WizKids -- or whatever |
| 09:21:25 7 | that -- the BattleTech Web site? |
| 09:21:26 8 | A  That's correct. |
| 09:21:28 9 | Q  And that was in accordance with your |
| 09:21:31 10 | agreement with WizKids that you would write this |
| 09:21:33 11 | updated history, it would be posted, and you |
| 09:21:36 12 | would be attributed as the author; correct? |
| 09:21:36 13 | A  That's correct. |
| 09:21:41 14 | Q  Can you mark on this -- on this |
| 09:21:44 15 | version all of your original work? |
| 09:23:05 16 | A  Certainly.  There you are. |
| 09:23:07 17 | Q  Thank you. |
| 09:23:09 18 | So to be clear, again you've marked in |
| 09:23:13 19 | pen with this bracket on the side your original |
| 09:23:14 20 | work? |
| 09:23:14 21 | A  That's correct. |
| 09:23:18 22 | Q  Was any of this original work the same |
| 09:23:21 23 | as the original work that you added in Malcomson |
| 09:23:23 24 | Exhibit 2? |
| 09:23:24 25 | A  Very little of it. |

| | Page 47 |
|---|---|
| 09:23:25 1 | Q  Okay. |
| 09:23:32 2 | A  The -- pretty much -- I should specify |
| 09:23:36 3 | that the original version was never intended for |
| 09:23:38 4 | publication.  It was a working draft, which is |
| 09:23:41 5 | why I insisted on the second version, which is a |
| 09:23:43 6 | massive rewrite.  It includes a lot more |
| 09:23:45 7 | completely original material that never appeared |
| 09:23:53 8 | in any other BattleTech material. |
| 09:24:01 9 | Q  Okay.  So on page 17, you've crossed |
| 09:24:02 10 | out a portion? |
| 09:24:02 11 | A  That's correct. |
| 09:24:05 12 | Q  Where did the -- does the portion on |
| 09:24:09 13 | this page that you yourself created end?  Is it |
| 09:24:10 14 | after? |
| 09:24:12 15 | A  It's -- it's right where that one bar |
| 09:24:15 16 | is in between contract requirements and |
| 09:24:17 17 | everything -- everything above contract |
| 09:24:18 18 | requirements should be original. |
| 09:24:19 19 | Q  So it's your testimony that the unit |
| 09:24:22 20 | description paragraph, that's your original |
| 09:24:23 21 | work? |
| 09:24:24 22 | A  Should be.  Let me double-check it, |
| 09:24:34 23 | please.  My apologies.  That is a quote from the |
| 09:24:36 24 | original, so that is incorrect. |
| 09:24:38 25 | Q  Right.  So -- |

| | Page 48 |
|---|---|
| 09:24:39 1 | A  Cited as a quotation. |
| 09:24:42 2 | Q  -- on that page your original work |
| 09:24:47 3 | ends before the -- the sub heading unit |
| 09:24:48 4 | description; correct? |
| 09:24:54 5 | A  That's correct. |
| 09:24:59 6 | Q  And on page 2 the first sentence of |
| 09:25:02 7 | hidden wars, that's not yours either, is it? |
| 09:25:03 8 | You took that from -- |
| 09:25:05 9 | A  The first sentence of hidden wars? |
| 09:25:07 10 | Q  You took that from the Web site; |
| 09:25:08 11 | correct? |
| 09:25:10 12 | A  The first sentence -- from the Web |
| 09:25:16 13 | site?  No.  From the original?  Let's see here. |
| 09:25:18 14 | I'm not sure if the first sentence is my |
| 09:25:22 15 | original or not.  Let me check that against -- |
| 09:25:25 16 | I'm sorry.  I believe I handed that back to you. |
| 09:25:29 17 | If I'm incorrect about that, my apologies. |
| 09:25:31 18 | Q  Okay.  Could I have that back, please? |
| 09:25:35 19 | A  The crises with Prince of Rasalhague? |
| 09:25:39 20 | Because I'm not sure if that is a rewriting or |
| 09:25:51 21 | the original from the 1987 version. |
| 09:25:54 22 | Q  And the first succession war on page 6 |
| 09:25:56 23 | of 19, it's your testimony that that's your |
| 09:25:57 24 | original work? |
| 09:26:11 25 | A  I am not sure if that is partially |

| | Page 49 |
|---|---|
| 09:26:13 1 | rewritten or not. |
| 09:26:16 2 | Q  So you don't know if that's your |
| 09:26:17 3 | original work? |
| 09:26:18 4 | A  Off the top of my head, no.  The first |
| 09:26:19 5 | sentence at any rate. |
| 09:26:24 6 | Q  Well, the whole paragraph. |
| 09:26:34 7 | A  I believe -- I believe that after the |
| 09:26:36 8 | first sentence the rest of that is mine because |
| 09:26:39 9 | it looks like a rewrite of the original.  But |
| 09:26:40 10 | without a direct comparison -- |
| 09:26:42 11 | Q  What do you need to compare it to? |
| 09:26:44 12 | A  I would need to compare to the |
| 09:26:44 13 | original Peterson -- |
| 09:26:44 14 | Q  To the mercenary? |
| 09:26:46 15 | A  Yes, please. |
| 09:26:51 16 | Q  That's Malcomson Exhibit 1. |
| 09:27:20 17 | A  Okay.  That first sentence is a |
| 09:27:21 18 | partial rewrite. |
| 09:27:24 19 | Q  So that means that it came from the |
| 09:27:26 20 | 1987 work? |
| 09:27:28 21 | A  The original version of that sentence |
| 09:27:31 22 | was from the 1987 work and then modified. |
| 09:27:38 23 | Q  Okay. |
| 09:27:45 24 | A  And then the rest of it actually, |
| 09:27:47 25 | after that sentence -- |

Coash and Coash, Inc.                        602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                         July 20, 2009

---

Page 50

09:27:49 1      Q  After Kerensky?
09:27:54 2      A  After Kerensky is, in fact, from the
09:27:55 3   original 1987.
09:27:57 4      Q  You lifted that from the Patterson
09:27:59 5   work?
09:28:01 6      A  Yes. From --
09:28:02 7      Q  Malcomson Exhibit 1?
09:28:02 8      A  -- Mr. Peterson's, yes.
09:28:04 9      Q  Peterson's work?
09:28:04 10     A  Yes.
09:28:08 11     Q  And in fact --
09:28:09 12     A  Let's see. Let me double-check the
09:28:10 13  rest.
09:28:11 14     Q  The next paragraph, the Light Horse
09:28:16 15  easily handed, that's also lifted from the 1987
09:28:20 16  work; correct?
09:28:21 17     A  That's correct. I have a typo in
09:28:25 18  here. But otherwise it is -- and I'm going to
09:28:28 19  mark these sections with bracket and star to
09:28:29 20  note that they are --
09:28:30 21     Q  Well, what sections are you marking
09:28:31 22  with brackets and stars?
09:28:33 23     A  The ones where I lifted directly.
09:28:35 24     Q  Where you made a mistake; you actually
09:28:36 25  copied those?

Page 51

09:28:36 1      A  Yes, where I made a mistake and, yes.
09:28:40 2      Q  And evacuation, that whole section, in
09:28:47 3   fact, you also took from the 1987 work; correct?
09:29:09 4      A  At least the first couple paragraphs
09:29:20 5   right here, yes. Let's see here.
09:29:23 6      Q  The paragraph starting enraged you
09:29:25 7   took from the 1987 work; correct?
09:29:27 8      A  I'm looking through that, yes. Let's
09:29:35 9   see here. That is correct.
09:29:38 10     Q  The next paragraph starting with after
09:29:42 11  leaving Sendai, S-e-n-d-a-i, you took that from
09:29:47 12  the 1987 work, Mr. Patterson's work; correct?
09:29:50 13     A  Peterson's work.
09:29:53 14     Q  Mr. Peterson's work, correct?
09:29:53 15     A  Let's see here. That's correct.
09:29:54 16     Q  Okay.
09:29:56 17     A  My apologies for missing all that.
09:30:01 18     Q  Oh, there's more.
09:30:08 19        The second succession war, the first
09:30:11 20  sentence took from Mr. Peterson's work;
09:30:14 21  correct?
09:30:19 22     A  No. That's, at least in part, a
09:30:20 23  rewrite.
09:30:22 24     Q  A rewrite of what Mr. Peterson wrote;
09:30:22 25  correct?

Page 52

09:30:23 1      A  That's correct.
09:30:26 2      Q  Okay. And then on the next --
09:30:28 3      A  Do you want me to go ahead and mark
09:30:28 4   that for reference?
09:30:34 5      Q  Yes. Go ahead. And then dissension
09:30:41 6   in the ranks, where did that come from?
09:31:14 7      A  Okay. Dissension in the ranks is
09:31:17 8   definitely completely taken from the 1987
09:31:18 9   version.
09:31:21 10     Q  Where would I find that in the 1987
09:31:21 11  version?
09:31:24 12     A  That would be under dissension in the
09:31:25 13  ranks.
09:31:27 14     Q  Yeah, same title even; right?
09:31:27 15     A  That's correct.
09:31:31 16     Q  Return to duty, you also took that
09:31:33 17  entire portion from the 1987 work word-for-word;
09:31:35 18  correct?
09:32:40 19     A  That's what I'm checking right now.
09:32:41 20     Q  What are you marking now?
09:32:42 21     A  That's all the way through that
09:32:44 22  section from return to duty.
09:32:48 23     Q  Okay. So that takes us to page 8;
09:32:48 24  right?
09:32:48 25     A  Yes.

Page 53

09:32:50 1      Q  And then if you go to page 9, there's
09:32:56 2   the third paragraph starts Brevet, B-r-e-v-e-t,
09:32:59 3   General Dirkson, D-i-r-k-s-o-n?
09:32:59 4      A  Right.
09:33:01 5      Q  You lifted that from the Peterson
09:33:03 6   work; correct?
09:33:07 7      A  Let's see here.
09:33:08 8      Q  It's found on page 69 --
09:33:10 9      A  That's what I'm looking at.
09:33:17 10     Q  -- of Exhibit 1.
09:33:18 11     A  Yes, that's correct.
09:33:22 12     Q  And then the entire section of
09:33:29 13  vacation on new K-a-r-i-s-r-u-h?
09:33:39 14     A  New -- new Karlsruh?
09:33:39 15     Q  I don't know how to say it. Vacation
09:33:41 16  on new K-a-r-i-s-r-u-h.
09:33:41 17     A  Oh, that's L. K-a-r-l.
09:33:47 18     Q  K-a-r-l-s-r-u-h.
09:33:49 19        You told me originally you had come up
09:33:51 20  with all that, but, in fact, that's all lifted
09:33:53 21  from the '87 work; correct?
09:33:55 22     A  That was my memory, yes.
09:33:55 23     Q  No, no.
09:33:55 24        But your memory was that you had made
09:33:59 25  it up yourself, but now we've established --

---

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                                July 20, 2009

Page 54

09:34:00  1    A  That I had rewritten it, yes.
09:34:02  2    Q  When you say rewritten it, didn't you
09:34:04  3  take it word-for-word from the Peterson work,
09:34:08  4  this vacation on new Karlsruh section?
09:34:11  5    A  If my memory is faulty, I apologize.
09:34:11  6    Q  But you can look at it.  You can
09:34:11  7  see --
09:34:13  8    A  Yes, I can see it.
09:34:14  9    Q  -- you took it word-for-word?
09:34:15 10    A  Yes, I did.
09:34:17 11    Q  Just mark it on there the part you
09:34:24 12  took word-for-word that you originally marked
09:34:46 13  you had made up.
09:35:14 14    A  Okay.  That was all taken directly
09:35:16 15  from the 1987 version.
09:35:17 16    Q  What was all taken?
09:35:21 17    A  The entirety of vacation on Karlsruh.
09:35:24 18    Q  Then next we have defense of Hesperus,
09:35:33 19  H-e-s-p-e-r-u-s, II.  You also took that entire
09:35:42 20  portion from the '87 Peterson work; correct?
09:35:43 21    A  That appears to be the case.
09:35:46 22    Q  Okay.  Please mark that with the
09:35:49 23  asterisk.
09:35:49 24    A  (Complied.)
09:35:53 25    Q  Okay.  Contract with Davion,

Page 55

09:35:58  1  D-a-v-i-o-n, except for the second sentence of
09:36:02  2  the first paragraph, you took everything in
09:36:06  3  there up to the end of the first paragraph on
09:36:12  4  page 11 from the 1987 Peterson work; correct?
09:36:13  5    A  I'm sorry.  Second paragraph?
09:36:15  6    Q  Well, let's just start it this way.
09:36:18  7    Under contract with Davion, the first
09:36:23  8  sentence you took from Peterson; correct?
09:36:25  9    A  That's correct.  Okay.  There's a
09:36:27 10  little bit added, but otherwise it's identical.
09:36:29 11    Q  Okay.  The second sentence you made up
09:36:33 12  on your very own starting with Kuritan, or is
09:36:33 13  that lifted?
09:36:36 14    A  That's Kuritan.
09:36:38 15    Q  K-u-r-i-t-a-n.
09:36:39 16    Did you make that up?
09:36:40 17    A  Yes, I did.
09:36:42 18    Q  So that one sentence is yours?
09:36:43 19    A  Uh-huh.
09:36:45 20    Q  But the sentence before it is lifted.
09:36:48 21    Then the entire rest of that section
09:36:55 22  is lifted from Mr. Peterson's work, Malcomson
09:36:57 23  Exhibit 1; correct?
09:36:59 24    A  I'm actually looking for that right
09:37:01 25  now and I'm not quite seeing that yet.

Page 56

09:37:03  1    Q  Let's take a look.
09:37:06  2    A  Okay.  Going back past Lord Davion,
09:37:32  3  okay, here we are.  Okay.  That section with the
09:37:36  4  exception of the word Lord, and I'm not going to
09:37:38  5  kibitz about that.
09:37:39  6    Q  Okay.
09:37:56  7    A  Let's see here.  And this one
09:37:59  8  paragraph, the first paragraph on page 11 of 19
09:38:01  9  also comes from the 1987 work.
09:38:09 10    Q  Right.  Okay.
09:38:12 11    A  And until we get to unit description
09:38:13 12  and contract requirements and such that we've
09:38:18 13  already marked, there's no other material left,
09:38:22 14  aside from the unit sections which I do not
09:38:35 15  believe I included in this at all.
09:38:36 16    Right.  That would appear to be it.
09:38:38 17    Q  Do you have any explanation for why
09:38:41 18  you were unable to at first identify pages and
09:38:43 19  pages of material that you actually lifted from
09:38:46 20  somebody else and thought it was your own?
09:38:47 21    A  Because I'm going from memory.  I
09:38:51 22  haven't reviewed this material since I put it up
09:38:54 23  on the Web site here after posting my copyright
09:38:55 24  in March, I believe.
09:38:57 25    Q  March of what year?

Page 57

09:38:58  1    A  That would be this year.
09:39:01  2    Q  So between March of this year and
09:39:04  3  today, you were unable to remember which of this
09:39:07  4  work was your own and which you plagiarized from
09:39:08  5  somebody?
09:39:10  6    A  Well, I did not plagiarize it.  I used
09:39:12  7  it with permission.
09:39:16  8    Q  Oh, okay.  I apologize.  So --
09:39:17  9    A  Yes, I had forgotten specifically
09:39:20 10  which parts of this were.  I recalled going over
09:39:23 11  the whole thing, and I thought only the first
09:39:25 12  few paragraphs were, in fact, taken verbatim.
09:39:28 13  But you're quite right, a substantial portion
09:39:32 14  otherwise, two or three pages at least, were
09:39:33 15  taken from the 1987 work.
09:39:35 16    Q  Who gave you permission to use
09:39:38 17  Mr. Peterson's preexisting work?
09:39:41 18    A  FASA Corporation between 1993 and
09:39:42 19  19 -- or -- 1996.
09:39:44 20    Q  Is there a piece of paper that says
09:39:45 21  that?
09:39:48 22    A  Yes.  I have a number of letters, in
09:39:49 23  fact, showing that I was developing the work
09:39:51 24  with FASA Corporation at the time.
09:39:54 25    Q  Did somebody say in the letter or in

Coash and Coash, Inc.                                        602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                              July 20, 2009

---

Page 58

09:39:57  1    some other way, Mr. Malcomson, you are
09:40:01  2    authorized to take Mr. Peterson's work and put
09:40:03  3    that into your own document and treat that as
09:40:03  4    your own work?
09:40:04  5         Did anybody say that?
09:40:05  6         A   It was standard business.
09:40:08  7         Q   I want to know if somebody said it to
09:40:08  8    you.
09:40:10  9         A   No, no one specifically said it.
09:40:11 10         Q   Did somebody generally say it to you?
09:40:12 11         A   Yes.
09:40:14 12         Q   Who generally said it to you?
09:40:17 13         A   Mike Mulvihill.
09:40:18 14         Q   What did he say?
09:40:19 15         A   He specifically reviewed the material
09:40:21 16    and requested changes, and none of the changes
09:40:21 17    included that material.
09:40:24 18         Q   What did he say that said okay, it's
09:40:26 19    okay for you to take Mr. Peterson's work and
09:40:28 20    treat it as your own?
09:40:30 21         A   He went through a review process and
09:40:32 22    took exception to none of it.
09:40:35 23         Q   What did he say; what words did he
09:40:35 24    say?
09:40:37 25         A   His specific words were that he wanted

---

Page 59

09:40:40  1    some material removed and other material added.
09:40:42  2    And none of it approached -- and none of it
09:40:43  3    covered that material at all.
09:40:44  4         Q   That's all he said?
09:40:45  5         A   Yes.
09:40:46  6         Q   Who else said that it was okay for you
09:40:49  7    to take Mr. Peterson's work and adopt it as your
09:40:50  8    own?
09:40:51  9         A   Scott Jenkins.
09:40:52 10         Q   What did he say?
09:40:55 11         A   Same thing.  Actually, my apologies.
09:40:57 12    Scott Jenkins never actually did complete a
09:40:59 13    review of the work.  He left the company before
09:41:03 14    he did that.  Mike Mulvihill was the first one
09:41:05 15    to request rewrites be done with the work.  None
09:41:07 16    of the rewrite requests covered any of that
09:41:09 17    material.
09:41:12 18         Brian Nystul took over.  I did
09:41:14 19    receive, if I recall correctly, a letter asking
09:41:17 20    for a rewrite from him, none of which touched
09:41:19 21    this material.
09:41:22 22         And finally the last person would have
09:41:26 23    been Randall Bills, who simply said that FASA
09:41:29 24    had elected at that time, which was after three
09:41:30 25    years of development, that they no longer wished

---

Page 60

09:41:31  1    to develop the work.
09:41:35  2         Q   So Mr. Bills made clear to you they
09:41:38  3    didn't want to use anything you had done;
09:41:38  4    correct?
09:41:41  5         A   No, that's not what he said.
09:41:43  6         Q   He said we're no longer going to
09:41:43  7    pursue the project?  Is that what he said?
09:41:45  8         A   Yes.  He said that FASA was not going
09:41:48  9    to develop the project after 3 September 1996.
09:41:51 10         Q   Okay.  And you took that to mean that
09:41:53 11    they would develop it sometime in the future?
09:41:54 12         A   It was left on the table as a
09:41:55 13    possibility.
09:41:58 14         Q   Did you take that to mean that they
09:41:59 15    believed that you were free to go register this
09:42:01 16    as your own copyrighted work?
09:42:04 17         A   No.  What they specifically said at
09:42:07 18    that time was that the work itself was
09:42:10 19    considered my property so long -- and I could
09:42:12 20    shop it around, so long as I removed all
09:42:15 21    references to copyrighted elements of the
09:42:15 22    BattleTech property.
09:42:18 23         Q   So they said as long as you take out
09:42:21 24    everything you didn't write, you could use what
09:42:23 25    you did write in whatever way you wanted;

---

Page 61

09:42:23  1    correct?
09:42:24  2         A   That's correct.  Which was at least
09:42:26  3    some small portion of the property.
09:42:29  4         Q   Okay.  So you -- at that time, this is
09:42:30  5    what date?
09:42:32  6         A   This was September 1996, September 3.
09:42:35  7         Q   So as of September 3, 1996, you didn't
09:42:39  8    believe you had any rights in any of the work
09:42:42  9    that you had taken from Mr. Peterson's Malcomson
09:42:43 10    Exhibit 1; correct?
09:42:45 11         A   Absolutely not.  I did absolutely not
09:42:47 12    believe I had any rights to that material
09:42:49 13    because it had not been published with
09:42:50 14    authorization of the company.
09:42:54 15         Q   Okay.  Now, you filed a copyright
09:42:55 16    registration notice at some point; correct?
09:42:57 17         A   That's right.
09:42:58 18         Q   And what work did you submit to the
09:43:00 19    copyright office with that registration?
09:43:01 20         A   The second version, the extended
09:43:02 21    version of the work.
09:43:07 22         Q   And that's Malcomson Exhibit 3?
09:43:07 23         A   Yes.
09:43:17 24         Q   And when did you submit that
09:43:18 25    application?

---

Coash and Coash, Inc.                               602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                              July 20, 2009

| Page 62 |
|---|

09:43:19  1      A  I initially submitted the application
09:43:27  2   in -- let me recall correctly.  I'm going off of
09:43:28  3   memory here.  If I recall correctly, it was
09:43:32  4   November of 2007.
09:43:35  5      Q  Okay.  And why did you submit the
09:43:37  6   entire work, Malcomson Exhibit 3, instead of
09:43:40  7   just the work that you had created?
09:43:43  8      A  Because as I understood it under US
09:43:45  9   copyright law, it is an original work if there
09:43:47 10   is a compilation and editing of a preexisting
09:43:50 11   work so long it's done with permission.
09:43:53 12         Since this was the totality of the
09:43:56 13   work rather than being done in part and since it
09:44:00 14   had been published by WizKids without complaint,
09:44:02 15   I believe that I held copyright to the published
09:44:05 16   work.
09:44:09 17      Q  And you still believe that today?
09:44:10 18      A  Yes.
09:44:13 19      Q  And you believe that based on that,
09:44:16 20   you're entitled to co-own all of the BattleTech
09:44:18 21   property; correct?
09:44:19 22      A  Yes.
09:44:21 23      Q  Okay.  When you submitted your
09:44:23 24   application to the United States Copyright
09:44:25 25   Office, did you indicate that there was any

| Page 63 |
|---|

09:44:28  1   material in that submission that you didn't
09:44:34  2   believe you owned the rights to copyright?
09:44:35  3      A  I'm sorry.  That sounds a little
09:44:36  4   convoluted.  What I did say --
09:44:38  5      Q  Let me -- if you don't understand it,
09:44:39  6   let me restate it.
09:44:40  7         When you submitted this to the
09:44:43  8   copyright office, did you represent that this
09:44:46  9   entire work was your own original work?
09:44:48 10      A  By that, do you mean that I had
09:44:49 11   originally written the material?
09:44:50 12      Q  Yeah.
09:44:53 13      A  No.  I said that my work included new
09:44:56 14   elements that had not appeared in other material
09:44:58 15   and that otherwise it was a compilation.
09:45:01 16      Q  And did you say that in obtaining your
09:45:03 17   copyright, you weren't looking to obtain a
09:45:11 18   copyright in any of -- any BattleTech property?
09:45:12 19      A  Well, as I understand it, I can only
09:45:14 20   file a copyright for my specific work.  And if
09:45:17 21   that work happens to be a joint work that is
09:45:19 22   linked to the rest of the property, that's
09:45:20 23   something else.
09:45:22 24      Q  In fact, you don't have any copyright
09:45:25 25   that relates to the BattleTech preexisting

| Page 64 |
|---|

09:45:28  1   elements of what you submitted to the copyright
09:45:29  2   office; correct?
09:45:30  3      A  I believe I do.
09:45:31  4      Q  Have you looked at the copyright
09:45:34  5   registration recently?
09:45:35  6      A  Not recently.  Is there something
09:45:37  7   specific that you'd like to bring up?
09:45:39  8      Q  Well, it says material excluded from
09:45:42  9   this claim, BattleTech.
09:45:47 10         Do you know what that means?
09:45:48 11      A  No, I don't believe that I
09:45:49 12   specifically made an exclusion.
09:45:52 13      Q  Well, take a look at Malcomson Exhibit
09:46:12 14   4.  See what that says under exclusion.
09:46:12 15         (The document was marked as Exhibit
09:46:12 16   Number 4 for identification as of July 20,
09:46:13 17   2009.)
09:46:13 18         THE WITNESS:  Well, it says material
09:46:15 19   excluded from this claim, BattleTech.
09:46:16 20      Q  BY MR. EBERT:  What does that mean?
09:46:17 21      A  I don't know.
09:46:19 22      Q  Well, did you ever go to anybody and
09:46:22 23   say why did I get a registration that excludes
09:46:22 24   BattleTech?
09:46:25 25      A  It took them 16 months just to respond

| Page 65 |
|---|

09:46:25  1   to my filing.
09:46:27  2      Q  After you got the registration, did
09:46:28  3   you read it?
09:46:29  4      A  Yes, I did.
09:46:31  5      Q  And did you see that it said material
09:46:35  6   excluded from this claim, all capital,
09:46:35  7   BattleTech?
09:46:36  8      A  Yes, I did see that.
09:46:38  9      Q  And did you understand what that
09:46:38 10   meant?
09:46:38 11      A  No.
09:46:41 12      Q  Did you say to somebody maybe before I
09:46:44 13   go and sue Topps in federal court on a copyright
09:46:46 14   claim, I should figure out what it means for
09:46:49 15   material excluded from this claim to include the
09:46:50 16   very property I'm suing on?
09:46:52 17         Did that occur to you?
09:46:54 18      A  No.  For the specific reason --
09:46:54 19      Q  It didn't occur to you?
09:46:57 20      A  -- that the US Copyright Office does
09:47:00 21   not accord copyright, and therefore the
09:47:02 22   settlement has to be made either in a settlement
09:47:04 23   between me and Topps or in court.
09:47:09 24      Q  What you own excludes BattleTech;
09:47:10 25   correct?

Coash and Coash, Inc.                        602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                July 20, 2009

Page 66

09:47:11  1        A  I don't recall making that claim.
09:47:15  2        Q  I just showed it to you.
09:47:16  3           Your copyright registration, this is
09:47:19  4    what you own. This is what you're basing your
09:47:21  5    lawsuit on; right?
09:47:21  6        A  This --
09:47:24  7        Q  This is the basis for your lawsuit;
09:47:24  8    correct?
09:47:28  9           You knew you had to get this to file a
09:47:28 10    lawsuit; correct?
09:47:29 11        A  I had to make a filing, yes.
09:47:32 12        Q  So this piece of paper is what you're
09:47:34 13    basing your claims against my client on;
09:47:35 14    correct?
09:47:36 15        A  The validity or invalidity of the
09:47:37 16    filing --
09:47:38 17        Q  Is it correct?
09:47:40 18           This is the basis for your claim.
09:47:42 19    This is what you're telling the court is the
09:47:44 20    basis for its jurisdiction over your claim
09:47:50 21    against my client; correct?
09:47:53 22           Do you know?
09:47:54 23        A  I don't actually believe that it's the
09:47:55 24    basis for the jurisdiction.
09:47:56 25        Q  Okay. Thank you.

Page 67

09:47:57  1        A  What I believe --
09:47:57  2        Q  Thank you.
09:48:02  3           Have you disclosed to the court in
09:48:04  4    anything that you've given to the court that
09:48:10  5    your copyright claim excludes BattleTech?
09:48:11  6        A  I don't believe that my copyright
09:48:12  7    claim excludes BattleTech.
09:48:14  8        Q  Okay. Did you tell anybody that the
09:48:17  9    registration that you got, the certificate of
09:48:19 10    registration for the United States Copyright
09:48:21 11    Office has the phrase in it material excluded
09:48:22 12    from this claim BattleTech?
09:48:26 13           Did you disclose that to the court?
09:48:26 14        A  No.
09:48:41 15        Q  You don't know what that means,
09:48:43 16    correct, that the copyright property is excluded?
09:48:44 17           You don't know; right?
09:48:46 18        A  I know what it means; however --
09:48:46 19        Q  What does it mean?
09:48:49 20        A  -- I believe it has no effect in law.
09:48:51 21        Q  What does it mean?
09:48:52 22           Because a minute ago you said you
09:48:53 23    didn't know what it means. So now tell me what
09:48:53 24    does it mean?
09:48:59 25        A  In legal terms? In terms of plain --

Page 68

09:49:00  1        Q  In any terms.
09:49:01  2        A  Let me please answer that. In terms
09:49:04  3    of plain English, it means that somebody
09:49:06  4    believes that I do not have a claim on
09:49:08  5    BattleTech property. However, I believe that
09:49:12  6    the facts in law say otherwise.
09:49:15  7           And I point out that the US Copyright
09:49:17  8    Office does not determine who does or does not
09:49:21  9    have a copyright claim. I simply had to make a
09:49:23 10    filing in order to have the right to even bring
09:49:24 11    it to court.
09:49:26 12        Q  Do you know what the penalty is for
09:49:29 13    making a false statement on a copyright
09:49:30 14    application is? Do you know what it is?
09:49:31 15        A  I don't believe I've made a false
09:49:32 16    statement.
09:49:32 17        Q  I didn't ask whether you made one.
09:49:35 18           I just asked you if you know what the
09:49:38 19    penalties are for making a false statement in a
09:49:39 20    copyright filing. Do you know?
09:49:41 21        A  No, I don't.
09:49:49 22           MR. EBERT: Let's take a break. Take
09:49:49 23    a five-minute break.
09:49:49 24           (A recess was held, after which the
09:49:49 25    deposition resumed as follows:)

Page 69

09:55:03  1        Q  BY MR. EBERT: Do you have a copy of
09:55:07  2    the application you submitted to the copyright
09:55:10  3    office for this registration?
09:55:11  4        A  This is what I have right here. I
09:55:15  5    have the actual filing, and I have the list of
09:55:16  6    the check here. I do need to clarify something
09:55:18  7    regarding what I said before.
09:55:19  8        Q  I'm sorry. You didn't answer my
09:55:21  9    question.
09:55:22 10           Do you have the materials that you
09:55:25 11    submitted to the copyright office for this
09:55:25 12    registration?
09:55:26 13        A  No, I don't believe so.
09:55:36 14        Q  Okay.
09:55:38 15        A  But I was in error earlier in answer
09:55:39 16    to one of your questions.
09:55:49 17        Q  Okay. The -- I know you recently
09:55:52 18    posted on these -- on one of these forums about
09:55:55 19    what was happening in this lawsuit, maybe a
09:55:56 20    couple days ago?
09:55:56 21        A  Uh-huh.
09:55:58 22        Q  Is that a yes? You need to give a
09:55:58 23    verbal answer.
09:55:59 24        A  I'm sorry. Yes.
09:56:03 25        Q  Do you intend to post about your

Coash and Coash, Inc.                              602-258-1440
                                                   dfe1664f-9415-4baa-8e30-83053bf73033

| Page 70 |
|---|

09:56:05  1    experience here today?
09:56:08  2        A   Not about anything that would be
09:56:08  3    considered confidential.
09:56:10  4        Q   Well, what would you expect to be
09:56:14  5    posted on about what happened here today?
09:56:16  6        A   General material, not anything having
09:56:19  7    to do with personal, private information.
09:56:21  8        Q   Why do you post about this lawsuit on
09:56:23  9    those forums?
09:56:24 10        A   Several reasons.  First of all, it
09:56:26 11    does help me clarify in my own mind what's going
09:56:29 12    on by getting it down in writing.
09:56:31 13        Secondly, it does help me achieve
09:56:33 14    feedback from persons interested in the case,
09:56:36 15    some of whom have legal experience or know
09:56:39 16    people with legal experience.
09:56:41 17        Q   Well, there was nobody on any of those
09:56:43 18    boards who offered you any legal input that you
09:56:46 19    thought was meaningful as far as I read your
09:56:47 20    post; isn't that right?
09:56:49 21        A   I'm not sure I would agree with that.
09:56:51 22        Q   Who gave you an input that you thought
09:56:53 23    was meaningful in those posts?
09:56:56 24        A   At the very least, Mr. Darrell Exline
09:56:58 25    who suggested that I simply friends-lock those

| Page 71 |
|---|

09:56:58  1    posts.
09:57:01  2        Q   What does friends-lock mean?
09:57:03  3        A   It means that only friends of a person
09:57:05  4    who's on a LiveJournal can view it.
09:57:06  5        Q   But there are a lot of statements in
09:57:08  6    those forums about how people thought your claim
09:57:10  7    was nonsense; right?
09:57:10  8        A   Yes, certainly.
09:57:12  9        Q   And were there any people who you
09:57:16 10    spoke to who gave you legal advice that helped
09:57:18 11    you in this case besides Mr. Exline or whatever
09:57:20 12    his name is?
09:57:22 13        A   From time to time there have been
09:57:26 14    persons who have input.  One was definitely over
09:57:28 15    on the Skyrates' board.  I believe I mentioned
09:57:33 16    before, the name is not coming to mind right
09:57:33 17    now.
09:57:35 18        Q   What did he tell you?
09:57:39 19        A   First of all, we discussed the points
09:57:43 20    of law and his interpretations of that.  And
09:57:47 21    then he gave me in private mail reference to a
09:57:50 22    lawyer who might be able to help.
09:57:54 23        Q   And that was who?  Who was the lawyer?
09:57:54 24    You said you don't remember his name?
09:57:57 25        A   I do not remember his name.  I

| Page 72 |
|---|

09:57:59  1    simply -- I contacted him.  He referred me to
09:58:01  2    his firm.  The firm said that they decided that
09:58:02  3    they would not take it.
09:58:07  4        Q   Okay.  So your second version was what
09:58:11  5    was up later -- lower in 2002?  Is that
09:58:14  6    Malcomson exhibit --
09:58:15  7        A   The second version was published in
09:58:16  8    August 2002, yes.
09:58:24  9        Q   And that was Malcomson Exhibit 3?
09:58:26 10        A   I believe that would be the case, yes,
09:58:26 11    that's correct.
09:58:29 12        Q   Okay.  And it stayed up on the site
09:58:30 13    until when?
09:58:30 14        A   August 2005.
09:58:34 15        Q   And did you have any complaint or
09:58:37 16    dispute with them keeping it on the
09:58:38 17    site until that date?
09:58:38 18        A   No.
09:58:42 19        Q   And who actually was the person who
09:58:44 20    uploaded it?
09:58:45 21        A   I don't know.
09:58:48 22        Q   And where did they get it from?
09:58:51 23        Where did they get the content that
09:58:53 24    they uploaded?  Was that from what you submitted
09:58:54 25    to FASA?

| Page 73 |
|---|

09:58:55  1        A   The second version?
09:58:55  2        Q   Yes.
09:58:56  3        A   The second version, if I recall
09:58:59  4    correctly, I mailed it to them because I was
09:59:03  5    used to mailing my material to FASA, which did
09:59:06  6    not like getting -- in fact, they prohibited
09:59:08  7    electronic transmissions.
09:59:11  8        Q   Was the first version ever published?
09:59:13  9        A   The first version was published by
09:59:16 10    WizKids initially without permission, then after
09:59:18 11    I gave them permission, for about two months
09:59:21 12    thereafter before being replaced by the second
09:59:21 13    version.
09:59:23 14        Q   Okay.  So the first version, which was
09:59:29 15    Malcomson Exhibit 2; right?
09:59:29 16        A   Yes.
09:59:32 17        Q   That was on the site from -- tell me
09:59:32 18    again.
09:59:36 19        A   As early as October 2001, according to
09:59:39 20    the links I've been able to find.
09:59:39 21        Q   Right.
09:59:41 22        A   And that was on the site until August
09:59:41 23    2002.
09:59:44 24        Q   So in August 2002, you had made your
09:59:47 25    deal with who?  WizKids, FanPro?

d61664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                July 20, 2009

| | Page 74 |
|---|---|

09:59:49  1       A   In June I made the deal.  And I am
09:59:52  2   saying that because that is the month in which
09:59:55  3   accreditation for my work appeared, and then two
09:59:57  4   months later in August the second version
09:59:57  5   appeared.
09:59:59  6       Q   The second version being Exhibit 3?
09:59:59  7       A   That's correct.
10:00:03  8       Q   Tell me who you made the deal with?
10:00:04  9       A   When I initially complained about the
10:00:09 10   use of the work, I simply emailed to the link
10:00:12 11   for the Webmaster on the site, which later
10:00:15 12   determination by double-checking it turned out
10:00:18 13   to be Mr. Warner Doles.  It is my recollection
10:00:22 14   that Mr. Warner Doles had Mr. Herbert Bias, III,
10:00:24 15   contact me to resolve the issue.
10:00:25 16       Q   Who was Mr. Bias?
10:00:29 17       A   Mr. Bias had done some writing for --
10:00:31 18   he may or may not have done writing for FASA.  I
10:00:33 19   know that he did writing for WizKids.
10:00:36 20       Q   Was he employed by FASA or WizKids?
10:00:38 21       A   Yes.  At least in the realm of
10:00:38 22   writing.
10:00:40 23       Q   Was he authorized to enter into an
10:00:42 24   agreement with you?
10:00:43 25       A   I don't have that internal

| | Page 75 |
|---|---|

10:00:43  1   information.
10:00:45  2       Q   Who was he acting on behalf of when he
10:00:47  3   entered into this -- is he the one who entered
10:00:48  4   into the agreement with you?
10:00:50  5       A   No.  We simply discussed the terms
10:00:50  6   through email.
10:00:53  7       Q   Okay.  And then who finally said okay,
10:00:56  8   we're in agreement?
10:00:57  9       A   Nobody said.  My work simply appeared
10:00:59 10   on the site with accreditation.
10:01:03 11       Q   And was that authorized by WizKids?
10:01:03 12       A   Yes.
10:01:04 13       Q   How so?
10:01:06 14       A   Because the site states that it was
10:01:08 15   owned and operated by WizKids.  Any operation of
10:01:11 16   the site would therefore be by WizKids.
10:01:14 17       Q   Were other people permitted to upload
10:01:15 18   things to the site?
10:01:16 19       A   Not to my knowledge.
10:01:18 20       Q   Could a fan just upload whatever he
10:01:20 21   wanted in one of these --
10:01:20 22       A   No.
10:01:21 23       Q   -- in one of these forums?
10:01:24 24       A   No -- in a forum, yes.  But not in the
10:01:26 25   historical section where my material appeared.

| | Page 76 |
|---|---|

10:01:28  1       Q   So you -- but you entered in -- you
10:01:30  2   believed you had an agreement that they could
10:01:33  3   publish your work -- somebody could publish your
10:01:35  4   work as long as they credit you; correct?
10:01:35  5       A   That's correct.
10:01:37  6       Q   Who was the other party to that
10:01:38  7   agreement?
10:01:38  8       A   WizKids.
10:01:43  9       Q   Was it not FanPro?
10:01:46 10       A   WizKids owned and operated the site,
10:01:49 11   not FanPro.  FanPro may have been involved in
10:01:52 12   operations on the site, but the site was
10:01:53 13   specifically stated to be owned and operated by
10:01:56 14   WizKids and its affiliates.
10:01:58 15       Q   Did you ever enter into an agreement
10:01:59 16   with FanPro?
10:02:00 17       A   Do you mean in writing?
10:02:02 18       Q   Any -- in any way.
10:02:04 19       A   I honestly don't know.
10:02:05 20       Q   Well, wouldn't you know if you entered
10:02:07 21   into an agreement with somebody?
10:02:09 22       A   To my knowledge, that was with
10:02:11 23   WizKids.  I do not recall FanPro specifically
10:02:13 24   being involved at all.
10:02:15 25       Q   Do you ever recall stating that you

| | Page 77 |
|---|---|

10:02:17  1   had entered into this agreement with FanPro?
10:02:19  2       A   That may have been my recollection at
10:02:22  3   one point.  I may have stated that in a forum
10:02:23  4   online.
10:02:24  5       Q   I don't know what you may or may not
10:02:24  6   have done.
10:02:27  7       Do you recall having stated in a forum
10:02:30  8   online that the agreement that you had was with
10:02:31  9   FanPro?
10:02:32 10       A   I believe I stated that at one point,
10:02:32 11   yes.
10:02:34 12       Q   And what led you to believe at that
10:02:37 13   point that your agreement was with FanPro?
10:02:38 14       A   It was simply a faulty recollection.
10:02:40 15       Q   And what was your relationship --
10:02:43 16   what's the relationship, as you understand it,
10:02:45 17   between FanPro and WizKids?
10:02:47 18       A   FanPro was a licensee of WizKids.
10:02:51 19       Q   So did FanPro, to your knowledge, have
10:02:55 20   the ability to bind WizKids to agreements?
10:02:56 21       A   To my knowledge, yes.
10:02:58 22       Q   Because they were a licensee?
10:02:59 23       A   Because they were a licensee for the
10:03:05 24   specific property.
10:03:08 25       Q   And then what happened next with your

Scott Malcomson                                                    July 20, 2009

---

Page 78

10:03:13  1   property on this site?
10:03:17  2       A  Well, through August 2005, the work
10:03:20  3   was used in both and both parties were happy, as
10:03:23  4   far as I knew, because there were never any
10:03:25  5   complaints made to me. There was never any
10:03:28  6   request for rewrites of the material.
10:03:29  7       I certainly had no complaints. I was
10:03:32  8   actually quite happy just being able to say I
10:03:37  9   was accredited BattleTech author.
10:03:38 10      After my work was removed and replaced
10:03:41 11   with a completely different work by somebody
10:03:49 12   else, I tried asking the -- Mr. Randall Bills at
10:03:51 13   that time, whom I was directed to by Warner
10:03:53 14   Doles specifically, tried asking him what was
10:03:58 15   going on, and I received no response.
10:03:59 16      At this point I was actually working
10:04:03 17   on a third edition of the material and had
10:04:08 18   posted that version to the online boards for
10:04:11 19   commentary. A number of the forum moderators as
10:04:14 20   well as the fans and I were discussing the
10:04:14 21   issue.
10:04:17 22      Q  So you posted it in the forum section
10:04:20 23   of the same Web site, the Classic BattleTech Web
10:04:21 24   site?
10:04:22 25      A  A third version of the work, yes.

Page 79

10:04:24  1      Q  Okay. Did anybody permit you to do
10:04:26  2   that before you posted it?
10:04:26  3      A  Yes.
10:04:28  4      Q  Who permitted you to do that before
10:04:30  5   you posted it?
10:04:33  6      A  The various forum moderators who were
10:04:36  7   involved in it and there were no complaints from
10:04:36  8   anybody else.
10:04:37  9      I should point out, this was not a
10:04:41 10   work that was in any way considered restricted.
10:04:46 11   I had simply submitted the third version to
10:04:50 12   Mr. Randall Bills, and while waiting for a
10:04:53 13   response, began discussing it with people in the
10:04:54 14   online forums.
10:04:56 15      Q  But you posted it on the forum; right?
10:04:57 16   You published it?
10:04:58 17      A  Yes, the third version, yes.
10:05:00 18      Q  And you published that third version
10:05:03 19   that had all the prior work of Mr. Peterson and
10:05:06 20   the other authors that you had lifted from;
10:05:07 21   correct?
10:05:10 22      A  No. It actually contained quite a bit
10:05:12 23   more original material and quite a bit more had
10:05:15 24   to be rewritten because the second version
10:05:17 25   actually contained errors and was missing

Page 80

10:05:20  1   material, which I had not known initially.
10:05:21  2      Q  The third version that you put up on
10:05:25  3   your own on this forum and you published it for
10:05:27  4   public viewing on this forum; correct?
10:05:28  5      A  Yes, I did.
10:05:30  6      Q  Did that work that you published, did
10:05:33  7   it include any of the original work of
10:05:37  8   Mr. Peterson from the 1987 Mercenary Handbook?
10:05:40  9      A  I actually don't recall. In fact, I
10:05:42 10   have not been able to find a version of that
10:05:47 11   work. I've only been able to find the thread in
10:05:49 12   which it was being referenced and discussed.
10:05:50 13      Q  Well, at any point did you take your
10:05:52 14   history that you had been developing and take
10:05:55 15   out all the parts that Mr. Peterson had
10:05:56 16   developed?
10:05:56 17      A  I don't recall.
10:05:58 18      Q  You don't recall if you did that or
10:06:00 19   didn't do that?
10:06:00 20      A  I don't recall if I did or didn't.
10:06:05 21   All I know is I was working on a third version.
10:06:08 22   It added about another decade worth of history.
10:06:12 23   It added in warships, which had never been used
10:06:16 24   with the unit before. And we were -- and I had
10:06:20 25   sent this to Mr. Bills.

Page 81

10:06:22  1      And I should point out that I was not
10:06:25  2   the only BattleTech author who would discuss
10:06:27  3   this sort of information online with fans.
10:06:30  4      Q  Was the third version longer or
10:06:35  5   shorter than the second version, which is
10:06:35  6   Malcomson 3?
10:06:40  7      A  I believe it was longer.
10:06:40  8      Q  Okay. And do you recall whether in
10:06:43  9   writing the third version you deleted any of the
10:06:44 10   material from this second version?
10:06:45 11      A  I honestly do not recall.
10:06:48 12      Q  And do you have a copy of the third
10:06:48 13   version anywhere?
10:06:51 14      A  No. I have not been able to recover a
10:06:52 15   copy from the archives of the Web site.
10:06:55 16      Q  Okay. Were you angry when they took
10:06:57 17   down the second version?
10:06:59 18      A  Yes, I was. Not simply because they
10:07:01 19   took it down, but because they did not bother
10:07:05 20   talking to me about it. They simply took it and
10:07:07 21   I heard nothing. And I inquired and I heard
10:07:10 22   nothing. I was frustrated by lack of
10:07:12 23   communication, not that -- not the removal of
10:07:12 24   the work.
10:07:15 25      Q  So you were angry when they put it up

---

Coash and Coash, Inc.                              602-258-1440

dfe1664f-9415-4baa-8e30-83053b673033

Scott Malcomson                                                    July 20, 2009

Page 82

10:07:16  1    without your permission; right?
10:07:16  2        A  Yes.
10:07:19  3        Q  And you were angry when they took it
10:07:21  4    down; correct?
10:07:22  5        A  After -- after --
10:07:23  6        Q  When they took it down, you were
10:07:25  7    angry; right?  Can we just start with that?
10:07:26  8        A  Actually, no.  When they initially
10:07:29  9    took it down, I was not angry because I believed
10:07:31 10    that the third version was under review.  Only
10:07:33 11    when the new version came up that wasn't mine
10:07:34 12    was I angry.
10:07:36 13        Q  Do you recall writing that you were
10:07:39 14    angry when they took that version down?
10:07:40 15        A  Yes.
10:07:42 16        Q  You wrote that in a forum; correct?
10:07:43 17        A  Yes, I did.
10:07:47 18        Q  Okay.  Was, to your knowledge, there
10:07:49 19    some obligation of anybody on that Web site to
10:07:52 20    continue to have your story on that Web site?
10:07:54 21        A  No.  I was angry over the lack of
10:07:55 22    communication and the disrespect that was
10:07:56 23    involved in that.
10:08:02 24        Q  And the Eridani Light Horse story that
10:08:04 25    now appears on the Web site, does that include

Page 83

10:08:06  1    any of your work?
10:08:08  2        A  No.
10:08:12  3        Q  So in the big BattleTech universe now,
10:08:14  4    is your portion of the work part of that
10:08:16  5    universe?
10:08:18  6        A  Not since August 2007.  Up to that
10:08:20  7    point, no statement had been made that my
10:08:23  8    material had actually been formally removed from
10:08:26  9    canon.
10:08:31 10        Q  And canon means that somebody adopted
10:08:33 11    it as the official story of BattleTech?
10:08:34 12        A  That's correct.
10:08:37 13        Q  And who decides whether a work is
10:08:39 14    canon?  That's c-a-n-o-n?
10:08:40 15        A  That's right.
10:08:43 16        Q  Canon or not canon?
10:08:45 17        A  Any person authorized to publish
10:08:46 18    material for BattleTech.
10:08:49 19        Q  So who's the person who declared your
10:08:52 20    work at some point to be canon?
10:08:52 21        A  Warner Doles.
10:08:56 22        Q  And did he have the right to declare
10:08:57 23    it as canon?
10:08:58 24        A  Yes.
10:09:01 25        Q  Isn't it true that you've written in a

Page 84

10:09:04  1    forum that the only person who has the right to
10:09:08  2    declare something canon was Jason -- what's his
10:09:12  3    name?  Weiss?  The owner of BattleTech?
10:09:13  4        A  You mean Jordan Weisman?
10:09:14  5        Q  I'm sorry.  That's right.
10:09:16  6           Haven't you said publicly that Jordan
10:09:20  7    Weisman is the only one who could decide whether
10:09:22  8    something is canon or not?
10:09:25  9           Did you write that?
10:09:26 10        A  If I did, I was misinformed.
10:09:28 11        Q  Do you recall writing that?
10:09:29 12        A  I don't recall writing that.
10:09:30 13        Q  Is that --
10:09:32 14        A  I may have.  I may have said that.  I
10:09:34 15    will not say that I didn't.
10:09:36 16        Q  Well, you told me at the beginning of
10:09:37 17    the deposition that everything you wrote in
10:09:40 18    these forums you believed to be true at the time
10:09:41 19    you wrote them?
10:09:43 20        A  That's correct.  I may have been
10:09:45 21    misinformed, but I did believe it at the time.
10:09:46 22        Q  So again tell me who declared your
10:09:49 23    work to be canon?
10:09:50 24        A  That was specifically Warner Doles.
10:09:53 25        Q  Where was it declared it was canon?

Page 85

10:09:55  1    Where is that?
10:09:57  2        A  Mr. Warner Doles said in a forum
10:10:00  3    posting in response to somebody who was asking
10:10:02  4    whether or not the Eridani Light Horse material
10:10:05  5    had been, in fact, canon -- and this was before
10:10:09  6    the newest version came online.  He said yes.
10:10:11  7    In fact, everything posted to the historical
10:10:13  8    section of the Web site is canon.
10:10:15  9        Q  And what was his position when he said
10:10:17 10    that?
10:10:21 11           He was a moderator; right?
10:10:22 12        A  No, he wasn't a moderator.
10:10:23 13        Q  What was he?
10:10:26 14        A  He was an author for BattleTech, and
10:10:28 15    he had been the person who published the
10:10:30 16    material in the first place.
10:10:33 17        Q  He was an author for BattleTech?
10:10:33 18        A  Uh-huh.
10:10:36 19        Q  So what was his right to call
10:10:38 20    something canon or not?  What was his authority?
10:10:40 21        A  He originally had the right and
10:10:42 22    authority to publish it in the first place, and
10:10:43 23    he did.
10:10:45 24        Q  But where was his right to say that
10:10:47 25    what he had published was canon?

                                          22  (Pages 82 to 85)

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                July 20, 2009

Page 86

10:10:49 1    A  Because he was given that right in the
10:10:50 2    first place when it was published.
10:10:51 3    Q  Where?  Where was that written?
10:10:54 4    Where's the rule that says he's the guy who
10:10:55 5    makes something canon?
10:10:57 6    A  Because the Web site stated that it
10:10:59 7    was owned and operated by WizKids, LLC, and he
10:11:02 8    was the operator of the Web site.
10:11:04 9    Q  Was he -- is he employed by WizKids,
10:11:06 10   LLC?
10:11:08 11   A  He was at the time.  He was -- he had
10:11:12 12   in fact, already published electronically
10:11:14 13   material for WizKids.
10:11:16 14   Q  Was he authorized -- was he an
10:11:20 15   employee?  Was he somebody who got a salary from
10:11:21 16   WizKids?
10:11:22 17   A  I don't know if he was paid or not.
10:11:24 18   He was, however, acting as an employee for the
10:11:25 19   company.
10:11:27 20   Q  He was a volunteer, wasn't he?
10:11:29 21   A  I don't know.  I do know he was
10:11:29 22   authorized --
10:11:31 23   Q  Do you remember saying that he was a
10:11:32 24   volunteer?
10:11:33 25   A  I know that he was authorized by the

Page 87

10:11:36 1    company to publish material to the Web site, and
10:11:38 2    the publication of material to the Web site was
10:11:40 3    treated by WizKids as an act of the company.
10:11:43 4    Q  And where does it say that if
10:11:47 5    something's published, WizKids declares it to
10:11:50 6    canon?  Where does it say that?
10:11:52 7    A  Because any publication of electronic
10:11:55 8    material to the Web site was an act of WizKids.
10:11:57 9    Q  Where does it say that that means it's
10:12:00 10   canon?
10:12:01 11   A  Because that's how it was presented
10:12:03 12   for three years.
10:12:05 13   Q  Where did somebody write, I'm
10:12:09 14   presenting this that Malcomson wrote, and it's
10:12:10 15   canon, folks?
10:12:11 16   A  Nothing in BattleTech is actually
10:12:15 17   stated specifically to be canon.  It simply is
10:12:16 18   merged into the overall property.
10:12:17 19   Q  Thank you.
10:12:18 20       If I wanted to find in the BattleTech
10:12:23 21   universe your work right now, where would I find
10:12:23 22   that?
10:12:24 23   A  You would find it on my Web site.
10:12:26 24   Q  Okay.
10:12:26 25   A  I would --

Page 88

10:12:30 1    Q  Is your Web site authorized by WizKids
10:12:32 2    or any owner of BattleTech?
10:12:33 3    A  No, it isn't.
10:12:37 4    Q  Where in the BattleTech universe can I
10:12:39 5    say, you know what, remember that Eridani Light
10:12:42 6    Horse stuff that's the truth, that's canon that
10:12:46 7    Malcomson wrote, where am I going to find that
10:12:48 8    as an authorized included part of the BattleTech
10:12:50 9    universe?
10:12:52 10   A  Since August 2007 it has not been an
10:12:56 11   authorized part of the BattleTech universe by
10:12:56 12   specific decree.
10:12:57 13   Q  Okay.  Has --
10:12:59 14   A  Well, excuse me.
10:13:02 15   Q  Has WizKids or Topps in any way used
10:13:06 16   your idea or your writing about Eridani Light
10:13:10 17   Horse in any context that you know of?
10:13:12 18   A  Just in the promulgation of the
10:13:13 19   history on the Web site.
10:13:15 20   Q  Your work is still in the history in
10:13:16 21   the Web site?
10:13:17 22   A  No.  We was up until August 2005.
10:13:19 23   Q  I'm talking about now.
10:13:19 24   A  No.
10:13:20 25   Q  Okay.

Page 89

10:13:21 1    A  Not since --
10:13:24 2    Q  Between 2005 and today, neither
10:13:29 3    WizKids nor Topps nor Catalyst nor anybody else
10:13:32 4    has actually used any of your material in the
10:13:37 5    context of the BattleTech universe property; is
10:13:39 6    that right?
10:13:41 7    A  It's a little more complicated than
10:13:43 8    that.  No, they have not used it.  However,
10:13:47 9    canon remains -- according to standard policy
10:13:50 10   going all the way back to FASA days, is
10:13:54 11   called into question when there is a conflict
10:13:57 12   with a later publication.
10:14:00 13       And this is why the 2007 statement was
10:14:03 14   made.  What it specifically said was Catalyst
10:14:06 15   Game Labs.  And WizKids never made a statement
10:14:09 16   one way or the other, only Catalyst Game Labs.
10:14:12 17   Catalyst Game Labs considers material to --
10:14:14 18   if -- only if it is physically in print or
10:14:17 19   currently on the Web site do they consider it to
10:14:18 20   be canon.
10:14:19 21   Q  Is your work on the Web site
10:14:19 22   currently?
10:14:20 23   A  No.
10:14:23 24   Q  Is it physically in print somewhere?
10:14:25 25   A  No -- well, aside from this.  It's --

23 (Pages 86 to 89)

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

Page 90

10:14:26  1    yeah.
10:14:29  2    Q  You haven't printed a magazine with
10:14:31  3    this in it or book or anything like that?
10:14:32  4    A  No.  Just my own Web site.
10:14:33  5    Q  Right.
10:14:42  6        If WizKids or Topps did a movie
10:14:47  7    tomorrow and was about BattleTech but didn't
10:14:50  8    include your work on Eridani Light Horse, would
10:14:56  9    you be a co-owner of that movie, in your view?
10:14:58 10    A  I don't know.  Because I do not know
10:15:03 11    whether or not they even own or owned at the
10:15:05 12    time the movie rights.  I only --
10:15:09 13    Q  If they wrote a book today that talked
10:15:12 14    about -- that gave a full history, a huge
10:15:15 15    volume, full history of the entire BattleTech
10:15:21 16    universe and it did not include any of your work
10:15:23 17    on Eridani Light Horse, is your understanding
10:15:27 18    that you would be a co-owner of that literary
10:15:27 19    work?
10:15:28 20    A  Yes.
10:15:31 21    Q  And why would you be a co-owner even
10:15:34 22    though it didn't include any part of your work
10:15:36 23    on Eridani Light Horse?
10:15:38 24    A  Because I'm a co-owner of the entirety
10:15:41 25    of the BattleTech property.  Whether or not they

Page 91

10:15:44  1    choose to include my material in any future
10:15:45  2    publications doesn't change the overall
10:15:49  3    copyright.
10:15:51  4    Q  And what about the exclusion --
10:15:52  5    A  Speaking of which, I did want to
10:15:53  6    clarify this.
10:15:55  7    Q  -- what about the exclusion in the
10:15:57  8    copyright registration that says you don't claim
10:15:59  9    rights in anything having to do with BattleTech?
10:16:02 10    A  I did wish to clarify that.  At the
10:16:04 11    time that I originally filed this case -- and of
10:16:07 12    course this was filed long before I actually
10:16:10 13    filed the case itself.  When I initially filed
10:16:13 14    the case, I was only concerned with the issues
10:16:17 15    of fraud and copyright infringement arising from
10:16:20 16    the original use of the material.  That I only
10:16:22 17    believed occurred because of the repeated
10:16:25 18    statements by people claiming inside knowledge
10:16:28 19    that my work had been used illegally.
10:16:31 20        At the time of the filing, I did not
10:16:34 21    believe that I was a co-owner of BattleTech.  I
10:16:37 22    believed only that I owned specific portions of
10:16:42 23    my own work as a contributor to a collected work
10:16:46 24    as defined under USC 17 Section 101.  So I
10:16:48 25    apologize for my earlier confusion on the issue.

Page 92

10:16:50  1        The reason I amended that was because
10:16:53  2    of my discovery during search for records in the
10:16:57  3    promulgation of this case where I found the 1996
10:17:01  4    FASA guidelines stating the intent to merge
10:17:05  5    works.  Then I reviewed the definitions under
10:17:10  6    section 101 USC 17 again and determined that it
10:17:13  7    was a more appropriate definition to say that my
10:17:15  8    work had been included as part of a joint work
10:17:18  9    rather than a contribution to a collected work.
10:17:21 10    Therefore I amended my complaint in the -- in
10:17:21 11    the lawsuit.
10:17:24 12    Q  And you filed an amended registration
10:17:26 13    form so that it would be accurate; correct?
10:17:27 14    A  You mean for this?
10:17:29 15    Q  With the copyright office, yeah.
10:17:31 16    A  I wasn't even aware you could do that.
10:17:33 17    Q  Well, did you go on the Web site and
10:17:38 18    check or call somebody up and ask?
10:17:39 19    A  No.  I did initially call them about
10:17:41 20    the -- well, actually, let me see here.  I know
10:17:45 21    I called them, but what was it even about?
10:17:47 22        No, I did not inquire as to that.  I
10:17:50 23    simply didn't even know that you could amend it.
10:17:52 24    Q  Okay.
10:17:54 25    A  I believe I only checked because of

Page 93

10:17:56  1    this -- this -- this typo here where it says
10:18:05  2    Hores.  They have it as Eridani Light Hores, as
10:18:08  3    in H-o-r-e-s.  And I did inquire as to whether
10:18:09  4    or not that could be corrected, and they said
10:18:09  5    they would get back to me.  And I haven't heard
10:18:09  6    anything yet.
10:18:12  7    Q  By the way, you made reference to you
10:18:14  8    amended the complaint?
10:18:15  9    A  Yeah.  The --
10:18:17 10    Q  You made a motion to amend the
10:18:17 11    complaint; correct?
10:18:18 12    A  That's correct.
10:18:20 13    Q  And the court granted that; correct?
10:18:20 14    A  Yes.
10:18:22 15    Q  And then the court said you could
10:18:23 16    serve and file your amended complaint within
10:18:25 17    10 days; right?
10:18:25 18    A  Yes.
10:18:27 19    Q  And did you ever serve the complaint
10:18:28 20    on Topps?
10:18:28 21    A  Yes.
10:18:30 22    Q  How did you serve it?
10:18:33 23    A  I mailed it via certified mail.
10:18:35 24    Q  Do you have the receipt for that?
10:18:50 25        You're going through some folio that

Coash and Coash, Inc.                              602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                        July 20, 2009

Page 94

10:18:53  1   you have. Is that all your stuff relating to
10:18:54  2   this case?
10:18:55  3        A  These are all the filing receipts that
10:19:02  4   I have related to the case. Let's see here.
10:19:05  5   The only problem is I do not know which one of
10:19:09  6   these would have been that particular item.
10:19:11  7        Q  Is there something you can show me?
10:19:13  8   Because we never got the copy of the complaint
10:19:15  9   after the judge said you could serve it. We got
10:19:18 10   a copy of your motion which had it attached that
10:19:21 11   asked the court to let you file it.
10:19:23 12        After the court said okay, you can go
10:19:26 13   ahead and serve it, did you then do a second
10:19:29 14   mailing that had the complaint after the judge
10:19:31 15   had said you could serve it?
10:19:32 16        A  I believe I did.
10:19:36 17        Q  Can you show me the receipt for that?
10:19:53 18        A  Let's see.
10:19:56 19        Q  Who did you mail it to, by the way?
10:19:58 20        A  I believe I mailed it to Topps,
10:20:02 21   Incorporated, because at that time -- that's
10:20:04 22   right. Because early in the case, I believe
10:20:07 23   that I had to mail things to Topps directly and
10:20:12 24   then they would be forwarded to Ms. Tajika, and
10:20:15 25   then she informed me to mail them directly --

Page 95

10:20:15  1        THE COURT REPORTER: I'm sorry.
10:20:15  2   Forwarded to --
10:20:16  3        MR. EBERT: Tajika, T-a-j-i-k-a.
10:20:16  4   That's an associate in my office.
10:20:17  5        Q  BY MR. EBERT: So but this -- this
10:20:20  6   complaint, this amended complaint came after you
10:20:23  7   were told by Ms. Tajika to send everything to
10:20:24  8   her; right?
10:20:27  9        A  No. Because the amended complaint
10:20:31 10   would have been March, and I recall that she
10:20:34 11   complained afterwards that I was -- amongst
10:20:35 12   other things, that I was sending you email. And
10:20:38 13   she insisted that I send her the email even
10:20:40 14   though she wasn't filed as the email of record.
10:20:41 15        Q  Okay. But I --
10:20:43 16        A  So we had some initial communication
10:20:46 17   problems there because I was sending things to
10:20:49 18   Topps directly, and then she asked me to start
10:20:52 19   sending them to her. And I was sending you
10:20:54 20   emails with documentation, and she was asking
10:20:55 21   those to be sent to her.
10:20:56 22        Q  Do you have any proof that you mailed
10:21:01 23   this amended complaint or served this amended
10:21:05 24   complaint after the judge said you could do so?
10:21:07 25        A  If I do, it's likely going to be in

Page 96

10:21:10  1   one of these receipts. Let me see if I have a
10:21:35  2   copy of the actual thing right in here. There's
10:21:36  3   the proposed amendment.
10:21:37  4        Q  Right.
10:21:39  5        A  A Motion to file an amendment to
10:21:40  6   complaint for relief.
10:21:41  7        Q  Right.
10:23:14  8        A  It looks like I probably sent the
10:23:16  9   actual approved proposed amendment to complaint
10:23:24 10   for relief because there is a list of lodged-in
10:23:30 11   copy, which is stamped for February 23 which --
10:23:37 12   but I recall sending it in March. I could
10:23:39 13   double-check the records that I still have at
10:23:44 14   home. I admit that I was not expecting to need
10:23:44 15   that.
10:23:47 16        Q  We just never got a mailing from you.
10:23:49 17   I just want to clarify that your claim in this
10:23:54 18   case now is limited only to what you have and --
10:23:56 19   and what we have as the first proposed amendment
10:23:59 20   to complaint for relief, which I'll mark as
10:24:01 21   Malcomson Exhibit 5 and have you look at.
10:24:02 22        I just want to confirm that that's
10:24:03 23   your --
10:24:03 24        A  Yes.
10:24:04 25        Q  -- complaint?

Page 97

10:24:05  1        A  That is the complaint.
10:24:10  2        Q  Okay. You're not -- I'm sorry.
10:24:12  3        A  I'm not trying to slide anything extra
10:24:12  4   in there. What's in the complaint --
10:24:20  5        Q  Let her mark the Exhibit.
10:24:22  6        A  My apologies.
10:24:22  7        (The document was marked as Exhibit
10:24:22  8   Number 5 for identification as of July 20,
10:24:22  9   2009.)
10:24:25 10        Q  BY MR. EBERT: I put Exhibit 5 in
10:24:25 11   front of you.
10:24:26 12        I just want to confirm that those are
10:24:28 13   the claims that you're now pursuing against
10:24:29 14   Topps?
10:24:30 15        A  That's correct.
10:24:32 16        Q  And you're not seeking -- to be very
10:24:34 17   clear, this is important, you're not claiming
10:24:39 18   copyright infringement anymore; correct?
10:24:40 19        A  I've not filed for copyright
10:24:42 20   infringement at this time. I'm seeking
10:24:43 21   clarification of the copyright issue.
10:24:46 22        Q  Okay. So you're not saying that we
10:24:47 23   breached your copyright. You're simply saying
10:24:50 24   that Topps and you are joint owners of the
10:24:52 25   entire BattleTech property; correct?

Coash and Coash, Inc.                                                  602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                July 20, 2009

Page 98

10:24:54  1      A  That's right. And I should clarify.
10:24:59  2   As far as this goes, my entire basis for belief
10:25:03  3   that my work was infringed comes from these
10:25:07  4   forum moderators who made statements that, if
10:25:11  5   true, indicate infringement. My belief is that
10:25:14  6   my -- that my deal with WizKids was a legitimate
10:25:14  7   one.
10:25:17  8      Q  And that WizKids honored it and you
10:25:18  9   honored it; correct?
10:25:18 10      A  Yes.
10:25:23 11      Q  And so what a moderator on a forum may
10:25:25 12   say is of absolutely no consequence to you, me,
10:25:26 13   Topps, WizKids, or anybody else; right?
10:25:28 14      A  They were claiming inside information.
10:25:30 15      Q  But you and I know that a moderator on
10:25:35 16   a forum has no authority to say or do anything
10:25:38 17   that binds anybody or anything; correct?
10:25:38 18      A  That's correct.
10:25:41 19      Q  Okay. And just because maybe a jury
10:25:44 20   is going to be listening to this, what's your
10:25:45 21   understanding of what a forum -- of the
10:25:50 22   BattleTech forum moderator, what is the role and
10:25:53 23   import of a moderator on a forum?
10:25:55 24      A  The normal import of a forum moderator
10:25:58 25   is to ensure that people are civil to each other

Page 99

10:26:01  1   and follow the rules for discussion on the
10:26:05  2   forum. That's it in a nutshell.
10:26:10  3      The only -- the only problems that
10:26:12  4   came up were that the forum moderators in this
10:26:17  5   case were engaged in personal defamation. I do
10:26:19  6   not consider Topps in any way liable for their
10:26:23  7   actions or statements. I want to make that very
10:26:28  8   clear. And I did not receive any actual proof
10:26:31  9   in this matter because WizKids never clarified
10:26:36 10   one way or the other. CGL, Catalyst Game Labs,
10:26:38 11   never stated that my work had never been
10:26:41 12   legitimately published. FanPro never made any
10:26:42 13   commentary on the matter.
10:26:44 14      To my knowledge, no person of
10:26:48 15   authority has ever said that my work was not
10:26:53 16   legally and properly published as part of my
10:26:54 17   2002 deal.
10:26:57 18      Q  All right. So as far as you're
10:27:01 19   concerned, that deal was entered into,
10:27:05 20   performed, and is over; correct?
10:27:07 21      A  Yes. That's the way I would like to
10:27:07 22   treat it.
10:27:10 23      Q  Okay. Has WizKids said that they
10:27:11 24   think of it any differently?
10:27:12 25      A  No.

Page 100

10:27:13  1      Q  Has Topps said that they have any
10:27:15  2   different view of what happened?
10:27:17  3      A  Topps has stated they believe that I
10:27:19  4   have no copyright in the property whatsoever.
10:27:21  5      Q  I'm not asking that yet.
10:27:24  6      I'm asking did Topps ever say to you
10:27:27  7   the deal that we entered into in 2002, that you
10:27:30  8   entered into with WizKids or FanPro, whoever you
10:27:33  9   entered into it with, has Topps ever said we
10:27:36 10   believe that that deal was invalid?
10:27:39 11      A  They may specifically have. I do not
10:27:41 12   specifically recall off the top of my head if
10:27:45 13   they did. I do know that they specifically
10:27:47 14   stated in the defenses that they launched that
10:27:49 15   they had no knowledge of the property in the
10:27:50 16   first place.
10:27:53 17      They did, however, assert that I did
10:27:57 18   not have any copyright in it. So I would have
10:28:00 19   to presume that that would imply a belief that
10:28:02 20   there had never been a legitimate deal.
10:28:06 21      Q  But Topps hasn't sued you saying that
10:28:07 22   you infringed on their copyright?
10:28:08 23      A  No, they certainly haven't.
10:28:10 24      Q  And you're not suing them to say that
10:28:13 25   they infringed on your copyright now?

Page 101

10:28:15  1      A  No. As a matter of fact, any --
10:28:18  2   anything that might have illegally occurred
10:28:21  3   would have occurred under WizKids, LLC, before
10:28:21  4   Topps ever bought them.
10:28:23  5      Q  You don't think Topps did anything
10:28:23  6   wrong here; right?
10:28:25  7      A  No. As a matter of fact, I -- I
10:28:28  8   really wish that we could have just settled this
10:28:29  9   through, you know, discussions with WizKids.
10:28:35 10   And we did have some -- some brief discussions
10:28:38 11   on the matter, but those simply broke down.
10:28:41 12      Otherwise, WizKids has simply ignored
10:28:45 13   all attempts at communication. If we could have
10:28:47 14   just sat down and discussed this civilly, I
10:28:49 15   think we would have come up with a, look,
10:28:51 16   Mr. Malcomson published -- had this material
10:28:54 17   published. He has the rights to his sole
10:28:56 18   property, the original material that he
10:28:58 19   specifically created, and we're going to give
10:29:01 20   him credit for that. I would have been happy.
10:29:03 21      Q  Are you familiar with the concept of a
10:29:06 22   statute of limitations?
10:29:06 23      A  Yes.
10:29:07 24      Q  And have you looked at what the
10:29:11 25   statute of limitations is on the claim that

26 (Pages 98 to 101)

Scott Malcomson                                        July 20, 2009

## Page 102

10:29:13  1   you're now asserting against Topps in this
10:29:13  2   lawsuit?
10:29:13  3       A  Yes.
10:29:15  4       Q  What's your understanding of what that
10:29:16  5   statute is?
10:29:18  6       A  My understanding is that you only have
10:29:22  7   up to three months after discovery of an
10:29:25  8   infringement of copyright to file the copyright
10:29:29  9   in order to pursue a lawsuit for it and that
10:29:32 10   there is a limitation of, if I'm recalling
10:29:35 11   correctly, approximately three years after
10:29:37 12   discovery to actually pursue the lawsuit.
10:29:39 13       Q  So when did you first discover the
10:29:42 14   basis for the claim that you're suing Topps on
10:29:43 15   now?
10:29:45 16       A  Technically I didn't discover any
10:29:46 17   actual proof of it until Topps stated that I had
10:29:51 18   no copyright, and that would have been in
10:29:59 19   January or February of 2009.  Prior to that
10:30:01 20   nobody had, except the forum moderators in
10:30:03 21   question, had challenged my copyrights.
10:30:06 22       Q  You're not seeking -- you're not
10:30:08 23   claiming copyright infringement here; right?
10:30:10 24       A  Not now, no.
10:30:10 25       Q  Okay.

## Page 103

10:30:12  1       A  I'm only asking right now that we
10:30:15  2   clarify the issue.  And I wish to be perfectly
10:30:18  3   straightforward about this.  If I'm wrong in my
10:30:21  4   assumptions of what copyrights that I have, I
10:30:23  5   want to know so that we can settle this
10:30:26  6   amicably.  I'm not going to sit here and say I'm
10:30:29  7   the sage of the age.  I simply read the law as I
10:30:31  8   understand it.  And to a certain extent, I've
10:30:34  9   dug in my heels because I have been ignored and
10:30:37 10   otherwise -- ignored on the one hand and
10:30:41 11   repeatedly verbally attacked on the other.
10:30:44 12       Q  Verbally attacked by who?
10:30:46 13       A  By the forum moderators in specific,
10:30:49 14   including threats to banish me from the board
10:30:54 15   for alleged plots.  It's been very nasty, and
10:30:56 16   it's been ongoing behavior for several years.
10:30:58 17       Q  And that's why you filed your claim
10:30:59 18   against Topps?
10:31:01 19       A  It's why I believe that my rights have
10:31:03 20   become infringed because I believe that these
10:31:05 21   people thought that they were actually
10:31:07 22   knowledgeable of what was going on.
10:31:09 23       My -- my -- Topps -- or excuse me.
10:31:13 24   WizKids' refusal or failure to clarify things
10:31:17 25   when I asked them repeatedly meant that I could

## Page 104

10:31:19  1   not rely on any other information except what
10:31:21  2   was coming from these people who were claiming
10:31:24  3   inside knowledge.
10:31:26  4       One stated that a senior WizKids
10:31:27  5   staffer told him my work had been lifted
10:31:33  6   directly from the 1996 version and that it was
10:31:36  7   perfectly justified because it included, as
10:31:37  8   you've noted, material from previous BattleTech
10:31:42  9   materials.  But nobody at WizKids would clarify
10:31:46 10   that.  Nobody at WizKids would take a stance.
10:31:49 11       So I was left in limbo not knowing
10:31:50 12   what WizKids' position was, and they wouldn't
10:31:52 13   respond.
10:31:57 14       My apologies if I'm becoming a little
10:32:03 15   emotional about this.  I just want to know where
10:32:05 16   I stand so I can have closure on it.  If I have
10:32:09 17   to sue for co-ownership because that's what the
10:32:15 18   law appears to say, then that's where I'm at.
10:32:24 19   Maybe if I could afford a lawyer or get somebody
10:32:27 20   to take it pro bono, that will help, but I
10:32:30 21   can't, or I haven't been able to yet.
10:32:38 22       Q  Okay.  You said that you were given
10:32:42 23   permission to use the material that you took
10:32:43 24   from Malcomson Exhibit 1; correct?
10:32:44 25       A  That's correct.

## Page 105

10:32:47  1       Q  And that permission was given by who
10:32:48  2   specifically?
10:32:52  3       A  Originally it would have been Scott
10:32:58  4   Jenkins through his initial submission
10:33:02  5   guidelines, also in accordance with previous
10:33:04  6   publications that had been done at FASA.
10:33:05  7       Q  Okay.
10:33:06  8       A  This was standard practice.
10:33:08  9       Q  I just want to know who said to you
10:33:12 10   it's okay for you to use Mr. Peterson's original
10:33:14 11   work.  Who said that to you?
10:33:15 12       A  Nobody said it.
10:33:17 13       Q  Okay.  But your understanding that you
10:33:19 14   had permission was based on the submission
10:33:22 15   guidelines that were in effect in 1993?
10:33:24 16       A  Specifically on the fact that none of
10:33:26 17   the material was objected to during the
10:33:29 18   three-year period of development.  And I should
10:33:32 19   also point out that other publications have also
10:33:35 20   used some of Mr. Peterson's work verbatim in
10:33:37 21   other BattleTech publications.
10:33:41 22       Q  Mr. Malcomson, your work was being
10:33:43 23   reviewed, and it was never published; correct,
10:33:44 24   until 2002?
10:33:44 25       A  That's right.

27  (Pages 102 to 105)

Scott Malcomson                                                July 20, 2009

Page 106

10:33:48  1      Q  So when people were looking at this in
10:33:51  2   1993, '94, '95, and nobody said you can't use
10:33:55  3   that work, it wasn't -- nobody intended to
10:33:57  4   publish it at that time, so it didn't matter
10:33:59  5   whether that other work was in there or not;
10:34:00  6   correct?
10:34:02  7      A  Well, they did request that other
10:34:03  8   material be taken out.
10:34:05  9      Q  Okay.  But they never published
10:34:06 10   whatever you were working on; correct?
10:34:07 11      A  That's correct.
10:34:08 12      Q  So nobody ever said to you we're going
10:34:11 13   to publish this, and by the way, we've gotten
10:34:14 14   the permission or we've given you the permission
10:34:16 15   to publish a work that includes somebody else's
10:34:16 16   previous work.
10:34:18 17         Nobody ever said that to you; right?
10:34:19 18      A  No, nobody did.
10:34:21 19      Q  And you were depending on the FASA
10:34:24 20   submission guidelines to some extent to say that
10:34:26 21   you were able to use somebody else's work?
10:34:28 22      A  That and also the history that they
10:34:29 23   had of other publications.
10:34:31 24         The simple fact is that beyond the
10:34:38 25   guidelines, FASA gave very little feedback.  The

Page 107

10:34:41  1   letters that I have, which are, you'll note, are
10:34:43  2   pretty rare, they usually didn't ask for much to
10:34:45  3   be changed.  So I was simply left in the dark as
10:34:47  4   to what was allowable and what wasn't.
10:34:49  5      Q  Let's look at the 1993 submission
10:34:52  6   guidelines from FASA, which I'm going to ask the
10:35:04  7   reporter to mark as Exhibit 6.
10:35:04  8         (The document was marked as Exhibit
10:35:04  9   Number 6 for identification as of July 20,
10:35:04 10   2009.)
10:35:13 11      Q  BY MR. EBERT:  Are these the
10:35:15 12   guidelines that you were aware of in 1993?
10:35:16 13      A  Yes.
10:35:23 14      Q  And where -- in these guidelines where
10:35:28 15   does it say that you have the permission to use
10:35:30 16   other people's preexisting work?
10:35:33 17      A  Let me reread it.
10:36:04 18         We reserve the right to --
10:36:05 19      Q  Wait, wait, wait.
10:36:06 20         Where are you reading from?
10:36:07 21      A  This is from the second page.
10:36:08 22      Q  Yeah.
10:36:13 23      A  In the section that says, Please note,
10:36:14 24   under general submission procedure.
10:36:15 25      Q  Yeah.

Page 108

10:36:18  1      A  We reserve the right to ask for
10:36:20  2   multiple resubmissions and rewrites of a
10:36:23  3   proposal until the ideas in the proposal mesh
10:36:25  4   with the direction of the game universe.
10:36:28  5      Q  Right.
10:36:31  6         Okay.  Well, at what point did your
10:36:33  7   ideas mesh with the direction of the game
10:36:34  8   universe?
10:36:36  9         When did somebody tell you that that
10:36:37 10   had been accomplished?
10:36:38 11      A  When it was published.
10:36:39 12      Q  In 2002?
10:36:40 13      A  That's correct.
10:36:43 14      Q  Did somebody say we're publishing this
10:36:45 15   because it meshes with the direction in the game
10:36:46 16   universe?
10:36:47 17      A  No one said specifically.
10:36:49 18      Q  They just published it; correct?
10:36:49 19      A  That's right.
10:36:52 20      Q  In 1993 and 1996, during that period
10:36:54 21   they were reviewing it, did somebody say we
10:36:56 22   finally got it, and your work meshes with the
10:36:57 23   game universe?
10:36:58 24      A  No.
10:37:02 25      Q  Okay.

Page 109

10:37:03  1      A  That was the point of development as
10:37:05  2   listed on page 1 here.
10:37:06  3      Q  Okay.  But the development was never
10:37:07  4   completed?
10:37:07  5      A  That's right.
10:37:11  6      Q  Okay.  Now, the --
10:37:11  7      A  I -- I -- okay.  Go ahead.  I'm sorry.
10:37:16  8      Q  The next -- the next issue is you
10:37:19  9   claim your right of co-ownership in some way
10:37:21 10   arises from this submission guideline; correct?
10:37:21 11      A  That's right.
10:37:24 12      Q  What aspect -- what specific words in
10:37:27 13   this submission guideline do you rely on to
10:37:29 14   claim that you are a joint owner of the entire
10:37:31 15   BattleTech universe?
10:37:33 16      A  If we like your project concept -- and
10:37:36 17   this is under submission procedure on page 1 --
10:37:38 18   you will be contacted by one of our developers
10:37:43 19   to ensure that your idea merges cleanly into the
10:37:47 20   game story for which you are writing.
10:37:48 21      Q  Okay.  So those -- based on those
10:37:52 22   words, you have a joint ownership to the entire
10:37:53 23   BattleTech universe?
10:37:57 24      A  No.  These were modified between 1993
10:37:58 25   and 1996.

Coash and Coash, Inc.                         602-258-1440
                                              dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                July 20, 2009

---

### Page 110

10:37:59  1    Q  Right.
10:38:01  2    A  And I should point out that each
10:38:04  3  submission when they would ask for a rewrite and
10:38:06  4  I would send a new submission, they treated it
10:38:10  5  as a -- you know, as the same ongoing
10:38:14  6  development process, but they treated it under
10:38:16  7  the guidelines for that time.
10:38:18  8      So the 1996 submission was covered
10:38:22  9  under the 1996 guidelines, which changed game
10:38:24 10  story to game universe.
10:38:27 11    Q  Okay.  Can I see the 1996?  Do you
10:38:30 12  have the 1996 guidelines?
10:38:33 13    A  They'll be buried in here somewhere.
10:38:37 14  You can probably find them faster yourself, to
10:39:05 15  be honest.
10:39:07 16      I believe this might be it.  I'm just
10:39:10 17  checking to see if this actually says 1996 on
10:39:19 18  it.  Yes.  All rights reserved, 1996.
10:39:21 19    Q  Can I mark this?  Do you mind?
10:39:23 20    A  Certainly.  Go ahead.
10:39:26 21    MR. EBERT:  Mark this, please, as
10:39:34 22  Exhibit 7.
10:39:34 23      (The document was marked as Exhibit
10:39:34 24  Number 7 for identification as of July 20,
10:39:34 25  2009.)

---

### Page 111

10:39:37  1      THE WITNESS:  You should have a copy
10:39:37  2  of that.
10:39:39  3    Q  BY MR. EBERT:  You'll get a copy.
10:39:43  4  You'll get a copy of all these when we're done.
10:39:45  5      What words in the 1996 version, which
10:39:47  6  is Malcomson Exhibit 7, do you base your claim
10:39:49  7  that you have joint ownership to the entire
10:39:51  8  BattleTech universe?
10:39:53  9    A  Under general submission procedure,
10:39:55 10  last paragraph, It may take some time for the
10:39:58 11  details of your project to be worked out, but if
10:40:01 12  we like your proposal, you'll be contacted by
10:40:05 13  one of our developers, ergo -- now, this is just
10:40:07 14  the first part of it.  It simply means that FASA
10:40:09 15  has control of even having one of their
10:40:11 16  developers contact you.
10:40:14 17      So please do not start to write the
10:40:16 18  project until one of the developers ask you to
10:40:18 19  do so.  The developer will wish to discuss your
10:40:21 20  project fully to ensure that your ideas merge
10:40:24 21  cleanly into the game universe.
10:40:28 22    Q  And it's based on those words that you
10:40:29 23  acquired rights to the entire BattleTech
10:40:30 24  universe?
10:40:31 25    A  Specifically because FASA stated that

---

### Page 112

10:40:34  1  the idea was to merge into the entire game
10:40:35  2  universe.
10:40:42  3    Q  Okay.  So -- and your understanding is
10:40:47  4  that by somebody posting your story in 2002 on
10:40:49  5  the Web site that that meant they must have
10:40:51  6  thought your ideas merged into the whole
10:40:52  7  universe.
10:40:54  8      And because your ideas merged into the
10:40:57  9  whole universe, you were a co-owner of the
10:41:01 10  entire BattleTech universe property; correct?
10:41:03 11    A  Specifically because they merged my
10:41:05 12  work into the overall property of BattleTech
10:41:08 13  without any controlling restrictions.  Had they
10:41:11 14  at least put up a disclaimer of some sort saying
10:41:14 15  that this is fan fiction.  We like it, but it's
10:41:17 16  not official, or if they had engaged me in a
10:41:21 17  work-for-hire contract or some other set of
10:41:24 18  terms, they could have superceded those terms,
10:41:24 19  but they did not.
10:41:27 20    Q  What's fan fiction?
10:41:29 21    A  Fan fiction is fiction written by a
10:41:34 22  fan which uses material based on the original
10:41:37 23  property that is not authorized specifically for
10:41:39 24  publication.
10:41:42 25    Q  Is that something like your third

---

### Page 113

10:41:44  1  version of what you just published?  Is that fan
10:41:45  2  fiction?
10:41:47  3    A  Yes.  Technically it was because I
10:41:50  4  developed it independently.  I was not solicited
10:41:52  5  to do it.  It was simply something that I
10:41:55  6  thought would be an appropriate update to the
10:41:55  7  work.
10:41:58  8    Q  So that, the third version was fan
10:41:58  9  fiction?
10:41:59 10    A  Strictly fan fiction.
10:42:01 11    Q  But the second and first versions were
10:42:02 12  not fan fiction; correct?
10:42:03 13    A  That's correct.
10:42:06 14    MR. EBERT:  Okay.  Let me please mark
10:42:09 15  as Malcomson Exhibit 8 a copy of BattleTech
10:42:13 16  terms and conditions of use, which the first
10:42:15 17  page of which has in the upper right-hand corner
10:42:18 18  December 4, 2001, and then there's another
10:42:19 19  version of this that has handwriting June 10,
10:42:20 20  2002.  And that's the exhibit.
10:42:42 21      (The document was marked as Exhibit
10:42:42 22  Number 8 for identification as of July 20,
10:42:42 23  2009.)
10:42:50 24    Q  BY MR. EBERT:  Are you familiar with
10:42:51 25  these documents?

---

29  (Pages 110 to 113)

Scott Malcomson                                                                July 20, 2009

---

Page 114

10:42:52 1   A  Yes, I am.
10:42:54 2   Q  Have you ever read these terms and
10:42:56 3   conditions?
10:42:56 4   A  Yes, I have.
10:43:00 5   Q  And did you read them in 2002?
10:43:03 6   A  No, I did not.
10:43:05 7   Q  Did you read -- why not?
10:43:06 8   A  Because it didn't seem to be a
10:43:07 9   requirement.
10:43:10 10   Q  Well, you're depending a lot on the
10:43:12 11   fact that WizKids says it owns and operates --
10:43:15 12   that all these -- I'm sorry -- that this says
10:43:17 13   that all these properties belong to WizKids.
10:43:20 14       You think that's a very important
10:43:21 15   point; right?
10:43:22 16   A  Yes, I do.  The reason that I did not
10:43:24 17   review this in 2002 was that there was no point
10:43:26 18   of contention.  We arrived at what appeared to
10:43:29 19   be an amicable deal.  Nobody had any complaints,
10:43:32 20   so I had no reason to research the legal side of
10:43:32 21   it.
10:43:44 22   Q  Okay.  And on page 3 of the 2001
10:43:52 23   version, it's short.  I'm just going to read
10:43:53 24   this into the record.
10:43:56 25       It says, By uploading materials to any

---

Page 115

10:43:59 1   forum or submitting any materials to us, you
10:44:02 2   automatically grant or warrant that the owner of
10:44:05 3   such materials has expressly granted us a
10:44:09 4   perpetual, royalty-free, irrevocable,
10:44:11 5   non-exclusive right and license to use,
10:44:16 6   reproduce, modify, adapt, publish, translate,
10:44:19 7   create derivative works from, and distribute
10:44:21 8   such materials or incorporate such materials
10:44:26 9   into any form, medium, or technology now known
10:44:28 10   or later developed throughout the universe.  In
10:44:30 11   addition, you warrant that so-called moral
10:44:33 12   rights in those materials have been waived.
10:44:33 13       Do you see that?  Did I read that
10:44:33 14   correctly?
10:44:34 15   A  Yes, that is correct.
10:44:41 16   Q  Okay.  And the same paragraph appears
10:44:45 17   in the 2002 version; correct?
10:44:46 18   A  I believe so.
10:44:48 19   Q  And do you know if that same paragraph
10:44:50 20   appeared in the WizKids terms and conditions at
10:44:53 21   the time that you chose to upload the third
10:44:56 22   version on the site?
10:44:58 23   A  I -- honestly I don't know because I
10:44:59 24   don't know what the terms were in 2005.  I'm not
10:45:02 25   making any claims regarding the third version.

---

Page 116

10:45:05 1   Q  Okay.  But the third version included
10:45:07 2   a great deal of material that also appeared in
10:45:12 3   the second version; correct?
10:45:12 4   A  I believe so.
10:45:16 5   Q  And it also included a great deal of
10:45:19 6   material that you created in the first version;
10:45:19 7   correct?
10:45:20 8   A  I believe so.
10:45:21 9   Q  And just to be clear on the second
10:45:26 10   version, the third version included most, if not
10:45:29 11   all, of the -- of your material that you had in
10:45:30 12   the second version; correct?
10:45:31 13   A  I believe so.
10:45:34 14   Q  So would you agree with me that you,
10:45:38 15   by voluntarily posting the third version on the
10:45:41 16   Web site in the forum section, that you waived
10:45:44 17   and gave over all of your rights to the content
10:45:47 18   and the copyrights in that material?
10:45:47 19   A  No.
10:45:50 20   Q  And that's because what's in the --
10:45:52 21   what I just read doesn't give that right over to
10:45:54 22   WizKids?
10:45:55 23   A  I don't believe it did at the time.  I
10:45:57 24   certainly had not read the material.
10:45:59 25   Q  Oh, you hadn't read the terms and

---

Page 117

10:46:00 1   conditions?
10:46:01 2   A  I had not read the terms and
10:46:02 3   conditions at that point.
10:46:04 4   Q  Oh.  So if you had posted it even if
10:46:04 5   the terms --
10:46:04 6   A  It was only --
10:46:05 7   Q  Let me finish.
10:46:05 8   A  I'm sorry.  Go ahead.
10:46:07 9   Q  If the terms and conditions appeared
10:46:11 10   as I just read them in 2007 on the site and you
10:46:13 11   posted your material without reading the terms
10:46:15 12   and conditions, that means the terms and
10:46:18 13   conditions wouldn't apply to you?
10:46:19 14   A  It simply means that I would have been
10:46:20 15   ignorant of the terms and conditions.
10:46:23 16   Q  So you wouldn't have been bound by
10:46:23 17   them; right?
10:46:24 18   A  I honestly don't know.
10:46:27 19   Q  Okay.  If you were bound by the terms
10:46:29 20   and conditions, would you agree with me that you
10:46:32 21   waived all your rights in this so-called
10:46:35 22   original material that you're suing based on?
10:46:36 23   A  Only to the third version.
10:46:38 24   Q  And the third version includes
10:46:40 25   verbatim things that you're claiming rights to

---

30 (Pages 114 to 117)

Scott Malcomson                                        July 20, 2009

Page 118

10:46:43  1   in the second version; correct?
10:46:44  2       A  I don't know off the top of my head.
10:46:46  3       Q  Where can I find the third version?
10:46:48  4       A  I haven't been able to find the third
10:46:49  5   version.
10:46:50  6       Q  Where is it -- is it online somewhere?
10:46:52  7       A  I tried finding it on the Web site's
10:46:58  8   original archives.  However, sometime after 2005
10:47:01  9   classicbattletech.com underwent a major crash of
10:47:05 10   its forums and lost a great deal of data.  I do
10:47:06 11   not know what was entirely in the third version
10:47:10 12   and I have not been able to find a copy of it.
10:47:13 13       I would, however, point out that --
10:47:17 14   well, I'm sorry.  That's actually getting off to
10:47:20 15   the side.  I did want to revisit this bit that
10:47:23 16   you were mentioning about the submissions for
10:47:25 17   the first and second version.  I don't know if
10:47:27 18   you were challenging those or not as being
10:47:29 19   covered under this material.
10:47:31 20       Q  I'm just asking the questions I'm
10:47:32 21   asking.
10:47:35 22       But I think we're clear that the third
10:47:37 23   version included the same material that was in
10:47:39 24   the second version and in the first version;
10:47:39 25   correct?

Page 119

10:47:42  1       A  Do you have a copy of the 2005 terms?
10:47:43  2   Because I would like to review those.
10:47:45  3       Q  No, I don't have them.
10:47:47  4       A  And I believe that the third version
10:47:51  5   contained a large portion of material from the
10:47:53  6   original first and second.  But I do not recall
10:47:56  7   what that would have been.
10:47:57  8       I do remember that there was a lot of
10:48:02  9   rewriting because with -- with each version I
10:48:06 10   was trying to correct problems that had not been
10:48:07 11   corrected in the first because there was no
10:48:09 12   editorial feedback.
10:48:11 13       Q  And you've tried to get the third
10:48:14 14   version on the Web somewhere?
10:48:16 15       A  Yes.  The only place that it ever was
10:48:19 16   published in any format was on the Classic
10:48:20 17   BattleTech boards.
10:48:26 18       Q  Where did you write the third version?
10:48:34 19       A  I originally wrote it -- I think I may
10:48:38 20   have -- well, no.  Because I submitted it --
10:48:40 21   first I submitted it to Mr. Warner Doles because
10:48:43 22   I believed at the time he was still in charge of
10:48:47 23   the site.  He then told me, I am currently out
10:48:49 24   of the loop, send that to Randall Bills.  I sent
10:48:53 25   it to Randall Bills.

Page 120

10:48:54  1       Sometime after that, my material
10:48:57  2   disappeared from the site without any comment.
10:48:59  3   So I believed that the new version was under
10:49:03  4   review.  That was when I began discussing it
10:49:11  5   online with the other folks.  And as a matter of
10:49:14  6   fact, I think a large portion of that was simply
10:49:18  7   the TO&E, which is the table of organization and
10:49:21  8   equipment, for the unit.
10:49:22  9       I don't know how much of the original
10:49:25 10   fiction I put in.  What -- a big part of what I
10:49:28 11   did was reorganize the unit itself, and we were
10:49:31 12   discussing that.  Because I know the discussion
10:49:33 13   of the warships that were being put into the
10:49:37 14   TO&E, as it was, was the big point of
10:49:40 15   discussion.  So I honestly do not remember how
10:49:42 16   much of the background fiction I put in.
10:49:45 17       Q  Let me mark as, please, Malcomson
10:49:49 18   Exhibit 9, a copy of an email that you sent to
10:49:56 19   Ms. Tajika.  Your email is calbeck@yahoo.com?
10:49:56 20   That's you?
10:50:09 21       A  That's correct.
10:50:09 22       (The document was marked as Exhibit
10:50:09 23   Number 9 for identification as of July 20,
10:50:09 24   2009.)
10:50:12 25       Q  BY MR. EBERT:  You sent that to

Page 121

10:50:13  1   Ms. Tajika; right?
10:50:15  2       A  I believe that's correct.  Yes, the
10:50:22  3   2005 Warner emails and FASA 10/11/94.  So this
10:50:23  4   would have been original documentation.
10:50:25  5       Q  What's attached to this?
10:50:28  6       There's a revised ELH history dated
10:50:35  7   Saturday, June 18, 2005.  What is this?
10:50:45  8       A  To Warner Doles at msn.com.
10:50:49  9       Q  Is this the third version?
10:50:54 10       A  Let me see here.  It looks to be
10:51:00 11   because it does mention -- it does mention the
10:51:02 12   warships.  So this does look to be the third
10:51:03 13   version.
10:51:05 14       Q  Okay.  And you didn't recall to this
10:51:08 15   moment that you actually had sent me the third
10:51:12 16   version or sent Ms. Tajika the third version?
10:51:15 17       A  I remember sending Ms. Tajika the
10:51:17 18   email about this because this was the submission
10:51:20 19   that I had made to Warner Doles.  And I forgot
10:51:25 20   that I even had this.  Let me see here.  And
10:51:28 21   this was when Mr. Doles told me that he was not
10:51:33 22   in the loop and I should send that to Mr. Bills.
10:51:37 23       Q  So everything that -- so this
10:51:44 24   attachment, this Malcomson Exhibit 9, this is
10:51:47 25   the third version that you voluntarily posted on

Coash and Coash, Inc.                          602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                          July 20, 2009

Page 122

10:51:50  1  the forum in, when?  2005?
10:51:52  2      A  I'm not sure if this is the version I
10:51:53  3  posted to the forum.
10:51:55  4      Q  Well, it's the third version; right?
10:51:57  5      A  Yes, it is.  But I don't know how much
10:52:00  6  of it I actually put on the forum.
10:52:02  7      Q  Well, why would you put some and not
10:52:02  8  all of it?
10:52:04  9      A  Because some of it may have still been
10:52:09 10  under review.
10:52:11 11      Q  So you can't identify what actually
10:52:14 12  was put on the --
10:52:17 13      A  I do know that at least the discussion
10:52:19 14  of the warships was posted online because that
10:52:29 15  was part of the discussion.  Let's see.
10:52:44 16         In fact, I'm not even seeing the TO&E
10:52:48 17  here.  This appears to be a different document
10:52:55 18  from what I actually posed online.  It does
10:52:57 19  refer to the warships, but it doesn't contain
10:52:58 20  any of the information specifically concerning
10:53:07 21  the breakdown of the regiments.
10:53:12 22         I had done a very extensive write-up
10:53:16 23  of the Eridani Light Horse units.  For example,
10:53:21 24  coordinating their infantry into a single unit,
10:53:27 25  getting rid of the Land-Air Mechs, which had

Page 123

10:53:29  1  been prohibited from FASA and WizKids' use by a
10:53:33  2  previous lawsuit, things like that.
10:53:35  3         But I am not seeing any of that
10:53:38  4  mention -- well, let me see here.  Is any of it
10:53:56  5  even mentioned?  The warships are mentioned.  I
10:53:59  6  believe the segment entitled Command and
10:54:02  7  Transport Division was posted.
10:54:04  8      Q  How do you remember what was and
10:54:05  9  wasn't posted at this moment?
10:54:07 10      A  Well, I'm remembering the specific
10:54:14 11  discussions.  And mind you, I have to say I'm
10:54:18 12  making best estimates.  I'm simply trying to
10:54:22 13  remember what may or may not have been posted.
10:54:26 14  Because -- let's see here.
10:54:29 15         The TO&E, which is simply the list of
10:54:31 16  what the unit had, was the first thing that was
10:54:35 17  posted.  Then there was a discussion about the
10:54:37 18  inclusion of the warships and how I justified
10:54:40 19  those being in there, which is why I believe I
10:54:43 20  put in the command and transport division
10:54:47 21  section because that explained how the warships
10:54:48 22  appeared.
10:54:49 23         And then there was a discussion about
10:54:52 24  the warships and whether or not it would be
10:54:56 25  legitimate, whether or not -- some people were

Page 124

10:55:00  1  suggesting modifications, what kind of warships.
10:55:09  2  I know for a fact that I published the TO&E
10:55:22  3  online, but that's not in here.
10:55:24  4      Q  Well, can we at least agree that
10:55:28  5  what's in -- there are portions of what's in
10:55:30  6  Exhibit 9 that are identical to what you say
10:55:33  7  were the new portions that you contributed to
10:55:36  8  Malcomson Exhibit 3, which is the version that's
10:55:39  9  on your Web site?
10:55:42 10      A  Yes.  There are portions in the third
10:55:44 11  version which are identical to the version that
10:55:51 12  is posted in my Web site, which are in turn --
10:55:57 13  let's see -- in turn, functionally at least,
10:56:00 14  identical to the original 1987 version.
10:56:04 15      Q  Can you give me the closest date you
10:56:07 16  can of when you posted that third version on the
10:56:12 17  Web site?
10:56:16 18      A  Well, that's the thing.  I don't know
10:56:17 19  if this third version actually appeared on the
10:56:21 20  Web site, but the material that did appear was
10:56:26 21  in late July -- correction.  I'd have to say
10:56:30 22  just plain July of 2005 because there was
10:56:34 23  a two-month period in which my material was off
10:56:36 24  the site before the new material appeared.  And
10:56:38 25  it was after the new material appeared that I

Page 125

10:56:40  1  got angry about it.
10:56:43  2      Q  And that's when you posted the third
10:56:43  3  version?
10:56:46  4      A  No.  The third version was posted in
10:56:48  5  the interim between the disappearance of the
10:56:54  6  work in May?  I believe it would have been May
10:56:56  7  of 2005.  I'd have to double-check.  Might have
10:56:59  8  been as early as -- no, I'm sorry.  Hang on.
10:57:03  9         The last archived listing of the
10:57:11 10  second version was April 2005.  So I believe in
10:57:18 11  May it was removed.  July I posted the
10:57:20 12  discussion about the third version, believing
10:57:25 13  that it was under review.  And August was when
10:57:27 14  the new version appeared with none of my
10:57:29 15  material in it.
10:57:36 16      Q  And I'm sorry if I asked this.  I
10:57:37 17  don't remember what you said.
10:57:41 18         Did you write it on the computer?  Did
10:57:43 19  you write this third version on the computer?
10:57:44 20      A  I believe I did.
10:57:48 21      Q  So where's that computer?
10:57:50 22      A  Well, I only have one computer.
10:57:53 23      Q  Is it the same one you wrote this on?
10:57:53 24      A  Yes, it is.
10:57:56 25      Q  Have you gone back to check whether

Coash and Coash, Inc.                    602-258-1440
dfe1664f-505-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

Page 126

10:57:58  1   you have the third version on that computer?
10:57:59  2      A  Yes, I have.  It's not there.
10:58:02  3      Q  Is it your practice to delete --
10:58:03  4      A  No.  I believe that the hard --
10:58:04  5      Q  -- documents that you created?
10:58:06  6      A  No.  I believe that the hard drive it
10:58:09  7   was on crashed.
10:58:16  8      Q  What is -- when did it crash?
10:58:20  9      A  Would have been about 2005, 2006.  I
10:58:21 10   know because at least some of the documents that
10:58:24 11   I was seeking, such as records of emails that I
10:58:28 12   had kept, were on that hard drive.
10:58:31 13      Q  And so there are no documents before a
10:58:34 14   certain date on that hard drive?  All of them
10:58:35 15   got wiped out?
10:58:37 16      A  Everything that was on that hard drive
10:58:40 17   got wiped out.  I should also point out that for
10:58:43 18   quite some time I've had multiple hard drives on
10:58:47 19   my computer.  The one that failed contained that
10:58:49 20   information, but I've had other records on other
10:58:49 21   hard drives.
10:58:52 22      Q  If I was going to go back to WizKids,
10:58:54 23   or whoever is running this Classic BattleTech
10:58:58 24   site, and said I want us to make every effort to
10:59:01 25   find whatever this third version was, what

Page 127

10:59:04  1   identifying information should I give to them so
10:59:06  2   they can make the best effort to find it?
10:59:08  3      A  The best thing would be looking for
10:59:13  4   Eridani Light Horse TO&E.
10:59:16  5      Q  And the TO&E stands for?
10:59:18  6      A  Table of organization and equipment.
10:59:22  7      Q  So that had the TO&E, and then it
10:59:24  8   had -- and that's the whole third version
10:59:26  9   follows that --
10:59:28 10      A  Whatever -- whatever is on there would
10:59:31 11   have been attached, yes.  Because I know that I
10:59:36 12   entitled the thread -- because I can picture
10:59:39 13   this vividly in my mind -- Eridani Light Horse
10:59:44 14   TO&E 3060, if I'm recalling correctly.  Because
10:59:46 15   3060 was the end of the history that I had
10:59:52 16   written.
11:00:10 17      Q  I have a post from you from June 30,
11:00:16 18   2005.  You say, Well, I did write the 3050
11:00:20 19   update, which was canon on here before, and now
11:00:24 20   that's gone into a placeholder page in its
11:00:27 21   place.  I guess the new version is under review
11:00:28 22   at the moment.
11:00:32 23          And then you say, Actually I do have a
11:00:38 24   revised TO&E for the ELH circa 3048.  It is this
11:00:43 25   TO&E that I'm using in the ongoing fan council

Page 128

11:00:48  1   game.  And then you have updated TO&E Eridani
11:00:52  2   Light Horse.  Below please find the complete
11:00:55  3   table of organization and equipment.
11:01:01  4      A  That sounds like it.
11:01:06  5      Q  You sent me -- you sent us a list of
11:01:08  6   posts, right, that you made on this --
11:01:09  7      A  Correct.
11:01:11  8      Q  -- Classic BattleTech Web site in your
11:01:11  9   production.
11:01:22 10          Do you have that?
11:01:23 11      A  Let's see here.  Actually, okay.
11:01:56 12   These are just those two.  Okay.  All the
11:02:00 13   email -- are we just talking about the forums?
11:02:02 14      Q  This is the forum that you posted on.
11:02:06 15      A  Just the forum.  Okay.  That would
11:02:13 16   have been -- was this part of it?  Looks like
11:02:35 17   it.  Okay.  This was an email -- I want to make
11:02:38 18   sure -- this should all be in one block.
11:02:41 19          Okay.  Yes.  This would be the body of
11:02:43 20   material related to the forum.
11:02:48 21      Q  Okay.  If you could take a look at
11:02:56 22   that, you have a post of June 30, 2005?
11:02:56 23          Are these in order?
11:02:59 24      A  Okay.  Let me see if I can find that
11:03:06 25   here.  Unfortunately records for 2005 are a

Page 129

11:03:09  1   little difficult to find because of the crash.
11:03:34  2   But okay.  Is this it?  I'm sorry.  What date
11:03:35  3   did you say?  June 30?
11:03:40  4      Q  June 30, 2005.
11:03:48  5      A  I'm looking at stuff from June 22.
11:04:14  6   Okay.  That's still the 23rd of June.
11:04:15  7      MR. EBERT:  Let's take a break while
11:04:17  8   you figure that out.
11:04:17  9          (A recess was held, after which the
11:04:21 10   deposition resumed as follows:)
11:06:48 11      Q  BY MR. EBERT:  What is it that you
11:06:49 12   just found?
11:06:54 13      A  What I have here are two statements,
11:07:01 14   one from a person named a Doc Agren, A-g-r-e-n,
11:07:03 15   which states, So what is the chance that this
11:07:05 16   will become the new canon ELH history?
11:07:08 17      Q  What is he referring to, this will
11:07:12 18   become?  This is your third version?
11:07:14 19      A  I don't know what he's referring to.
11:07:16 20   Oh, this is the discussion where we are talking
11:07:18 21   about the material.
11:07:20 22      Q  The third version?
11:07:23 23      A  The portions of the third version that
11:07:23 24   may have been listed.
11:07:43 25      Q  Yes.

Coash and Coash, Inc.                                    602-258-1440

dfe1664f-9415-4b---8e30-83053bf73033

Scott Malcomson                                                          July 20, 2009

Page 130

11:07:45  1    A  So I'm just backing through this to
11:07:48  2  see if there's any other mention of specific
11:07:51  3  material.
11:07:57  4    We are discussing the issue with
11:08:00  5  Bronson. We're talking about the warships and
11:08:21  6  how they could have been mothballed.
11:08:22  7    There's also something else I'm
11:08:29  8  checking here. Yes. Vaerdic. Vaerdic was one
11:08:33  9  of the WizKids' staff, and he was involved in
11:08:37 10  this discussion. I am trying to recall if
11:08:41 11  Vaerdic is actually Randall Bills or if he is
11:08:44 12  Warner -- I don't believe he's Warner Doles
11:08:47 13  because I believe Warner Doles simply named
11:08:49 14  himself generally.
11:08:50 15    Oh, I'm sorry. That is actually David
11:08:54 16  M. Stansel-Garner himself, site manager for
11:08:58 17  battlecore.com. He was later the operations
11:09:02 18  manager for Catalyst Game Lab. So this is --
11:09:08 19  Vaerdic was involved in the discussion as of 23
11:09:14 20  June 2005. And he would have been staff.
11:09:24 21    Still backing through here, we have
11:09:27 22  Paul. I do not know whether or not Paul was
11:09:32 23  BattleTech staff or if he was just a forum
11:09:36 24  moderator. But he was one of the individuals
11:09:39 25  who immediately, after the material was removed

Page 131

11:09:43  1  from the Web site, reversed himself regarding it
11:09:46  2  being canon. So that's where the first question
11:09:49  3  and the first contention popped up.
11:09:52  4    I'm really interested in finding out
11:09:54  5  what this third version was and when it was
11:09:56  6  published and where it was published.
11:09:58  7    A  Well, so far we seem to only be
11:09:59  8  talking about the warships.
11:10:03  9    Q  I don't know what that means when
11:10:03 10  you're talking about the warships. You showed
11:10:03 11  me --
11:10:04 12    A  That would have been a discussion
11:10:05 13  about the TO&E.
11:10:09 14    Q  Okay. We looked at Exhibit 9. And
11:10:11 15  there's attached to it something called revised
11:10:17 16  ELH history, Saturday June 18, 2005; right?
11:10:17 17    A  Yes.
11:10:20 18    Q  Okay. And you think this may be the
11:10:23 19  third version that you wrote?
11:10:24 20    A  The version that is actually emailed
11:10:27 21  to Warner Doles is the third version that I
11:10:27 22  wrote.
11:10:30 23    Q  Okay. This is the -- Exhibit 9 is the
11:10:31 24  third version?
11:10:31 25    A  Right.

Page 132

11:10:36  1    Q  Now, the third version may have been
11:10:39  2  published by you uploaded to this forum;
11:10:40  3  correct?
11:10:40  4    A  Yes.
11:10:43  5    Q  And you may have done that in 2005;
11:10:44  6  correct?
11:10:45  7    A  Yes.
11:10:48  8    Q  But you don't know if you uploaded the
11:10:50  9  entire third version or not; correct?
11:10:52 10    A  That version does not include the
11:10:53 11  TO&E.
11:10:53 12    Q  I know.
11:10:56 13    A  And that's what I'm saying. What I
11:10:59 14  may have uploaded may have been the TO&E, which
11:11:01 15  would not be the third version. It would have
11:11:02 16  been an addendum.
11:11:04 17    Q  Do you think you published this third
11:11:07 18  version on the forum? Forget about the TO&E.
11:11:09 19    Do you think that this Exhibit 9
11:11:14 20  attachment, this June 18, 2005, revised ELH
11:11:17 21  history, was uploaded to that forum?
11:11:19 22    A  I don't have any evidence indicating
11:11:23 23  that. So far everything that has been discussed
11:11:26 24  in this all the way up to 30 June is regarding
11:11:29 25  the TO&E. So --

Page 133

11:11:32  1    Q  Who are you sending this to in
11:11:32  2  Exhibit 9?
11:11:33  3    A  That is to Warner Doles.
11:11:35  4    Q  And why were you sending this to him?
11:11:37  5    A  Because as I understood it at the
11:11:40  6  time, Mr. Doles was the person -- he was -- he,
11:11:43  7  being the person who had published my first two
11:11:45  8  works, I believed him to still be the go-to
11:11:47  9  person for publishing the third.
11:11:49 10    Q  So you wanted him to publish this
11:11:49 11  work?
11:11:50 12    A  I wanted it to be reviewed and
11:11:50 13  published.
11:11:56 14    Q  Okay. And have you -- you submitted
11:11:58 15  this unsolicited; correct?
11:11:58 16    A  That's correct.
11:12:02 17    Q  And who is domain keys?
11:12:06 18    A  That's not a person. That's just --
11:12:08 19    Q  But this is you, you sent this to
11:12:08 20  Warner Doles?
11:12:10 21    A  I sent that to Warner Doles.
11:12:12 22    Q  Asking him to publish it?
11:12:14 23    A  Asking him to review it for
11:12:16 24  consideration for publication. I'd have to
11:12:18 25  double-check the specific wording, but it's

34  (Pages 130 to 133)

Scott Malcomson                                                July 20, 2009

Page 134

11:12:29  1   right there.  Let's see.
11:12:37  2          Right.  I specifically stated that it
11:12:40  3   had fallen out of canon on various points.
11:12:42  4   Having been informed of these points, I believe
11:12:45  5   it necessary to correct conflicting information
11:12:47  6   and bring it up to date.  So essentially I was
11:12:51  7   doing a revision of the approved version.
11:12:53  8       Q   And when you published the -- some
11:12:56  9   version on your Web site, was it the second
11:12:57 10   version?
11:12:58 11       A   Yes.  The second version is the one
11:13:00 12   that I published on my Web site with the claim
11:13:01 13   of copyright.
11:13:04 14       Q   Why didn't you publish the third
11:13:04 15   version on your Web site?
11:13:06 16       A   Because the third version had never
11:13:07 17   been formally published.
11:13:09 18       Q   Why didn't you just put it on your Web
11:13:10 19   site?
11:13:15 20       A   It wasn't canon.  It would have just
11:13:17 21   been fan fiction, and I'm not interested in
11:13:21 22   writing fan fiction.
11:13:25 23       Q   So Exhibit 9 is just fan fiction?
11:13:29 24       A   Yes.  Formally.  I presented it for
11:13:32 25   publication -- or for review and consideration.

Page 135

11:13:41  1   They chose not to use it.  That's that.
11:13:43  2          I suppose if they ever chose to
11:13:46  3   publish at least the TO&E, which I'm pretty sure
11:13:48  4   was posted, that they would be within their
11:13:51  5   right to say this is ours because you put it on
11:13:53  6   the forums.  I don't know if that would apply to
11:14:02  7   the whole third version.
11:14:18  8       Q   Well, did anybody ask you to send this
11:14:21  9   third version to Warner Doles?
11:14:24 10       A   No.  I put it together on my own
11:14:27 11   volition to correct issues that seemed to be
11:14:29 12   affecting the second version.
11:14:31 13       Q   And were you sending it to the Web
11:14:33 14   site to be published on the Web site?
11:14:33 15       A   Right.
11:14:34 16       Q   You were sending it to Warner Doles?
11:14:36 17       A   I sent it to Warner Doles because I
11:14:38 18   believed at that time he was still in control of
11:14:41 19   the Web site.  He then informed me he was no
11:14:43 20   longer in the loop and to send it to Randall
11:14:44 21   Bills, which I did.
11:14:47 22       Q   So the terms and conditions say,
11:14:51 23   quote, on the second page, If at our request you
11:14:53 24   send certain specific submissions, e.g.,
11:14:58 25   postings to chat boards or contests or despite

Page 136

11:15:01  1   our request that you not send us any other
11:15:02  2   creative materials, you send us creative
11:15:04  3   suggestions, ideas, notes, drawings, concepts,
11:15:08  4   or other information collectively the, quote,
11:15:10  5   submissions, end quote, the submissions shall be
11:15:14  6   deemed and shall remain the property of WizKids,
11:15:22  7   LLC, without limit -- I'm skipping a sentence.
11:15:23  8   Well, why not.
11:15:23  9          None of the submissions shall be
11:15:26 10   subject to any obligation of confidence on the
11:15:29 11   part of WizKids, LLC, and WizKids, LLC, shall
11:15:31 12   not be liable for any use or disclosure of any
11:15:33 13   submissions.  Without limitation of the
11:15:38 14   foregoing, WizKids, LLC, shall own -- shall
11:15:41 15   exclusively own all now known or hereafter
11:15:43 16   existing rights to the submissions of every kind
11:15:45 17   and nature throughout the universe and shall be
11:15:47 18   entitled to unrestricted use of the submissions
11:15:50 19   for any purpose whatsoever, commercial or
11:15:53 20   otherwise, without compensation to the provider
11:15:55 21   of the submissions.
11:15:58 22          Does your submission fall within those
11:15:59 23   terms?
11:16:01 24       A   I don't believe so on basis of the --
11:16:03 25   both of the context and the means of submission.

Page 137

11:16:05  1   If you'll let me go ahead and review that?
11:16:06  2       Q   Well, you submitted it to the Web
11:16:09  3   site, right, to WizKids, LLC?
11:16:11  4       A   I submitted it at -- I submitted it to
11:16:14  5   Mr. Warner Doles, who was not in control of the
11:16:15  6   Web site at that time.  I believed that he was,
11:16:18  7   but he was not.  He then requested that I pass
11:16:21  8   it on to Mr. Randall Bills.
11:16:23  9       Q   So you -- so you sent it at his
11:16:24 10   request?
11:16:28 11       A   That's strictly for the third version.
11:16:31 12   Now, you'll note that this is under forums and
11:16:36 13   public communication.  And forum means a chat
11:16:37 14   area, bulletin board, or email function offered
11:16:41 15   as part of the WizKids, LLC, online presence.
11:16:43 16          You shall not upload to, distribute
11:16:45 17   through, or otherwise publish through WizKids,
11:16:59 18   LLC, Web site any content which is libelous,
11:17:02 19   defamatory, obscene, pornographic, threatening,
11:17:05 20   invasive of privati or publicity rights,
11:17:07 21   abusive, illegal, or otherwise objectionable
11:17:09 22   that would constitute or encourage a criminal
11:17:12 23   offense, violate the rights of any party, or
11:17:14 24   that would otherwise give rise to liability or
11:17:16 25   violate any law.

Coash and Coash, Inc.                          602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                                    July 20, 2009

Page 138

11:17:19  1          The forums shall be used only in a
11:17:22  2   non-commercial manner.  You shall not without
11:17:24  3   our express written approval distribute or
11:17:27  4   otherwise publish any material containing any
11:17:30  5   solicitation of funds, promotion, advertising,
11:17:39  6   or solicitation for goods or services.  And it
11:17:41  7   also invokes, You must also follow the house
11:17:43  8   rules whenever you're using any WizKids, LLC,
11:17:44  9   Web site.
11:17:46 10          The reason I bring this up is because
11:17:51 11   it specifies that this pertains to use of
11:17:54 12   forums, that that use should only be used in a
11:17:58 13   non-commercial manner, and that this is for a
11:18:00 14   chat area, bulletin board, or email function
11:18:03 15   offered as part of the WizKids, LLC, online
11:18:05 16   presence.
11:18:07 17          I believe in being directed to email
11:18:11 18   material to Randall Bills for review that this
11:18:14 19   did not fall under the specifications here,
11:18:20 20   which seem to refer essentially to material
11:18:23 21   which is meant in the regular course of the
11:18:28 22   business, as opposed to the revision or a new
11:18:30 23   addition of a work already published to the
11:18:32 24   site.
11:18:36 25      Q   You sent to the Classic BattleTech Web

Page 139

11:18:39  1   site the third version; correct?  In 2005;
11:18:40  2   correct?
11:18:42  3      A   I sent it to Mr. Randall Bills.
11:18:44  4      Q   You believe that you were sending
11:18:47  5   it -- you were sending it so that it would go to
11:18:49  6   the WizKids Classic BattleTech Web site;
11:18:50  7   correct?
11:18:52  8      A   I submitted it for review to be
11:18:57  9   included on the BattleTech Web site.  I believed
11:18:59 10   that I was sending it to the correct person for
11:19:00 11   that process through Mr. Warner Doles.
11:19:03 12      Q   So you sent it to Mr. Doles and he
11:19:05 13   said to send it to Mr. Bills?
11:19:05 14      A   Right.
11:19:06 15      Q   And your understanding of what
11:19:09 16   Mr. Bills' position was at that time is what?
11:19:11 17      A   BattleTech line editor.
11:19:14 18      Q   Was he affiliated with WizKids?
11:19:14 19      A   Yes.
11:19:16 20      Q   Was he affiliated with the
11:19:20 21   BattleTech -- Classic BattleTech Web site?
11:19:20 22      A   No.
11:19:24 23      Q   I thought you said WizKids controlled
11:19:27 24   the Classic BattleTech Web site?
11:19:28 25      A   He specifically was outside that

Page 140

11:19:32  1   function.  Whoever would have been the Webmaster
11:19:34  2   for the Web site would have been -- by the way,
11:19:38  3   I have to point out that as of 2005, the
11:19:40  4   language for the site had changed.
11:19:44  5          I believe that you'll find that the
11:19:47  6   2005 statements do not state that the site is
11:19:50  7   owned or operated by WizKids.  So, to my
11:19:53  8   knowledge, in fact that changed as early as
11:19:58  9   2003.  At that point it became operated by
11:20:01 10   their -- the given licensee, such as FanPro or
11:20:05 11   later Catalyst Game Labs.
11:20:10 12          So actually as of 2005 I don't know
11:20:12 13   who was specifically in control of the Web site
11:20:16 14   except that Mr. Randall Bills himself had never
11:20:21 15   directly been in charge of it.  He was in charge
11:20:23 16   of the entire line.
11:21:09 17      Q   Right.
11:21:12 18      A   As a matter of fact, I believe as of
11:21:17 19   2005, Mr. Jason Knight may have been the actual
11:21:20 20   Web site operator for whoever was in charge
11:21:24 21   officially for the site.  He was the Webmaster.
11:21:26 22   I've been informed that he was at least in 2004.
11:21:29 23   I believe that was the case through 2005.  But I
11:21:30 24   never sent him anything.
11:21:32 25      Q   You believe it was rediscovery of your

Page 141

11:21:36  1   old FASA era records with their declaration of
11:21:39  2   intent to create a joint work that led you to
11:21:41  3   believe you were joint owner; is that right?
11:21:42  4      A   Yes.
11:21:44  5      Q   Which old FASA era records are you
11:21:45  6   talking about?
11:21:47  7      A   The 1996 submission guidelines.
11:21:53  8      Q   Okay.  You don't believe Topps
11:21:56  9   committed any specific offenses; correct?
11:21:58 10      A   No.  I believe that any offenses which
11:22:00 11   were committed were done before Topps purchased
11:22:06 12   the company.
11:22:13 13      Q   And you understand that FanPro and
11:22:17 14   Catalyst Game Labs are only licensees with no
11:22:19 15   ownership in what they make; correct?
11:22:23 16      A   Correct.  They -- the material that
11:22:27 17   they do create, however, is carried over by
11:22:29 18   whoever follows.  That's always been the
11:22:32 19   pattern.  Granted, WizKids can at any time say
11:22:34 20   we're going there throw out everything -- well,
11:22:37 21   WizKids is gone now.  But Topps could say at any
11:22:39 22   time, we're going to take this section of the
11:22:41 23   history and it's gone.  That's certainly their
11:22:41 24   right.
11:22:45 25      Q   You spoke to the FBI about this case?

Coash and Coash, Inc.                                              602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

---

Page 142

11:22:45  1    A  Briefly, yes.
11:22:48  2    Q  What was that conversation?
11:22:51  3    A  It was my understanding initially --
11:22:54  4  well, my initial belief was that I needed to
11:22:57  5  file criminal charges followed by a civil case.
11:22:59  6  Instead apparently that was reversed.  When I
11:23:03  7  spoke with the FBI about the infringement issue,
11:23:07  8  they stated that I needed to have a civil case
11:23:09  9  first and then come back to them.  Otherwise
11:23:11 10  they were not going to present it to the Justice
11:23:12 11  Department for prosecution.
11:23:16 12    Q  Who were you seeking to prosecute?
11:23:20 13    A  I didn't know who at WizKids had done
11:23:23 14  this at this time.  I was simply going to indict
11:23:26 15  WizKids and then use discovery to find out who
11:23:30 16  had been responsible for the two counts of
11:23:32 17  infringement plus fraud.
11:23:35 18    Q  Am I correct that canon is whatever
11:23:39 19  the copyright's authorized manager says it is?
11:23:43 20    A  That's a reasonable assertion, yes.
11:23:44 21    Q  You said it; right?
11:23:46 22    A  Yes.  I'm just trying to --
11:23:48 23    Q  And who's the copyright's authorized
11:23:52 24  manager for the BattleTech property?
11:23:54 25    A  Right now or at what time?

---

Page 143

11:23:55  1    Q  Right now.
11:23:57  2    A  Right now that would be whoever is
11:24:00  3  managing it for Catalyst Game Labs.
11:24:03  4    Q  Who was it in 2007?
11:24:05  5    A  In 2007 operations managers,
11:24:09  6  Mr. Stansel-Garner was the one who made the
11:24:12  7  announcement regarding what was canon on the Web
11:24:12  8  site.
11:24:15  9    Q  Was he the one who made the decision,
11:24:18 10  or he made the announcement of what was canon?
11:24:19 11    A  He made the announcement.  I don't
11:24:27 12  know who made the decision.  But I was certainly
11:24:29 13  willing to accept him as an authorized
11:24:30 14  individual.
11:24:32 15    Q  Are you aware of any game or write-up
11:24:37 16  or instructions or property in which your
11:24:42 17  specific Eridani Light Horse content appears
11:24:45 18  currently?
11:24:46 19    A  Currently, no.
11:24:51 20    Q  And ever were you aware of your
11:24:53 21  content being used in some way?
11:24:58 22    A  Just in the publication online.
11:25:12 23    Q  A joint work, as you understand it,
11:25:16 24  requires the joint authors to express their
11:25:17 25  intent that they're going to jointly produce

---

Page 144

11:25:18  1  something?
11:25:20  2    A  That's my understanding, yes.
11:25:22  3    Q  So -- but you never spoke to the
11:25:27  4  author of the 1987 Mercenary Handbook; correct?
11:25:29  5    A  In legal terms I did.  That was FASA.
11:25:29  6    Q  No.
11:25:32  7        The author was not FASA.  Some person
11:25:34  8  authored the work; correct?
11:25:35  9    A  Yes.
11:25:38 10    Q  Roy Patterson, Peterson?
11:25:38 11    A  Boy -- Boy Peterson, yes.
11:25:40 12    Q  He was the author; right?
11:25:41 13    A  That's correct.
11:25:43 14    Q  So in accordance with the statute,
11:25:45 15  you'd have to have the author agree with you
11:25:48 16  it's going to be a joint work; correct?
11:25:50 17    A  The company is treated as the author
11:25:50 18  because they own the --
11:25:52 19    Q  Where is that?  Where does it say
11:25:52 20  that?
11:25:53 21    A  That's case law.
11:25:54 22    Q  What case?
11:25:55 23    A  I'd have to go back and double-check
11:25:56 24  it.  But --
11:25:59 25    Q  You don't have a law degree; right?

---

Page 145

11:26:01  1        I'm serious.  You don't have a law
11:26:01  2  degree; right?
11:26:02  3    A  No, I don't.
11:26:04  4    Q  So do you know how to do legal
11:26:04  5  research?
11:26:04  6    A  Yes.
11:26:06  7    Q  How did you learn how to do legal
11:26:07  8  research?
11:26:08  9    A  By reading.
11:26:10 10    Q  What did you read?
11:26:12 11    A  Primarily, you know, I've researched
11:26:15 12  through Cornell's online sites.
11:26:16 13    Q  Right.
11:26:17 14        So what case law do you know that says
11:26:20 15  that the owner is considered the author for this
11:26:21 16  purpose?
11:26:24 17    A  Because the owner of the copyright is
11:26:26 18  treated as the author -- or excuse me.  Pardon
11:26:30 19  me.  A company which obtains copyright through a
11:26:33 20  work-for-hire contract is considered to be the
11:26:36 21  author from the moment that the material is
11:26:36 22  created.
11:26:39 23    Q  What case says that?
11:26:41 24    A  I believe that's actually statutory
11:26:45 25  law regarding work for hire as defined under USC

---

Coash and Coash, Inc.                              602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                              July 20, 2009

Page 146

11:27:01  1    17 Section 201. But under a work-for-hire, the
11:27:03  2    creator never owns the work. It immediately
11:27:06  3    becomes the property of the company. And the
11:27:08  4    company holds the copyright.
11:27:09  5        This is the material that I'm
11:27:13  6    referring to from case law. The company holds
11:27:16  7    copyright on behalf of the authors. That is
11:27:20  8    what I've read up on. Now, if I'm incorrect
11:27:21  9    about that, that's something else.
11:27:26 10        Q  Okay. And the merger of your ELH
11:27:29 11    history from the BattleTech game universe came
11:27:31 12    by virtue of it being published on the Web site
11:27:32 13    in 2002?
11:27:35 14        A  The electronic publication, yes.
11:27:48 15        Q  You know that your claim for joint
11:27:52 16    ownership is a huge claim; correct? That's your
11:27:53 17    view of it?
11:27:53 18        A  Yes, I do.
11:27:55 19        Q  It's a huge claim; right?
11:28:05 20        A  Yes, I do. And to be perfectly
11:28:07 21    honest, I wish I didn't have to make it in order
11:28:13 22    to even get some sort of resolution. I would
11:28:17 23    have preferred to settle for something far, far
11:28:23 24    less. But I can't, as I understand it, ask for
11:28:26 25    less if I'm going to be asking for co-ownership.

Page 147

11:28:32  1    I can't break it up.
11:28:42  2        Q  When you wrote your first version, you
11:28:43  3    understood you didn't own anything other than
11:28:46  4    what you had actually written as part of that
11:28:47  5    overall work; correct?
11:28:49  6        A  It was my original belief that as a
11:28:51  7    contributor to a collected work, I only owned
11:28:55  8    that material which I myself had specifically
11:28:57  9    created.
11:29:00 10        I did also understand that under USC
11:29:04 11    17 Section 101, the act of collating and editing
11:29:07 12    material from preexisting works, so long as it
11:29:11 13    was done with permission and acceptance, equated
11:29:15 14    to a new work in toto, but did not give me
11:29:18 15    specific rights to the original material.
11:29:21 16        Q  And the permission was that they
11:29:23 17    reviewed your work for three years and never
11:29:25 18    said you couldn't use the old work, the
11:29:26 19    preexisting work; correct?
11:29:28 20        A  Right. They never raised any issues
11:29:34 21    with it. And ultimately they published it --
11:29:36 22    or, excuse me, not FASA, but WizKids published
11:29:41 23    it with all that material included ultimately.
11:29:43 24        Q  WizKids owned the other material that
11:29:44 25    was included; right?

Page 148

11:29:47  1        A  Certainly. But they also assigned me
11:29:51  2    credit as the author for the work as a whole.
11:29:54  3        Q  Is that what they credited you for?
11:29:54  4        A  Writing, yes.
11:29:56  5        Q  They said writer; right, Scott
11:29:56  6    Malcomson?
11:29:57  7        A  Yes. Specifically under the credits,
11:30:01  8    Scott Calbeck Malcomson for the Eridani Light
11:30:03  9    Horse write-up. And then on the actual page,
11:30:06 10    writing credits Scott Malcomson. If they had
11:30:09 11    chosen to break that up, you know, with any kind
11:30:11 12    of disclaimer or they could have simply asked me
11:30:14 13    could you rewrite this so as not to include the
11:30:16 14    original material. They chose not to. They
11:30:18 15    simply published it as is.
11:30:32 16        Q  Let's mark as Exhibit 10 a series of
11:30:39 17    letters between Sam Lewis -- you know what? I'm
11:31:41 18    going to mark -- let's mark as -- I'm sorry. I
11:31:43 19    can never get it right -- 10? 10, a copy of
11:31:49 20    this letter from Sam Lewis to the witness as of
11:32:00 21    March -- dated March 29, 1993.
11:32:00 22        (The document was marked as Exhibit
11:32:00 23    Number 10 for identification as of July 20,
11:32:01 24    2009.)
11:32:03 25        Q  BY MR. EBERT: You received this

Page 149

11:32:05  1    letter from Mr. Lewis; is that right?
11:32:06  2        A  That's correct.
11:32:08  3        Q  And when you say that you were
11:32:12  4    encouraged or told or asked by FASA to submit
11:32:15  5    this Eridani Light Horse scenario pack, you're
11:32:17  6    referring to this letter; correct?
11:32:18  7        A  Yes.
11:32:20  8        Q  You didn't believe this letter was any
11:32:21  9    kind of contract, did you?
11:32:24 10        A  No. I simply believed it was a
11:32:25 11    statement of intent.
11:32:26 12        Q  It was somebody encouraging you to
11:32:28 13    pursue your writing; correct?
11:32:29 14        A  Correct.
11:32:31 15        Q  You had corresponded with Mr. Lewis.
11:32:34 16    He had also been a veteran, and you guys had a
11:32:36 17    connection in that regard; right?
11:32:36 18        A  Yes.
11:32:39 19        Q  So he was trying to encourage you to
11:32:41 20    pursue what you wanted to pursue; right?
11:32:44 21        A  Yes. He also made a couple
11:32:46 22    specifications in here that perhaps
11:32:51 23    unfortunately reinforced the idea of more
11:32:55 24    commitment than might have otherwise been
11:32:55 25    apparent.

Coash and Coash, Inc.                          602-258-1440
                                               dfe166f79415-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

Page 150

11:32:58  1    Q  What does that mean?
11:33:00  2    A  Specifically I had originally sent him
11:33:03  3  a novel proposal.  He starts off in the second
11:33:07  4  paragraph stating that in these areas your
11:33:09  5  proposal was fine.  In the primary areas of
11:33:11  6  concern that he deals with when evaluating a
11:33:15  7  novel proposal, however, there is one concern I
11:33:18  8  cannot overcome -- in the third paragraph --
11:33:20  9  namely, your lack of experience coupled with
11:33:22 10  lack of track record with me.
11:33:24 11        To me that said that the only reason
11:33:27 12  that he was not interested in publishing my work
11:33:29 13  at that time was my lack of experience.  He then
11:33:34 14  goes on to say that FASA's contract with ROC
11:33:36 15  gives ROC right to reject an author's selection,
11:33:38 16  and they have a strong preference for authors
11:33:41 17  who have been published before suggesting that
11:33:45 18  it's not his decision to make regarding my
11:33:47 19  experience.
11:33:48 20        He does then say he has a similar
11:33:52 21  concern with first-timers, perfectly reasonable,
11:33:56 22  saying it's too time-sensitive to have a first
11:33:56 23  timer discover he can't finish the work on time,
11:34:00 24  but then goes on to say to get around this
11:34:04 25  problem he draws first-timers from pools of

Page 151

11:34:08  1  freelance game designers.  This way I can
11:34:10  2  discover if you can actually do the work on time
11:34:13  3  and cleanly.  With this information I can go to
11:34:15  4  ROC and show them that you are capable of doing
11:34:18  5  the work.  So while I'm rejecting this proposal,
11:34:20  6  I would like you to consider writing game
11:34:21  7  materials for us.
11:34:23  8        Then he suggests taking the Eridani
11:34:26  9  Light Horse and working out a scenario pack
11:34:28 10  would be very interesting.
11:34:30 11        What I drew from that was that he
11:34:33 12  wanted me to present a scenario pack so I could
11:34:35 13  prove that I could do the work.  If I couldn't
11:34:37 14  prove that I could do the work, then obviously
11:34:41 15  we would have nothing from that.  This was just
11:34:43 16  me earning my spurs, as it were.
11:34:45 17    Q  You submitted the work, and they
11:34:47 18  decided not to develop the project; correct?
11:34:50 19    A  After three years and quite a lot of
11:34:52 20  disorganization on their part.
11:34:53 21    Q  But they decided not to develop the
11:34:56 22  project; right?
11:34:58 23        That's what they told you; right?
11:34:59 24    A  They never rejected it.  This is the
11:34:59 25  problem.

Page 152

11:35:03  1    Q  Did they tell you they didn't want to
11:35:03  2  develop the project, Scott?  Isn't that what
11:35:03  3  they told you?
11:35:05  4    A  After three years, yes, ultimately.
11:35:07  5    Q  And you would agree with me that
11:35:11  6  claiming joint copyright to all of BattleTech,
11:35:13  7  or at least the bits that WizKids owned in 2002,
11:35:16  8  may be crazy; correct?
11:35:17  9    A  No.
11:35:18 10    Q  Did you not --
11:35:18 11    A  I think --
11:35:23 12    Q  Did you not write, Claiming joint
11:35:27 13  copywrite to all of BattleTech (well, the bits
11:35:30 14  WizKids actually owned as of June 2002) may be
11:35:30 15  crazy?
11:35:32 16    A  May.
11:35:34 17    Q  But you wrote that; right?
11:35:35 18    A  What's the rest of it say?  What
11:35:35 19  context is it in?
11:35:37 20    Q  It says, But it's not without basis in
11:35:37 21  law?
11:35:38 22    A  That's what I said.
11:35:40 23    Q  You said it's crazy, though; correct?
11:35:42 24    A  No.  I said may be.
11:35:42 25    Q  Okay.

Page 153

11:35:44  1    A  But it's not without basis in law.
11:35:46  2    Q  Okay.  And that law is all the law
11:35:47  3  you've told me you've researched and you've
11:35:48  4  established; correct?
11:35:49  5    A  Yes.
11:35:54  6    Q  What is TPTB stand for?
11:35:56  7    A  The powers that be.  It's a commonly
11:35:59  8  used phrase by persons in the BattleTech
11:36:01  9  community to refer to persons who are authorized
11:36:05 10  to make statements on behalf of BattleTech.
11:36:07 11    Q  When you sent your first, second, or
11:36:10 12  third submissions to -- or versions, did they
11:36:13 13  have a copyright notice on them?
11:36:19 14    A  I believe the first and second did.
11:36:21 15    Q  Did the third?
11:36:23 16    A  I did -- I do know that when I
11:36:27 17  originally put the first version after it had
11:36:31 18  not been accepted by FASA because it contained
11:36:36 19  original elements and it had -- as I said, as I
11:36:39 20  understood it, it was -- as a collated and
11:36:41 21  edited work, it counted as a new work under the
11:36:45 22  law, I claimed copyright to the work as a whole,
11:36:48 23  not to the specific elements in it, but to the
11:36:57 24  work as a whole on my Web site about 1997, 1998.
11:36:59 25        So I know that I put a copyright

39  (Pages 150 to 153)

Coash and Coash, Inc.                              602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                          July 20, 2009

Page 154

11:37:03  1   notice on that first version on my own Web site.
11:37:07  2   And ultimately I did with the second version
11:37:09  3   when I published that to my Web site.
11:37:15  4       Q  You believe that the FASA submission
11:37:18  5   guidelines amounted to an agreement between
11:37:20  6   yourself and FASA; correct?
11:37:21  7       A  Yes.
11:37:23  8       Q  And what was the agreement -- what
11:37:25  9   were the terms of that agreement?
11:37:28 10       A  The terms of the agreement in part
11:37:31 11   were that the act of developing my work was to
11:37:35 12   ensure that it would merge cleanly with the game
11:37:38 13   universe.  However, that obviously would not
11:37:42 14   amount to an actual merger until the work was
11:37:43 15   published.
11:37:46 16           It was my understanding that the act
11:37:49 17   of publication indicated that my work had, in
11:37:52 18   fact, been merged, and without any change in the
11:37:55 19   terms or any limitations otherwise, it was my
11:37:57 20   understanding that that's what had happened.
11:38:00 21       Q  So the period between 1996 and 2002 is
11:38:03 22   the period between when they decided not to
11:38:05 23   pursue it and they published it?
11:38:06 24       A  Right.
11:38:07 25       Q  Right?

Page 155

11:38:08  1           And your understanding is that because
11:38:11  2   they didn't do anything in 1996 but then
11:38:14  3   published in 2002, that that amounted to an
11:38:17  4   agreement that your work was being merged with
11:38:18  5   the entire BattleTech universe; correct?
11:38:20  6       A  That's correct.  Because they did
11:38:23  7   not -- they said 1996 that they did not wish to
11:38:26  8   develop it any further, and they didn't.  They
11:38:29  9   simply published it as is.
11:38:32 10       Q  And you don't know who posted it to
11:38:34 11   that Web site, though; correct?
11:38:36 12       A  The only people who could have, would
11:38:38 13   have been people with administrative rights to
11:38:42 14   the site.  If I recall correctly, the forums on
11:38:46 15   that site were not even open to the public yet.
11:38:52 16   As October 2001, that is.
11:40:14 17           May I clarify something for you
11:40:18 18   regarding the issue of the amount of original
11:40:19 19   material that was -- that I originally
11:40:21 20   contributed?
11:40:24 21       Q  Sure.
11:40:26 22       A  I don't know if you're familiar with
11:40:29 23   the case, but in the 7th Circuit, which I
11:40:30 24   understand is not binding on the 9th, but can be
11:40:34 25   considered instructive, in 2002 there's a case

Page 156

11:40:38  1   between Neil Gaiman and Todd McFarlane.
11:40:41  2           Todd McFarlane had created the very
11:40:45  3   popular character Spawn.  Mr. Gaiman had
11:40:49  4   contributed to the creation of three characters,
11:40:51  5   including one of the aspects of the main
11:40:54  6   character, Spawn.  Mr. Gaiman contributed a
11:40:58  7   total of about three paragraphs, and the
11:41:01  8   agreement between him and Mr. McFarlane was
11:41:03  9   entirely oral in nature.
11:41:05 10           The court found that even with such a
11:41:10 11   minimal amount of input into the material and
11:41:13 12   even though the agreement was oral in nature,
11:41:20 13   that Mr. Gaiman did, in fact, have a joint right
11:41:22 14   to the -- to those three specific characters.
11:41:25 15       Q  Did it give him specific rights to the
11:41:26 16   entire Spawn universe?
11:41:29 17       A  To that particular aspect of Spawn,
11:41:30 18   yes, which would --
11:41:31 19       Q  No, no, no.
11:41:33 20           The entire Spawn property, is that
11:41:34 21   what he got rights to?
11:41:35 22       A  There was no agreement stating that
11:41:37 23   there would be a universal connection.
11:41:39 24       Q  Nor was there here; correct?
11:41:40 25       A  There was here, I believe.

Page 157

11:41:42  1       Q  And there was here based on the 1996
11:41:43  2   guidelines?
11:41:45  3       A  Yes.  Stating that the intent was to
11:41:50  4   merge into the game universe.
11:41:52  5       Q  Did anybody ever tell you that a
11:41:55  6   statement of future intent cannot form the basis
11:42:00  7   for a contract, something I intend to do in the
11:42:03  8   future?  Withdrawn.  Strike that.
11:42:14  9       A  What was actually done was something
11:42:17 10   that was done at the time, though.  It wasn't a
11:42:28 11   future action.  I don't know if you wish to
11:42:30 12   strike that or not since it was part of the --
11:42:31 13   it was an answer to the question he had already
11:42:32 14   struck.
11:42:34 15       Q  It all appears.  I don't want to get
11:42:37 16   into a debate about law.  I started to get into
11:42:39 17   a concept that I don't want to get into.
11:42:40 18   There's no point to it.
11:42:41 19       A  Okay.
11:42:43 20       Q  And I just don't want to bog things
11:42:43 21   down with that.
11:42:44 22       A  No problem.
11:42:51 23       Q  This case is about payback; right?
11:42:54 24   It's not about money?  That's your view?
11:42:56 25       A  That's what I said at the time,

40  (Pages 154 to 157)

Scott Malcomson                                                    July 20, 2009

Page 158

11:42:58  1    probably at one of those moments that's when I
11:42:59  2    was -- that's when I was saying that I was going
11:43:06  3    to prosecute for infringement of copyright.
11:43:07  4        Q   When did you say that?
11:43:08  5        A   I said that because I was --
11:43:09  6        Q   When?
11:43:10  7        A   When did I say that?
11:43:11  8        Q   Yeah.
11:43:18  9        A   I don't know when that would have
11:43:20 10    been. Could have been anytime in the last few
11:43:24 11    years.
11:43:26 12        Q   And you said that you had a lawyer
11:43:31 13    working for you pro bono; correct?
11:43:32 14        A   I did believe that I had somebody who
11:43:35 15    was going to be doing that at the time, and they
11:43:37 16    later said that they were not going to handle
11:43:39 17    the case pro bono.
11:43:41 18        Q   Somebody said, Do you have a lawyer?
11:43:44 19            And you said yes, you have one working
11:43:46 20    for you pro bono; right?
11:43:47 21        A   At the time that's what I believed.
11:43:49 22        Q   Who was that lawyer who was working
11:43:50 23    pro bono?
11:43:51 24        A   That was the individual that I was
11:43:53 25    telling you about that I had been referred to.

Page 159

11:43:56  1        Q   Is this the legal assistant?
11:43:59  2        A   The -- the -- not Mr. Darrell Exline,
11:44:02  3    no. That's on the Skyrates' board, somebody
11:44:05  4    referred me to a friend who worked for a firm
11:44:07  5    saying that this person may be able to give you
11:44:10  6    pro bono assistance. I discussed it with that
11:44:12  7    person. He referred it to his firm which then
11:44:16  8    said no, they weren't.
11:44:19  9            So I made the mistake of saying at
11:44:21 10    that time that I had pro bono assistance on the
11:44:28 11    belief I was going to be receiving some. If I
11:44:31 12    am remembering that particular incident
11:44:35 13    correctly.
11:44:37 14        Q   Have you ever reviewed any of
11:44:40 15    BattleTech's -- or the copyright registrations
11:44:44 16    that have been filed for BattleTech?
11:44:45 17        A   Recently, yes.
11:44:48 18        Q   What did you review?
11:44:51 19        A   Recently I went to the copyright
11:44:56 20    office Web site and determined that the -- that
11:45:01 21    the copyrights are held by FASA. That's what
11:45:05 22    they're currently still registered as.
11:45:07 23        Q   That's all you concluded based on
11:45:08 24    reviewing those? That's everything --
11:45:10 25        A   That's all I could really find on the

Page 160

11:45:14  1    subject. They just say FASA. It was my
11:45:16  2    understanding for quite some time that the
11:45:20  3    rights were actually held by Mr. Jordan Weisman
11:45:25  4    who held them through FASA -- or had assigned
11:45:28  5    them to FASA, may be a better way of phrasing
11:45:28  6    it.
11:45:30  7        Q   You referred to some key witness
11:45:34  8    asserting in a CC'd email to you and the defense
11:45:36  9    lawyers about 20 allegations denying your
11:45:38 10    copyrights.
11:45:42 11            Who was that key witness?
11:45:46 12        A   Wait. The 20 allegations?
11:45:48 13        Q   You wrote --
11:45:49 14        A   There's -- oh, oh, I'm sorry, I'm
11:45:54 15    sorry. Yeah. These were not the 20 defenses by
11:45:56 16    defense counsel. This was this individual
11:45:58 17    coming up with a long list of claims.
11:46:00 18        Q   Who was it?
11:46:02 19        A   I believe that was -- he goes by the
11:46:06 20    nickname of Canon Shop. It may also have been
11:46:09 21    Death Shadow. Both of those individuals had
11:46:12 22    made various statements about my rights or lack
11:46:15 23    thereof. Both were forums on the boards. I do
11:46:18 24    not know who their real names are. And I know
11:46:20 25    for a fact that Canon Shop has refused to

Page 161

11:46:26  1    identify himself.
11:46:32  2            He's actually said, If you can find
11:46:35  3    out who I am, you can subpoena me to come into
11:46:40  4    court. And I should point out, he's the one
11:46:43  5    who's generally been the most abusive in terms
11:46:45  6    of specific personal abuse.
11:46:48  7        Q   I'm not concerned about that.
11:46:48  8        A   Okay.
11:46:51  9        Q   Calbeck, did you make up that
11:46:53 10    character?
11:46:54 11        A   No, I did not.
11:46:56 12        Q   That's a character that somebody else
11:46:56 13    created?
11:46:59 14        A   Actually, the -- yes, I did develop
11:47:00 15    that character specifically.
11:47:06 16        Q   Did you make up the character Calbeck,
11:47:06 17    C-a-l-b-e-c-k?
11:47:06 18        A   Yes.
11:47:11 19        Q   Was there not a Calbeck in the
11:47:12 20    original 1987 Mercenary guideline or whatever
11:47:12 21    that --
11:47:13 22        A   Yes, there is. However, he's just a
11:47:15 23    name with a set of stats.
11:47:17 24        Q   So you took that name and you now sort
11:47:21 25    of adopted this as your personal alter ego or --

41  (Pages 158 to 161)

Scott Malcomson                                                    July 20, 2009

Page 162

11:47:22  1      A  Yes.  And I've been informed by Lauren
11:47:25  2  Coleman that WizKids considered the name not to
11:47:28  3  be copyrightable and that they didn't care about
11:47:30  4  my using him as fan fiction.
11:47:32  5      Q  But you've adopted this character as
11:47:33  6  your own; right?
11:47:33  7      A  Yes.
11:47:35  8      Q  Something you didn't make up?
11:47:37  9      A  And further -- actually, I've --
11:47:39 10  virtually everything about the character I have
11:47:42 11  made up.  The only things that I have not are
11:47:47 12  his name, unit affiliation, his original job,
11:47:49 13  and his quality of that job.  Those are the only
11:47:54 14  things that precede my use of the character at
11:48:04 15  all.  In the actual BattleTech timeline, the
11:48:07 16  character is certainly not an anthropomorphic
11:48:13 17  unicorn.
11:48:17 18      Q  Have other people or forums posted any
11:48:20 19  of your work without your permission?
11:48:25 20      A  Not to my knowledge.  I know that my
11:48:27 21  work has been mirrored from the original
11:48:32 22  BattleTech site on certain fan sites, which is a
11:48:33 23  common practice.
11:48:35 24      Q  Well, have you gone after any of those
11:48:37 25  fan sites for publishing your work without

Page 163

11:48:38  1  permission?
11:48:38  2      A  No.
11:48:39  3      Q  Why?
11:48:41  4      A  I don't consider it infringement.
11:48:44  5      Q  Well, they use your work without your
11:48:45  6  permission; correct?
11:48:48  7      A  Yes.  Not in any commercial capacity
11:48:50  8  and only for commentary.  I believe that's
11:48:51  9  covered under fair use.
11:48:55 10      Q  Has -- has WizKids or Topps used your
11:48:58 11  history for commercial purposes?
11:48:59 12      A  The entire point of the BattleTech
11:49:01 13  site is a commercial site promoting BattleTech
11:49:02 14  products.
11:49:06 15      Q  But your material, has that been used
11:49:06 16  for commercial purpose?
11:49:07 17      A  Yes.
11:49:08 18      Q  How?
11:49:10 19      A  By drawing people to the Web site in
11:49:12 20  the same manner as any of the other history on
11:49:16 21  the site is used to draw in readership for the
11:49:18 22  purpose of promoting Classic BattleTech.
11:49:21 23      Q  And this -- but this hasn't appeared
11:49:22 24  on -- this doesn't currently appear on the Web
11:49:22 25  site; correct?

Page 164

11:49:23  1      A  No, not anymore.
11:49:25  2      Q  The last time it appeared was in 2005?
11:49:26  3      A  August 2005.
11:50:08  4      Q  When you obtained your copyright, you
11:50:10  5  posted about that on these forums; right?
11:50:12  6      A  Yes.
11:50:14  7      Q  Why?
11:50:15  8      A  Why did I post notice of the
11:50:16  9  copyright?
11:50:18 10      Q  Why did you post that you had obtained
11:50:20 11  the copyright?
11:50:23 12      A  Because the question of my copyright
11:50:25 13  in the property had been an ongoing debate in
11:50:30 14  the various forums.  I believe I only posted
11:50:34 15  that notice on Sarna.net which is known as being
11:50:38 16  a central BattleTech-related community forum
11:50:44 17  frequented in many cases by people who are, as
11:50:48 18  we had mentioned before, powers that be, TPTBs.
11:50:51 19      Q  What's Windmills and Lances?
11:50:53 20      A  That would be my -- the nickname for
11:50:57 21  my LiveJournal.
11:51:01 22      Q  And this you believe helps shoot down
11:51:04 23  part of Topps' defense; right?
11:51:05 24          That's what you believe?
11:51:07 25      A  It helps me obtain feedback on it,

Page 165

11:51:07  1  yes.
11:51:09  2      Q  It helps shoot down part of Topps'
11:51:12  3  defense; right?
11:51:14  4      A  It helps me obtain information and
11:51:18  5  feedback.  The -- the LJ itself doesn't help me
11:51:20  6  shoot down anything because it's just a
11:51:21  7  LiveJournal.
11:51:24  8      Q  The question was poorly done.
11:51:27  9          Your getting this copyright helps
11:51:29 10  shoot down part of Topps' defense, in your view
11:51:30 11  right?
11:51:31 12      A  Yes.
11:51:33 13      Q  And you've been tightening the noose
11:51:34 14  on Topps; right?
11:51:34 15      A  Uh-huh.
11:51:35 16      Q  I'm sorry?
11:51:36 17      A  Yes.
11:51:37 18      Q  And how have you been tightening the
11:51:39 19  noose on Topps?
11:51:41 20      A  By raising the bar for settlement the
11:51:43 21  longer they draw it out.
11:51:52 22      Q  And you agree with me that your claim
11:51:54 23  for the entire BattleTech property is not a
11:51:56 24  strong claim to make; right?
11:51:57 25      A  I don't believe that.

Scott Malcomson                                                          July 20, 2009

Page 166

11:51:59  1      Q  You don't believe what?
11:52:04  2      A  I don't agree with you on that. I
11:52:07  3   believe that a strict reading -- strict
11:52:08  4   straightforward reading of the law indicates
11:52:13  5   that WizKids had every opportunity not to make
11:52:15  6   me a joint copyright holder.
11:52:16  7      Q  You would agree with me that your
11:52:19  8   claims of 50 percent of the revenues that are
11:52:21  9   generated from this property is not a strong
11:52:24 10   claim to make; right?
11:52:25 11      A  I believe that I might not be able to
11:52:28 12   make a strong claim to those revenues on basis
11:52:30 13   that I have never previously claimed them.
11:52:34 14   Therefore, it would be legitimate defense, in my
11:52:38 15   view, at least in part, to claim abandonment of
11:52:40 16   those -- of those revenues. That would not
11:52:42 17   affect, however, any future revenues established
11:52:50 18   once co-ownership is established.
11:52:53 19      Q  So you would have this joint ownership
11:52:57 20   for the rest of eternity; right?
11:52:59 21      A  Well, insofar as provided by the law.
11:52:59 22      Q  Right.
11:53:01 23         As long as the law -- I mean, this
11:53:02 24   could just go on forever?
11:53:05 25      A  Isn't it 50 years after or -- after

Page 167

11:53:06  1   death or something like that? I know there's a
11:53:07  2   limitation on it ultimately.
11:53:10  3      Q  You've got to deal with a lawyer on
11:53:10  4   that?
11:53:12  5      A  There is a point at which it enters
11:53:35  6   public domain, I know.
11:53:38  7      Q  It was FanPro's Webmaster who made
11:53:45  8   this specific statement about canonicity; right?
11:53:47  9      A  That may have been my belief at the
11:53:51 10   time if I made that statement.
11:53:56 11      Q  FanPro the licensee of WizKids;
11:53:57 12   right?
11:54:00 13      A  Was up to the point that Catalyst Game
11:54:06 14   Labs took over, yes.
11:54:11 15         I should note it was only after I
11:54:13 16   reviewed the legal terms for the terms and
11:54:17 17   service on the site that I realized that at the
11:54:20 18   time of publication, the statement was made that
11:54:23 19   it was WizKids and its affiliates, not FanPro
11:54:46 20   specifically.
11:55:06 21      Q  If your material was never canon, as
11:55:09 22   you would say, you would not have a claim in
11:55:10 23   this lawsuit. Is that your view?
11:55:11 24      A  That's correct.
11:55:14 25      Q  And it became canon by virtue of being

Page 168

11:55:17  1   published on the Web site?
11:55:18  2      A  Electronic publication by an
11:55:21  3   authorized person, yes. In the same way, I
11:55:24  4   might add, as the house source books had been
11:55:27  5   published by Mr. Warner Doles which themselves
11:55:32  6   are indisputably canon.
11:55:47  7      Q  At some point it was your
11:55:50  8   understanding that the agreement you made in
11:55:53  9   2002 about your work appearing on the Web site
11:55:57 10   was made with FanPro; right?
11:55:59 11      A  It was my belief at the time simply
11:56:03 12   because FanPro was listed as being in charge of
11:56:06 13   the site. It wasn't even that in the legal
11:56:09 14   indicia, but, as I said, I did not review the
11:56:13 15   legal indicia until there was a conflict in
11:56:14 16   2005.
11:56:16 17      Q  And you don't believe your original
11:56:46 18   history was fanfic because Mr. Lewis put in
11:56:49 19   writing that he wants a scenario pack from you;
11:56:51 20   right?
11:56:54 21      A  No. The specific reason I believe it
11:56:57 22   was not fanfic is because it was developed in
11:56:59 23   conjunction with FASA for a period of three
11:57:04 24   years after having been requested by Mr. Lewis.
11:57:11 25         Mr. Morton Weisman did say in 2000 in

Page 169

11:57:14  1   a recorded telephone conversation that is, as a
11:57:16  2   matter of fact, listed in some of the material
11:57:18  3   that you've made available to me recently
11:57:22  4   regarding the 2000 case between myself and FASA.
11:57:28  5   He stated obviously we made a commitment.
11:57:30  6      Q  Commitment to what?
11:57:32  7      A  He doesn't specify. But we were
11:57:34  8   talking strictly about the Eridani Light Horse
11:57:36  9   scenario pack. Mind you, I am not saying that
11:57:40 10   that commitment meant that they were required to
11:57:42 11   publish the scenario pack.
11:57:46 12      Q  These are -- these are conversations
11:57:48 13   you recorded; right?
11:57:50 14      A  That was a conversation I recorded and
11:57:50 15   it was --
11:57:52 16      Q  Without telling the other part you
11:57:54 17   were recording it; right?
11:57:54 18      A  That's correct.
11:57:57 19      Q  Is that a general practice of yours?
11:57:59 20      A  It is when I feel that it may be
11:58:02 21   necessary to record material for later legal
11:58:03 22   action because at the time I was considering
11:58:09 23   legal action against FASA on basis of breach of
11:58:09 24   good faith.
11:58:12 25      Q  Have you been in other lawsuits?

43  (Pages 166 to 169)

Scott Malcomson                                              July 20, 2009

Page 170

11:58:14  1    A  Just that one specific -- well, if
11:58:16  2  you're talking about between me and FASA.
11:58:17  3    Q  Between anybody.
11:58:21  4    A  Let me see.  Lawsuits, no.
11:58:23  5    Q  You're making a distinction as
11:58:25  6  compared to what?
11:58:28  7    A  There was a contest between myself and
11:58:32  8  Domino's Pizza regarding an illegal termination
11:58:34  9  of my services with the company.  The company
11:58:38 10  was later found -- not the company, but the
11:58:40 11  managers who were involved were found to have
11:58:41 12  been embezzling.
11:58:43 13       What had happened was I had been made
11:58:46 14  to pay illegally for a bounced check.  And when
11:58:50 15  I went to collect on the check, it having become
11:58:53 16  my property, the person claimed that the other
11:58:56 17  person who had written the check was dead,
11:58:57 18  called the office, had me fired.  And when I
11:59:00 19  challenged this in unemployment court, the
11:59:03 20  unemployment court found in my favor.  And a
11:59:06 21  later review of the incident discovered that, in
11:59:08 22  fact, those managers were embezzling the bounced
11:59:11 23  checks from Domino's.
11:59:14 24    Q  What was your position with Domino's?
11:59:17 25    A  I was a driver.

Page 171

11:59:27  1       The only actual lawsuit I've ever been
11:59:28  2  involved in besides this one was simply when
11:59:33  3  FASA filed against me preemptively in 2000.  I
11:59:37  4  made a response filing.  They made a request for
11:59:41  5  a default judgment a week after I made my
11:59:43  6  filing.  And I never heard back from the court
11:59:45  7  one way or the other after that.  To my
11:59:50  8  knowledge there's never been a decision.
11:59:56  9       And it was from the records that were
12:00:01 10  brought back in by Topps, excuse me, recently
12:00:05 11  sending me this paperwork.  Initially I did not
12:00:08 12  file that as discovery because I thought since
12:00:09 13  there had not been a decision that it was
12:00:20 14  essentially irrelevant.
12:01:17 15    Q  Whose version of the ELH history now
12:01:19 16  appears on the site, the Classic BattleTech
12:01:21 17  site?
12:01:23 18    A  The last time I saw was in 2005.  I
12:01:24 19  believe, if it hasn't been replaced, that would
12:01:29 20  be by Berg Storm.  That is his nickname,
12:01:36 21  B-e-r-g, space, S-t-o-r-m.  I do not know if
12:01:38 22  that is the version that is currently on the
12:01:39 23  site.
12:01:42 24    Q  You were unhappy about the version
12:01:44 25  that replaced yours; correct?

Page 172

12:01:44  1    A  No.
12:01:46  2    Q  You were happy about?
12:01:50  3    A  No, I was not happy about it.
12:01:54  4    Q  Why were you unhappy about it?
12:01:55  5    A  Because it didn't include any of my
12:01:58  6  material.  There had been no communications
12:02:02  7  between myself and Mr. Bills regarding the
12:02:05  8  review of my material.  I don't know if he
12:02:09  9  ultimately reviewed my material.  It was very --
12:02:12 10  it seemed to me to be very unprofessional and
12:02:14 11  disrespectful to at least not get some
12:02:16 12  statements saying, Mr. Malcomson, we don't want
12:02:20 13  to use your material anymore or even if it was
12:02:23 14  his position that my work hadn't been published
12:02:25 15  correctly in the first place, he could have made
12:02:28 16  a statement then.  All I got was dead silence.
12:02:31 17       And it was immediately after
12:02:34 18  Mr. Storm's material appeared that statements
12:02:37 19  began being made by the forum moderators, who
12:02:39 20  had never previously said any such thing, that
12:02:43 21  my work was not canon.  It seemed to me at this
12:02:46 22  time that there had been a decision made by
12:02:49 23  Mr. Bills to enlist the forum moderators to
12:02:52 24  attack my credentials.
12:02:54 25    Q  So if I went -- if I just started to

Page 173

12:02:58  1  learn about this BattleTech world and I wanted
12:03:04  2  to learn about Eridani Light Horse and I went to
12:03:07  3  official BattleTech materials, what would I find
12:03:11  4  about it, Eridani Light Horse?  Anything that
12:03:12  5  you wrote?
12:03:14  6    A  No, not currently.  Not to my
12:03:14  7  knowledge.
12:03:15  8    Q  The last time I would have found
12:03:17  9  anything would have been in 2005; right?
12:03:19 10    A  That's correct.
12:03:22 11    Q  So there's now a whole change,
12:03:25 12  different replaced history of ELH for purposes
12:03:27 13  of the Classic BattleTech universe?
12:03:29 14    A  Actually not much of my original
12:03:32 15  material was changed or overwritten.  A large
12:03:35 16  portion of the stuff that I had originated never
12:03:39 17  was replaced with anything else.  This is why I
12:03:41 18  believed that my material continued to be canon
12:03:44 19  in that respect through 2007 because there was
12:03:47 20  no conflict between my version and any other
12:03:48 21  version.
12:03:51 22    Q  So when the new version was put on the
12:03:53 23  site on -- what?  The Classic BattleTech site?
12:03:54 24    A  Yes.
12:03:57 25    Q  In 2007, that entirely rewrote your

44 (Pages 170 to 173)

df a1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                          July 20, 2009

## Page 174

12:03:59  1    ELH history?
12:04:02  2        A   No.  The version that came up in 2005,
12:04:07  3    in August 2005 simply did not include many
12:04:09  4    portions of my work, but that had also been
12:04:11  5    standard with a great number of BattleTech
12:04:14  6    products.  They did not always restate what had
12:04:15  7    gone before.
12:04:19  8        The standard policy was that only in
12:04:22  9    the event that there is a conflict between two
12:04:27 10    publications is -- is anything overwritten and
12:04:30 11    then only by -- and then by the newer version
12:04:32 12    and then only for the conflict.
12:04:34 13        So for example, in my case I wrote the
12:04:38 14    Battle of Orkney, which is a rather extensive
12:04:41 15    section describing this one battle Eridani Light
12:04:44 16    Horse are in.  There's no mention of the Battle
12:04:47 17    of Orkney in the new version.  At the same time,
12:04:49 18    there's no mention of anything else that
12:04:52 19    happened at that time.  So that section of the
12:04:57 20    history would be out of print but was not
12:05:03 21    overwritten or conflicted with by anything else.
12:05:05 22        Certain other aspects of my work were
12:05:07 23    specifically conflicted with, but it was about
12:05:16 24    three or four specific items.  Part of the
12:05:18 25    problem that I had -- and I have to point this

## Page 175

12:05:23  1    out to clarify things.  Mr. Storm took all the
12:05:24  2    material that was available about the Eridani
12:05:27  3    Light Horse except my material at the time.  He
12:05:29  4    later said that he had never been told my work
12:05:32  5    existed, so he did not know to include it.  I
12:05:35  6    don't know if he would if he had known.
12:05:38  7        But when I had originally put in the
12:05:41  8    second version, I asked for editorial input to
12:05:44  9    see if I'm missing anything.  There wasn't any.
12:05:47 10    They said we published it as is.  It turned out,
12:05:49 11    as Mr. Storm's work showed, that I had missed
12:05:53 12    several key items that were already in
12:05:54 13    publication at the time.
12:05:56 14        So this is one -- this is why I
12:05:58 15    started working on the third version because my
12:06:02 16    work had fallen out of canon in various
12:06:05 17    respects.  I wanted to correct this issue.  And
12:06:07 18    the only reason it needed correction was that I
12:06:10 19    had had no guidance from the people responsible
12:06:13 20    for that at WizKids or FanPro, whoever was doing
12:06:19 21    it at the time, for the actual editorial.
12:06:22 22        Q   In your view what version of your ELH
12:06:28 23    history exists in the BattleTech universe?
12:06:29 24        A   Currently none because it was
12:06:32 25    specifically stated in August 2007 that if it's

## Page 176

12:06:35  1    not physically in print and it's not currently
12:06:37  2    on the BattleTech Web site,
12:06:41  3    classicbattletech.com, then it's not part of the
12:06:44  4    canon.  And that was a decision made in August
12:06:47  5    2007 by Mr. Stansel-Garner over at Catalyst Game
12:06:48  6    Labs.
12:06:50  7        So currently I do not believe that any
12:06:53  8    portion of my work is canon, which doesn't
12:06:55  9    affect the fact that I believe it has been.
12:07:02 10        Q   And what portion of your work in your
12:07:06 11    view as of 2006, let's say, was part of the
12:07:08 12    BattleTech universe?
12:07:10 13        A   Everything that was not specifically
12:07:13 14    conflicted with by Mr. Berg Storm's version.
12:07:15 15        Q   What is that?
12:07:16 16        A   That would be most of it.  Mr. --
12:07:18 17    Mr. Storm -- the first thing that comes to mind
12:07:21 18    about Mr. Storm's version that is a conflict --
12:07:23 19    and it's the main thing that sticks in my
12:07:26 20    mind -- is a section about the Black Warriors.
12:07:27 21        The Black Warriors were initially
12:07:34 22    written up as a bandit group.  But in a version
12:07:37 23    of the periphery source book that came out a few
12:07:40 24    years before -- let's see.  In fact, it would
12:07:43 25    have been a few years before my version was

## Page 177

12:07:47  1    finally published, either of my versions.
12:07:47  2        Q   Right.
12:07:48  3        A   This version, which would have been
12:07:52  4    from '98 or '99, if I recall correctly, stated
12:07:55  5    that the Eridani Light Horse worked with this
12:07:58  6    group called the Black Warriors.  And this was
12:08:02  7    all new fiction.  This was all stuff that had
12:08:04  8    not appeared in anything else.  So it was added
12:08:08  9    to the canon, this relationship between these
12:08:10 10    two units.
12:08:11 11        Because I never had a chance to update
12:08:15 12    my work before WizKids went ahead and published
12:08:18 13    it and because WizKids never advised me of this
12:08:21 14    new material and I did not know it existed, I
12:08:24 15    did not include it in my work.  Instead, I had a
12:08:26 16    different description of what was going on in
12:08:29 17    that period of time for that -- for the Eridani
12:08:31 18    Light Horse.
12:08:33 19        That -- in other words, that chunk of
12:08:36 20    the history said one thing; the periphery source
12:08:41 21    book over here said another.  And eventually
12:08:44 22    Mr. Storm's work included the part from the
12:08:50 23    periphery source book while ignoring mine.  And
12:08:53 24    at first I thought that that was a deliberate
12:08:54 25    snub.

Coash and Coash, Inc.                               602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                          July 20, 2009

---

Page 178

12:08:55  1      Q  A deliberate what?
12:08:57  2      A  Snub.  That's what I believed at
12:09:02  3  first.  And it did seem later on to be the case
12:09:05  4  when Mr. Storm told me he simply was not advised
12:09:23  5  my work even existed.
12:09:25  6      MR. EBERT:  Can we mark this, please,
12:09:32  7  as whatever the next exhibit is?  It's a
12:09:33  8  one-page, looks like a screen shot entitled
12:09:36  9  Eridani Light Horse in the upper left-hand
12:09:53 10  corner BattleTech Wiki.
12:09:53 11      (The document was marked as Exhibit
12:09:53 12  Number 11 for identification as of July 20,
12:09:53 13  2009.)
12:09:53 14  Q  BY MR. EBERT:  What is this?
12:09:57 15      A  BattleTech Wiki, if I am identifying
12:10:01 16  this correctly, is part of the Sarna.net
12:10:10 17  network.  It has an extensive section on the
12:10:14 18  specifics behind BattleTech.  And a Wiki is a
12:10:18 19  type of online document that anybody can edit.
12:10:19 20      Q  Okay.
12:10:24 21      A  And what I had done here was, I took
12:10:27 22  my version of the Eridani Light Horse history,
12:10:31 23  as I understood it to be copyright to me at that
12:10:33 24  time, and was simply saying they've removed
12:10:36 25  this, but to my knowledge this is still canon.

---

Page 179

12:10:39  1      Q  You wrote this?
12:10:42  2      A  I wrote part of this.  As a matter of
12:11:17  3  fact, let me see here.  Okay.  In fact, I do put
12:11:18  4  in a notice here that the work had been edited
12:11:20  5  by the author.
12:11:22  6      In other words, I took the version
12:11:25  7  that had been published and modified it to
12:11:30  8  account for changes in BattleTech fiction, and I
12:11:34  9  did not consider that resulting version to be a
12:11:37 10  published part of the history.  It was simply
12:11:39 11  produced in order to try and create a complete
12:11:42 12  and full history in accordance with what had
12:11:46 13  been accepted by WizKids previously.
12:11:48 14      So what I was trying to do was simply
12:11:50 15  assert the portions that I had written that were
12:11:53 16  canon and merge this into the rest of the
12:11:58 17  material that had also been accepted as canon
12:12:01 18  resolving issues between the two, generally in
12:12:14 19  favor of whatever was newest.  And I put this in
12:12:16 20  here.  I believe that the first part of this
12:12:18 21  was, at least in part, modified by the person
12:12:21 22  who ran the Web site.  I believe that may have
12:12:27 23  been Nic Jamsa.  I may be incorrect.  It's
12:12:35 24  J-a-m-s-a or n-s-a and it's N-i-c for Nic.
12:12:41 25  There's no second letter.

---

Page 180

12:12:44  1      I had asserted the material that I
12:12:48  2  created myself.  I combined it with the material
12:12:52  3  that was considered generally canon and then
12:12:55  4  essentially put links on here for the benefit of
12:12:59  5  the community.  This led to somebody on the site
12:13:02  6  inquiring on classicbattletech.com is this
12:13:06  7  legitimate.  And that was when -- that was
12:13:09  8  another point where various forum moderators
12:13:11  9  were saying no, it was not.  And my conflict
12:13:16 10  with the forum moderators at that point led to
12:13:19 11  Mr. Stansel-Garner's policy.
12:13:25 12      Q  In this FASA lawsuit, they sued you;
12:13:26 13  right?
12:13:28 14      A  They filed a suit against me, yes.
12:13:31 15      Q  Did you answer -- did you answer that
12:13:31 16  complaint?
12:13:32 17      A  I did answer the complaint.
12:13:34 18      Q  And you don't know what happened in
12:13:35 19  that action?
12:13:38 20      A  The last notice that I have is that
12:13:42 21  they had filed for a -- darn it, what's the
12:13:46 22  exact phrase?  They -- they had filed for a --
12:13:47 23      Q  A judgment?
12:13:52 24      A  A judgment, a default judgment.  And
12:13:55 25  they had -- they had done -- they had filed that

---

Page 181

12:13:57  1  request for a default judgment a week after I
12:14:02  2  made my filing.  So to my -- to the best of my
12:14:04  3  belief, they wouldn't have actually had grounds
12:14:07  4  at that time for a default judgment.  I never
12:14:09  5  did receive any notice from the court that there
12:14:11  6  had been a decision one way or the other
12:14:12  7  entered.
12:14:14  8      Q  Did you have a lawyer in that case?
12:14:15  9      A  No.
12:14:19 10      Q  Do you know if there was a judgment
12:14:20 11  entered against you?
12:14:22 12      A  No, I've never received any notice of
12:14:26 13  that.  The last -- the -- in fact, the last
12:14:31 14  thing -- I wasn't able to attend because I
12:14:34 15  simply couldn't afford to fly out to Chicago.
12:14:37 16  So I made a remote filing with a hundred dollar
12:14:41 17  fee.  And the last thing that I knew of, the
12:14:43 18  check had been cashed, but I had no record of
12:14:44 19  what occurred in the case after that.
12:14:46 20      Q  You're not aware that a judgment was
12:14:49 21  entered against you declaring that FASA Corp.
12:14:53 22  has no contractual or other obligations to you?
12:14:55 23      A  No.  If you have such a record, this
12:15:09 24  will be the first time I've seen it.
12:15:09 25      (The document was marked as Exhibit

---

46 (Pages 178 to 181)

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                July 20, 2009

Page 182

12:15:09 1    Number 12 for identification as of July 20,
12:15:09 2    2009.)
12:15:11 3         THE WITNESS: I know that that's what
12:15:13 4    they were asking for, but I do not know that
12:15:16 5    they actually received that.
12:15:34 6         May I have a copy of this? Because
12:15:36 7    this is the first time that I have seen that.
12:15:37 8    Q BY MR. EBERT: You're going to get a
12:15:39 9    copy of all this.
12:15:43 10   A Okay. Thank you.
12:15:53 11        MR. EBERT: Let's mark as Exhibit 13,
12:16:01 12   please, document that says -- two-page document
12:16:14 13   entitled BattleTech, a Game of Armored Combat.
12:16:14 14        (The document was marked as Exhibit
12:16:14 15   Number 13 for identification as of July 20,
12:16:14 16   2009.)
12:16:16 17   Q BY MR. EBERT: Can you tell me what
12:16:17 18   that is?
12:16:19 19   A This is BattleTech, a Game of Armored
12:16:23 20   Combat from a early version of the rule book,
12:16:26 21   and it includes on the second page a sidebar
12:16:30 22   entitled The Eridani Light Horse.
12:16:34 23   Q Okay. But that Eridani Light Horse
12:16:36 24   was something that existed before you got
12:16:37 25   involved in this; correct?

Page 183

12:16:38 1    A That's correct.
12:16:41 2    Q What year is this from? Can you tell?
12:16:45 3    A It is most likely from 1986 or 1987.
12:16:48 4    Q How do you know that?
12:16:50 5    A Most likely -- because the design of
12:16:52 6    the shield there with the Eridani Light Horse
12:16:56 7    logo appears to be an early version of the logo
12:16:59 8    that most likely predated the polished version
12:17:04 9    of the 1987 entry by Mr. Peterson, which
12:17:08 10   included quite a bit of polished artwork and
12:17:08 11   much more detail.
12:17:10 12   Q Do you have any interest -- a joint
12:17:12 13   ownership interest in any of the artwork or
12:17:16 14   logos or things like that?
12:17:18 15   A If I have joint ownership, then it
12:17:20 16   would apply to the entire thing, including
12:17:21 17   logos.
12:17:23 18   Q And artwork?
12:17:23 19   A Yes.
12:17:25 20   Q And trademarks?
12:17:26 21   A Trademarks, no.
12:17:27 22   Q Why not?
12:17:28 23   A To the best of my knowledge, because
12:17:32 24   trademarks are separate from copyright. If I am
12:17:35 25   incorrect in that, then that's one thing.

Page 184

12:17:38 1         MR. EBERT: Okay. Let's mark as
12:17:44 2    Exhibit 14 a copy of a -- looks like 15-page
12:17:50 3    document entitled, upper left, Eridani Light
12:17:56 4    Horse; Star League Defense Force's, f-o-r-c-e,
12:18:11 5    apostrophe s, 3 RCT.
12:18:11 6         (The document was marked as Exhibit
12:18:11 7    Number 14 for identification as of July 20,
12:18:11 8    2009.)
12:18:19 9    Q BY MR. EBERT: What is this?
12:18:24 10   A I believe this appears to be one of
12:18:31 11   the versions of the history from the Web site.
12:18:35 12   This is dated August 2002. So this would seem
12:18:41 13   to be the second version of the -- of the work.
12:18:44 14   Q This is the one that you said they
12:18:47 15   could publish with your credit on it?
12:18:49 16   A That's right. And it does say at the
12:18:51 17   bottom, writing credit, Scott Malcomson.
12:18:55 18   Q All right. And at the very bottom of
12:18:57 19   the first page there are a bunch of numbers and
12:18:59 20   letters.
12:19:03 21        And after Web/, do you see that? The
12:19:05 22   first page. The first page, Mr. Malcomson.
12:19:06 23   A Oh, first page.
12:19:12 24   Q It says Web/20020804?
12:19:12 25   A Uh-huh.

Page 185

12:19:14 1    Q And you understand that to mean this
12:19:18 2    was published on August 4, 2002?
12:19:20 3    A No. That's the -- that is the date
12:19:23 4    that it was archived by web.archive.org.
12:19:27 5    Q So that's the date it went into
12:19:27 6    archive?
12:19:30 7    A Yeah. It absolutely had to predate
12:19:33 8    that. But this is the only date that we can
12:19:35 9    really verify for when it was actually on the
12:19:35 10   site.
12:19:43 11        MR. EBERT: Okay. Let's mark as 15 a
12:19:47 12   copy of classicbattletech.com's credits page.
12:19:59 13        (The document was marked as Exhibit
12:19:59 14   Number 15 for identification as of July 20,
12:19:59 15   2009.)
12:20:01 16   Q BY MR. EBERT: What is that?
12:20:05 17   A This is the credits page from the same
12:20:06 18   period.
12:20:08 19   Q The same period as what?
12:20:10 20   A Well, the archive here states that it
12:20:17 21   was archived on August 6, 2002. And this
12:20:21 22   includes two key pieces of information. One is
12:20:23 23   that credit is -- first of all, this is written
12:20:25 24   by Mr. Warner Doles.
12:20:27 25   Q How do you know that?

Coash and Coash, Inc.                              602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

---

Page 186

12:20:28 1    A  Because it's signed by him.
12:20:29 2    Q  Okay.
12:20:34 3    A  Warner Doles, colonel, commanding
12:20:34 4  Blackwind Lancers, Free Capella.  He had been
12:20:37 5  written into the BattleTech fiction as a
12:20:39 6  character.
12:20:43 7        My opportunity and my thanks is the
12:20:46 8  section on the first page.  The third paragraph
12:20:50 9  says, I want to thank Randall Bills for
12:20:53 10  believing in me, giving me this opportunity to
12:20:56 11  be part of the team and help do something for
12:21:02 12  everyone who loves this game as much as I.
12:21:05 13    Q  What significance does that have?
12:21:06 14    A  That's the statement that Warner Doles
12:21:09 15  is saying Randall Bills gave him the opportunity
12:21:12 16  to be part of the team.  Specifically what that
12:21:14 17  would entail, I don't know.  That would be a
12:21:18 18  matter of internal WizKids or FanPro
12:21:21 19  communications I was not privy to.
12:21:23 20    Q  And you were part of that team also?
12:21:27 21    A  Through Warner Doles, yes.  That's --
12:21:29 22  mind you, I was never told I was part of the
12:21:32 23  team.  My work was simply used and integrated
12:21:36 24  into the BattleTech universe.  The -- at the end
12:21:40 25  here, it is stated in the credits, Scott Calbeck

Page 187

12:21:44 1  Malcomson for the Eridani Light Horse write-up.
12:21:47 2  So Mr. Warner Doles at the end of this
12:21:50 3  three-page section here is stating that he's
12:21:54 4  giving me credit for the Eridani Light Horse
12:22:00 5  write-up.
12:22:01 6        There is a section in here on
12:22:03 7  Mr. Randall Bills.  I don't know how relevant it
12:22:05 8  would be since it would obviously be the
12:22:09 9  position of Warner Doles.  It states, He is
12:22:12 10  currently working with Jordan Weisman, the
12:22:14 11  original founder of FASA and creator of
12:22:17 12  BattleTech of WizKids games in developing a
12:22:20 13  re-launch of the BattleTech game and universe.
12:22:21 14  Additionally he's working with -- additionally
12:22:24 15  he is working with Fantasy Productions to
12:22:26 16  develop new Classic BattleTech source books.
12:22:29 17        So this seems to indicate that he was
12:22:33 18  actually working for -- both for WizKids and
12:22:42 19  Fantasy Productions.
12:22:42 20        (The document was marked as Exhibit
12:22:42 21  Number 16 for identification as of July 20,
12:22:42 22  2009.)
12:22:47 23    Q  BY MR. EBERT:  Please take a look at
12:22:50 24  what we've marked as Exhibit 16.
12:22:51 25        And again, I just want to confirm

Page 188

12:22:53 1  that's the version of the complaint that you're
12:22:55 2  pursuing in this case; right?
12:22:55 3    A  That's correct.
12:24:07 4    Q  We marked as Exhibit 7 a copy of the
12:24:11 5  FASA guidelines that you had given me from your
12:24:13 6  file.
12:24:15 7        What I'd like to do is just mark --
12:24:17 8    A  You don't already have a copy of
12:24:18 9  those?
12:24:21 10    Q  I have a copy that you sent me, and
12:24:27 11  I'm going to mark this as 7 -- you know what?
12:24:27 12    A  No problem.
12:24:34 13    Q  Let's mark this as Exhibit 17.  This
12:24:36 14  is a copy of the same document, I believe, but
12:24:39 15  it has some handwritten markings on it.  I just
12:24:41 16  want to record and ask you about those
12:24:54 17  handwritten markings.
12:24:54 18        (The document was marked as Exhibit
12:24:54 19  Number 17 for identification as of July 20,
12:25:15 20  2009.)
12:25:15 21    Q  BY MR. EBERT:  There are some
12:25:17 22  handwritten notations on that document.  Do you
12:25:18 23  see those?
12:25:18 24    A  Uh-huh.
12:25:19 25    Q  Are those yours?

Page 189

12:25:20 1    A  Yes.
12:25:22 2    Q  When did you make them?
12:25:24 3    A  I believe this was when we were
12:25:27 4  dealing with the 2000 legal action between
12:25:28 5  myself and FASA.
12:25:30 6    Q  What was the purpose in making these
12:25:31 7  markings?
12:25:33 8    A  To note down for myself pertinent
12:25:35 9  legal details concerning the submission
12:25:41 10  guidelines, specifically in order to note that
12:25:47 11  FASA had not followed through on its -- on its
12:25:52 12  commitments in several points referred to in
12:25:54 13  here.
12:25:58 14    Q  Okay.  Are there any witnesses you've
12:26:02 15  identified that you intend to call at trial?
12:26:02 16    A  I'm sorry?
12:26:05 17    Q  Are there any witnesses who you've
12:26:10 18  identified you intend to call at trial?
12:26:16 19    A  Aside from writings that I made to
12:26:18 20  people at FASA, I don't believe I otherwise
12:26:21 21  declared any intent to anybody.
12:26:23 22    Q  We're going to have a trial in this
12:26:23 23  case, and you're going to call witnesses; right?
12:26:28 24  Or you have the right to call witnesses.
12:26:30 25    A  Oh, oh.  You're asking who I would

Coash and Coash, Inc.                                    602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                          July 20, 2009

Page 190

12:26:31 1  have called as witnesses --
12:26:34 2      Q  Who do you intend to call when this
12:26:35 3  case gets tried?
12:26:36 4      A  In this case.  I'm sorry.
12:26:36 5      Q  Yes, yes.
12:26:37 6      A  I thought you were referring to this
12:26:38 7  business back here.
12:26:39 8      Q  No.
12:26:45 9      A  Well, at this point I have not been
12:26:49 10  able to obtain contact information for most of
12:26:52 11  the people I do wish to call.  Let me -- I
12:27:05 12  believe I have the list right here.  Here we go.
12:27:09 13      The persons that I was looking for
12:27:13 14  initially were -- and most of these were the
12:27:19 15  forum moderators in question -- Cannonshop,
12:27:23 16  that's C-a-n-n-o-n-s-h-o-p.
12:27:25 17      Q  Whose actual name you don't know?
12:27:26 18      A  That's correct.
12:27:30 19      Jade Hellbringer, J-a-d-e,
12:27:36 20  H-e-l-l-b-r-i-n-g-e-r.
12:27:38 21      Q  Is that his name or --
12:27:38 22      A  No.  These --
12:27:40 23      Q  -- screen name?
12:27:42 24      A  The next few people I'm going to be
12:27:43 25  listing -- perhaps I should just put it in

Page 191

12:27:46 1  quotes to make it obvious.  But I do not know
12:27:49 2  the names for any of the people in quotes here.
12:27:52 3  Jade Hellbringer is in quotes.  Deathshadow,
12:27:55 4  which is all one word, is in quotes,
12:28:01 5  D-e-a-t-h-s-h-a-d-o-w.  Berg Storm is in quotes
12:28:03 6  I've already spelled that before.  I do not know
12:28:07 7  if that's his real name or not.  Worktroll, all
12:28:13 8  one word, quote, W-o-r-k-t-r-o-l-l, unquote;
12:28:18 9  Paul, again, don't know if that's his real name,
12:28:23 10  I have no last name, P-a-u-l, in quotes; and
12:28:31 11  Roosterboy, also in quotes, R-o-o-s-t-e-r-b-o-y.
12:28:34 12  Those are the persons I have no real names for.
12:28:35 13      Q  Okay.
12:28:42 14      A  The following persons, Susan Phariss,
12:28:47 15  P-h-a-r-i-s-s.
12:28:50 16      Q  Who is she?
12:28:52 17      A  She was the person who signed for the
12:28:53 18  letters to WizKids' legal department.  I was
12:28:55 19  seeking her only to confirm that, in fact,
12:28:58 20  WizKids had received these and whether or not
12:29:01 21  they had been passed on to Topps legal
12:29:04 22  assistants, since I was later told that WizKids
12:29:08 23  did not, in fact, handle its own legal affairs
12:29:12 24  and referred them to Topps.
12:29:12 25      Q  Okay.

Page 192

12:29:19 1      A  Herb Beas, H-e-r-b, B-e-a-s, the III;
12:29:28 2  Warner Doles; Randall Bills; Loren Coleman,
12:29:35 3  L-o-r-e-n, Coleman, C-o-l-e-m-a-n; David
12:29:40 4  Stansel-Garner, S-t-a-n-s-e-l, hyphen,
12:29:48 5  G-a-r-n-e-r; and Mike Stackpole, M-i-k-e,
12:29:57 6  Stackpole, S-t-a-c-k-p-o-l-e.  That would be the
12:29:59 7  list of people that I was seeking.
12:30:01 8      I do not know at this time how many of
12:30:03 9  these I would actually call, given new
12:30:04 10  information that I have received since I made
12:30:05 11  this list.
12:30:08 12      Q  What new information?
12:30:10 13      A  For example, Susan Phariss, I don't
12:30:11 14  know if it's at all necessary to have her
12:30:15 15  confirm that her letters actually went to --
12:30:18 16  went to Topps.  Topps has already stated that
12:30:20 17  they could not find any records of
12:30:23 18  communications between myself and WizKids
12:30:26 19  through 2007, and that would have included these
12:30:27 20  letters.
12:30:34 21      Warner Doles, I'm not sure I can call
12:30:37 22  him.  I have been informed by Mr. Loren Coleman
12:30:40 23  that he is a ward of the state, quote/unquote.
12:30:42 24  Mr. Coleman does not have any more information
12:30:45 25  on him.

Page 193

12:30:49 1      Herb Beas, I do not think I'll be
12:30:52 2  calling him because I do not -- I initially
12:30:55 3  thought that he was an authorized individual,
12:30:58 4  and I wanted him to testify regarding what his
12:31:02 5  authorization was.  But then I discovered after
12:31:03 6  review that it was actually Mr. Warner Doles
12:31:08 7  that I had been initially emailing.  So whether
12:31:11 8  Herb Beas responded or not, I had actually sent
12:31:11 9  to Mr. Doles.
12:31:16 10      Randall Bills I will almost certainly
12:31:16 11  call, if I can get his information.  I've been
12:31:20 12  asking for it from Loren Coleman.  Mr. Coleman
12:31:22 13  informs me that his company has privacy
12:31:26 14  agreements with its employees, and I have since
12:31:29 15  asked him if he could refer this through their
12:31:32 16  company lawyer for Catalyst Game Labs.  I have
12:31:35 17  not received a response on that yet.
12:31:37 18      I don't believe I'll need to call
12:31:39 19  Mr. David Stansel-Garner because regardless of
12:31:42 20  what the policy stated in 2007 was, there was no
12:31:46 21  malice, and it doesn't affect the original deal
12:31:52 22  between WizKids and myself.  In other words, I
12:31:53 23  don't believe there was any fault or wrongdoing
12:31:56 24  in doing that.  Initially I thought there might
12:31:56 25  have been.

49  (Pages 190 to 193)

dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

Page 194

12:32:00  1        Mike Stackpole I will almost certainly
12:32:03  2   be calling regarding essentially character
12:32:07  3   witness concerning FASA's operations in
12:32:08  4   particular. He has quite a lot to say regarding
12:32:12  5   their disorganization and maltreatment of
12:32:14  6   himself and other authors.
12:32:16  7     Q  Do any of those people live in
12:32:17  8   Arizona?
12:32:20  9     A  Mr. Stackpole did last I was aware of.
12:32:22 10   And I am currently seeking to contact him
12:32:28 11   directly. I have corresponded with
12:32:30 12   Mr. Stackpole previously, especially in regards
12:32:33 13   to the 2000 case.
12:32:33 14     Q  Right.
12:32:33 15        MR. EBERT: I don't have anything
12:32:36 16   further. If you had a lawyer, he'd be entitled
12:32:38 17   or she'd be entitled to ask you questions now.
12:32:41 18   If you want to, I guess, say anything, you have
12:32:44 19   the right do that, I think. I guess you do.
12:32:45 20   You can.
12:32:49 21        THE WITNESS: Okay. Well, primarily I
12:32:53 22   would like to say that when all this started,
12:33:00 23   all I wanted was recognition and acceptance that
12:33:03 24   I had had something published by WizKids. I
12:33:06 25   didn't believe or understand anything about

Page 195

12:33:09  1   copyright law except that I had submitted
12:33:11  2   something and it had been published, and it
12:33:13  3   appeared to have been published legitimately.
12:33:16  4        I didn't want to accuse anybody. I
12:33:18  5   didn't want to take anybody to court regarding
12:33:21  6   copyright infringement, which is why I discussed
12:33:25  7   this with Mr. Doles in the first place, and we
12:33:28  8   came to our purported agreement.
12:33:32  9        I didn't want to lay claim to half the
12:33:35 10   property in the first place, but it seemed to
12:33:38 11   be -- upon further review of the facts after
12:33:41 12   discovery, to be the more appropriate of the
12:33:45 13   venues to go after. I didn't want to hold Topps
12:33:49 14   accountable for whatever WizKids had done before
12:33:50 15   they bought the property.
12:33:52 16        But primarily the reason that we are
12:33:55 17   in court today is because every time I tried to
12:33:58 18   talk with somebody, every time I sent a
12:34:00 19   certified letter, every time I sent an email,
12:34:04 20   every time I made a phone call, nobody would
12:34:08 21   respond with the sole exception of Mr. Loren
12:34:12 22   Coleman's personal and as a private individual
12:34:14 23   intercession in May of 2008.
12:34:20 24        And if we had at least had that very
12:34:23 25   limited agreement, agreed to that we had

Page 196

12:34:25  1   hammered out at that time, this would have been
12:34:30  2   settled right there. I've tried to give WizKids
12:34:33  3   and Topps every opportunity to settle for as
12:34:36  4   minimal -- what seemed to be reasonable as
12:34:39  5   possible. I have asked them, if you don't want
12:34:41  6   to give over copyrights, can you give me a
12:34:44  7   figure that you would be willing to settle for.
12:34:48  8   It was not until I filed lawsuit that anybody
12:34:51  9   got back to me with even the suggestion of a
12:34:53 10   settlement of any kind besides the discussion in
12:34:55 11   May 2008.
12:34:58 12        So had there been communication on
12:35:02 13   this, had WizKids availed itself of any number
12:35:05 14   of ways of protecting its copyright, had WizKids
12:35:09 15   perhaps not been so free with giving people
12:35:13 16   authority or in stating how sweeping authority
12:35:16 17   might have been via the Web site, all of this
12:35:17 18   could have been avoided.
12:35:20 19        I would really just like to be able to
12:35:27 20   say that I'm BattleTech author, have my rights
12:35:29 21   respected, and go on from there. But at this
12:35:31 22   point it seems like there's no way of doing that
12:35:35 23   because Topps has said that it will not
12:35:35 24   recognize my copyright in anything. Barring
12:35:38 25   that, this will have to be settled in court, and

Page 197

12:35:42  1   I am sorry that it even has to come to this.
12:35:44  2        MR. EBERT: Okay. Anything else?
12:35:45  3        THE WITNESS: That's essentially it.
12:35:48  4        (The deposition concluded at
12:35:48  5   12:35 p.m.)
12:35:48  6
12:35:48  7
          8
              SCOTT MALCOMSON
          9
         10
         11
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25

Coash and Coash, Inc.                           602-258-1440
                                                dfe1664f-9415-4baa-8e30-83053bf73033

Scott Malcomson                                                    July 20, 2009

Page 198

```
          1   STATE OF ARIZONA    )
              COUNTY OF MARICOPA  )
12:35     2
12:35     3       Be it known that the foregoing deposition was
12:35     4   taken by me pursuant to stipulation of counsel; that I
12:35     5   was then and there a Certified Court Reporter in the
12:35     6   State of Arizona, and by virtue thereof authorized to
12:35     7   administer an oath; that the witness before testifying
12:35     8   was duly sworn by me to testify to the whole truth;
12:35     9   pursuant to request, notification was provided that
12:35    10   the deposition is available for review and signature;
12:35    11   that the questions propounded by counsel and the
12:35    12   answers of the witness thereto were taken down by me
12:35    13   in shorthand and thereafter transcribed into
12:35    14   typewriting under my direction; that the foregoing
12:35    15   pages are a full, true, and accurate transcript of all
12:35    16   the proceedings had upon the taking of said
12:35    17   deposition, all done to the best of my skill and
12:35    18   ability.
12:35    19       I FURTHER CERTIFY that I am in no way related
12:35    20   to nor employed by any parties hereto; nor am I in any
12:35    21   way interested in the outcome thereof.
12:35    22       Dated at Phoenix, Arizona, this 28th of July,
12:35    23   2009.
         24
              CINDY MAHONEY, RMR, No. 50680
         25
```

Coash and Coash, Inc.                              602-258-1440

dfe1664f-9415-4baa-8e30-83053bf73033

# EXHIBIT I

## INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

**250 PARK AVENUE**
**NEW YORK, NEW YORK 10177**
Telephone (212) 907-9600
Facsimile (212) 907-9681
www.ingramllp.com

Mioko C. Tajika

July 30, 2009

Member: Legal Netlink Alliance
www.legalnetlink.net

Writer's Direct Dial: (212) 907-9622
E-Mail: mtajika@ingramllp.com

**VIA FEDERAL EXPRESS**

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203

Re:    **Malcomson v. The Topps Company, Inc.,**
**No. CV08-2306-PHX-GMS**

Dear Mr. Malcomson:

Enclosed are Topps's supplemental production bates-numbered T 0078 – T 0256.  In accordance with the Court's July 17, 2009 Order and the July 30, 2009 Stipulated Confidentiality Agreement, copies of which are also enclosed; please be reminded that you are obligated to observe the confidentiality of the document appearing at T 0092–T 0256 (the 3/14/2001 Asset Purchase Agreement).  This means that you are prohibited from showing it or discussing its terms with a third party, or using it for purposes that are inconsistent with the terms of the Stipulated Confidentiality Agreement.

Your confidentiality obligations include, among others, your obligation not to disclose or discuss the terms of 3/14/2001 Asset Purchase Agreement with anyone or any entity, or on the Internet (except as permitted in Paragraph 7 of the Stipulated Confidentiality Agreement).  It also includes your obligation not to attach the 3/14/2001 Asset Purchase Agreement to any filings with the Court before consulting me so that we can discuss a proper mechanisms for making a motion to file under seal, as provided in Paragraph 9 of the Stipulated Confidentiality Agreement.

If there are any questions regarding your confidentiality obligations, please do not hesitate to contact me.

Very truly yours,

Mioko C. Tajika

Enclosures

326845_1/00695-0071

# EXHIBIT J

```
Type of Work:       Visual Material

Registration Number / Date:
                    TX0003524175 / 1993-03-29

Title:              BattleTech : a game of armored combat.

Edition:            2nd ed.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1985

Date of Publication:
                    1985-07-04

Basis of Claim:     New Matter: editorial revisions.

Names:              FASA Corporation
================================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0004008027 / 1995-03-27

Title:              Tales of the Black Widow.

Imprint:            Chicago : FASA Corp.,  c1985.

Description:        47 p.

Series:             Battletech ; 1605

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1985

Date of Publication:
                    1985-10-30

Basis of Claim:     New Matter: new text & new artwork.

Other Title:        Battletech ; 1605

Names:              FASA Corporation
================================================================================

Type of Work:       Visual Material

Registration Number / Date:
                    TX0003768687 / 1993-11-26

Title:              Aerotech : the battletech game of fighter combat.

Notes:              Includes dice, markers, playing sheet & instruction book.

Copyright Claimant:
                    FASA Corporation
```

Date of Creation:  1986

Date of Publication:
                   1986-08-05

Basis of Claim:    New Matter: text & artwork.

Variant title:     Aerotech : the battletech game of fighter combat

Names:             FASA Corporation

=================================================================================

Type of Work:      Visual Material

Registration Number / Date:
                   VA0000721348 / 1995-05-15

Title:             AeroTech : the BattleTech game of fighter combat : no.
                      1609.

Copyright Claimant:
                   FASA Corporation

Date of Creation:  1986

Date of Publication:
                   1986-08-30

Names:             FASA Corporation

=================================================================================

Type of Work:      Text

Registration Number / Date:
                   TX0003616379 / 1993-08-11

Title:             Battletech technical readout 3025.

Description:       200 p.

Copyright Claimant:
                   FASA Corporation

Date of Creation:  1986

Date of Publication:
                   1986-08-26

Basis of Claim:    New Matter: new text & artwork.

Names:             FASA Corporation

=================================================================================

Type of Work:      Text

Registration Number / Date:
                   TX0003528720 / 1993-03-29

Title:             BattleTech technical readout--3025.

Description:       1 v.

```
Copyright Claimant:
                    FASA Corporation

Date of Creation:   1986

Date of Publication:
                    1986-11-04

Names:              FASA Corporation
================================================================================

Type of Work:       Visual Material

Registration Number / Date:
                    VA0000736046 / 1995-10-04

Title:              Battletech--the spider and the wolf.

Description:        1 v.

Notes:              Comic book.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1986

Date of Publication:
                    1986-09-30

Other Title:        The spider and the wolf

Names:              FASA Corporation
================================================================================

Type of Work:       Visual Material

Registration Number / Date:
                    VA0000705614 / 1995-03-27

Application Title: BattleTech technical blueprints.

Title:              BattleTech: warhammer / drawn by Steve Venters.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1986

Date of Publication:
                    1986-08-18

Copyright Note:     C.O. correspondence.

Names:              Venters, Steve
                    FASA Corporation
================================================================================

Type of Work:       Visual Material
```

Registration Number / Date:
                    TX0003679891 / 1993-11-26

Title:              CityTech : the battletech game of urban combat.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1986

Date of Publication:
                    1986-08-08

Basis of Claim:     New Matter: new text, artwork.

Variant title:      CityTech : the battletech game of urban combat

Names:              FASA Corporation

================================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0004008033 / 1995-03-27

Title:              Cranston's Snord's irregulars.

Imprint:            Chicago : FASA Corp.,  c1986.

Description:        47 p.

Series:             Battletech ; 1614

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1986

Date of Publication:
                    1986-11-07

Basis of Claim:     New Matter: new text & new artwork.

Other Title:        Battletech ; 1614

Names:              FASA Corporation

================================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0003626452 / 1993-08-13

Title:              Mechwarrior : the BattleTech role playing game.

Description:        144 p.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1986

Date of Publication:
                      1986-08-01

Basis of Claim:     New Matter: new text & artwork.

Names:              FASA Corporation

================================================================================

Type of Work:       Text

Registration Number / Date:
                      TX0003624571 / 1993-08-17

Title:              BattleTech manual : the rules of warefare.

Description:        88 p.

Notes:              Based on BattleTech, CityTech & AeroTech.

Copyright Claimant:
                      FASA Corporation

Date of Creation:   1987

Date of Publication:
                      1987-09-02

Basis of Claim:     New Matter: additional text & artwork.

Other Title:        BattleTech
                    CityTech
                    AeroTech

Names:              FASA Corporation

================================================================================

Type of Work:       Text

Registration Number / Date:
                      TX0003549794 / 1993-03-29

Title:              BattleTech technical readout : 3026 (vehicles and personal
                      equipment) / written and design Kevin Stein, Sam Lewis.

Imprint:            Chicago : FASA Corp.,  c1987.

Description:        127 p.

Copyright Claimant:
                      FASA Corporation (employer for hire)

Date of Creation:   1987

Date of Publication:
                      1987-07-10

Variant title:      BattleTech technical readout : 3026 (vehicles and personal
                      equipment)

Names:              Stein, Kevin
                    Lewis, Sam
                    FASA Corporation

===============================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004008030 / 1995-03-27

Title:               Mercenary's handbook.

Imprint:             Chicago : FASA Corp.,  c1987.

Description:         99 p.

Series:              Battletech ; 1616

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1987

Date of Publication:
                     1987-02-24

Basis of Claim:      New Matter: new text & new artwork.

Other Title:         Battletech ; 1616

Names:               FASA Corporation
```

===============================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004011334 / 1995-03-27

Title:               Mercenary's star / by William H. Keith.

Imprint:             Chicago : FASA Corp.,  c1987.

Description:         367 p.

Series:              BattleTech

Copyright Claimant:
                     FASA Corporation (employer for hire)

Date of Creation:    1987

Date of Publication:
                     1987-08-08

Names:               Keith, William H.
                     FASA Corporation
```

===============================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0003996710 / 1995-03-27

Title:               Sorenson's sabres.
```

```
Description:        63 p.

Series:             BattleTech ; 1627

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1987

Date of Publication:
                    1987-11-10

Other Title:        BattleTech ; 1627

Names:              FASA Corporation
```

================================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0004103501 / 1995-10-04

Title:              The sword and the dagger / by Ardath Mayhar.

Imprint:            Chicago : FASA Corp.,  c1987.

Description:        279 p.

Series:             Battletech

Copyright Claimant:
                    FASA Corporation (employer for hire)

Date of Creation:   1987

Date of Publication:
                    1987-02-09

Previous Registration:
                    Appl. states all new except some prev. pub. artwork.

Names:              Mayhar, Ardath
                    FASA Corporation
```

================================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0003626905 / 1993-08-16

Title:              Vehicles and personal equipment.

Description:        127 p.

Series:             Battletech technical readout ; 3026

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1987
```

```
Date of Publication:
                    1987-10-11

Other Title:        Battletech technical readout ; 3026

Names:              FASA Corporation
```

================================================================================

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0000735198 / 1995-05-15

Title:              BattleTech map : set no. 2.

Description:        Art reproductions.

Notes:              Map of fictional terrain.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1988

Date of Publication:
                    1988-04-27

Previous Registration:
                    Appl. states some maps prev. pub.

Basis of Claim:     New Matter: some new map artwork.

Copyright Note:     C.O. correspondence.

Names:              FASA Corporation
```

================================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0004003807 / 1995-03-27

Title:              Camo specs : a guide to regimental paint schemes / writing
                        Karl Hiesterman ; ill. Doug Shuler.

Imprint:            Chicago : FASA Corp.

Description:        48 p.

Series:             Battletech ; 1632

Copyright Claimant:
                    FASA Corporation (employer for hire)

Date of Creation:   1988

Date of Publication:
                    1988-12-30

Basis of Claim:     New Matter: additional text & artwork.

Other Title:        Battletech ; 1632
```

```
Names:              Hiesterman, Karl
                    Shuler, Doug
                    FASA Corporation

===============================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0004011295 / 1995-03-27

Title:              The Kell Hounds.

Description:        63 p.

Series:             BattleTech ; no. 1652

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1988

Date of Publication:
                    1988-12-06

Basis of Claim:     New Matter: new text, new artwork.

Other Title:        BattleTech ; no. 1652

Names:              FASA Corporation

===============================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0003996714 / 1995-03-27

Title:              The periphery.

Description:        154 p.

Series:             BattleTech ; 1629

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1988

Date of Publication:
                    1988-09-27

Other Title:        BattleTech ; 1629

Names:              FASA Corporation

===============================================================================

Type of Work:       Visual Material

Registration Number / Date:
                    VA0000687284 / 1995-03-27
```

Application Title: BattleTech PlasTech.

Title:              PlasTech : 16 'mechs included!

Description:        Sculptures.

Series:             BattleTech ; 1633

Copyright Claimant:
                    FASA Corporation

Date of Creation:  1988

Date of Publication:
                    1988-12-21

Other Title:        BattleTech ; 1633
                    BattleTech PlasTech

Names:              FASA Corporation

================================================================================

Type of Work:   Text

Registration Number / Date:
                    TX0003996711 / 1995-03-27

Title:              Rolling thunder.

Description:        64 p.

Series:             BattleTech ; 1651

Copyright Claimant:
                    FASA Corporation

Date of Creation:  1988

Date of Publication:
                    1988-07-23

Other Title:        BattleTech ; 1651

Names:              FASA Corporation

================================================================================

Type of Work:   Text

Registration Number / Date:
                    TX0003996713 / 1995-03-27

Title:              20 year update.

Description:        95 p.

Series:             BattleTech ; 1639

Copyright Claimant:
                    FASA Corporation

Date of Creation:  1989

```
Date of Publication:
                    1989-06-30

Other Title:        BattleTech ; 1639

Names:              FASA Corporation

================================================================================
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0003631325 / 1993-08-11

Title:               Battletech technical readout: 2750.

Imprint:             Chicago : FASA Corporation,  1989.

Description:         160 p.

Copyright Claimant:
                     FASA Corporation

Date of Creation:  1989

Date of Publication:
                     1989-02-15

Names:               FASA Corporation
```

================================================================================

```
Type of Work:    Visual Material

Registration Number / Date:
                 TX0003685465 / 1993-11-26

Title:           BattleTroops : a game of urban man-to-man combat in the
                    BattleTech universe.

Notes:           Based on BattleTech, CityTech & MechWarrior.

Copyright Claimant:
                 FASA Corporation

Date of Creation:  1989

Date of Publication:
                 1989-07-26

Basis of Claim:  New Matter: new text & artwork.

Other Title:     BattleTech
                 CityTech
                 MechWarrior

Names:           FASA Corporation
```

================================================================================

```
Type of Work:    Text

Registration Number / Date:
                 TX0004015058 / 1995-03-27

Title:           Heir to the dragon / Robert Charrette.

Imprint:         Chicago : FASA Corp.,  c1989.

Description:      337 p.

Series:          Battletech
```

```
Copyright Claimant:
                FASA Corporation (employer for hire)

Date of Creation:  1989

Date of Publication:
                1989-06-23

Basis of Claim:  New Matter: new text & artwork.

Names:          Charrette, Robert
                FASA Corporation
================================================================================

Type of Work:   Text

Registration Number / Date:
                TX0003996712 / 1995-03-27

Title:          Wolf's dragoons.

Description:    127 p.

Series:         BattleTech ; 1631

Copyright Claimant:
                FASA Corporation

Date of Creation:  1989

Date of Publication:
                1989-04-13

Other Title:    BattleTech ; 1631

Names:          FASA Corporation
================================================================================

Type of Work:   Text

Registration Number / Date:
                TX0004103499 / 1995-10-04

Title:          Wolves on the border / by Robert Charrette.

Imprint:        Chicago : FASA Corp.,  c1988.

Description:    337 p.

Series:         Battletech

Copyright Claimant:
                FASA Corporation (employer for hire)

Date of Creation:  1989

Date of Publication:
                1989-01-24

Previous Registration:
                Appl. states all new except some prev. pub. artwork.
```

```
Names:                Charrette, Robert
                      FASA Corporation
================================================================================

Type of Work:         Text

Registration Number / Date:
                      TX0004011294 / 1995-03-27

Title:                The Battle for Twycross.

Description:          56 p.

Series:               BattleTech ; no. 1653

Copyright Claimant:
                      FASA Corporation

Date of Creation:     1990

Date of Publication:
                      1990-06-30

Basis of Claim:       New Matter: new text, new artwork.

Other Title:          BattleTech ; no. 1653

Names:                FASA Corporation
================================================================================

Type of Work:         Visual Material

Registration Number / Date:
                      VA0000734071 / 1995-05-15

Title:                BattleTech reinforcements 2 : additional units for
                         BattleTech.

Description:          Art reproductions.

Series:               BattleTech, the return of Kerensky ; 1636

Notes:                Board game suppl.

Copyright Claimant:
                      FASA Corporation

Date of Creation:     1990

Date of Publication:
                      1990-09-20

Copyright Note:       C.O. correspondence.

Other Title:          BattleTech, the return of Kerensky ; 1636

Names:                FASA Corporation
================================================================================

Type of Work:         Text
```

```
Registration Number / Date:
                  TX0003528719 / 1993-03-29

Title:            BattleTech technical readout--3050.

Description:      1 v.

Copyright Claimant:
                  FASA Corporation

Date of Creation: 1990

Date of Publication:
                  1990-04-10

Names:            FASA Corporation
```

================================================================================

```
Type of Work:     Text

Registration Number / Date:
                  TX0003478047 / 1993-03-04

Title:            BattleTech Technical Readout : 3050.

Description:      233 p.

Series:           Battletech. the Return of Kerensky ; 8614

Copyright Claimant:
                  FASA Corporation

Date of Creation: 1989

Date of Publication:
                  1990-04-10

Date in Notice:   notice: 1989

Basis of Claim:   New Matter: new text & artwork.

Copyright Note:   C.O. correspondence.

Variant title:    BattleTech Technical Readout : 3050

Other Title:      Battletech : the Return of Kerensky ; 8614

Names:            FASA Corporation
```

================================================================================

```
Type of Work:     Visual Material

Registration Number / Date:
                  TX0003478044 / 1993-03-04

Title:            Battletech : the Return of Kerensky.

Description:      poster.

Copyright Claimant:
                  FASA Corporation
```

```
Date of Creation:  1990

Date of Publication:
                   1990-01-30

Copyright Note:    C.O. correspondence.

Variant title:     Battletech : the Return of Kerensky

Names:             FASA Corporation
```

================================================================================

```
Type of Work:     Text

Registration Number / Date:
                   TX0003478045 / 1993-03-04

Title:             The Compendium.

Description:       131 p.

Series:            Battletech ; 1640

Copyright Claimant:
                   FASA Corporation

Date of Creation:  1990

Date of Publication:
                   1990-07-26

Basis of Claim:    New Matter: new artwork, rules & sections extending time
                     line of fictional history.

Copyright Note:    C.O. correspondence.

Other Title:       Battletech ; 1640

Names:             FASA Corporation
```

================================================================================

```
Type of Work:     Text

Registration Number / Date:
                   TX0004011292 / 1995-03-27

Title:             The Fourth Succession War Scenarios : vol. 1.

Description:       1 v.

Series:            BattleTech ; no. 1654

Copyright Claimant:
                   FASA Corporation

Date of Creation:  1990

Date of Publication:
                   1990-01-30

Basis of Claim:    New Matter: new text, new artwork.
```

```
Variant title:     The Fourth Succession War Scenarios : vol. 1

Other Title:       BattleTech ; no. 1654

Names:             FASA Corporation

================================================================================

Type of Work:      Text

Registration Number / Date:
                   TX0004061267 / 1995-03-27

Title:             Lethal heritage / by Michael A. Stackpole.

Imprint:           Chicago : FASA,  c1989.

Description:       332 p.

Series:            Battletech

Copyright Claimant:
                   FASA Corporation (employer for hire)

Date of Creation:  1990

Date of Publication:
                   1990-02-28

Basis of Claim:    New Matter: new text & new artwork.

Copyright Note:    C.O. correspondence.

Names:             Stackpole, Michael A.
                   FASA Corporation

================================================================================

Type of Work:      Text

Registration Number / Date:
                   TX0004008014 / 1995-03-27

Title:             More tales of the Black Widow.

Imprint:           Chicago : FASA Corp.,  c1990.

Description:       61 p.

Series:            Battletech ; 1657

Copyright Claimant:
                   FASA Corporation

Date of Creation:  1990

Date of Publication:
                   1990-11-19

Basis of Claim:    New Matter: new text & new artwork.

Other Title:       Battletech ; 1657

Names:             FASA Corporation
```

```
================================================================================
```

Type of Work:          Visual Material

Registration Number / Date:
                       TX0003738363 / 1993-11-26

Title:                 Solaris VII : the game world.

Description:           Game.

Series:                BattleTech ; 1660

Copyright Claimant:
                       FASA Corporation

Date of Creation:      1991

Date of Publication:
                       1991-12-02

Basis of Claim:        New Matter: addition of new text & new artwork.

Variant title:         Solaris VII : the game world

Other Title:           BattleTech ; 1660

Names:                 FASA Corporation

```
================================================================================
```

Type of Work:          Text

Registration Number / Date:
                       TX0003996705 / 1995-03-27

Title:                 Assault mechs.

Description:           1 v.

Series:                BattleTech record sheets ; vol. 4, no. 1650

Copyright Claimant:
                       FASA Corporation

Date of Creation:      1991

Date of Publication:
                       1991-08-21

Other Title:           BattleTech record sheets ; vol. 4, no. 1650

Names:                 FASA Corporation

```
================================================================================
```

Type of Work:          Visual Material

Registration Number / Date:
                       VA0000721346 / 1995-05-15

Title:                 BattleTech map set 3 : no. 1638.

```
Description:        Gameboard.

Notes:              Includes 8 technical drawings.

Copyright Claimant:
                    FASA Corporation

Date of Creation:  1991

Date of Publication:
                    1991-02-27

Names:              FASA Corporation
```

================================================================================

```
Type of Work:      Visual Material

Registration Number / Date:
                    VA0000721343 / 1995-05-15

Title:              BattleTech map set 4 : no. 1663.

Description:        Gameboard.

Notes:              Includes chart, order form & 8 terrain maps.

Copyright Claimant:
                    FASA Corporation

Date of Creation:  1991

Date of Publication:
                    1991-05-12

Names:              FASA Corporation
```

================================================================================

```
Type of Work:      Visual Material

Registration Number / Date:
                    VA0000721344 / 1995-05-15

Title:              BattleTech OmniMech blueprints : no. 1661.

Description:        Gameboard.

Notes:              Includes catalog, order form & 4 technical drawings.

Copyright Claimant:
                    FASA Corporation

Date of Creation:  1991

Date of Publication:
                    1991-01-28

Names:              FASA Corporation
```

================================================================================

```
Type of Work:      Text
```

```
Registration Number / Date:
                    TX0004011293 / 1995-03-27

Title:              BattleTech record sheets : vol. 1, Light Mechs.

Description:        1 v.

Series:             BattleTech ; no. 1647

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1991

Date of Publication:
                    1991-03-30

Basis of Claim:     New Matter: new text, new artwork.

Variant title:      BattleTech record sheets : vol. 1

Other Title:        Light Mechs
                    BattleTech ; no. 1647

Names:              FASA Corporation

================================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0003996681 / 1995-03-27

Title:              BattleTech record sheets : vol. 2, medium mechs.

Description:        1 v.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1991

Date of Publication:
                    1991-04-19

Basis of Claim:     New Matter: additions.

Variant title:      BattleTech record sheets : vol. 2, medium mechs

Names:              FASA Corporation

================================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0004011291 / 1995-03-27

Title:              BattleTech Reinforcements, additional units for BattleTech
                       : battlemech record sheets 3025.

Description:        1 v.

Series:             BattleTech ; no. 1625A
```

```
Copyright Claimant:
                    FASA Corporation

Date of Creation:   1991

Date of Publication:
                    1991-12-05

Basis of Claim:     New Matter: new text, new artwork.

Other Title:        BattleTech ; no. 1625A

Names:              FASA Corporation
```

================================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0003478048 / 1993-03-04

Title:              BattleTech Wolf Clan sourcebook.

Description:        128 p.

Series:             BattleTech ; 1642

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1991

Date of Publication:
                    1991-06-18

Basis of Claim:     New Matter: new text & artwork.

Copyright Note:     C.O. correspondence.

Other Title:        BattleTech ; 1642

Names:              FASA Corporation
```

================================================================================

```
Type of Work:       Visual Material

Registration Number / Date:
                    TX0004008029 / 1995-03-27

Title:              Clantroops, 1991.

Imprint:            Chicago : FASA Corp.,  c1991.

Description:        Game.

Series:             Battletech ; 1664

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1991
```

Date of Publication:
                     1991-12-30

Basis of Claim:      New Matter: new text & new artwork.

Other Title:         Battletech ; 1664

Names:               FASA Corporation

================================================================================

Type of Work:        Text

Registration Number / Date:
                     TX0003996716 / 1995-03-27

Title:               Heavy mechs.

Description:         1 v.

Series:              BattleTech record sheets ; vol. 3, no. 1649

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1991

Date of Publication:
                     1991-06-30

Other Title:         BattleTech record sheets ; vol. 3, no. 1649

Names:               FASA Corporation

================================================================================

```
Type of Work:          Text

Registration Number / Date:
                       TX0004011299 / 1995-03-27

Title:                 House Marik--the free worlds league.

Description:           168 p.

Series:                BattleTech ; no. 1622

Copyright Claimant:
                       FASA Corporation

Date of Creation:      1991

Date of Publication:
                       1991-04-14

Basis of Claim:        New Matter: new text, new artwork.

Other Title:           BattleTech ; no. 1622

Names:                 FASA Corporation
================================================================================

Type of Work:          Text

Registration Number / Date:
                       TX0003478046 / 1993-03-04

Title:                 MechWarrior : the BattleTech role playing game.

Edition:               2nd ed.

Description:           165 p.

Series:                BattleTech ; 1641

Copyright Claimant:
                       FASA Corporation

Date of Creation:      1991

Date of Publication:
                       1991-08-05

Basis of Claim:        New Matter: new artwork, rules & sections extending time
                          line of fictional history.

Copyright Note:        C.O. correspondence.

Variant title:         MechWarrior : the BattleTech role playing game

Other Title:           BattleTech ; 1641

Names:                 FASA Corporation
================================================================================

Type of Work:          Text

Registration Number / Date:
```

TX0004008032 / 1995-03-27

Title:              Rhonda's irregulars.

Imprint:            Chicago : FASA Corp.,  c1991.

Description:        69 p.

Series:             Battletech ; 1643

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1991

Date of Publication:
                    1991-11-22

Basis of Claim:     New Matter: new text & new artwork.

Other Title:        Battletech ; 1643

Names:              FASA Corporation

================================================================================

Type of Work:    Text

Registration Number / Date:
                 TX0003996715 / 1995-03-27

Title:           3055 mechs.

Description:     1 v.

Series:          BattleTech record sheets ; vol. 6, no. 1668

Copyright Claimant:
                 FASA Corporation

Date of Creation:   1992

Date of Publication:
                    1992-08-30

Other Title:     BattleTech record sheets ; vol. 6, no. 1668

Names:           FASA Corporation

================================================================================

Type of Work:    Visual Material

Registration Number / Date:
                 TX0003524176 / 1993-03-29

Title:           BattleTech : a game of armored combat.

Edition:         3rd ed.

Copyright Claimant:
                 FASA Corporation

Date of Creation:   1992

```
Date of Publication:
                    1992-11-08

Basis of Claim:    New Matter: editorial revisions.

Names:             FASA Corporation

================================================================================

Type of Work:      Text

Registration Number / Date:
                    TX0003996680 / 1995-03-27

Application Title: Jade Falcon sourcebook.

Title:             Battletech Jade Falcon sourcebook.

Description:       107 p.

Copyright Claimant:
                    FASA Corporation

Date of Creation:  1992

Date of Publication:
                    1992-07-30

Basis of Claim:    New Matter: additions.

Names:             FASA Corporation

================================================================================

Type of Work:      Visual Material

Registration Number / Date:
                    VA0000735199 / 1995-05-15

Title:             BattleTech Mad Cat vinyl model kit.

Copyright Claimant:
                    FASA Corporation

Date of Creation:  1992

Date of Publication:
                    1992-09-06

Copyright Note:    C.O. correspondence.

Names:             FASA Corporation

================================================================================

Type of Work:      Text

Registration Number / Date:
                    TX0003528721 / 1993-02-19

Title:             BattleTech technical readout--3055.

Description:       1 v.
```

```
Copyright Claimant:
                    FASA Corporation

Date of Creation:   1992

Date of Publication:
                    1992-05-19

Names:              FASA Corporation
================================================================================

Type of Work:     Text

Registration Number / Date:
                    TX0003644382 / 1993-04-13

Title:              BattleTech technical readout : 3055.

Description:        168 p.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1992

Date of Publication:
                    1992-05-06

Previous Registration:
                    Appl. states some materials under copyright held by Victor
                        Musical Industries, Inc.

Basis of Claim:     New Matter: new text & artwork.

Variant title:      BattleTech technical readout : 3055

Names:              FASA Corporation
================================================================================

Type of Work:     Text

Registration Number / Date:
                    TX0004008039 / 1995-03-27

Title:              ComStar.

Imprint:            Chicago : FASA Corp.,  c1992.

Description:        108 p.

Series:             Battletech ; 1655

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1992

Date of Publication:
                    1992-10-23

Basis of Claim:     New Matter: new text & new artwork.
```

```
Other Title:        Battletech ; 1655

Names:              FASA Corporation
```

===============================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0004011297 / 1995-03-27

Title:              McCarron's Armored Cavalry.

Description:        59 p.

Series:             BattleTech ; no. 1669

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1992

Date of Publication:
                    1992-07-30

Basis of Claim:     New Matter: new text, new artwork.

Other Title:        BattleTech ; no. 1669

Names:              FASA Corporation
```

===============================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0004011296 / 1995-03-27

Title:              Mercenary's handbook 3055.

Description:        127 p.

Series:             BattleTech ; no. 1670

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1992

Date of Publication:
                    1992-06-08

Basis of Claim:     New Matter: new text, new artwork.

Other Title:        BattleTech ; no. 1670

Names:              FASA Corporation
```

===============================================================================

```
Type of Work:       Text

Registration Number / Date:
```

TX0004046305 / 1995-03-27

Title:               Natural selection / Michael A. Stackpole.

Imprint:             New York : Penguin,  1992.

Description:         330 p.

Series:              Battletech ; no. 5

Copyright Claimant:
                     FASA Corporation (employer for hire)

Date of Creation:    1992

Date of Publication:
                     1992-06-30

Previous Registration:
                     Appl. states some artwork is preexisting.

Other Title:         Battletech ; no. 5

Names:               Stackpole, Michael A.
                     FASA Corporation

====================================================================================

Type of Work:    Text

Registration Number / Date:
                 TX0004008035 / 1995-03-27

Title:           Objective Raids.

Imprint:         Chicago : FASA Corp.,  c1992.

Description:     192 p.

Series:          Battletech ; 1665

Copyright Claimant:
                 FASA Corporation

Date of Creation: 1992

Date of Publication:
                 1992-01-30

Basis of Claim:  New Matter: new text & new artwork.

Other Title:     Battletech ; 1665

Names:           FASA Corporation

====================================================================================

Type of Work:    Text

Registration Number / Date:
                 TX0004015053 / 1995-03-27

Title:           Wolf pack / Robert N. Charrette.

```
Imprint:           New York : ROC,  c1992.

Description:       442 p.

Series:            Battletech ; no. 4

Copyright Claimant:
                   FASA Corporation (employer for hire)

Date of Creation:  1992

Date of Publication:
                   1992-04-30

Basis of Claim:    New Matter: new text & artwork.

Other Title:       Battletech ; no. 4

Names:             Charrette, Robert N.
                   FASA Corporation
```

================================================================================

```
Type of Work:      Text

Registration Number / Date:
                   TX0004008037 / 1995-03-27

Title:             Solaris : the Reaches.

Imprint:           Chicago : FASA Corp.,  c1993.

Description:       Game.

Series:            Battletech ; 1659

Copyright Claimant:
                   FASA Corporation

Date of Creation:  1993

Date of Publication:
                   1993-09-20

Basis of Claim:    New Matter: new text & new artwork.

Variant title:     Solaris : the Reaches

Other Title:       Battletech ; 1659

Names:             FASA Corporation
```

================================================================================

```
Type of Work:      Text

Registration Number / Date:
                   TX0003996704 / 1995-03-27

Title:             Vehicles.

Description:       1 v.

Series:            BattleTech record sheets ; vol. 5, no. 1667
```

```
Copyright Claimant:
                  FASA Corporation

Date of Creation:  1993

Date of Publication:
                  1993-10-04

Other Title:      BattleTech record sheets ; vol. 5, no. 1667

Names:            FASA Corporation
================================================================================

Type of Work:     Text

Registration Number / Date:
                  TX0004103502 / 1995-10-04

Title:            Assumption of risk / Michael A. Stackpole.

Imprint:          New York : Penguin Books USA,  c1993.

Description:      370 p.

Series:           Battletech

Copyright Claimant:
                  FASA Corporation (employer for hire)

Date of Creation:  1993

Date of Publication:
                  1993-07-28

Previous Registration:
                  Appl. states all new except some prev. pub. artwork.

Names:            Stackpole, Michael A.
                  FASA Corporation
================================================================================

Type of Work:     Text

Registration Number / Date:
                  TX0003638899 / 1993-11-05

Title:            Assumption of risk / Michael A. Stackpole.

Imprint:          New York : Penguin Books,  c1993.

Description:      370 p.

Series:           Battletech ; no. 12

Copyright Claimant:
                  FASA Corporation

Date of Creation:  1993

Date of Publication:
                  1993-09-01
```

```
Other Title:       Battletech ; no. 12

Names:             Stackpole, Michael A.
                   FASA Corporation
```

==============================================================================

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0000687282 / 1995-03-27

Title:             BattleMech recognition cards.

Description:       Art reproductions.

Series:            BattleTech ; 1675

Notes:             Trading cards.
                   Includes text.

Copyright Claimant:
                   FASA Corporation

Date of Creation:  1993

Date of Publication:
                   1993-07-26

Other Title:       BattleTech ; 1675

Names:             FASA Corporation
```

==============================================================================

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0000687283 / 1995-03-27

Application Title: BattleTech BattleMechs plastic miniatures.

Title:             BattleMechs plastic miniatures : for use with BattleTech :
                   no. 1674.

Description:       Sculptures.

Copyright Claimant:
                   FASA Corporation

Date of Creation:  1993

Date of Publication:
                   1993-02-15

Other Title:       BattleTech BattleMechs plastic miniatures

Names:             FASA Corporation
```

==============================================================================

```
Type of Work:      Visual Material
```

Registration Number / Date:
                       VA0000687285 / 1995-03-27

Title:                 BattleSpace : the BattleTech game of space combat.

Series:                BattleTech ; 1680

Copyright Claimant:
                       FASA Corporation

Date of Creation:  1993

Date of Publication:
                       1993-08-12

Other Title:           BattleTech ; 1680

Names:                 FASA Corporation

================================================================================

Type of Work:      Text

Registration Number / Date:
                       TX0004103503 / 1995-10-04

Title:                 Blood of heroes / Andrew Keith.

Imprint:               New York : Penguin Books USA,  c1993.

Description:           339 p.

Series:                Battletech ; no. 11

Copyright Claimant:
                       FASA Corporation (employer for hire)

Date of Creation:  1993

Date of Publication:
                       1993-05-26

Previous Registration:
                       Appl. states all new except some prev. pub. artwork.

Other Title:           Battletech ; no. 11

Names:                 Keith, Andrew
                       FASA Corporation

================================================================================

Type of Work:      Text

Registration Number / Date:
                       TX0003682529 / 1993-11-16

Title:                 Far country / Peter L. Rice.

Imprint:               New York : Penguin Group,  c1993.

Description:           363 p.

Series:                Battletech

```
Copyright Claimant:
                   FASA Corporation

Date of Creation:  1993

Date of Publication:
                   1993-10-01

Names:             FASA Corporation
```

================================================================

```
Type of Work:    Text

Registration Number / Date:
                 TX0004015045 / 1995-03-27

Title:           Far country / Peter L. Rice.

Imprint:         New York : ROC Book,  c1993.

Description:     412 p.

Series:          Battletech

Copyright Claimant:
                 FASA Corporation (employer for hire)

Date of Creation: 1993

Date of Publication:
                 1993-08-25

Basis of Claim:  New Matter: new text & artwork.

Names:           Rice, Peter L.
                 FASA Corporation
```

================================================================

```
Type of Work:          Text

Registration Number / Date:
                       TX0004008034 / 1995-03-27

Title:                 Hot Spots.

Imprint:               Chicago : FASA Corp.,  c1993.

Description:           72 p.

Series:                Battletech ; 1679

Copyright Claimant:
                       FASA Corporation

Date of Creation:  1993

Date of Publication:
                       1993-10-18

Basis of Claim:    New Matter: new text & new artwork.

Other Title:       Battletech ; 1679

Names:             FASA Corporation
```

================================================================================

```
Type of Work:          Text

Registration Number / Date:
                       TX0004011336 / 1995-03-27

Title:                 Ideal war / Christopher Kubasik.

Imprint:               Chicago : FASA Corp.,  c1993.

Description:           280 p.

Series:                BattleTech

Copyright Claimant:
                       FASA Corporation (employer for hire)

Date of Creation:  1993

Date of Publication:
                       1993-03-15

Names:             Kubasik, Christopher
                   FASA Corporation
```

================================================================================

```
Type of Work:          Text

Registration Number / Date:
                       TX0004008038 / 1995-03-27

Title:                 Intelligence operations handbook.

Imprint:               Chicago : FASA Corp.,  1993.
```

```
Description:          143 p.

Series:               Battletech ; 1673

Copyright Claimant:
                      FASA Corporation

Date of Creation:     1993

Date of Publication:
                      1993-03-25

Basis of Claim:       New Matter: new text & new artwork.

Other Title:          Battletech ; 1673

Names:                FASA Corporation
```

===============================================================================

```
Type of Work:         Text

Registration Number / Date:
                      TX0004008031 / 1995-03-27

Title:                Luthien.

Imprint:              Chicago : FASA Corp.,  c1993.

Description:          96 p.

Series:               Battletech ; 1678

Copyright Claimant:
                      FASA Corporation

Date of Creation:     1993

Date of Publication:
                      1993-12-14

Basis of Claim:       New Matter: new text & new artwork.

Other Title:          Battletech ; 1678

Names:                FASA Corporation
```

===============================================================================

```
Type of Work:         Text

Registration Number / Date:
                      TX0004103500 / 1995-10-04

Title:                Main event / James D. Long.

Imprint:              New York : Penguin Books USA,  c1993.

Description:          340 p.

Series:               Battletech ; no. 10

Copyright Claimant:
                      FASA Corporation (employer for hire)
```

```
Date of Creation:   1993

Date of Publication:
                    1993-03-30

Previous Registration:
                    Appl. states all new except some prev. pub. artwork.

Other Title:        Battletech ; no. 10

Names:              Long, James D.
                    FASA Corporation

================================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0004018808 / 1995-03-27

Title:              BattleTech compendium : the rules of warfare.

Imprint:            [S.l.] : FASA Corp.,  c1994.

Description:        136 p.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1994

Date of Publication:
                    1994-07-29

Basis of Claim:     New Matter: new text & artwork.

Names:              FASA Corporation

================================================================================

Type of Work:       Visual Material

Registration Number / Date:
                    VA0000721345 / 1995-05-15

Title:              BattleTech Medium OmniMech Techprints : no. 1662.

Description:        Gameboard.

Notes:              Includes order form & 4 technical drawings.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1994

Date of Publication:
                    1994-02-11

Names:              FASA Corporation

================================================================================
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0004011298 / 1995-03-27

Title:               BattleTech tactical handbook.

Description:         79 p.

Series:              BattleTech ; no. 8630

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1994

Date of Publication:
                     1994-03-22

Basis of Claim:      New Matter: new text, new artwork.

Other Title:         BattleTech ; no. 8630

Names:               FASA Corporation
```

================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004008036 / 1995-03-27

Title:               The Black Thorns : a Battletech scenario pack.

Imprint:             Chicago : FASA Corp.,  c1994.

Description:         61 p.

Series:              Battletech ; 1686

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1994

Date of Publication:
                     1994-11-12

Basis of Claim:      New Matter: new text & new artwork.

Other Title:         Battletech ; 1686

Names:               FASA Corporation
```

================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004011337 / 1995-03-27

Title:               Bred for war / Michael A. Stakepole.

Imprint:             Chicago : FASA Corp.,  c1995.
```

```
Description:        378 p.

Series:             BattleTech

Copyright Claimant:
                    FASA Corporation (employer for hire)

Date of Creation:   1994

Date of Publication:
                    1994-08-01

Names:              Stakepole, Michael A.
                    FASA Corporation
```

================================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0003926859 / 1994-11-03

Title:              Close quarters / by Victor Milan.

Imprint:            New York : Penguin Group,  c1994.

Description:        390 p.

Series:             Battletech ; no. 15

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1994

Date of Publication:
                    1994-09-01

Other Title:        Battletech ; no. 15

Names:              Milan, Victor
                    FASA Corporation
```

================================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0003979772 / 1995-03-27

Title:              Close quarters / by Victor Milan.

Imprint:            New York : Penguin Group,  c1994.

Description:        390 p.

Series:             Battletech

Copyright Claimant:
                    FASA Corporation (employer for hire)

Date of Creation:   1994
```

```
Date of Publication:
                  1994-07-20

Basis of Claim:   New Matter: new text & artwork.

Names:            Milan, Victor
                  FASA Corporation
```

================================================================================

```
Type of Work:     Text

Registration Number / Date:
                  TX0004008028 / 1995-03-27

Title:            Invading Clans.

Imprint:          Chicago : FASA Corp.,  c1994.

Description:      157 p.

Series:           A Battletech sourcebook; 1645

Copyright Claimant:
                  FASA Corporation

Date of Creation: 1994

Date of Publication:
                  1994-11-24

Basis of Claim:   New Matter: new text & new artwork.

Names:            FASA Corporation
```

================================================================================

```
Type of Work:     Text

Registration Number / Date:
                  TX0004021570 / 1995-03-27

Application Title: BattleTech Technical Readout: 3057.

Title:            Technical Readout 3057.

Description:      1 v.

Series:           BattleTech ; no. 8620

Copyright Claimant:
                  FASA Corporation

Date of Creation: 1994

Date of Publication:
                  1994-06-14

Basis of Claim:   New Matter: new text and artwork.

Other Title:      BattleTech ; no. 8620

Names:            FASA Corporation
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0004011300 / 1995-03-27

Title:               Tukayyid.

Description:         109 p.

Series:              BattleTech ; no. 1685

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1994

Date of Publication:
                     1994-07-07

Basis of Claim:      New Matter: new text, new artwork.

Other Title:         BattleTech ; no. 1685

Names:               FASA Corporation
```

===============================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0003989730 / 1995-02-13

Title:               Bred for war / by Michael A. Stackpole.

Imprint:             New York : Penguin Group,  c1995.

Description:         378 p.

Series:              Battletech ; no. 16

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1994

Date of Publication:
                     1995-01-01

Other Title:         Battletech ; no. 16

Names:               Stackpole, Michael A.
                     FASA Corporation
```

===============================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004015057 / 1995-03-27

Title:               DRT / James D. Long.
```

```
Imprint:          New York : ROC,  c1994.

Description:      281 p.

Series:           Battletech

Copyright Claimant:
                  FASA Corporation (employer for hire)

Date of Creation: 1994

Date of Publication:
                  1995-03-14

Basis of Claim:   New Matter: new text & artwork.

Names:            Long, James D.
                  FASA Corporation

================================================================================

Type of Work:     Text

Registration Number / Date:
                  TX0004140744 / 1995-08-30

Title:            Highlander gambit / Blaine Lee Pardoe.

Description:      355 p.

Series:           Battletech ; no. 18

Copyright Claimant:
                  FASA Corporation

Date of Creation: 1994

Date of Publication:
                  1995-06-01

Copyright Note:   C.O. correspondence.

Other Title:      Battletech ; no. 18

Names:            Pardoe, Blaine Lee
                  FASA Corporation

================================================================================

Type of Work:     Text

Registration Number / Date:
                  TX0004035746 / 1995-04-17

Title:            I am Jade Falcon / Robert Thurston.

Imprint:          New York : Penguim Books USA,  c1995.

Description:      264 p.

Series:           Battletech ; no. 17

Copyright Claimant:
                  FASA Corporation
```

```
Date of Creation:   1994

Date of Publication:
                    1995-03-01

Other Title:        Battletech ; no. 17

Names:              Thurston, Robert
                    FASA Corporation
```

================================================================================

```
Type of Work:     Text

Registration Number / Date:
                  TX0004157484 / 1995-09-29

Title:            Tactics of duty / William H. Keith, Jr.

Imprint:          New York : Roc,  c1995.

Description:      330 p.

Series:           Battletech ; no. 19

Copyright Claimant:
                  FASA Corporation

Date of Creation:  1995

Date of Publication:
                   1995-08-01

Other Title:       Battletech ; no. 19

Names:             Keith, William H., Jr.
                   FASA Corporation
```

================================================================================

```
Type of Work:     Text

Registration Number / Date:
                  TX0004215498 / 1996-03-26

Title:            Battletech : star lord / Donald G. Phillips.

Imprint:          New York : Penguin Books USA,  c1996.

Description:      319 p.

Copyright Claimant:
                  FASA Corporation

Date of Creation:  1995

Date of Publication:
                   1996-02-01

Variant title:     Battletech : star lord

Names:             Phillips, Donald G.
                   FASA Corporation
```

=================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004471484 / 1997-01-28

Title:               Black dragon / Victor Milan.

Imprint:             New York : ROC Book,  c1996.

Description:         389 p.

Series:              Battletech ; no. 29

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1996

Date of Publication:
                     1996-11-01

Other Title:         Battletech ; no. 29

Names:               Milan, Victor
                     FASA Corporation
```

=================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004346050 / 1996-07-31

Title:               Hearts of chaos / Victor Milan.

Imprint:             New York : Penguin Group,  c1996.

Description:         314 p.

Series:              Battletech ; [no. 26]

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1996

Date of Publication:
                     1996-06-01

Other Title:         Battletech ; [no. 26]

Names:               Milan, Victor
                     FASA Corporation
```

=================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004467968 / 1997-02-07
```

| | |
|---|---|
| Title: | Impetus of war / Blaine Lee Pardoe. |
| Imprint: | New York : ROC,  c1996. |
| Description: | 293 p. |
| Series: | Battletech ; no. 30 |
| Copyright Claimant: | |
| | FASA Corporation |
| Date of Creation: | 1996 |
| Date of Publication: | |
| | 1996-12-01 |
| Other Title: | Battletech ; no. 30 |
| Names: | Pardoe, Blaine Lee |
| | FASA Corporation |

===============================================================================

| | |
|---|---|
| Type of Work: | Text |
| Registration Number / Date: | |
| | TX0004279056 / 1996-05-01 |
| Title: | Malicious intent / Michael A. Stackpole. |
| Imprint: | New York : ROC,  c1996. |
| Description: | 314 p. |
| Series: | Battletech ; no. 24 |
| Copyright Claimant: | |
| | FASA Corporation |
| Date of Creation: | 1995 |
| Date of Publication: | |
| | 1996-03-01 |
| Other Title: | Battletech ; no. 24 |
| Names: | Stackpole, Michael A. |
| | FASA Corporation |

===============================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004386904 / 1996-10-11

Title:               Operation excalibur / William H. Keith, Jr.

Imprint:             New York : Roc,  c1996.

Description:         332 p.

Series:              Battletech ; no. 27

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1996

Date of Publication:
                     1996-08-01

Other Title:         Battletech ; no. 27

Names:               Keith, William H., Jr.
                     FASA Corporation
```

================================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004619232 / 1997-08-21

Title:               Binding force / Loren L. Coleman.

Imprint:             New York : ROC,  c1997.

Description:         277 p.

Series:              Battletech ; no. 32

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1997

Date of Publication:
                     1997-06-01

Other Title:         Battletech ; no. 32

Names:               Coleman, Loren L.
                     FASA Corporation
```

================================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004549466 / 1997-05-13

Title:               Double-blind / Loren L. Coleman.

Imprint:             New York : Roc,  c1997.
```

```
Description:        330 p.

Series:             Battletech ; no. 31

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1996

Date of Publication:
                    1997-04-01

Other Title:        Battletech ; no. 31

Names:              Coleman, Loren L.
                    FASA Corporation
```

================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0004591600 / 1997-09-17

Title:              Exodus road : twilight of the clans I / Blaine Lee Pardoe.

Imprint:            New York : ROC,  c1997.

Description:        280 p.

Series:             Battletech

Copyright Claimant:
                    FASA Corporation

Date of Creation:   1997

Date of Publication:
                    1997-08-01

Variant title:      Exodus road : twilight of the clans I

Other Title:        Battletech

Names:              Pardoe, Blaine Lee
                    FASA Corporation
```

================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0004613913 / 1997-11-12

Title:              Twilight of the clans II : Grave covenant / Michael A.
                    Stackpole.

Imprint:            New York : Penguin Group,  c1997.

Description:        324 p.

Series:             Battletech ; [no. 34]
```

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1997

Date of Publication:
                     1997-09-01

Other Title:         Grave covenant
                     Battletech ; [no. 34]

Names:               Stackpole, Michael A.
                     FASA Corporation

===============================================================================

Type of Work:    Text

Registration Number / Date:
                 TX0004743681 / 1998-04-28

Title:           Twilight of the clans lll : the hunters / Thomas Gressman.

Imprint:         New York: Penguin Group,  c1997.

Description:     329 p.

Series:          Battletech ; 35

Copyright Claimant:
                 FASA Corporation

Date of Creation:    1997

Date of Publication:
                     1997-12-01

Variant title:   Twilight of the clans lll : the hunters

Other Title:     Battletech ; 35

Names:           Gressman, Thomas
                 FASA Corporation

===============================================================================

Type of Work:    Text

Registration Number / Date:
                 TX0004914588 / 1998-12-21

Title:           Prince of havoc / Michael A. Stackpole.

Imprint:         New York : Roc,  c1998.

Description:     280 p.

Series:          Battletech ; no. 42
                 Twilight of the clans ;7

Copyright Claimant:
                 FASA Corporation

Date of Creation:    1998

```
Date of Publication:
                      1998-12-01

Other Title:          Battletech ; no. 42
                      Twilight of the clans ; 7

Names:                Stackpole, Michael A.
                      FASA Corporation
```

================================================================================

```
Type of Work:         Text

Registration Number / Date:
                      TX0004905397 / 1998-12-22

Title:                Shadows of war / Thomas S. Gressman.

Imprint:              New York : ROC,  1998.

Description:          281 p.

Series:               Twlight of the clans ;6

Notes:                head of ti.: Battletech.

Copyright Claimant:
                      FASA Corporation

Date of Creation:     1998

Date of Publication:
                      1998-09-01

Other Title:          Twlight of the clans ; 6
                      Battletech

Names:                Gressman, Thomas S.
                      FASA Corporation
```

================================================================================

```
Type of Work:         Text

Registration Number / Date:
                      TX0004258168 / 1998-09-29

Title:                Sword and fire / Thomas S. Gressman.

Imprint:              New York : Roc,  c1998.

Description:          280 p.

Series:               Battletech ; [no. 39]. Twilight of the clans ;5

Copyright Claimant:
                      FASA Corporation

Date of Creation:     1998

Date of Publication:
                      1998-08-01
```

```
Other Title:      Battletech ; [no. 39]
                  Twilight of the clans ; 5

Names:            Gressman, Thomas S.
                  FASA Corporation
```

================================================================

```
Type of Work:     Text

Registration Number / Date:
                  TX0004743677 / 1998-04-28

Title:            Twilight of the clans / Robert Thurston.

Imprint:          New York : ROC Book,  c1998.

Description:      297 p.

Series:           Battletech ; 36

Copyright Claimant:
                  FASA Corporation

Date of Creation: 1997

Date of Publication:
                  1998-02-01

Other Title:      Battletech ; 36

Names:            Thurston, Robert
                  FASA Corporation
```

================================================================

```
Type of Work:     Text

Registration Number / Date:
                  TX0004913141 / 1998-12-30

Title:            Warrior--coupe / Michael A. Stackpole.

Imprint:          New York : Penguin Group,  1998.

Description:      331 p.

Series:           The warrior trilogy ; vol. 3
                  Battletech ; no. 41

Copyright Claimant:
                  FASA Corporation

Date of Creation: 1998

Date of Publication:
                  1998-11-01

Other Title:      The warrior trilogy ; vol. 3
                  Battletech ; no. 41

Names:            Stackpole, Michael A.
                  FASA Corporation
```

==================================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0004942569 / 1999-03-10

Title:               Falcon rising / Robert Thurston.

Imprint:             New York : Penguin Group,  c1999.

Description:         275 p.

Series:              Battletech ; [no. 43]
                     Twilight of the Clans ;8

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1998

Date of Publication:
                     1999-03-01

Copyright Note:      C.O. correspondence.

Other Title:         Battletech ; [no. 43]
                     Twilight of the Clans ; 8

Names:               Thurston, Robert
                     FASA Corporation
```

==================================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0005040819 / 1999-08-25

Title:               The killing fields : book two of the Capellan solution /
                        Loren L. Coleman.

Imprint:             New York : Roc,  c1999.

Description:         269 p.

Series:              BattleTech

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1999

Date of Publication:
                     1999-08-01

Other Title:         BattleTech

Names:               Coleman, Loren L.
                     FASA Corporation
```

==================================================================================

```
Type of Work:        Text
```

```
Registration Number / Date:
                TX0004980726 / 1999-05-07

Title:          Threads of ambition / Loren L. Coleman.

Imprint:        New York : ROC,  c1999.

Description:    267 p.

Series:         Battletech ; no. 44 ; The Capellan solution ; bk. 1

Copyright Claimant:
                FASA Corporation

Date of Creation: 1998

Date of Publication:
                1999-05-01

Other Title:    Battletech ; no. 44
                The Capellan solution ; bk. 1

Names:          Coleman, Loren L.
                FASA Corporation
```

================================================================================

```
Type of Work:   Text

Registration Number / Date:
                TX0005353996 / 2001-02-27

Title:          Battletech : path of glory / Randall N. Bills.

Imprint:        New York : New American Library,  2000.

Description:    273 p.

Copyright Claimant:
                FASA Corporation

Date of Creation: 2000

Date of Publication:
                2000-12-01

Variant title:  Battletech : path of glory

Names:          Bills, Randall N.
                FASA Corporation
```

================================================================================

```
Type of Work:   Text

Registration Number / Date:
                TX0005187400 / 2000-05-09

Title:          Dagger point / Thomas S. Gressman.

Imprint:        New York : Roc,  c2000.

Description:    270 p.
```

```
Series:              Battletech

Copyright Claimant:
                     FASA Corporation

Date of Creation:    1999

Date of Publication:
                     2000-04-01

Names:               Gressman, Thomas S.
                     FASA Corporation
```

================================================================================

```
Type of Work:    Text

Registration Number / Date:
                 TX0005235053 / 2000-06-08

Title:           Illusions of victory / Loren L. Coleman.

Description:     274 p.

Series:          Battletech

Copyright Claimant:
                 FASA Corporation

Date of Creation:    1999

Date of Publication:
                     2000-05-01

Names:           Coleman, Loren L.
                 FASA Corporation
```

================================================================================

```
Type of Work:    Text

Registration Number / Date:
                 TX0005146710 / 2000-08-08

Title:           Measure of a hero / Blaine Lee Pardo.

Imprint:         New York : ROC Book,  c2000.

Description:     272 p.

Series:          Battletech

Copyright Claimant:
                 FASA Corporation

Date of Creation:    1999

Date of Publication:
                     2000-07-01

Names:           Pardo, Blaine Lee
                 FASA Corporation
```

===================================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0005463271 / 2001-12-11

Title:              Battletech : Call of duty / Blaine Lee Pardoe.

Description:        274 p.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   2001

Date of Publication:
                    2001-10-01

Other Title:        Call of duty

Names:              Pardoe, Blaine Lee
                    FASA Corporation
```

===================================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0005380191 / 2001-04-19

Title:              Flashpoint / Loren L. Coleman.

Imprint:            New York : ROC,  c2001.

Description:        270 p.

Series:             Battletech

Copyright Claimant:
                    FASA Corporation

Date of Creation:   2000

Date of Publication:
                    2001-04-01

Names:              Coleman, Loren L.
                    FASA Corporation
```

===================================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0005457339 / 2001-11-28

Title:              Patriots and tyrants / Loren L. Coleman.

Imprint:            New York : ROC,  c2001.

Description:        275 p.

Series:             Battletech
```

```
Copyright Claimant:
                    FASA Corporation

Date of Creation:   2001

Date of Publication:
                    2001-09-01

Names:              Coleman, Loren L.
                    FASA Corporation
```

===============================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0005401556 / 2001-06-04

Title:              Test of vengeance / Bryan Nystul.

Imprint:            New York : Roc,  c2001.

Description:        269 p.

Series:             Battletech

Copyright Claimant:
                    Fasa Corporation

Date of Creation:   2000

Date of Publication:
                    2001-06-01

Names:              Nystul, Bryan
                    Fasa Corporation
```

===============================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0005627248 / 2002-11-01

Title:              Battletech : endgame / Loren L. Coleman.

Imprint:            New York : Penguin Putnam,  c2002.

Description:        276 p.

Copyright Claimant:
                    FASA Corporation

Date of Creation:   2002

Date of Publication:
                    2002-09-01

Variant title:      Battletech : endgame

Names:              Coleman, Loren L.
                    FASA Corporation
```

========================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0005597118 / 2002-08-19

Title:               Operation Audacity / Blaine Lee Pardoe.

Imprint:             New York : New American Library,  c2002.

Description:         272 p.

Series:              Battletech

Copyright Claimant:
                     FASA Corporation

Date of Creation:    2001

Date of Publication:
                     2002-06-01

Names:               Pardoe, Blaine Lee
                     FASA Corporation
```

========================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0005542838 / 2002-06-05

Title:               Storms of fate / Loren L. Coleman.

Imprint:             New York : ROC,  c2002.

Description:         272 p.

Series:              Battletech

Copyright Claimant:
                     FASA Corporation

Date of Creation:    2001

Date of Publication:
                     2002-04-01

Names:               Coleman, Loren L.
                     FASA Corporation
```

========================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0005664480 / 2003-01-15

Title:               Ghost war : a Battletech novel / Michael A. Stackpole.

Imprint:             New York : ROC,  c2002.

Description:         295 p.

Series:              Mechwarrior dark age

Copyright Claimant:
                     WizKids, LLC (employer for hire)

Date of Creation:    2002

Date of Publication:
                     2002-12-01

Other Title:         Mechwarrior dark age

Names:               Stackpole, Michael A.
                     WizKids, LLC
```

================================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0005916100 / 2004-02-20

Title:               By temptations and by war : a Battletech novel / Loren L.
                        Coleman.

Imprint:             New York : Roc,  c2003.

Description:         293 p.

Series:              MechWarrior dark age

Copyright Claimant:
                     WizKids, LLC (employer for hire)

Date of Creation:    2003

Date of Publication:
                     2003-12-02

Other Title:         MechWarrior dark age

Names:               Coleman, Loren L.
                     WizKids, LLC
```

================================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0005911822 / 2004-02-25

Title:               By temptations and by war : a Battletech novel / Loren L.
                        Coleman.
```

```
Imprint:            New York : Roc,  c2003.

Description:        293 p.

Series:             MechWarrior dark age

Copyright Claimant:
                    WizKids, LLC (employer for hire)

Date of Creation:   2003

Date of Publication:
                    2003-12-02

Other Title:        MechWarrior dark age

Names:              Coleman, Loren L.
                    WizKids, LLC
```

==============================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0005770821 / 2003-06-30

Title:              A call to arms : a Battletech novel / Loren L. Coleman.

Imprint:            New York : Roc,  c2003.

Description:        304 p.

Series:             MechWarrior Dark Age

Copyright Claimant:
                    WizKids, LLC (employer for hire)

Date of Creation:   2002

Date of Publication:
                    2003-02-01

Variant title:      A call to arms : a Battletech novel

Other Title:        MechWarrior Dark Age

Names:              Coleman, Loren L.
                    WizKids, LLC
```

==============================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0005742416 / 2003-06-20

Title:              The ruins of power : a Battletech novel / Robert E.
                        Vardeman.

Imprint:            New York : ROC,  c2003.

Description:        295 p.
```

Series:              MechWarrior dark age

Copyright Claimant:
                     WizKids, LLC (employer for hire)

Date of Creation:  2002

Date of Publication:
                     2003-04-01

Other Title:         MechWarrior dark age

Names:               Vardeman, Robert E.
                     WizKids, LLC

================================================================================

Type of Work:        Text

Registration Number / Date:
                     TX0005828465 / 2003-10-31

Title:               Truth and shadows : a Battletech novel / Martin Delrio.

Imprint:             New York : Roc,  c2003.

Description:         294 p.

Series:              MechWarrior dark age

Copyright Claimant:
                     WizKids, LLC (employer for hire of entire text: Martin
                        Delrio)

Date of Creation:  2002

Date of Publication:
                     2003-08-05

Other Title:         MechWarrior dark age

Names:               Delrio, Martin
                     WizKids, LLC

================================================================================

Type of Work:        Text

Registration Number / Date:
                     TX0005972476 / 2004-03-15

Title:               Fortress of lies : a Battletech novel / J. Steven York.

Imprint:             New York : Roc,  c2004.

Description:         297 p.

Series:              MechWarrior dark age
                     Roc science fiction

Copyright Claimant:
                     WizKids, LLC (employer for hire)

Date of Creation:  2003

```
Date of Publication:
                      2004-02-03

Other Title:          MechWarrior dark age
                      Roc science fiction

Names:                York, J. Steven
                      WizKids, LLC
```

================================================================================

```
Type of Work:         Text

Registration Number / Date:
                      TX0006102386 / 2004-12-17

Title:                Hunters of the deep : a Battletech novel / Randall N.
                         Bills.

Imprint:              New York : ROC,  2004.

Description:          293 p.

Series:               Mech Warrior. Dark Age

Copyright Claimant:
                      WizKids, LLC (employer for hire)

Date of Creation:  2004

Date of Publication:
                      2004-10-05

Rights and Permissions:
                      Rights & permissions info. on original appl. in C.O.

Other Title:          Mech Warrior : Dark Age

Names:                Bills, Randall N.
                      WizKids, LLC
```

================================================================================

```
Type of Work:         Text

Registration Number / Date:
                      TX0005998891 / 2004-06-25

Title:                Flight of the falcon : a Battletech novel / Victor Milan.

Imprint:              New York : Roc,  c2004.

Description:          294 p.

Series:               MechWarrior dark age

Copyright Claimant:
                      WizKids, LLC (employer for hire)

Date of Creation:  2003

Date of Publication:
                      2004-06-01
```

```
Other Title:        MechWarrior dark age

Names:              Milan, Victor
                    WizKids, LLC

===============================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0006117988 / 2005-01-21

Title:              The scorpion jar : a Battletech novel / Jason M. Hardy.

Imprint:            New York : Roc,  c2004.

Description:        313 p.

Series:             MechWarrior. Dark age

Copyright Claimant:
                    WizKids, LLC (employer for hire)

Date of Creation:   2004

Date of Publication:
                    2004-12-07

Other Title:        MechWarrior : Dark age

Names:              Hardy, Jason M.
                    WizKids, LLC

===============================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0005960080 / 2004-05-17

Title:              Patriot's stand : a Battletech novel / Mike Moscoe.

Imprint:            New York : New American Library,  c2004.

Description:        296 p.

Series:             MechWarrior. Dark Age ; [no. 9]

Copyright Claimant:
                    WizKids, LLC (employer for hire)

Date of Creation:   2003

Date of Publication:
                    2004-04-06

Other Title:        MechWarrior : Dark Age ; [no. 9

Names:              Moscoe, Mike
                    WizKids, LLC

===============================================================================
```

```
Type of Work:       Text

Registration Number / Date:
                    TX0006228123 / 2005-08-25

Title:              Daughter of the dragon : a Battletech novel.

Series:             MechWarrior dark age

Copyright Claimant:
                    WizKids, Inc. (employer for hire of Ilsa J. Bick)

Date of Creation:   2004

Date of Publication:
                    2005-06-07

Copyright Note:     Cataloged from appl. only.

Names:              Bick, Ilsa J.
                    WizKids, Inc.
================================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0006241614 / 2005-10-04

Application Title: MechWarrior dark age: heretic's faith (a Battletech novel)

Title:              Heretic's faith / Randall N. Bills.

Imprint:            New York : Roc, c2005.

Description:        289 p.

Series:             MechWarrior: dark age : a Battletech series [17]

Copyright Claimant:
                    WizKids, Inc. (employer for hire)

Date of Creation:   2004

Date of Publication:
                    2005-08-02

Names:              Bills, Randall N.
                    WizKids, Inc.
================================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0006170085 / 2005-04-05

Title:              Target of opportunity : a Battletech novel / Blaine Lee
                       Pardoe.

Imprint:            New York : Zebra Books,  c2004.

Description:        350 p.
```

```
Series:              Mechwarrior dark age

Copyright Claimant:
                     WizKids, LLC (employer for hire)

Date of Creation:    2004

Date of Publication:
                     2005-02-01

Copyright Note:      C.O. correspondence.

Other Title:         Mechwarrior dark age

Names:               Pardoe, Blaine Lee
                     WizKids, LLC
```

================================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0006294016 / 2005-12-13

Title:               Fortress republic : a Battletech novel / Loren L. Coleman.

Imprint:             New York : Roc, c2005.

Description:         307 p.

Series:              MechWarrior Dark Age

Copyright Claimant:
                     WizKids, Inc. (employer for hire of Loren L. Coleman)

Date of Creation:    2005

Date of Publication:
                     2005-10-04

Names:               Coleman, Loren L.
                     WizKids, Inc.
```

================================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0006505876 / 2007-01-22

Title:               MechWarrior dark age : Surrender your dreams : a Battletech
                        novel.

Copyright Claimant:
                     WizKids, Inc. (employer for hire of Blaine Lee Pardoe)

Date of Creation:    2006

Date of Publication:
                     2006-12-05

Copyright Note:      Cataloged from appl. only.

Other Title:         Surrender your dreams
```

```
Names:              Pardoe, Blaine Lee
                    WizKids, Inc.

================================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0006380555 / 2006-06-21

Title:              Trial by chaos (a Battletech novel)

Series:             Mechwarrior Dark Age

Copyright Claimant:
                    WizKids, Inc. (employer for hire of J. Steven York)

Date of Creation:   2005

Date of Publication:
                    2006-06-06

Copyright Note:     Cataloged from appl. only.

Names:              York, J. Steven
                    WizKids, Inc.

================================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0006605253 / 2007-07-17

Title:              A rending of falcons.

Edition:            a battletech novel.

Series:             Mechwarrior dark age.

Copyright Claimant:
                    WizKids, Inc. employer for hire of Victor Milan

Date of Creation:   2006

Date of Publication:
                    2007-06-05

Copyright Note:     Cataloged from appl. only.

Names:              Milan, Victor
                    WizKids, Inc.

================================================================================

Type of Work:       Text

Registration Number / Date:
                    TX0006555783 / 2007-03-26

Title:              Mechwarrior dark age : Dragon rising : a Battletech novel.

Copyright Claimant:
```

```
                        WizKids, Inc. (employer for hire of Ilsa J. Bick)

Date of Creation:   2006

Date of Publication:
                    2007-02-06

Copyright Note:     Cataloged from appl. only.

Other Title:        Dragon rising

Names:              Bick, Ilsa J.
                    WizKids, Inc.

================================================================================

Type of Work:    Text

Registration Number / Date:
                 TX0006855302 / 2007-09-19

Application Title: MECHWARRIOR DARK AGE: PANDORA'S GAMBIT (A Battletech Novel)

Title:             MECHWARRIOR DARK AGE: PANDORA'S GAMBIT : A Battletech
                       Novel.

Description:       Book, 292 p.

Copyright Claimant:
                   WizKids, Inc..

Date of Creation:  2006

Date of Publication:
                   2007-08-07

Nation of First Publication:
                   United States

Authorship on Application:
                   WizKids, Inc. (employer of Randall N. Bills); Citizenship:
                       United States. Authorship: entire text.

Alternative Title on Application:
                   PANDORA'S GAMBIT

Names:             WizKids, Inc.

================================================================================

Type of Work:    Text

Registration Number / Date:
                 TX0006580409 / 2007-05-29

Application Title: Masters of war.

Title:             Mechwarrior dark age : masters of war : a battletech novel.

Copyright Claimant:
                   WizKids, Inc. (employer for hire of Michael A. Stackpole)

Date of Creation:  2006
```

```
Date of Publication:
                 2007-04-03

Copyright Note:     Cataloged from appl. only.

Names:              Stackpole, Michael A.
                    WizKids, Inc.

================================================================================

Type of Work:    Text

Registration Number / Date:
                 TX0006927616 / 2007-12-18

Application Title: MECHWARRIOR DARK AGE: FIRE AT WILL (A Battletech Novel)

Title:              MECHWARRIOR DARK AGE: FIRE AT WILL (A Battletech Novel)

Description:      Book, 295 p.

Copyright Claimant:
                 WizKids Inc.

Date of Creation:  2007

Date of Publication:
                 2007-10-02

Nation of First Publication:
                 United States

Authorship on Application:
                 WizKid Inc (employer of Blaine Lee Pardoe); Citizenship:
                    United States. Authorship: entire text.

Alternative Title on Application:
                 FIRE AT WILL

Names:           WizKids Inc

================================================================================

Type of Work:    Text

Registration Number / Date:
                 TX0006842244 / 2008-01-29

Application Title: MECHWARRIOR DARK AGE: THE LAST CHARGE (A Battletech Novel)

Title:              MECHWARRIOR DARK AGE: THE LAST CHARGE : A Battletech Novel.

Description:      Book, 292 p.

Copyright Claimant:
                 WizKids, Inc..

Date of Creation:  2007

Date of Publication:
                 2007-12-04

Nation of First Publication:
                 United States
```

```
Authorship on Application:
                  WizKids, Inc. (employer of Jason M. Hardy), employer for
                     hire; Citizenship: United States. Authorship: entire
                     text.

Alternative Title on Application:
                  THE LAST CHARGE

Names:            WizKids, Inc.
```

================================================================================