ALTFELD BATTAILE & GOLDMAN, P.C.
250 North Meyer Avenue
Tucson, Arizona 85701
Tel:(520) 622-7733
Fax:(520) 622-7967
JFBattaile@abgattorneys.com
John F. Battaile, ASB No. 4103

Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue
New York, New York 10177
Tel: (212) 907-9600
Fax: (212) 907-9681
DEbert@ingramllp.com
MTajika@ingramllp.com
David G. Ebert
Mioko C. Tajika
*Admitted Pro Hac Vice*

Attorneys for Defendant, *The Topps Company, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Malcomson,<br><br>  Plaintiff,<br><br>v.<br><br>The Topps Company, Inc.,<br><br>  Defendant. | NO. CV08-2306-PHX-GMS<br><br>**AFFIDAVIT OF ANDREW J. GASPER IN SUPPORT OF DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

STATE OF NEW YORK       )
                        : ss.
COUNTY OF NEW YORK      )

ANDREW J. GASPER, being duly sworn, deposes and says:

1.  I am the Vice President – General Counsel of defendant, The Topps Company, Inc. I have personal knowledge of the facts to which I attest and submit this affidavit in opposition to plaintiff Scott Malcomson's motion for summary judgment and in support of Topps's cross-motion for summary judgment.

2. Topps is a leading marketer, manufacturer, and distributor of sports and entertainment products, including trading cards, stickers, confectionery products, and related items.

3. In June 2003, Topps, which is located in New York City, acquired 100% of the ownership interests in WizKids LLC. On February 19, 2004, WizKids LLC, which was a Delaware limited liability company, was converted into WizKids, Inc., a Delaware corporation. In November 2008, WizKids announced that it would be ceasing a large portion of its operations, and commenced a process to look for prospective buyers for its businesses. On September 4, 2009, WizKids was renamed Former Games, Inc. ("WizKids").

4. Before Topps purchased it, WizKids had acquired certain intellectual property rights then owned by FASA Corporation, including intellectual property and other assets relating to Classic BattleTech (the "BattleTech Property") at issue in this action. Relevant portions of the March 14, 2001 Asset Purchase Agreement under which WizKids acquired the BattleTech Property, which is kept in the ordinary course of Topps's files, are annexed as Exhibit "A". WizKids continues to own the BattleTech Property.

5.    Topps currently owns 100% of WizKids, but does not own the BattleTech Property.

Dated:    October 5, 2009

*/s/ Andrew J. Gasper*
ANDREW J. GASPER

SUBSCRIBED AND SWORN TO before me this October 5, 2009 by Andrew J. Gasper.

*/s/ Geraldine Howell-Scott*
Notary Public

My commission expires:

January 22, 2011

GERALDINE HOWELL SCOTT
Notary Public, State of New York
No. 01HO6159576
Qualified in Kings County
Certificate Filed in New York County
Commission Expires January 22, 2011

The foregoing was electronically filed on October 5, 2009 by Elena C. Todd

/s/ Elena C. Todd
Elena C. Todd

The foregoing was mailed via overnight mail on October 5, 2009 by Mioko C. Tajika to:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203

/s/ Mioko C. Tajika
Mioko C. Tajika

ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733