
ALTFELD BATTAILE & GOLDMAN, P.C.
250 North Meyer Avenue
Tucson, Arizona 85701
Tel:(520) 622-7733
Fax:(520) 622-7967
JFBattaile@abgattorneys.com
John F. Battaile, ASB No. 4103

Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue
New York, New York 10177
Tel: (212) 907-9600
Fax: (212) 907-9681
DEbert@ingramllp.com
MTajika@ingramllp.com
David G. Ebert
Mioko C. Tajika
*Admitted Pro Hac Vice*

Attorneys for Defendant, The Topps Company, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Malcomson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Topps Company, Inc.,<br><br>　　　　Defendant. | NO. CV08-2306-PHX-GMS<br><br>**AFFIDAVIT OF RANDALL BILLS IN SUPPORT OF DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

STATE OF WASHINGTON　　)
　　　　　　　　　　　　: ss.
COUNTY OF SNOHOMISH　　)

　　**RANDALL BILLS**, being duly sworn, deposes and says:

　　1.　　I am the Managing Developer for Catalyst Game Labs, the current licensee of WizKids Inc. in charge of running the Classic BattleTech enterprise (the "BattleTech Property"). Before Catalyst, I worked for FanPro LLC as Line Developer from January 2004 to March 2007; for WizKids as Line Continuity Editor from August 2002 to August

2003; and before that, I was the Assistant Line Developer with FASA Corporation from February 1996 to June 2000, and Line Developer from July 2000 to January 2001. I am also a writer for the BattleTech Property and have written a number of works, including novels, for both FASA and WizKids.

2. I have personal knowledge of the facts below and have been asked to submit this affidavit in opposition to plaintiff Scott Malcomson's motion for summary judgment and in support of defendant The Topps Company Inc.'s cross-motion for summary judgment.

### A. Classic BattleTech

3. The BattleTech Property is a war-gaming and science fiction franchise. It is a highly-developed and sophisticated fantasy world (the "BattleTech Universe") similar in concept and feel to *Star Wars* or *Star Trek*. It was introduced in 1984 as a complex, war-strategy boxed board game set against a backdrop of humanity in a futuristic civil war in the 31st century.

4. The BattleTech Universe has since greatly evolved as existing stories have been further developed, and new stories, plot lines, characters, and elements have been introduced. It now comprises of computer and video games, role-playing games, collectible card games, over 100 novels and 300 source books and rule books, game supplements, animated television series, and other projects.

5. FASA Corporation is the original developer and owner of the BattleTech Property. The literature for the BattleTech Property was written by freelance writers and

employees of FASA under a work for hire arrangement. The arrangement entailed entering into a contract that required the transfer of any intellectual property rights in the submission to FASA.

6. I am advised that Mr. Malcomson refers in his summary judgment papers to the concept of material being "canon." For content to be considered "canon" means that it has been adopted as the official version of the BattleTech Universe. Before any work can become canon, the writer of the canon material had to transfer all intellectual property rights to FASA.

**B.  Ownership of the BattleTech Property**

7. In 2000, Jordan Weisman, a FASA co-founder, started WizKids. In 2001, FASA closed its business operations, and all of FASA's employees were let go. WizKids purchased the intellectual property rights in the BattleTech Property from FASA. Weisman, along with me and some other former FASA employees, moved to WizKids.

8. WizKids licensed the BattleTech Property to FanPro LLC from 2001 to 2007, and to Catalyst Game Labs from 2007 to the present. The day-to-day operations of the BattleTech Property, including story line development and publications of BattleTech materials, were performed by the licensees with minimal supervision by WizKids. As with the practice at FASA, all BattleTech writers entered into work for hire agreements with WizKids under which any intellectual property rights were transferred to WizKids, and the intellectual property in all canon materials also had to be transferred to WizKids.

-3-

9. Examples of a work for hire agreement between FASA and me, and WizKids and me, are annexed to this Affidavit as Exhibit "A".

10. The Eridani Light Horse ("ELH") is one of many fictional BattleTech mercenary units, i.e., a private military company in the BattleTech Universe. The written history of ELH appears in two works that pre-dated Mr. Malcomson's work at issue in this action. The ELH history is referenced briefly in FASA's 1985 work *BattleTech: A Game of Armored Combat Second Edition*; a BattleTech game. A more developed version of the ELH history appeared in a 1987 work called *BattleTech: Mercenary's Handbook*, a BattleTech "source book" (a book that provides the background information about aspects of the BattleTech universe). Relevant portions of the copies of both works are attached as Exhibits "B" and "C", respectively. ELH comprises of a very small portion relative to the overall BattleTech Universe—it is treated, or mentioned in passing, less than 20 times in a total of over 100 novels and over 300 source books and rule books.

11. I am aware that Mr. Malcomson submitted a proposal to FASA prior to my employment with FASA, which was formally rejected. A copy of my September 18, 1996 letter rejecting Mr. Malcomson's submission is annexed as Exhibit "D".

C. **The BattleTech Web Site**

12. The BattleTech web site was created in 2001 or so, and was operated entirely by loyal BattleTech fans, who volunteered their time. At the time, Warner Doles, a BattleTech fan and freelance writer, operated the web site, but he was not an employee of WizKids or FanPro.

13. During this period, it appears Mr. Malcomson's work appeared on the BattleTech site, first without any writing credit, and later with a writing credit.

Dated: October 2, 2009

_____
RANDALL BILLS

SUBSCRIBED AND SWORN TO before me this October 2, 2009 by Randall Bills.

_____
Notary Public

My commission expires:

3/17/13

The foregoing was electronically filed on October 5, 2009 by Elena C. Todd

/s/ Elena C. Todd
Elena C. Todd

The foregoing was mailed via overnight mail on October 5, 2009 by Mioko C. Tajika to:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203

/s/ Mioko C. Tajika
Mioko C. Tajika

-5-