**<u>Exhibits to Affidavit of Randall Bills in Support of Defendant's Cross-Motion for Summary Judgement</u>**

Exhibit A     Sample Work For Hire Agreements Between Randall Bills and FASA Corporation, and Randall Bills and WizKids

Exhibit B     Relevant excerpts of 1985 *BattleTech: A Game of Armored Combat Second Edition*

Exhibit C     Relevant excerpts of 1987 *BattleTech: Mercenary's Handbook*

Exhibit D     September 18, 1996 Letter from Randall Bills to Scott Malcolmson

# EXHIBIT A

# Contract Between Randall Bills and FASA Corporation dated November 5, 1997

# CONTRACT

This Agreement, in consideration of the mutual covenants of the parties hereto, is made this, the __5__ day of __November__, __1997__ by and between FASA Corporation, 1100 W. Cermak Suite B305, Chicago, Illinois 60608 an Illinois Corporation, (herein "Publisher"), and

Randall Bills

  

THE AUTHOR

1. Warrants that he is the Author of a work made for hire, at present entitled

Northwind Highlanders , a(n)  Scenario Pack  for the BattleTech game.

(herein "Work")
and that said composition contains no matter libelous, scandalous, obscene, or immoral, or infringing upon any copyright or right of literary property or right of privacy and has not been heretofore published, and that with respect to all warranties or undertakings herein, he will hold the Publisher  harmless from any and all losses, damages, costs and expenses (including reasonable attorneys fees).  To the extent said literary composition contains literary property or rights of others, Author warrants that permission to use the same in the work in full compliance with the rights granted Publisher hereunder has been obtained, and to the extent required, paid for by the Author. Author agrees to deliver proof thereof to Publisher in the form of permissions or releases as requested by Publisher (but failure to make such request shall not limit Author's liability hereunder).

2. Hereby assigns and transfers to the Publisher and its assigns the following rights in said literary composition:
   a.  The full sole and exclusive right to publish, print, reprint, copy, sell, vend and market the work and any subsequent or revised editions thereof (including regular trade and "paperback" editions), during the whole term of its copyright and all the renewals thereof in the United States of America and its possessions, in the Dominion of Canada, and throughout the world.
   b.  All rights in the work of dramatization, motion picture and television rights (including rights of mechanical recording, of transmission and reproduction by radio, television and any other medium known or to be known), in the United States of America, and in its possessions, and in all foreign countries.
   c.  Second and third serial rights, abridgement, condensation, selection, and other serial and publication rights following book publication, of, in, or to said work in the United States of America, and in its possessions,  in the Dominion of Canada, and throughout the world.  This right includes the rights to issue or to license to issue the said work in a Book Club edition.
   d.  The sole and exclusive right to grant licenses for the publication of said work or parts thereof in the English language, or for translations of said work into foreign languages, and for the exercise of the other rights enumerated in paragraphs a, b, c above, in any foreign country.

3. Agrees to deliver to the Publisher the completed unpublished manuscript, of                approx. 30,000 words by      In-House       to read, revise, and correct, with prompt return, all proof sheets within 21 days of receipt by Author, and to pay, either in cash, or, at the option of the Publisher, as a charge against royalties, the cost of alterations in type or in plates, required by the Author, other than those due to the Printer's errors, in excess of 10% of the cost of original composition.

4. The Author agrees not to prepare or publish another work involving          BattleTech         , its universe, and its characters, which may or may not appear in the Work, with out prior written consent of the Publisher. Magazine articles of under 10,000 words do not require such consent.

Page 1 of 2



**THE PUBLISHER AGREES**

5.  To publish, promote and sell said literary composition at its expense and in style and manner as it deems most appropriate and advisable within 12 months after Publisher's acceptance of a completed manuscript or this contract is void and the Author retains any money paid.

6.  To pay to the Author less any sum of money which the Publisher may be required to deduct or withhold by reason of any present or future law of the United States or any state or territory thereof, the following sums on the following schedule: ██████████████████████████████████████████

**THE AUTHOR AND PUBLISHER AGREE**

7.  The Publisher will copyright the said work in the United States of America in the name of the Publisher.

8.  If the manuscript as delivered shall prove unsatisfactory to the Publisher:

a.  The Publisher shall notify the Author within sixty (60) days of its receipt of the manuscript as to its acceptability or non-acceptability.  If in the reasonable opinion of the Publisher of the Work is unacceptable to the Publisher, the Publisher shall provide the Author with a detailed list of reasonably required changes, and the Author shall have thirty (30) days from the receipt of said list to make such changes.
b.  If in the reasonable opinion of the Publisher the revised work shall prove unacceptable to the Publisher, the Publisher may reject it by written notice within thirty (30) days of delivery of the revised manuscript.  In such event, the Publisher shall have the right to terminate this agreement and to recover from the Author any and all amounts which it may have advanced to the Author in connection with the work which is the subject of this agreement; but until this agreement has been terminated and until such amounts as have been paid in advance have been repaid to the Publisher, the Author shall not be free to cause the publication of the said work elsewhere.

9.  The Publisher shall furnish to the Author on publication six  (6) copies of each edition of the Work published by the Publisher.

This agreement shall be binding upon and inure to the benefit of the executors, administrators and assigns of the Author and upon and to the successors and assigns of the Publisher.

IN WITNESS WHEREOF, the parties have executed this agreement and affixed their signatures hereto on the date first above mentioned.

AUTHOR

_Rodolph W. Nie_____    Date  _11/5/97_

Social  Security  Number  (if  applicable):  _____

PUBLISHER
FASA CORPORATION
an Illinois Corporation, by

_[signature]_____    Date  _11-4-97_

Page 2 of 2

# Contract Between Randall Bills and FASA Corporation dated May 23, 2000

*Author cc*

**CONTRACT**

This Agreement, in consideration of the mutual covenants of the parties hereto, is made at Chicago, Illinois, this 23rd day of May , 2000, by and between FASA Corporation, an Illinois Corporation, (herein "Packager"), and

**Randall  Bills**
████████████████

(herein "Author").

THE AUTHOR

**REDACTED**

1. Warrants that he is the Author of a literary composition, at present entitled

**BT #53, TRIAL OF RETRIBUTION, a BattleTech  novel**

and that said composition contains no matter libelous, scandalous, obscene, or immoral, or infringing upon any copyright or right of literary property or right of privacy and has not been heretofore published, and that with respect to all warranties or undertakings herein, he will hold the Packager harmless from any and all losses, damages, costs and expenses (including reasonable attorneys fees). To the extent said literary composition contains literary property or rights of others, Author warrants that permission to use the same in the work in full compliance with the rights granted Packager hereunder has been obtained, and to the extent required, paid for by the Author. Author agrees to deliver proof thereof to Packager in the form of permissions or releases as requested by Packager (but failure to make such request shall not limit Author's liability hereunder).

2. Hereby assigns and transfers to the Packager and its assigns the following rights in said literary composition:

a. The full sole and exclusive right to publish, print, reprint, copy, sell, vend and market the work and any subsequent or revised editions thereof (including regular trade and "paperback" editions), during the whole term of its copyright and all the renewals thereof in the United States of America and its possessions, in the Dominion of Canada, and throughout the world.

b. All rights in the work of dramatization, motion picture and television rights (including rights of mechanical recording, of transmission and reproduction by radio, television and any other medium known or to be known), in the United States of America, and in its possessions, and in all foreign countries.

c. Second and third serial rights, abridgement, condensation, selection, and other serial and publication rights following book publication, of, in, or to said work in the United States of America, and in its possessions, and in the Dominion of Canada. This right includes the rights to issue or to license to issue the said work in a Book Club edition, and will also include the right to grant permission for issue of the said work in a cheap reprint edition by another.

d. The sole and exclusive right to grant licenses for the publication of said work or parts thereof in the English language, or for translations of said work into foreign languages, and for the exercise of the other rights enumerated in paragraphs a, b, c above, in any foreign country.

3. Agrees to deliver to the Packager the completed unpublished manuscript of at least 80,000 words but no more than 100,000 words, according to the following schedule:

| | |
|---|---|
| First Draft | October 1, 2000 |
| Final Draft | January 1, 2001 |

and make reasonable revisions requested by the Packager, and to read, revise, and correct, with prompt return, all proof sheets in such manner as will not delay the printer, and to pay, either in cash, or, at the option of the Packager, as a charge against royalties, the cost of alterations in type or in plates, required by the Author, other than those due to the Printer's errors, in excess of 10% of the cost of original composition. Additions, changes, alterations or editing made by the Packager shall not be charged to the Author. The Packager determines final acceptability of said work and exercises final approval over in-house and author revisions.

4. DELETED

THE PACKAGER AGREES

    5.  To publish or have published, promote and sell said literary composition at its expense and in style and manner as it deems most appropriate and advisable within 24 months after Packager's acceptance of a completed manuscript. Should the packager so fail to publish the work all rights to and in the work shall revert automatically to the author and the author shall retain all advances paid hereunder.

    6.  To pay to the Author less any sum of money which the Packager may be required to deduct or withhold by reason of any present or future law of the United States or any state or territory thereof, a royalty on the regular mass market paperback edition, granted under paragraph 2a above, upon the cover price of copies sold (net sales after returns) of the published edition of ███

a. In addition, net sums received (less expenses) shall be apportioned as follows:

| Rights | Packager | Author |
|---|---|---|
| 1. Dramatization, motion picture and television rights, granted under paragraph 2b above, of net sums received. | ███ | ███ |
| 2. Second and third serial rights, abrigments, condensations, selections (Book Club) granted under paragraph 2c above. | ███ | ███ |
| 3. Foreign rights granted under paragraph 2d above. | ███ | ███ |
| 4. Game Rights | ███ | ███ |

REDACTED

    b. If at any time the author's advance under clause 19 here under shall have earned out from any source what so ever, then the author's share of subsidiary rights payments here under shall be paid within 30 days of receipt of such payments by the Packager.

    7.  To submit semi-annual statements of sales as of the 30th day of June and the 31st day of December, and to render such statements and render any amounts due there upon, not later than the 30th day of September and 31st day of March, respectively, it being understood and agreed that no other notice of sales in any form is necessary to satisfy the requirements of this agreement.  If payments due are below $10.00, a statement shall still be issued but payment need not be made by Packager unless requested in writing by Author.

THE AUTHOR AND PACKAGER AGREE

    8.  The Packager will copyright the said work in the United States of America in the name of FASA Corporation.  The Packager, for the Author, will procure renewals thereof, and the Author agrees that Packager is hereby appointed his attorney in fact for such purpose.  Such copyright provisions shall also apply to subsequent and revised editions, and, to the extent deemed advisable by Packager, to copyright under The Universal Copyright Conventions, Berne Union countries and countries which are members of the Rome and Brussels revisions of The Berne Union.  The Packager will take all steps it deems advisable and use its best efforts to protect the copyright against infringement, provided it receives actual notice of the existence and extent thereof and is assisted therein by the Author.

    9.  If the Packager shall at any time give written notice to the Author that in its opinion the work is no longer merchantable or profitable, or if the Packager shall for six months after the work is out of print decline or after thirty days' written notice from the Author following such six-month period neglect to publish a new edition, then and in either case of these cases all rights conveyed under this agreement shall revert to the Author.  The Author within thirty days of such written notice shall have the option to buy any plates and the stock on hand, if any, at the cost of manufacture and upon failure of the Author to exercise this right by paying for the same in cash at the said time, the Packager may dispose of them as it sees fit without payment of royalty to the Author upon any stock so disposed of.  If the work is either under contract to or under option to a cheap edition Packager (including Packager named herein or its assignee) at the time either or both of the conditions of this paragraph may obtain, rights granted to the Packager under the terms of this agreement are not recoverable by the Author, it being understood that the work shall be considered to be in print if it is available either in the regular or in the cheap edition.

10. Books sold for export, at a reduced price, or sold in quantities at discount of 60% or more from the retail price shall be subject to a royalty of ███████████ on sums actually received instead of on the cover price, and books furnished complimentary and without charge or sold below actual cost of manufacture, shall be free from royalty. On copies of overstock which the Packager after two years from date of first publication deems it expedient to sell at remainder prices, i.e., at a discount of seventy percent (70%) or more from the cover price, the royalty to be paid by the Packager shall be ████ of the sums actually received by it, except when these are sold at or below cost, in which case no royalty shall be paid.

11. The Packager shall have the right to permit the use of brief selections and quotations from said work free of charge where, in its judgement, it will benefit the sales of said work, but should any income (net of Packager's expenses pertaining hereto) be received from the use of such selections, ███████████████ between Author and Packager.

12. If the Packager shall remain in default in the performance of any material provisions of this agreement for thirty days after receiving written notice of such default from the Author, the Author may terminate this agreement by written notice.

13. If a petition of bankruptcy is filed by the Packager, or a petition is filed against the Packager and such petition is finally sustained, or a petition for arrangement is filed by the Packager or a petition for reorganization by or against the Packager, and an order is entered for the liquidation of the Packager as in bankruptcy or the Packager makes an assignment for the creditors, or the Packager liquidates its business for any cause whatsoever, the author may terminate this agreement and thereupon all rights granted to the publisher hereunder shall revert to the author. The Author shall have the right to buy back any plates or remaining copies bound or unbound at the fair market value, this to be determined by agreement or arbitration, and thereupon this agreement shall terminate.

14. The Packager's agreements contained herein are contingent upon conditions of manufacture, production and distribution incident to any resulting from war, strikes, accidents, or fires or other causes beyond its control.

15. All notices, accountings, or repurchase rights notices hereunder shall be effective when received by Packager or delivered to Author at his last known address.

16. Author grants to the Packager the right of first acquisition on the next book in the BattleTech universe to be written by the Author. Packager shall have the right to enter into a contract with Author within 120 days after the outline for said book is received by Packager.

17. If the manuscript as delivered shall prove unsatisfactory to FASA Corporation, FASA Corporation shall have the right to terminate this agreement and to recover from the Author any and all amounts which it may have advanced to the Author in connection with the work which is the subject of this agreement; but until this agreement has been terminated and until such amounts as have been paid in advance have been repaid to FASA Corporation, the Author shall not be free to cause the publication of the said work elsewhere. In such event the manuscript shall be promptly returned to the author and future use of its text shall not be made by FASA.

18. Upon written request the author may, not more than once each year, during usual business hours at the author's expense, cause the books and records of the Packager concerning sales and licenses of the work to be examined by a certified public account at the place where such records are regularly maintained and may make extracts and photocopies of relevant portions thereof.

19. The Packager agrees to pay the Author an advance against royalties of  for the completed manuscript, after corrections, to be paid in the following manner:



20. Upon publication of the work the Packager shall give the author 10 free copies of the work and the author may purchase additional copies at the same discount available to the packager.

REDACTED

21. Agency Clause

This agreement shall be binding upon and inure to the benefit of the executors, administrators and assigns of the Author and upon and to the successors and assigns of the Packager.

IN WITNESS WHEREOF, the parties have executed this agreement and affixed their signatures hereto on the date first above mentioned.

AUTHOR

Witness _____          Date 5/25/00

SSN ████████████

PACKAGER
FASA CORPORATION,
an Illinois Corporation, by

Witness _____          Date 5/25/00

REDACTED

# Book Packager Agreement Between Randall Bills and WizKids, Inc.

## BOOK PACKAGER AGREEMENT

This Agreement ("Agreement") is entered into by WizKids, Inc., 11040 Main St, Suite #100, Bellevue WA, 98004 (herein "Packager"), and



Randall Bills



(herein "Author").

1.    The Author warrants that s/he is the Author of a literary composition, at present entitled:

**MechWarrior: Dark Age #17 (tentative title: Heretic's Faith)**

(herein the "Work"), and that said composition contains no matter libelous, scandalous, obscene, or immoral, or infringing upon any copyright or right of literary property or right of privacy and has not been heretofore published. To the extent said literary composition contains literary property or rights of others, Author warrants that permission to use the same in the Work in full compliance with the rights granted Packager hereunder has been obtained, and to the extent required, paid for by the Author. Author agrees to deliver proof thereof to Packager in the form of permissions or releases as requested by Packager (but failure to make such request shall not limit Author's liability hereunder). With respect to all warranties or undertakings herein, the Author agrees to hold the Packager harmless from any and all losses, damages, costs and expenses (including reasonable attorneys' fees).

2.    The Author agrees to deliver to the Packager the completed unpublished manuscript of no more than 90,000 words, according to the following schedule:

Outline             April 26, 2004
First Draft         September 20, 2004
Final Manuscript    November 1, 2004

and make reasonable revisions requested by the Packager, and to read, revise, and correct, with prompt return, all proof sheets in such manner as will not delay the printer, and to pay, either in cash, or, at the option of the Packager, as a charge against royalties, the cost of alterations in type or in plates, required by the Author, other than those due to the printer's errors, ▮▮▮▮▮ ▮▮▮▮▮ of the cost of original composition. Additions, changes, alterations or editing made by the Packager shall not be charged to the Author.

It is understood that Author shall be working from specifications supplied to him by the Packager. Author shall not be required to make substantial changes beyond the scope of the approved outline. Approval of the completed manuscript, or notification of the need for alterations, shall be made within thirty (30) days of delivery of the manuscript to the Packager; if approval by any third party is also required, but is delayed beyond ninety (90) days from the date of delivery, Publisher nevertheless agrees to make the delivery payment due under Clause 3 hereunder, it being understood that Author shall subsequently make all reasonable revisions required hereunder.



1

3.    The Packager agrees to pay the Author an advance against royalties of  for the completed manuscript, after corrections, to be paid in the following manner:

Should the final manuscript not be delivered by November 1, 2004, or a mutually agreed upon in writing deadline, the ███████████████████████████████████ for each business day past November 1, 2004, or a mutually agreed upon in writing deadline, ████████████████████

4.    All copyright, trademark and other intellectual property rights in and to the Work in all media whatsoever shall be the exclusive property of Packager.



Author hereby acknowledges and agrees that all Author's work and services under this Agreement and all results and proceeds thereof are and shall be works made for hire, the ownership and authorship of which shall be exclusively in the name of WizKids, Inc.. In the event that any of Author's contributions are deemed not to be works made for hire, Author hereby assigns and agrees to assign exclusively to WizKids, Inc., all rights to such contributions, including, without limitation, all copyrights, trademarks and any other rights under law, statute or regulation in perpetuity, throughout the universe, in any and all media, whether now known or hereafter devised. Author further waives any moral rights or similar provisions of law that may be applicable to Author's contributions, including, without limitation, any rights under droit moral, droit de suite, the Lanham Act or the law of unfair competition. Author acknowledges that this includes the right to make additions, deletions and modifications to Author's contributions.

5.    Author ensures not to write or contract with any other Packager to write any other work for publication in book form that will interfere with the timely delivery of the complete manuscript of Work(s) without the written permission of WizKids, Inc.

6.    The Packager agrees to pay the Author, less any sum of money which the Packager may be required to deduct or withhold by reason of any present or future law of the United States or any state or territory thereof, a royalty on the regular mass market paperback edition upon the cover price of copies sold (net sales after returns) of the published edition of ████████████ and a royalty on any hardcover or trade paperback edition upon the cover price of copies sold (net sales after returns) of the published edition of ████████████.

In addition, net sums received (less expenses) shall be apportioned as follows:

(i)    The Packager shall receive ████████████████████ and the Author shall receive ████████████████ from the following uses of the Work: second and third serials, abridgments, condensed editions, selections and book club; foreign publication; and translations.

2

REDACTED

(ii)   The Packager shall receive  from the following uses of the Work: games, dramatization, motion picture, electronic rights, multimedia and television.

(iii)  Any and all uses not specifically mentioned or in any manner now known or hereafter developed are expressly reserved to the Packager 

    If at any time the Author's advance under paragraph 3 above shall have earned out from any source whatsoever, then the Author's share of subsidiary rights payments here under shall be paid within thirty (30) days of receipt of such payments by the Packager.

7.   Packager agrees to submit semi-annual statements of sales as of the 30th day of June and the 31st day of December, and to render such statements and render any amounts due thereupon not later than the 30th day of September and 31st day of March, respectively, it being understood and agreed that no other notice of sales in any form is necessary to satisfy the requirements of this Agreement. Notwithstanding the foregoing, Packager shall have the right to adjust the dates by which it will submit semi-annual statements of sales and corresponding payments. In the event Packager, in its sole discretion, adjusts such dates, such adjustment shall be effective only upon notice provided to Author 60 days prior to the adjusted date for statements of sales and payments. If payments due are less than Ten Dollars U.S. (U.S. $10.00), a statement shall still be issued, but payment need not be made by Packager unless requested in writing by Author.

8.   If the completed manuscript as delivered shall prove unsatisfactory, as determined by Packager in its sole discretion, Packager shall have the right to terminate this Agreement and recover any and all amounts which it may have advanced to the Author in connection with the Work; but until this Agreement has been terminated and until such amounts as have been paid in advance have been repaid to Packager, the Author shall not be free to cause the publication of the said Work elsewhere. Upon such termination of the Agreement by Packager and repayment of advance by Author (i) the manuscript shall be promptly returned to the Author and future use of its text shall not be made by Packager and (ii) Packager will agree to grant a license to Author to use the Work in connection with other versions of the Work. Such license shall expressly exclude the right to use other intellectual property rights belonging to Packager, including, but not limited to, trademarks and copyrights.

9.   Packager agrees to publish or have published, promote and sell the Work at its expense and in style and manner as it deems most appropriate and advisable within 24 months after Packager's final written acceptance of a completed manuscript, such acceptance to be granted by Packager in its sole discretion.

10.   The Packager shall have the right to permit the use of brief selections and quotations from the Work free of charge where, in its sole judgment, it will benefit the sales of the Work, but should any income (net of Packager's expenses pertaining hereto) be received from the use of such selections,  between Author and Packager.

11.   The Packager will copyright the Work in the name of WizKids, Inc. Upon Packager's request, Author shall assist and fully cooperate with Packager's efforts to secure, protect, and preserve Packager's rights and interests in the copyrights, trademarks and any other intellectual

property rights in and to the Work (including, without limitation, Packager's procuring of copyright and trademark registrations). Author shall execute and deliver any and all documents and perform any and all acts related thereto (including, without limitation, documents and acts to reflect or confirm Packager's exclusive ownership rights thereto).

12.    Author shall be credited for the Work on the cover and title page of the published Work as follows: "Randall Bills". If Packager deems it necessary to contract with another writer to revise or rewrite the Work, Packager shall so notify the Author and Author may request in writing at that time that Packager remove Author's name from the Work. Packager shall comply with such request and shall in its sole discretion determine the other name or pseudonym to appear on the cover and title page of the Work.

13.    Upon publication of the Work the Packager shall give the Author 10 free copies of the work and the Author may purchase additional copies at the same discount available to the Packager.

14.    Books sold for export, at a reduced price, or sold in quantities at discount of sixty percent (60%) or more from the retail price shall be subject to a royalty of ████████████████ on sums actually received instead of on the cover price, and books furnished complimentary and without charge or sold below actual cost of manufacture, shall be free from royalty. On copies of overstock which the Packager after two (2) years from date of first publication deems it expedient to sell at remainder prices, i.e., at a discount of seventy percent (70%) or more from the cover price, the royalty to be paid by the Packager shall be ████████ of the sums actually received by it, except when these are sold at or below cost, in which case no royalty shall be paid.

15.    Author's remedy, if any, for breach of this Agreement shall be limited to the advances and royalties paid by Packager to Author hereunder. Author waives and relinquished any right Author might otherwise have to obtain injunctive or equitable relief and to proceed against any third party with respect to any dispute arising under this Agreement.

16.    The Packager's agreements contained herein are contingent upon conditions of manufacture, production and distribution incident to any resulting from war, strikes, accidents, or fires or other causes beyond its control.

17.    All notices, accountings, or repurchase rights notices hereunder shall be effective when received by Packager or delivered to Author's last known address.

18.    Upon written request the Author may, not more than once each year, during usual business hours and at the Author's expense, cause the books and records of the Packager concerning sales and licenses of the Work to be examined by a certified public account at the place where such records are regularly maintained and may make extracts and photocopies of relevant portions thereof.

19.    This Agreement constitutes the entire agreement between the Packager and the Author with regard to the subject matter hereof, and supersedes any prior oral or written agreements

4

regarding the same. This Agreement, including the provisions of this paragraph, may be amended only by a document in writing and signed by authorized representatives of the Packager and the Author.

20.    Whenever possible, each provision of this Agreement shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Agreement is held to be prohibited by or invalid under applicable law, such provision shall be ineffective only to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Agreement.

21.    This Agreement, and any claims arising hereunder or in connection herewith, shall be governed by the laws of the State of Washington, without giving effect to choice of law principles, and/or the United States, as applicable. Any action arising out of or in connection with this Agreement shall be brought only in a state or federal court located in Seattle, Washington. Author hereby submits to personal jurisdiction in the State of Washington for any action arising out of such action, and waives any defense based upon lack of jurisdiction.

22.    The Author hereby appoints ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮, irrevocably as his Agent in all matters pertaining to or arising out of this Agreement or related Agreements, and further authorizes that all monies due the Author under this Agreement or related Agreements shall be paid to and in the name of said Agent, whose receipt therefore shall constitute the only valid discharge of any such indebtedness.

This Agreement shall be binding upon and inure to the benefit of the executors, administrators and assigns of the Author and upon and to the successors and assigns of the Packager.

IN WITNESS WHEREOF, the parties have executed this agreement and affixed their signatures hereto on the date below.

WizKids, Inc. ("Packager"):              Randall Bills ("Author"):


_____              _____
Signature                               Signature

___6·30·04_____              ___6-14-04_____
Date                                    Date

REDACTED

5

# Independent Contractor Agreement
# Between Randall Bills and WizKids, LLC

Agreement No. ICA018-04



## INDEPENDENT CONTRACTOR AGREEMENT

This Agreement ("Agreement") is entered into by WizKids LLC, 11040 Main St, Suite 100, Bellevue WA, 98004; and Independent Contractor ("IC") identified below:

**Identity of Independent Contractor ("IC")**

Name:     Randall Bills





The parties hereby agree to the following terms, conditions and provisions:

### 1. SERVICES AND DELIVERABLES

Independent Contractor agrees to provide the following services and deliverables to WizKids LLC:

- Development and continuity for MechWarrior Novel #18: Fortress Republic

### 2. PAYMENT TERMS

Before partial or full payment is made, the corresponding work must be delivered to, revised where deemed necessary, and found acceptable by WizKids LLC. Acceptability is subject to the sole discretion of WizKids LLC.

WizKids LLC agrees to pay for services of this Agreement according to the following hourly or daily rate(s) or cost(s) per deliverable(s):

- 
- 

### 3. INVOICES

If IC has entered into more than one Agreement with WizKids LLC, separate invoices must be submitted for each.

Invoices shall include the following information: (1) Independent Contractor's name and the Agreement Number **as they appear on the first page of this Agreement**; (2) To whom the check should be made payable; (3) Description of the services and/or deliverables provided; and (4) Itemization of dates on which the services were provided (and number of hours worked, if paid on an hourly basis).

**Failure by IC to fully provide the above information could delay payment processing.**

After complete invoicing information as described above is received, WizKids LLC shall pay within 30 days, subject to performance and expense verification. Independent Contractor shall send Invoices and supporting documentation to  and:



## 4. INDEPENDENT CONTRACTOR

IC's status in all matters pursuant to this Agreement shall be that of an independent contractor. For purposes of this Agreement, the term "Independent Contractor" shall include all of IC's employees, agents, representatives, and subcontractors.

IC may not directly or indirectly represent or imply in any way that IC is an employee of WizKids LLC. IC is not eligible for WizKids LLC employee benefits or any other considerations of WizKids LLC employment, nor is IC allowed to use WizKids LLC's letterhead, business cards, trademarks, or other forms of WizKids LLC identification.

## 5. TERMINATION

Either party may terminate this Agreement after giving 15 days prior written notice to the other.

## 6. TITLE AND OWNERSHIP OF WORKS MADE FOR HIRE

The parties agree that all work product produced by IC pursuant to this Agreement (including, but not limited to graphics, artwork, designs, fiction, computer code or software, manuals, databases, documents, and any other materials, whether in print, digital or other media) shall be works made for hire, and shall be the sole property of WizKids LLC. Title and ownership thereto shall belong to and vest exclusively in WizKids LLC. To the extent and work product produced by IC pursuant to this Agreement is not a work made for hire, IC hereby irrevocably assigns the entire right, title, and interest to WizKids LLC, and agrees to execute all necessary and appropriate documents to register copyrights and/or titles to WizKids LLC. The decision as to when or whether such documents are necessary or appropriate shall be solely at the discretion of WizKids LLC.

## 7. INDEMNIFICATION

IC hereby agrees to indemnify, defend and hold harmless WizKids LLC and its officers, directors, employees, representatives and agents from and against all claims, actions, lawsuits, losses, damages and expenses (including but not limited to reasonable attorneys' fees) arising from the performance of its duties under this Agreement, or its failure to perform such duties.

WizKids LLC hereby agrees to indemnify, defend and hold harmless IC and its officers, directors, employees, representatives and agents from and against all claims, actions, lawsuits, losses, damages and expenses (including but not limited to reasonable attorneys' fees) arising from the performance of its duties under this Agreement, or its failure to perform such duties.

## 8. NON-DISCLOSURE AND CONFIDENTIALITY OF PROPRIETARY INFORMATION

IC agrees to protect and maintain the confidentiality of WizKids LLC, and the like, whether reduced to writing or otherwise provided to IC by reason of this Agreement. IC shall not disclose such information to any person or entity other than IC's employees or subcontractors who need such information to perform their work pursuant to this Agreement.

## 9. ENTIRE AGREEMENT; AMENDMENT

This Agreement constitutes the entire agreement between the parties with regard to the subject matter hereof, and supersedes any prior oral or written agreements regarding the same.

This Agreement including the provisions of this paragraph may be amended only by a document in writing and signed by authorized representatives of both parties.

**The terms, conditions and provisions of this Agreement are hereby AGREED TO AND APPROVED BY:**

| WIZKIDS LLC: | INDEPENDENT CONTRACTOR: |
|---|---|
| (Signature) | (Signature) |
| (Name Printed) | Randall N. Bills (Name Printed) |
| EVP (Title) | (Title) |
| 1-31-05 (Date) | 1-25-05 (Date) |

# EXHIBIT B

# BATTLETECH ™

## A GAME OF ARMORED COMBAT



Range: 346 meters
Closing
Bearing: 027 degrees
Left PPC: Armed
Right PPC: Recharging
Lasers: Locked
Auto Cannon: Loaded
Internal Heat: Level 12

OPERATOR WARNING!
Heat is becoming critical.
Suggest Shutdown
immediately!

fasa

# BATTLETECH

## ARMOR DIAGRAM



Head
Left Torso
Right Torso
Left Arm
Center Torso
Right Arm
Left Leg
Right Leg

Left Torso Rear
Right Torso Rear
Center Torso Rear

Left Torso
Head
Right Torso
Left Arm
Center Torso
Right Arm
Left Leg
Right Leg

**DAMAGE TRANSFER DIAGRAM**

**INTERNAL STRUCTURE DIAGRAM**

Type: _____
Tonnage: _____
**Movement Points:**
Walking: _____
Running: _____
Jumping: _____

### WEAPONS INVENTORY

| # | Type | Loc. |
|---|------|------|
| — | _____ | _____ |
| — | _____ | _____ |
| — | _____ | _____ |
| — | _____ | _____ |
| — | _____ | _____ |
| — | _____ | _____ |
| — | _____ | _____ |
| — | _____ | _____ |
| — | _____ | _____ |
| — | _____ | _____ |

**AMMO:**
AutoCannon Rounds _____
M.G. Rounds _____
S.R.M. Packs _____
Missiles per pack _____
L.R.M. Packs _____
Missiles per pack _____

### TOTAL HEAT SINKS
○○○○○○○○○○
○○○○○○○○○○
○○○○○○○○○○

### WARRIOR DATA
Name: _____
Gunnery Skill: _____
Piloting Skill: _____
Hits Taken: (Consciousness Number)

| 1st | 2nd | 3rd | 4th | 5th | 6th |
|-----|-----|-----|-----|-----|-----|
| (3) | (5) | (7) | (10) | (11) | (Dead) |

## CRITICAL HIT TABLE

### LEFT ARM
1. Shoulder
2. Upper Arm Actuator
1 3. Lower Arm Actuator
4. Hand Actuator
5. _____
6. _____

1. _____
2. _____
2 3. _____
4. _____
5. _____
6. _____

### HEAD
1. Life Support
2. Sensors
3. Cockpit
4. _____
5. Sensors
6. Life Support

### RIGHT ARM
1. Shoulder
2. Upper Arm Actuator
1 3. Lower Arm Actuator
4. Hand Actuator
5. _____
6. _____

1. _____
2. _____
2 3. _____
4. _____
5. _____
6. _____

### LEFT TORSO
1. _____
2. _____
1 3. _____
4. _____
5. _____
6. _____

1. _____
2. _____
2 3. _____
4. _____
5. _____
6. _____

### CENTER TORSO
1. Engine
2. Engine
1 3. Engine
4. Gyro
5. Gyro
6. Gyro

1. Gyro
2. Engine
2 3. Engine
4. Engine
5. _____
6. _____

### RIGHT TORSO
1. _____
2. _____
1 3. _____
4. _____
5. _____
6. _____

1. _____
2. _____
2 3. _____
4. _____
5. _____
6. _____

### LEFT LEG
1. Hip
2. Upper Leg Actuator
3. Lower Leg Actuator
4. Foot Actuator
5. _____
6. _____

### RIGHT LEG
1. Hip
2. Upper Leg Actuator
3. Lower Leg Actuator
4. Foot Actuator
5. _____
6. _____

Engine Hits ○○○
Gyro Hits ○○
Sensor Hits ○○

### HEAT SCALE

| | |
|---|---|
| 30 | Shutdown |
| 29 | |
| 28 | Ammo Explosion, avoid on 8+ |
| 27 | |
| 26 | Shutdown, avoid on 10+ |
| 25 | -5 Movement Points |
| 24 | -4 Modifier to Fire |
| 23 | Ammo Explosion, avoid on 6+ |
| 22 | Shutdown, avoid on 8+ |
| 21 | |
| 20 | -4 Movement Points |
| 19 | Ammo Explosion, avoid on 4+ |
| 18 | Shutdown, avoid on 6+ |
| 17 | -3 Modifier to Fire |
| 16 | |
| 15 | -3 Movement Points |
| 14 | Shutdown, avoid on 4+ |
| 13 | -2 Modifier to Fire |
| 12 | |
| 11 | |
| 10 | -2 Movement Points |
| 09 | |
| 08 | -1 Modifier to Fire |
| 07 | |
| 06 | |
| 05 | -1 Movement Points |
| 04 | |
| 03 | |
| 02 | |
| 01 | |
| 00 | |

BATTLETECH is a trademark of FASA Corporation. Copyright 1985.




## CREDITS

. Concept and Design
    Jordan K. Weisman
**Design Assistance and
Chief Developer**
    L.R. "Butch" Leeper
**Development**
    Forest G. Brown
    Wm. John Wheeler
    L. Ross Babcock III
**Additional Development**
    Samuel B. Baker II
    James R. Kellar
**BattleMech Designs**
    Jordan K. Weisman
    Forest G. Brown
**Writing**
  Rules Wm. John Wheeler
  Background
    Patrick Larkin
  Technical Background
    Hero Games
**Editorial Staff**
  Editing
    Wm. John Wheeler
    L. Ross Babcock III
    Donna Ipolito
**Production Staff**
  Production Managers
    Jordan K. Weisman
    Karen VanderMey
  Art Director
    Dana Knutson
  Graphic Design
    Jordan Weisman
  Cover Art
    Allen Gutierrez
  Illustration
    Dana Knutson
    Todd F. Marsh
    David J. Hutchins
    Jim Halloway
  Layout and Pasteup
    Todd F. Marsh
    Dana Knutson

BattleTech is a Trademark of
FASA Corporation.

Copyright 1985
FASA Corporation.
All Rights Reserved.

FASA Corporation
P.O. Box 6930
Chicago IL 60680

The fictional technical
information presented
on pages 30 - 34 is
Copyright 1984 by
Hero Games.

The forests, rivers, hills, and rough areas on the Terrain Mapsheet represent a typical mixture of the terrain types found on the water-rich planets where 'Mechs combat one another.  Shown below are the symbols used for each terrain type.



**Open Ground**

These are typical fields, meadows, and other grasslands. The ground is firm, and it may be gently rolling, but its elevation does not change significantly from one side to the other.

**Rough Ground**

This is typical broken terrain, rocky and jumbled. Though it is firm, it is more difficult to cross than open ground. Typically it is found next to cliffs and bluffs.

**Cliffs And Bluffs**

This is terrain that is significantly higher and more difficult to cross than open ground.  The light lines show the slopes, for which there are three elevation levels.  Level 1 is 6 meters high - waist-high to a 'Mech, and a 'Mech standing behind it may be partially hidden.  Level 2 is the same height as a 'Mech, or about 12 meters high.  A 'Mech standing behind it is hidden.  Level 3 is 18 meters high, or one-and-one-half times as tall as a 'Mech.



**Light Woods**

This is open or elevated terrain covered with sparse trees 12 meters tall. The 'Mech will have more trouble crossing this terrain than crossing open ground. Light woods may be on low ground, or may be found on the tops of bluffs or cliffs. It is possible to see through light woods, if they are not very large.

**Heavy Woods**



This is open or elevated terrain thickly covered with trees 12 meters tall. Movement is difficult through these areas. Heavy woods may be on low ground, or they may be found on the tops of bluffs or cliffs. Usually, there are light woods nearby. Heavy woods are so dense that it is impossible to see through them.

**Water**



This is terrain covered by water, either in the form of streams and rivers, swamps, ponds, or lakes. There are four levels of water, depending on the depth. Depth 0 water is ankle-deep on a 'Mech, or very shallow,  as in streams, swamps, or shallow ponds, all of which can be crossed easily. Depth 1 water is 6 meters deep, or waist-deep on a 'Mech; it is more difficult to cross than shallow water or open ground, and is found in rivers, ponds, and the edges of lakes.  Depth 2 water is chin-deep on a 'Mech, or almost 12 meters deep; it is much more difficult to cross than shallow water or open ground. Depth 3 water is over the head of a 'Mech.

## DICE

The game includes two standard, 6-sided dice, one red and one white. In the game, sometimes only one die will be rolled, and sometimes both will be, either one at a time or both together.

# GAME SETUP

Lay out the Terrain Mapsheets on a table or on the floor so that the BattleTech logos are at opposite edges.  Place the 'Mech playing pieces on opposite sides of the playing area.

Hand out one Chameleon Training Sheet to each player. One of these has been provided in the pull-out section at the center of this book. Remove this section and copy the Record Sheet. Permission is given to photocopy these sheets for reasonable personal use. Blank Training Sheets also are provided for those who prefer to fill them in by hand.



# BATTLETECH

## THE ERIDANI LIGHT HORSE

Once part of the Star League's Regular Army, this regiment refused to follow General Kerensky into self-imposed exile at the beginning of the Succession Wars. Instead, its officers and men renounced their allegiance to the League and offered their services as mercenaries to the House of Kurita. Since that time, the regiment has worked for several different masters. The Eridani Light Horse was organized as a raiding and reconnaissance force, and most of its BattleMechs are either light or medium. Only one of its battalions contains any heavy 'Mechs. The Light Horse is now based in the Federated Suns, under long-term contract to the House of Davion. ≈

**18**

The **Advanced Gunnery** combat rules detail the assortment of energy weapons, ballistic weapons, and missile launchers available to a BattleMech. Every weapon has its own short, medium, and long range, its own damage effects, and its own heat generation rating. In addition, the 'Mech has limited ammunition available for its missile launchers and ballistic weapons. The characteristics of each weapon are listed in the Weapons Table.

A change in the firing arc rules takes advantage of the 'Mech's ability to turn its torso and of the ability of the arms to extend the firing arc for arm-mounted weapons. The line of sight rules deal with the concealing effects of terrain.

Rules for missile fire and detailed hit location are provided, and the way that damage is recorded and its effects are applied is completely different than in **BattleMech Training**.

Damage may be given to the MechWarrior, either through critical hits or through falling damage. This is also discussed.

### PICKING A TARGET

Picking a target to shoot at in **Advanced Gunnery** is somewhat more difficult than doing the same thing in the training game. In this game, there are many more factors to consider.

### Firing Arcs

The firing arcs in **Advanced Gunnery** take advantage of the special nature of arm-mounted weapons. There are four basic firing arcs: the front and rear arcs (identical to the ones in **BattleMech Training**), and the right and left side arcs. The diagram shows all four of these arcs.

Weapons mounted on the forward torso may only fire into the forward arc. Weapons mounted on the right arm or held in the right hand can fire into the forward arc or into the right side arc (abbreviated RS). Weapons mounted on the rear torso may fire only into the rear arc. Weapons mounted on the left arm may fire into the forward arc and into the left side arc (abbreviated LS).



### Rotating The Firing Arcs

Each BattleMech can rotate its torso one hexside to the left or right, while keeping its feet where they are. This means that the 'Mech can move in one direction, but fire in another. A 'Mech's firing arcs depend on which way its torso is turned, and only partly on which way its feet are pointing.

The forward firing arc for a BattleMech that has its torso facing forward is identical to the firing arc in the basic game. When the 'Mech's torso rotates, however, the forward firing arc moves, too. The accompanying diagram show this.



**Torso Forward**       **Torso Twisted Left**       **Torso Twisted Right**



## ERIDANI

# EXHIBIT C

# MERCENARY'S HANDBOOK

1616



BATTLETECH

FASA
CORPORAT



McCarron's Armored Cavalry

CREATING CONTRACTS . . . . . . . . . . . 41
    Negotiation System . . . . . . . . . . . . 41
        Missions . . . . . . . . . . . . . . . . 42
        Length of Service . . . . . . . . . . . 42
        Remuneration . . . . . . . . . . . . . 42
        Guarantees . . . . . . . . . . . . . . . 42
        Command Rights . . . . . . . . . . . . 43
        Transport Fees . . . . . . . . . . . . . 43
        Supply Fees . . . . . . . . . . . . . . . 44
        Salvage Rights . . . . . . . . . . . . . 44
        Mission Modifications . . . . . . . . . 45
    Freestyle Negotiations . . . . . . . . . . 45
    Contract Form . . . . . . . . . . . . . . . 45
CAMPAIGN SYSTEMS . . . . . . . . . . . .
    Basic Campaign . . . . . . . . . . . . . .
        Mission . . . . . . . . . . . . . . . . .
        Resistance . . . . . . . . . . . . . . . 47
        Outcome . . . . . . . . . . . . . . . . 48
                                            . . 50
        Redetermining Force Commitment . . . 50
    Advanced Campaign System . . . . . . .
        Mission Resolution . . . . . . . . . . . 51
        Force Commitment . . . . . . . . . . . 51
        Force Composition . . . . . . . . . . . 52
        Strength . . . . . . . . . . . . . . . . 53
        Enemy Campaign Operations . . . . .
        Special Events . . . . . . . . . . . . .
        Friendly Campaign Operations . . . . .
        Campaign Resolution . . . . . . . . . .
        Aggressor . . . . . . . . . . . . . . . .
                                            . .
        Redetermining Force Commitment . .
TRICKS OF THE TRADE . . . . . . . . . . . .
    Employer Betrayals . . . . . . . . . . . .
    Mercenary Betrayals . . . . . . . . . . .
        Playing It Safe . . . . . . . . . . . . . 64
        Surprise . . . . . . . . . . . . . . . . 64
        Managing Civilians . . . . . . . . . . .
    ComStar Mediation . . . . . . . . . . . .
    Reputation . . . . . . . . . . . . . . . . .

SELECTED MERCENARY UNITS . . . . . . . 65
    LINDAN LIGHT HORSE . . . . . . . . . . . 67
        Table of Organization . . . . . . . . . 67
        Brief History . . . . . . . . . . . . . . 68
                                            . . 68
                                            . . 68
        The First Succession War . . . . . . . 68
        Evacuation . . . . . . . . . . . . . . . 69
        Dissension in the Ranks . . . . . . . . 69
        Return to Duty . . . . . . . . . . . . . 69
                    Strength . . . . . . . . . . 69
                                            . . 70
                                            . . 70
                                            . . 70
        Contract Agreements . . . . . . . . . 71
        Occupied Mission Work . . . . . . . .
                                            . .
                                            . .
        Table of Organization . . . . . . . . .
        Brief History . . . . . . . . . . . . . . 84
            Str . . . . . . . . . . . . . . . . . 84
            From . . . . . . . . . . . . . . . . 85
                                            . . 85
        Unit . . . . . . . . . . . . . . . . . . 85
        Selected Personalities . . . . . . . . 86
        Personnel . . . . . . . . . . . . . . . 88
    WILSON'S HUSSARS . . . . . . . . . . . 93
        Table of Organization . . . . . . . . .
        Brief History . . . . . . . . . . . . . .
            Origin of the Hussars . . . . . . .
            When Luck Turns S . . . . . . . .
            The Michael La . . . . . . . . . .
                    er Su . . . . . . . . . . .
                    p in . . . . . . . . . . . .
            Goals . . . . . . . . . . . . . . .
            Technical Support . . . . . . . . .
        Selected Personalities . . . . . . . .
        Personnel . . . . . . . . . . . . . . .

THE MERCENARY'S HANDBOOK

W . . . . . . . . . . . . .
        Andrew Keith
        Eilan Leigh Horse
        Boy F. Petersen, Jr.
    Waco Rangers
        Dale L. Ke . . .
    Wilson's . . .

Additional . . .

**Production Staff**
*Art Director*
        . . na Knutson

        . . . Weisman
*Front Cover A . . .*
        Jeff La . . .

        . . . Fens
        . . Ketalles
        Fred . . Marsh
            . . italtne
        . . sana Knutson
        . . nd F. Marsh
        . . eff Laubenstein
    *. . age Design*
        Jordan K. Weisman
    *. . ypesetting and Layout*
        Tara Gallagher

BATTLETECH, CITYTECH, AEROTECH, MECHWARRIOR,
MechWarrior, BattleMech and 'Mech are trademarks of FASA Corporation,
registered in the U.S. Patent and Trademark Office.
Copyright © 1987 FASA Corporation. . . .
                    . . . served. Printed in the U . . . of America.

Publi . . .
FASA Co . . .
P.O. Box 695 . . .
Chicago, IL  6060 . . .

# SELECTED MERCENARY UNITS

In the annals of mercenary history, Wilson's Hussars, the Waco Rangers, and the Eridani Light Horse would never be mentioned in the same breath. Nevertheless, these units are included here to illustrate the best and the worst of mercenaries. The gamemaster may employ them as NPC units against the players' unit, or the players may wish to roleplay characters in these units. Alternatively, players can create their own unit based on one of these examples.

The Eridani is one of the oldest and most esteemed mercenary units in the Successor States. At the other extreme is Wilson's Hussars, called "Wilson's Wimps" for their poor fighting record and desperate straits. The Waco Rangers represent the average mercenary regiment.

Players should realize that it is not fun to run a unit like the Light Horse all the time. No House leader would dare double-cross it, and such a large unit has little need for plunder. Also, the Light Horse already has one of the best reputations around. In many cases, it could be more challenging to command Wilson's Wimps. Much of the enjoyment in playing mercenaries comes from the hand-to-mouth existence that most units endure. Desperate situations call for desperate action, which is the only thing that can save the Wimps from destruction. Also, such situations provide the best opportunities for exciting adventures. Players will take great pride in building up their unit's reputation, which may even eclipse that of the Eridani Light Horse.

After creating their unit, the players should develop its personality. Oddities such as the Waco Rangers' Death Oath and the Light Horse's traditions add considerable flavor to the game. Do they bow to the Ares Conventions or do they follow baser instincts? Would they renege on a contract or are they too noble to even consider it? Besides answering these questions, the players should list the famous battles in which their unit has participated and the units that they have fought with and against.



**WACO RANGERS**



**ERIDANI LIGHT HORSE**

**WILSON'S HUSSARS**





The Eridani Light Horse

Major (O-3)

Colonel (O-4)

Lieutenant (O-1)

Captain (O-2)

Master Sergeant (E-5)

Sergeant (E-4)

Corporal (E-3)

Private (E-2)

Recruit (E-1)

MechWarrior Belt Buckle

Combat Arms Insignia

Support Insignia

Unit Insignia

Battle Standard



# ERIDANI LIGHT HORSE

## TABLE OF ORGANIZATION

The Eridani Light Horse



The Eridani Light Horse

## BRIEF HISTORY

In 2651, First Lord Cameron sent several Star League military regiments on maneuvers just beyond the Rim Worlds Republic. Military analysts observing the maneuvers subsequently filed a report criticizing the five regiments' lack of coordination, interservice rivalry, and general lack of common sense. To avoid the wrath of the First Lord, the military High Command quickly organized some regiments into Regimental Combat Teams.

Designed to promote interregimental cooperation, the RCTs (as they became known) contained four combatant regiments and a single support and transportation element. One officer, usually the most experienced of the four regimental leaders, commanded the RCT and trained his four regiments to work toward a common strategy and objective. Unlike most other military formations, the RCTs were permanently assigned to a section of the Star League. There, the units became familiar with their territory and developed a sense of belonging, which was presumed to work to their advantage.

## THE ERIDANI LIGHT HORSE

Formed in 2702, the 3rd Regimental Combat Team, which consisted of two Striker regiments and two Light Horse regiments, established residence near the Periphery in the Rasalhague Military District. Though it had no opportunity to prove itself in battle, the 3rd RCT trained constantly. The officers became adept at combat diplomacy, as they often had to fend off local accusations that they were nothing more than an occupation force.

This bitterness reached the boiling point in 2749, when terrorists hired by the Prince of Rasalhague assassinated the Commander of the 3rd RCT. The blow mobilized the entire 3rd RCT, which descended and occupied the major cities on all ten worlds in their district. For 23 days, 'Mechs patrolled the cities, waiting for Draconian forces from Luthien to strike. When the Prince dispatched troops to the Trondheim city of Eridani, the well-trained units of the 3rd RCT chased them off with little trouble. The RCT received its unit nickname of the "Eridani Light Horse" when a sympathetic journalist reported that RCT 'Mechs had scattered the Combine Mechs "like spirited Eridani stallions chasing after fat, clumsy Luthien cows". After this humiliation, the Prince of Rasalhague had no choice but to arrest, try, and execute the assassins.



## AGAINST THE USURPER

The crisis with the Prince of Rasalhague quickly paled beside the news of the turmoil resulting from the death of the First Lord. Throughout the next 15 years, the Light Horse participated in many of the declared and undeclared wars that broke out in the Periphery. In 2766, after the New Vandenberg Campaign, the Light Horse was rotated off the front lines and back to their station in the Rasalhague Military District.

A few months later, the news of Stefan Amaris's treachery reached them. Realizing that the Light Horse could not take the Usurper's forces head-on, Colonel Ezra Bradley, commander of the RCT, decided to launch hit-and-run strikes against the weaker worlds surrounding Terra. He hoped that these raids would disrupt Amaris's defensive preparations.

Bradley's plan achieved great success until the 19th Striker Regiment dropped on Amity. Unknown to the 19th, a traitor had infiltrated its regimental command and tipped off the rebel forces to the attack. Three heavy regiments were waiting for the regiment, which was demolished to its last 'Mech.

Though sorely tempted to retaliate, Colonel Bradley continued his hit-and-run tactics until the Light Horse linked up with General Kerensky and his forces. Then, and with great glee, the Eridani Light Horse avenged the loss of the 19th Regiment in long and bloody battles, whose climax was the invasion and liberation of Terra.

## THE FIRST SUCCESSION WAR

While the Council Lords were vying for control of the Star League, the Eridani Light Horse returned to the Rasalhague Military District, striving to remain impartial. They waited patiently for General Kerensky to call them into action to restore order to the Star League.

When the call came, however, it summoned them to join the remaining loyal Star League forces and to leave the Interior forever. Ironically, the Light Horse felt such a sense of belonging to the area they defended that it proved to be stronger than their loyalty to General Kerensky. Only a few lances of the 3rd RCT decided to leave the Star League. The entire 80th Heavy Cavalry Battalion, once commanded by General Kerensky himself, needed only half an hour before deciding to stay. Colonel Bradley sent a regretful communique to General Kerensky, expressing both the Light Horse's undying loyalty to the Star League and General Kerensky, and its desire to remain and uphold the traditions of the Star League Armed Forces.

On the day that General Kerensky departed the Inner Sphere, the members of the Eridani Light Horse assembled and observed a moment of silence. They took down the Star League flag and lowered the standard of the Third Regimental Combat Team to half-mast, a tradition that remains to this day.

In the hellfire that erupted after Kerensky's exodus, the Light Horse remained aloof. Minoru Kurita, Coordinator of the Draconis Combine, made numerous offers of employment to Colonel Bradley, who rebuffed the overtures. Only when Minoru threatened to cancel all trade with the unit did he finally get the attention of the Light Horse commander. Long negotiations between the two sides produced a mutual defense and nonaggression pact. The Draconis Combine agreed to tolerate the presence of the Eridani Light Horse in Kurita space as long as the unit defended its worlds and made no move against the Combine.

The Light Horse easily handled the few tentative thrusts by the Lyran Commonwealth against its home worlds. On the other side of the Combine, however, the Kuritists suffered a disastrous campaign against the Federated Suns. In the battle for Kentares IV, Minoru Kurita was killed, and his insanely violent son Jinjiro succeeded him. In 2796, Jinjiro avenged his father's death by massacring 50 million civilians on Kentares IV.

## EVACUATION

After hearing of the Kentares Massacre, the commanding officers of the Light Horse began preparing to move. Though everyone from the unit commander down to the most inexperienced warrior hated to leave their worlds, most realized that a confrontation with the psychotic Jinjiro was inevitable.

By June of 2798, most of the Eridani Light Horse had launched and were waiting for the dependents of the 8th Recon and 50th Heavy Cavalry Battalions to leave the planet Sendai. Furious with the unit's desertion, the administrator of Sendai captured and held those families hostage, demanding that the entire unit lay down its weapons and turn itself over to him. When the Light Horse failed to meet the disarm deadline, he ordered his troops to execute the two thousand dependents.

Enraged, the 8th and 50th battalions dropped on the planet. The resulting battle lasted for a week and ended after every political official and Combine 'Mech was hunted down and slaughtered. Forces from Rasalhague appeared in the system, but, when informed of the administrator's deeds, they soon withdrew. The 8th and 50th returned grim and battered. Although the officers of the two units had acted without orders, Colonel Bradley refused their resignations. Today, the 50th Heavy Cavalry Battalion (nicknamed "The Bloody Half-Hundred" because of Sendai) and the 8th Recon Battalion are tradition-bound to protect the dependents of the Light Horse.

After leaving Sendai, the Eridani Light Horse crossed the Inner Sphere and entered the Free Worlds League. Marik immediately granted them a place to stay until both sides could work out a mercenary contract. Colonel Bradley pledged his unit to the Free Worlds League in exchange for a secure world for the unit's families, a steady supply source, and a modest fee.

The Eridani Light Horse figured prominently in Marik offenses during the Second Succession War. Besides spearheading attacks against Lyran-owned worlds, such as Ilion and Dieudonne, they also repulsed a Kurita attack against the planet Danais.

## DISSENSION IN THE RANKS

When the Third Succession War erupted in 2866, Colonel Bronson, commander of the Eridani Light Horse, renegotiated a contract with the Free Worlds League. Pleased with the unit's performance, the League Parliament considerably sweetened the Light Horse's original contract, giving them titles and free access to League supply centers.

Some Light Horse soldiers perceived this newfound affluence to be a threat to their tradition as defenders of Star League principles. They felt that Colonel Bronson was selling out, making the Eridani Light Horse no better than any other band of mercenaries. Major Johnson, commander of the 151st Regiment, became the leader of this internal dissent. However, Bronson ignored the dissidence, as he ignored the old Star League traditions.

In 2869, Major Johnson led the 151st out of the Free Worlds League to the Periphery, and the majority of the other two regiments followed him. Left with only his family, a few loyal officers, and a couple loyal lances, Colonel Bronson moved his force to a small, but resource-rich world just outside the borders of the League, where he began to recruit Periphery riffraff into a mercenary force.

## RETURN TO DUTY

Shunning the mercenary life, the Light Horse gradually deteriorated on its Periphery world as its resources ran low. With nothing to trade, the unit had to resort to farming the poor soil to survive. Then, in 2871, a regiment of bandits raided the Eridani supply center. Although the Light Horse drove off the raiders, the bandits carried away or destroyed most of the unit's supplies.



The Eridani Light Horse

Light Horse officers conferred for days to figure out how to stave off impending starvation. Finally, they worked out a compromise to hire out their military services to those retaining the honor and integrity of the Star League. At this time, the Light Horse adopted most of its present traditions to remind the soldiers of its principles. After gaining the approval of his men, Colonel Johnson traveled to the Lyran Commonwealth to negotiate a contract. Steiner agreed to all of Johnson's terms, including the control of a planet for the unit's dependents. Unfortunately, Colonel Johnson died while the Light Horse transferred to its base on New Karlsruh. His successor, Jennifer Dirkson, adopted the rank of Brevet General to show both her authority over the three regiments and her willingness to resign if ever she placed mercenary considerations over Eridani tradition.

From 2872 to 2945, the Eridani Light Horse served the Lyran Commonwealth along the Draconis Combine border. Its fame spread quickly throughout the Inner Sphere, and Kuritist units learned to fear the sign of the trotting brown horse.

In 2900, the 151st Light Horse Regiment dropped onto the Kurita-controlled world of Radalah, expecting to find only a battalion of garrison troops. After quickly seizing the cities of Auptsmon, Tiel, and New Freisburg, the 6th and 8th Recon Battalions encountered Kurita's elite 3rd Proserpina Hussars Regiment. The Hussars cut off the two recon battalions from the 50th Heavy Cavalry Battalion, which was encamped in New Freisburg, and laid seige to the city. Too weak to assault the Hussars' position, the two recon battalions conducted hit-and-run attacks on the Kuritists, drawing more and more forces against them. Eventually, the sieging force became so depleted that the 50th Heavy Cav was able to storm the Hussars, escape New Freisburg, and retreat to Auptsmon. The 6th and 8th Battalions easily outraced the Kuritists to Auptsmon, where Eridani DropShips were waiting to lift the regiment offplanet. For its spirited fighting against the heavier regiment, the 151st Regiment earned its nickname of "The Dark Horse Regiment".

Brevet General Dirkson retired in 2926 and was succeeded by Montgomery Wilson, who also took the rank of Brevet General. Every commanding officer of the Eridani Light Horse has since also adopted this rank. Wilson split the unit into battalions, which launched numerous strikes against Kuritist worlds, including Caledonia, Dawn, and Wheel. For two months, the 82nd Heavy Cavalry Battalion occupied St. John, one of the Light Horse's charges during Star League days.

## VACATION ON NEW KARLSRUH

Although very successful, the Light Horse's raids severely depleted the battalions. In 2946, the Commonwealth Military granted the entire unit leave to rest and resupply on New Karlsruh. Brevet General Wilson used this time to recruit more mercenaries and to repair his damaged 'Mechs. Both the 3rd and 7th Striker Battalions of the 21st Regiment had to be almost completely rebuilt. While Wilson and two 'Mech companies were visiting mercenary guild halls looking for talent, Colonel Haviarre of the 71st Regiment was in charge of the Light Horse.

In the same year, word of the Eridani Light Horse's activities reached the ears of Commander Russel Bronson, son of the Light Horse commander deserted in 2869 and leader of the mercenary



The Eridani Light Horse

legion Bronson's Horde. Wishing to wreak revenge on the 'mutineers', Bronson broke off his contract with the Federated Suns and traveled to New Karlsruh.

Bronson's attack took the Eridani Light Horse completely by surprise. With only twelve hours to prepare, Colonel Haviarre ordered the 50th Heavy Cavalry and the 8th Recon Battalions to move the Light Horse families to the mountains. The remaining five battalions quickly fanned out to meet the incoming three regiments. Bronson landed his DropShips under an umbrella of AeroSpace Fighters, but soon, the Eridani fighters mustered and reestablished aerospace superiority. The surprise of Bronson's attack became his downfall as the Light Horse fighters destroyed the straggling DropShip reinforcements and wreaked havoc on the heavy 'Mech forces below. Undaunted, Bronson urged his units on, searching for the Eridani High Command. Although his assault lances pounded the lighter units, the Light Horse's recon battalions soon outmaneuvered the slow 'Mechs. The 12th Armored Infantry Battalion alone felled two lances of 'Mechs. Commander Bronson himself joined the ranks of the Dispossessed when his Cyclops fell under a barrage of missiles from several Chippewa AeroSpace Fighters. Miraculously unscathed, he led his remaining forces offplanet, vowing revenge.

Though it took substantial damage, the Eridani Light Horse gained enormous plunder from Bronson's Horde. By 2949, the unit was fighting for Steiner against the Free Worlds League. The worlds of Oliver, Thera, Alula Australis, and Corcyra all felt the sting of the Light Horse. Eridani battalions raided several military bases deep within the League, including Nathan, Procyon, and Feng Pau. In 2955, Brevet General Kerston succeeded Brevet General Wilson.

## DEFENSE OF HESPERUS II

In 2998, House Steiner planned a planetary assault against Kalidassa, a Marik-controlled world with some functioning 'Mech-producing facilities. Three of the five Steiner regiments on Hesperus II formed the core of the assault group, and the Light Horse's 21st Striker Regiment and 50th and 82nd Heavy Cavalry Battalions replaced them in the garrison. When the Marik forces on Kalidassa recognized their attackers, they informed the High Command that Hesperus II was without its crack defenders. As a result, Marik decided to send a reconnaissance force to determine Commonwealth strength on the planet. League DropShips descended on Hesperus II, deposited nine recon companies at various locations, and withdrew. The garrison commander on Hesperus II ordered the 21st Regiment to leave the easily defensible city of Tallowrand to ferret out the enemy scouts—a task better suited to a recon unit. Too slow to deploy efficiently, the striker regiment took heavy damage from the Marik scouts, which withdrew before the heavy 'Mechs could engage them.

Within weeks, Marik landed four regiments to strengthen his position on the planet. Again the garrison commander ordered the Light Horse units to engage the enemy. However, the Eridani regimental commander disobeyed his orders to march to Marik's planethead, and stationed his artillery along the mountain passes to Hesperus II's industrial center, where he knew the invaders to be heading. The Light Horse force allowed two reconnaissance companies to cross the mountain range unmolested, and then

the bulk of the army, three regiments strong, attempted to pass. Long Tom cannons shelled the force and the area, sealing the pass and splitting the army in two. With no room to maneuver, the League units were sitting ducks for the Eridani 'Mechs and tanks. Timely assistance from Steiner 'Mechs enabled the Light Horse to overwhelm half of the invading force, and the remaining enemy units retreated offplanet.

## CONTRACT WITH DAVION

The Eridani Light Horse was also successful in the Twelfth Battle for Hesperus II. Nevertheless, Light Horse commanders were becoming increasingly irritated with working under Steiner military leaders, many of whom showed amazing incompetence. When contract negotiations with Steiner broke down in 2999, Brevet General Kerston went to House Davion for employment. Both sides struck a settlement in 3000, and the Light Horse left New Karlsruh for Derby in the Crucis March.

Duke Davion split the Light Horse into battalions and companies to carry out diversionary raids on both Kurita and Liao worlds. These units' ability to strike hard and move quickly often convinced planetary garrisons that a full regiment was attacking the planet. As these raids were perilous, the Light Horse received substantial bonuses. A few of these simulated assaults became real invasions when Eridani forces realized that they could actually conquer the planet themselves.

When Brevet General Kerston stepped down in 3023, Brevet General Armstrong assumed command. One of his first duties was to organize the defense of the planet Hoff, location of the Meistmorn Academy, to repulse a Kurita attack. Although Wolf's Dragoons (under contract to Kurita) pounded Eridani units in a furious onslaught, the Light Horse played cat-and-mouse with the mercenaries, keeping them off-balance until Davion reinforcements arrived to flush the Dragoons offplanet. Eridani losses were heavy, and Davion, pleased with the unit's performance, granted the Light Horse time to rebuild its forces.

The Light Horse soldiers spent their vacation on Derby and at the Federated Suns' New Avalon Institute of Science. At the NAIS, they taught combat skills and Star League and Successor State history, while participating in technological research.

In 3025, the Eridani Light Horse resumed fighting under the Davion banner against the Draconis Combine.

## UNIT DESCRIPTION

*The Eridani Light Horse is dedicated to preserving the ways, traditions, and honor of the Star League Armed Forces. Our lives hold no higher purpose than to remind the Inner Sphere of the power and the glory that once unified us all. Fate willing, we may again enjoy such benevolence.*

*To that end, we work only with those we admire, those that manage to keep alive the old ways. The Lyran Commonwealth and the Federated Suns are two such peoples.*

*As we admire some, there are those we despise. Our hatred for the Draconis Combine is simple and requires little explanation. They plumbed the depths of depravity when they murdered our families to bring us to our knees. We will never grant them mercy nor expect it.*

*—General Armstrong at the ELH Combat Training School Commencement Ceremonies, 3024.*

## CONTRACT REQUIREMENTS

The Eridani Light Horse's only weakness is its inadequate number of Techs. Therefore, Light Horse leaders always insist that the employer furnish the unit with support personnel to repair and maintain its 'Mechs. Also, they demand the right to negotiate supply contracts with local commerce companies. This allows them to bypass their employer's military bureaucracy, which might neglect the needs of mercenaries in favor of House units.

Like many other mercenary units, the Light Horse requests a place to settle its dependents. This is a vital contract point, as these mercenaries firmly believe in keeping a sense of community. They also refuse to commit any act that would violate the near-forgotten Ares Conventions. Thus, they will never attack civilians, inflict undue harm on innocent peoples, or execute prisoners.

Perhaps their only unusual contract point is that the employer must allow Eridani support personnel into his research facilities. Although this has irritated some employers, it does ensure that Light Horse 'Mechs will be in the best possible shape to fight for its employer. Only the wily Hanse Davion has had the audacity to turn this contract point around. He demanded that if he was to permit mercenaries into his New Avalon Institute of Science, then the best of them must teach there. With a laugh, General Armstrong accepted his condition.

The Eridani Light Horse is well satisfied with its relations with the Federated Suns. Prince Davion exceeded most of the Light Horse's specifications—he even sells 'Mechs to the unit at cost. General Armstrong respects the Prince, and so he plans to remain in the Federated Suns for a long, long time.

## TYPICAL MISSION WORK

Though the Eridani Light Horse is adept at fighting large battles, they are wizards when it comes to raiding. Their quick strikes have spawned many imitators, such as Winfield's Brigade of the Lyran Commonwealth. What distinguishes the Light Horse from all others is the skill and coordination of each Eridani soldier. A typical objective lasts approximately four hours, and roughly follows this sequence:

1. AeroSpace Fighters attack enemy aerodromes, while recon lances drop onto the planet.

2. Recon lances gather information while striking at communication centers, crippling the enemy's ability to respond.

3. AeroSpace Fighters establish aerospace superiority, then command and strike lances drop to the planet.

4. Units strike at objective(s). DropShips transport support units (artillery, tanks, and infantry) to prearranged recall points, and then leave for a near-orbit.

5. Command, strike, and recon lances break off attacks after allotted time has elapsed, and head for recall points, striking at any military target that presents itself.

6. Support units cover the approach of the returning lances. DropShips land, take aboard all personnel, and then lift off.

## UNIT TRADITIONS

The most tradition-bound mercenary unit in the Inner Sphere, the Eridani Light Horse has many memorials and rituals that serve as a constant reminder of its illustrious history and rigid honor. Some outsiders have commented that Eridani observances seem almost religious.

For example, the 50th Heavy Cavalry and 8th Recon Battalions are sworn to protect all the civilian members of the Eridani Light Horse in memory of their families' executions on Sendai. Whether escorting civilian transports or garrisoning their settlement, only 50th or 8th Battalion members are involved in the safety of Eridani dependents.

This pilot is wearing the standard Eridani Light Horse AeroSpace pilot uniform.



The Eridani Light Horse





The Eridani Light Horse

Wherever they are encamped, all military units in the Successor States set up two flagpoles: one for the unit banner and one for their employer or House leader. Unlike other units, however, the Light Horse has never flown the flag of its employer. One flagpole remains bare, while the banner of the Light Horse flies at perpetual half-mast. Originally, the Eridani standard was just a prancing horse upon a sun-yellow disk. The black border was added in 2784 as a symbol of mourning for the exodus of General Kerensky.

The Light Horse remembers the loss of the 19th Striker Regiment on Amity through some curious traditions. Whenever the three regimental commanders meet with the Eridani commander, a place is set at the conference table for the commander of the 19th. In addition, during social functions, the host always says a prayer for the members of the lost regiment. Retiring soldiers who serve the Light Horse with distinction become official members of the 19th Striker. They receive lapel pins with the 19th's symbol, a rearing bronco, in honor of their service and devotion to the Eridani Light Horse.

Every Light Horse member celebrates the anniversaries of great victories and special birthdays, and mourns the anniversaries of lost battles and tragic deaths. Of all the days of mourning, the most solemn occurs on the date of General Kerensky's exodus. All nonessential functions shut down as everyone gathers in the central park. There, an honor guard unfurls an ancient Star League standard and runs it up the usually bare flag pole. The base commander then reads Colonel Bradley's communique informing General Kerensky of the 3rd Regimental Combat Team's decision to stay. As the honor guard lowers the Star League standard, the military band plays the Star League anthem softly and slowly.

## ERIDANI CRESTS

Each 'Mech in the Eridani Light Horse wears the prancing brown horse on the front of its chest. On the right shoulder is a regimental patch, either the blue moon of the 21st, the black horse of the 151st, or the white horse of the 71st. Beneath it is the battalion symbol, like the 50th Heavy Cav's large, blood-red "50" or the 17th Recon Battalion's screaming eagle head. The company numbers or patch is located below the battalion symbol.

Some unusual unit patches are the plague-infested rat for the 3rd Striker Battalion, the bloody knife of the 3rd Recon Company, the unicorn of the 11th Recon Company, and the rather risque anatomical patch of the 1st Support Company. All personnel wear their Eridani, regimental, battalion, and company patches, and some even have lance or platoon symbols.



## SELECTED PERSONALITIES

**Name:** Brevet General Nathan L. Armstrong
**Assignment:** Commander, Eridani Light Horse

Born to a poor family in the Lyran Commonwealth, Armstrong is the first outsider to command the Eridani Light Horse. When his family was killed during a Kurita raid, a family in the Light Horse adopted him. He impressed his peers with his physical and mental skills, which were further nurtured by the Light Horse's efficient educational system. At the age of 18, he received a 'Mech and joined a recon lance, where he demonstrated amazing fighting prowess.

Armstrong has commanded the Eridani Light Horse for two years. He knows every one of his men, who all like and respect him. His only fear is that the Light Horse might once again lose its identity because of growing ties between the Federated Suns and the Eridani High Command. He is married to Julia Armstrong, the chief of Eridani civilian services.

**Name:** Major Robert Green-Davion
**Assignment:** Representative of the Federated Suns .

A smooth, sophisticated man, Major Green-Davion is the liaison officer between the Light Horse and Prince Davion. Though most Eridani personnel get along with him, his icy-cool manner tends to irritate a few officers who distrust his sharp, scheming mind. Aware of the friction between Michael Hasek-Davion and Hanse Davion, Major Green-Davion remains friendly with both men to protect his flank shoud conflict erupt between them. He considers the traditions of the Light Horse "charming".

**Name:** Colonel William Erik Petersen
**Assignment:** Commander, 71st Light Horse Regiment

Brevet General Armstrong gave command of the White Horse Regiment to Colonel Petersen, knowing that he would change the unit's bad attitude. In 13 years, the Colonel brought the regiment up from being a poor relation of the Dark Horse Regiment to its near-equal. Through compassion and sternness, he has instilled self-respect in the unit's personnel.

A willful man, Petersen is an accomplished leader and tactician. When off-duty, he plays a mean trumpet in a jazz quartet. Though he denies the rumor that he will eventually succeed General Armstrong, the thought secretly pleases him.

**Name:** Major Steve Grey
**Assignment:** Commander, 11th Recon Battalion, 71st Regiment

Major Grey has just returned to his command after a two-year absence. While fighting Wolf's Dragoons on Hoff, his 'Mech suffered a direct hit to the head, burning most of his body and destroying his right arm and leg. Surgeons attached bionic limbs that, though not completely effective, gave him back most of his original abilities. With his new 'Mech, Major Grey looks for occasions to avenge his wounds.

**Name:** Major Jim McCracken
**Assignment:** Commander, 17th Recon Battalion, 71st Regiment

A student of ancient martial arts, Major McCracken is a study in calm competency. This Nordic giant is usually quiet, but he makes friends easily. Though unambitious, he has risen in the ranks because his skills and steadfastness make him a natural leader. His parents, wealthy politicos in the Davion bureaucracy with no tolerance for lowly mercenaries, disowned him when he joined the Eridani Light Horse.

**Name:** Major George Thomas
**Assignment:** Commander, 82nd Heavy Cavalry Battalion,
    71st Regiment

A massive man, Major Thomas is the imposing force behind the 82nd's reputation as a hard-hitting battalion. He designed the 1st Support Company, with its unusual mix of arms, to provide covering fire for advancing or withdrawing 'Mechs.

Major Thomas is deeply loyal to the Eridani Light Horse and its traditions, and drills his troops to ensure that they are too. He seldom wears dress uniforms, preferring his dirty, rumpled greens. Across his left eye and down his cheek is a long scar, a souvenir from a saber duel in an interregimental athletic contest.

**Name:** Captain Greg Oliphant
**Assignment:** Commander, 4th Heavy Assault Company,
    82nd Battalion, 71st Regiment

Captain Oliphant has a bizarre sense of humor. Completely against regulations, his *Banshee* sports a gigantic fool's cap with bells. Also, Oliphant painted an exaggerated grin on his *Banshee*'s head. Appropriately enough, his 'Mech is named "The Court Jester", and is the most outrageous 'Mech in the Light Horse. Even the pressure of battle cannot dampen Oliphant's good spirits, though this flippancy often gets him into trouble with Colonel Petersen.

**Name:** Colonel Charles K. Winston
**Assignment:** Commander, 21st Striker Regiment

At 63, Colonel Winston is the oldest line officer in the Eridani Light Horse, but his vigor and skills are a match for men half his age. His short and thin appearance contrasts a thunderous voice that both inspires his warriors and makes them fear his wrath.

Colonel Winston's personal life is much more calm. He has been married for 30 years to a physician in a MASH unit. One of his daughters is a MechWarrior, and the other is a historian. Only his family, his doctor, and General Armstrong know that his heart is failing. As he does not wish to have a heart attack during battle, which could endanger his troops, he plans to retire within a year.

**Name:** Major Jamal Fallehy
**Assignment:** Commander, 3rd Striker Battalion, 21st Regiment

Found abandoned in a Steiner city, Jamal Fallehy grew up steeped in the many Eridani traditions. A believer in the eventual return of General Kerensky, he spends much of his free time researching the history of the Star League Armed Forces. Though ambitious, he would never violate the Eridani code of honor to get ahead. Agents of Duke Hasek-Davion have offered him a position in the Syrtis Fusiliers, Hasek-Davion's personal guard, but he has rebuffed the offer.

**Name:** Duane Brockway
**Assignment:** Command Lance, 9th Company, 3rd Battalion,
    21st Regiment

MechWarrior Brockway joined Kentrick's Company under very ominous circumstances. After he graduated from Eridani Combat School, his father, Lieutenant Brockway of the 9th Company, died under suspicious circumstances. Though it is unlikely that anybody within the company—or even within the Light Horse itself—was responsible for the death, Duane joined the 9th to find the person responsible. Although once a very easygoing man, he is now subdued and watches everyone like a hawk.

**Name:** Major Earl Dirkson
**Assignment:** Commander,
    5th Striker Battalion,
    21st Regiment

Major Dirkson is the fourth son of a minor aristocratic family in the Lyran Commonwealth. He belonged to a local militia unit until he discovered a fully functioning 'Mech in the aftermath of a Marik attack. He then joined the Light Horse, believing emrcenary life to be exciting and glory-filled.



The Eridani Light Horse

Now that he is 40, his ambition has cooled somewhat. Dirkson is patient with his more reckless MechWarriors, as their spirit also infected him when he was young. As a hobby, he tinkers with his 'Mech "The Wild Side". He and his technician have made several modifications to the 'Mech that have interested the faculty at NAIS.

**Name:** Major Jameson Nigel
**Assignment:** Commander, 7th Striker Battalion, 21st Regiment

Nicknamed "The Grump", this man rarely smiles or shows excitement. Born to poor parents in the Support Division of the Light Horse, Nigel has seen the grime behind the grand and gallant mercenary life. Only his 'Mech piloting skill and battle savvy (both discovered by chance at a carnival) raised him to his current position.

His only friend is Major Bouchard, though their friendship has been considerably strained since Bouchard was promoted to commander of the 7th Battalion's 27th Company.

**Name:** Major Pierre Bouchard
**Assignment:** Commander, 27th Company, 7th Battalion,
    21st Regiment

Five months ago, the portly, pipe-smoking Major Bouchard was an aide to General Armstrong. When a fuel truck accidentally exploded, killing two MechWarriors and the commander of the 27th Company, General Armstrong appointed Bouchard to assume command of the company. Though he has expert battle skills, Bouchard's real love is logistics. His only goal is assume command of the Supply Division.

Bouchard's friend, Major Nigel, believes that Bouchard is after his command. Bouchard just laughs off Nigel's paranoia, offering to get him drunk at the next opportunity.

**Name:** Major "Rock" Perrow
**Assignment:** Commander, 1st Armored Infantry Battalion,
    21st Regiment

A relatively young man, Major Perrow grew up in Eridani society. The son of a Tech, this handsome black man has always been interested in armored vehicles. At 16, he entered the 1st Armored Infantry as a tank crewman. Since then, his career has advanced rapidly, and at 30, he is the youngest Light Horse battalion commander ever. He is an extremely personable man: quick to laugh and quick to defend his men.

When Perrow fell in love with a liaison officer from the Federated Suns, Major Green-Davion transferred her to nip the budding romance. Consequently, he holds a considerable, though hidden, grudge against the Davion major.

The Eridani Light Horse

**Name:** Colonel Robert C. Fairchild

**Assignment:** Commander, 151st Light Horse Regiment

Colonel Fairchild is the youngest of the three regimental commanders. This 41-year-old has been in charge of the Dark Horse regiment for a year, and has proven himself a capable replacement for his predecessor, the illustrious General Armstrong. Though rather quiet, he makes unusually bold and controversial decisions. He is the most outspoken proponent of change in the tradition-bound mercenary unit.

Colonel Fairchild is good friends with Major Green-Davion and considers him an exemplary officer. The recent rumors about the Major's conduct only make Fairchild defend him more vigorously.

**Name:** Major Edward Stimson

**Assignment:** Commander, 6th Recon Battalion, 151st Regiment

Major Stimson comes from a long line of famous combat officers. Although he lives up to his ancestors' fighting reputations, he is a poor administrator. As a result, his battalion often suffers from supply shortages and poor coordination.

Upon his promotion, Major Stimson turned down a heavy 'Mech and formed his command lance exclusively with light 'Mechs. Although he cannot use this light lance to decide battles, the lance's great speed ensures that he can get to wherever he is needed.

**Name:** Major Anthony Gasca

**Assignment:** Commander, 8th Battalion, 151st Regiment

Deemed a middle-aged man with an adolescent mentality, Major Gasca is very free-spirited and vain about his handsome appearance. Gasca races cars and jets in his spare time, and this coordination and dexterity make his *Warhammer*, the "Kiss Me", an extremely graceful opponent.

Gasca's adolescent mentality has made him a nuisance to the Eridani women, especially the MechWarriors. Twice he has been brought before the General on harassment charges, and faces demotion should it happen again.

**Name:** Lieutenant Beth Duncan

**Assignment:** Strike Lance, Grey Gales, 8th Recon Battalion, 151st Regiment

Lieutenant Duncan inherited her *Von Luckner* tank from her mother. Her father is a retired MechWarrior who teaches recruits in Eridani Combat School, her uncle is an AeroSpace Fighter pilot, her brother is an infantry officer, and her sister works on a DropShip crew. As a result, Duncan knows how the various fighting arms can work together. She fights with considerable savvy, which has brought her to the attention of her superiors.

**Name:** Major Simon T. Kroger, Jr.

**Assignment:** Commander, 50th Heavy Cavalry Battalion, 151st Regiment

The command of the Bloody Half-Hundred is a hereditary position. Major Kroger is the seventh descendant of Major Teller Kroger, who led the assault on Sendai in 2798 to avenge the slaughter of Eridani families. Thin and bespectacled, Simon looks like a computer operator rather than a battalion commander. Only when operating his *BattleMaster* (an heirloom from Teller Kroger) does his breeding show through.

74

**PERSONNEL ROSTER**

**High Command**
 **Command Lance**
  Brevit General Nathan L. Armstrong, Elite *Atlas*
  Major Wendall F. TeCarr, Veteran *Archer*
  Major David Reese, Veteran *Phoenix Hawk*
 **Support and Transportation Group**
  **JumpShip Group**
   3 *Monoliths*
   3 *Star Lords*
   6 *Invaders*
  **DropShip Group**
   5 *Overlords*
   10 *Unions*
   1 *Leopard*
   1 *Excalibur*
   3 *Gazelles*
   2 *Triumphs*
  **Supply and Technical Group**
   602 squads of support personnel

**71st LIGHT HORSE REGIMENT (WHITE HORSE REGIMENT)**
 **Command Company (Petersen's Own)**
  **Command Lance**
   Colonel William Petersen, Elite *Atlas*
   Lieutenant Bruce Hall, Veteran *Warhammer*
   Daniel Umstont, Regular *Phoenix Hawk*
   Alicia Lantzem, Veteran *Phoenix Hawk*
  **Security Lance**
   Captain Kurt Newman, Veteran *Marauder*
   Gilda Sarah Partain, Veteran *Enforcer*
   Phillip Ivester, Jr., Regular *Enforcer*
   Henry Fischle, Veteran *Dervish*
  **Artillery Lance**
   Captain Boris Pasernak, Veteran Dervish
   Captain Kenny Hitter, Veteran Long Tom Artillery
   Lieutenant Olson Truman, Regular Long Tom Artillery
   Lieutenant Ivon Capulet, Veteran Long Tom Artillery
   Lieutenant Leonard Rector, Veteran Long Tom Artillery
   Lieutenant Peter Rench, Elite Galleon Light Tank
   Lieutenant Erik Kloster, Regular Galleon Light Tank
  **1st Motorized Infantry Platoon**
   Lieutenant Kevin Cinders
   Sergeant Larry Leon, Elite Motorized Infantry (Machine Gun)
   Corporal Gregory Henderson, Regular Motorized Infantry (Machine Gun)
   Corporal Fen Lang, Regular Motorized Infantry (Machine Gun)
   Corporal Xerxes Tully, Veteran Motorized Infantry (Machine Gun)
  **2nd Motorized Infantry Platoon**
   Lieutenant Yolanda Wilburs
   Sergeant Loribeth Winters, Veteran Motorized Infantry (Flamer)
   Corporal Dagne Edgewood, Veteran Motorized Infantry (Flamer)
   Corporal Christopher Elliot, Regular Motorized Infantry (Flamer)
   Corporal Wichita Loss, Green Motorized Infantry (Flamer)
 **11th Recon Battalion (Alley Cats)**
  **Command Company (Gray's Bodyguards)**
   Major Steve Gray, Elite *Valkyrie*
   Kathy Lykken, Veteran *Shadow Hawk*
   Gerald Brodegan, Regular *Stinger*
   Luther Delotter, Veteran *Javelin*
   Sergeant Ingrid Rumion, Veteran Long Tom Artillery
 **3rd Recon Company (Slashers)**
  **Command Lance**
   Captain Rod Tripp, Veteran *Quickdraw*
   Leo Groves, Veteran *Enforcer*
   Bob Cody, Regular *Griffin*
   Tamara Felver, Veteran *Dervish*
  **Strike Lance**
   Lieutenant Gerny Ingulson, Veteran *Scorpion*
   R. C. Gutjahr, Regular *Whitmore*
   Inex Scentimore, Regular *Trebuchet*
   David Straub, Jr., Veteran *Assassin*
   Sergeant Gus Lundstrom, Jr., Veteran Galleon Light Tank
   Sergeant Mike Myozoko, Regular Galleon Light Tank
  **Air Lance**
   Lieutenant Sandra Horning, Veteran *Sparrow Hawk* Light Fighter
   Kurtis Gorham, Regular *Sparrow Hawk* Light Fighter
  **Recon Lance**
   Lieutenant Charles Greely, Veteran *Wasp*
   Einar Kloben, Regular Darter Scout Vehicle
   Diana Muschinsky, Elite Packrat Scout Vehicle
   Sergeant Emma Meyers, Veteran Jump Infantry (Flames)



**The Eridani Light Horse**

**10th Recon Company (Wagner's Company)**
  **Command Lance**
    Captain Dean Wagner, Veteran *Rifleman*
    Simca Hixsonvill, Regular *Hunchback*
    Diane Fuqua, Regular *Hunchback*
    Stanley Crosetti, Regular *Wolverine*
  **Strike Lance**
    Lieutenant Le Than, Veteran *Dervish*
    Josephine Metler, Regular *Enforcer*
    Lee Lemire, Regular *Trebuchet*
    Tad Hendricks, Elite Galleon Light Tank
  **Air Lance**
    Lieutenant Bradford Dresbeck, Veteran *Corsair* Medium Fighter
    Rosendo Deman, Regular *Corsair* Medium Fighter
  **Recon Lance**
    Lieutenant Kurt Stevens, Regular Dart Scout Vehicle
    John Ruschine, Elite *Packrat* Scout Vehicle
    Elmer Beard, Regular *Locust*
    Sergeant Lance LaFrancis, Veteran Jump Infantry (Rifle)
**11th Recon Company (Macomber's Unicorns)**
  **Command Lance**
    Captain Laurie Macomber, Veteran *Crusader*
    Ellsworth Blues, Regular *Ostsol*
    Sylvia Pontischell, Regular *Phoenix Hawk*
    Maitland Gree, Regular *Jenner*
  **Strike Lance**
    Lieutenant Adrian Mayadrag, Veteran *Dervish*
    Stephen Parashaw, Regular *Centurion*
    Elmo Salady, Regular *Clint*
    Russel Stricklan, Green *Commando*
    Sergeant Roy Calbeck, Veteran Galleon Light Tank
    Sergeant Alex Geerson, Jr., Veteran Galleon Light Tank
  **Air Lance**
    Lieutenant Thomas Strid, Veteran *Sparrow Hawk* Light Fighter
    Jonathan Seminole, Regular *Sparrow Hawk* Light Fighter
  **Recon Lance**
    Lieutenant Teri Mize, Regular *Locust*
    Timothy Zulik, Regular Dart Scout Vehicle
    Carol Daunais, Elite *Packrat* Scout Vehicle
    Sergeant Gary Madlend, Veteran Jump Infantry (Rifle)
**17th Recon Battalion (Screaming Eagles)**
  **Command Lance (McCracken's Highlanders)**
    Major Jim McCracken, Elite *Awesome*
    Fletcher Danielson, Veteran *Orion*
    Emil Gaetans, Veteran *JagerMech*
    Sulene Rause, Veteran *Archer*
    Sergeant Glenda Mobley, Veteran Sniper Artillery
    Sergeant Lyle Larsen, Veteran Sniper Artillery
**14th Recon Company**
  **Command Lance**
    Captain Paul Klintworth, Veteran *Rifleman*
    Setsuo Omoto, Elite *Phoenix Hawk*
    Stanley Lazer, Regular *Blackjack*
    Eldon Hield, Regular *Cicada*
  **Strike Lance**
    Lieutenant Alfred Collins, Veteran *Valkyrie*
    Jamal Duhamel, Regular *Spider*
    Lela Severson, Regular *Stinger*
    Nancy Carlson, Green *Wasp*
    Sergeant Richard Le Tan, Veteran Galleon Light Tank
    Sergeant Fritz Jappe, Regular Galleon Light Tank
  **Air Lance**
    Lieutenant Randy Callow, Veteran *Sparrow Hawk* Light Fighter
    Sid Helbechuck, Regular *Sparrow Hawk* Light Fighter
  **Recon Lance**
    Lieutenant Donald Grover, Jr., Regular *Ostscout*
    Rob Griffiths, Regular Swiftwind Scout Vehicle
    Eric Lingon, Veteran Packrat Scout Vehicle
    Sergeant Alfted Equine, Veteran Jump Infantry (Rifle)
**16th Recon Company (Haynes' Chargers)**
  **Command Lance**
    Captain Chris Haynes, Veteran *Wolverine*
    Jonathan Letellier, Regular *Wolverine*
    Robert Edenwohl, Regular *Clint*
    Harold DiGiovanni, Regular *Vulcan*
  **Strike Lance**
    Lieutenant Joseph Dimerc, Veteran *Spider*
    Maude Lebo, Regular *Firestarter*
    Michael Jones, Regular *Griffin*
    Sylvia Simpson, Regular *Wasp*
    Sergeant Grant Ian, Veteran Galleon Light Tank
    Sergeant Warren Cleeg, Veteran Galleon Light Tank

The standard Eridani Light Horse vehicle driver uniform is flameproof and features a breathing mask. The sawed-off repeating shotgun is used to force enemy infantry off vehicles.

75

**Air Lance**
  Lieutenant Bernard Hughes, Veteran *Corsair* Medium Fighter
  Quentin Caledon, Regular *Corsair* Medium Fighter
**Recon Lance**
  Lieutenant Patricia N. Eveline, Regular *Swiftwind* Scout Vehicle
  Loretta Richards, Regular *Locust*
  Allen Hager, Veteran Packrat Scout Vehicle
  Sergeant Jimmy Langert, Veteran Jump Infantry (Rifle)
**101st Air Cavalry (McCauley's High Flyers)**
**Command Lance**
  Captain Jennifer McCauley, Elite *Phoenix Hawk* LAM
  Bonnie Schieken, Veteran *Phoenix Hawk* LAM
  Trenton Stitt, Regular *Corsair* Medium Fighter
  Steven Haruza, Veteran *Corsair* Medium Fighter
**Strike Lance**
  Lieutenant Orland Mercen, Veteran *Stinger* LAM
  Annie Strikend, Regular *Stinger* LAM
  Norma Guariz, Regular *Lucifer* Medium Fighter
**Recon Lance**
  Lieutenant Cecil Bukowski, Veteran *Wasp* LAM
  Paul Coester, Veteran *Wasp* LAM
  Carlos Markwell, Regular *Sparrow Hawk* Fighter
  Deane Robinson, Regular *Sparrow Hawk* Fighter
**82nd Heavy Cavalry Battalion (Kristen's Favorite)**
**Command Lance (Bodyguard)**
  Major George Thomas, Veteran *Warhammer*
  Donna Pullon, Veteran *Grasshopper*
  Jimmy Norman, Regular *Warhammer*
  Dennis DeSalvo, Regular *Marauder*
  Sergeant Brian Montgomery Jr., Elite Long Tom Artillery
  Sergeant Sandra Oathout, Veteran Long Tom Artillery
**41st Support Company (Ass Extractors)**
**Command Lance**
  Captain "Dashing John" MacAllister, Elite *Thunderbolt*
  Rip Thelmana, Regular *JagerMech*
  Cassai Golden, Veteran *Crusader*
  Kimberly Clark, Regular *Phoenix Hawk*
**Strike Lance**
  Lieutenant Martin Coronet, Veteran *Valkyrie*
  Gregory Snevel, Regular *Commando*
  Ted McComsky, Veteran *Sparrow Hawk* Light Fighter
  Earl LeBerge, Regular *Sparrow Hawk* Light Fighter

**Support Lance**
  Lt. Gerald Boyer, Veteran Demolisher Tank
  Eagle Two Swords, Elite Long Tom Artillery
  Rodney Mullenix, Veteran Long Tom Artillery
  Larry Mutah, Veteran Long Tom Artillery
**81st Tank Company (Weldman's Wildmen)**
**Command Lance**
  Captain "One-Eyed" Weldman, Veteran Von Luckner Heavy Tank
  William Caroline, Regular Von Luckner Heavy Tank
  Reece Landau, Veteran Von Luckner Heavy Tank
  Terry Death, Veteran Von Luckner Heavy Tank
**Fire Lance**
  Lt. Lorie Brady, Veteran Vedette Light Tank
  James Mye, Elite Vedette Light Tank
  David Reckner, Veteran Vedette Light Tank
  Rudolph Shovert, Veteran Vedette Light Tank
**Strike Lance**
  Lt. Stanley Boris, Veteran Galleon Light Tank
  Daniel Snuffin, Elite Galleon Light Tank
  Ira Irkwall, Veteran Galleon Light Tank
  Maynard Ferguson, Elite Galleon Light Tank
**12th Motorized Infantry Company (Templer's Terrors)**
**Captain Mison Templer**
**Alpha Platoon**
  ...
**Beta Platoon**
  ...
  Lt. R.C. Rivers
  Sergeant Karen Lewis, Veteran Motorized Infantry (Laser)
  Corporal Travis Fields, Veteran Motorized Infantry (Laser)
  Corporal Guy Henderson, Veteran Motorized Infantry (Laser)
  Corporal Nathan Miller, Regular Motorized Infantry (Laser)
**Charlie Platoon**
  Lieutenant Danny Kinsey
  Sergeant Kingsley Lubbers, Veteran Motorized Infantry (Laser)
  Corporal Esteban Cwder, Veteran Motorized Infantry (Laser)
  Corporal Beau Villers, Veteran Motorized Infantry (Laser)
  Corporal Elias Washington, Veteran Motorized Infantry (Laser)

**Delta Platoon**
  Lieutenant Gregory Henson
  Sergeant Hans Yoln, Veteran Motorized Infantry (Laser)
  Corporal Gerston Halley, Veteran Motorized Infantry (Laser)
  Corporal Norton Mitchell, Veteran Motorized Infantry (Laser)
  Corporal Telemachus Zeek, Regular Motorized Infantry (Laser)
**4th Heavy Assault Company (Oliphant's Elephants)**
**Command Lance**
  Captain Greg Oliphant, Veteran *Banshee*
  Murry Kelfelman, Regular *Stalker*
  Lyman Miller, Regular *Warhammer*
  Ellen Wyse, Green *Awesome*
**Strike Lance**
  Lieutenant Chonna Poblete, Veteran *Marauder*
  Scott Himsick, Regular *Archer*
  Eugenia Galsen Jr., Green *Grasshopper*
  Daniel Lee, Green *Archer*
**Recon Lance**
  Lieutenant Ron Jenkins, Veteran *Thunderbolt*
  Jack Fayette, Regular *Warhammer*
  Jim Coogen, Regular *Dervish*
  ... Hornstein, Green *Phoenix Hawk*
**Air Lance**
  Lieutenant Kevin Equifax, Regular *Sholagar* Light Fighter
  Max Engurland, Regular *Sholagar* Light Fighter
**6th Heavy Assault Company (Reinbold's Rainbows)**
**Command Lance**
  Captain Susan Reinbold, Veteran *Cyclops*
  Ruben Avila, Regular *Orion*
  ... Corcus, Regular *Orion*
  ... Kensington, Regular *Crusader*
**Strike Lance**
  Lieutenant Mike Yew, Veteran *Catapult*
  Pete Gianero, Regular *Awesome*
  Will ... Fraser, Regular *Warhammer*
  Wren Mckelly, Regular *Archer*
**Recon Lance**
  Lieutenant Cindy Penn Warren, Veteran *Wolverine*
  David Edwards, Regular *Marauder*
  Gary McCarley, Regular *Griffin*
  Gregory Saltmarsh, Regular *Enforcer*
**Air Lance**
  Lieutenant Gus Avery, Veteran *Eagle* Heavy Fighter
  Poter Erickson, Regular *Eagle* Heavy Fighter

## THE ERIDANI LIGHT HORSE

| | High Command | 151st Regiment | 71st Regiment | 21st Regiment | Total |
|---|---|---|---|---|---|
| Base Cost | 1,552,850 | 495,010 | 269,010 | 264,870 | 2,581,740 UP |
| Total Squads | 230 | 375 | 348 | 3114 | 1267 |
| Combat Squads | 3 | 214 | 199 | 200 | 616 |
| | | | | | |
| SP Required | 3,655 | 3,307 | 3,372 | 3,534 | 13,868 |
| SP Generated | 3,651 | 3,182 | 2,095 | 1,583 | 10,511 |
| SP Deficit | 4 | 125 | 1,277 | 1,951 | 3,357 |
| | | | | | |
| Monthly Salary | 542,150 | 599,410 | 403,250 | 334,350 | 1,879,160 C-Bills |
| Monthly Supplies | 115,000 | 187,500 | 174,000 | 157,000 | 633,500 C-Bills |
| Overhead (15%) | 98,572.5 | 118,036.5 | 86,587.5 | 73,702.5 | 376,899 C-Bills |
| Maintenance Cost | 20,000 | 3,105,000 | 6,895,000 | 10,015,000 | 20,035,000 C-Bills |
| Total Monthly Cost | 775,722.5 | 4,009,946.5 | 7,558,837.5 | 10,580,052.5 | 22,924,559 C-Bills |
| | | | | | |
| Morale | 3.33 | 3.45 | 2.42 | 2.44 | 2.91 |
| Reputation | 2 | 50 | 36 | 39 | 127 |
| | | | | | |
| AeroSpace Value | 0 | 120.5 | 108 | 91.5 | 320 |
| Maneuver Value | 19.5 | 1,318.5 | 787 | 869 | 2,994 |
| Combat Value | 25.5 | 1,079 | 783 | 792.5 | 2,680 |

Support point surpluses and deficits are normally shifted from company to company within a battalion. These figures do not take this practice into account.

**21st Striker Regiment (Winston's Moonrakers)**
  **Command Company (Winston's Guards)**
    **Command Lance**
      Colonel Charles Winston, Elite *BattleMaster*
      Lieutenant Sarah Clemly, Veteran *Phoenix Hawk*
      Mitch Rewarna, Regular *Shadow Hawk*
      Raymond Biel, Veteran *Marauder*

**Security Lance**
  Captain Jennifer Kent, Veteran *Orion*
  T. L. Roethke, Regular *Enforcer*
  Glenn Shock, Green *Hunchback*
  Carmel Meyers, Veteran *Dervish*

**Artillery Lance**
  Captain Raymond Telbrook, Veteran *Rifleman*
  Lt. Elizabeth Lyman, Veteran Long Tom Artillery
  Lieutenant Eugene Patrickson, Veteran Long
    Tom Artillery
  Lt. Stanley French, Veteran Long Tom Artillery
  Lieutenant California Winston, Veteran Long
    Tom Artillery
  Lt. Kevin Costner, Veteran Galleon Light Tank
  Lieutenant Seji Hendrich, Veteran Galleon Light
    Tank



### The 151st Dark Horse Regiment

| | HQ Company | 6th Battalion | 8th Battalion | 50th Battalion | Total |
|---|---|---|---|---|---|
| Base Cost | 50,300 | 107,360 | 125,400 | 211,950 | 495,010 UP |
| Total Squads | 37 | 114 | 107 | 117 | 375 |
| Combat Squads | 23 | 62 | 59 | | 214 |
| SP Required | 299 | | | | 3,307 |
| SP Generated | 243 | | | | 3,182 |
| SP Deficit | 56 | | | | 125 |
| Monthly Salary | 98,600 | | | | 599,410 C-Bills |
| Monthly Supplies | 18,500 | | | | 187,500 C-Bills |
| Overhead (15%) | 17,565 | | | | 118,036.5 C-Bills |
| Maintenance Cost | 280,000 | | | | 3,105,000 C-Bills |
| Total Monthly Cost | 414,665 | | | | 4,009,946.5 C-Bills |
| Morale | | | | | 3.45 |
| Reputation | | | | | 50 |
| AeroSpace Value | | | | 39.5 | 60.5 |
| Maneuver Value | | | | 37 | 1,108.5 |
| Combat Value | | | | 419 | 1679 |

### The 71st White Horse Regiment

| | | | 7th Battalion | 62nd Battalion | Total |
|---|---|---|---|---|---|
| Base Cost | | | | 181,550 | 389,010 UP |
| Total Squads | | | | 125 | 348 |
| Combat Squads | | | | 74 | 199 |
| SP Required | | | | | |
| SP Generated | | | | | 2,696 |
| SP Deficit | 296 | | | | 1,277 |
| Monthly Salary | 60,700 | | 78,700 | | 299,250 C-Bills |
| Monthly Supplies | 18,500 | | 46,500 | | 174,000 C-Bills |
| Overhead (15%) | 11,887.5 | | 18,780 | | 88,987.5 C-Bills |
| Maintenance Cost | 345,000 | | 1,480,000 | | 6,895,000 C-Bills |
| Total Monthly Cost | 436,137.5 | | 1,623,980 | | 7,558,837.5 C-Bills |
| Morale | 2.73 | | 2.55 | | 2.42 |
| Reputation | 4 | | 12 | | 36 |
| AeroSpace Value | 0 | | 5 | | 108 |
| Maneuver Value | 82.5 | | 22 | | 787 |
| Combat Value | | | 161 | | 783 |

### The 21st Striker Regiment

| | HQ Company | | 7th Battalion | 5th Battalion | Total |
|---|---|---|---|---|---|
| Base Cost | | | 71,970 | 71,970 | 264,870 UP |
| Total Squads | | | 72 | 72 | 314 |
| Combat Squads | | | 44 | 44 | 200 |
| SP Required | | | 1,078 | 1,078 | 3,534 |
| SP Generated | | | 351 | 352 | 1,583 |
| SP Deficit | | | 727 | 724 | 1,951 |
| Monthly Salary | 57,400 | | 48,000 | 49,550 | 334,350 C-Bills |
| Monthly Supplies | 18,500 | | 36,000 | 36,000 | 157,000 C-Bills |
| Overhead (15%) | 11,385 | | 12,525 | 12,832.5 | 73,702.5 C-Bills |
| Maintenance Cost | | | 3,635,000 | 3,620,000 | 10,015,000 C-Bills |
| Total Monthly Cost | 500,685 | | 3,731,525 | 654,382.5 | 10,580,052.5 C-Bills |
| Morale | | 2.40 | 2.48 | 2.36 | 2.44 |
| Reputation | | 8 | 11 | 11 | 39 |
| AeroSpace Value | 0 | 39.5 | 18.5 | 0 | 33.5 | 91.5 |
| Maneuver Value | 82.5 | 171 | 224 | 191.5 | 200 | 869 |
| Combat Value | 1005.5 | 121.5 | 197.5 | 181 | 187 | 792.5 |



**The Eridani Light Horse**

**1st Motorized Infantry Platoon**
Lieutenant Greg Tyler
Sergeant Vincent Kowolski, Veteran Motorized
  Infantry (Machine Gun)
Corporal Ferris Jefferson, Regular Motorized
  Infantry (Machine Gun)
Corporal Kendall Long, Regular Motorized
  Infantry (Machine Gun)
Corporal Roscoe Washburn, Green Motorized
  Infantry (Machine Gun)
**2nd Motorized Infantry Platoon**
Lieutenant Oscar Rett
Sergeant Arthur Simpson, Veteran Motorized
  Infantry (Flamer)
Corporal Frank Wenton, Regular Motorized
  Infantry (Flamer)
Corporal Grant Veltch, Regular Motorized
  Infantry (Flamer)
Corporal Delores Alvos, Green Motorized
  Infantry (Flamer)
**3rd Striker Battalion (Jamal's Plague)**
**Battalion Command Lance (Jamal's Guard)**
Major Jamal Fallehy, Elite *Hunchback*
Frank Stocker, Veteran *Griffin*
Efren Ramirez, Veteran *Phoenix Hawk*
Alvin Lausund, Veteran *Spider*
**9th Company (Kentrick's Company)**
**Command Lance**
Captain Brent Kentrick, Veteran
Leo Graves, Regular *Ostsol*
Clayton Jellicoe, Regular *Enforcer*
Duane Brockway, Green *Shadow Hawk*
**Strike Lance**
Lieutenant David Armstrong, Veteran *Trebuchet*
Ernest Stemack, Regular *Dervish*
Raymond Bayliss, Regular *Griffin*
Addie Mathiason, Veteran *Spider*
**Recon Lance**
Lt. Richard Regts, Veteran *Phoenix Hawk*
Peggy Castanares, Regular *Wasp*
Gregory Ford, Regular *Wasp*
Gary Chop, Green *Locust*
**14th Company (Paulson's Roadrunners)**
**Command Lance**
Captain Cynthia Paulson, Veteran *Trebuchet*
Ralph Goodson, Regular *Whitworth*
Jim Ciensinski, Regular *Centurion*
Edward MacCormac, Veteran *Griffin*
**Strike Lance**
Lt. Thomas Hemphill, Veteran *Wolverine*
Iato Kusaka, Regular *Enforcer*
Mike Dunn, Regular *Firestarter*
George Kuhr Jr., Green *Stinger*
**Recon Lance**
Lieutenant Victor Lyon, Veteran *Ostscout*
Francis Millay, Veteran *Wasp*
Ronald Middaugh, Regular *Wasp*
**85th Company (Benton's Brown Bombers)**
**Command Lance**
Captain Nathaniel Benton, Veteran Stuka Heavy
Fighter
Ignacio Andrews, Veteran *Stuka* Heavy Fighter

**Support Lance**
Lieutenant Roy Gambrel, Veteran *Shilone*
  Medium Fighter
Roy Gambrel Jr., Green *Shilone* Medium Fighter
**Strike Lance**
Lt. Victoria Holst, Elite *Stingray* Medium Fighter
David Hoogestat, Regular *Stingray* Medium
  Fighter
**Recon Lance**
Lt. Mike Gafke, Regular *Seydlitz* Medium Fighter
Kenneth Birkenfield, Green *Seydlitz* Light
  Fighter
**5th Striker Battalion (Dirkson's Dragonslayers)**
**Battalion Command Lance (Dirkson's Guards)**
Major Earl Dirkson, Veteran *Victor*
Charley Hess, Veteran *Archer*
Warren Koons, Veteran *Archer*
D.J. Novak, Veteran *Locust*
**4th Company (Sefton's Slayers)**
**Command Lance**
Captain Louis Sefton, Veteran *Battlemaster*
Hec Froedge, Regular *Shadow Hawk*
Ione Biddlecom, Regular *Vindicator*
Steve Rambacher, Green *Hunchback*
**Strike Lance**
Lieutenant Karen Millard, Veteran *Vindicator*
Jack Foligno, Regular *Phoenix Hawk*
Fred Cook, Green *Wolverine*
Jerry McBroom, Regular *Valkyrie*
**Recon Lance**
Lieutenant Robert Dubofsky, Veteran *Sparrow
  Hawk* Medium Fighter
Gary Christopher, Regular *Seydlitz* Light
  Fighter
**16th Company (Ryan's Rangers)**
**Command Lance**
Captain Marilyn Ryan, Veteran *Enforcer*
Pete Kaufman, Green *Enforcer*
Carroll Egaas, Regular *Blackjack*
Dick Kardatzke, Regular *Blackjack*
Danny Mead, Regular *Wasp*
**Strike Lance**
Lieutenant Carl Nardola, Veteran *Hunchback*
Sylvan Dendara, Veteran *Wasp*
Carlene Gaahr, Green *Locust*
Lana Vrincs, Regular *Locust*
**Recon Lance**
Lieutenant Tony Littleton, Veteran *Ostscout*
Richard Moore, Green *Corsair* Medium Fighter
**18th Heavy Assault Company (Sefton's
  Sledgehammers)**
**Command Lance**
Captain Kent Seflo, Veteran *Stalker*
Alva Skoog, Veteran *Banshee*
Gary Vardh, Regular *Stalker*
Steven Young Jr., Green *Thunderbolt*
**Strike Lance**
Lieutenant Morilles Ulrich, Veteran *BattleMaster*
Isabella Tooley, Regular *Warhammer*
Rusty Zommers, Regualr *Awesome*
Evonne Wiltbank, Green *Marauder*
**1st Air Lance**
Lieutenant Lee Walter-Hayklin, Veteran *Lucifer*
  Medium Fighter
Gregory Stancich, Regular *Lucifer* Medium
  Fighter
**2nd Air Lance**
Lt. Victor Tan, Regular *Corsair* Medium Fighter
Mich Metternich, Regular *Corsair* Medium
  Fighter

**7th Striker Battalion (Nigel's Nightslayers)**
**Battalion Command Lance (Nigel's Guards)**
Major Jameson Nigel, Veteran *Victor*
Donna Passo, Veteran *JagerMech*
Orten Orgleby, Regular *Archer*
Marge Norsica, Veteran *Centurion*
**11th Company (Pelham's Company)**
**Red Seven Lance**
Captain Timothy Pelham, Veteran *Warhammer*
Harry Frazee, Veteran *Phoenix Hawk*
Gordy Gumpton, Regular *Warhammer*
Robert Morzani, Regular *Wasp*
**Blue Seven Lance**
Lt. Lewis Cassiday, Veteran *Shadow Hawk*
Salvatore Morgan, Regular *Griffin*
Michael Osheal, Veteran *Wasp*
Zephrem Hill, Veteran *Stinger*
**Gold Seven Lance**
Lieutenant Arthur Wicks, Veteran *Crusader*
Harrell Kirby, Veteran *Phoenix Hawk*
Caroline Hart, Green *Shadow Hawk*
Odaniel Lockridge, Regular *Griffin*
Cecil Rosback, Veteran *Saber* Light Fighter
**12th Company (Lightning Company)**
**Silver Lance**
Captain Hsien, Veteran *Archer*
Javier Mondlach, Regular *Archer*
Troy Slovinsky, Regular *Griffin*
Oliver LeTourneau, Regular *Locust*
**Black Lance**
Lt. George Hawkinson, Veteran *Rifleman*
Miri Gareis, Regular *Shadow Hawk*
John Flick, Regular *Enforcer*
Kenneth Jolgren, Veteran *Phoenix Hawk*
**Purple Lance**
Lieutenant Ben Izzoman, Veteran *Wolverine*
Alberto Loga, Regular *Valkyrie*
Roman Steven, Regular *Wasp*
Peter Joncas, Green *Locust*
**Brown Lance**
Lieutenant Billy Mitchell Jr., Veteran *Seydlitz*
  Light Fighter
Cyrus Clarenbern, Green *Seydlitz* Light Fighter
**27th Company (Wolfhounds)**
**Green Lance**
Major Pierre Bouchard, Elite *Crusader*
Lieutenant K.M. Daley, Veteran *Archer*
Gary Svardh, Regular *Stalker*
Arley Bjelland, Regular *Thunderbolt*
**White Lance**
Lieutenant Deborah Brazina, Veteran *Trebuchet*
Stephen Cagwin, Regular *Rifleman*
Glen Cultum, Regular *Hunchback*
**Platinum Lance**
Lieutenant "Jackpot" Johnson, Veteran *Phoenix
  Hawk* LAM
Ernest Breckleson, Regular *Locust*
Cheryl Carmace, Veteran *Stinger*
Cynthia Smallwood, Regular *Transgressor*
  Heavy Fighter
**1st Armored Infantry Battalion (Mighty Mites)**
**Battalion Command Lance (Rock's Rollers)**
Major Samuel 'The Rock' Perrow, Elite *Cicada*
Rick Kenderson, Veteran *Spider*
Lyle Peters, Regular *Spider*
Sally Remond, Regular *Locust*
**Tin Can Company**
**Command Lance**
Captain Klaus Hesse, Elite Von Luckner Heavy
  Tank
Lieutenant Cindy Telkirk, Veteran Von Luckner
  Heavy Tank
Sergeant Stanley Petrovitt, Veteran Von
  Luckner Heavy Tank
Sergeant Terry Liesner, Regular Von Luckner
  Heavy Tank
Sergeant Patrice Gubsen, Veteran Von Luckner
  Heavy Tank



**The Eridani Light Horse**

**Strike Lance**
Lieutenant Llewellyn Trent, Veteran Scorpion Light Tank
Sgt. Yolanda Drac, Veteran Scorpion Light Tank
Sergeant Jonathan Sting, Regular Scorpion Light Tank
Sergeant Nicholas Skalabrim, Veteran Scorpion Light Tank
Sergeant Steven Richardson, Veteran Galleon Light Tank
Sgt. Donald Hunter, Veteran Galleon Light Tank

**Recon Lance**
Lieutenant Coreen Stratton, Veteran Pegasus Hover Tank
Sergeant Norman Clevon, Veteran Pegasus Hover Tank
Sergeant Timothy Villings, Regular Pegasus Hover Tank
Sergeant Evelyn Snodgrass, Veteran Pegasus Hover Tank
Sergeant Thomas Manner, Regular Pegasus Hover Tank
Sgt. Hoyt Stows, Regular Pegasus Hover Tank

**Alpha Company**
Captain Lila Oakwood

**1st Platoon**
Lieutenant Hector Torres
Sergeant Ginny Verne, Veteran Motorized Infantry (Laser)
Corporal Vincent Nelson, Veteran Motorized Infantry (Laser)
Corporal Kanpo Iamoto, Regular Motorized Infantry (Laser)
Corporal "Yeller" Heller, Regular Motorized Infantry (Laser)

**2nd Platoon**
Lieutenant Tuck Miller
Sergeant Christian Fenny, Regular Motorized Infantry (Laser)
Corporal Donald Erikson, Regular Motorized Infantry (Laser)
Corporal Ries Tunney, Regular Motorized Infantry (Laser)
Corporal Fennimore Vorhan, Regular Motorized Infantry (Laser)

**3rd Platoon**
Lieutenant Richard Diego
Sergeant Terry Welby, Veteran Motorized Infantry (SRM)
Corporal Barbara Miner, Regular Motorized Infantry (SRM)
Corporal Carlos Petersen, Regular Motorized Infantry (SRM)
Corporal Xi Daniels, Regular Motorized Infantry (SRM)

**4th Platoon**
Lieutenant Vince Tulane
Sergeant Gerald Lenders, Veteran Motorized Infantry (SRM)
Corporal Regina Bounder, Regular Motorized Infantry (SRM)
Corporal Fung Tau, Regular Motorized Infantry (SRM)
Cpl. Yoto Chin, Green Motorized Infantry (SRM)

**Bravo Company**
Captain Ernest Torsak

**1st Platoon**
Lieutenant Walter Sizneck
Sgt. Frank Delany, Elite Jump Infantry (Rifle)
Corporal Samuel Washington, Veteran Jump Infantry (Rifle)
Cpl. Glenn Lofall, Veteran Jump Infantry (Rifle)
Corporal Kyoto Naguchi, Regular Jump Infantry (Rifle)

**2nd Platoon**
Lieutenant G.R. Jefferson
Sergeant Beulah Olson, Elite Jump Infantry (Machine Gun)
Corporal Delanore Evers, Veteran Jump Infantry (Machine Gun)
Corporal Roberta Bremeton, Regular Jump Infantry (Machine Gun)
Corporal Verne Atahugh, Regular Jump Infantry (Machine Gun)

**3rd Platoon**
Lieutenant Henry Van Thaller
Sgt. Dmitri Iota, Veteran Jump Infantry (Laser)
Corporal Harston Lima, Veteran Jump Infantry (Laser)
Corporal Helkirk Peters, Green Jump Infantry (Laser)
Corporal Tina Velasquez, Veteran Jump Infantry (Laser)

**Boomer Company**

**Command Lance**
Captain Greerson Holland, Veteran Long Tom Artillery
Lieason Everman, Regular Long Tom Artillery
Lt. Jill Creech, Regular Long Tom Artillery

**AA Lance**
Lieutenant Forrest Olsen, Veteran Rifleman
Fireman Anderson, Regular Archer
Chrissie Slaeson, Regular Dervish
Douglas Veth, Regular Dervish

**51st Light Horse Regiment (Dark Horse Regiment)**
Regimental Command Company (Fairchild's Guards)

**Command Lance**
Colonel Thomas Bancon, Veteran Catapult
Elroy Jobins, Veteran Shadow Hawk
Catherine Lune, Veteran Shadow Hawk

**Security Lance**
Captain Diane Pizlar, Elite Phoenix Hawk
Donald Strike, Veteran Quickdraw
Charles Spearman, Regular Trebuchet
William Graham, Regular Trebuchet

**Artillery Lance**
Captain Wilson DeBille, Elite Archer
Jennifer Orchard, Elite Long Tom Artillery
Vanessa Stewart, Elite Long Tom Artillery
Edward Russelle, Elite Long Tom Artillery

**1st Motorized Infantry Platoon**
Lieutenant Helen Miller, Elite Long Tom Artillery
Corporal Walter Warren, Veteran Long Tom Artillery

**1st Motorized Infantry Platoon**
Lieutenant Lars Eighner
Sergeant "Tungsten" O'Malley, Elite Motorized Infantry (Machine Gun)
Corporal Pierre Cuisinier, Veteran Motorized Infantry (Machine Gun)
Corporal Jackie Fritscher, Veteran Motorized Infantry (Machine Gun)
Corporal Herbert Koebl, Veteran Motorized Infantry (Machine Gun)

**2nd Motorized Infantry Platoon**
Lieutenant Suzanne Sarnoff
Sergeant Kimberly Sarnoff, Elite Motorized Infantry (Flamer)
Corporal Jerry Coriolanti, Elite Motorized Infantry (Flamer)
Corporal Pohl James, Elite Motorized Infantry (Flamer)
Corporal Bors Newman, Elite Motorized Infantry (Flamer)

**50th Heavy Cavalry Battalion (Bloody Half-Hundred)**
Battalion Command Lance (Kroger's Own)
Major Simon Kroger Jr., Elite BattleMaster
Filly Hegel, Veteran Marauder
Stephen Kagwane, Elite Warhammer
Ted Hauschel, Veteran Marauder
Lieutenant Bill Gherna, Elite Long Tom Artillery
Lt. Alex Olunder, Veteran Long Tom Artillery
Lieutenant Mitchell Mix

Sergeant Lawrence Oppenheimer, Elite Motorized Infantry (Laser)
Corporal Gene Henderson, Regular Motorized Infantry (Laser)
Corporal Rolf Edwards, Regular Motorized Infantry (Laser)
Corporal Gertrude Bateman, Regular Motorized Infantry (Laser)

**1st Recon Company (Hawkeyes)**

**Command Lance**
Captain Kenneth Jolgreen, Elite Dervish
Eno Miyasota, Elite Enforcer
Darlene Olsen, Veteran Phoenix Hawk
Merle Pribbernow, Veteran Phoenix Hawk

**Strike Lance**
Lieutenant Deane Rochon, Elite Valkyrie
Gwendolyn Snedicor, Elite Spider
Augusta Tackett, Veteran Stinger
Colin Entch, Elite Commando

**Support Lance**
Lt. Helen Helmet, Veteran Galleon Light Tank
Clark Jinsrude, Veteran Galleon Light Tank
Harvey Taleman, Veteran Galleon Light Tank
Richard Plunti, Veteran Galleon Light Tank

**Air Lance**
Lt. Cruz Campana, Elite Sparrow Hawk Fighter
Gene Knox, Veteran Sparrow Hawk Fighter

**Recon Lance**
Lieutenant Francis Millen, Elite Locust
Kevin Bledsoe, Elite Swiftwind Scout Vehicle
Robert Geract, Elite Packrat Scout Vehicle
Hammer Billings, Veteran Packrat Scout Vehicle
C.R. Lovatch, Veteran Packrat Scout Vehicle

**1st Heavy Assault Company (Ganadan's Company)**

**Command Lance**
Captain Deborah Ganadan, Elite Cyclops
Edgar Aikman, Elite Stalker
Delbert Posona, Veteran Vindicator
Xuong Luong, Elite Awesome

**7th Motorized Infantry Platoon**
Lieutenant Peter Haley
Sergeant Yves Zelkerd, Veteran Motorized Infantry (Flamer)
Corporal Gerry Von Dermere, Elite Motorized Infantry (Flamer)
Corporal Kellan Senner, Regular Motorized Infantry (Flamer)
Corporal Reginald Edwards, Regular Motorized Infantry (Flamer)

**Strike Lance**
Lieutenant Denneta Delay, Elite BattleMaster
Jonathan Edick, Veteran Orion
Neil Fraser, Elite Grasshopper
Carole Jean Holmaas, Veteran Archer
Lieutenant Richard Houle, Veteran Manticore Heavy Tank
Lieutenant Thomas Gedders, Veteran Manticore Heavy Tank
Lieutenant Wally Dance, Veteran Manticore Heavy Tank

**Recon Lance**
Lieutenant Agate Houpt, Elite Grasshopper
John Ezzell, Veteran Thunderbolt
Clarence Gronley, Elite Phoenix Hawk
Terry Tilberg, Elite Hermes II

**The Eridani Light Horse**

**Air Lance**
Lieutenant Norvals Rieken, Elite Chippewa Heavy Fighter
Arthur LaMonica, Veteran Chippewa Heavy Fighter
**3rd Heavy Assault Company (Wrecking Crew)**
**Command Lance**
Captain Larcen Mitchell, Elite Atlas
Gordon Gaumintz, Elite Banshee
Jem Carrea, Veteran Victor
Kent Fairfax Jr., Veteran Goliath
**4th Motorized Infantry Platoon**
Lieutenant Brenda Raleigh
Sergeant Grisholm Karls, Elite Motorized Infantry (Laser)
Corporal Felan Fuller, Regular Motorized Infantry (Laser)
Corporal Etienne Welmer, Regular Motorized Infantry (Laser)
Corporal Werner Genbert, Regular Motorized Infantry (Laser)
**Strike Lance**
Lieutenant Soimone Silverdale, Elite BattleMaster
Randy Pudelko, Veteran Awesome
Arvon Plato, Elite Grasshopper
Ivan Rekow, Elite Marauder
Lieutenant Joseph McCall, Veteran Von Luckner Heavy Tank
Ralph Mastel, Veteran Von Luckner Heavy Tank
Rose Martinson, Veteran Von Luckner Heavy Tank
**Recon Lance**
Lieutenant Christopher Reopelle, Elite JagerMech
Andrea Suraci, Veteran Crusader
Susan Templeton, Elite Wolverine
Lloyd Valley, Veteran Wolverine
Simon Testroy, Elite Chippewa Heavy Fighter
**8th Recon Battalion (Cyclones)**
**Battalion Command Lance (Gasca's Own)**
Major Anthony Gasca, Elite Warhammer
Rosemarie Artz, Veteran Thunderbolt
Sigard Sorenson, Veteran Ostsol
Lela Ottenbein, Veteran Wolverine
Lieutenant Ivan Elkson, Veteran Sniper Artillery
Lieutenant Ralph Yukon, Veteran Sniper Artillery
**5th Recon Company (Stedman's Scirocco)**
**Command Lance**
Captain Kraig Stedman, Elite Griffin
Abrahim Ibn Faud, Elite Phoenix Hawk LAM
Jacqueline Lukin, Veteran Enforcer
Gunvald Rusco, Elite Clint
**Strike Lance**
Lieutenant Seth Pritzos, Elite Valkyrie
Ivan Stevica, Veteran Dervish
Jonathan Vebron, Veteran Wasp
Jerry Walion, Elite Wasp
Lieutenant Henry Van Johnson, Veteran Manticore Heavy Tank
Peter Underwood, Veteran Galleon Light Tank
Eddie Immel, Veteran Galleon Light Tank

**Air Lance**
Lt. Virginia Teace, Elite Slayer Heavy Fighter
Marvin Hoodenpile, Veteran Slayer Heavy Fighter
**Recon Lance**
Lieutenant Michael Fels, Elite Ostscout
James Lazdowski, Elite Skulker Scout Vehicle
Olson Reginald, Elite Packrat Scout Vehicle
Sgt. Harold Strunk, Veteran Jump Infantry (Rifle)
**6th Recon Company (Barber's III Wind)**
**Command Lance**
Captain Kanaya Barber, Elite Trebuchet
Mic Messerschmidt, Veteran Wolverine
_____, Elite Wolverine
Wallace Genbert, Veteran Commando
**Strike Lance**
Lieutenant _____ Godfrey, Elite Panther
Hervert _____, Veteran Panther
David _____, Veteran Wasp
Harold _____, Veteran Wasp
_____
_____ Striker Light _____
_____ Striker _____
_____ Medium _____
_____ Anderson _____
_____
Lieutenant Ralph _____ (Machine Gun)
**3rd Recon Company (_____)**
Captain Gary Vega, Elite Wolverine
Baldwin Furu, _____ Hunchback
Wayne Keasan, Elite Hunchback
Beverly Jana, Veteran Blackjack
**Strike Lance**
Lieutenant Ryan _____, Elite Griffin
Victoria Ger_____, Veteran Stinger
C.J. Hortz_____, Veteran Commando
William "_____", Veteran Locust
Lieutenant _____, Veteran Von Luckner _____ Heavy _____
_____, Veteran Galleon Light Tank
_____, Veteran Galleon Light Tank
_____
_____, Elite Trans_____ Medium _____
_____, Veteran Trans_____ Medium _____
_____ Saludo, Elite Locust
_____, Elite Darter Scout _____
Pe_____, Veteran Packrat Scout _____
Wil_____, Veteran Packrat Scout _____
S_____ Jump Infantry _____
C_____
**6th Recon Battalion (_____)**
**Battalion Command Lance (Stryker's _____)**
_____
_____
Jo_____ _____ Spider
**2nd Recon Company (Nightcrawlers)**
**Command Lance**
Captain Raymond Ailwine, Elite Wolverine
Jack Finsrud, Veteran Vulcan
Terry Lyttle, Elite Enforcer
Barbara Mosely, Veteran Phoenix Hawk
**Strike Lance**
Lickin Graspkopf, Elite Ostscout
Rupert Clintmore, Elite Valkyrie
Ferruccio Poorliss, Veteran Stinger
Lyle Wilson, Elite Wasp

**Support Lance**
Lt. Wesley Grovers, Jr., Elite Galleon Light Tank
Wesley "Greybeard" Grovers, Veteran Galleon Light Tank
Patrick Innesfree, Veteran Galleon Light Tank
Taylor Richardson, Jr., Veteran Galleon Light Tank
**Air Lance**
Lieutenant Gus Avery, Veteran Eagle Heavy Fighter
Peter Erickson, Regular Eagle Heavy Fighter
**Recon Lance**
Lieutenant Virgil Gaughan, Elite Stinger
Eddie Calvo, Elite Darter Scout Vehicle
Sid Eloy, Elite Packrat Scout Vehicle
Tommy "Indian" Redclouds, Veteran Packrat Scout Vehicle
Sgt. Clifford Hemrock, Elite Jump Infantry (Rifle)
Corporal Sandy Ericson, Veteran Jump Infantry (Rifle)
**4th Recon Company (Sneaky Devils)**
**Command Lance**
Captain Gordon Eliseuson, Elite Panther
Paul Fetters, Elite Commando
Jerome Hesselgesser, Veteran Javelin
Harley Kanyon, Veteran Phoenix Hawk
**Strike Lance**
Lieutenant Clarence Lotus, Elite Jenner
Kelly St. Helenes, Regular Locust
Arthur Ritchie, Elite Valkyrie
Ingrid Selort, Veteran Stinger
**Support Lance**
Lieutenant Fred Counters, Veteran Von Luckner Heavy Tank
Darwin Serra, Veteran Manticore Heavy Tank
Gustav Lucken, Veteran Manticore Heavy Tank
Reuben Hayes, Veteran Galleon Light Tank
**Air Lance**
Carla Snyder, Elite Seydlitz Light Fighter
Christian Reopelle, Veteran Seydlitz Light Fighter
**Recon Lance**
Lieutenant Mabel Stritar, Elite Locust
Augusta Swanson, Elite Swiftwind Scout Vehicle
Marco Verton, Veteran Packrat Scout Vehicle
Tom Haynes, Veteran Jump Infantry (Rifle)
Lt. Harry Brooks, Veteran Galleon Light Tank
**7th Recon Company (Sydney's Company)**
**Command Lance**
Captain "Sycamore" Sydney Harrison, Elite Enforcer
Allan Momsen, Elite Jenner
Thelma McCarahan, Veteran Hunchback
Arnold Sola, Elite Phoenix Hawk
**Strike Lance**
Lieutenant Jerome Strittmatter, Elite Trebuchet
Leonore Ulanx, Veteran Spider
Jurgen Vandevermat, Elite Locust
_____, Elite Wasp
**Support Lance**
_____ Scorpion Light Tank
Sgt. Cyril Gonters, Elite Scorpion Light Tank
Corporal Susan Tredwells, Veteran Scorpion Light Tank
Cpl. Lomar Yentra, Veteran Scorpion Light Tank
**Air Lance**
Lieutenant Joan Simodo, Elite Sparrow Hawk Light Fighter
Jonatha Almira, Veteran Sparrow Hawk Light Fighter
**Recon Lance**
Lieutenant George Zaya, Elite Stinger
Guy Arrendo, Veteran Centipede Scout Vehicle
Michael Wently, Elite Packrat Scout Vehicle
Sgt. Dale Rivers, Veteran Jump Infantry (Rifle)
Lieutenant Fischer Velman, Veteran Galleon Light Tank



This illustration shows an Eridani Light Horse MechWarrior in standard uniform, and wearing an extensive cooling vest. The helmet design does not date from the Star League era, but is one that can be manufactured with current technology.

The Eridani Light Horse

The Tech, on the right, wears the standard Eridani Light Horse Tech uniform. The two hoses at his nostrils feed clean air to him while he is working in dirty or hot places. In his right hand is a cutting torch and in his left a circuit tester. He uses the utility line at his hip to secure himself when working in places where falling is a danger.

# EXHIBIT D



**CORPORATION**

1100 W. Cermak • B305 (5th Floor) • Chicago, IL 60608
(312) 243-5660 • Telex: 297175 MDC • Fax: 312-243-4847

Scott   Malcomson
1834 E. Citation
Tempe  AZ
85284

September 18, 1996

RE: Eridani Light Horse

Dear  Scott:

Thank you for your submission.   We apologize for the major delay in
notifying you of the status of your proposal. We regret to inform you that
we have chosen not to develop your project.

If you would like to submit proposals in the future, please review the
enclosed submission guidelines for our current acceptance policy.

If you have any further questions feel free to contact us.

Thank you again for your interest in writing for FASA.

Sincerely yours,


Randall Bills
fASA Corporation


T 0085