**ALTFELD BATTAILE & GOLDMAN, P.C.**
**250 North Meyer Avenue**
**Tucson, Arizona 85701**
**Tel:(520) 622-7733**
**Fax:(520) 622-7967**
**JFBattaile@abgattorneys.com**
**John F. Battaile, ASB No. 4103**

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
**250 Park Avenue**
**New York, New York 10177**
**Tel: (212) 907-9600**
**Fax: (212) 907-9681**
**DEbert@ingramllp.com**
MTajika@ingramllp.com
**David G. Ebert**
**Mioko C. Tajika**
*Admitted Pro Hac Vice*

*Attorneys for Defendant, The Topps Company, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Malcomson, | NO. CV08-2306-PHX-GMS |
| Plaintiff, | **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| The Topps Company, Inc., | |
| Defendant. | |

Defendant, The Topps Company, Inc., opposes *pro se* plaintiff Scott Malcomson's Motion for Default Judgment (Docket Index ("D.I.") #52) as follows:

Malcomson filed his Motion for Summary Judgment on August 3, 2009. (D.I. #48.) Under LR Civ. 56.1(d), Topps had 30 days to respond to Malcomson's motion. Topps sought Malcomson's consent for an extension of time to respond, which he denied. Accordingly, Topps moved this Court for an extension of time (first request) until October 5, 2009 (D.I. #50), which was granted by this Court's August 27, 2009 Order ("Order"). The Order provided that "Topps will have, to and including, **October 5, 2009**

to respond to Plaintiff's Motion for Summary Judgment (Dkt. #48)."  (D.I. #51) (Emphasis in original).

Notwithstanding this Court's Order, Malcomson moved for a default on October 2, 2009, asserting that Topps's response was due on September 22, 2009.  Topps asked Malcomson to withdraw this motion noting his error and sent him a copy of this Court's Order.  Malcomson has failed to respond.  On October 5, 2009, Topps duly filed and served its Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment.  (D.I. #53, 54, 55, 56, 57.)

Because Malcomson is in error as to the due date for Topps's response to his Motion for Summary Judgment, Topps respectfully requests that this Court deny Malcomson's Motion for Default Judgment.

RESPECTFULLY SUBMITTED THIS October 6, 2009.

ALTFELD BATTAILE & GOLDMAN, P.C.

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP


 /s/ John F. Battaile
*Attorneys for Defendant*

The foregoing was electronically filed
and sent via U.S. Mail on October 6, 2009 to:

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203


 /s/ Elena C. Todd
Elena C. Todd

-2-