**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scott Malcomson,<br><br>    Plaintiff,<br><br>v.<br><br>The Topps Company, Inc.,<br><br>    Defendant. | NO. CV08-2306-PHX-GMS<br><br>**ORDER** |

This matter having come before the Court on *pro se* plaintiff Scott Malcomson's Motion for Default Judgment, and defendant The Topps Company, Inc.'s Opposition to Plaintiff's Motion for Default Judgment, and the Court being duly advised,

**IT IS HEREBY ORDERED** that *pro se* plaintiff Scott Malcomson's Motion for Default Judgment is **DENIED**.

DATED this _____ day of _____, 2009.

_____
Hon. G. Murray Snow
United States District Court Judge