# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Malcomson,<br><br>    Plaintiff,<br><br>v.<br><br>The Topps Company, Inc.,<br><br>    Defendant. | NO. CV08-2306-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff Scott Malcomson's Motion for Default Judgment (Dkt. # 52), and Defendant The Topps Company, Inc.'s Opposition to Plaintiff's Motion for Default Judgment (Dkt. # 58). After consideration,

**IT IS HEREBY ORDERED** denying Plaintiff Scott Malcomson's Motion for Default Judgment (Dkt. # 52).

DATED this 6th day of October, 2009.

*[signature]*
G. Murray Snow
United States District Judge