```
          FILED        LODGED
          RECEIVED     COPY

          JAN - 5 2010

          CLERK U S DISTRICT COURT
            DISTRICT OF ARIZONA
          BY                  DEPUTY
```

1  Scott Malcomson
2  450 N. Hall
3  Mesa, Arizona 85203
4  (602) 323-7458
5  calbeck@yahoo.com
6
7           UNITED STATES DISTRICT COURT
8                DISTRICT OF ARIZONA
9  Scott Malcomson,                    NO. CV08-2306-PHX-GMS
10         Plaintiff,
                                       **Plaintiff's First Memorandum**
11  v.                                 **Regarding Perjury by Defendant**
12  The Topps Company, Inc.,           **Relevant to Plaintiff's Motion**
                                       **for Summary Judgement**
13         Defendant.

14  In accordance with United States Code Title 28a, Rule 401, Plaintiff submits the following statement
15  and attached evidence in support of two claims of Perjury regarding testimony given under oath by the
16  Defendant in this case. These acts were committed by Defendant with the clear intention of misleading
17  the Court as to relevant facts, as well as to falsely assert a claim for dismissal. The relevant evidence is
18  attached as Exhibit CC.
19
20     On October 5, 2009, Vice-President - General Counsel of Defendant, The Topps Company Inc.,
21  "being duly sworn, deposes and (said)": "3. ...In November 2008, WizKids announced that it would be
22  ceasing a large portion of its operations, and commenced a process to look for prospective buyers for its
23  businesses. On September 4, 2009, WizKids was renamed Former Games, Inc. ("WizKids")." (Gasper
24  Affidavit, at 3)
25     WizKids' own public statement of the time, however (Ex. CC, pg 1-2), states: "The Topps Company
26  announced on November 10, 2008 that WizKids will immediately cease operations and discontinue its

                                        1

product lines. Scott Silverstein, CEO of Topps, said 'This was an extremely difficult decision. While the company will still be actively pursuing gaming initiatives, we feel it is necessary to align our efforts more closely with Topps current sports and entertainment offerings which are being developed within our New York office.' Upon notifying our partners, Topps will immediately pursue strategic alternatives so that viable brands and properties, including HeroClix, can continue without noticable disruption."

This directly places the sworn testimony of Mr. Gasper at odds with the public assertions of both his own CEO and the public stance of WizKids (nee Former Games) itself. It also undermines Defendant's claim that Topps did not exercise control over WizKids and/or its property assets, upon which its request for dismissal of this case is reliant. Defendant's claim therefore attempts to prejudice the Court against Plaintiff through testimony Defendant reasonably should have known was false.

The second incident of Perjury arises from repeated statements, in several filings, by Topps' defense counsel, unequivocably claiming that Topps did not own the Battletech Property. These included:

Defendant's filing of October 5, 2009, titled "Defendant's Opposition to Plaintiff's Motion for Summary Judgement and its Cross-Motion for Summary Judgement". Submitted by defense counsel John F. Battaile, the Opposition statement says, "WizKids, not Topps, owns the Battletech Property" (pg. 2, para. 2).

Defendant's filing of October 5, 2009, titled "Defendant's Local Rule 56.1(a) Statement of Facts in Opposition to Plaintiff's Motion for Summary Judgement and in Support of Defendant's Cross-Motion for Summary Judgement". Also submitted by defense counsel John F. Battaile, the Statement of Facts repeats Gasper's false statement as already referenced, and also states "WizKids continues to own the Battletech Property." (Def. SoF, pg 3 at 5). Immediately thereafter, the Statement of Facts claims "Topps acquired 100% of WizKids's ownership interests in June 2003, but does not own the Battletech Property." (Def. SoF, pg. 3 at 6).

1   Both of these statements are directly in opposition to actions where Topps has in fact both negotiated
2   for the sale of WizKids' (nee Former Games) assets, to include the Battletech Property, but has also in
3   fact sold many of those assets to include game properties.
4
5   As shown in Exhibit CC, pg. 3-6, Topps' current Battletech licensee was in negotiations with Topps
6   to purchase Battletech as early as November 17, 2008...one month before this action was filed by Plaintiff.
7   This according to Catalyst Game Labs' Operations Manager, Mr. David Stansel-Garner.  A later report
8   by Tabletop Gaming News, quoting in whole Mr. Randall Bills (whom Defendant has presented as a
9   credible witness via affidavit in this case), states "I've just gotten off the phone with Loren (Coleman,
10  Catalyst's President) and he's given me permission to announce the following...due to the immense value
11  of the Shadowrun and Battletech properties, Topps has made the decision to withdrawal (sp) those
12  properties from the sale...We're still pursuing the purchase of other WK properties and are hopeful, but it
13  all rests with Topps at the current time." (Ex. CC, pg. 7).  That was posted January 11, 2009, before
14  Plaintiff and Defendant even met before the Court to schedule this case.
15
16  Finally, Defendant did in fact sell not only a variety of WizKids' gaming properties, but also its name
17  and trademark, to National Entertainment Collectibles Association, Inc. (NECA) prior in September 2009,
18  the same month Defendant has stated WizKids changed its name to "Former Games".
19  As shown in Exhibit CC, pg. 7, "NECA acquires WizKids Assets from Topps", dated September 14,
20  2009, "NECA has purchased the majority of the assets of WizKids, Inc. from The Topps Company, Inc.,
21  including the award-winning Clix family of games...NECA will also acquire the WizKids brand, the
22  Pocketmodel Game family of games...and the Mage Knight line of games...the assets of WizKids have
23  been transferred to a wholly owned NECA subsidiary...which will operate under the WizKids name."
24  This sale took place the month prior to the sworn testimony presented by defense counsel and Topps
25  Vice-President Andrew Gasper.  Plaintiff reminds the Court at this time that Defendant has not provided
26  any factual evidence in support of their demand for dismissal of Plaintiff's case beyond these testimonials.

CONCLUSION

As Defendant has attempted to prejudice the Court in favor of a dismissal of Plaintiff's case through what clearly appears to be a number of perjurious statements, which Plaintiff has shown by statements in the public record from not only WizKids and Topps but also their Battletech licensee as well as other game companies doing business with Topps should reasonably have been known to be false, Plaintiff requests the Court initiate a federal investigation into appropriate charges of Perjury.

RESPECTFULLY SUBMITTED THIS JANUARY 5, 2010.

SCOTT MALCOMSON, Plaintiff, filed *pro se*, 450 N. Hall, Mesa, Arizona 85203, (602) 323-7458

Certificate of Service: I certify that a copy of the foregoing Reply Memorandum, as well as copies of all Exhibits attached, was served on Defendant, in the person of Mioko Tajika, of Ingram Yuzek Gainen Carroll & Bertolotti, LLP, 250 Park Avenue, New York, New York 10177 this January 5, 2010.



Share    Report Abuse    Next Blog»                             Create Blog   Sign In

THURSDAY, JUNE 25, 2009

## News from Topps - June 18, 2009

My apologies for the long silence, I just got the flu last week and have been in catch up mode (with non-HeroClix work) since getting back to work this Monday.

When we last spoke, everything was going to licensing for approval. So far so good. Overall we've been moving at lightning fast speed and have cleared most of what we consider issues. Now we have to hammer out some issues overseas and see if we can hitch a ride over here on a boat sometime soon.-

-Justin

POSTED BY WIZKIDS GAMES AT 12:53 PM
LABELS: HAMMER OF THOR, NEWS, UPDATE

BLOG ARCHIVE

▼ 2009 (3)
  ▼ June (3)
    News from Topps - June 18, 2009
    News from Topps.....
    Announcement

## News from Topps.....

The Topps Company announced on November 10th, 2008 that WizKids will immediately cease operations and discontinue its product lines.

Scott Silverstein, CEO of Topps, said "This was an extremely difficult decision. While the company will still actively pursue gaming initiatives, we feel it is necessary to align our efforts more closely with Topps current sports and entertainment offerings which are being developed within our New York office."

Upon notifying our partners, Topps will immediately pursue strategic alternatives so that viable brands and properties, including HeroClix, can continue without noticeable disruption. To that end, WizKids will continue supporting Buy it By the Brick redemptions

Exhibit CC, pg. 1

for Arkham Asylum, and the December Organized Play events for HeroClix.

For consumer announcements, please refer to www.topps.com\wizkidsgames over the coming days for further information.

POSTED BY WIZKIDS GAMES AT 8:41 AM

TUESDAY, JUNE 23, 2009

## Announcement

Unfortunately, the WizKids business is currently not operating at the moment and therefore we cannot honor any requests regarding redemptions. Consequently, we are returning the mail that you recently sent and will no longer accept new mail.

We hope the business will restart soon under a new owner. Please go to WizKidsGames.com for future information.

POSTED BY WIZKIDS GAMES AT 1:44 PM

Subscribe to: Posts (Atom)

Exhibit CC, pg. 2

NEWS  RETAILER INFO  FAQ  ABOUT  CONTACT  FEED



- Universes
    - Shadowrun
    - BattleTech
    - Eclipse Phase
    - CthulhuTech
    - Leviathans
- Casual/Board Games
    - Ergo
    - Balance of Power
    - Poo
- Bookshelf Games
    - High School Drama
    - Merchants
    - Paparazzi

# Catalyst news archive for 2008

« Previous Entries

### Catalyst Game Labs and Piñata Games Form Strategic Alliance

Posted on December 15th, 2008 by David Stansel-Garner



LAKE STEVENS, Wash., December 15 – Catalyst Game Labs, LLC, and Pinata Games have announced that they will form a strategic alliance contingent on the Catalyst group's purchase of the currently dormant WizKids properties.

"By combining our efforts, we can deliver high-quality products that will satisfy retailers, fans and licensors alike," said Loren Coleman, majority Catalyst owner. "As successful licensors of *Shadowrun* and *BattleTech*, [Catalyst] understands the essence of those brands and will continue to produce high-quality products for them."

"The Pinata team brings a different, unique skill set to the table, having worked extensively on all of WizKids' brands over the last two years. With our efforts combined, we have a wide range of hobby

Exhibit CC, pg. 3

business expertise that covers the gamut of licensed-and-non-licensed properties across a wide spectrum of formats- RPGs, TCGs, CMGs, and more."

Should Catalyst purchase WizKids' properties from The Topps Company, Pinata will begin as operator for the *HeroClix* brand immediately.

"After a few short conversations with Catalyst, it was apparent that a strategic alliance would benefit all parties involved," said Jake Theis, Pinata Games' CSO. "We believe that this relationship will allow us to restart the *HeroClix* business quickly. I saw that *HeroClix* returned to the top of the ICV2 Hobby Fall CMG sales list, and I know that with the economy in its current state, retailers don't want any delays getting the business back up and running."

The proposed alliance between the two companies would allow for Pinata and Catalyst to release new games both together and independently.

Posted in Catalyst, Classic BattleTech, HeroClix, Piñata, Shadowrun | 18 Comments »

## Catalyst Game Labs Announces New Assistant Line Developers

Posted on December 12th, 2008 by David Stansel-Garner



Over the last two years Catalyst Game Labs has successfully re-invigorated the seminal BattleTech and Shadowrun game lines, with a host of new product releases, including eagerly awaited core rule expansions and the publication of the Origins' Award winning Classic BattleTech Introductory Box Set. This dedication will only continue as Catalyst heads into 2009, the 25th and 20th anniversaries of BattleTech and Shadowrun, respectively.

As Catalyst Game Labs begins to expand its catalog with the launches of several new properties in 2009 (including the Eclipse Phase RPG, casual games like Paparazzi! and High School Drama and more), it is well aware of the need to maintain a strong release schedule of quality books for its core lines. "Stepping up from the BattleTech Line Developer position to Managing Line Developer last year was the first step in allowing Catalyst to begin expanding," says Randall Bills. "However, the size and scope of the BattleTech and Shadowrun game lines means that something more is needed beyond the line developer and their excellent stable of freelance writers. A dedicated assistant line developer ensures we can continue an aggressive publishing schedule of quality rulebooks, sourcebooks and so on, while we expand into other areas (other games, novel publishing, and so on)."

Jennifer Harding has accepted the post of Shadowrun Assistant Line Developer, while Ben Rome has accepted the post of BattleTech Assistant Line Developer.

Posted in Catalyst, Classic BattleTech, Shadowrun | 3 Comments »

Exhibit CC, pg. 4

## Catalyst Game Labs Submits Offer for WizKids Properties

Posted on ~~November 17th, 2008~~ by David Stansel-Garner

Catalyst Game Labs has tendered an offer with The Topps Company, Inc. to acquire various WizKids' properties, including such dynamic game lines as *HeroClix*, the *Pirates Pocket Model Game*, ~~*BattleTech*~~/*MechWarrior*, and *Shadowrun*. After carefully reviewing options, Catalyst firmly believes that to protect the properties and ensure the best possible continuity for all communities, acquiring all brands will ensure the on going success of these game lines.

Loren Coleman [majority owner of Catalyst Game Labs] recently met in ~~New York with~~ Topps senior management to further explore the acquisition of these properties. "Catalyst has demonstrated our ability to manage large and important intellectual properties, "said Loren. "We will bring the same excitement and care to the *HeroClix*, *Pirates* and other WizKids' brands. We've made our initial offer, and look forward to a successful resolution."

"*HeroClix* represents the most popular Collectible Miniatures Game on the market, due to its superb Envoy program and a powerful community" said David Stansel-Garner, Operations Manager [himself a former WizKids employee]. "Meanwhile Catalyst Game Labs continues to grow the *BattleTech* and *Shadowrun* properties, each with their own vibrant, dedicated communities. While we would be new to the collectible miniatures market, we have proven experience in quickly acquiring the talent and infrastructure needed to produce high quality games. We've already begun the process of contacting top industry talent to bring on board should Topps accept Catalyst's offer."

Catalyst Game Labs publishes the perennial *Classic BattleTech* and *Shadowrun* game lines and co-publishes (with WildFire LLC) the recently launched *CthulhuTech* RPG. Next year will see the publication of a new RPG line, *Eclipse Phase*, numerous casual games (such as *Paparazzi!*, *High School Drama* and others), as well as the launching of a novel publishing program.

Posted in Catalyst | 39 Comments »

« Previous Entries

Exhibit CC, pg. 5



## Topps withdraws BattleTech and Shadowrun sale offer

Information gleaned from a recent chat held with the Catalyst Game Labs staff. This quote is from Randall Bills.

> I've just gotten off the phone with Loren and he's given me permission to announce the following (look for a formal announcement on cgl.com in the near future): Due to the immense value of the Shadowrun and BattleTech properties, Topps has made the decision to withdrawal those properties from the sale. Catalyst looks forward to a long and fruitful relationship with Topps as we continue publishing products under our license. We're still pursing the purchase of the other WK properties and are hopeful, but it all rests with Topps at the current time.

This entry was posted on Sunday, January 11th, 2009 and is filed under BattleTech.

You can follow any responses to this entry through the RSS 2.0 feed.

Share this post on Facebook | Share this post on Twitter

**34 Responses to "Topps withdraws BattleTech and Shadowrun sale offer"**

http://www.tabletopgamingnews.com/2009/01/11/21967                                           1/5/2010

Exhibit CC, pg. 6

**RECENT HEADLINES**

- Who's Your Big Daddy?
- Army of Two Head into Battle
- To Hell and Back
- TMNT Goes BATSU
- New Moon Rising
- Conan the Exterminator
- Grinding The Gears
- A Tale of Two Aprils
- The Classic Iconic
- NECA Acquires WizKids Assets from Topps

Story Archives
News & Announcements
Event Wrap-Ups
Press Releases

News > Press Releases

## NECA Acquires WizKids Assets from Topps

09/14/2009

The National Entertainment Collectibles Association, Inc. (NECA) has purchased the majority of the assets of WizKids, Inc. from The Topps Company, Inc., including the award-winning Clix family of games, which includes HeroClix, ActionClix, HorrorClix and SportsClix. NECA will also acquire the WizKids brand, the Pocketmodel Game family of games, including the Pirates of the Crimson Coast, Pirates of the Spanish Main and Pirates of the Cursed Seas games, and the Mage Knight line of games.

The assets of WizKids that were purchased by NECA have been transferred to a wholly owned NECA subsidiary operating out of its offices in Hillside, New Jersey, which will operate under the WizKids name.

Clix pioneered the collectible miniature category and HeroClix has been the leading collectible game in the comic genre since its 2002 debut, due to its innovative game platform and deep collection of characters from the respective worlds of Marvel and DC Comics. NECA will continue the successful HeroClix product lines from powerhouse brands DC Comics and Marvel.

The Pocketmodel Game family of games includes the Pirates of the Cursed Seas PocketModel Trading Card Game, which is the latest in the successful line of Pirates card games that has run since selling out its first run in 2004.

"WizKids has created the best games within the collectible miniature and constructible genres and NECA is proud to help continue this great legacy," said Joel Weinshanker, President and CEO of NECA. "The HeroClix engine is the envy of the industry and many companies have attempted to emulate it without success. We're thrilled to deliver HeroClix to the gamers."

NECA has hired Lax Chandra, who ran the WizKids subsidiary for The Topps Company, to be the President of NECA's newly formed subsidiary, which will operate under the WizKids name. Former WizKids employees Chas Delong, Wade Sugiyama and Mike Elliott have also been brought on to help with the transition.

In the coming days and weeks, the new WizKids company will make further announcements about upcoming release plans.

For further information and updates, visit www.necaonline.com.

LEGAL INFO    PRIVACY POLICY    TERMS OF USE
©2006, Neca,Inc. All Rights Reserved.

Exhibit CC, pg. 7