**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Scott Malcomson, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 08-2306-PHX-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| Topps Company Inc., | ) | |
| | ) | |
| Defendant. | ) | |

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 29, 2010, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

RICHARD H. WEARE
District Court Executive/Clerk

January 29, 2010

s/ D. Taylor
By: Deputy Clerk

cc: (all counsel)