✓ FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 11 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ M DEPUTY

US District Court of Arizona

**Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court**

United States District Court for the Ninth Circuit

District of Arizona

File Number CV08-2306-PHX-GMS

Scott Malcomson,
Plaintiff,
v.
The Topps Company, Inc.,
Defendant.

Notice of Appeal

Notice is hereby given that Scott Malcomson, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an Order denying Plaintiff's Motion to Alter or Amend Judgement entered in this action on the 1st day of March, 2010, as well as the original Order denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment entered in this action on the 29th day of January, 2010.

(s)

Attorney for Scott Malcomson, *pro se*
Address: 450 N. Hall, Mesa, Arizona 85203