IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Malcomson,<br>Plaintiff,<br>vs.<br>The Topps Company, Inc.,<br>Defendant. | No. CV-08-2306-PHX-GMS<br>**ORDER** |

On March 11, 2010, Plaintiff filed a Notice of Appeal to the Ninth Circuit (Dkt. # 73) in this matter. Plaintiff also filed an Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis (Dkt. # 74). The Court notes that Plaintiff has used the United States Court of Appeals for the Ninth Circuit form Affidavit and it is not accompanied by a Motion for Permission to Appeal in Forma Pauperis. Plaintiff wrote in "US District Court of Arizona" at the top of the form and filed with this Court. Plaintiff is directed to file the appropriate motion and affidavit requesting permission to appeal in forma pauperis. Accordingly,

**IT IS HEREBY ORDERED** taking no action on the pending Affidavit (Dkt. # 74).

DATED this 24th day of March, 2010.

G. Murray Snow
United States District Judge