FILED LODGED
RECEIVED COPY
MAR 26 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY P DEPUTY

Scott Malcomson
450 N. Hall
Mesa, Arizona 85203
(602) 323-7458
calbeck@yahoo.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Scott Malcomson,
Plaintiff,
v.
The Topps Company, Inc.,
Defendant.

NO. CV08-2306-PHX-GMS

# Motion for Permission to Appeal In Forma Pauperis

In accordance with Federal Rule of Appellate Procedure 24(a)(1), Plaintiff Scott Malcomson requests permission from the Court to proceed with his appeal *in forma pauperis*, and has attached an affidavit meeting the requirements of Federal Rule of Appellate Procedure 24(a)(1)(A) for this purpose.

RESPECTFULLY SUBMITTED THIS MARCH 26, 2010.

SCOTT MALCOMSON, Plaintiff, filed *pro se*, 450 N. Hall, Mesa, Arizona 85203, (602) 323-7458

**Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**Appellant or Petitioner,** Scott Malcomson

**v.** **Case No.** CV08-2306-PHX-GMS

**Appellee or Respondent,** The Topps Company, Inc.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621.

**Signed:** Scott Malcomson

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need nore space to answer a question, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Date:** 26 March 2010

**My issues on appeal are:**

Defendant obtained judgment on basis of a Cross-Motion for Summary Judgment. This, however, was filed within the body of a deadline-required Responsive Memorandum, defined by Local Rule of Civil Procedure 7.2 as answer to a Motion. Federal Rule of Civil Procedure 7(a) does not provide for a Pleading to contain both Answer and Complaint; inclusion of the Cross-Motion invalidated the filing's legitimacy as a Pleading. By combining two filings into a single entity, Defendant also deprived Plaintiff of rights of response, as LRCP 7.2 dictates substantial differences between Motions and Responsive Memoranda for type of, length of, and time allowed for response. Nonetheless, because Plaintiff did not treat Defendant's Cross-Motion as a legitimate Pleading, the district court ruled that Plaintiff had "admitted" to all of Defendant's claims as true, and solely on that basis upheld various of these claims as "merits" despite contradictory evidence in the record.

Because Defendant obtained judgment by filing an invalid Pleading supported by non-factual claims, Plaintiff requests a Reversal of the decision.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| **Income Source** | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment Payments | $ 1,148 | $ 0 | $ 1,060 | $ 0 |
| Public-Assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify) n/a | $ 0 | $ 0 | $ 0 | $ 0 |
| **TOTAL MONTHLY INCOME:** | $ 1,148 | $ 0 | $ 1,060 | $ 0 |

2. List your employment history, most recent employer first.
*(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| AT&T | 1355 W. University Drive<br>Mesa, AZ | From 10/08<br>To 1/09 | $ 2,560 |
| Papa John's Pizza | 4645 E. Broadway Road, Suite 105<br>Phoenix, AZ | From 8/08<br>To 10/08 | $ 1,250 |
| eTelecare | 4611 E. Baseline Road<br>Phoenix, AZ | From 3/07<br>To 8/08 | $ 2,400 |
| Pedus/Weiser Security | 4020 N. 20th Street, #302<br>Phoenix, AZ | From 9/06<br>To 3/07 | $ 2,080 |

3. List your spouse's employment history, most recent employer first.
*(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| n/a | n/a | From n/a<br>To n/a | $ 0 |
| n/a | n/a | From n/a<br>To n/a | $ 0 |
| n/a | n/a | From n/a<br>To n/a | $ 0 |
| n/a | n/a | From n/a<br>To n/a | $ 0 |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| Arizona Federal Credit Union | Checking | $ 5 | $ 0 |
| Chase | Checking | $ 110 | $ 0 |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutuional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account .

5. List the assets, and their values, which you own or your sopuse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| n/a | $ 0 | n/a | $ 0 |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| Ford Taurus | 1998 | 1FAFP53S4XG107799 | $ 2,000 |
| **Motor Vehicle 2: Make & Year** | **Model** | **Registration #** | **Value** |
| n/a | n/a | n/a | $ 0 |

| Other Assets | Value |
|---|---|
| n/a | $ 0 |
| n/a | $ 0 |
| n/a | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | $ 0 | $ 0 |
| n/a | $ 0 | $ 0 |
| n/a | $ 0 | $ 0 |

7. State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.

| Name | Relationship | Age |
|---|---|---|
| n/a | n/a | 0 |
| n/a | n/a | 0 |
| n/a | n/a | 0 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>- Are real estate taxes included? ☐ Yes ☒ No<br>- Is property insurance included? ☐ Yes ☒ No | $ 425 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 40 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 40 | $ 0 |
| Food | $ 300 | $ 0 |
| Clothing | $ 10 | $ 0 |
| Laundry and dry-cleaning | $ 5 | $ 0 |
| Medical and dental expenses | $ 8 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 80 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 50 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ 0 | $ 0 |
| - Life | $ 0 | $ 0 |
| - Health | $ 0 | $ 0 |
| - Motor Vehicle | $ 96 | $ 0 |
| - Other: n/a | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments)<br>Specify: n/a | $ 0 | $ 0 |
| Installment payments | | |
| - Motor Vehicle | $ 0 | $ 0 |
| - Credit Card (name): n/a | $ 0 | $ 0 |
| - Department Store (name): n/a | $ 0 | $ 0 |
| - Motor Vehicle | $ 0 | $ 0 |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify) n/a | $ 0 | $ 0 |
| **Total Monthly Expenses:** | $ 1,054 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☒ No

If yes, describe on an attached sheet.

10. Have you paid--or will you be paying--an attorney any money for services in connection with this case, including the completion of this form?

☐ Yes ☒ No

If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number.

Name n/a

Address n/a

City n/a State n/a Zip Code n/a

Telephone Number (ex., 4153558000) n/a

11. Have you paid--or will you be paying--anyone other than attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes ☒ No

If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number.

Name n/a

Address n/a

City n/a State n/a Zip Code n/a

Telephone Number (ex., 4153558000) n/a

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I've been unemployed since the economy imploded in January '09. I don't even have the ability to request assistance from family or friends anymore.

13. State the city and state of your legal residence.

City: Mesa State: AZ

Your daytime telephone number (ex., 4153558000): 602-323-7458

Your age: 42 Your years of schooling: 16

Last four digits of your Social Security Number (ex.,6789): 9,600