IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Malcomson,<br>Plaintiff,<br>vs.<br>The Topps Company, Inc.,<br>Defendant. | No. CV-08-2306-PHX-GMS<br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Permission to Appeal In Forma Pauperis and Affidavit (Dkt. # 77). After consideration,

**IT IS HEREBY ORDERED** granting the Motion.

DATED this 31st day of March, 2010.

G. Murray Snow
United States District Judge