UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 12 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SCOTT MALCOMSON,

          Plaintiff - Appellant,

  v.

TOPPS, INC.,

          Defendant - Appellee.

No. 10-15540

D.C. No. 2:08-cv-02306-GMS
U.S. District Court for Arizona,
Phoenix

**MANDATE**

      The judgment of this Court, entered November 28, 2011, takes effect this

date.

      This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                                    FOR THE COURT:
                                    Molly C. Dwyer
                                    Clerk of Court

                                    Theresa Benitez
                                    Deputy Clerk