FILED

UNITED STATES COURT OF APPEALS

APR 03 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SCOTT MALCOMSON,

Plaintiff - Appellant,

v.

TOPPS, INC.,

Defendant - Appellee.

No. 10-15540

D.C. No. 2:08-cv-02306-GMS
District of Arizona,
Phoenix

ORDER

Before:    TASHIMA, BERZON, and TALLMAN, Circuit Judges.

Malcomson's petition for panel rehearing is denied.

No further filings shall be accepted in this closed case.