**10-15540 Scott Malcomson v. Topps, Inc. "Mandate Issued (Screening/Motions Panel)"**
ca9_ecfnoticing  to:                                                04/12/2012 11:11 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**United States Court of Appeals for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 04/12/2012 at 11:10:20 AM PDT and filed on 04/12/2012

**Case Name:**      Scott Malcomson v. Topps, Inc.
**Case Number:**    10-15540
**Document(s):**    Document(s)

**Docket Text:**
MANDATE ISSUED. (AWT, MSB and RCT) [8137510] (TB)

**Notice will be electronically mailed to:**

John F. Battaile, Attorney
Mr. David G. Ebert, Attorney
Mioko Tajika
USDC, Phoenix

**Case participants listed below will not receive this electronic notice:**

Scott Malcomson
4813 E. Caballero Cir. #3
Mesa, AZ 85205

The following document(s) are associated with this transaction:
**Document Description:** Mandate Order
**Original Filename:**
/opt/ACECF/live/forms/theresab_1015540_8137510_v2Order-Mandate_216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/12/2012] [FileNumber=8137510-0]

[16b9feb7dea0b73d7491932473d5bc6f94f1fa0d692eb5e970f618280c573dcd2db0e5b43a5e4ddb ea6a2be4f68a2bfb22c5bff90d154483bff441a4ce36b962]]

**Recipients:**

- John F. Battaile, Attorney
- Mr. David G. Ebert, Attorney
- Scott Malcomson
- Mioko Tajika
- USDC, Phoenix

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 8137510
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 8352900