Case: 2:08cv2306

#79

FILED
RECEIVED
LODGED
COPY

APR 19 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY Z DEPUTY

Scott Malcomson

450 N Hall
Mesa, AZ 85203

UNITED STATES DISTRICT COURT
O'CONNOR U.S. COURTHOUSE, SUITE 130
01 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

Hasler
04/13/2012
US POSTAGE

FIRST-CLASS MAIL
$00.65

ZIP 85003
011D11628936

RECEIVED

APR 19 2012

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MALC450*X 850 NDE 1 411C 84 04/18/12
FORWARD TIME EXP RTN TO SEND
MALCOMSON SCOTT
4813 E CABALLERO CIR APT 3
MESA AZ 85205-2735
RETURN TO SENDER

85203&7479 C073 85003@2130